**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **PATTY BEALL, MATTHEW** | § | |
| **MAXWELL, TALINA McELHANY AND** | § | |
| **KELLY HAMPTON, Individually** | § | |
| **and on behalf of all others similarly situated;** | § | |
| | § | |
| **Plaintiffs,** | § | **Case No. 2:08-cv-422** |
| | § | |
| **TYLER TECHNOLOGIES, INC. AND** | § | |
| **EDP ENTERPRISES, INC.** | § | |
| | § | |
| **Defendants.** | § | |

**<u>ENTRY OF APPEARANCE</u>**

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

Plaintiffs,    Patty Beall, Matthew Maxwell, Talina McElhany and Kelly Hampton
Individually and on behalf of all others similarly situated

I certify that I am admitted to practice in this Court and am registered to file

documents electronically with this Court.

*/s Chandra L. Holmes Ray*
CHANDRA L. HOLMES RAY
OBA # 14254
Zelbst, Holmes & Butler
P.O. Box 365
Lawton, OK 73502-0365
Tel: (580) 248-4844
Fax: (580) 248-6916
E-mail:  Chandra@zelbst.com
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2008, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a notice of electronic filing to the following ECF registrants:

John D. Sloan, Jr.
Laureen F. Bagley
P.O. Drawer 2909
Longview, TX 75606
Attorneys for Plaintiffs

*s/Chandra L. Holmes Ray*
**CHANDRA L.HOLMES RAY**