IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PATTY BEALL, MATTHEW MAXWELL, TALINA McELHANY AND KELLY HAMPTON, Individually and on behalf of all others similarly situated; | § § § § § | |
| Plaintiffs, | § § | Case No. 2:08-cv-422 |
| TYLER TECHNOLOGIES, INC. AND EDP ENTERPRISES, INC. | § § § § | |
| Defendants. | § | |

### ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for:

Plaintiffs,   Patty Beall, Matthew Maxwell, Talina McElhany and Kelly Hampton Individually and on behalf of all others similarly situated

    I certify that I am admitted to practice in this Court and am registered to file documents electronically with this Court.

    */s John P. Zelbst*
    JOHN P. ZELBST, OBA # 9991
    Zelbst, Holmes & Butler
    P.O. Box 365
    Lawton, OK 73502-0365
    Tel: (580) 248-4844
    Fax: (580) 248-6916
    E-mail:  zelbst@zelbst.com
    Attorney for Plaintiffs

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 23, 2008, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a notice of electronic filing to the following ECF registrants:

    John D. Sloan, Jr.
    Laureen F. Bagley
    P.O. Drawer 2909
    Longview, TX 75606
    Attorneys for Plaintiffs

                                          *s/John P. Zelbst*
                                          **JOHN P. ZELBST**