IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PATTY BEALL, MATTHEW MAXWELL, TALINA MCELHANY AND KELLY HAMPTON, Individually and on behalf of all others similarly situated,<br>　　　　Plaintiffs<br><br>vs.<br><br>TYLER TECHNOLOGIES, INC. AND EDP ENTERPRISES, INC.,<br>　　　　Defendants | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | 2:08-cv-422 |

## NOTICE OF ATTORNEY APPEARANCE

　　Defendants Tyler Technologies, Inc. and EDP Enterprises, Inc. file this Notice of Appearance and hereby notifies the Court that Deron R. Dacus, of the law firm Ramey & Flock, P.C., 100 East Ferguson, Suite 500, Tyler, Texas 75702, Telephone (903) 597-3301, Fax (903) 597-2413, e-mail: ddacus@rameyflock.com is appearing as counsel for Defendants Tyler Technologies, Inc. and EDP Enterprises, Inc. in the above-referenced matter.  In connection with this notice, Mr. Dacus requests that all future pleadings and other papers filed under Fed. R. Civ. P. 5 be served on him at the above address and contact information.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　*/s/ Deron R. Dacus*
　　　　　　　　　　　　　　　　　　　Deron R. Dacus
　　　　　　　　　　　　　　　　　　　State Bar No. 00790553
　　　　　　　　　　　　　　　　　　　**RAMEY & FLOCK, P.C.**
　　　　　　　　　　　　　　　　　　　100 East Ferguson, Suite 500
　　　　　　　　　　　　　　　　　　　Tyler, TX  75702
　　　　　　　　　　　　　　　　　　　903-597-3301
　　　　　　　　　　　　　　　　　　　FAX: 903-597-2413
　　　　　　　　　　　　　　　　　　　**ATTORNEYS FOR DEFENDANTS**

2

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  Therefore, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed.R.Civ.P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of this document via email, facsimile and/or U.S. First Class Mail this 3rd day of February, 2009.

                                              */s/ Deron R. Dacus*
                                              Deron R. Dacus