# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

FILED-CLERK
U.S. DISTRICT COURT

2009 FEB -4  AM 11: 26

TX EASTERN-MARSHALL

### APPLICATION TO APPEAR PRO HAC VICE

1. This application is being made for the following: Case # 2:08-cv-422 TJW

   Style: Patty Beall, Matthew Maxwell, Talina McElhany and Kelly Hampton, Individually and on behalf of all others similarly situated, v. Tyler Technologies, Inc. and EDP Enterprises, Inc.

2. Applicant is representing the following parties: Patty Beall, Matthew Maxwell, Talina McElhany and Kelly Hampton, Individually and on behalf of all others similarly situated

3. Applicant was admitted to practice in California on December 2, 2005.

4. Applicant is in good standing and is otherwise eligible to practice law before this court

5. Applicant is not currently suspended or disbarred in any other court

6. Applicant has not had an application for admission to practice before another court denied

7. Applicant has not ever had the privilege to practice before another court suspended

8. Applicant has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses. Not Applicable.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts:
    (1) All California State Courts; (2) United States District Court, Central District of California; (3) United States Court of Appeals, 9th Circuit; and (4) Unites States Court of Federal Claims.

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).

14. Applicant understands that he is being admitted for the limited purpose of appearing in the case specified above only

**Application Oath:**

I, Alexander R. Wheeler, do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date: February 3, 2009           Signature _____
                                          Alexander R. Wheeler

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

### APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name: Alexander R. Wheeler

State Bar Number: 239541

Firm Name: R. Rex Parris Law Firm

Address: 42220 10th Street West, Suite 109

City/State/Zip: Lancaster, California 93534

Telephone #: (661) 949-2595

Fax #: (661) 949-7524

E-Mail Address: awheeler@rrexparris.com

Secondary E-Mail Address: _____

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: __2-4-09__

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____
Deputy Clerk

Receipt for Payment                                     Receipt No. 2-1-004468

# United States District Court
for the
Eastern District of Texas at Marshall

Date:        **Wednesday, February 4, 2009**

Received from:

**R REX PARRIS LAW FIRM**

**LANCASTER, CA**

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

| Account | Amount |
|---|---|
| 6855XX | $25.00 |
| **Total** | **$25.00** |

Payment method:         **Check**

Case or other reference: **2:08cv422  PHV Wheeler**

Comments:               **CK 3840**

Received by:            **pa**