IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PATTY BEALL, MATTHEW MAXWELL, TALINA MCELHANY AND KELLY HAMPTON, individually and on behalf of all other similarly situated; | § § § § § | |
| Plaintiffs, | § | 2:08-cv-422  TJW |
| | § § § | |
| TYLER TECHNOLOGIES, INC. AND EDP ENTERPRISES, INC. Defendants. | § § § | |

**AGREED MOTION FOR ENTRY OF AGREED ORDER REGARDING
CONDITIONAL CERTIFICATION DEADLINES**

Plaintiffs Tammy Beall, et al. ("Plaintiffs") and Defendants Tyler Technologies, Inc. and EDP Enterprises, Inc. ("Defendants") hereby move the Court for Entry of an Agreed Order Regarding Conditional Certification Deadlines.

I.

After conferring and appearing at the scheduling conference before the Court on February 26, 2009, the parties have agreed to the dates and deadlines set out in the Agreed Order Regarding Conditional Certification Deadlines to govern the case prior to the Court's ruling on Plaintiffs' Application for Conditional Certification pursuant to the Fair Labor Standards Act (the "FLSA").

WHEREFORE, the parties respectfully pray that the Court enter the Agreed Order Regarding Conditional Certification Deadlines attached hereto.

**AGREED ORDER REGARDING CONDITIONAL CERTIFICATION DEADLINES – PAGE** 1

DB1/62643001. 1

Respectfully submitted,

| | |
|---|---|
| */s/ John D. Sloan, Jr.*_____ | |
| John D. Sloan, Jr. | */s/ Paulo B. McKeeby*_____ |
| Texas Bar No. 18505100 | Paulo B. McKeeby |
| Laureen F. Bagley | Texas Bar No.: 00784571 |
| Texas Bar No. 24010522 | paulo.mckeeby@morganlewis.com |
| | Joel S. Allen |
| SLOAN, BAGLEY, HATCHER & PERRY LAW FIRM | Texas Bar No.: 00795069 |
| | joel.allen@morganlewis.com |
| 101 East Whaley Street | Sharon Fast Fulgham |
| PO Drawer 2909 | Texas Bar No.: No. 24045901 |
| Longview, TX  75606 | sfulgham@morganlewis.com |
| phone – 903.757.7000 | |
| facsimile – 903.757.7574 | MORGAN, LEWIS & BOCKIUS LLP |
| | 1717 Main Street, Suite 3200 |
| Alexander R Wheeler | Dallas, Texas 75201-7347 |
| awheeler@rrexparris.com | phone - 214.466.4000 |
| Jason Paul Fowler | facsimile - 214.466.4001 |
| jfowler@rrexparris.com | |
| R Rex Parris Law Firm | */s/ Deron R. Dacus* |
| 42220 10th Street West, Suite 109 | Deron R. Dacus |
| Lancaster , CA 93534-3428 | Texas Bar No.: 00790553 |
| 661/949-2595 | derond@rameyflock.com |
| Fax: 661/949-7524 | |
| | RAMEY & FLOCK P.C. |
| Chandra L Holmes Ray | 100 East Ferguson, Suite 500 |
| chandra@zelbst.com | Tyler, Texas 75702 |
| John P Zelbst | phone – 903.597.3301 |
| zelbst@zelbst.com | facsimile – 903.597.2413 |
| Zelbst, Holmes & Butler | |
| P. O. Box 365 | |
| Lawton , OK 73502-0365 | ATTORNEYS FOR DEFENDANTS |
| 580-248-4844 | TYLER TECHNOLOGIES, INC. AND |
| Fax: 580-248-6916 | EDP ENTERPRISES, INC. |

ATTORNEYS FOR PLAINTIFFS

**AGREED MOTION FOR ENTRY OF AGREED ORDER REGARDING CONDITIONAL CERTIFICATION DEADLINES – PAGE** 2

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed.R.Civ.P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of this document via email, facsimile and/or U.S. First Class Mail this 3rd day of March, 2009.

                                      */s/ Deron R. Dacus*
                                      Deron R. Dacus