IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PATTY BEALL, MATTHEW MAXWELL, TALINA MCELHANY AND KELLY HAMPTON, Individually and on behalf of all others similarly situated; | § § § § § § | |
| Plaintiffs, | § § | |
| vs. | § § | CIVIL ACTION NO. 2:08-cv-422 TJW |
| TYLER TECHNOLOGIES, INC. AND EDP ENTERPRISES, INC. Defendant. | § § § § | |

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I do hereby consent to be a party plaintiff in a Fair Labor Standards Act action to collect unpaid wages from Defendants. I have been given an opportunity to request and review a copy of the Complaint and Employment Services Agreement and agree to be bound by its terms.

**Full Legal Name:** Casey Lee Brown

**Street Address:** 1403 Willow Way

**City/State/Zip Code:** Windsor, Colorado 80550

**Telephone Number:** 720-937-6082

**Employment location:** _____

**Signature/Date:** Casey L. Brown   4-2-09

Please Return This Form For Filing with The Court To:

JOHN D. SLOAN, JR.
LAUREEN BAGLEY
SLOAN, BAGLEY, HATCHER & PERRY LAW FIRM
101 East Whaley Street
P.O. Drawer 2909
Longview, Texas 75606-2909
903-757-7000
Counsel for Plaintiffs


EXHIBIT "F"