# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| PATTY BEALL, MATTHEW<br>MAXWELL, TALINA MCELHANY AND<br>KELLY HAMPTON, Individually<br>and on behalf of all others similarly situated; | §<br>§<br>§<br>§<br>§ | |
| Plaintiffs, | §<br>§ | |
| vs. | §<br>§ | CIVIL ACTION NO. 2:08-cv-422 TJW |
| TYLER TECHNOLOGIES, INC. AND<br>EDP ENTERPRISES, INC.<br>Defendant. | §<br>§<br>§<br>§ | |

## CONSENT TO OPT-IN

By my signature below, I represent to the Court that I do hereby elect to opt-in to the above referenced suit. I have been given an opportunity to request and review a copy of the Complaint.

**Full Legal Name:** Kim Dao Huynh

**Street Address:** # 550 S. Lakeside Lane

**City/State/Zip Code:** 550 S. lakeside Wichita, KS, 67230

**Telephone Number:** 316-993-0367

**Job titles:** Implementation Specialist

**Employment location:** Dallas TX

**Signature/Date:** Kim Huynh   03-24-09

### Please Return This Form For Filing with The Court To:

**JOHN D. SLOAN, JR.**
**LAUREEN BAGLEY**
**SLOAN, BAGLEY, HATCHER & PERRY LAW FIRM**
**101 East Whaley Street**
**P.O. Drawer 2909**
**Longview, Texas 75606-2909**
**903-757-7000**
**Counsel for Plaintiffs**


EXHIBIT "B"