IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PATTY BEALL, MATTHEW MAXWELL, DAVID GRAVLEY, TALINA MCELHANY, KELLY HAMPTON, KEVIN TULLOS, CASEY BROWN, JASON BONNER, ANTHONY DODD, ILENE MEYERS, TOM O'HAVER, JOY BIBLES, DON LOCCHI AND MELISSA PASTOR, Individually and on behalf of all others similarly situated; | § § § § § § § § § § | |
| Plaintiffs, | § § | 2:08-cv-422 TJW |
| TYLER TECHNOLOGIES, INC. AND EDP ENTERPRISES, INC.  Defendants. | § § § § | |

**PLAINTIFFS' APPENDIX TO MOTION TO FACILITATE
SECTION 216(b) COLLECTIVE ACTION**

Plaintiffs respectfully submits the following listed Exhibits in support of their Motion to Facilitate Section 216(b) Collective Action.

## APPENDIX

**Exhibit:**

| | |
|---|---|
| **A** | Declaration of Patty Beall in Support of Proceeding as a Collective Action |
| **B** | Declaration of Kevin Tullos in Support of Proceeding as a Collective Action |
| **C** | Declaration of Jason Bonner in Support of Proceeding as a Collective Action |
| **D** | Declaration of Casey Brown in Support of Proceeding as a Collective Action |
| **E** | Declaration of Diana Hudman in Support of Proceeding as a Collective Action |
| **F** | Declaration of Kim Huynh in Support of Proceeding as a Collective Action |

| | |
|---|---|
| **G** | Declaration of Matt Maxwell in Support of Proceeding as a Collective Action |
| **H** | Declaration of David Gravely in Support of Proceeding as a Collective Action |
| **I** | Declaration of Talina McElhany in Support of Proceeding as a Collective Action |
| **J** | Declaration of Lisa White in Support of Proceeding as a Collective Action |
| **K** | Declaration of Kelly Hampton in Support of Proceeding as a Collective Action |
| **L** | Declaration of Tony Dodd in Support of Proceeding as a Collective Action |
| **M** | Declaration of Ilene Meyers in Support of Proceeding as a Collective Action |
| **N** | Declaration of Tom O'Haver in Support of Proceeding as a Collective Action |
| **O** | Declaration of Joy Bibles in Support of Proceeding as a Collective Action |
| **P** | Declaration of Todd Davis in Support of Proceeding as a Collective Action |
| **Q** | Declaration of Molly DeFreese in Support of Proceeding as a Collective Action |
| **R** | Declaration of Sandra Joy in Support of Proceeding as a Collective Action |
| **S** | Declaration of Don Locchi in Support of Proceeding as a Collective Action |
| **T** | Declaration of Melissa Pastor in Support of Proceeding as a Collective Action |
| **U** | Affidavit of Laureen F. Bagley |
| **U-1** | Tyler Technologies Job Description for Quality Assurance |
| **U-2** | Tyler Technologies Job Description for QA Analyst |
| **V** | Notification to Potential Members of Collection Action |
| **W** | Consent to Join Collective Action; Opt-In Consent Form |

Respectfully submitted,

SLOAN, BAGLEY & PERRY LAW FIRM


　　　/s/ Laureen F. Bagley /
Laureen F. Bagley
State Bar No. 24010522
101 East Whaley Street
P.O. Drawer 2909
Longview, Texas 75606
(903) 757-7000
(903) 757-7574 (Fax)

ATTORNEYS FOR PLAINTIFF


**CERTIFICATE OF SERVICE**

I hereby certify that on this the 6th day April, 2009, a true and correct copy of this document was sent via electronic mail to the following:

Paulo B. McKeeby
Joe S. Allen
Sharon Fast Fulgham
*Morgan, Lewis & Bockius LLP*
1717 Main Street, Suite 3200
Dallas, TX 75201-7347

Deron R. Dacus
*Ramey & Flock P.C.*
100 East Ferguson, Suite 500
Tyler, TX 75702

　　　/s/ Laureen F. Bagley /
Laureen F. Bagley