## DECLARATION OF PATTY BEALL

1. My name is Patty Beall. I reside at 19007 CR 2187 East Tatum, TX 75691. I am over the age of eighteen (18) and am competent to testify to the following from my own personal knowledge and experience.

2. I was employed as a Customer Support Analyst for EDP Enterprises, Inc. from July 2004 to September 2007. In September of 2007, Tyler Technologies Inc. purchased EDP Enterprises, Inc. I continued as a Customer Support Analyst for Tyler Technologies, Inc. until July 2008. During my employment with EDP Enterprises, Inc. and Tyler Technologies, Inc. I worked with LYNX.NET, VSI and EDP CLASSIC software programs that were marketed to Texas schools.

3. As a Customer Support Analyst my job duties consisted primarily of assisting clients with questions concerning EDP Enterprises, Inc. and Tyler Technologies, Inc. software. I reported to work at the EDP Enterprises, Inc./ Tyler Technologies, Inc. office at 1512 Colony Circle in Longview, Texas. I worked with seven other Customer Support Analysts in my office that performed the same job duties that I did. As a Customer Support Analyst, I would answer telephone inquiries from EDP Enterprises, Inc. and Tyler Technologies, Inc. clients concerning problems they were having with the operation and use of the LYNX.NET, VSI and EDP CLASSIC software. From my desktop computer I was able to access the client's computer and assist them with correcting data entry problems and answer questions concerning use of the software programs.

4. I generally worked an average of 50 hours per week.

5. EDP Enterprises, Inc. paid me a salary of approximately $32,000.00 per year. Tyler Technologies, Inc. paid me a salary of approximately $37,000.00 per year. I did not receive additional compensation for hours that I worked in excess of 40 hours per week. I was told by my supervisor and Mr. Bob Sansome, the head of Human Resources, that I was an exempt employee.

6. At the time I began working for EDP Enterprises, Inc., I had a high school diploma with no specialized computer training.

7. Although I was paid a salary, I was required to report the hours that I worked. Initially, I filled out a time sheet every week and submitted it to my supervisor. Ultimately, a software program was installed that allowed me to enter

EXHIBIT "A"

my hours directly into the computer. I reported the actual hours I worked.

7. From my experience, the job title "Customer Support Analyst" was used by EDP Enterprises, Inc. and Tyler Technologies, Inc. to refer to a group of EDP Enterprises, Inc. and Tyler Technologies, Inc. employees that had the same job position and the same job duties as I did.

8. From my experience working as a Customer Support Analyst with EDP Enterprises, Inc. and Tyler Technologies, Inc. I have personal knowledge and experience of EDP Enterprises, Inc. and Tyler Technologies, Inc's policies and procedures for compensating its "Customer Support Analysts." It was EDP Enterprises, Inc. and Tyler Technologies, Inc's policy and practice to pay all of its "Customer Support Analysts" on a salary basis with no additional compensation for any time worked over forty hours per week.

9. From my experience and conversations with other EDP Enterprises, Inc. and Tyler Technologies, Inc. "Customer Support Analysts," I know that other "Customer Support Analysts" performed the same duties as did I and have been subjected to the same compensation policies and practices as I.

9. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 6th day of February 2009, at Longview, Texas.

*Patty Beall*

PATTY BEALL