## DECLARATION OF KEVIN TULLOS

1.     My name is Kevin Tullos. I reside at 5324 Comanche Wells Dr. McKinney, TX 75071.     I am over the age of eighteen (18) and am competent to testify to the following from my own personal knowledge and experience.

2.     I was employed as a Server and Systems Support Specialist for Tyler Technologies, Inc. From August 2008 through November 2008.   During my employment with Tyler Technologies, Inc. I supported the servers that ran Odyssey® and Orion® software programs.

3.     As a Server and Systems Support Specialist my job duties consisted primarily of assisting clients with problems they were experiencing with the servers that ran the Odyssey and Orion software programs.   I reported to work at the Tyler Technologies, Inc. office in Plano, Texas at 8:15 AM and I was scheduled to leave work at 5:15 PM.   I worked with four other Server Systems Support Specialists in my office that performed the same job duties that I did.   As a Server and Systems Support Specialist, I would spend approximately 75 percent of my time answering telephone inquiries from Tyler Technologies, Inc. clients concerning problems they were having with the operation and use of the Odyssey® and Orion® software. I would assist the clients with fixing their problem either by talking them through it over the telephone or accessing the client's computer from my desktop computer and correcting the problem for them.   The client problems consisted primarily of

- printer problems (printer queues down)
- Adding new printer queues
- Troubleshooting problems with backups
- Troubleshooting and configuring dumb terminals
- Installing the Odyssey® and Orion® client
- Installing and troubleshooting our Legacy® Unix emulator – Ableterm®
- Diagnosed network problems

Approximately, 25% of my time was spent at the clients' sites.   While there I:

- Setup and configured new hardware (scanners, printers, etc)
- Setup and configure servers so Odyssey® and Orion® servers
- Install backup hardware equipment (Dell Powervault Autoloader)
- Checked to confirm sites are ready for installation

4.     I generally worked an average of 45-55 hours per week.   It was not uncommon though to leave at 5 PM after work and drive out to a client's site.   We would show up at 7 AM in the morning and work until midnight or later with only a short lunch.

5.     Tyler Technologies, Inc. paid me a salary of approximately $55,000.00 per year



EXHIBIT
"B"

plus a travel bonus of $25.00 for every day spent at a customer site that is at least 100 miles from the office, to start after 60 days once my training period was complete.   I also was to get an expertise bonus if I had stayed there for six months of $30 for every day spent at a customer site (half days were reimbursed at half of the applicable amount).   I did not receive additional compensation for hours that I worked in excess of 40 hours per week.   When I recorded the hours I worked in excess of 40 hours per week I was instructed by Mr. Derl Taylor, my supervisor's assistant, that I should only record 40 hours per week no matter how many hours I worked.

6.      From my experience, the job title "Server and Systems Support Specialist" I was used by Tyler Technologies, Inc. to refer to a group of Tyler Technologies, Inc. employees that had the same job position and the same job duties as I did.

7.      From my experience and conversations with other Tyler Technologies, Inc. "Server and Systems Support Specialist," I know that other "Server and Systems Support Specialist " who performed the same duties as did I and have been subjected to the same compensation policies and practices as I.

8.      I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23rd day of March 2009, at 10:42 PM.

Kevin Tullos