## DECLARATION OF JASON HUNTER BONNER

1. My name is Jason Hunter Bonner. I reside at 3305 Ocean Dr. Denton, TX 76210. I am over the age of eighteen (18) and am competent to testify to the following from my own personal knowledge and experience.

2. I was employed as a Technical Support Specialist/Trainer for Tyler Technologies, Inc. from October 2006 through February 2007 in the Plano, Texas office. I worked with the Legacy software programs that were marketed to Appraisal districts. I would like to note that Tyler specifically told me I would be working with Windows based software of theirs, specifically Orion, but when I reported the first day, I was placed on legacy systems; again systems that the company was migrating it's own customer's away from. Not 4 months into the job, I was laid off.

3. As a Technical Support Specialist/Trainer my job duties consisted primarily of assisting clients with questions concerning Tyler Technologies, Inc. Legacy software. I worked with three other Technical Support Specialists/Trainers in my office that performed the same job duties that I did. As a Technical Support Specialist/Trainer, I would answer telephone inquiries from Tyler Technologies, Inc. clients concerning problems they were having with the operation and use of the Legacy appraisal software. I would either walk the client through the problem over the telephone or I would access the client's computer though my desktop computer and correct the problem myself. I also performed client training on the use of the Legacy software.

4. I generally worked an average of 50 hours per week and on several occasions I worked as many as 70 hours a week. I never worked less than 40 hours per week unless I requested time off for vacation or illness. My very first week at Tyler I was sent to a county in South Texas near Corpus Christi, where all I did was sit in a Tax Assessors office and perform data entry from before sunup to well after sundown. This was not even part of my job description and I was never compensated for the overtime I worked. When I asked if I would, they told me that I was salaried.

5. Tyler Technologies, Inc. paid me a salary of approximately $41,000.00 per year. I did not receive additional compensation for hours that I worked in excess of 40



EXHIBIT "C"

hours per week.

6. From my experience, the job title "Technical Support Specialist/Trainer " was used by Tyler Technologies, Inc. to refer to a group of Tyler Technologies, Inc. employees that had the same job position and the same job duties as I did.

7. From my experience and conversations with other Tyler Technologies, Inc. "Technical Support Specialists/Trainers," I know that other "Technical Support Specialists/Trainers" performed the same duties as did I and have been subjected to the same compensation policies and practices as I.

8. I declare under penalty of perjury that the foregoing is true and correct. Executed this 6 day of April 2009, at Dallas, Texas.

_____
Jason Hunter Bonner