## **DECLARATION OF CASEY BROWN**

1.      My name is Casey Brown. I reside at 1403 Willow Way Windsor, CO 80550. I am over the age of eighteen (18) and am competent to testify to the following from my own personal knowledge and experience.

2.      I was employed by Tyler Technologies, Inc. in Lakewood Colorado from December 2006 through July 2007. Although my official job title was Systems Analyst, my primary job duties were those of a "Software Support Specialist" for EAGLE RECORDER and EAGLE ASSESSOR software.

3.      During the time I worked for Tyler Technologies, Inc. my primary job duties consisted of assisting clients with questions concerning EAGLE RECORDER and EAGLE ASSESSOR software. I spent most of my time answering telephone and email inquiries from Tyler Technologies, Inc. customers concerning problems they were having with the operation and use of the EAGLE RECORDER and EAGLE ASSESSOR software. I would contact the client by telephone and either talk the client through the problem or access their system from my desktop computer and correct the problem. I would occasionally install new updated software on a customer's system from my desktop computer. I also created training programs for other Software Support Specialists and conducted training in person and via telephone and through web based communications.

4.      I generally worked an average of 50 hours per week. Some weeks I worked as many as 70 hours.

5.      Tyler Technologies, Inc. paid me a salary of approximately $40,000.00 per


EXHIBIT "D"

year. I did not receive additional compensation for hours that I worked in excess of 40 hours per week.

6. From my experience, the job title "Software Support Specialist" was used by Tyler Technologies, Inc. to refer to a group of Tyler Technologies, Inc. employees that had the same job position and the same job duties as I did.

7. I declare under penalty of perjury that the foregoing is true and correct. Executed this 2 day of April 2009, at Windsor, Colorado.

CASEY BROWN