## DECLARATION OF DIANA HUDMAN

1. My name is DIANA HUDMAN, I reside at 18289 E. FM 1797 Tatum., TX 75691. I am over the age of eighteen (18) and am competent to testify to the following from my own personal knowledge and experience.

2. I was employed as a Customer Support Representative for EDP ENTERPRISES in Longview, Texas from approximately June of 2004 to January of 2006. I worked with the EDPRO software program that was marketed to schools in Texas.

3. As a Customer Support Representative, my job duties consisted primarily of assisting clients with questions concerning EDPRO software. I reported to work at the EDP offices in Longview Texas. I worked with seven other Customer Support Representatives in my office that performed the same job duties that I did. As a Customer Support Representative I would answer telephone inquiries from EDP clients concerning problems they were having with the operation of the EDPRO software. From my desktop computer I was able to access the client's system, and assist them with correcting data entry problems and answer questions concerning use of the EDPRO software program.

4. I generally worked an average of 45 hours per week.

5. EDP paid me a salary of approximately $30,000.00 per year.

6. At the time I began working for EDP, I had a high school diploma and no specialized computer training.

7. Although I was paid on a salary basis, I was required to report the hours that I worked. Initially, I filled out a time sheet every week and submitted it to my supervisor. Ultimately, a software program was installed that allowed me to enter my hours directly into the computer. I was not paid any additional wages for time that I worked over 40 hours per week.

8. From my experience, the job title "Customer Support Representative" was used by EDP to refer to a group of EDP employees that had the same job position and the same job duties as I did.

9. From my experience working with EDP, I have personal knowledge and



EXHIBIT "E"

experience of EDP's policies and procedures for compensating its "Customer Support Representatives." It was EDP's policy and practice to pay all of its "Customer Support Representatives" on a salary basis with no overtime pay.

9. From my experience and conversations with other EDP "Customer Support Representatives," I know that other "Customer Support Representatives" performed the same duties as I did, and were subject to the same compensation policies and practices as me.

10. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 6th day of February 2009, at Longview, Texas.

*Diana Hudman*

DIANA HUDMAN