## DECLARATION OF MATT MAXWELL

1. My name is Matt Maxwell, I reside at 3804 Graystone Road, Longview, TX 75605. I am over the age of eighteen (18) and am competent to testify to the following from my own personal knowledge and experience.

2. I was employed as an Systems Engineer for EDP Enterprises, Inc. from August 2002 to February 2007. I worked with the Lynx, Grade book, Attendance, EDPro, Student.net, VSI, Unix, Cobol, and Relativity software programs in Texas and Louisiana schools.

3. As a Systems Engineer my job duties consisted primarily of installation and daily maintenance of EDP Enterprises, Inc's student informational web products that were hosted by the EDP Enterprises, Inc. My job duties included:

- Maintaining network user security and file permissions. Setting up network user accounts; changing user account settings and permissions; deleting user accounts.
- Maintaining email server.
- Maintaining a central Anti-Virus server that kept track of Anti-Virus updates and any viruses that may be on client computers.
- PC/notebook and server installation, maintenance and support ; Setup new computers for company users. Setup new servers for the company and customers.
- Network, software performance, and server support for EDP Enterprises, Inc. as well as customers - Maintained network performance, software application performance, and server performance for the company and customers.
- Training and education for customers - Trained customers on Microsoft applications as well as EDP applications.
- Assisting with computer purchases to meet demand for EDP Enterprises, Inc. and customers - Researched best prices for computers, servers, computer parts, and networking equipment for the company and customers.

4. I regularly worked an average of 50 hours per week, excluding travel time. Some weeks I worked as many as 80 hours.

5. EDP Enterprises, Inc. paid me a salary of $ 45,000.00, per year plus a travel bonus of $50.00 per day for each day that I was out of town performing billable work at a customer's location.

6. From my experience, the job title "Systems Engineer" was used by EDP Enterprises, Inc. to refer to a group of EDP Enterprises, Inc. employees that shared the same job position and the same job duties as I did.

1



EXHIBIT "G"

7.      From my experience working as an Systems Engineer with EDP Enterprises, Inc. I have personal knowledge and experience of EDP Enterprises, Inc. policies and procedures for compensating its Systems Engineers. It was EDP Enterprises, Inc. policy and practice to pay all of its Systems Engineers on a salary basis with a daily expertise or travel bonus for every day that the Systems Engineer was out of town and performing billable work for a client.

8.      From my experience and conversations with other EDP Enterprises, Inc. Systems Engineers, I know that other Engineers performed the same duties as did I and have been subjected to the same compensation policies and practices as I.

9.      I declare under penalty of perjury that the foregoing is true and correct.

Executed this _1_ day of _April_ 2009, at Gregg County, Texas.

_____
MATT MAXWELL