# DECLARATION OF DAVID GRAVLEY

1.      My name is David Gravley, I reside at 501 E. Elm St. Overton, Texas 75684. I am over the age of eighteen (18) and am competent to testify to the following from my own personal knowledge and experience.

2.      I was employed as an Systems Engineer for EDP Enterprises, Inc. from 2005 to September 2007.  I was employed by Tyler Technologies, Inc from September 2007 to November 2007. I worked with the Lynx, Grade book, Attendance, EDPro, Student.net, VSI, Unix, Cobol, and Relativity software programs in Texas and Louisiana schools.

3.      As a Systems Engineer my job duties consisted primarily of installation and daily maintenance of EDP Enterprises, Inc's and Tyler Technologies, Inc.'s student informational web products that were hosted by the them.  My job duties included:

- Maintaining network user security and file permissions. Setting up network user accounts; changing user account settings and permissions; deleting user accounts.

- Maintaining email server.

- PC/notebook and server installation, maintenance and support ; Setup new computers for company users. Setup new servers for the company and customers.

- Network, software performance, and server support for EDP Enterprises, Inc and Tyler Technologies, Inc. as well as customers - Maintained network performance, software application performance, and server performance for the company and customers.

- Training and education for customers - Trained customers on-site regarding use and operation of equipment and software.

- Assisting with computer purchases to meet demand for EDP Enterprises, Inc., Tyler

EXHIBIT "H"

Technologies, Inc. And their customers - Researched best prices for computers, servers, computer parts, and networking equipment for the company and customers

- Maintained VOIP telephone system. Including setting up new devices, adding users, purging voice mail, updates, moving and/or changing telephones.
- Provided computer setup and maintenance for Prometric and View testing center

4. During the time I worked for EDP Enterprises, Inc. and Tyler Technologies Inc. I regularly worked an average of 50 hours per week, excluding travel time.

5. EDP Enterprises, Inc. paid me a salary of approximately $ 42,000.00, per year plus a travel bonus of $50.00 per day for each day that I was out of town performing billable work at a customer's location.

6. Tyler Technologies, Inc. paid me a salary of approximately $ 42,000.00, per year plus an expertise bonus for each day that I was out of town performing billable work at a customer's location.

7. From my experience, the job title "Systems Engineer" was used by EDP Enterprises, Inc. to refer to a group of EDP Enterprises, Inc. employees that shared the same job position and the same job duties as I did.

8. From my experience, the job title "Systems Engineer" was used by Tyler Technologies, Inc. to refer to a group of Tyler Technologies, Inc. employees that shared the same job position and the same job duties as I did.

9. From my experience, the other "Systems Engineers" I worked with at EDP Enterprises, Inc. and Tyler Technologies, Inc. regularly worked more than 40 hours per week.

10. From my experience working as an Systems Engineer with EDP Enterprises, Inc. I have personal knowledge and experience of EDP Enterprises, Inc. policies and procedures for

compensating its Systems Engineers. It was EDP Enterprises, Inc. policy and practice to pay all of its Systems Engineers on a salary basis with a daily expertise or travel bonus for every day that the Systems Engineer was out of town and performing billable work for a client. These same policies and practices continued after Tyler Technologies, Inc became my employer.

11.  I declare under penalty of perjury that the foregoing is true and correct.

Executed this 3rd day of April 2009, at Gregg County, Texas.

_____
DAVID GRAVLEY