## DECLARATION OF JOY BIBLES

1. My name is Joy Bibles. I reside at 14602 -12th Avenue SW, Burien, WA 98166. I am over the age of eighteen (18) and am competent to testify to the following from my own personal knowledge and experience.

2. I was employed by Tyler Technologies, Inc. as an Implementation Consultant in Renton Washington from October 2005 to October 2006.

3. During the time that I was an Implementation Consultant with Tyler Technologies, Inc., my job duties consisted primarily of walking clients through the implementation process of some of the auxiliary modules of their EDEN financial software purchase. This process involved the conversion of the customer's data from their existing software to the new EDEN software, helping troubleshoot the software modules if there were support issues and training the customer's employees on the use and operation of the EDEN software. I would assist with verifying the customer's data after it was converted and set up the various software modules. If there were errors in the converted data I would assist the customer with developing a plan for correcting errors in their existing data base. I also trained clients how to operate the new software program. I performed my job primarily at the customer's offices where I would remain until the training was complete and the customer was up and running on the EDEN software.

4. During the time I worked for Tyler Technologies, Inc. as an Implementation Consultant, I regularly worked an average of __50__ hours per week. Some weeks I worked as many as __60__ hours. I never worked less than 40 hours per week, unless I was on vacation or took time off for illness. I attempted to report the actual hours that I worked, however I was informed that I should not do that.

5. Tyler Technologies paid me $50,000. I don't recall any bonus schedules but there was no overtime, travel pay or any other compensation. I do not recall there being any sort of compensation plan.. Tyler Technologies, Inc. did not pay me any additional compensation when I worked more than 40 hours in a week.

6. I regularly worked with other Implementation Consultants at Tyler Technologies, Inc. I have personal knowledge that these co-workers customarily and regularly worked more than 40 hours per week.

8. From my experience, the job title "Implementation Consultant" was used by Tyler Technologies, Inc. to refer to a group of Tyler Technologies, Inc. employees that shared the same job position and the same job duties as I did, also with the status of "exempt."

9. When I left Tyler Technologies, I was docked several days pay. When I asked that they compensate me based on the couple of weeks of overtime I'd accumulated but not been paid or taken as comp time, they refused, saying that I was a salaried employee.

10. From my experience working as a "Implementation Consultant" with Tyler Technologies, Inc. out of its Renton, Washington office, I have personal knowledge of Tyler Technologies, Inc.'s policies and procedures for compensating its "Implementation Consultants." It was Tyler Technologies, Inc's policy and practice to pay all of its "Implementation Consultants" on a salary basis without additional compensation for time worked over 40 hours per week.

11. I declare under penalty of perjury that the foregoing is true and correct. Executed this 31 day of __March__ 2009, at Burien, Washington.

JOY MICHELLE BIBLES

EXHIBIT "O"