## DECLARATION OF MOLLY DEFREESE

1. My name is Molly DeFreese. I reside at 3903 243rd PL SE N-202 Bothell, WA 98021. I am over the age of eighteen (18) and am competent to testify to the following from my own personal knowledge and experience.

2. I was employed with Tyler Technologies, Inc. from June 2003 through November 2005, as an Implementation Consultant in Renton, Washington.

3. During the time that I was an Implementation Consultant with Tyler Technologies, Inc. my job duties consisted primarily of assisting customers during the conversion of their existing software to the INFORUM GOLD software. This process involved the conversion of the customer's data from their existing software to the new INFORUM GOLD software, setting up the software modules and training the customer's employees on the use and operation of the INFORUM GOLD software. During the conversion process I would review the customer's business processes to see if improvements could be made with the INFORUM GOLD software, I would assist with verifying the customer's data after it was converted and set up the various software modules. If there were errors in the converted data I would assist the technical consultant with correcting the data errors in the client's data base. I also created training materials and trained customers on how to operate the new software program. I performed my job primarily at the customer's offices where I would travel back and forth until the conversion was complete and the customer was up and running on the INFORUM GOLD software.

4. During the time I worked for Tyler Technologies, Inc. as an Implementation Consultant, I regularly worked an average of 60 hours per week. Some weeks I worked as many as 80 hours. I never worked less than 40 hours per week, unless I was on vacation or took time off for illness.

5. Tyler Technologies paid me a salary ranging from $42,000 to $45,000. For each day that I traveled out of town and performed billable work I was provided a travel premium that varied in accordance with GSA Per Diem rates for the city I was working in. Tyler Technologies, Inc. did not pay me any additional compensation when I worked more than 40 hours in a week.

6. I regularly worked with other Implementation Consultants at Tyler Technologies, Inc. I have personal knowledge that these co-workers customarily and regularly worked more than 40 hours per week.

7. Although I was paid on a salary basis, I was required to report the billable hours that I worked. Although there were many extra hours worked that were not billed to the client.

EXHIBIT "G"

8. From my experience, the job title "Implementation Consultant" was used by Tyler Technologies, Inc. to refer to a group of Tyler Technologies, Inc. employees that shared the same job position and the same job duties as I did.

9. From my experience working as a "Implementation Consultant" with Tyler Technologies, Inc. out of their Renton, Washington office, I have personal knowledge of Tyler Technologies, Inc.'s policies and procedures for compensating its "Implementation Consultants." It was Tyler Technologies, Inc's policy and practice to pay all of its "Implementation Consultants" on a salary basis without additional compensation for time worked over 40 hours per week.

10. From my experience and conversations with other Tyler Technologies, Inc.'s Implementation Consultants that worked out of the Renton, Washington office, I know that these Implementation Consultants performed the same duties as did I and have been subjected to the same compensation policies and practices as I.

11. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 19th day of March 2009.

_____
Molly DeFreese