# **DECLARATION OF SANDRA JOY**

1. My name is Sandra Joy, I reside at 12522 West Coldwater Springs Blvd. Avondale AZ 85323. I am over the age of eighteen (18) and am competent to testify to the following from my own personal knowledge and experience.

2. I was employed with Tyler Technologies, Inc. from November 2001 through December 2006. From November 2001 through July of 2005 I was employed by Tyler Technologies as a Customer Service Representative. From August 2005 until December 2006, I was employed by Tyler Technologies as an Implementation Specialist

3. During the time that I was an Implementation Specialist with Tyler Technologies, Inc. my job duties consisted primarily of assisting customers during the implementation of their existing software to the MUNIS software. This process involved entering the customer's payroll and human resources data from their existing software to the new MUNIS software as well as training the customer's employees on the use and operation of the MUNIS software. Prior to the beginning of implementation, I would assist the customer in determining how best to set up the MUNIS software so it's capabilities would work to their best advantage in processing payrolls and reporting information. To do this we would go over their accrual rules, specific state or local report requirements, union contracts and any other documentation they needed to make available to assist in this process. The customer and myself would share the data entry process of getting their information into the system or it would be loaded by a technology team in the Maine office. I would then assist with verifying the customer's data after it was either entered manually or converted. If there were errors in the converted data I would assist the customer with correcting data errors. I also trained customers and their employees on how to operate the new software program. I performed my job primarily at the customer's offices, from Monday – Friday, where I would return on a weekly basis until the conversion and implementation was complete and the customer was "live" on the MUNIS software. When I was not at a customer's location I either worked from home or the Phoenix, Arizona office assisting customers with software problems via telephone.

4. During the time I worked for Tyler Technologies, Inc. as an Implementation Specialist, I regularly worked an average of 60-65 hours per week. I never worked less than 40 hours per week unless I was on vacation or took time off for illness.

5. Tyler Technologies paid me a salary of approximately $40,000.00. I was also given an expertise bonus of $120.00 per day for each day that I was out of town performing billable work at a customer's location. Tyler Technologies, Inc. did not pay me any additional compensation when I worked more than 40 hours in a week.

6. I regularly worked with other Implementation Specialists at Tyler Technologies, Inc. I have personal knowledge that these co-workers customarily and regularly worked more than 40 hours per week.

7. From my experience, the job title "Implementation Specialist" was used by Tyler Technologies, Inc. to refer to a group of Tyler Technologies, Inc. employees that shared the same job position and the same job duties as I did.

8. From my experience working as a "Implementation Specialist" with Tyler Technologies, Inc. I have personal knowledge of Tyler Technologies, Inc.'s policies and procedures for compensating its "Implementation Specialists." It was Tyler Technologies,

EXHIBIT "B"

Inc's policy and practice to pay all of its "Implementation Specialists" on a salary basis without additional compensation for time worked over 40 hours per week.

9. I declare under penalty of perjury that the foregoing is true and correct. Executed this 30 day of March 2009, at Avondale, Arizona.

_____
SANDRA JOY