## DECLARATION OF DON LOCCHI

1. My name is Don Locchi. I reside at 6213 7th St. Lubbock, Texas 79416. I am over the age of eighteen (18) and am competent to testify to the following from my own personal knowledge and experience.

2. I was employed with Tyler Technologies, Inc. from October 2006 through March 2007, as a Technical Sales Product Specialist in Lubbock, Texas.

3. During the time that I worked for Tyler Technologies, Inc. my job duties consisted primarily of supporting regional sales account managers in the central United States in connection with the sale of Tyler Technologies, Inc.'s Public Safety Solutions software. I provided pre and post sale technical product assistance to local, county and state agencies for the development, acquisition, integration and interoperability of computer-aided dispatch, records management and mobile data systems. My job duties involved traveling to meet with clients and sales account managers to explain the technical aspects of the Tyler Technologies Public Safety Solutions software. In connection with these meetings I provided regional sales managers with on-site presentations and technical product specification overviews for potential clients. If the client purchased the software package I would also provide post sale technical support during the conversion and implementation of the software, working closely with Implementation Specialists and Trainers to assure a smooth implementation of the software. I also prepared and presented product information presentations for National Public Safety conferences and events throughout the country.

4. During the time I worked for Tyler Technologies, Inc. as a Technical Sales Product Specialist, I regularly worked an average of 60-80 hours per week. I never worked less than 40 hours per week, unless I was on vacation or took time off.

5. Tyler Technologies paid me a salary of $50,000 plus a daily bonus for each day that I traveled out of town and performed billable work. Tyler Technologies, Inc. did not pay me any additional compensation when I worked more than 40 hours in a week.

6. I am aware that each division of Tyler Technologies has a Technical Sales Product Specialist like myself that performs the same job duties as I, except for a different software application. I have personal knowledge that these co-workers customarily and regularly worked more than 40 hours per week.

7. From my experience, the job title "Technical Sales Product Specialist " was used by Tyler Technologies, Inc. to refer to a group of Tyler Technologies, Inc. employees that shared the same job position and the same job duties as I did.



EXHIBIT "S"

8.       From my experience working as a Technical Sales Product Specialist with Tyler Technologies, Inc. out of its Lubbock, Texas office, I have personal knowledge of Tyler Technologies, Inc.'s policies and procedures for compensating its Technical Sales Product Specialists. It was Tyler Technologies, Inc's policy and practice to pay all of its Technical Sales Product Specialists on a salary basis without additional compensation for time worked over 40 hours per week.

9.       I declare under penalty of perjury that the foregoing is true and correct. Executed this 27th day of March 2009, at Lubbock, Texas.

_____
DON LOCCHI