# **DECLARATION OF MELISSA PASTOR**

1. My name is Melissa Pastor. I reside at 205 Benton Dr. #11101 Allen, TX 75013. I am over the age of eighteen (18) and am competent to testify to the following from my own personal knowledge and experience.

2. I was employed with Tyler Technologies, Inc. from May 2007 through September 2007 as a Quality Assurance Analyst II at Tyler Technologies in Irving, Texas.

3. During the time that I was employed with Tyler Technologies, Inc. as a Quality Assurance Analyst II my job duties consisted primarily of creating test cases to test Tyler Technologies software.

4. Quality Assurance Analyst

- Develop software quality use cases, test plans, and test cases.
- Worked in an Agile Scrum Testing Environment
- Read and evaluated requirements documentation to develop test cases and assess risk.
- Developed complete test plan for software enhancements including full coverage test cases and a subset of regression test cases.
- Executed test cases and document results.
- Evaluated, researched and reproduced client issues.
- Documented client reported issues in detail.
- Managed new product workload for quarterly software release.
- Acted as a subject matter expert for the application in assigned areas – resource for development, implementation, and business analysts.
- Interacted with clients for onsite testing and support.
- Contributed to the improvement of the test processes.

5. During the time I worked for Tyler Technologies, Inc. as a Quality Assurance Analyst II, I regularly worked an average of 60 hours per week. (Anything over 40 was usually on my own time trying to make up project hours) hours per week. I never worked less than 40 hours per week unless I was on vacation or took time off for illness.

6. Tyler Technologies paid me a salary of $57,000.00. Tyler Technologies, Inc. did not pay me any additional compensation when I worked more than 40 hours in a week.

7. I regularly worked with other Quality Assurance Analysts II and I have personal knowledge that these co-workers customarily and regularly worked more than 40 hours per week.

8. From my experience, the job title Quality Assurance Analyst II was used by Tyler Technologies, Inc. to refer to a group of Tyler Technologies, Inc. employees that shared the same job position and the same job duties as I did.

9. From my experience working as a Quality Assurance Analyst II with Tyler Technologies, Inc. in its Irving, Texas office, I have personal knowledge of Tyler Technologies,


EXHIBIT
"T"

Inc.'s policies and procedures for compensating its Quality Assurance Analysts II. It was Tyler Technologies, Inc's policy and practice to pay all of its Quality Assurance Analysts II in Irving, Texas on a salary basis without additional compensation for time worked over 40 hours per week.

10. From my experience and conversations with other Tyler Technologies, Inc.'s Quality Assurance Analysts II, that worked out of the Irving, Texas office, I know that Quality Assurance Analysts II performed the same duties as did I and have been subjected to the same compensation policies and practices as I.

11. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 6 day of April 2009, at Allen, Texas.

_____
MELISSA PASTOR