IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PATTY BEALL, MATTHEW MAXWELL, DAVID GRAVLEY, TALINA MCELHANY, KELLY HAMPTON, CASEY BROWN, JASON BONNER, KEVIN TULLOS, ANTHONY DODD, ILENE MEYERS, TOM O'HAVER, JOY BIBLES, DON LOCCHI AND MELISSA PASTOR, Individually and on behalf of all others similarly situated;<br><br>**Plaintiffs,**<br><br>TYLER TECHNOLOGIES, INC. AND EDP ENTERPRISES, INC.<br>**Defendants.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§  2:08-cv-422 TJW<br>§<br>§<br>§<br>§<br>§ |

## AFFIDAVIT OF LAUREEN F. BAGLEY

STATE OF TEXAS        )
                      )
COUNTY OF GREGG       )

BEFORE ME, the undersigned authority, on this day personally appeared LAUREEN F. BAGLEY being duly sworn upon her oath, and deposed and stated as follows:

"My name is Laureen F. Bagley I am over the age of twenty-one and am making this affidavit of my own free will. I am capable of making this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

I am an attorney licensed to practice in the State of Texas. I am an associate with the Sloan, Bagley, Hatcher and Perry Law Firm, attorneys of record for Plaintiffs, in this case. The facts set forth in this affidavit are within my personal knowledge and, if called as a witness, I could and would competently testify as follows:

Attached hereto as Exhibit "U1 - U-2" is a true and correct copy of Tyler Technologies job descriptions for Software Quality Assurance Analyst and Quality Assurance Analyst from different states posted on Tyler Technologies's Web Site. On April 2, 2009, these employment advertisements were located and printed from the following Web Site: http://www/tylertech.com.



EXHIBIT "U"

Further Affiant saith not.

*Laureen Bagley*
LAUREEN F. BAGLEY

Subscribed and sworn to before me by the said LAUREEN F. BAGLEY on this the 6th day of April, 2009, to certify which witness my hand and seal of office.

[Notary Seal: CLAUDIA FUENTES-MARTINEZ, Notary Public, State of Texas, My Commission Expires July 06, 2011]

*Claudia Fuentes-Martinez*
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES: 7/06/2011