**tyler TECHNOLOGIES**

SEARCH    REGISTER   LOGIN

Solutions    Services    About Us    News & Events    Investors    Client Support

## Quality Assurance

| | |
|---|---|
| **Location** | Ames, IA |
| **Position** | Quality Assurance |
| **Objective** | The qualified applicant will test our next generation of Tax software to validate function, accuracy, consistency, and usability. We need someone who learns quickly, who has an eye for detail, who is a true team player, and who demonstrates commitment to product quality. |
| **Responsibilities** | Requirements<br>- Ability to design and execute tests, develop test data, and analyze results<br>- Manual testing experience<br>- Knowledge of standards for Windows®-based software<br>- Superior analytical and logical reasoning<br>- Prior experience in an Agile development setting<br>- Excellent written and verbal communication<br>- Must have positive attitude and strong work ethic<br>- 4-year degree |
| **Qualifications** | See Above |
| **Posted Date** | April 1, 2009 |
| **Email resume to** | amesjobs@tylertech.com |
| **Special Notes** | Quality Assurance |

Previous Page

Careers Main Page

Tyler Technologies, Inc.      Contact Us    Privacy Statement    Terms of Use



EXHIBIT "U-1"