**tyler** TECHNOLOGIES

SEARCH
REGISTER  LOGIN

Solutions   Services   About Us   News & Events   Investors   Client Support

## QA Analyst

| | |
|---|---|
| **Location** | Renton, WA |
| **Position Objective** | The QA Analyst has primary responsibility to test new product features and major enhancements to the software and document the results of the testing. The QA Analyst works directly with Development, Support and other departments to communicate new features and to define problems in the software or enhancement features. The QA Analyst generally works in an office setting. Daily and consistent use of computer products is required. |
| **Responsibilities** | **Testing - Release**<br>- Assist in the review and evaluation of items to be tested.<br>- Assist with the prioritization of testing to meet release deadlines and development schedules.<br>- Develop testing procedures for enhancements and bug fixes to the software.<br>- Document results of testing for internal and external use.<br>- Review and comment on Documentation for new features based on testing knowledge.<br>- Perform functional and regression testing on product.<br><br>**Testing – Pilot**<br>- Follow steps in Testing Procedures Document and document results.<br>- Help prepare materials for internal and external training as required<br>- Document software processes as learned through testing.<br>- Review follow up memos and work with Training and Support in the early months of release.<br><br>**Other**<br>- Participate in internal training sessions for other departments regarding new features.<br>- Assist with the updating of Training documentation.<br>- Review issues from Training trips as to bugs and/or enhancements.<br>- Assist Support with issues immediately after release.<br><br>Performs other duties as required or assigned. |
| **Qualifications** | - 2-4 years of work experience in a related field.<br>- Experience with software testing or training preferred. Prior experience with EDEN software a plus.<br>- Knowledge of personal computers, networks, database concepts, Windows Server, XP, email, and accounting principles.<br>- Excellent written and verbal communication skills.<br>- Ability to organize own workload efficiently to meet deadlines.<br>- Ability to read and write specifications.<br>- Detail-Oriented and diligent in performing work. |
| **Posted Date** | March 31, 2009 |
| **To apply online** | https://tyler.munisselfservice.com/employmentopportunities/default.aspx |

Previous Page

Careers Main Page

Tyler Technologies, Inc.

Contact Us   Privacy Statement   Terms of Use


EXHIBIT "U-2"

http://www.tylertech.com/Default.aspx?tabid=1016                                                         4/2/2009