## LEGAL NOTICE

THIS NOTICE MAY AFFECT YOUR RIGHTS;
PLEASE READ CAREFULLY

TO: ALL CURRENT AND FORMER CUSTOMER SUPPORT ANALYSTS, SYSTEMS SUPPORT SPECIALISTS/SYSTEMS ANALYSTS, SOFTWARE SUPPORT SPECIALISTS, TECHNICAL SUPPORT SPECIALISTS/TRAINERS, SYSTEMS ENGINEERS, CLIENT LIAISONS, TRAINERS, IMPLEMENTATION SPECIALISTS, IMPLEMENTATION CONSULTANTS, TECHNICAL SALES PRODUCT SPECIALISTS, AND/OR QUALITY ASSURANCE ANALYSTS OR SIMILAR JOB POSITIONS, WHO WERE CLASSIFIED AS EXEMPT WHILE EMPLOYED BY TYLER TECHNOLOGIES INC., EDP ENTERPRISES, INC. AND/OR A PREDECESSOR COMPANY OF TYLER TECHNOLOGIES, INC. DURING THE TIME PERIOD FROM OCTOBER 31, 2005, TO PRESENT AND WERE NOT PAID OVERTIME COMPENSATION FOR TIME WORKED IN EXCESS OF 40 HOURS PER WEEK.

RE: RIGHT TO JOIN LAWSUIT TO RECOVER UNPAID WAGES

1. **PURPOSE OF NOTICE**

The purpose of this Notification is to inform you of the existence of a collective action lawsuit in which you are potentially eligible to participate because you may be "similarly situated" to the named Plaintiffs. This Notification is also intended to advise you how your rights under the Federal Fair Labor Standards Act ("FLSA") may be affected by this lawsuit, and to instruct you on the procedure for participating in this suit, should you decide that it is appropriate and you choose to do so.

2. **DESCRIPTION OF THE LAWSUIT**

This lawsuit is brought by a group of four former Tyler Technologies, Inc. and EDP Enterprises, Inc's employees ("Plaintiffs") against Tyler Technologies, Inc. and EDP Enterprises, Inc. ("Defendants") in the United States District Court for the Eastern District of Texas as Cause NO. 2:08-CV-422 before Judge T. John Ward. The lawsuit claims that Defendants failed to pay all wages owed which include straight time and overtime as required by the FLSA. Plaintiffs' counsel in this case are:

Page 1 of 6


EXHIBIT "V"

Mr. John D. Sloan, Jr.  
jsloan@textrialfirm.com  
Mrs. Laureen F. Bagley  
lbagley@textrialfirm.com  
Sloan, Bagley, Hatcher & Perry Law Firm  
Post Office Drawer 2909  
Longview, Texas 75606  
101 East Whaley  
Longview, Texas 75601  
(903) 757-7000  
(903) 757-7574 (fax)  

Mr. Alexander R. Wheeler  
awheeler@rrexparris.com  
Mr. Jason Paul Fowler  
jfowler@rrexparris.com  
Law Office of R. Rex Parris  
42220 10th Street West, Suite 109  
Lancaster, CA 93534  
(661) 949-2595  

(661) 949-7524 (fax)  

Mr. John P. Zelbst  
zelbst@zelbst.com  
Ms. Chandra L. Holmes Ray  
chandra@zelbst.com  
Zelbst, Holmes & Butler  
411 S.W. 6th Street  
P.O. Box 365  
Lawton, OK 73502-0365  
(580) 248-4844  
(580) 248-6916 (fax)  

James E. Wren  
Texas State Bar No. 22018200  
One Bear Place #97288  
Waco, Texas 76798-7288  
(254) 710-7670  
(254) 710-2817 (Fax)  

The provisions of the FLSA require an employer to compensate an employee for all hours spent in continuous workday activities. The overtime provisions of the FLSA require that, for all hours over forty hours per week that an employee works, the employer must pay the employee at the rate of one and one-half times his or her regular hourly rate, unless that employee is properly classified as "exempt" from the overtime provisions of the FLSA. The Plaintiffs in this lawsuit claim that during one or more weeks of their employment with Defendants, Tyler Technologies, Inc. and/or EDP Enterprises, Inc., they worked in excess of 40 hours, but were not paid overtime at the rate of one and on-half times their hourly rate for the hours they worked in excess of forty. Plaintiffs allege that they were not properly paid for their overtime hours due to Tyler Technologies, Inc's and/or EDP Enterprises, Inc.'s deliberate misclassification of Plaintiffs as exempt from the overtime provisions of the Fair Labor Standards Act. Plaintiffs are suing to recover unpaid overtime compensation for the period from October 31, 2005 to the present. Plaintiffs are also seeking to recover liquidated damages, attorneys fees and costs associated with the litigation.

