# CONSENT TO OPT IN
### Pursuant to Fair Labor Standards Act  29 U.S.C. §216(b)

### COMPLETE AND MAIL TO:

ATTN: BEALL V. TYLER TECHNOLOGIES COLLECTIVE ACTION
SLOAN, BAGLEY, HATCHER & PERRY LAW FIRM
101 East Whaley St.
Longview, Texas 75606

Name: _____   S.S.#(optional) _____

Address: _____   Home Phone: _____

_____   Work Phone: _____

Email: _____   Cell Phone: _____

1. I consent and agree to pursue my claims arising out of uncompensated overtime as an employee of Tyler Technologies, Inc., and/or EDP Enterprises, Inc. in connection with the above-referenced lawsuit.

2. I have worked as an employee for Tyler Technologies, Inc. from on or about _____ (month, year) to on or about _____ (month, year or if still working there, write "present time").

3. I have worked as an employee for EDP Enterprises, Inc. from on or about _____ (month, year) to on or about _____ (month, year or if still working there, write "present time").

4. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §201, et seq. I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

5. I hereby designate John D. Sloan, Jr, and Laureen Bagley, of the Sloan, Bagley, Hatcher & Perry Law Firm, Mr. John P. Zelbst, of the John P. Zelbst Law Firm, Alex Wheeler and Jason Fowler of the R. Rex Parris Law Firm, to represent me for all purposes in this action.

6. If I am not a named Plaintiff in this lawsuit, I also designate the collective action


EXHIBIT "W"

Representative(s) as my agent(s) to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, the entering of an agreement with Plaintiffs' Counsel concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, the entering of an agreement with Plaintiffs' Counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

(Signature) _____     (Date signed) _____

## **NOTE**

**Statute of limitations concerns mandate that you return this form as soon as possible to preserve your rights.**