**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| PATTY BEALL,  MATTHEW MAXWELL, | § | |
| DAVID GRAVLEY, TALINA MCELHANY, | § | |
| KELLY HAMPTON, CASEY BROWN, | § | |
| JASON BONNER, KEVIN HULLOS, | § | |
| ANTHONY DODD, ILENE MEYERS, | § | |
| TOM O'HAVER, JOY BIBLES, DON | § | |
| LOCCHI AND MELISSA PASTOR , | § | |
| Individually and on behalf of all others | § | |
| similarly situated; | § | |
| | § | |
| Plaintiffs, | § | 2:08-cv-422 TJW |
| | § | |
| TYLER TECHNOLOGIES, INC. AND | § | |
| EDP ENTERPRISES, INC. | § | |
| Defendants. | § | |

**ORDER GRANTING PLAINTIFFS' MOTION FOR CERTIFICATION OF
COLLECTIVE ACTION AND REQUEST FOR NOTICE TO
POTENTIAL PLAINTIFFS PURSUANT TO SECTION 216(b)**

ON THIS DATE, CAME ON TO BE CONSIDERED Plaintiffs' Motion for Certification of Collective Action and Request for Notice to Potential Plaintiffs Pursuant to Section 216(b).  After careful consideration of the motion and supporting brief, as well as the Response of Defendant, this Court hereby enters the following order.

IT IS HEREBY ORDERED that the above-styled and numbered cause of action will proceed as a collective action.

IT IS FURTHER ORDERED that Plaintiffs may seek to contact other individuals through court-authorized notice, who are similarly situated to current and former exempt salaried employees that performed work as  "Customer Support Analysts," "Systems Support Specialists," "Software Support Specialists," "Technical Support Specialist/Trainers," "Systems Engineers," "Client

Liaisons," "Trainers," "Implementation Specialists," "Implementation Consultants," "Technical Sales Product Specialists," and/or "Quality Assurance Analysts," or maintained a position with similar job duties to those listed above, who worked for Tyler Technologies, Inc., EDP Enterprises, Inc., or a predecessor company of Tyler Technologies, at any time from October 31, 2005 to the present date.

IT IS FURTHER ORDERED that Defendants' are to produce a computer-readable data file containing the names, addresses, e-mail addresses (if available), Social Security numbers and telephone numbers of all current and former exempt salaried employees that performed work as "Customer Support Analysts," "Systems Support Specialists," "Software Support Specialists," "Technical Support Specialists/Trainers," "Systems Engineers," "Client Liaison," "Trainers," "Implementation Specialists," "Implementation Consultants," "Technical Sales Product Specialists," and/or "Quality Assurance Analysts," or maintained a position with similar job duties to those listed above, who worked for Tyler Technologies, Inc., EDP Enterprises, Inc. or a predecessor company, of Tyler Technologies, Inc. at any time from October 31, 2005 to the present date so that Court-ordered notice may be implemented.

IT IS FURTHER ORDERED that Plaintiffs' Counsel is authorized to maintain an internet website for the purpose of informing similarly situated persons of their right to opt-in to this litigation limited to copies of the Court's orders, pleadings and exhibits, pertinent provisions of the Fair Labor Standards Act, Consent Forms, information concerning filing deadlines and contact information for all Plaintiffs' attorneys.

IT IS FURTHER ORDERED that the Defendant's are to post, on Company bulletin boards, the Notification to Potential Members of Collective Action authorized by the Court.

IT IS FURTHER ORDERED that Defendant's, and individuals under its direction and control, are to refrain from interfering, by written or unwritten policy, by action or by statement, with the right of its employees to choose to opt in as a Plaintiff of this cause of action.