## **CERTIFICATE OF CONFERENCE**

      I certify that on April 6, 2009 I conferred with Defense Counsel, Deron R. Dacus, regarding Plaintiff's Motion for Certification of Collective Action and Request for Notice to Potential Plaintiffs Pursuant to Section 216(b). Defense counsel advised that Defendants are opposed to the Motion, as previously stated to the Court during the scheduling conference in this case.

      By: /s/ Laureen F. Bagley
      LAUREEN F. BAGLEY