IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PATTY BEALL, MATTHEW MAXWELL, DAVID GRAVLEY, TALINA MCELHANY, KELLY HAMPTON, KEVIN TULLOS, CASEY BROWN, JASON BONNER, ANTHONY DODD, ILENE MEYERS, TOM O'HAVER, JOY BIBLES, DON LOCCHI AND MELISSA PASTOR , Individually and on behalf of all others similarly situated; §§§§§§§§§§§ Plaintiffs, § § TYLER TECHNOLOGIES, INC. AND § EDP ENTERPRISES, INC. § Defendants. § | 2:08-cv-422 TJW |

**UNOPPOSED MOTION FOR LEAVE
TO EXCEED PAGE LIMIT IN EXCESS OF FIFTEEN PAGES**

TO THE HONORABLE COURT:

NOW COMES Plaintiffs' PATTY BEALL, MATTHEW MAXWELL, DAVID GRAVLEY, TALINA MCELHANY, KELLY HAMPTON, KEVIN TULLOS, CASEY BROWN, JASON BONNER, ANTHONY DODD, ILENE MEYERS, TOM O'HAVER, JOY BIBLES, DON LOCCHI and MELISSA PASTOR, Individually and on behalf of all others similarly situated, and files this their Unopposed Motion for Leave to file their Motion for Certification of Collective Action and Request for Notice to Potential Plaintiffs Pursuant to Section 216(b) in excess of fifteen pages.

Plaintiffs are filing their Motion for Certification of Collective Action and Request for Notice to Potential Plaintiffs Pursuant to Section 216(b) which is twenty three (23) pages in length. Plaintiffs have conferred with Defense counsel and they are unopposed to the filing of this Motion.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs request that this Court grant them leave to exceed the fifteen page limit for non-dispositive motions, excluding attachments.

Respectfully submitted,

SLOAN, BAGLEY & PERRY LAW FIRM

   /s/ Laureen F. Bagley /
Laureen F. Bagley
State Bar No. 24010522
101 East Whaley Street
P.O. Drawer 2909
Longview, Texas 75606
(903) 757-7000
(903) 757-7574 (Fax)

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on this the 7th day April, 2009, a true and correct copy of this document was sent via electronic mail to the following:

Paulo B. McKeeby
Joe S. Allen
Sharon Fast Fulgham
*Morgan, Lewis & Bockius LLP*
1717 Main Street, Suite 3200
Dallas, TX 75201-7347

Deron R. Dacus
*Ramey & Flock P.C.*
100 East Ferguson, Suite 500
Tyler, TX 75702

   /s/ Laureen F. Bagley /
Laureen F. Bagley

## CERTIFICATE OF CONFERENCE

I certify that on April 7, 2009, I conferred with Defense Counsel, Paulo B. McKeeby. Counsel has complied with the meet and confer requirement in Local Rule CV-7(h) and Defense counsel is Unopposed to Plaintiff's Motion for Leave to file their Motion for Certification of Collective Action and Request for Notice to Potential Plaintiffs Pursuant to Section 216(b) in excess of fifteen pages. The personal conference required by this rule was conducted on April 7, 2009 via teleconference.

By: /s/ Laureen F. Bagley
LAUREEN F. BAGLEY