IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **PATTY BEALL, MATTHEW MAXWELL, DAVID GRAVLEY, TALINA MCELHANY, KELLY HAMPTON, KEVIN TULLOS, CASEY BROWN, JASON BONNER, ANTHONY DODD, ILENE MEYERS, TOM O'HAVER, JOY BIBLES, DON LOCCHI AND MELISSA PASTOR , Individually and on behalf of all others similarly situated;** | § § § § § § § § § § | |
| **Plaintiffs,** | § § § | 2:08-cv-422 TJW |
| **TYLER TECHNOLOGIES, INC. AND EDP ENTERPRISES, INC.**     **Defendants.** | § § § § | |

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT IN EXCESS OF FIFTEEN PAGES**

On this the _____ day of _____, 2009, came on for consideration Plaintiff's Unopposed Motion for Leave to exceed page limit in excess of fifteen pages on their Motion for Certification of Collective Action and Request for Notice to Potential Plaintiffs Pursuant to Section 216(b). After considering the motion, and other documents on file, the Court is of the opinion that Plaintiff's motion should be GRANTED.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that Plaintiff's Unopposed Motion for Leave to exceed page limit in excess of fifteen pages on their Motion for Certification of Collective Action and Request for Notice to Potential Plaintiffs Pursuant to Section 216(b) is hereby GRANTED and Plaintiff's Motion for Certification of Collective Action and Request for Notice to Potential Plaintiffs Pursuant to Section 216(b) shall be filed.

*Order Granting Plaintiff's Unopposed Motion for Leave to*
*Exceed Page Limit in Excess of Fifteen Pages*                                                          Page 1
**2697-001 BEALL**