IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PATTY BEALL, MATTHEW MAXWELL, DAVID GRAVLEY, TALINA MCELHANY, KELLY HAMPTON, KEVIN TULLOS, CASEY BROWN, JASON BONNER, ANTHONY DODD, ILENE MEYERS, TOM O'HAVER, JOY BIBLES, DON LOCCHI AND MELISSA PASTOR, Individually and on behalf of all others similarly situated; | § § § § § § § § § § | |
| Plaintiffs, | § § | 2:08-cv-422 TJW |
| TYLER TECHNOLOGIES, INC. AND EDP ENTERPRISES, INC. Defendants. | § § § § | |

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE PLAINTIFFS' FIRST AMENDED COLLECTIVE ACTION COMPLAINT**

On this the 8th day of April, 2009, came on for consideration Plaintiff's Unopposed Motion for Leave to File Plaintiffs' First Amended Collective Action Complaint. After considering the motion, and other documents on file, the Court is of the opinion that Plaintiff's motion should be GRANTED.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that Plaintiff's Unopposed Motion for Leave to file Plaintiff's First Amended Collective Action Complaint is hereby GRANTED and Plaintiff's First Amended Collective Action Complaint shall be filed.

SIGNED this  8th  day of April, 2009.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE