IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

PATTY BEALL, MATTHEW MAXWELL, TALINA MCELHANY AND KELLY HAMPTON, Individually and on behalf of all others similarly situated;

Plaintiffs,

vs.

TYLER TECHNOLOGIES, INC. AND EDP ENTERPRISES, INC.
Defendant.

Case No. 2:08-cv-422 TJW

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I do hereby consent to be a party plaintiff in a Fair Labor Standards Act action to collect unpaid wages from Defendants. I have been given an opportunity to request and review a copy of the Complaint and Employment Services Agreement and agree to be bound by its terms.

**Full Legal Name:** Jason Hunter Bonner

**Street Address:** 3305 Ocean Dr.

**City/State/Zip Code:** Denton, TX 76210

**Telephone Number:** 940-300-9979

**Employment location:** Dallas, TX

**Signature/Date:** Jason H. Bonner  04-06-09

Please Return This Form For Filing with The Court To:

JOHN D. SLOAN, JR.
LAUREEN BAGLEY
SLOAN, BAGLEY, HATCHER & PERRY LAW FIRM
101 East Whaley Street
P.O. Drawer 2909
Longview, Texas 75606-2909
903-757-7000
Counsel for Plaintiffs


EXHIBIT "G"