## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| PATTY BEALL,  MATTHEW MAXWELL, TALINA MCELHANY AND KELLY HAMPTON, Individually and on behalf of all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>TYLER TECHNOLOGIES, INC. AND EDP ENTERPRISES, INC.<br>Defendant. | § § § § § § § § § § § § § | CIVIL ACTION NO. 2:08-cv-422 TJW |

### CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I do hereby consent to be a party plaintiff in a Fair Labor Standards Act action to collect unpaid wages from Defendants.  I have been given an opportunity to request and review a copy of the Complaint and Employment Services Agreement and agree to be bound by its terms.

**Full Legal Name:** _Kevin Michael Tullos_

**Street Address:** _5324 Comanche Wells Dr_

**City/State/Zip Code:** _McKinney TX 75071_

**Telephone Number:** _972-542-4301_

**Employment location:** _____

**Signature/Date:** _Kevin M. Tullos_  _March 20 2009_

### Please Return This Form For Filing with The Court To:

**JOHN D. SLOAN, JR.**
**LAUREEN BAGLEY**
**SLOAN, BAGLEY, HATCHER & PERRY LAW FIRM**
**101 East Whaley Street**
**P.O. Drawer 2909**
**Longview, Texas 75606-2909**
**903-757-7000**
**Counsel for Plaintiffs**


EXHIBIT
"H"