IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

PATTY BEALL, MATTHEW §
MAXWELL, TALINA MCELHANY AND §
KELLY HAMPTON, Individually §
and on behalf of all others similarly situated; §
§
Plaintiffs, §
§
vs. § CIVIL ACTION NO. 2:08-cv-422 TJW
§
TYLER TECHNOLOGIES, INC. AND §
EDP ENTERPRISES, INC. §
Defendant. §

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I do hereby consent to be a party plaintiff in a Fair Labor Standards Act action to collect unpaid wages from Defendants. I have been given an opportunity to request and review a copy of the Complaint and Employment Services Agreement and agree to be bound by its terms.

**Full Legal Name:** Donald Jerome Locchi

**Street Address:** 6213 7th St

**City/State/Zip Code:** Lubbock, TX 79416

**Telephone Number:** 806-470-1237

**Employment location:** Lubbock, TX

**Signature/Date:** Don J Locchi  3/10/09

Please Return This Form For Filing with The Court To:

JOHN D. SLOAN, JR.
LAUREEN BAGLEY
SLOAN, BAGLEY, HATCHER & PERRY LAW FIRM
101 East Whaley Street
P.O. Drawer 2909
Longview, Texas 75606-2909
903-757-7000
Counsel for Plaintiffs


EXHIBIT "M"