IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PATTY BEALL, MATTHEW MAXWELL, TALINA MCELHANY AND KELLY HAMPTON, Individually and on behalf of all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>TYLER TECHNOLOGIES, INC. AND EDP ENTERPRISES, INC.<br>Defendant. | §§§§§§§§§§§§§<br><br>CIVIL ACTION NO. 2:08-cv-422 TJW |

## CONSENT TO OPT-IN

By my signature below, I represent to the Court that I do hereby elect to opt-in to the above referenced suit. I have been given an opportunity to request and review a copy of the Complaint.

**Full Legal Name:** WAYNE TODD DAVIS

**Street Address:** 7619 E. AVALON DRIVE

**City/State/Zip Code:** SCOTTSDALE, AZ 85251

**Telephone Number:** 928-699-4917

**Job titles:** IMPLEMENTATION SPECIALIST

**Employment location:** PHOENIX/SCOTTSDALE

**Signature/Date:** [signature]   MARCH 20, 2009

Please Return This Form For Filing with The Court To:

JOHN D. SLOAN, JR.
LAUREEN BAGLEY
SLOAN, BAGLEY, HATCHER & PERRY LAW FIRM
101 East Whaley Street
P.O. Drawer 2909
Longview, Texas 75606-2909
903-757-7000
Counsel for Plaintiffs


EXHIBIT "5"