IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PATTY BEALL, MATTHEW MAXWELL, TALINA MCELHANY AND KELLY HAMPTON, Individually and on behalf of all others similarly situated; | § § § § § § | |
| Plaintiffs, | § § | |
| vs. | § | CIVIL ACTION NO. 2:08-cv-422 TJW |
| TYLER TECHNOLOGIES, INC. AND EDP ENTERPRISES, INC. | § § § § | |
| Defendant. | § | |

### CONSENT TO OPT-IN

By my signature below, I represent to the Court that I do hereby elect to opt-in to the above referenced suit. I have been given an opportunity to request and review a copy of the Complaint.

**Full Legal Name:** Kim Dao Huynh

**Street Address:** # 550 S. Lakeside Lane

**City/State/Zip Code:** 550 S. Lakeside Wichita, KS, 67230

**Telephone Number:** 316-993-0367

**Job titles:** Implementation Specialist

**Employment location:** Dallas TX

**Signature/Date:** Kim Huynh 03-24-09

Please Return This Form For Filing with The Court To:

JOHN D. SLOAN, JR.
LAUREEN BAGLEY
SLOAN, BAGLEY, HATCHER & PERRY LAW FIRM
101 East Whaley Street
P.O. Drawer 2909
Longview, Texas 75606-2909
903-757-7000
**Counsel for Plaintiffs**


EXHIBIT "B"