IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

PATTY BEALL, MATTHEW §
MAXWELL, TALINA MCELHANY AND §
KELLY HAMPTON, Individually §
and on behalf of all others similarly situated; §
§
    Plaintiffs, §
§
vs. § CIVIL ACTION NO. 2:08-cv-422 TJW
§
TYLER TECHNOLOGIES, INC. AND §
EDP ENTERPRISES, INC. §
    Defendant. §

## CONSENT TO OPT-IN

By my signature below, I represent to the Court that I do hereby elect to opt-in to the above referenced suit. I have been given an opportunity to request and review a copy of the Complaint.

**Full Legal Name:** Sandra Joy

**Street Address:** 12522 W Coldwater Springs Blvd

**City/State/Zip Code:** Avondale AZ 85323

**Telephone Number:** 623-925-4745

**Job titles:** Trainer

**Employment location:** Phoenix AZ

**Signature/Date:** _Sandra Joy_

Please Return This Form For Filing with The Court To:

JOHN D. SLOAN, JR.
LAUREEN BAGLEY
SLOAN, BAGLEY, HATCHER & PERRY LAW FIRM
101 East Whaley Street
P.O. Drawer 2909
Longview, Texas 75606-2909
903-757-7000
Counsel for Plaintiffs


EXHIBIT "S"