IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PATTY BEALL, MATTHEW MAXWELL, TALINA MCELHANY AND KELLY HAMPTON, Individually and on behalf of all others similarly situated; <br><br> Plaintiffs, <br><br> vs. <br><br> TYLER TECHNOLOGIES, INC. AND EDP ENTERPRISES, INC. <br> Defendant. | § § § § § § § § § § § § § § Case No. 2:08-cv-422 TJW |

## CONSENT TO OPT-IN

By my signature below, I represent to the Court that I do hereby elect to opt-in to the above referenced suit. I have been given an opportunity to request and review a copy of the Complaint.

Full Legal Name: _Molly Suzanne DeFreese_

Street Address: _3903 243rd PL SE N202_

City/State/Zip Code: _Bothell, WA 98021_

Telephone Number: _206-295-7036_

Job titles: _Implementation Consultant_

Employment location: _Renton, WA_

Signature/Date: _Molly DeFrees_   _3-31-09_

Please Return This Form For Filing with The Court To:

JOHN D. SLOAN, JR.
LAUREEN BAGLEY
SLOAN, BAGLEY, HATCHER & PERRY LAW FIRM
101 East Whaley Street
P.O. Drawer 2909
Longview, Texas 75606-2909
903-757-7000
Counsel for Plaintiffs


EXHIBIT "T"