IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PATTY BEALL, MATTHEW MAXWELL, TALINA MCELHANY, KELLY HAMPTON, CASEY BROWN, JASON BONNER, KEVIN TULLOS, ANTHONY DODD, ILENE MEYERS, TOM O'HAVER, JOY BIBLES, DON LOCCHI AND MELISSA PASTOR, individually and on behalf of all other similarly situated;<br><br>Plaintiffs,<br><br><br>TYLER TECHNOLOGIES, INC. AND EDP ENTERPRISES, INC.<br>Defendants. | § § § § § § § § § § § § § § § § § | 2:08-cv-422  TJW |

**APPENDIX TO DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR CERTIFICATION OF COLLECTIVE ACTION AND REQUEST FOR NOTICE TO POTENTIAL PLAINTIFFS PURSUANT TO SECTION 216(b)**

| Exhibit | Description | Bates Range |
|---|---|---|
| A | Declaration of Lynn Moore | APP 0001-0007 |
| B | Declaration of Mitchell Spence | APP 0008-0011 |
| C | Declaration of Chris Hepburn | APP 0012-0015 |
| D | Declaration of Dane Womble | APP 0016-0019 |
| E | Declaration of Bruce Volkens | APP 0020-0023 |
| F | Declaration of Terri Fallon | APP 0024-0027 |