IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PATTY BEALL, MATTHEW MAXWELL, TALINA MCELHANY AND KELLY HAMPTON, individually and on behalf of all other similarly situated; | § § § § § | |
| Plaintiffs, | § | 2:08-cv-422   TJW |
| | § § § | |
| TYLER TECHNOLOGIES, INC. AND EDP ENTERPRISES, INC. Defendants. | § § § | |

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT IN EXCESS OF FIFTEEN PAGES**

NOW COMES, Defendant, Tyler Technologies, Inc. ("Tyler" or "Defendant"), and files this Unopposed Motion for Leave to file their Response to Plaintiffs' Motion for Class Certification Under § 216(b) of the Fair Labor Standards At ("Defendants' Response") in excess of fifteen pages.

Defendant is filing Defendants' Response which is 33 pages in length.  Counsel for Defendant has conferred with counsel for Plaintiffs and they are unopposed to the filing of this Motion.

WHEREFORE, PREMISES CONSIDERED, Defendant requests that this Court grant it leave to exceed the fifteen page limit for Defendants' Response.

Respectfully submitted:

*/s/ Paulo B. McKeeby*
Paulo B. McKeeby
Texas Bar No.: 00784571
paulo.mckeeby@morganlewis.com
Joel S. Allen
Texas Bar No.: 00795069
joel.allen@morganlewis.com
Sharon Fast Fulgham
Texas Bar No.: No. 24045901
sfulgham@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
1717 Main Street, Suite 3200
Dallas, Texas 75201-7347
phone - 214.466.4000
facsimile - 214.466.4001

Deron R. Dacus
Texas Bar No.: 00790553
derond@rameyflock.com

RAMEY & FLOCK P.C.
100 East Ferguson, Suite 500
Tyler, Texas 75702
phone – 903.597.3301
facsimile – 903.597.2413


ATTORNEYS FOR DEFENDANTS
TYLER TECHNOLOGIES, INC. AND
EDP ENTERPRISES, INC.

## CERTIFICATE OF CONFERENCE

      This is to certify that counsel for Defendants conferred with counsel for Plaintiffs on May 11, 2009, regarding the contents of this Motion. Plaintiffs are unopposed.

                                            */s/ Paulo B. McKeeby*

## CERTIFICATE OF SERVICE

      This is to certify that a true and correct copy of the above and foregoing has been served via the Court's electronic filing system on this 15th day of May, 2009, as follows:

John D. Sloan, Jr.
Laureen F. Bagley
101 East Whaley Street
P.O. Drawer 2909
Longview, Texas 75606

                                            */s/ Paulo B. McKeeby*