**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **PATTY BEALL, MATTHEW** §<br>**MAXWELL, TALINA MCELHANY AND** §<br>**KELLY HAMPTON, individually** §<br>**and on behalf of all other similarly situated;** §<br> §<br>  **Plaintiffs,** §<br> §<br> §<br> §<br>**TYLER TECHNOLOGIES, INC. AND** §<br>**EDP ENTERPRISES, INC.** §<br>  **Defendants.** § | **2:08-cv-422   TJW** |

## ORDER

On this day the Court considered Defendants' Unopposed Motion for Leave to Exceed Page Limit in Excess of Fifteen Pages and, after considering same, GRANTS Defendants' Motion and rules as follows:

**IT IS ORDERED** that Defendants' Unopposed Motion for Leave to file their Response to Plaintiffs' Motion for Class Certification Under § 216(b) of the Fair Labor Standards At ("Defendants' Response") in excess of fifteen pages is granted.