IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PATTY BEALL, MATTHEW MAXWELL, TALINA MCELHANY AND KELLY HAMPTON, individually and on behalf of all other similarly situated; §§§§§ | |
| Plaintiffs, § | 2:08-cv-422   TJW |
| §§§ | |
| TYLER TECHNOLOGIES, INC. AND EDP ENTERPRISES, INC. §§ Defendants. § | |

## ORDER

On this day the Court considered Defendants' Unopposed Motion for Leave to Exceed Page Limit in Excess of Fifteen Pages and, after considering same, GRANTS Defendants' Motion and rules as follows:

**IT IS ORDERED** that Defendants' Unopposed Motion for Leave to file their Response to Plaintiffs' Motion for Class Certification Under § 216(b) of the Fair Labor Standards At ("Defendants' Response") in excess of fifteen pages is granted.

SIGNED this 29th day of May, 2009.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE