## DECLARATION OF CASEY BROWN

I declare, under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. My name is Casey Brown. I reside at 1403 Willow Way Windsor, CO 80550. I am over the age of eighteen (18) and am competent to testify to the following from my own personal knowledge and experience.

2. I was employed by Tyler Technologies, Inc. in Lakewood Colorado from December 2006 through June 2007. When I began my employment with Tyler Technologies, Inc. I received an employee handbook. I have attached is a true and correct copy of the Tyler Technologies, Inc. Employee Handbook that I received to this declaration as Exhibit "Y-1"

4. I declare under penalty of perjury that the foregoing is true and correct. Executed this 29th day of May 2009, at Windsor, Colorado.

*[signature]*

Casey L. Brown

