## Traffic Violations

If you are authorized to operate a Company vehicle in the course of your assigned work, or if you operate your own vehicle in performing your job, you will be considered responsible for any fines or traffic violations incurred.

## Security Checks

Tyler may exercise its right to inspect all packages, containers and parcels entering and leaving our premises and to search Tyler lockers, desks and files as necessary.

## Computer Software (Unauthorized Copying)

All software must be properly licensed and used in accordance with its software licensing agreement.

All software should be registered with the manufacturer to insure proper support and proof of ownership, in case of loss of original disks or documentation.

Standards for personal computer operating systems and office productivity application software will be established by Tyler management.

Tyler management may conduct periodic PC audits to ensure compliance with software licensing regulations. Employees who pirate software will be subject to legal action as well as appropriate disciplinary action.

## Housekeeping

Neatness and good housekeeping are signs of efficiency. You are expected to keep your work area neat and orderly at all times - it is a required safety precaution.

Please place all litter and recyclable materials in appropriate receptacles and containers. Always be aware of good health and safety standards, including fire and loss prevention.

*Please report anything in need of repair or replacement to your Manager immediately.*

## *Safety*

### Employee Health and Safety

The health and safety of employees and others on Tyler property are of the utmost concern. It is therefore the policy of Tyler to strive constantly for the highest possible level of safety in all activities and operations and to carry out Tyler's commitment of compliance with all health and safety laws applicable to Tyler's business by enlisting the help of all employees to ensure that public and work areas are free of hazardous conditions.

Tyler will make every effort to provide working conditions that are as healthy and safe as feasible, and employees are expected to be equally conscientious about work place safety, including proper work methods, reporting potential hazards, and abating known hazards. Unsafe work conditions in any work area that might result in an accident should be reported immediately to a Manager. Tyler's safety policy or practices will be strictly enforced, including possible termination of employees found to be willfully negligent in the safe performance of their jobs.

### Reporting Work Injuries

Employees who are injured on the job, or whose injuries are directly related to the performance of job duties, should report all injuries to their Manager immediately, regardless of how minor the injury may be. If medical care is needed immediately, Managers will assist their employees in getting the necessary medical attention promptly, after which the full details of the injury are to be reported to the Human Resources Department so that payment of medical and other benefits provided by law can be initiated in a timely fashion if circumstances warrant.

Should an employee experience a disabling work injury, the nature of which necessitates an absence from work, the Human Resources Department will provide the injured employee with information concerning his or her lawful benefits. Employees having questions concerning the payment of workers' compensation benefits are encouraged to contact the Human Resources Department.

### Safety Rules

Please report anything that needs repair or is a safety hazard to your Manager immediately. Below are some general safety rules. Your Manager or department head may post additional safety procedures in your department or work area:

- Avoid overloading electrical outlets with too many appliances.
- Use flammable items, such as cleaning fluids, with caution.
- Report to your Manager immediately if you or a co-worker becomes ill or is injured.
- Ask for assistance when lifting heavy objects or moving heavy furniture.
- Smoking is not allowed in Tyler facilities.
- Keep cabinet doors and file and desk drawers closed when not in use.
- Never empty an ashtray into a wastebasket or open receptacle.
- Wear or use appropriate safety equipment as required in your work.
- Avoid "horseplay" or practical jokes.

- Start work on any equipment only after safety procedures and requirements have been explained (and you understand them).
- Wear appropriate personal protective equipment when working in an environment, which requires their use.
- Keep your work area clean and orderly.
- Lighting of candles is prohibited.
- Space heaters, coffee pots or other appliances with heating elements must be turned off when the office is closed.

Watch out for the safety of fellow employees.

Remember, failure to adhere to these rules will be considered serious infractions of safety rules and will result in disciplinary actions, up to and including dismissal.

