IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PATTY BEALL, MATTHEW MAXWELL, TALINA MCELHANY AND KELLY HAMPTON, individually and on behalf of all other similarly situated; | § § § § § | |
| Plaintiffs, | § | 2:08-cv-422   TJW |
| | § § § | |
| TYLER TECHNOLOGIES, INC. AND EDP ENTERPRISES, INC. Defendants. | § § § § | |

## ORDER

On this day the Court considered Defendants' Motion to Strike Portions of Kelly Ainsworth's Declaration and, after considering same, GRANTS Defendants' Motion and rules as follows:

**IT IS ORDERED** that is the following portions of Ainsworth's Declaration are STRICKEN from the record:

- Paragraph 5;
- Paragraph 6, sentences 4-5;
- Paragraph 7, last sentence;
- Paragraph 9, last sentence;
- Paragraphs 11 through 13 to the extent Ainsworth's statements go beyond the EDP division.