# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| PATTY BEALL, MATTHEW MAXWELL, TALINA MCELHANY AND KELLY HAMPTON, individually and on behalf of all other similarly situated;  Plaintiffs, | § § § § § § § § § | |
| | | 2:08-cv-422   TJW |
| TYLER TECHNOLOGIES, INC. AND EDP ENTERPRISES, INC.   Defendants. | § § § § | |

## ORDER

On this day the Court considered Defendants' Motion to File Defendants' Surreply in Opposition to Plaintiffs' Motion for Certification of Collective Action and Request for Notice to Potential Plaintiffs Pursuant to Section 216(b) and, after considering same, GRANTS Defendants' Motion and rules as follows:

**IT IS ORDERED** that is Motion to File Defendants' Surreply in Opposition to Plaintiffs' Motion for Certification of Collective Action and Request for Notice to Potential Plaintiffs Pursuant to Section 216(b) GRANTED and Defendants' Surreply in Opposition to Plaintiffs' Motion for Certification of Collective Action and Request for Notice to Potential Plaintiffs Pursuant to Section 216(b) is deemed FILED as of the original date of its filing.