IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PATTY BEALL, MATTHEW MAXWELL, TALINA MCELHANY, KELLY HAMPTON, CASEY BROWN, JASON BONNER, KEVIN TULLOS, ANTHONY DODD, ILENE MEYERS, TOM O'HAVER, JOY BIBLES, DON LOCCHI AND MELISSA PASTOR, individually and on behalf of all other similarly situated;<br><br>    Plaintiffs,<br><br><br><br>TYLER TECHNOLOGIES, INC. AND EDP ENTERPRISES, INC.<br>    Defendants. | § § § § § § § § § § § § § § § § § | 2:08-cv-422  TJW |

## APPENDIX TO DEFENDANTS' SURREPLY IN OPPOSITION TO PLAINTIFFS' MOTION FOR CERTIFICATION OF COLLECTIVE ACTION AND REQUESTS FOR NOTICE TO POTENTIAL PLAINTIFFS PURSUANT TO SECTION 216(b)

| Exhibit | Description | Bates Range |
|---|---|---|
| G | Declaration of Duane Graves | APP 0028-0030 |

DB1/63079269.1