IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL  DIVISION

| | | |
|---|---|---|
| PATTY BEALL, Individually and on Behalf of All Others Similarly Situated | § § § | |
| V. | § | CIVIL NO. 2:08-CV-422(TJW) |
| TYLER TECHNOLOGIES, INC., ET AL. | § § § | |

---

ATTORNEY FOR PLAINTIFF:          Jim Wren, John Sloan, Laureen Bagley, Chandra Ray

ATTORNEY FOR DEFENDANT:        Deron R. Dacus, Paulo B. McKeeby

LAW CLERK:          Ifti Ahmed, Christopher Smith

COURTROOM DEPUTY:          Sonja H. Dupree

COURT REPORTER:          Shelly Holmes

---

HEARING ON MOTION TO CERTIFY
June 19, 2009 @ 9:30 a.m.

OPEN:   __9:30__                                      ADJOURN:   __10:10__

---

Court opened.  The case was called.  Mr. Wren announced ready on behalf of plaintiffs.  Mr. Dacus announced ready for defendant.

Mr. Wren presented argument for plaintiffs.

9:48 - Mr. McKeeby responded on behalf of defendant.

10:07 - The Court will allow the Notice to be sent out.  Parties are to meet and confer regarding the form of the Notice for prospective plaintiffs.  The parties are to notify the Court within ten (10) days of any remaining disputes in this regard.

10:10 - adjourned.