**LEGAL NOTICE**

THIS NOTICE MAY AFFECT YOUR RIGHTS;
PLEASE READ CAREFULLY

**TO:**   All current and former employees of Tyler Technologies, Inc., and/or EDP Enterprises, Inc., who held the following positions, or similar job positions, during any part of the time period from July 13, 2006, to present, who were classified as exempt while employed by Tyler Technologies Inc., EDP Enterprises, Inc., and/or a predecessor company of Tyler Technologies, Inc., and who were not paid overtime compensation for time worked in excess of 40 hours per week:

- **TELEPHONE AND REMOTE COMPUTER SUPPORT EMPLOYEES** to include, but not limited to, customer support analysts, systems support specialists, systems analysts, software support specialists, technical support specialists/trainers, support techs, product support specialists, associate support specialists, support specialists, senior support specialists, frontline support, advisors, team leaders, support analysts, technical support specialist, technical support analysts, SIF support analysts;

- **COMPUTER HARDWARE AND SOFTWARE SET UP & MAINTENANCE EMPLOYEES** to include, but not limited to, systems engineers;

- **IMPLEMENTATION EMPLOYEES** to include, but not limited to, implementation specialists, implementation consultants, staff consultants, senior consultants, principal consultants, senior implementation consultants, principal implementation consultants, client liaisons, trainers, training specialists, senior training specialists, training coordinator;

- **SALES SUPPORT EMPLOYEES** to include, but not limited to, solutions consultants, technical sales product specialists, sales engineer/consultant II;

- **QUALITY ASSURANCE EMPLOYEES** to include, but not limited to, quality assurance analysts.

**FROM:**   UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS
JUDGE T. JOHN WARD

**RE:**   RIGHT TO JOIN LAWSUIT SEEKING TO RECOVER OVERTIME WAGES

**1.   PURPOSE OF NOTICE**

The purpose of this Notification is to inform you of the existence of a collective action lawsuit in which you are potentially eligible to participate because you may be "similarly situated" to the named Plaintiffs. This Notification is also intended to advise you how your rights under the Federal Fair Labor Standards Act

("FLSA") may be affected by this lawsuit, and to instruct you on the procedure for participating in this suit, should you decide that it is appropriate and you choose to do so.

**2.      DESCRIPTION OF THE LAWSUIT**

This lawsuit is brought by a group of former Tyler Technologies, Inc. and EDP Enterprises, Inc. employees ("Plaintiffs") against Tyler Technologies, Inc. and EDP Enterprises, Inc. ("Defendants") in the United States District Court for the Eastern District of Texas as Cause No. 2:08-CV-422 before Judge T. John Ward.  The lawsuit claims that Defendants failed to pay overtime as required by the FLSA.  Plaintiffs' counsel in this case are:

| | |
|---|---|
| Mr. John D. Sloan, Jr. | Mr. John P. Zelbst |
| jsloan@textrialfirm.com | zelbst@zelbst.com |
| Mrs. Laureen F. Bagley | Ms. Chandra L. Holmes Ray |
| lbagley@textrialfirm.com | chandra@zelbst.com |
| Sloan, Bagley, Hatcher & Perry Law Firm | Zelbst, Holmes & Butler |
| Post Office Drawer 2909 | 411 S.W. 6th Street |
| Longview, Texas 75606 | P.O. Box 365 |
| 101 East Whaley | Lawton, OK  73502-0365 |
| Longview, Texas 75601 | (800) 952-4844 |
| (800) 730-0099 | (580) 248-4844 |
| (903) 757-7000 | (580) 248-6916 (fax) |
| (903) 757-7574 (fax) | |
| | |
| Mr. Alexander R. Wheeler | James E. Wren |
| awheeler@rrexparris.com | Texas State Bar No. 22018200 |
| Mr. Jason Paul Fowler | One Bear Place #97288 |
| jfowler@rrexparris.com | Waco, Texas 76798-7288 |
| Law Office of R. Rex Parris | (254) 710-3611 |
| 42220 10th Street West, Suite 109 | (254) 710-2817 (Fax) |
| Lancaster, CA  93534-3428 | |
| (800) 960-9005 | |
| (661) 949-2595 | |
| (661) 949-7524 (fax) | |

The overtime provisions of the FLSA require that, for all hours over forty(40) hours per week that an employee works, the employer must pay the employee at the rate of one and one-half times his or her regular hourly rate, unless that employee is properly classified as "exempt" from the overtime provisions of the FLSA. The Plaintiffs in this lawsuit claim that during one or more weeks of their employment with Defendants, Tyler Technologies, Inc. and/or EDP Enterprises, Inc., they worked in excess of forty (40) hours, but were not paid

overtime at the rate of one and one-half times their hourly rate for the hours they worked in excess of forty(40). Plaintiffs allege that they were not properly paid for their overtime hours due to Tyler Technologies, Inc.'s and/or EDP Enterprises, Inc.'s deliberate misclassification of Plaintiffs as exempt from the overtime provisions of the Fair Labor Standards Act. Plaintiffs are seeking to recover unpaid overtime compensation, liquidated damages, attorneys fees and costs associated with the litigation.

Defendants have denied the charges of the Plaintiffs. Specifically, Defendants allege that Plaintiffs were performing the work of overtime, exempt professionals and that Plaintiffs were paid properly. Defendants deny a deliberate misclassification and deny that Plaintiffs are entitled to any of the relief sought. Defendants plan to pursue their defenses against Plaintiffs' allegations.

