IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **PATTY BEALL, MATTHEW MAXWELL,** | § | |
| **DAVID GRAVLEY, TALINA MCELHANY,** | § | |
| **KELLY HAMPTON, KEVIN TULLOS,** | § | |
| **CASEY BROWN, JASON BONNER,** | § | |
| **ANTHONY DODD, ILENE MEYERS,** | § | |
| **TOM O'HAVER, JOY BIBLES, DON** | § | |
| **LOCCHI AND MELISSA PASTOR ,** | § | |
| **Individually and on behalf of all others** | § | |
| **similarly situated;** | § | |
| | § | |
| **Plaintiffs,** | § | **2:08-cv-422 TJW** |
| | § | |
| **TYLER TECHNOLOGIES, INC. AND** | § | |
| **EDP ENTERPRISES, INC.** | § | |
| **Defendants.** | § | |

## ORDER APPROVING PLAINTIFFS' LEGAL NOTICE AND CONSENT FORM

On this the _____ day of _____, 2009, came on for consideration Plaintiff's Unopposed Motion to Approve Legal Notice and Consent Form. After considering the motion, and other documents on file, the Court is of the opinion that Plaintiff' motion should be APPROVED.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that Plaintiff's Legal Notice and Consent Form are hereby APPROVED for purposes of notifying potential class members and for purposes of opting into the lawsuit.