## CONSENT TO OPT IN

### YOU MUST COMPLETE AND MAIL BY SEPTEMBER 28, 2009 TO PARTICIPATE IN THIS SUIT
send completed form to:

BEALL v. TYLER TECHNOLOGIES COLLECTIVE ACTION
SLOAN, BAGLEY, HATCHER & PERRY LAW FIRM
101 E. WHALEY STREET LONGVIEW, TX 75601

Name: Joyce James
Address: 164 Hickory Ln   Corydon, IN 47112
Home Phone: 812 738-1457   Work Phone: —
Email: INdjoy@yahoo.com   Cell Phone: 812 736-2671

1. I consent and agree to pursue my claims arising out of uncompensated overtime as an employee of Tyler Technologies, Inc., EDP Enterprises, Inc. or other predecessor company of Tyler Technologies, Inc. in *Patty Beall, et al v. Tyler Technologies, Inc. and EDP Enterprises, Inc.*, Cause number 2:08-cv-422 TJW, pending in the United States District Court, Eastern District of Texas.

2. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §201, et seq. I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

3. I hereby designate John D. Sloan, Jr, Laureen Bagley, John P. Zelbst, Chandra Homes, Alex Wheeler, Jason Fowler and James Wren to represent me for all purposes in this action.

4. I also designate the collective action Representatives as my agents to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, the entering of an agreement with Plaintiffs' Counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

(Signature) Joyce James   (Date signed) 7/19/09

*****NOTE******
Statute of limitations concerns mandate that you return this form as soon as possible, and no later than September 28, 2009 in order to preserve your rights.

## CONSENT TO OPT IN

### YOU MUST COMPLETE AND MAIL BY SEPTEMBER 28, 2009
### TO PARTICIPATE IN THIS SUIT
send completed form to:

**BEALL v. TYLER TECHNOLOGIES COLLECTIVE ACTION**
**SLOAN, BAGLEY, HATCHER & PERRY LAW FIRM**
**101 E. WHALEY STREET LONGVIEW, TX 75601**

Name: Tami Lynn Maben

Address: 208 SE 2nd St

Home Phone: 515-275-3269    Work Phone: 515-275-3269

Email: Tamimaben@prairieinet.net    Cell Phone: 515-556-2091

1. I consent and agree to pursue my claims arising out of uncompensated overtime as an employee of Tyler Technologies, Inc., EDP Enterprises, Inc. or other predecessor company of Tyler Technologies, Inc. in *Patty Beall, et al v. Tyler Technologies, Inc. and EDP Enterprises, Inc.*, Cause number 2:08-cv-422 TJW, pending in the United States District Court, Eastern District of Texas.

2. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §201, et seq. I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

3. I hereby designate John D. Sloan, Jr, Laureen Bagley, John P. Zelbst, Chandra Homes, Alex Wheeler, Jason Fowler and James Wren to represent me for all purposes in this action.

4. I also designate the collective action Representatives as my agents to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, the entering of an agreement with Plaintiffs' Counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

(Signature) Tami Maben    (Date signed) 7/19/09

*****NOTE******
**Statute of limitations concerns mandate that you return this form as soon as possible, and no later than September 28, 2009 in order to preserve your rights.**

**CONSENT TO OPT IN**

**YOU MUST COMPLETE AND MAIL BY SEPTEMBER 28, 2009
TO PARTICIPATE IN THIS SUIT**
send completed form to:

BEALL v. TYLER TECHNOLOGIES COLLECTIVE ACTION
SLOAN, BAGLEY, HATCHER & PERRY LAW FIRM
101 E. WHALEY STREET LONGVIEW, TX 75601

Name: Ruth Rene' Strong

Address: 5552 S. Kittredge Street

Home Phone: 303-690-3401     Work Phone: 719-333-7181

Email: rrene.strong@comcast.net   Cell Phone: 720-212-8560

1.  I consent and agree to pursue my claims arising out of uncompensated overtime as an employee of Tyler Technologies, Inc., EDP Enterprises, Inc. or other predecessor company of Tyler Technologies, Inc. in *Patty Beall, et al v. Tyler Technologies, Inc. and EDP Enterprises, Inc.*, Cause number 2:08-cv-422 TJW, pending in the United States District Court, Eastern District of Texas.

2.  I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S. C. §201, et seq. I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

3.  I hereby designate John D. Sloan, Jr, Laureen Bagley, John P. Zelbst, Chandra Homes, Alex Wheeler, Jason Fowler and James Wren to represent me for all purposes in this action.

4.  I also designate the collective action Representatives as my agents to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, the entering of an agreement with Plaintiffs' Counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

(Signature) Ruth Rene' Strong     (Date signed) 7/19/2009

*****NOTE******
**Statute of limitations concerns mandate that you return this form as soon as possible, and no later than September 28, 2009 in order to preserve your rights.**

## CONSENT TO OPT IN

### YOU MUST COMPLETE AND MAIL BY SEPTEMBER 28, 2009
### TO PARTICIPATE IN THIS SUIT
send completed form to:

BEALL v. TYLER TECHNOLOGIES COLLECTIVE ACTION
SLOAN, BAGLEY, HATCHER & PERRY LAW FIRM
101 E. WHALEY STREET LONGVIEW, TX 75601

Name: _Kuyvonne T. Wilton_

Address: _10409- SE 174th Street #2419 Renton, WA 98055_

Home Phone: _N/A_   Work Phone: _N/A_

Email: _ctwilton@yahoo.com_   Cell Phone: _(206) 658-5909_

1.  I consent and agree to pursue my claims arising out of uncompensated overtime as an employee of Tyler Technologies, Inc., EDP Enterprises, Inc. or other predecessor company of Tyler Technologies, Inc. in *Patty Beall, et al v. Tyler Technologies, Inc. and EDP Enterprises, Inc.*, Cause number 2:08-cv-422 TJW, pending in the United States District Court, Eastern District of Texas.

2.  I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S. C. §201, et seq. I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

3.  I hereby designate John D. Sloan, Jr, Laureen Bagley, John P. Zelbst, Chandra Homes, Alex Wheeler, Jason Fowler and James Wren to represent me for all purposes in this action.

4.  I also designate the collective action Representatives as my agents to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, the entering of an agreement with Plaintiffs' Counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

(Signature) _[signed] Wilton_   (Date signed) _July 20, 2009_

*****NOTE******

**Statute of limitations concerns mandate that you return this form as soon as possible, and no later than September 28, 2009 in order to preserve your rights.**