IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PATTY BEALL, MATTHEW MAXWELL, TALINA MCELHANY, KELLY HAMPTON, CASEY BROWN, JASON BONNER, KEVIN TULLOS, ANTHONY DODD, ILENE MEYERS, TOM O'HAVER, JOY BIBLES, DON LOCCHI AND MELISSA PASTOR, individually and on behalf of all other similarly situated; | § § § § § § § § § § § | |
| Plaintiffs, | § § § | 2:08-cv-422  TJW |
| TYLER TECHNOLOGIES, INC. AND EDP ENTERPRISES, INC.       Defendants. | § § § § | |

## JOINT MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

Plaintiffs Patty Beall, Matthew Maxwell, Talina McElhany, Kelly Hampton, Casey Brown, Jason Bonner, Kevin Tullos, Anthony Dodd, Ilene Meyers, Tom O'Haver, Joy Bibles, Don Locchi and Melissa Pastor and Defendants Tyler Technologies, Inc. ("Tyler") and EDP Enterprises, Inc. ("EDP") move this Court to enter the proposed Agreed Protective Order (the "Order") attached hereto as Exhibit A and in support of this request respectfully show the Court as follows:

Plaintiffs allege they were improperly classified as exempt employees and claim to have been denied overtime in violation of the Fair Labor Standards Act ("FLSA"). Defendants deny Plaintiffs' allegations and assert that Plaintiffs were properly classified. The issues raised by this

action involve discovery of information the parties deem proprietary and confidential. The parties seek to protect against the dissemination of such information, while at the same time not burdening the Court with resolving objections to the production or designation of such confidential and proprietary information prior to its actual production. Therefore, pursuant to Rules 26(c) and 29(b) of the Federal Rules of Civil Procedure, and the Eastern District of Texas Local Rule 5(a)(7), the parties jointly request that the Court enter the proposed order attached hereto as Exhibit A.

AGREED:

/s/ Laureen F. Bagley
John D. Sloan, Jr.
Texas Bar No. 18505100
Laureen F. Bagley
Texas Bar No. 24010522

SLOAN, BAGLEY, HATCHER & PERRY LAW FIRM
101 East Whaley Street
PO Drawer 2909
Longview, TX  75606
phone – 903.757.7000
facsimile – 903.757.7574

Alexander R. Wheeler
awheeler@rrexparris.com
Jason Paul Fowler
jfowler@rrexparris.com

R. REX PARRIS LAW FIRM
42220 10th Street West, Suite 109
Lancaster, CA  93534-3428
phone – 661.949.2595
facsimile – 661.949.7524

John P. Zelbst
zelbst@zelbest.com
Chandra L. Holmes Ray
chanddra@zelbst.com

ZELBST, HOLMES & BUTLER
PO Box 365
Lawton, OK  73502-0365
phone – 580.428.4844
facsimile – 580.248.6916

James E. Wren
Texas State Bar No. 22018200
James_Wren@baylor.edu
One Bear Place #97288
Waco, TX  76798-7288
phone – 254.710.7670
facsimile – 254.710.2817

ATTORNEYS FOR PLAINTIFFS

/s/ Ellen L. Perlioni
Paulo B. McKeeby
Texas Bar No.: 00784571
paulo.mckeeby@morganlewis.com
Joel S. Allen
Texas Bar No.: 00795069
joel.allen@morganlewis.com
Ellen L. Perlioni
Texas Bar No. 00794155
ellen.perlioni@morganlewis.com
Sharon Fast Fulgham
Texas Bar No.: No. 24045901
sfulgham@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
1717 Main Street, Suite 3200
Dallas, Texas 75201-7347
phone - 214.466.4000
facsimile - 214.466.4001

Deron R. Dacus
Texas Bar No.: 00790553
derond@rameyflock.com

RAMEY & FLOCK P.C.
100 East Ferguson, Suite 500
Tyler, Texas 75702
phone – 903.597.3301
facsimile – 903.597.2413

ATTORNEYS FOR DEFENDANTS
TYLER TECHNOLOGIES, INC. AND
EDP ENTERPRISES, INC.

**JOINT MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER – PAGE 3**
DB1/63470796.1

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing has been served via the Court's electronic filing system on this 7th day of August, 2009, as follows:

John D. Sloan, Jr.
Laureen F. Bagley
101 East Whaley Street
P.O. Drawer 2909
Longview, Texas 75606

/s/ Ellen L. Perlioni