## CONSENT TO OPT IN

**YOU MUST COMPLETE AND MAIL BY SEPTEMBER 28, 2009**
**TO PARTICIPATE IN THIS SUIT**
send completed form to:

BEALL v. TYLER TECHNOLOGIES COLLECTIVE ACTION
SLOAN, BAGLEY, HATCHER & PERRY LAW FIRM
101 E. WHALEY STREET LONGVIEW, TX 75601

Name: Cecilia Alvarado

Address: 1007 13th Street

Home Phone: _____   Work Phone: _____

Email: Cecilia.alvarado71@sbcglobal.net   Cell Phone: 806-729-1131

1. I consent and agree to pursue my claims arising out of uncompensated overtime as an employee of Tyler Technologies, Inc., EDP Enterprises, Inc. or other predecessor company of Tyler Technologies, Inc. in *Patty Beall, et al v. Tyler Technologies, Inc. and EDP Enterprises, Inc.*, Cause number 2:08-cv-422 TJW, pending in the United States District Court, Eastern District of Texas.

2. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §201, et seq. I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

3. I hereby designate John D. Sloan, Jr, Laureen Bagley, John P. Zelbst, Chandra Homes, Alex Wheeler, Jason Fowler and James Wren to represent me for all purposes in this action.

4. I also designate the collective action Representatives as my agents to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, the entering of an agreement with Plaintiffs' Counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

(Signature) Cecilia Alvarado   (Date signed) 8-5-09

*****NOTE******
**Statute of limitations concerns mandate that you return this form as soon as possible, and no later than September 28, 2009 in order to preserve your rights.**

## CONSENT TO OPT IN

### YOU MUST COMPLETE AND MAIL BY SEPTEMBER 28, 2009
### TO PARTICIPATE IN THIS SUIT
send completed form to:

**BEALL v. TYLER TECHNOLOGIES COLLECTIVE ACTION**
**SLOAN, BAGLEY, HATCHER & PERRY LAW FIRM**
**101 E. WHALEY STREET LONGVIEW, TX 75601**

Name: Bernetchia Cooper

Address: 714 Liberty Street Apt. 2514 Dallas 75204

Home Phone: 214 499 4754     Work Phone: _____

Email: bcooper@cemetrics.us     Cell Phone: 214 499 4754

1. I consent and agree to pursue my claims arising out of uncompensated overtime as an employee of Tyler Technologies, Inc., EDP Enterprises, Inc. or other predecessor company of Tyler Technologies, Inc. in *Patty Beall, et al v. Tyler Technologies, Inc. and EDP Enterprises, Inc.*, Cause number 2:08-cv-422 TJW, pending in the United States District Court, Eastern District of Texas.

2. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §201, et seq. I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

3. I hereby designate John D. Sloan, Jr, Laureen Bagley, John P. Zelbst, Chandra Homes, Alex Wheeler, Jason Fowler and James Wren to represent me for all purposes in this action.

4. I also designate the collective action Representatives as my agents to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, the entering of an agreement with Plaintiffs' Counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

(Signature) _____     (Date signed) 8/6/09

*****NOTE******
**Statute of limitations concerns mandate that you return this form as soon as possible, and no later than September 28, 2009 in order to preserve your rights.**

## CONSENT TO OPT IN

**YOU MUST COMPLETE AND MAIL BY SEPTEMBER 28, 2009**
**TO PARTICIPATE IN THIS SUIT**
send completed form to:

BEALL v. TYLER TECHNOLOGIES COLLECTIVE ACTION
SLOAN, BAGLEY, HATCHER & PERRY LAW FIRM
101 E. WHALEY STREET LONGVIEW, TX 75601

Name: MARY P MENARD

Address: 3535 S. BALL ST APT 103, ARLINGTON VA 22202

Home Phone: _____   Work Phone: _____

Email: MARYPMENARD@GMAIL.COM   Cell Phone: 202 731 7036

1. I consent and agree to pursue my claims arising out of uncompensated overtime as an employee of Tyler Technologies, Inc., EDP Enterprises, Inc. or other predecessor company of Tyler Technologies, Inc. in *Patty Beall, et al v. Tyler Technologies, Inc. and EDP Enterprises, Inc.*, Cause number 2:08-cv-422 TJW, pending in the United States District Court, Eastern District of Texas.

2. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §201, et seq. I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

3. I hereby designate John D. Sloan, Jr, Laureen Bagley, John P. Zelbst, Chandra Homes, Alex Wheeler, Jason Fowler and James Wren to represent me for all purposes in this action.

4. I also designate the collective action Representatives as my agents to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, the entering of an agreement with Plaintiffs' Counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

(Signature) *Mary P Menard*   (Date signed) 31-JUL-2009

*****NOTE******
**Statute of limitations concerns mandate that you return this form as soon as possible, and no later than September 28, 2009 in order to preserve your rights.**