IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PATTY BEALL, MATTHEW MAXWELL, DAVID GRAVLEY, TALINA MCELHANY, KELLY HAMPTON, KEVIN TULLOS, CASEY BROWN, JASON BONNER, ANTHONY DODD, ILENE MEYERS, TOM O'HAVER, JOY BIBLES, DON LOCCHI AND MELISSA PASTOR, Individually and on behalf of all others similarly situated; | § § § § § § § § § § | |
| Plaintiffs, | § § | 2:08-cv-422 TJW |
| TYLER TECHNOLOGIES, INC. AND EDP ENTERPRISES, INC. Defendants. | § § § § | |

**ORDER GRANTING PLAINTIFFS' MOTION TO SHORTEN TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' MOTION TO COMPEL DISCLOSURE OF EMAIL ADDRESSES, AND REQUEST FOR ENLARGEMENT OF NOTICE PERIOD**

On this the _____ day of _____, 2009, came on for consideration Plaintiffs' Motion to Shorten Time for Defendants to Respond to Plaintiffs Motion to Compel Disclosure of Email Addresses, and Request for Enlargement of Notice Period. After considering the Motion, and other documents on file, the Court is of the opinion that Plaintiffs' motion should be GRANTED.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that Plaintiffs' Motion to Shorten Time for Defendants to Respond to Plaintiffs Motion to Compel Disclosure of Email Addresses, and Request for Enlargement of Notice Period is hereby GRANTED.

IT IS FURTHER, ORDERED, ADJUDGED AND DECREED that Defendant's time to respond is shortened to 6 days.