**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **PATTY BEALL,  MATTHEW MAXWELL,** | § | |
| **DAVID GRAVLEY, TALINA MCELHANY,** | § | |
| **KELLY HAMPTON, KEVIN TULLOS,** | § | |
| **CASEY BROWN, JASON BONNER,** | § | |
| **ANTHONY DODD, ILENE MEYERS,** | § | |
| **TOM O'HAVER, JOY BIBLES, DON** | § | |
| **LOCCHI AND MELISSA PASTOR ,** | § | |
| **Individually and on behalf of all others** | § | |
| **similarly situated;** | § | |
| | § | |
| **Plaintiffs,** | § | **2:08-cv-422 TJW** |
| | § | |
| **TYLER TECHNOLOGIES, INC. AND** | § | |
| **EDP ENTERPRISES, INC.** | § | |
| **Defendants.** | § | |

**ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL DISCLOSURE OF EMAIL**
**ADDRESSES, AND REQUEST TO ENLARGE NOTICE PERIOD**

On this the _____ day of _____, 2009, came on for consideration Plaintiffs' Motion

to Compel Disclosure of Email Addresses, and Request to Enlarge Notice Period.  After considering

the motion, and other documents on file, the Court is of the opinion that Plaintiffs' motion should

be GRANTED.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that Defendants are

ordered to disclose within three days of the date of this order the email addresses of the potential

class members.

IT IS FURTHER, ORDERED, ADJUDGED AND DECREED that  the Notice Period for

opting in to this collective action is extended for a period of 45 days from the date Defendants are

ordered to disclose the email addresses of the potential class members.