IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PATTY BEALL, MATTHEW MAXWELL, TALINA MCELHANY AND KELLY HAMPTON, individually and on behalf of all other similarly situated; <br><br> Plaintiffs, <br><br><br> TYLER TECHNOLOGIES, INC. AND EDP ENTERPRISES, INC. <br> Defendants. | § § § § § § § § § § § § | 2:08-cv-422 TJW |

### ORDER DENYING PLAINTIFFS' MOTION TO COMPEL DISCLOSURE OF EMAIL ADDRESSES, AND REQUEST TO ENLARGE NOTICE PERIOD

Before the Court is Plaintiffs' Motion to Compel Disclosure of Email Addresses, and Request to Enlarge Notice Period and Defendants' Response in Opposition thereto. The Court, having considered the parties' respective arguments, finds that Plaintiffs' Motion should be denied. Therefore, it is,

ORDERED that Plaintiffs' Motion to Compel Disclosure of Email Addresses and Request to Enlarge Notice Period is DENIED.

Signed this the _____ day of _____, 2009.

ORDER – SOLO PAGE

DB1/63603127.1