**CONSENT TO OPT IN**

**YOU MUST COMPLETE AND MAIL BY SEPTEMBER 28, 2009**
**TO PARTICIPATE IN THIS SUIT**
**send completed form to:**

**BEALL v. TYLER TECHNOLOGIES COLLECTIVE ACTION**
**SLOAN, BAGLEY, HATCHER & PERRY LAW FIRM**
**101 E. WHALEY STREET LONGVIEW, TX 75601**

Name: _Brenda Labay_

Address: _458 CR 234 Lp - Cameron TX 76520_

Home Phone: _254 691 4735_     Work Phone: _Same_

Email: _dblabay4cs@yahoo.com_   Cell Phone: _254 455 0544_

1.     I consent and agree to pursue my claims arising out of uncompensated overtime as an employee of Tyler Technologies, Inc., EDP Enterprises, Inc. or other predecessor company of Tyler Technologies, Inc. in *Patty Beall, et al v. Tyler Technologies, Inc. and EDP Enterprises, Inc.*, Cause number  2:08-cv-422 TJW, pending in the United States District Court, Eastern District of Texas.

2.     I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §201, et seq.  I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

3.     I hereby designate John D. Sloan, Jr, Laureen Bagley, John P. Zelbst, Chandra Homes, Alex Wheeler,  Jason Fowler and James Wren to represent me for all purposes in this action.

4.     I also designate the collective action Representatives as my agents to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, the entering of an agreement with Plaintiffs' Counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

(Signature) _Brenda Labay_     (Date signed) _9/12/09_

*****NOTE******
**Statute of limitations concerns mandate that you return this form as soon as**
**possible, and no later than September 28, 2009 in order to  preserve your rights.**

# CONSENT TO OPT IN

### YOU MUST COMPLETE AND MAIL BY SEPTEMBER 28, 2009
### TO PARTICIPATE IN THIS SUIT
### send completed form to:

**BEALL v. TYLER TECHNOLOGIES COLLECTIVE ACTION**
**SLOAN, BAGLEY, HATCHER & PERRY LAW FIRM**
**101 E. WHALEY STREET LONGVIEW, TX 75601**

Name: _Debra Ann Marshall_

Address: _3953 Charleston Park Tyler TX 75701_

Home Phone: _903 363 - 9187_     Work Phone: _____

Email: _debrashan2003@AOl.com_   Cell Phone: _903 714 3185_

1.      I consent and agree to pursue my claims arising out of uncompensated overtime as an employee of Tyler Technologies, Inc., EDP Enterprises, Inc. or other predecessor company of Tyler Technologies, Inc. in *Patty Beall, et al v. Tyler Technologies, Inc. and EDP Enterprises, Inc.*, Cause number 2:08-cv-422 TJW, pending in the United States District Court, Eastern District of Texas.

2.      I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S. C. §201, et seq.  I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

3.      I hereby designate John D. Sloan, Jr, Laureen Bagley, John P. Zelbst,  Chandra Homes, Alex Wheeler,  Jason Fowler and James Wren to represent me for all purposes in this action.

4.      I also designate the collective action Representatives as my agents to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, the entering of an agreement with Plaintiffs' Counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

(Signature) _Debra Ann Marshall_ (Date signed) _9/14/09_

*****NOTE******
**Statute of limitations concerns mandate that you return this form as soon as possible, and no later than September 28, 2009 in order to  preserve your rights.**