# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| PATTY BEALL, MATTHEW MAXWELL, DAVID GRAVLEY, TALINA MCELHANY, KELLY HAMPTON, CASEY BROWN, JASON BONNER, KEVIN TULLOS, ANTHONY DODD, ILENE MEYERS, TOM O'HAVER, JOY BIBLES, DON LOCCHI AND MELISSA PASTOR, Individually and on behalf of all others similarly situated; §§§§§§§§§§§ | |
| Plaintiffs, § | CIVIL ACTION NO. 2-08-CV-422 (TJW) |
| v. § | |
| TYLER TECHNOLOGIES, INC. AND EDP ENTERPRISES, INC., §§§ | |
| Defendant. § | |

## ORDER

Pending before the court is Plaintiffs' Motion to Shorten Time for Defendants to Respond to Plaintiffs' Motion to Compel Disclosure of Email Addresses, and Request for Enlargement of Notice Period. Defendants have already responded to plaintiffs' motion. The Court hereby DENIES plaintiffs' motion as moot.

It is SO ORDERED.

SIGNED this 18th day of September, 2009.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE