IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PATTY BEALL,  MATTHEW MAXWELL, DAVID GRAVELY, TALINA MCELHANY, KELLY HAMPTON, CASEY BROWN, JASON BONNER, KEVIN TULLOS, ANTHONY DODD, ILENE MEYERS, TOM O'HAVER, JOY BIBLES, DON LOCCHI AND MELISSA PASTOR , Individually and on behalf of all others similarly situated; | § § § § § § § § § § | |
| Plaintiffs, | § § | 2:08-cv-422 TJW |
| TYLER TECHNOLOGIES, INC. AND EDP ENTERPRISES, INC. Defendants. | § § § § | |

## NOTICE OF FILING ADDITIONAL CONSENTS

Plaintiffs, Patty Beall, Matthew Maxwell, David Gravely, Talina McElhany, Kelly Hampton, Kevin Tullos, Casey Brown, Jason Bonner, Anthony "Tony" Dodd, Ilene Meyers, Tom O'Haver, Joy Bibles, Don Locchi, and Melissa Pastor, on behalf of themselves and all others similarly situated, by and through their attorneys, files the following Notices of Consent in connection with the above-titled and numbered action, attached hereto as Exhibit A:

1. Joy E. Flynn
2. Russell E. Steele

Respectfully submitted,

SLOAN, BAGLEY, HATCHER & PERRY LAW FIRM


 /s/ Laureen F. Bagley
John D. Sloan, Jr.
State Bar No. 18505100
jsloan@textrialfirm.com
Laureen F. Bagley
State Bar No. 24010522
lbagley@textrialfirm.com
101 East Whaley Street
P.O. Drawer 2909
Longview, Texas 75606
(903) 757-7000
(903) 757-7574 (Fax)

Alexander R. Wheeler
awheeler@rrexparris.com
Jason Paul Fowler
jfowler@rrexparris.com
R. REX PARRIS LAW FIRM
42220 10TH Street West, Suite 109
Lancaster, CA 93534-3428
(661) 949-2595
(661) 949-7524 (Fax)

John P. Zelbst
zelbst@zelbst.com
Chandra L. Holmes Ray
chandra@zelbst.com
ZELBST, HOLMES & BUTLER
P.O. Box 365
Lawton, OK 73502-0365
(580) 248-4844
(580) 248-6916 (Fax)

      James E. Wren
      Texas State Bar No. 22018200
      James_Wren@baylor.edu
      One Bear Place #97288
      Waco, Texas 76798-7288
      (254) 710-7670
      (254) 710-2817 (Fax)

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

    I hereby certify that on this the 28th day of September 2009, a true and correct copy of this document was sent via electronic mail to the following:

Paulo B. McKeeby
Joe S. Allen
Sharon Fast Fulgham
Ellen L. Perlioni
*Morgan, Lewis & Bockius LLP*
1717 Main Street, Suite 3200
Dallas, TX 75201-7347

Deron R. Dacus
*Ramey & Flock P.C.*
100 East Ferguson, Suite 500
Tyler, TX 75702

      /s/ Laureen F. Bagley
      Laureen F. Bagley