## CONSENT TO OPT IN

### YOU MUST COMPLETE AND MAIL BY OCTOBER 25, 2009
### TO PARTICIPATE IN THIS SUIT
send completed form to:

**BEALL v. TYLER TECHNOLOGIES COLLECTIVE ACTION**
**SLOAN, BAGLEY, HATCHER & PERRY LAW FIRM**
**101 E. WHALEY STREET LONGVIEW, TX 75601**

Name: Travis E. Void

Address: 5311 Dilbagh Drive, Durham, NC 27703

Home Phone: _____   Work Phone: _____

Email: tevoid@gmail.com   Cell Phone: 919-812-9830

1. I consent and agree to pursue my claims arising out of uncompensated overtime as an employee of Tyler Technologies, Inc., EDP Enterprises, Inc. or other predecessor company of Tyler Technologies, Inc. in *Patty Beall, et al v. Tyler Technologies, Inc. and EDP Enterprises, Inc.*, Cause number 2:08-cv-422 TJW, pending in the United States District Court, Eastern District of Texas.

2. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §201, et seq. I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

3. I hereby designate John D. Sloan, Jr, Laureen Bagley, John P. Zelbst, Chandra Homes, Alex Wheeler, Jason Fowler and James Wren to represent me for all purposes in this action.

4. I also designate the collective action Representatives as my agents to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, the entering of an agreement with Plaintiffs' Counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

(Signature) [signed]   (Date signed) 10-2-09

*****NOTE******
Statute of limitations concerns mandate that you return this form as soon as possible, and no later than October 25, 2009 in order to preserve your rights.