# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

PATTY BEALL, Individually And on Behalf of
All Others Similarly Situated
V.
TYLER TECHNOLOGIES, INC., ET AL.

NOTICE

CASE NUMBER: 2:08-CV-422(TJW)

TYPE OF CASE

X  CIVIL            CRIMINAL

X  **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE<br>United States District Court<br>100 E. Houston Street<br>**MARSHALL, TX 75670** | ROOM NO.<br>Judge T. John Ward's Courtroom |
| --- | --- |
| | DATE AND TIME<br>**November 30, 2009 @ 4:10 p.m.** |

TYPE OF PROCEEDING

**SCHEDULING CONFERENCE**

**TAKE NOTICE** that a proceeding in this case has been RESET as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | RESET TO DATE AND TIME |
| --- | --- | --- |
| | | |

David J. Maland
US MAGISTRATE JUDGE OR CLERK OF COURT

November 9, 2009                    Sonja H. Dupree
DATE                                (BY) DEPUTY CLERK

TO:     ALL COUNSEL OF RECORD

## ACKNOWLEDGMENT

**NOTICE TO COUNSEL:** Please sign in the space provided below and return to the court by facsimile, **(903) 935-2295**, within three (3) days of your receipt of the enclosed notice.

_____

**I acknowledge receipt of the indicated notice on the date shown below.**

Case No. _____

Signature of Atty._____
                                                            Date
Print Name of Atty._____

Counsel for _____
                    (Name of Party)

Type of Proceeding:  _____
                              (e.g., Scheduling Conference)

Date of Proceeding:  _____

Time of Proceeding:  _____

Location of Proceeding:  _____