IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PATTY BEALL, MATTHEW MAXWELL, DAVID GRAVLEY, TALINA MCELHANY, KELLY HAMPTON, CASEY BROWN, JASON BONNER, KEVIN TULLOS, ANTHONY DODD, ILENE MEYERS, TOM O'HAVER, JOY BIBLES, DON LOCCHI AND MELISSA PASTOR, Individually and on behalf of all others similarly situated;<br><br>    Plaintiffs,<br><br>TYLER TECHNOLOGIES, INC. AND EDP ENTERPRISES, INC.<br>    Defendants. | § § § § § § § § § § § § § § § § § | 2:08-cv-422 TJW |

**AGREED ORDER REGARDING THE AGREED MOTION TO AMEND THE AMENDED DISCOVERY ORDER**

ON THIS DATE, CAME ON TO BE CONSIDERED the Parties' Agreed Motion to Amend the Amended Discovery Order. After careful consideration of the motion, this Court hereby GRANTS the motion.

AGREED:

| | |
|---|---|
| /s/ Laureen F. Bagley | /s/ Paulo B. McKeeby |
| John D. Sloan, Jr. | Paulo B. McKeeby |
| State Bar No. 18505100 | Texas Bar No.: 00784571 |
| jsloan@textrialfirm.com | paulo.mckeeby@morganlewis.com |
| Laureen F. Bagley | Joe S. Allen |
| State Bar No. 24010522 | Texas Bar No.: 00795069 |
| lbagley@textrialfirm.com | joel.allen@morganlewis.com |
| SLOAN, BAGLEY, HATCHER & PERRY LAW FIRM | Sharon Fast Fulgham Texas Bar No.: 24045901 |
| 101 East Whaley Street | sfulgham@morganlewis.com |
| P.O. Drawer 2909 | MORGAN, LEWIS & BOCKIUS LLP |
| Longview, Texas 75606 | 1717 Main Street, Suite 3200 |
| (903) 757-7000 | Dallas, TX 75201-7347 |
| (903) 757-7574 (Fax) | (214)466-4000 |
| | (214)466-4001 (Fax) |

Alexander R. Wheeler
awheeler@rrexparris.com
Jason Paul Fowler
jfowler@rrexparris.com                    ATTORNEYS FOR DEFENDANTS
R. REX PARRIS LAW FIRM                    TYLER TECHNOLOGIES, INC. AND
42220 10TH Street West, Suite 109    EDP ENTERPRISES, INC.
Lancaster, CA 93534-3428
(661) 949-2595
(661) 949-7524 (Fax)

John P. Zelbst
zelbst@zelbst.com
Chandra L. Holmes Ray
chandra@zelbst.com
ZELBST, HOLMES & BUTLER
P.O. Box 365
Lawton, OK 73502-0365
(580) 248-4844
(580) 248-6916 (Fax)

James E. Wren
Texas State Bar No. 22018200
James_Wren@baylor.edu
One Bear Place #97288
Waco, Texas 76798-7288
(254) 710-7670
(254) 710-2817 (Fax)

**ATTORNEYS FOR PLAINTIFFS**