IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PATTY BEALL,  MATTHEW MAXWELL, DAVID GRAVLEY, TALINA MCELHANY, KELLY HAMPTON, CASEY BROWN, JASON BONNER, KEVIN TULLOS, ANTHONY DODD, ILENE MEYERS, TOM O'HAVER, JOY BIBLES, DON LOCCHI AND MELISSA PASTOR , Individually and on behalf of all others similarly situated; | § § § § § § § § § | |
| Plaintiffs, | § § | 2:08-cv-422 TJW |
| TYLER TECHNOLOGIES, INC. AND EDP ENTERPRISES, INC. Defendants. | § § § § | |

**AGREED ORDER REGARDING THE AGREED MOTION TO AMEND THE AMENDED DISCOVERY ORDER**

ON THIS DATE, CAME ON TO BE CONSIDERED the Parties' Agreed Motion to Amend the Amended Discovery Order.  After careful consideration of the motion, this Court hereby GRANTS the motion.

SIGNED this 14th day of December, 2009.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE