IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PATTY BEALL, MATTHEW MAXWELL, § | | |
| DAVID GRAVELY, TALINA MCELHANY, § | | |
| KELLY HAMPTON, CASEY BROWN, § | | |
| JASON BONNER, KEVIN TULLOS, § | | |
| ANTHONY DODD, ILENE MEYERS, § | | |
| TOM O'HAVER, JOY BIBLES, DON § | | |
| LOCCHI AND MELISSA PASTOR , § | | |
| Individually and on behalf of all others § | | |
| similarly situated; § | | |
| § | | |
| Plaintiffs, § | | 2:08-cv-422 TJW |
| § | | |
| TYLER TECHNOLOGIES, INC. AND § | | |
| EDP ENTERPRISES, INC. § | | |
| Defendants. § | | |

## NOTICE OF AGREED MEDIATOR

Plaintiffs, Patty Beall, et al ("Plaintiffs'") and Defendants Tyler Technologies, Inc. and EDP Enterprises, Inc. ("Defendants") hereby submit to the Court the name, address, telephone number and fax number of the agreed mediator:

> Will Hartsfield
> Mediator & Arbitrator
> 14651 Dallas Parkway
> The Princeton Suite 102
> Dallas, TX 75254
> (972)991-5400 (voice)
> (972)991-7744 (fax)
> WillHartsfield@WillHartsfield.com

Respectfully submitted,

SLOAN, BAGLEY, HATCHER & PERRY LAW FIRM


 /s/ Laureen F. Bagley
John D. Sloan, Jr.
State Bar No. 18505100
jsloan@textrialfirm.com
Laureen F. Bagley
State Bar No. 24010522
lbagley@textrialfirm.com
101 East Whaley Street
P.O. Drawer 2909
Longview, Texas 75606
(903) 757-7000
(903) 757-7574 (Fax)

Alexander R. Wheeler
awheeler@rrexparris.com
Jason Paul Fowler
jfowler@rrexparris.com
R. REX PARRIS LAW FIRM
42220 10TH Street West, Suite 109
Lancaster, CA 93534-3428
(661) 949-2595
(661) 949-7524 (Fax)

John P. Zelbst
zelbst@zelbst.com
Chandra L. Holmes Ray
chandra@zelbst.com
ZELBST, HOLMES & BUTLER
P.O. Box 365
Lawton, OK 73502-0365
(580) 248-4844
(580) 248-6916 (Fax)

James E. Wren
Texas State Bar No. 22018200
James_Wren@baylor.edu
One Bear Place #97288
Waco, Texas 76798-7288
(254) 710-7670
(254) 710-2817 (Fax)

**ATTORNEYS FOR PLAINTIFFS**

### CERTIFICATE OF SERVICE

I hereby certify that on this the 30th day of December, 2009, a true and correct copy of this document was sent via electronic mail to the following:

Paulo B. McKeeby
Joe S. Allen
Sharon Fast Fulgham
Ellen L. Perlioni
*Morgan, Lewis & Bockius LLP*
1717 Main Street, Suite 3200
Dallas, TX 75201-7347

Deron R. Dacus
*Ramey & Flock P.C.*
100 East Ferguson, Suite 500
Tyler, TX 75702

/s/ Laureen F. Bagley
Laureen F. Bagley