IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PATTY BEALL, Individually and on Behalf of All Others Similarly Situated | § § § | |
| V. | § § | CIVIL NO. 2:08-CV-422(TJW) |
| TYLER TECHNOLOGIES, INC., ET AL. | § § | |

## ORDER APPOINTING MEDIATOR

IT IS ORDERED that Will Hartsfield, Mediator & Arbitrator, 14651 Dallas Parkway, The Princeton Suite 102, Dallas, Texas 75254, telephone number 972.991.5400, and fax number 972.991.7744, is hereby appointed as mediator in the above referenced case. The Court designates plaintiff's counsel to be responsible for timely contacting the mediator and defendant's counsel to coordinate a date for the mediation. Mediation shall be completed by **January 28, 2011**.

Mediation shall be governed by the Court-Annexed Mediation Plan, Appendix H to the Local Court Rules for the Eastern District of Texas. In particular, the Mediation Plan requires the presence at the mediation conference of all parties, corporate representatives, and any other required claims professionals (e.g., insurance adjusters, etc.) with full authority to negotiate a settlement. Exceptions to this requirement may be made only by the presiding judge in writing.

SIGNED this 4th day of January, 2010.

_T. John Ward_
T. JOHN WARD
UNITED STATES DISTRICT JUDGE