IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PATTY BEALL, MATTHEW MAXWELL, TALINA MCELHANY, KELLY HAMPTON, CASEY BROWN, JASON BONNER, KEVIN TULLOS, ANTHONY DODD, ILENE MEYERS, TOM O'HAVER, JOY BIBLES, DON LOCCHI AND MELISSA PASTOR, individually and on behalf of all other similarly situated; <br><br> Plaintiffs, <br><br><br> TYLER TECHNOLOGIES, INC. AND EDP ENTERPRISES, INC. <br> Defendants. | § § § § § § § § § § § § § § § § § | 2:08-cv-422  TJW |

## STIPULATION EXTENDING INITIAL DISCLOSURES DEADLINES

Plaintiffs and Defendants (collectively, the "Parties") have agreed and hereby stipulate to the following extensions of the initial disclosure deadlines in the Court's Docket Control Order (D.N. 86):

| | Current Deadline | Extended Deadline |
|---|---|---|
| Initial Disclosure of Information | February 1, 2010 | February 8, 2010 |
| Initial Disclosure of Documents | February 15, 2010 | March 1, 2010 |

The Court hereby approves of the Parties' Stipulation.

DATED: _____, 2010

_____
T. John Ward
United States District Judge

AGREED:

| | |
|---|---|
| /s/ Laureen F. Bagley | /s/ Ellen L. Perlioni |
| John D. Sloan, Jr. | Paulo B. McKeeby |
| Texas Bar No. 18505100 | Texas Bar No.: 00784571 |
| Laureen F. Bagley | paulo.mckeeby@morganlewis.com |
| Texas Bar No. 24010522 | Joel S. Allen |
| | Texas Bar No.: 00795069 |
| SLOAN, BAGLEY, HATCHER & PERRY LAW FIRM | joel.allen@morganlewis.com |
| 101 East Whaley Street | Ellen L. Perlioni |
| PO Drawer 2909 | Texas Bar No. 00794155 |
| Longview, TX 75606 | ellen.perlioni@morganlewis.com |
| phone – 903.757.7000 | Sharon Fast Fulgham |
| facsimile – 903.757.7574 | Texas Bar No.: No. 24045901 |
| | sfulgham@morganlewis.com |
| Alexander R. Wheeler | |
| awheeler@rrexparris.com | MORGAN, LEWIS & BOCKIUS LLP |
| Jason Paul Fowler | 1717 Main Street, Suite 3200 |
| jfowler@rrexparris.com | Dallas, Texas 75201-7347 |
| | phone - 214.466.4000 |
| | facsimile - 214.466.4001 |
| R. REX PARRIS LAW FIRM | |
| 42220 10th Street West, Suite 109 | Deron R. Dacus |
| Lancaster, CA 93534-3428 | Texas Bar No.: 00790553 |
| phone – 661.949.2595 | derond@rameyflock.com |
| facsimile – 661.949.7524 | |
| | RAMEY & FLOCK P.C. |
| John P. Zelbst | 100 East Ferguson, Suite 500 |
| zelbst@zelbest.com | Tyler, Texas 75702 |
| Chandra L. Holmes Ray | phone – 903.597.3301 |
| chanddra@zelbst.com | facsimile – 903.597.2413 |
| | |
| ZELBST, HOLMES & BUTLER | |
| PO Box 365 | ATTORNEYS FOR DEFENDANTS |
| Lawton, OK 73502-0365 | TYLER TECHNOLOGIES, INC. AND |
| phone – 580.428.4844 | EDP ENTERPRISES, INC. |
| facsimile – 580.248.6916 | |
| | |
| James E. Wren | |
| Texas State Bar No. 22018200 | |
| James_Wren@baylor.edu | |
| One Bear Place #97288 | |
| Waco, TX 76798-7288 | |
| phone – 254.710.7670 | |
| facsimile – 254.710.2817 | |
| | |
| ATTORNEYS FOR PLAINTIFFS | |