# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **PATTY BEALL, MATTHEW MAXWELL, TALINA MCELHANY, KELLY HAMPTON, CASEY BROWN, JASON BONNER, KEVIN TULLOS, ANTHONY DODD, ILENE MEYERS, TOM O'HAVER, JOY BIBLES, DON LOCCHI AND MELISSA PASTOR,** individually and on behalf of all other similarly situated; | § § § § § § § § § § | |
| Plaintiffs, | § § § § § | 2:08-cv-422  TJW |
| **TYLER TECHNOLOGIES, INC. AND EDP ENTERPRISES, INC.** Defendants. | § § § | |

## NOTICE OF APPEARANCE

Farin Khosravi of the law firm of Morgan, Lewis & Bockius LLP hereby enters her appearance on behalf of Defendants in the above-captioned matter.  Contact information for Ms. Khosravi is as follows:

Farin Khosravi
Morgan, Lewis & Bockius LLP
1717 Main Street, Suite 3200
Dallas, TX  75201
214.466-4000
214.466-4001 (fax)
farin.khosravi@morganlewis.com

**NOTICE OF APPEARANCE– PAGE 1**
DB1/64320642.1

        /s/ Farin Khosravi
Paulo B. McKeeby
Texas Bar No.: 00784571
paulo.mckeeby@morganlewis.com
Joel S. Allen
Texas Bar No.: 00795069
joel.allen@morganlewis.com
Ellen L. Perlioni
Texas Bar No. 00794155
ellen.perlioni@morganlewis.com
Farin Khosravi
Texas Bar No. 24043753
farin.khosravi@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
1717 Main Street, Suite 3200
Dallas, Texas 75201-7347
phone - 214.466.4000
facsimile - 214.466.4001

Deron R. Dacus
Texas Bar No.: 00790553
derond@rameyflock.com

RAMEY & FLOCK P.C.
100 East Ferguson, Suite 500
Tyler, Texas 75702
phone – 903.597.3301
facsimile – 903.597.2413


ATTORNEYS FOR DEFENDANTS
TYLER TECHNOLOGIES, INC. AND
EDP ENTERPRISES, INC.

## CERTIFICATE OF SERVICE

      This is to certify that a true and correct copy of the above and foregoing has been served via the Court's electronic filing system on this 2nd day of February 2010:

John D. Sloan, Jr.
Laureen F. Bagley
101 East Whaley Street
P.O. Drawer 2909
Longview, Texas 75606

                                          */s/ Farin Khosravi*_____