IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PATTY BEALL, MATTHEW MAXWELL, TALINA MCELHANY, KELLY HAMPTON, CASEY BROWN, JASON BONNER, KEVIN TULLOS, ANTHONY DODD, ILENE MEYERS, TOM O'HAVER, JOY BIBLES, DON LOCCHI AND MELISSA PASTOR, individually and on behalf of all other similarly situated; | § § § § § § § § § § | |
| Plaintiffs, | § § § § | 2:08-cv-422  TJW |
| TYLER TECHNOLOGIES, INC. AND EDP ENTERPRISES, INC.<br>Defendants. | § § § | |

**DEFENDANTS' UNOPPOSED MOTION TO WITHDRAW COUNSEL**

TO THE HONORABLE JUDGE OF SAID COURT:

Defendants Tyler Technologies, Inc. and EDP Enterprises, Inc. ("Defendants") request permission for Sharon Fulgham ("Fulgham") to be withdrawn as attorney of record for Defendants in the above-captioned matter, and would respectfully show the Court as follows:

1. Fulgham is no longer employed by the law firm of Morgan, Lewis & Bockius LLP ("Morgan Lewis"), and will not continue to represent Defendants. Therefore, Defendants are requesting that Fulgham be withdrawn as counsel of record for Defendants.

2. Paulo B. McKeeby, Joel S. Allen, Ellen Perlioni, and Farin Khosravi of Morgan Lewis who previously entered appearances as counsel on behalf of Defendants will continue to represent Defendants herein.

3. Plaintiffs do not oppose this Motion.

4. This Motion is not sought for delay, but to assist in the efficient handling of this matter.

WHEREFORE, for the foregoing reasons, Defendants request the Court grant to their Motion to Withdraw in the above-captioned matter.

Respectfully submitted:

*/s/Farin Khosravi*
Paulo B. McKeeby
Texas Bar No.: 00784571
paulo.mckeeby@morganlewis.com
Joel S. Allen
Texas Bar No.: 00795069
joel.allen@morganlewis.com
Ellen L. Perlioni
Texas Bar No. 00794155
ellen.perlioni@morganlewis.com
Farin Khosravi
Texas Bar No. 24043753
farin.khosravi@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
1717 Main Street, Suite 3200
Dallas, Texas 75201-7347
phone - 214.466.4000
facsimile - 214.466.4001

Deron R. Dacus
Texas Bar No.: 00790553
derond@rameyflock.com

RAMEY & FLOCK P.C.
100 East Ferguson, Suite 500
Tyler, Texas 75702
phone – 903.597.3301
facsimile – 903.597.2413

ATTORNEYS FOR DEFENDANTS
TYLER TECHNOLOGIES, INC. AND
EDP ENTERPRISES, INC.

**DEFENDANTS' UNOPPOSED MOTION TO WITHDRAW COUNSEL** **– PAGE 2**
DB1/64347209.1

## CERTIFICATE OF CONFERENCE

This is to certify that on February 1, 2010, the undersigned spoke with counsel for Plaintiffs in this matter regarding the contents of this Motion. Plaintiffs do not oppose this motion.

>                               */s/ Farin Khosravi*
>                               Farin Khosravi

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing has been served via the Court's electronic filing system on this 2nd day of February, 2010, as follows:

| | |
|---|---|
| John D. Sloan, Jr.<br>Laureen F. Bagley<br>SLOAN, BAGLEY, HATCHER & PERRY LAW FIRM<br>101 East Whaley Street<br>P.O. Drawer 2909<br>Longview, Texas 75606<br>jsloan@textrialfirm.com<br>lbagley@textrialfirm.com | Alexander R. Wheeler<br>Jason Paul Fowler<br>R. REX PARRIS LAW FIRM<br>42220 10th Street West, Suite 109<br>Lancaster, CA  93534<br>awheeler@rrexparris.com<br>jfowler@rrexparris.com |
| John P. Zelbst<br>Chandra L. Homes Ray<br>Zelbst, Holmes & Butler<br>PO Box 365<br>Lawton, OK  73502<br>zelbst@zelbst.com<br>chandra@zelbst.com | James E. Wren<br>One Bear Place #97288<br>Waco, TX  76798<br>James_Wren@baylor.edu |

>                               */s/Farin Khosravi*