IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **PATTY BEALL, MATTHEW MAXWELL, TALINA MCELHANY, KELLY HAMPTON, CASEY BROWN, JASON BONNER, KEVIN TULLOS, ANTHONY DODD, ILENE MEYERS, TOM O'HAVER, JOY BIBLES, DON LOCCHI AND MELISSA PASTOR,** individually and on behalf of all other similarly situated; | § § § § § § § § § § | |
| **Plaintiffs,** | § § § § § | 2:08-cv-422 TJW |
| **TYLER TECHNOLOGIES, INC. AND EDP ENTERPRISES, INC.** **Defendants.** | § § § § | |

## PROPOSED ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO WITHDRAW COUNSEL

Before the Court is Defendants' Unopposed Motion to Withdraw Counsel. The Court, having reviewed the Motion, which is not opposed by any party, finds that it should be GRANTED.

It is therefore ORDERED that Sharon Fulgham is hereby withdrawn as counsel of record for Defendants.

It is so ordered this _____ day of _____, 2010.