IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PATTY BEALL, MATTHEW MAXWELL, TALINA MCELHANY, KELLY HAMPTON, CASEY BROWN, JASON BONNER, KEVIN TULLOS, ANTHONY DODD, ILENE MEYERS, TOM O'HAVER, JOY BIBLES, DON LOCCHI AND MELISSA PASTOR, individually and on behalf of all other similarly situated; | § § § § § § § § § § | |
| Plaintiffs, | § § § § § | 2:08-cv-422  TJW |
| TYLER TECHNOLOGIES, INC. AND EDP ENTERPRISES, INC.   Defendants. | § § § | |

## AGREED MOTION EXTENDING INITIAL DISCLOSURE DEADLINES

Plaintiffs and Defendants (collectively, the "Parties") have agreed and hereby stipulate to the following extensions of the initial disclosure deadlines in the Court's Docket Control Order (D.N. 86):

| | Current Deadline | Extended Deadline |
|---|---|---|
| Initial Disclosure of Information | February 1, 2010 | February 15, 2010 |
| Initial Disclosure of Documents | February 15, 2010 | March 1, 2010 |

The Parties move the Court for approval of their Stipulation.  A proposed order is attached.

AGREED:


/s/ Laureen F. Bagley
John D. Sloan, Jr.
Texas Bar No. 18505100
Laureen F. Bagley
Texas Bar No. 24010522

SLOAN, BAGLEY, HATCHER & PERRY
LAW FIRM
101 East Whaley Street
PO Drawer 2909
Longview, TX  75606
phone – 903.757.7000
facsimile – 903.757.7574

Alexander R. Wheeler
awheeler@rrexparris.com
Jason Paul Fowler
jfowler@rrexparris.com

R. REX PARRIS LAW FIRM
42220 10th Street West, Suite 109
Lancaster, CA  93534-3428
phone – 661.949.2595
facsimile – 661.949.7524

John P. Zelbst
zelbst@zelbest.com
Chandra L. Holmes Ray
chanddra@zelbst.com

ZELBST, HOLMES & BUTLER
PO Box 365
Lawton, OK  73502-0365
phone – 580.428.4844
facsimile – 580.248.6916

James E. Wren
Texas State Bar No. 22018200
James_Wren@baylor.edu
One Bear Place #97288
Waco, TX  76798-7288
phone – 254.710.7670
facsimile – 254.710.2817

ATTORNEYS FOR PLAINTIFFS

/s/ Ellen L. Perlioni
Paulo B. McKeeby
Texas Bar No.: 00784571
paulo.mckeeby@morganlewis.com
Joel S. Allen
Texas Bar No.: 00795069
joel.allen@morganlewis.com
Ellen L. Perlioni
Texas Bar No. 00794155
ellen.perlioni@morganlewis.com
Farin Khosravi
Texas Bar No. 24043753
farin.khosravi@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
1717 Main Street, Suite 3200
Dallas, Texas 75201-7347
phone - 214.466.4000
facsimile - 214.466.4001

Deron R. Dacus
Texas Bar No.: 00790553
derond@rameyflock.com

RAMEY & FLOCK P.C.
100 East Ferguson, Suite 500
Tyler, Texas 75702
phone – 903.597.3301
facsimile – 903.597.2413


ATTORNEYS FOR DEFENDANTS
TYLER TECHNOLOGIES, INC. AND
EDP ENTERPRISES, INC.

**AGREED MOTION EXTENDING INITIAL DISCLOSURES DEADLINE – PAGE 2**
DB1/64315844.2