IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PATTY BEALL, MATTHEW MAXWELL, TALINA MCELHANY, KELLY HAMPTON, CASEY BROWN, JASON BONNER, KEVIN TULLOS, ANTHONY DODD, ILENE MEYERS, TOM O'HAVER, JOY BIBLES, DON LOCCHI AND MELISSA PASTOR, individually and on behalf of all other similarly situated; | § § § § § § § § § § | |
| Plaintiffs, | § § § § § | 2:08-cv-422 TJW |
| TYLER TECHNOLOGIES, INC. AND EDP ENTERPRISES, INC. Defendants. | § § § | |

## ORDER GRANTING THE PARTIES' AGREED MOTION EXTENDING INITIAL DISCLOSURE DEADLINES

Before the Court is the Parties' Agreed Motion Extending Initial Disclosure Deadlines. The Court, having considered the Motion, concludes that the Motion should be GRANTED.

**IT IS THEREFORE ORDERED** that the initial disclosure deadlines in the Court's Docket Control Order (D.N. 86) are extended as follows:

| | Current Deadline | Extended Deadline |
|---|---|---|
| Initial Disclosure of Information | February 1, 2010 | February 15, 2010 |
| Initial Disclosure of Documents | February 15, 2010 | March 1, 2010 |

SIGNED this 5th day of February, 2010.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE