# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| PATTY BEALL, MATTHEW MAXWELL, TALINA MCELHANY AND KELLY HAMPTON, individually and on behalf of all other similarly situated; § § § § § | | |
| Plaintiffs, § | § | 2:08-cv-422   TJW |
| § § § | | |
| TYLER TECHNOLOGIES, INC. AND EDP ENTERPRISES, INC. § § Defendants. § | | |

## NOTICE OF SERVICE OF DEFENDANTS' INITIAL DISCLOSURES

Defendants Tyler Technologies, Inc. ("Tyler") and EDP Enterprises, Inc. (collectively, "Defendants") hereby submit their Notice of Service of Defendants' Initial Disclosures in accordance with Local Rules CV-26(c) and state that Defendants served their Initial Disclosures on Plaintiffs' counsel on February 15, 2010.

Respectfully submitted:


*/s/ Farin Khosravi*
Paulo B. McKeeby
Texas Bar No.: 00784571
paulo.mckeeby@morganlewis.com
Joel S. Allen
Texas Bar No.: 00795069
joel.allen@morganlewis.com
Ellen L. Perlioni
Texas Bar No. 00794155
ellen.perlioni@morganlewis.com
Farin Khosravi
Texas Bar No. 24043753
farin.khosravi@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
1717 Main Street, Suite 3200
Dallas, Texas 75201-7347
phone - 214.466.4000
facsimile - 214.466.4001

Deron R. Dacus
Texas Bar No.: 00790553
derond@rameyflock.com

RAMEY & FLOCK P.C.
100 East Ferguson, Suite 500
Tyler, Texas 75702
phone – 903.597.3301
facsimile – 903.597.2413


ATTORNEYS FOR DEFENDANTS
TYLER TECHNOLOGIES, INC. AND
EDP ENTERPRISES, INC.

**NOTICE OF SERVICE OF DEFENDANTS' INITIAL DISCLOSURES – PAGE** 2
DB1/64404969.1

**CERTIFICATE OF SERVICE**

  This is to certify that a true and correct copy of the above and foregoing has been served via the Court's electronic filing system on this 15th day of February, 2010, as follows:

| | |
|---|---|
| John D. Sloan, Jr.<br>Laureen F. Bagley<br>SLOAN, BAGLEY, HATCHER & PERRY LAW FIRM<br>101 East Whaley Street<br>P.O. Drawer 2909<br>Longview, Texas 75606<br>jsloan@textrialfirm.com<br>lbagley@textrialfirm.com | Alexander R. Wheeler<br>Jason Paul Fowler<br>R. REX PARRIS LAW FIRM<br>42220 10th Street West, Suite 109<br>Lancaster, CA  93534<br>awheeler@rrexparris.com<br>jfowler@rrexparris.com |
| John P. Zelbst<br>Chandra L. Homes Ray<br>Zelbst, Holmes & Butler<br>PO Box 365<br>Lawton, OK  73502<br>zelbst@zelbst.com<br>chandra@zelbst.com | James E. Wren<br>One Bear Place #97288<br>Waco, TX  76798<br>James_Wren@baylor.edu |

              */s/ Farin Khosravi*