IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PATTY BEALL, MATTHEW MAXWELL, DAVID GRAVLEY, TALINA MCELHANY, KELLY HAMPTON, KEVIN TULLOS, CASEY BROWN, JASON BONNER, ANTHONY DODD, ILENE MEYERS, TOM O'HAVER, JOY BIBLES, DON LOCCHI AND MELISSA PASTOR, Individually and on behalf of all others similarly situated; | § § § § § § § § § § | |
| Plaintiffs, | § § | 2:08-cv-422 TJW |
| TYLER TECHNOLOGIES, INC. AND EDP ENTERPRISES, INC.    Defendants. | § § § § | |

**PLAINTIFFS' NOTICE OF FIRST SUPPLEMENTAL DISCLOSURES**

In accordance with F.R.C.P. 26 and Local Rule CV-26, Plaintiffs give notice that the disclosures required under Fed. R. Civ. P. 26(a)(1) have taken place, and forwarded to counsel for Defendants on March 15, 2010.

      Respectfully submitted,

      SLOAN, BAGLEY, HATCHER & PERRY
      LAW FIRM

      /s/ Laureen F. Bagley
      John D. Sloan, Jr.
      State Bar No. 18505100
      jsloan@textrialfirm.com
      Laureen F. Bagley
      State Bar No. 24010522
      lbagley@textrialfirm.com
      101 East Whaley Street

P.O. Drawer 2909
Longview, Texas 75606
(903) 757-7000
(903) 757-7574 (Fax)

Alexander R. Wheeler
awheeler@rrexparris.com
Jason Paul Fowler
jfowler@rrexparris.com
R. REX PARRIS LAW FIRM
42220 10TH Street West, Suite 109
Lancaster, CA 93534-3428
(661) 949-2595
(661) 949-7524 (Fax)

John P. Zelbst
zelbst@zelbst.com
Chandra L. Holmes Ray
chandra@zelbst.com
ZELBST, HOLMES & BUTLER
P.O. Box 365
Lawton, OK 73502-0365
(580) 248-4844
(580) 248-6916 (Fax)
James E. Wren
Texas State Bar No. 22018200
James_Wren@baylor.edu
One Bear Place #97288
Waco, Texas 76798-7288
(254) 710-7670
(254) 710-2817 (Fax)

**ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 15th day of March, 2010, a true and correct copy of this document was served via electronic mail. Any other counsel of record will be served by, hand delivery, facsimile and/or certified mail, return receipt requested, to the following:

Paulo B. McKeeby
Joe S. Allen
Sharon Fast Fulgham
*Morgan, Lewis & Bockius LLP*
1717 Main Street, Suite 3200
Dallas, TX 75201-7347

Deron R. Dacus
*Ramey & Flock P.C.*
100 East Ferguson, Suite 500
Tyler, TX 75702

   /s/ Laureen F. Bagley
Laureen F. Bagley