IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PATTY BEALL,  MATTHEW MAXWELL, DAVID GRAVELY, TALINA MCELHANY, KELLY HAMPTON, CASEY BROWN, JASON BONNER, KEVIN TULLOS, ANTHONY DODD, ILENE MEYERS, TOM O'HAVER, JOY BIBLES, DON LOCCHI AND MELISSA PASTOR , Individually and on behalf of all others similarly situated; | § § § § § § § § § § | |
| Plaintiffs, | § § | 2:08-cv-422 TJW |
| TYLER TECHNOLOGIES, INC. AND EDP ENTERPRISES, INC. Defendants. | § § § § | |

**PLAINTIFFS' NOTICE OF WITHDRAWAL OF CONSENT TO JOIN BY DOUGLAS BAILEY**

Plaintiffs' counsel hereby notifies the Court and all parties that opt-in Douglas Bailey is withdrawing his previously filed consent to join.

>Respectfully submitted,
>
>SLOAN, BAGLEY, HATCHER & PERRY LAW FIRM
>
> /s/ Laureen F. Bagley
>John D. Sloan, Jr.
>State Bar No. 18505100
>jsloan@textrialfirm.com
>Laureen F. Bagley
>State Bar No. 24010522
>lbagley@textrialfirm.com
>101 East Whaley Street
>P.O. Drawer 2909
>Longview, Texas 75606
>(903) 757-7000

(903) 757-7574 (Fax)

Alexander R. Wheeler
awheeler@rrexparris.com
Jason Paul Fowler
jfowler@rrexparris.com
R. REX PARRIS LAW FIRM
42220 10TH Street West, Suite 109
Lancaster, CA 93534-3428
(661) 949-2595
(661) 949-7524 (Fax)

John P. Zelbst
zelbst@zelbst.com
Chandra L. Holmes Ray
chandra@zelbst.com
ZELBST, HOLMES & BUTLER
P.O. Box 365
Lawton, OK 73502-0365
(580) 248-4844
(580) 248-6916 (Fax)

James E. Wren
Texas State Bar No. 22018200
James_Wren@baylor.edu
One Bear Place #97288
Waco, Texas 76798-7288
(254) 710-7670
(254) 710-2817 (Fax)

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

     I hereby certify that on this the 26th day of March 2010, a true and correct copy of this document was sent via electronic mail to the following:

Paulo B. McKeeby
Joe S. Allen
*Morgan, Lewis & Bockius LLP*
1717 Main Street, Suite 3200
Dallas, TX 75201-7347

Deron R. Dacus
*Ramey & Flock P.C.*
100 East Ferguson, Suite 500
Tyler, TX 75702

                                                    /s/ Laureen F. Bagley
                                                    Laureen F. Bagley