IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PATTY BEALL,  MATTHEW MAXWELL, DAVID GRAVELY, TALINA MCELHANY, KELLY HAMPTON, CASEY BROWN, JASON BONNER, KEVIN TULLOS, ANTHONY DODD, ILENE MEYERS, TOM O'HAVER, JOY BIBLES, DON LOCCHI AND MELISSA PASTOR , Individually and on behalf of all others similarly situated; | § | |
| Plaintiffs, | § | 2:08-cv-422 TJW |
| TYLER TECHNOLOGIES, INC. AND EDP ENTERPRISES, INC. Defendants. | § | |

## PLAINTIFFS' NOTICE OF WITHDRAWAL OF CONSENT TO JOIN BY TRISHA SEABURG

Plaintiffs' counsel hereby notifies the Court and all parties that opt-in Trisha Seaburg is withdrawing her previously filed consent to join.

Respectfully submitted,

SLOAN, BAGLEY, HATCHER & PERRY LAW FIRM

 /s/ Laureen F. Bagley
John D. Sloan, Jr.
State Bar No. 18505100
jsloan@textrialfirm.com
Laureen F. Bagley
State Bar No. 24010522
lbagley@textrialfirm.com
101 East Whaley Street
P.O. Drawer 2909
Longview, Texas 75606
(903) 757-7000

      (903) 757-7574 (Fax)

      Alexander R. Wheeler
      awheeler@rrexparris.com
      Jason Paul Fowler
      jfowler@rrexparris.com
      R. REX PARRIS LAW FIRM
      42220 10TH Street West, Suite 109
      Lancaster, CA 93534-3428
      (661) 949-2595
      (661) 949-7524 (Fax)

      John P. Zelbst
      zelbst@zelbst.com
      Chandra L. Holmes Ray
      chandra@zelbst.com
      ZELBST, HOLMES & BUTLER
      P.O. Box 365
      Lawton, OK 73502-0365
      (580) 248-4844
      (580) 248-6916 (Fax)

      James E. Wren
      Texas State Bar No. 22018200
      James_Wren@baylor.edu
      One Bear Place #97288
      Waco, Texas 76798-7288
      (254) 710-7670
      (254) 710-2817 (Fax)

      **ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

    I hereby certify that on this the 26th day of March 2010, a true and correct copy of this document was sent via electronic mail to the following:

Paulo B. McKeeby
Joe S. Allen
*Morgan, Lewis & Bockius LLP*
1717 Main Street, Suite 3200
Dallas, TX 75201-7347

Deron R. Dacus
*Ramey & Flock P.C.*
100 East Ferguson, Suite 500
Tyler, TX 75702

                                   /s/ Laureen F. Bagley
                                   Laureen F. Bagley