IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PATTY BEALL, MATTHEW MAXWELL, TALINA MCELHANY AND KELLY HAMPTON, individually and on behalf of all other similarly situated; <br><br> Plaintiffs, <br><br><br> TYLER TECHNOLOGIES, INC. AND EDP ENTERPRISES, INC. <br> Defendants. | § <br> § <br> § <br> § <br> § <br> §   2:08-cv-422  TJW <br> § <br> § <br> § <br> § <br> § <br> § |

### ORDER APPROVING PARTIAL SETTLEMENT AND MOTION TO PRESENT SETTLEMENT PAPERS IN CAMERA

The parties, on July 1, 2010, filed a Joint Motion for Order Approving Partial Settlement and Motion to Present Settlement Papers In Camera.  The Court, after considering the substance of the motion, is of the opinion that the parties' settlement should be approved pursuant to the Fair Labor Standards Act.  It is, therefore, hereby ORDERED that the parties settlement of the parties with respect to the claims of the following Plaintiffs is approved:  Cecilia Alvarado, Sara Balmos, Patricia Beall, Casey Brown, Kyle Collegian, Ingrid Crumbley (Johnson), Guyla Downing, Edwin Francis, Diana Hudman, Brenda Labay, Joshua Leyva, Tami Lynn Maben, James McMann, Suzanne, Thompson-O'Rear, Matthew Ross, Mary Rudolf, David Turner, Nancy Butterbaugh, Robert Ledbetter, Melissa Pastor, Arthur Chang, David Gravely, Matthew Maxwell and Scott Harriman (the "Settling Plaintiffs").

The claims of the Settling Plaintiffs, pursuant to the parties' settlement, are hereby dismissed with prejudice.