IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PATTY BEALL, MATTHEW MAXWELL, TALINA MCELHANY, KELLY HAMPTON, CASEY BROWN, JASON BONNER, KEVIN TULLOS, ANTHONY DODD, ILENE MEYERS, TOM O'HAVER, JOY BIBLES, DON LOCCHI AND MELISSA PASTOR, individually and on behalf of all other similarly situated; | § § § § § § § § § § | |
| Plaintiffs, | § § | 2:08-cv-422  TJW |
| | § § § | |
| TYLER TECHNOLOGIES, INC. AND EDP ENTERPRISES, INC. | § § | |
| Defendants. | § | |

### JOINT MOTION TO EXTEND DEADLINE TO SUBMIT IN CAMERA THE PARTIES' JOINT SETTLEMENT AGREEMENT

Plaintiffs and Defendants (collectively, the "Parties") hereby file this Joint Motion to Extend the Deadline to Submit in Camera the Parties' Joint Settlement Agreement, and respectfully show the Court as follows:

On July 8, 2010, this Court ordered the Parties to submit the Parties' joint settlement agreement to the Court for in camera inspection by July 28, 2010.[1] Since jointly moving for approval of the partial settlement agreement, one member of the proposed settlement class decided to withdraw from the lawsuit.  Therefore, the Parties continue to work diligently on finalizing the details of the settlement agreement.  Accordingly, the Parties respectfully request a

---

[1] *See* Dkt. No. 131.

JOINT MOTION TO EXTEND DEADLINE TO SUBMIT IN CAMERA THE PARTIES' JOINT
SETTLEMENT AGREEMENT – PAGE 1
DB1/65349409.1

two-week extension until August 11, 2010 to submit for in camera inspection the Parties' joint settlement agreement.

AGREED:

| | |
|---|---|
| /s/ Laureen F. Bagley_____ | /s/ Ellen L. Perlioni_____ |

John D. Sloan, Jr.
Texas Bar No. 18505100
Laureen F. Bagley
Texas Bar No. 24010522
SLOAN, BAGLEY, HATCHER & PERRY LAW FIRM
101 East Whaley Street
PO Drawer 2909
Longview, TX 75606
phone – 903.757.7000
facsimile – 903.757.7574

Alexander R. Wheeler
awheeler@rrexparris.com
Jason Paul Fowler
jfowler@rrexparris.com
R. REX PARRIS LAW FIRM
42220 10th Street West, Suite 109
Lancaster, CA 93534-3428
phone – 661.949.2595
facsimile – 661.949.7524

John P. Zelbst
zelbst@zelbest.com
Chandra L. Holmes Ray
chanddra@zelbst.com
ZELBST, HOLMES & BUTLER
PO Box 365
Lawton, OK 73502-0365
phone – 580.428.4844
facsimile – 580.248.6916

James E. Wren
Texas State Bar No. 22018200
James_Wren@baylor.edu
One Bear Place #97288
Waco, TX 76798-7288
phone – 254.710.7670
facsimile – 254.710.2817

ATTORNEYS FOR PLAINTIFFS

Paulo B. McKeeby
Texas Bar No.: 00784571
paulo.mckeeby@morganlewis.com
Joel S. Allen
Texas Bar No.: 00795069
joel.allen@morganlewis.com
Ellen L. Perlioni
Texas Bar No. 00794155
ellen.perlioni@morganlewis.com
Farin Khosravi
Texas Bar No. 24043753
farin.khosravi@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
1717 Main Street, Suite 3200
Dallas, Texas 75201-7347
phone - 214.466.4000
facsimile - 214.466.4001

Deron R. Dacus
Texas Bar No.: 00790553
derond@rameyflock.com

RAMEY & FLOCK P.C.
100 East Ferguson, Suite 500
Tyler, Texas 75702
phone – 903.597.3301
facsimile – 903.597.2413

ATTORNEYS FOR DEFENDANTS
TYLER TECHNOLOGIES, INC. AND
EDP ENTERPRISES, INC.