# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **PATTY BEALL, MATTHEW MAXWELL, TALINA MCELHANY AND KELLY HAMPTON, individually and on behalf of all other similarly situated;** § § § § § | |
| Plaintiffs, § | 2:08-cv-422  TJW |
| § § § | |
| **TYLER TECHNOLOGIES, INC. AND EDP ENTERPRISES, INC.** § § | |
| Defendants. § | |

## ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE TO SUBMIT IN CAMERA THE PARTIES' JOINT SETTLEMENT AGREEMENT

The Parties, on July 27, 2010, filed a Joint Motion to Extend Deadline to Submit in Camera the Parties' Joint Settlement Agreement. The Court, after considering the substance of the motion, is of the opinion that the motion should be GRANTED as follows: Counsel for the Parties are ordered to submit in camera the parties' joint settlement agreement by August 11, 2010.

**ORDER – PAGE** 1
DB1/65352125.1