## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| **PATTY BEALL,  MATTHEW MAXWELL,** | § | |
| **DAVID GRAVLEY, TALINA MCELHANY,** | § | |
| **KELLY HAMPTON, CASEY BROWN,** | § | |
| **JASON BONNER, KEVIN TULLOS,** | § | |
| **ANTHONY DODD, ILENE MEYERS,** | § | |
| **TOM O'HAVER, JOY BIBLES, DON** | § | |
| **LOCCHI AND MELISSA PASTOR ,** | § | |
| **Individually and on behalf of all others** | § | |
| **similarly situated;** | § | |
| | § | |
| **Plaintiffs,** | § | **2:08-cv-422 TJW** |
| | § | |
| **TYLER TECHNOLOGIES, INC. AND** | § | |
| **EDP ENTERPRISES, INC.** | § | |
| **Defendants.** | § | |

## AGREED ORDER REGARDING THE AGREED MOTION TO AMEND THE AMENDED DISCOVERY ORDER

ON THIS DATE, CAME ON TO BE CONSIDERED the Parties' Agreed Motion to Amend the Amended Discovery Order.   After careful consideration of the motion, this Court hereby GRANTS the motion.

*Agreed Order Regarding the Agreed Motion to Amend the Amended Discovery Order*        Page 1

AGREED:


/s/ Laureen F. Bagley                                  /s/ Paulo B. McKeeby

John D. Sloan, Jr.                                    Paulo B. McKeeby
State Bar No. 18505100                                Texas Bar No.: 00784571
jsloan@textrialfirm.com                              paulo.mckeeby@morganlewis.com
Laureen F. Bagley                                     Joe S. Allen
State Bar No. 24010522                                Texas Bar No.: 00795069
lbagley@textrialfirm.com                             joel.allen@morganlewis.com
SLOAN, BAGLEY, HATCHER & PERRY                        Sharon Fast Fulgham
LAW FIRM                                              Texas Bar No.: 24045901
101 East Whaley Street                               sfulgham@morganlewis.com
P.O. Drawer 2909                                      MORGAN, LEWIS & BOCKIUS
Longview, Texas 75606                                 LLP
(903) 757-7000                                        1717 Main Street, Suite 3200
(903) 757-7574 (Fax)                                  Dallas, TX 75201-7347
                                                      (214)466-4000
Alexander R. Wheeler                                  (214)466-4001 (Fax)
awheeler@rrexparris.com
Jason Paul Fowler
jfowler@rrexparris.com                               ATTORNEYS FOR DEFENDANTS
R. REX PARRIS LAW FIRM                               TYLER TECHNOLOGIES, INC. AND
42220 10TH Street West, Suite 109                    EDP ENTERPRISES, INC.
Lancaster, CA 93534-3428
(661) 949-2595
(661) 949-7524 (Fax)


John P. Zelbst
zelbst@zelbst.com
Chandra L. Holmes Ray
chandra@zelbst.com
ZELBST, HOLMES & BUTLER
P.O. Box 365
Lawton, OK 73502-0365
(580) 248-4844
(580) 248-6916 (Fax)


James E. Wren
Texas State Bar No. 22018200
James_Wren@baylor.edu
One Bear Place #97288
Waco, Texas 76798-7288
(254) 710-7670
(254) 710-2817 (Fax)


**ATTORNEYS FOR PLAINTIFFS**