IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PATTY BEALL, MATTHEW MAXWELL, TALINA MCELHANY, KELLY HAMPTON, CASEY BROWN, JASON BONNER, KEVIN TULLOS, ANTHONY DODD, ILENE MEYERS, TOM O'HAVER, JOY BIBLES, DON LOCCHI AND MELISSA PASTOR, individually and on behalf of all other similarly situated; | § § § § § § § § § § | |
| Plaintiffs, | § § § § | 2:08-cv-422  TJW |
| TYLER TECHNOLOGIES, INC. AND EDP ENTERPRISES, INC. Defendants. | § § § | |

## ORDER GRANTING THE PARTIES' AGREED MOTION EXTENDING DEADLINES

Before the Court is the Parties' Agreed Motion Extending Deadlines.  The Parties seek to extend deadlines for challenging experts and for Plaintiffs to file their response to Defendants' Motion to Decertify the class.  The Court, having considered the Motion, concludes that the Motion should be GRANTED.

**IT IS THEREFORE ORDERED** that the deadlines are extended as follows:

| | **Current Deadline** | **Extended Deadline** |
|---|---|---|
| **Challenge to Experts** | September 24, 2010 | October 29, 2010 |
| **Plaintiffs to file response to Defendants' Motion to Decertify Class** | October 8, 2010 | October 15, 2010 |

SIGNED this 15th day of September, 2010.

_T. John Ward_
T. JOHN WARD
UNITED STATES DISTRICT JUDGE