IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PATTY BEALL, MATTHEW MAXWELL, TALINA MCELHANY, KELLY HAMPTON, CASEY BROWN, JASON BONNER, KEVIN TULLOS, ANTHONY DODD, ILENE MEYERS, TOM O'HAVER, JOY BIBLES, DON LOCCHI AND MELISSA PASTOR, individually and on behalf of all other similarly situated; | § § § § § § § § § § | |
| Plaintiffs, | § § § § § | 2:08-cv-422  TJW |
| TYLER TECHNOLOGIES, INC. AND EDP ENTERPRISES, INC. Defendants. | § § § | |

## AGREED MOTION EXTENDING DEADLINE

Plaintiffs and Defendants (collectively, the "Parties") have agreed and hereby stipulate to the following extension of the deadline for Defendants to designate their expert witnesses:

| | Current Deadline | Extended Deadline |
|---|---|---|
| Defendant to Designate Expert Witnesses | September 24, 2010 | October 1, 2010 |

The Parties move the Court for approval of their Stipulation.  A proposed order is attached.

AGREED:

| | |
|---|---|
| */s/ Laureen F. Bagley*_____ | */s/ Farin Khosravi*_____ |
| John D. Sloan, Jr. | Paulo B. McKeeby |
| Texas Bar No. 18505100 | Texas Bar No.: 00784571 |
| Laureen F. Bagley | paulo.mckeeby@morganlewis.com |
| Texas Bar No. 24010522 | Joel S. Allen |
| SLOAN, BAGLEY, HATCHER & PERRY LAW FIRM | Texas Bar No.: 00795069 |
| 101 East Whaley Street | joel.allen@morganlewis.com |
| PO Drawer 2909 | Ellen L. Perlioni |
| Longview, TX  75606 | Texas Bar No. 00794155 |
| phone – 903.757.7000 | ellen.perlioni@morganlewis.com |
| facsimile – 903.757.7574 | Farin Khosravi |
| | Texas Bar No. 24043753 |
| | farin.khosravi@morganlewis.com |
| Alexander R. Wheeler | |
| awheeler@rrexparris.com | MORGAN, LEWIS & BOCKIUS LLP |
| Jason Paul Fowler | 1717 Main Street, Suite 3200 |
| jfowler@rrexparris.com | Dallas, Texas 75201-7347 |
| R. REX PARRIS LAW FIRM | phone - 214.466.4000 |
| 42220 10th Street West, Suite 109 | facsimile - 214.466.4001 |
| Lancaster, CA  93534-3428 | |
| phone – 661.949.2595 | Deron R. Dacus |
| facsimile – 661.949.7524 | Texas Bar No.: 00790553 |
| | derond@rameyflock.com |
| John P. Zelbst | |
| zelbst@zelbest.com | RAMEY & FLOCK P.C. |
| Chandra L. Holmes Ray | 100 East Ferguson, Suite 500 |
| chanddra@zelbst.com | Tyler, Texas 75702 |
| ZELBST, HOLMES & BUTLER | phone – 903.597.3301 |
| PO Box 365 | facsimile – 903.597.2413 |
| Lawton, OK  73502-0365 | |
| phone – 580.428.4844 | |
| facsimile – 580.248.6916 | ATTORNEYS FOR DEFENDANTS TYLER TECHNOLOGIES, INC. AND EDP ENTERPRISES, INC. |
| James E. Wren | |
| Texas State Bar No. 22018200 | |
| James_Wren@baylor.edu | |
| One Bear Place #97288 | |
| Waco, TX  76798-7288 | |
| phone – 254.710.7670 | |
| facsimile – 254.710.2817 | |

ATTORNEYS FOR PLAINTIFFS