IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PATTY BEALL, MATTHEW MAXWELL, TALINA MCELHANY, KELLY HAMPTON, CASEY BROWN, JASON BONNER, KEVIN TULLOS, ANTHONY DODD, ILENE MEYERS, TOM O'HAVER, JOY BIBLES, DON LOCCHI AND MELISSA PASTOR, individually and on behalf of all other similarly situated; § § § § § § § § § § | | |
| Plaintiffs, § | 2:08-cv-422  TJW | |
| § § § | | |
| TYLER TECHNOLOGIES, INC. AND EDP ENTERPRISES, INC. § § | | |
| Defendants. § | | |

## UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT

In accordance with Local Rule CV-7(l), Defendants respectfully file this Unopposed Motion for Leave to Exceed Page Limit and state as follows:

1. Defendants file this instant motion seeking relief to exceed page limitations for its Motion to Decertify Class that Defendant is filing contemporaneously herewith. Local Rule CV-7(a)(1) provides that dispositive motions should be limited to thirty (30) pages. The Local Rules of the Eastern District of Texas, however, do not list the specific categories of motions that are deemed to be dispositive. Therefore, Defendants assert that a motion to decertify a collective action is a dispositive motion and is subject the page limitations set forth in Local Rule CV-7(a)(1).

2. According to Black's Law Dictionary 505 (8th ed. 2004), "dispositive" is defined as "bringing about a final determination." An order granting Defendant's motion to decertify

would result in the dismissal of the opt-in Plaintiffs; therefore, a motion for certification qualifies as a "dispositive motion." At least one federal district court, U.S. District Courts for the Eastern District of Michigan Local Rule 7.1(e)(1)(A), categorizes a motion to decertify a class as a "dispositive motion." Defendants have tailored their Motion to Decertify Class to remain within thirty (30) pages in order to comply with Local Rule CV-7(a)(1). In fact, Defendants Motion to Decertify Class is less than 30 pages.

3.  However, should Defendants be mistaken in their belief that a motion to decertify is a "dispositive motion," Defendants respectfully request leave to exceed the fifteen-page limitation mandated by Local Rule CV-7(a)(2). Defendants have good cause requesting leave to exceed fifteen (15) pages. There are thirty-four remaining Plaintiffs in this action, and most worked at different offices and geographic locations during varying time periods. An analysis of how these thirty-four Plaintiffs are not "similarly situated" with respect to their job duties and employment setting cannot reasonably be restricted to fifteen (15) pages, specially when the brief contains deposition testimony of most of the Plaintiffs.

4.  Defendants believe that they have properly considered their Motion to Decertify as being a "dispositive motion" and that they have correctly tailored their motion to meet the thirty (30) page limitation in Local Rule CV-7(a)(1). If the Court, however, finds that Defendants' Motion to Decertify does not constitute a "dispositive motion," Defendants respectfully request this Court to grant leave for Defendants to exceed fifteen pages.

**UNOPPOSED MOTION FOR LEAVE TO EXTEND PAGE LIMIT** – Page 2
DB1/65689868.1

Respectfully submitted,

*/s/Paulo B. McKeeby*
Paulo B. McKeeby
Texas Bar No.: 00784571
paulo.mckeeby@morganlewis.com
Joel S. Allen
Texas Bar No.: 00795069
joel.allen@morganlewis.com
Ellen L. Perlioni
Texas Bar No. 00794155
ellen.perlioni@morganlewis.com
Farin Khosravi
Texas Bar No. 24043753
farin.khosravi@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
1717 Main Street, Suite 3200
Dallas, Texas 75201-7347
phone - 214.466.4000
facsimile - 214.466.4001

Deron R. Dacus
Texas Bar No.: 00790553
derond@rameyflock.com

RAMEY & FLOCK P.C.
100 East Ferguson, Suite 500
Tyler, Texas 75702
phone – 903.597.3301
facsimile – 903.597.2413

ATTORNEYS FOR DEFENDANTS
TYLER TECHNOLOGIES, INC. AND
EDP ENTERPRISES, INC.

## CERTIFICATE OF CONFERENCE

This is to certify that counsel for Defendants conferred with counsel for Plaintiffs on September 14, 2010, regarding the contents of this Motion.  Plaintiffs are unopposed.

/s/Farin Khosravi

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing has been served via electronic mail on this 24th day of September, 2010, as follows:

| | |
|---|---|
| John D. Sloan, Jr.<br>Laureen F. Bagley<br>SLOAN, BAGLEY, HATCHER &<br>  PERRY LAW FIRM<br>101 East Whaley Street<br>P.O. Drawer 2909<br>Longview, Texas 75606<br>jsloan@textrialfirm.com<br>lbagley@sloanfirm.com | Alexander R. Wheeler<br>Jason Paul Fowler<br>R. REX PARRIS LAW FIRM<br>42220 10th Street West, Suite 109<br>Lancaster, CA  93534<br>awheeler@rrexparris.com<br>jfowler@rrexparris.com |
| John P. Zelbst<br>Chandra L. Homes Ray<br>Zelbst, Holmes & Butler<br>PO Box 365<br>Lawton, OK  73502<br>zelbst@zelbst.com<br>chandra@zelbst.com | James E. Wren<br>One Bear Place #97288<br>Waco, TX  76798<br>James_Wren@baylor.edu |

/s/Paulo B. McKeeby
Paulo B. McKeeby
Ellen L. Perlioni
Farin Khosravi

**UNOPPOSED MOTION FOR LEAVE TO EXTEND PAGE LIMIT – Page 4**
DB1/65689868.1