| Name | Office Location/Division | Dates of Employment |
|---|---|---|
| Baird, Melanie | Lubbock, TX / INCODE[1] | 4/23/01 to 11/14/08[2] |
| Bonner, Jason | Plano, TX / TSG[3] | 11/6/07 to 2/08/07[4] |
| Britt, Titus | Renton, WA / EDEN[5] | 11/07 to 9/08[6] |
| Brown, Jill | Worked from home / TSG[7] | 2/19/07 to present[8] |
| Carrington, Linda | Tyler, TX / TSG Courts & Justice[9] | 2/07 to 3/09[10] |
| Dodd, Tony | Worked from home / EAGLE[11] | 10/07 to 5/08[12] |
| Dunn, Amy | Worked from home / MUNIS[13] | 7/07 to 6/09[14] |
| Dunning, Sandra | Worked from home / MUNIS[15] | 9/05 to 1/08[16] |
| Dupree, Betty | Westborough, MA / MUNIS[17] | 1998 to 8/31/07[18] |
| Emde, Edward | Worked from home / INCODE[19] | 2/07 to 4/09<br>Rehired: 10/09 to present[20] |
| Flynn, Joy | Raleigh, NC / MUNIS[21] | 3/08 to 01/09[22] |
| Grimwood, Ronald | Worked from home / MUNIS[23] | 4/00 to 9/11/09[24] |
| Hayner, David | Worked from home / EDEN[25] | 2/15/05 to present[26] |
| Ingram, Geraldine | Raleigh, NC / MUNIS[27] | 1/06 to 11/06[28] |
| Maynard, Bethany | Falmouth / MUNIS[29] | 12/02 to 3/07[30] |
| McElhany, Talina | Longview, TX / EDP[31] | 8/8/02 to 8/22/08[32] |
| McLeod, Joy | Renton, WA / EDEN[33] | 9/21/05 to 10/12/06[34] |
| Meyers, Ilene | Raleigh, NC / MUNIS[35] | 4/10/06 to 10/2/07[36] |
| Milburn, Laura | Raleigh, NC / MUNIS[37] | 6/9/08 to 11/6/09[38] |
| Mosenthin, Kevin | Worked from Home / MUNIS[39] | 1/21/02 to 9/07[40] |
| Mutch, Lorraine | Lubbock, TX / INCODE[41] | 12/4/06 to 7/31/07[42] |
| O'Haver, Thomas | Renton, WA / EDEN[43] | 12/03 to 03/07[44] |
| Void, Travis | Raleigh, NC / MUNIS[45] | 12/07 to present[46] |
| White, Lisa | Longview, TX / EDP[47] | 2/04 to 3/07[48] |
| Wilton, Eyvonne | Renton, WA / EDEN[49] | 3/06 to 1/12/07[50] |

DB1/65670845.3

---

[1] Exh. 31, Baird Dep. p. 11:2-4.
[2] Exh. 31, Baird Dep. p. 10:23-12:1, 13:14-16.
[3] Exh. 18, Cole Decl. at ¶ 4.
[4] Exh. 18, Cole Decl. at ¶4.
[5] Exh. 28, Britt Dep. p. 13:8-12.

EXHIBIT 0002

[6] Exh. 28, Britt Dep. p. 8:11-15.
[7] Exh. 11, Brown Dep. 24:1-25.
[8] Exh. 11, Brown Dep. pp. 11:6-15, 72:5-10 (Brown has been on disability leave since August 2009 and has not returned to work).
[9] Exh. 24, Carrington Dep. p. 128:9-10.
[10] Exh. 24, Carrington Dep. p. 10:7-13.
[11] Exh. 15, Dodd Dep. pp. 4:13-14, 14:13-16.
[12] Exh. 15, Dodd Dep. p. 4:15-21.
[13] Exh. 9, Dunn Dep. p. 66:18-25.
[14] Exh. 9, Dunn Dep. p. 12:20-22.
[15] Exh. 23, Dunning Dep. pp. 30:11-14, 55:3-4.
[16] Exh. 23, Dunning Dep. p. 11:14-17, 43:12:13.
[17] Exh. 8, Dupree 14:15-22.
[18] Exh. 8, Dupree Dep. pp. 11:17-8; 5:1-3.
[19] Exh. 22, Emde Dep. pp. 8:19-9:1,9:7-12.
[20] Exh. 22, Emde Dep. pp. 5:10-6:2.
[21] Exh. 7, Flynn Dep. p. 23:6-11.
[22] Exh. 7, Flynn Dep. p. 10:1-4.
[23] Exh. 20, Grimwood Dep. pp. 9:25-10:9.
[24] Exh. 20, Grimwood Dep. pp. 7:8-9, 6:7-10.
[25] Exh. 30, Hayner Dep. pp. 12:24-13:2, 23:18-20, 62:9-14.
[26] Exh. 30, Hayne Dep. pp. 13:19-25, 22:8-11.
[27] Exh. 25, Ingram Dep. p. 12:5-16.
[28] Exh. 25, Ingram Dep. p. 12:21-23.
[29] Exh. 26, Maynard Dep. pp. 6:9-20, 7:19-8:7 (During the last year of her employment, she worked from home).
[30] Exh. 26, Maynard Dep. pp. 6:25-7:5.
[31] Exh. 6, McElhany Dep. p. 4:19-22.
[32] Exh. 6, McElhany Dep. pp. 14:12-13, 21:6-9.
[33] Exh. 12, McLeod Dep. pp. 10:5-7.
[34] Exh. 12, McLeod Dep. pp. 8:21-24, 8:25-9:3.
[35] Exh. 13, Meyers Dep. p. 16:2-9, 44:17-19.
[36] Exh. 13, Meyers Dep. pp. 24:20-25:6.
[37] Exh. 21, Milburn Dep. p. 9:10-11.
[38] Exh. 21, Milburn Dep. p. 13:14-21.
[39] Exh. 19, Mosenthin Dep. pp. 6:25-7:1, 12:7-9.
[40] Exh. 19, Mosenthin Dep. p. 7:15-21.
[41] Exh. 29, Mutch Dep. p. 16:1-3.
[42] Exh. 29, Mutch Dep. p. 7:11-15.
[43] Exh. 14, O'Haver Dep. pp. 30:4-9, 96:16-21.
[44] Exh. 34, O'Haver Decl. at ¶ 2.
[45] Exh. 10, Void Dep. pp. 12:7-10, 13:17-20.
[46] Exh. 10, Void Dep. p. 4:17-22.
[47] Exh. 5, White Dep. p. 4:14-24.
[48] Exh. 5, White Dep. pp. 4:25-5:1.
[49] Exh. 16, Wilton Dep. p. 131:11-14.
[50] Exh. 16, Wilton Dep. pp. 75:2-4, 117:21-22.