```
                   IN THE UNITED STATES DISTRICT COURT
                   FOR THE EASTERN DISTRICT OF TEXAS
                           MARSHALL DIVISION

PATTY BEALL, MATTHEW            )
MAXWELL, TALINA McELHANY,       )
AND KELLY HAMPTON,              )
individually and on behalf      )
of all other similarly          )
situated,                       )
          Plaintiffs,           )
                                )    No. 2:08-cv-422VS
                                )
                                )
TYLER TECHNOLOGIES, INC.        )
AND EDP ENTERPRISES, INC.,      )
          Defendants.           )
```

---------------------------------

ORAL DEPOSITION OF

LISA ANN WHITE

3/29/10

---------------------------------

ORAL DEPOSITION OF LISA ANN WHITE,

produced as a witness at the instance of the DEFENDANTS,

and duly sworn, was taken in the above-styled and

numbered cause on the 29th day of March, 2010, from

1:29 p.m. to 4:05 p.m., before TINA TERRELL BURNEY, CSR

in and for the State of Texas, reported by machine

shorthand, at the offices of SLOAN, BAGLEY, HATCHER &

PERRY, 101 East Whaley Street, Longview, Texas 75601,

pursuant to the Federal Rules of Civil Procedure.

EXHIBIT 0005

Lisa Ann White  -  3/29/2010

```
 1                        LISA ANN WHITE,
 2    having been first duly sworn, testified as follows:
 3                        EXAMINATION
 4    BY MR. McKEEBY:
 5         Q.    Will you please state your name for the
 6    record?
 7         A.    Lisa Ann White.
 8         Q.    Ms. White, my name is Paulo McKeeby.  We met
 9    before the deposition, but you understand that I
10    represent the company called Tyler Technologies?
11         A.    Yes.
12         Q.    In connection with a lawsuit that you joined?
13         A.    Yes.
14         Q.    And you understand that Tyler Technologies
15    acquired a company called EDP?
16         A.    Yes.
17         Q.    And you used to work for EDP?
18         A.    Yes.
19         Q.    Here in Longview?
20         A.    Yes.
21         Q.    And you never worked for Tyler?
22         A.    No.
23         Q.    You left EDP before the acquisition?
24         A.    Yes.
25         Q.    What were your dates of employment with EDP?
```

Lisa Ann White  -  3/29/2010

1      A.    February of '04 to March of '07.

2      Q.    And during that time, you were in the

3  designation of client liaison?

4      A.    Yes.

5      Q.    That was your only job title while you were at

6  EDP?

7      A.    Yes.

8      Q.    To whom did you report?  Who was your

9  supervisor?

10     A.    When I began, it was Daniel Knight.

11     Q.    Is that K-N-I --

12     A.    K-N-I-G-H-T.

13     Q.    What was his position?

14     A.    He was an implementation manager.

15     Q.    And did someone else become your supervisor?

16     A.    Lisa Payne.

17     Q.    Did she have the same title?

18     A.    Yes.  All of these did.

19     Q.    Okay.

20     A.    And then Cathy Mount, C-A-T-H-Y, and Chandra

21  Robbins.

22     Q.    And she was the implementation manager when you

23  left EDP's employment?

24     A.    Yes.

25     Q.    Why did you leave EDP's employment?

Lisa Ann White  -  3/29/2010

1    then with Susie Briscoe and then with Brenda Wilkerson

2    and then Talina McElhany and Kelly Hampton.

3         Q.   Were these all client liaisons?

4         A.   No.

5         Q.   Which ones were not?

6         A.   Brenda Wilkerson was not, she was QC, and

7    Susie Briscoe was a trainer, and she became a client

8    liaison.  Kelly Hampton was a trainer and became a

9    client liaison, and then the whole time I shared the

10   office with Talina, she was a client liaison.

11        Q.   What about Pam Christopher?

12        A.   Pam was.

13        Q.   A client liaison?

14        A.   The whole time I shared the office with her,

15   yes.  She began as a trainer also, but when I came, she

16   was already a liaison.

17        Q.   Was client liaison a position higher than the

18   trainer?