3.  **NO RETALIATION PERMITTED**

It is a violation of Federal law for Tyler Technologies, Inc. to discharge, or in any manner discriminate or retaliate against you for taking part in this case. If you believe that you have been penalized, discriminated against or disciplined in any way as a result of your receiving this notification, considering whether to join a lawsuit, or actually joining a lawsuit, you should contact Plaintiffs' counsel immediately.

4.   **COMPOSITION OF THE CLASS**

The named Plaintiffs seek to sue on behalf of themselves and also on behalf of other employees with whom they are similarly situated. Those who Plaintiffs allege are similarly situated are those current and former exempt salaried employees that performed work as "Customer Support Analysts," "Systems Support Specialists," "Software Support Specialists," "Technical Support Specialists/Trainers," "Systems Engineers," "Client Liaisons," "Trainers," "Implementation Specialists," "Implementation Consultants," "Technical Sales Product Specialists," "Quality Assurance Analysts," or similar job title(s) who worked for Tyler Technologies, Inc., EDP Enterprises, Inc., or a predecessor company of Tyler Technologies, Inc. at any time from October 31, 2005 to the present date.

This Notification is only for the purpose of determining the identity of those persons who wish to be involved in this case and has no other purpose. Your right to participate in this suit may depend upon a later decision by the United States District Court that you and the representative Plaintiffs are actually "similarly situated".

5.   **YOUR RIGHT TO PARTICIPATE IN THIS LAWSUIT**

If you fit the definition above, that is, you are currently or were formerly employed by Tyler Technologies, Inc., EDP Enterprises, Inc. or one of Tyler Technologies, Inc.'s predecessor companies at any time since October 31, 2005, as a "Customer Support Analyst," "Systems Support Specialist," "Software Support Specialist," "Technical Support Specialist/Trainer," "Systems Engineer" "Client Liaison," "Trainer" "Implementation Specialist," "Implementation Consultant," "Technical Sales Product Specialist," or a "/Quality Assurance Analyst," or maintained a job position with similar job duties as those listed above, you may have a right to participate in this lawsuit.

6.   **HOW TO PARTICIPATE IN THIS LAWSUIT**

Enclosed you will find a form entitled "Opt-In Consent Form" ("Consent Form"). If you choose to join this lawsuit, and thus participate in any recovery that may result from this lawsuit, it is extremely important that you read, sign and return the Consent Form. An addressed and postage paid envelope is enclosed for your convenience. The Consent Form should be mailed to:

**ATTN: BEALL V. TYLER TECHNOLOGIES**
SLOAN, BAGLEY, HATCHER & PERRY LAW FIRM
101 East Whaley Street
Longview, Texas 75606

**The signed Consent Form must be postmarked within 90 days after the date that the motion is granted. If your signed Consent Form is not postmarked by 90 days after the date**

on the front page of this letter, **you will not participate in any recovery obtained against Defendants in this lawsuit.** If you have questions about filling out or sending the Consent, please contact Plaintiff's counsel listed on page one of this notice.

7.   **EFFECT OF JOINING THIS LAWSUIT**

If you choose to join in this lawsuit, you will be bound by the judgment, whether it is favorable or unfavorable. You will also be bound by, and will share in, any settlement that may be reached on behalf of the employees who have filed or opted in to this lawsuit.

By joining this lawsuit, you designate the representative Plaintiffs as your agents to make decisions on your behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiffs' counsel concerning fees and costs, and all other matters pertaining to this lawsuit. These decisions and agreements made and entered into by the representative Plaintiffs will be binding on you if you join this lawsuit.

The representative Plaintiffs in this matter have entered into a contingency fee agreement with Plaintiffs' counsel, which means if there is no recovery, there will be no attorneys fees or costs chargeable to you. If there is a recovery, Plaintiffs' counsel will receive a part of any settlement obtained or money judgment entered in favor of all members of the collective action. You may request a copy of the contingency fee agreement executed by the named Plaintiffs in this matter from Plaintiffs' counsel at the address, telephone number or facsimile number that appears on page one of this notice.

8.   **NO LEGAL EFFECT IN NOT JOINING THIS LAWSUIT**

If you choose not to join this lawsuit, you will not be affected by any judgment or settlement rendered in this case, whether favorable or unfavorable to the collective action. You will not be entitled to share any amounts recovered by the parties to the collective action. You will be free to file your own lawsuit, subject to any defenses that might be asserted. The pendency of this lawsuit will not stop the running of the statute of limitations as to any claims you might have until you opt-in to it.

9.   **FURTHER INFORMATION**

Further information about this Notification or the lawsuit may be obtained from Plaintiffs' counsel at the address, telephone number or facsimile number identified on page one of this notice.

_____
UNITED STATES DISTRICT JUDGE