### OSHA/Workers' Compensation Act

Federal law, regulated by the Occupational Health and Safety Administration ("OSHA"), requires that we keep records of all possible work related illnesses and accidents that occur during the workday or on Company premises. Workers' Compensation Laws (by individual states) may also require that you report any illness or injury on the job, no matter how slight. If you are injured or become ill, please contact your Manager for assistance. If you fail to report an injury or illness, you may jeopardize your right to collect Workers' Compensation payments as well as health benefits. OSHA also provides for your right to know about any health hazards that might be present on the job. Should you have any questions or concerns, please contact the Human Resources Department or your Manager for more information.

### Business Use of Vehicles

This policy was developed to prevent injuries, property damage, and to control both direct and indirect costs to Tyler. Accidents can be reduced through prevention activities, which will reduce corresponding costs and the pain and suffering of accident victims.

Accordingly, it is Tyler's policy that every effort be made to prevent accidents. It is the responsibility of all personnel to comply with this policy.

All drivers must have a valid driver's license. Employees using personal vehicles must carry liability insurance before using a motor vehicle on Tyler business and must provide proof of insurance upon request by the Company.

The employee is responsible for paying any moving or parking violation tickets.

When an employee is authorized to operate a Company or personal vehicle while performing their job, the employee's driving record will be reviewed periodically. Motor Vehicle Records may be completed on ALL drivers and reported to the Tyler automobile insurance carrier.

The insurance carrier has the right to exclude a driver with a poor driving record from coverage by the Tyler automobile insurance policy. In these circumstances, the affected employee will be prohibited from operating a Company or personal vehicle while on Tyler business.

Tyler's policy in regards to the proper use of vehicles is as follows:

- All applicable State and Federal regulations will be followed by drivers.
- Follow the speed limit and buckle up!

43

- Only persons authorized by Tyler will drive or ride in Company vehicles.

- Drivers will immediately report any unsafe conditions or vehicle problems to the Manager. Vehicles with problems that could affect safe operation should not be driven until the condition is corrected.

- Driving while under the influence of drugs or alcohol will be cause for immediate termination. If a driver is on prescribed medication, this information should be reported to the Manager. The Manager will determine if driving is still acceptable.

- Accidents are to be reported IMMEDIATELY to the Manager. Accident investigation forms are to be completed by the driver at the scene of the accident.

- Do not admit fault and do not discuss the accident with anyone except the police, your Manager or a representative of Tyler's insurance company. At an accident scene, please be cordial and polite.

- Tickets and moving motor vehicle violations are to be reported to the Manager within 24 hours.

# Electronic Information Systems

## Acceptable Use Policy

Tyler makes every effort to provide the best available technology to those performing services for Tyler. In this regard, Tyler has installed software and equipment such as computers, electronic mail, and voice mail and arranged for Internet access. To ensure that Tyler and its employees benefit from use of these systems, the following guidelines have been established.

The term "electronic information" as used in this policy includes all software, computers, electronic devices, voice mail, and electronic mail systems provided by Tyler and Internet access provided or reimbursed by Tyler. It also includes, but is not limited to World Wide Web, File Transfer Protocol, Internet email, Digital Certificate Authority, and Electronic Commerce Connections.

Tyler property, including computers, electronic devices (including handheld organizers), software, electronic mail ("email") and voice mail, is provided for the purpose of conducting Company business. Incidental and occasional personal use of Company computers, electronic devices, services provided through Internet access providers arranged or reimbursed by Tyler and the voice mail and electronic mail systems is permitted, but information and messages stored in these systems will be treated no differently from other business-related information and messages, as described below.

## Monitoring of Electronic Communications

Tyler has software and systems in place that can monitor and record Internet usage. Be aware that Tyler's security systems are capable of recording (for each and every user) each World Wide Web site visit, each chat, newsgroup or email message, and each file transfer into and out of Tyler's internal networks.

Tyler maintains the right to enter into any of these systems and to inspect and review all data recorded in those systems. Tyler reserves the right to obtain access to all voice mail and electronic mail messages left on or transmitted over these systems. Employees should not assume that such messages are private or confidential or that Tyler or its designated representatives will not access and review this information. Individuals using Tyler business equipment should have no expectation of privacy, or that any information stored on their computer – whether the information is contained on a computer hard drive, computer disks or in any other manner – will be private.