### 3. NO RETALIATION PERMITTED

It is a violation of Federal law for Tyler Technologies, Inc. to discharge, or in any manner discriminate or retaliate against you for taking part in this case. If you believe that you have been penalized, discriminated against or disciplined in any way as a result of your receiving this notification, considering whether to join a lawsuit, or actually joining a lawsuit, you should contact Plaintiffs' counsel or other lawyer of your choice immediately.

### 4. COMPOSITION OF THE CLASS

All current and former employees of Tyler Technologies Inc., and/or EDP Enterprises, Inc., who held the following positions, or similar job positions, during any part of the time period from July 13, 2006, to present, who were classified as exempt while employed by Tyler Technologies Inc., EDP Enterprises, Inc., and/or a predecessor company of Tyler Technologies, Inc., and who were not paid overtime compensation for time worked in excess of forty (40) hours per week:

- **TELEPHONE AND REMOTE COMPUTER SUPPORT EMPLOYEES** to include, but not limited to, customer support analysts, systems support specialists, systems analysts, software support specialists, technical support specialists/trainers, support techs, product support specialists, associate support specialists, support specialists, senior support specialists, frontline support, advisors, team leaders, support analysts, technical support specialist, technical support analysts, SIF support analysts;

- **COMPUTER HARDWARE AND SOFTWARE SET UP & MAINTENANCE EMPLOYEES** to include, but not limited to, systems engineers;

- **IMPLEMENTATION EMPLOYEES** to include, but not limited to, implementation specialists, implementation consultants, staff consultants, senior consultants, principal consultants, senior implementation consultants, principal implementation consultants, client liaisons, trainers, training specialists, senior training specialists, training coordinator;

- **SALES SUPPORT EMPLOYEES** to include, but not limited to, solutions consultants, technical sales product specialists, sales engineer/consultant II;

- **QUALITY ASSURANCE EMPLOYEES** to include, but not limited to, quality assurance analysts.

## 5. YOUR RIGHT TO PARTICIPATE IN THIS LAWSUIT

If you fit within the class definition set forth above, you may have a right to participate in this lawsuit. Your right to participate in this suit may depend upon a later decision by the United States District Court that you and the representative Plaintiffs are actually "similarly situated."

## 6. HOW TO PARTICIPATE IN THIS LAWSUIT

Enclosed you will find a form entitled "Opt-In Consent Form" ("Consent Form"). If you choose to join this lawsuit, and thus participate in any recovery that may result from this lawsuit, it is extremely important that you read, sign and return the Consent Form. An addressed and postage paid envelope is enclosed for your convenience. The Consent Form should be mailed to:

**BEALL V. TYLER TECHNOLOGIES COLLECTIVE ACTION**
SLOAN, BAGLEY, HATCHER & PERRY LAW FIRM
101 E. Whaley Street
Longview, Texas 75601

**The signed Consent Form must be postmarked by September 28, 2009. If your signed Consent Form is not postmarked by September 28, 2009, you will not participate in any recovery obtained against Defendants in this lawsuit.** This legal notice and electronic consent form may also be found at www.myovertimeclassaction.com. If you have questions about filling out or sending the Consent Form, please contact Plaintiff's counsel listed on page two of this notice.

## 7. EFFECT OF JOINING THIS LAWSUIT

If you choose to join in this lawsuit, you will be bound by the judgment, whether it is favorable or unfavorable. You will also be bound by, and will share in, any settlement that may be reached on behalf of the employees who have filed or opted into this lawsuit.

By joining this lawsuit, you designate the representative Plaintiffs as your agents to make decisions on your behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiffs' counsel concerning fees and costs, and all other matters pertaining to this lawsuit. These decisions and agreements made and entered into by the representative Plaintiffs will be binding on you

if you join this lawsuit.

The representative Plaintiffs in this matter have entered into a contingency fee agreement with Plaintiffs' counsel, which means if there is no recovery, there will be no attorneys fees or costs chargeable to you. If there is a recovery, Plaintiffs' counsel will receive a part of any settlement obtained or money judgment entered in favor of all members of the collective action. You may request a copy of the contingency fee agreement executed by the named Plaintiffs in this matter from Plaintiffs' counsel at the address, telephone number or facsimile number that appears on page two of this notice.

**8.    NO LEGAL EFFECT IN NOT JOINING THIS LAWSUIT**

If you choose not to join this lawsuit, you will not be affected by any judgment or settlement rendered in this case, whether favorable or unfavorable to the collective action. You will not be entitled to share any amounts recovered by the parties to the collective action. You will be free to file your own lawsuit, subject to any defenses that might be asserted. The pendency of this lawsuit will not stop the running of the statute of limitations as to any claims you might have until you opt-in to it.

**9.    FURTHER INFORMATION**

Further information about this Notification or the lawsuit may be obtained from Plaintiffs' counsel at the address, telephone number or facsimile number identified on page two of this notice.

THIS NOTICE AND ITS CONTENTS HAVE BEEN AUTHORIZED BY THE FEDERAL DISTRICT COURT, HON. T. JOHN WARD, DISTRICT JUDGE. HOWEVER, THE COURT HAS TAKEN NO POSITION REGARDING THE MERITS OF THE PLAINTIFFS' CLAIMS OR OF THE DEFENDANTS' DEFENSES.