19        A.   No.

20        Q.   They were peers?

21        A.   Yes.

22        Q.   Was it a more desired position at Tyler based

23   on your perception?

24             MS. BAGLEY:   Object to form.

25        Q.   You can answer.

Lisa Ann White  -  3/29/2010

```
 1              MS. BAGLEY:  You can answer if you
 2   understand.
 3         A.    Was it a more desired position?
 4         Q.    Right.
 5         A.    Not necessarily, but it was to me because I
 6   didn't want to travel and be away from my family that
 7   much.
 8         Q.    And the trainers had to do that?
 9         A.    Yes.
10         Q.    Because they were actually on site at the
11   schools?
12         A.    Yes.
13         Q.    That's not something you typically had to do?
14         A.    No.
15         Q.    Is it something you ever had to do?
16         A.    Yes.
17         Q.    In what circumstances would you travel to the
18   schools?
19         A.    Two different times.  There was -- well, one
20   of the trainer's sons got ill, and she couldn't go, and
21   I went in her place, and then one time all of the
22   trainers were out at schools, and there was no one else
23   to go, so I went.  I did go -- then later I did go to
24   the planning meetings with Chandra and with Richard
25   Fritz just so they could introduce me as the client
```

Lisa Ann White  -  3/29/2010

1    liaison.

2         Q.    So that you did on more than one occasion when

3    you would go to these planning meetings?

4         A.    Yes.

5         Q.    And the other times were unique situations

6    where in one instance the trainer's son was ill and

7    couldn't cover it, and in the other instance, all the

8    trainers were tied up with other things?

9         A.    Yes.

10        Q.    When the trainer's son was ill, where did you

11   go?

12        A.    Brown County.   It's Brown County Co-Op.   It's

13   several little bitty schools that were in a co-op.

14        Q.    And did you do the actual training at that

15   school that day or that district that day?

16        A.    Yes, sir.

17        Q.    And what about when all the trainers were at

18   other schools, where did you go?

19        A.    To West.   I went to Brown County actually

20   twice because I went and did the actual training, and

21   then I went and did the start-up when they -- and that

22   was just my manager deciding it would be better for me

23   to go do the start-up because I had done the training.

24             Oh, I had to go to one other place.   I

25   can't remember what the name of that school was.

Lisa Ann White  -  3/29/2010

1      A.    That looks like -- an internal trainer would

2  have been where maybe I worked with someone, you know,

3  that was in the company.

4      Q.    You were training them?

5      A.    Yes.

6      Q.    Like a new employee?

7      A.    Yeah.  I might have been working with a new

8  employee or something.

9      Q.    I know this is back in '05.  Do you have any

10  recollection of that?

11      A.    No.  No.

12      Q.    Let me direct your attention to 573.  Hold on

13  just a second.

14      A.    Okay.

15      Q.    This has an entry for "customer data

16  entry/conversion"?

17      A.    Yes.

18      Q.    This is a separate function that you, as a

19  client liaison, did?

20      A.    Yes.

21      Q.    In fact, this describes one of your most

22  significant job responsibilities in terms of the amount

23  of time spent?

24      A.    Yes.

25      Q.    All right.  So what does -- are those two

Lisa Ann White  -  3/29/2010

1   separate concepts, "customer data entry" and

2   "conversion," or is that all one thing?

3          A.    Yes.

4          Q.    What do you call that, conversion?

5          A.    I'd call it part of the conversion process.

6          Q.    What did you do as part of the conversion

7   process?

8          A.    Well, my job was to be the point of contact

9   between the school district and the conversion

10  programmer, so one of the first steps was that the

11  client liaison would call the school, and there was some

12  information that we had to get that we had to enter into

13  the parameter data base so the conversion programmer

14  could do the first conversion.

15              After that, the programmer would do the

16  first conversion, and his programming script or whatever

17  you want to call it would identify problems.  That's

18  when, you know, there might be -- that's where you had

19  to go through that, and it came to us in more or less a

20  spreadsheet format, but we had to go and sort it.

21              And you might have one employee that had

22  five or six problems, you know, and so then you kind of

23  made something to give the customer to tell the customer

24  what they needed to do to correct their data so that we

25  could redo the conversion.  And we did three different

Lisa Ann White  -  3/29/2010

1    conversions usually at least.  That was the plan.