## Sending Confidential Company Information via Email or Voice Mail

Because of the minimal effort required to forward electronic information to unintended recipients via email, employees must properly protect electronic information containing confidential information. Further, Tyler confidential information should not be sent or forwarded to other employees inside Tyler who have no legitimate business reason to have access to the information.

When addressing email messages or using email distribution lists, employees should ensure that all addressees are appropriate recipients of the information. Individuals using lists should take measures to ensure that their lists are current. Employees should refrain from routinely forwarding electronic information containing Tyler confidential information to multiple parties unless there is a legitimate business need to do so.

**Email and Voicemail Etiquette**

Electronic information, particularly email and voicemail, may be read or heard by persons other than the person(s) to whom the electronic information is sent. For example, email, voicemail, and other forms of electronic information are discoverable in litigation. When composing email, therefore, employees should keep in mind that email might have to be given to outsiders or opponents in the course of litigation. Similarly, voicemail messages are easily forwarded to unintended recipients and may be re-recorded for replay or transcribed to written form without the sender's knowledge. Further, employees should keep in mind the near-permanent nature of electronic information stored on the System. As a result, simply "deleting" an email or other electronic information may not protect the electronic information from later disclosure.

In light of the foregoing, employees must ensure that all electronic information, whether sent internally or to third parties, is written or spoken courteously and in a professional manner. Moreover, employees should not include anything in an email or voicemail message that would not be included in a formal business letter.

**Passwords**

At times, employees may be asked to provide their password(s) to authorized IT personnel or senior management for business reasons. We expect employees to cooperate with Company management that may ask for this information. The use of passwords is to protect Tyler business and is not intended to protect the privacy of what is recorded, transmitted or stored electronically on Company systems.

**Appropriate Usage and User Responsibilities**

All electronic or digital hardware, software, data files and applications residing on the System are either owned by or licensed solely for Tyler use. Unauthorized reproduction of such software, data files or an application is prohibited.

Software that is not owned or licensed by Tyler may contain computer "viruses" which may inflict enormous damage upon the System. In addition, Tyler may face liability under copyright laws if employees make or use unauthorized copies of copyright-protected programs. As a result, employees should not install or use non Company-owned or licensed software on the System, except as specifically authorized by your Manager on a case-by-case basis. In the event non Company-owned or licensed software on the System is currently needed or used, contact your system administrator to obtain appropriate licensing.

Electronic information that might constitute intimidating, hostile or offensive material on the basis of gender, race, color, religion, national origin, sexual orientation, age or disability should not be created or stored on, accessed or received by or sent from the System. Tyler strictly prohibits employees from using the System to transmit obscenities, derogatory language or comments, or sexually suggestive or violent language or images. The various policies set forth in this Handbook, including the Harassment Policy, apply to employees' use of the System.

**General Internet Use Guidelines and Responsibilities**

In order to protect Tyler networks and computers, all access to Internet services must be conducted through the corporate firewall system unless otherwise approved by management.

Employees should keep the following points in mind when browsing the Internet or sending electronic information over the Internet:

- Users are individually responsible for understanding and respecting the security policies of the systems (computers and networks) they use. Users are individually accountable for their own behavior. This applies not only to the corporate system, but also to any other system accessed from the corporate system.

- Users have a responsibility to employ available security mechanisms and procedures for protecting their own data. They also have a responsibility for assisting in the protection of the systems they use.

- Users are specifically advised that they should have no expectation of privacy for any Internet-based communications, whether business or personal. Furthermore, users must understand that information passing through the corporate link to the public Internet and beyond may be intercepted and/or monitored. Tyler reserves the right to inspect communications through this facility.

- Whenever a Tyler employee visits an Internet site using the System, that employee is visiting in the name of Tyler. This is because the System identifies itself to the Internet site through Tyler Internet address. Internet sites may keep a record of the addresses of all visitors to the site, with or without the visitor's knowledge or consent. Many systems automatically record all Internet sites visited by users. Tyler has the right to and may periodically review the sites that employees visit to ensure that employees are not using the system to visit prohibited sites.