2    Sometimes we had to do more.

3         Q.    To do three conversions at once?

4         A.    Three -- we would do the initial conversion on

5    a school.  We would have them correct the errors that

6    that conversion generated.  The conversion programmer

7    would do another conversion, and we would see if there

8    were any errors, and then we would have the school

9    correct those errors, and then the final conversion, and

10   that's when after that they would go live.

11        Q.    So you're talking about one school district?

12        A.    One school.

13        Q.    So the goal was to have three separate

14   mini-conversions within that process before they went

15   live?

16        A.    Right.

17        Q.    And there were deadlines within this schedule?

18        A.    Yes.

19        Q.    That were dictated by the go-live date?

20        A.    Yes.

21        Q.    And you had to make sure that your work was

22   done within the deadlines?

23        A.    Yes.

24        Q.    That's why sometimes you would have to take

25   work home?

Lisa Ann White  -  3/29/2010

1   what needed to be started from scratch?

2        A.    No.

3        Q.    That doesn't ring true at all?

4        A.    No.

5        Q.    Was that someone else that did that, or is that

6   just something I'm not understanding to ask that

7   question?

8        A.    I don't -- I might be misunderstanding you,

9   but we never started from scratch.

10       Q.    So you were always converting information that

11  was already there, data that was already there?

12       A.    Yes.  Even if they weren't on EDP's old

13  system, they always had data that you had to get

14  converted in.  You had employees that you had to pay,

15  and you had general ledger balances and stuff like that

16  that had to be converted in.

17       Q.    So as I understand it, after the first

18  conversion, there was some type of spreadsheet that was

19  created that identified any problems or errors that were

20  revealed by the first attempt at conversion?

21       A.    The conversion programmer would generate -- it

22  was usually the employees.  You know, like there were

23  problems in personnel.  They would make 50,000, but in

24  payroll, they made 60.  Which one is right, you know?

25  In personnel they might be an assistant principal, and

Lisa Ann White  -  3/29/2010

1   then in payroll they were a principal.  So it was that

2   kind of thing.  And they could give me something that

3   would show the employees with problems.

4        Q.    And that would be in a spreadsheet?

5        A.    It wasn't actually a spreadsheet.  It just

6   was -- well, it looked kind of like a spreadsheet, but

7   in the actual software, there is a report you can run

8   that's called "Employees with Problems," and that's

9   usually what we ran.

10        Q.    You would run that or the programmer would run

11   it?

12        A.    Well, the programmer, and then we could too.

13        Q.    Did you?

14        A.    Yes.

15        Q.    To determine what errors there might be out

16   there?

17        A.    Well, once the programmer told me that they

18   were finished with the initial conversion or the second

19   conversion, they would give me something that the

20   conversion script generated, and so then I would

21   generate a report for the customer.  So as the customers

22   were correcting those problems, I would run the

23   "Employees with Problems" just to see if it was going

24   down.

25        Q.    If the customer was doing it correctly?

Lisa Ann White  -  3/29/2010

1        A.    Right, if the number of employees with
2   problems was going down.
3        Q.    And what was your purpose in running that?
4        A.    Just to make sure they were making the
5   corrections they needed to make.
6        Q.    And that had to do with the company meeting the
7   deadlines?
8        A.    Yes.
9        Q.    So "Employees with Problems" is a particular
10   type of error report that you could run?
11        A.    Yes.
12        Q.    What would you do if after running that
13   "Employees with Problems" report, you determined that the
14   client wasn't doing it quickly enough?
15        A.    Quickly enough?  Well, sometimes you would
16   have to call them and just say -- you know, give them a
17   deadline for errors.  They agreed to that whenever they
18   agreed to do the conversion.
19        Q.    Right, because they understood what the go-live
20   date was?
21        A.    Right.
22        Q.    You didn't have -- did you have any role in
23   setting the go-live date?
24        A.    No.
25        Q.    But you knew what that date was within the --

Lisa Ann White  -  3/29/2010

1      Q.   Was it a questionnaire?

2      A.   I truly don't remember.

3      Q.   What did you do with that document?

4      A.   That I received from the lawyer?

5      Q.   Yes, which you used to assist you in drafting

6  your declaration.