Assume that the Internet is a public forum. Electronic information may pass through a number of intermediaries before arriving at its intended destination. Moreover, once electronic information arrives at its intended destination, it is easily forwarded to other, unintended destinations. For this reason, employees must be extremely cautious when sending confidential electronic information over the Internet.

**While it is impossible to enumerate all the situations of unacceptable usage of Tyler equipment, examples of such situations include:**

1. Distribute, send or forward electronic information or access the electronic information of others without a legitimate business purpose;
2. Transmit Tyler confidential information unless properly protected from access by unintended recipients;
3. Create, distribute, send or forward mass mailing material in any form;
4. Visit Internet sites that contain obscene, pornographic, offensive or other objectionable material;
5. Visit Internet sites which allow the user to engage in gambling;
6. Violate any mandated State or Federal law or Tyler policy or conduct any activity, which in any way would bring discredit to Tyler.
7. Participate in solicitation for commercial ventures, religious or political causes, outside organizations or other non-job-related solicitations.
8. Engage in personal buying or selling transactions on the Internet.

47

# Professional Conduct

By accepting employment with Tyler, you have a responsibility to Tyler and to your fellow employees to adhere to certain rules of behavior and conduct. The purpose of these rules is not to restrict your rights, but rather to be certain that you understand what conduct is expected and necessary. When each person is aware that he or she can fully depend upon fellow workers to follow the rules of conduct, then Tyler will continue to be an enjoyable place for all to work.

## Dress Code/Personal Appearance

Tyler believes that success is determined in part by establishing and maintaining a proper business atmosphere, which is determined by the image employees project, as well as business conduct. Employees are therefore expected to dress in a manner consistent with the nature of work performed. If there are questions as to what constitutes proper attire, employees should consult with their Manager.

Personal appearance should be a matter of concern for each employee. If your Manager feels your attire or grooming habits are out of place, you may be asked to leave your workplace until you are properly attired. Non-exempt employees will not be paid for time off the job for this purpose. Your Manager has the sole authorization to determine appropriate dress, and anyone who deliberately or consistently violates this standard will be subject to appropriate disciplinary action.

## Customer Relations

The success of Tyler depends upon the quality of the relationships between Tyler, our employees, our customers, our vendors and the public. Our customers' impression of Tyler and their interest and willingness to retain our services is greatly formed by the people who serve them. The more goodwill you promote, the more our customers will respect and appreciate you, Tyler and Tyler's products and services. Professional courtesy is expected from all Tyler employees.

## Resolving Problems

An efficient, successful operation and satisfied employees go hand in hand. Therefore, Tyler encourages its employees to communicate problems or complaints to appropriate members of management. We recommend the following steps:

1. First, talk to your immediate Manager. Your Manager is most familiar with you and your job and is, therefore, in the best position to assist you.
2. If your Manager cannot help you resolve the matter, you may utilize our Open Door Policy or speak to a Human Resources representative.

If the issue that concerns you involves the application of a Company policy, or the administration of discipline, or a formal complaint, please contact the Human Resources Department

## Unacceptable Activities

We expect each Tyler employee to act in a mature and responsible manner. If you have any questions concerning any work or safety rule, or any of the unacceptable activities listed below, please see your Manager or speak with a Human Resources representative.

Occurrences of any of the following violations, because of their seriousness, may result in immediate dismissal without warning. This list is not all-inclusive and, notwithstanding this list, all employees remain employed "at will":

- Willful violation of any Company rule; any deliberate action that is extreme in nature and is obviously detrimental to Tyler's efforts to operate profitably.
- Negligence or any careless action, which endangers the life or safety of another person.
- Being intoxicated or under the influence of illegal drugs while at work; use, possession, or sale of illegal drugs while on Company premises.
- Possession of firearms, weapons or explosives on Company or client property. Engaging in criminal conduct or acts of violence.
- Insubordination or refusing to obey instructions properly issued by your Manager pertaining to your work.
- Threatening or intimidating fellow employees on or off the premises; making threats of violence toward anyone on Company premises or when representing Tyler; fighting or reckless horseplay; provoking a fight on Company or client property, or negligent damage of property.
- Engaging in an act of sabotage; willfully or with gross negligence causing the destruction or damage of Company property, or the property of fellow employees, customers, vendors, or visitors in any manner.
- Theft of Company property or the property of fellow employees.
- Dishonesty, willful falsification or misrepresentation on your application for employment or other work records; alteration of Company records or other Company documents.
- Falsification of a timecard, time record or attendance document; punching or falsifying another employee's timecard or record.
- Obscene or abusive language toward any Manager, employee or customer.