7      A.   It seems like this was like e-mailed to me or

8  something, and I probably just -- I don't have the

9  e-mail after I did this.  I did make a copy of this, but

10 I don't recall right now.

11     Q.   Right.  You made a copy of this and gave it to

12 the receptionist?

13     A.   I made a copy for me to keep.

14     Q.   For your own personal --

15     A.   Yeah.

16     Q.   Let's look at Paragraph 3 where it talks about

17 your job functions.   I'm looking at the first sentence.

18 At the end of it, it talks about the new Windows-based

19 EDP Enterprises software, and that's EDPro?

20     A.   Yes.

21     Q.   And that's what we've been talking about today

22 in connection with the conversion work you were doing.

23 You were assisting the customer converting its data from

24 its previous system to EDPro?

25     A.   Yes.

Lisa Ann White  -  3/29/2010

1    Q.    And sometimes the previous system would be a

2  Unix system that EDP previously sold?

3    A.    Yes.

4    Q.    And then there were other times where it would

5  be a conversion to EDPro from a system that had not been

6  sold to it by EDP?

7    A.    Yes.

8    Q.    You worked on both types?

9    A.    Yes.

10   Q.    The next sentence says:  "This process involved

11 the conversion of the customer's data from the existing

12 software to the new EDP Enterprises, Inc.'s  software."

13          And we've talked generally about that

14 process today?

15   A.    Yes.

16   Q.    And the sentence goes on to say:  "As well as

17 training the customers' employees on the use and

18 operation of the EDP Enterprises, Inc.'s software."

19          Now, we've talked about some of the

20 training you did.  Is that what you were describing in

21 this sentence?

22   A.    No.

23   Q.    What training did you mean?

24   A.    After the customer went live on the system,

25 like I said, you know, the trainers went out and trained

Lisa Ann White  -  3/29/2010

1  them, but when they started using it, there was lots of

2  stuff they forgot, so I would have to actually walk them

3  through how to do something.

4      Q.    So this is during that six-week approximately

5  window in which you were providing support, you would

6  also do some on-the-fly training?

7      A.    Yes.  I mean -- yes.

8      Q.    Because you would show them how to deal with a

9  particular issue while you were on the phone with them

10  addressing that issue?  That's the type of training you

11  meant in that context?

12      A.    Well, if they called and said, I need to do a

13  journal entry, and I don't remember how to do it, I

14  would say, you go here, and you do this, and then you do

15  this and do that.

16      Q.    That's training?

17      A.    If you want to call it training, yes.

18      Q.    I'm asking if that's what you meant when you

19  used the term "training."

20      A.    Yes.

21      Q.    You were showing them how to do a particular

22  function?

23      A.    Yes.

24      Q.    You wouldn't just do it yourself and say, okay,

25  client, it's done.  You wanted them to know how to do it?

Lisa Ann White  -  3/29/2010

1      A.   No, I would not do it and just say it was

2  done.

3      Q.   But you could have?

4      A.   No.

5      Q.   Why not, because you didn't have the

6  information?

7      A.   Because we were told never to do that.

8      Q.   Right.  That wasn't your job?

9      A.   That's not my data.  It's the school's.

10      Q.   And it was also your job to help the client

11  understand the system, right?

12            MS. RAY:  Object to form.

13            MS. BAGLEY:  You can answer.

14      A.   Yes.

15      Q.   Jumping down a few lines (reading):  "During

16  the conversion" -- do you see where I'm reading?

17  (Reading) "During the conversion process, I would verify

18  the customer's data after it was converted."

19            Did I read that accurately?

20      A.   Yes.

21      Q.   What function does that describe?

22      A.   Like I said before, when the conversion

23  programmer would convert the data into EDPro, then, you

24  know, I would start making sure that everything came in

25  the same as it was in the old system, I mean, the

Lisa Ann White  -  3/29/2010

1   balances.  You know, if an employee was supposed to get

2   paid X number of dollars, that it came in the system

3   that way.