Again, this list is not all-inclusive.

# Workplace Policies

### Security

It is the policy of Tyler to maintain strict control over entrance to the premises, access to work locations and records, computer information, and cash or other items of monetary value. Employees who are assigned keys, access codes, or job responsibilities in connection with the safety, security, or confidentiality of such records, material, equipment, or items of monetary or business value will be required to use sound judgment and discretion in carrying out their duties.

### Media Inquiries

From time to time, employees may receive inquiries from the media (e.g., newspapers, television stations, radio stations, magazines, or other periodicals). To ensure that Tyler maintains the appropriate public image and that communications to the media are accurate and in line with applicable Company policy, employees should refer the individual making the inquiry to Tyler's Corporate Counsel, VP-Finance, CFO or CEO or other representatives designated by the Company. Refer to the Supplemental section at the end of the handbook for a complete list of Company Representatives. No other employees are authorized to give statements to any representative of the media unless authorized by the aforementioned officers.

### Bulletin Boards

Tyler bulletin boards are an official way of keeping everyone informed about new policies, changes in procedures, Internal Job Postings, and special events. Information of general interest is posted regularly on Tyler's bulletin boards. Please read the bulletin boards regularly.

Only authorized personnel are permitted to post, remove or alter any official notice on the bulletin boards.

### Company-Sponsored Events

Tyler may periodically sponsor various sporting events or other recreational activities. Employee participation in such events is strictly voluntary, with the understanding that Tyler shall not be held liable for any personal injuries sustained, or lost, damaged or stolen property resulting from an employee's participation in such an activity.

### Open Door Policy

An employee who feels he/she has not been treated in accordance with Tyler policy, has a work-related concern, or has a question is encouraged to bring it to the attention of his/her Manager. If this discussion fails to resolve the issue, the employee may request a review with the next level of management or Human Resources. If, after this meeting, the employee believes there is still an unresolved issue, he/she may present it to successive levels of management, up to and including the CEO. The intent of maintaining this Open Door Policy is to ensure that employees have an opportunity to discuss and resolve problems quickly and in an open and honest manner.

The Open Door Policy is basic to Tyler's support of its employees and under no circumstances will actions be taken against employees for utilizing this method of resolution.

### Smoking

In an effort to provide a comfortable, safe and healthful working environment for our employees and visitors, smoking is not permitted in Tyler facilities. Tyler employees located at client facilities are to observe the client's smoking policy.

### Weapons/Firearms

Tyler expressly forbids the possession of any type of weapon on Company or client property. The possession of weapons includes, but is not limited to firearms, rifles, pistols, revolvers, shotguns or knives.

Tyler has a "zero tolerance" guideline for possession of any type of weapon. Company property includes, but is not limited to, all Company or client facilities, parking lots, vehicles, and equipment, whether leased or owned by Tyler. In addition, firearms in employee-owned vehicles parked on Company or client property are strictly forbidden.

The possession of weapons on Company or client property will be cause for discipline including immediate termination of employment. In enforcing this guideline, Tyler reserves the right to request inspections of any employee and his/her personal effects, including personal vehicles while on Company or client premises. Any employee who refuses to allow an inspection will be subject to the same disciplinary action as being found in possession of weapons.

### Theft

Tyler will not tolerate property theft of any type. We consider property theft to be the unauthorized use of Company or client services or facilities or the taking of any Company property for personal use. Theft from other Tyler employees is also inexcusable and will not be tolerated. An employee who is caught stealing will be subject to immediate dismissal.