4        Q.   So how would you do this verification?

5        A.   Well, there was just a verification checklist

6   that you went through that I was given when I was hired,

7   and that's how I did it.

8        Q.   And is that different from when you were

9   checking the client's work to make sure they were

10  addressing the errors?  Is that different?

11       A.   Yes.

12       Q.   This is a separate function where you're

13  verifying that the data has been entered correctly?

14       A.   That it has been converted correctly.

15       Q.   Then it says:  "When I found an error, I would

16  contact the customer and assist them with correcting the

17  error."

18       A.   Yes, I would tell them that they needed to

19  correct it.

20       Q.   How would you find the error?

21       A.   Well, like I say, there was this checklist,

22  and there was just, you know, steps that you went

23  through, and, I mean, if something didn't -- I mean, if

24  the data didn't match, then there was an error, and, you

25  know, like I say, a lot of times it would just be, what

Lisa Ann White  -  3/29/2010

```
1   is right.  I would just have to ask them what is right.

2        Q.    What is the accurate information?

3        A.    Yes.

4        Q.    Because what you would see when you were

5   verifying the customer's data was that there was

6   potentially some discrepancy in the data?

7        A.    Right.

8        Q.    That would be one example?

9        A.    Right.

10       Q.    This next sentence talks about assisting the

11  on-site implementation team while they were training the

12  customer.  Do you see that?

13       A.    Where are you?

14       Q.    I'm in the next sentence where it starts:   "I

15  participated in the conversion planning meetings."

16             We've talked about that?

17       A.    Oh, yeah.

18       Q.    You trained customers how to operate the new

19  software program.  We talked about that?

20       A.    Yes.

21       Q.    And this concept, you assisted the on-site

22  implementation team --

23       A.    Yes.

24       Q.    -- I don't think we've talked about that.

25       A.    When the trainers -- and they were the on-site
```

Osteen Reporting Services
(817) 498-9990

Lisa Ann White  -  3/29/2010

1   implementation team -- when they would go out to the

2   school to start the school out using the new software,

3   the first thing they did was they would go through the

4   verification process.  If the trainers while they were

5   out there working with the customers at the school, if

6   the customers said something wasn't right, they relayed

7   that to me.  They called me.  They didn't call the

8   programmer.  They called me.  I was the go-between

9   person, and I told the programmer.

10       Q.   And then you coordinated with the client to get

11  it fixed?

12       A.   I coordinated with the programmer because the

13  trainer was already out there, and she was coordinating

14  with the client.

15       Q.   Okay.  So we did talk about that.  That would

16  have been when the implementer -- or the trainer would

17  contact you and advise you of a particular problem that

18  had been encountered during the training?

19       A.   Right.

20       Q.   And then you would go to the programmer and try

21  to address that problem?

22       A.   Yes.

23       Q.   Was there any reason why the trainer wouldn't

24  contact the programmer directly?

25       A.   I don't know.  I think they set this position

Lisa Ann White  -  3/29/2010

1                    C E R T I F I C A T E

2          I, TINA TERRELL BURNEY, Certified Shorthand
Reporter, duly qualified in and for the State of Texas,
3   certify that the foregoing deposition of LISA ANN WHITE
was reported stenographically by me at the time and place
4   indicated, said witness having been placed under oath by
me, and that the transcript is a true record of the
5   testimony given by the witness.

6          Review and signature by the witness were requested
at the time of taking this deposition and the changes
7   made by the witness are attached to the transcription of
this deposition.

8
           I further certify that the time used by all
9   counsel is as follows:

10         Mr. Paulo M. McKeeby - 2 hours, 16 minutes

11         I further certify that I am neither counsel for
nor related to or employed by any party in this cause and
12  am not financially interested in its outcome.

13         Certified to this _____ day of April, 2010.

14

15

16

17         _____
           TINA TERRELL BURNEY, CSR No. 2908
18         Certified Shorthand Reporter
           in and for the State of Texas
           Certification expires 12/31/10
19
Osteen Reporting Services
20  Firm Registration No. 392
313 Northglen Dr.
21  Hurst, TX 76054
(817) 498-9990 (telephone)
22  (817) 498-0410 (facsimile)

23  Taxable Cost: _____

24

25