Tyler reserves the right to invoke the search procedure as described in the Drug/Alcohol Policy when conducting an investigation regarding theft.

### Visitors

Visitors are not permitted on Tyler property without Company authorization. Individual offices may have guidelines that are more restrictive. If you are expecting visitors, please advise them of your local policy.

### Solicitation and Distribution

Each year, the Company receives many requests from organizations and individuals seeking permission to solicit in our buildings for various causes or asking us to solicit for them. We know these requests are made in support of worthwhile causes. However, if we permitted all such solicitations, the efficiency of our operations would be impaired. We therefore limit solicitations as follows: Employees may engage in solicitation on Company premises only during their nonworking time and only during the nonworking time of the employee(s) at whom the activity is directed. Nonworking time includes meal periods, break periods and before or after work. Employees may distribute or circulate literature only in nonworking areas. If an employee is unclear about whether an area is a work or nonworking area, he or she should ask his or her Manager for clarification.

Unless specifically authorized by management, solicitation or distribution in any way connected with the sale of any goods or services for profit is strictly prohibited anywhere on Company

property at any time. Similarly, distribution of literature for any purpose by non-employees is strictly prohibited on the Company's property at any time.

### Reference Inquiries

It is the policy of Tyler that reference inquiries be addressed exclusively by the Human Resources Department. Ensuring that only accurate information within legal requirements is provided protects the rights, privacy, and interests of all concerned parties.

Normally, Tyler will respond only to written inquiries and information will be provided only after a written release has been received from the employee or former employee, whichever the case may be. If a telephone reference inquiry is received, the Human Resources Department will only verify whether an individual is employed or no longer employed unless a signed release has been received by Human Resources.

### Restricted Areas

In the interest of safety and security, certain portions of Tyler's facilities may be restricted to authorized personnel only. Such areas will be clearly marked. Unauthorized personnel, clients or vendors are not permitted in restricted areas unless authorized by management.

### Suggestions

We encourage all employees to bring forward their suggestions and good ideas about how our Company can be made a better place to work, our products improved, and our service to customers enhanced. When you see an opportunity for improvement, please talk it over with your immediate Manager. He or she can help you bring ideas to the attention of people in the Company who are responsible for possible implementation.

# Constructive Action and Progressive Discipline Policy

The intent of this policy is to openly communicate Tyler's standards of conduct, to all employees. Tyler also believes that such policies and procedures are necessary for the orderly operation of Tyler's business, and for the protection and fair treatment of all employees. Employees are therefore urged to use reasonable judgment at all times, and to seek their Manager's advice in any doubtful situation.

As a matter of policy, Tyler seeks to resolve conduct and performance problems in the most informative and positive manner possible, such as through counseling, additional training or supervision, verbal cautions, and the like. However, under those circumstances when disciplinary action, including termination, becomes a necessary means of modifying undesirable situations, Tyler has established the conditions and procedures that follow.

## Types of Discipline

Depending on the nature and circumstances of an incident and/or job performance, discipline will normally bear a reasonable relationship to the violation. The types of discipline that may generally occur are as follows:

1. Oral Reprimand – An oral statement by the Manager to an employee, usually pointing out an unsatisfactory element of job performance, is intended to be corrective or cautionary. An oral reprimand informally defines the area of needed improvement, sets up goals for the achievement of improvement, and informs the employee that failure to improve may result in more serious actions.

2. Written Reprimand – This is the first level of formal discipline. The written reprimand is issued by the Manager with a copy to the Human Resources Department for placement in the employee's personnel file.

3. Probation – This is the next level of formal discipline. Probation is a discipline measure for causes which require more severe action than a written reprimand but are not considered sufficiently serious to warrant suspension or dismissal of the employee. An employee will be notified of the probation by written notice that states the reason for the probation and the beginning and ending dates of the probation. A record of the probation will be retained.

4. Suspension – Suspension of employment, at the sole discretion of Tyler, may be used as a third step. The length of the suspension may vary based upon such factors as the severity of the offense, the employee's performance, and the employee's disciplinary record, or other factors. An employee may be suspended for repeated instances of minor misconduct, failure to conform his/her conduct or performance to the standards of his/her position, or for a single serious offense. A record of the suspension will be retained.

5. Termination – Employees should be aware that their employment relationship with Tyler is based on the condition of mutual consent to continue the relationship between the employee and Tyler. Therefore, the employee or Tyler is free to terminate the employment relationship at will, with or without cause, and at any time.

Notwithstanding the foregoing policy, Tyler reserves the right to administer discipline in such a manner, as it deems appropriate to the circumstances.

**Initiating Discipline:  Considerations and Notice**

Disciplinary notices to regular employees, as a rule, should contain the following information:

1. A statement of the disciplinary action to be taken and its effective date.
2. A statement of the reason(s) for imposing the discipline and the nature of the violation.
3. Attachment of any supporting material or evidence where appropriate.

**Dispute Resolution**

In consideration of the possibility that a dispute, complaint, or problem may arise periodically concerning working conditions, policies and practices, or decisions made by Tyler representatives that affect an employee's job, Tyler has established the following dispute resolution procedure. It is the intent of this policy and procedure to afford employees a voice in those matters that have a potential adverse, unjust, or inequitable effect on their employment conditions. Such issues may be honest differences of opinion, or judgment situations, but Tyler acknowledges the importance of their expression. Tyler is desirous of solving problems as promptly and justly as possible, objectively and confidentially, and free from any concern over reprisal or recrimination.

If a dispute arises concerning the relationship between Tyler and any employee, the parties agree to use the following three-step procedure prior to either party pursuing other available remedies.

**Step 1**  The employee notifies his/her Manager of his/her wish to use the dispute resolution procedure by describing orally the issue, the nature of the concern, and what he/she feels is an appropriate remedy. Experience has shown that most, if not all, problems can be resolved by honest and cooperative discussion between employees and their Managers. If a satisfactory solution cannot be reached, or if the nature of the problem is not within the Manager's authority, the employee should proceed to Step 2.

**Step 2** Present the issue in writing to the Human Resources Department, whose staff will carefully investigate, examine, and evaluate the factual basis of the situation in an attempt to reach a satisfactory solution. Every effort will be made to provide the employee with a written decision, and the reasons therefore, within ten (10) working days. If the Human Resources Department's decision is not satisfactory to the employee, proceed to Step 3.

**Step 3** Within five (5) working days following receipt of the Human Resources Department's decision, the employee should arrange to present and discuss the issue with his/her Company President. On the basis of information provided in this meeting, or related written documents, the Company President may conduct further inquiries to fully consider all relevant facts and circumstances, followed by a final written decision to the employee and others concerned generally within fifteen (15) working days. The decision made by the Company President is final.

## Violations of Policies

You are expected to abide by the policies in this Handbook. Failure to do so will lead to appropriate disciplinary action. A written record of all policy violations is maintained in each individual's personnel file.

A partial list of causes for possible disciplinary action ("Unacceptable Activities") is presented under the "Professional Conduct" section of this Handbook. This list is not to be considered all-inclusive and causes for possible disciplinary action are mentioned throughout this Handbook.

## ACKNOWLEDGEMENT OF RECEIPT

This Employee Handbook is an important document intended to help you become acquainted with Tyler Technologies, Inc. ("Tyler"). This Handbook will serve as a guide; it is not the final word in all cases. Individual circumstances may call for individual attention.

Please read the following statements, sign below and return to your Human Resources Representative.

- I have received a copy of the Tyler Employee Handbook and understand that it is my responsibility to read the Handbook in its entirety. I understand that the policies, rules and benefits described in it are subject to change at the sole discretion of Tyler at any time. I understand that this Handbook replaces (supersedes) all other previous manuals for Tyler and its subsidiaries effective immediately.

- I understand that my signature below indicates that I have received a copy of the Tyler Employee Handbook and I will abide by its provisions.

_____   _____
**Employee's Printed Name**              **Position/Subsidiary**


_____   _____
**Employee's Signature**                 **Date**