1   IN THE UNITED STATES DISTRICT COURT

2   FOR THE EASTERN DISTRICT OF TEXAS

3   MARSHALL DIVISION

4   _____

5   _____

6   PATTY BEALL, MATTHEW

7   MAXWELL, TALINA McELHANY and

8   KELLY HAMPTON, Individually

9   and on behalf of all other

10  similarly situated,

11        Plaintiffs,

12    v.                    2:08-cv-422   TJW

13  TYLER TECHNOLOGIES, INC., and

14  EDP ENTERPRISES, INC.,

15        Defendants.

16  _____

17  _____

18                DEPOSITION OF

19                  JOY FLYNN

20

21  At Raleigh, North Carolina

22  Tuesday, July 27, 2010; 9:17 a.m.

23  Reported by: Lindsey D. Cline, CVR

| | | |
|---|---|---|
| 1 | Q. | And can we agree that the dates of your employment |
| 2 | | with Tyler were March of 2008 through January of |
| 3 | | 2009? |
| 4 | A. | Yes, that would be correct. |
| 5 | Q. | Since January of 2009 have you had any means of |
| 6 | | employment or income other than the independent |
| 7 | | contracting work that you've described? |
| 8 | A. | Yes. |
| 9 | Q. | What was that? |
| 10 | A. | It was not employment.  My husband is a deceased |
| 11 | | military person, and so I receive a widow's |
| 12 | | annuity pension monthly. |
| 13 | Q. | Okay.  Other than the -- let me ask you this.  Any |
| 14 | | employment since you left Tyler? |
| 15 | A. | No. |
| 16 | Q. | So your last job -- |
| 17 | A. | Other than what I do, the independent -- |
| 18 | Q. | Right. |
| 19 | A. | -- contractor work. |
| 20 | Q. | So your last capacity as an employee was for Tyler |
| 21 | | Technologies? |
| 22 | A. | That's correct. |
| 23 | Q. | How did you originally find out about employment |

| | | |
|---|---|---|
| 1 | | part of MUNIS, some type of relationship those two |
| 2 | | companies had, and he was on loan to the company |
| 3 | | for a period of time. |
| 4 | Q. | But he was out -- he was there throughout the time |
| 5 | | of your employment? |
| 6 | A. | Yes, he was. |
| 7 | Q. | Did you -- let me back up. Was there any type of |
| 8 | | training that you were provided during the |
| 9 | | beginning of your employment with Tyler? |
| 10 | A. | Yes. In the -- when I first came to Tyler, I was |
| 11 | | in a conference room and given some manual |
| 12 | | documentation of how various processes worked. |
| 13 | | And I did that for -- on my own for maybe about a |
| 14 | | month, two months, something like that. |
| 15 | Q. | Okay. So let's talk about that, first of all. So |
| 16 | | during the first couple of months you were trained |
| 17 | | by going over these different manuals? |
| 18 | A. | Yes. |
| 19 | Q. | And these manuals would describe the Tyler |
| 20 | | software applications, correct? |
| 21 | A. | Yes. |
| 22 | Q. | And you were working within a particular division |
| 23 | | of Tyler called MUNIS? |

```
 1    A.   That's correct.

 2    Q.   And MUNIS was also the name that was given to the

 3         different software applications?

 4    A.   That's correct.

 5    Q.   Okay.  And you were on the financial side?

 6    A.   No.  I was on the HR/Payroll.

 7    Q.   HR/Payroll, okay.

 8    A.   Yes.

 9    Q.   But you understand that there were different types

10         of software applications at MUNIS, some of them

11         related to financial software, and others related

12         to the HR and Payroll?

13    A.   That is correct.

14    Q.   And throughout the time of your employment with

15         Tyler you were on the HR/Payroll?

16    A.   That is correct.

17    Q.   Were there different types of applications within

18         that heading of HR and Payroll, or was there just

19         one software application?

20    A.   I believe it was just the one payroll application.

21    Q.   Okay.  So for the first -- you said about a month

22         or two months -- you were trained through reading

23         the Tyler manuals that explained the software?
```

```
 1    A.   That is correct.
 2    Q.   And was this just done on your own then, or was
 3         there someone that would train you through, you
 4         know, a PowerPoint or a classroom-type training?
 5    A.   No, there was not.
 6    Q.   I take it you had an office at Tyler's offices in
 7         Raleigh?
 8    A.   When I initially started, I was in a conference
 9         room like this for the first couple of months.
10    Q.   And at some point later you were given an office?
11    A.   Yes.
12    Q.   But it was in the conference room that you
13         mentioned that you reviewed these manuals as part
14         of your training?
15    A.   That is correct.
16    Q.   Did you ever take the manuals home with you or did
17         you just do the reading while you were there at
18         the Tyler offices during this one- to two-month
19         period?
20    A.   I did it there in the office.  It was eight hours
21         a day.  And I believe it was about six or seven
22         weeks.
23    Q.   Okay.  But you didn't take the manuals home then?
```

```
1    A.   Yeah.

2    Q.   I know you mentioned those three by example.

3    A.   Yes.

4    Q.   I'm not sure if that was all of them or not.  Was

5         it all of them or do you know?

6    A.   It was one other gentleman.

7    Q.   Okay.

8    A.   I can't remember his name.  I'm sorry.

9    Q.   That's okay.  But in any event, there was a period

10        while you were shadowing these other more senior

11        implementation specialists.  And is it a true

12        statement that it wasn't until after this three-

13        to four-month period that you were shadowing these

14        other implementers that you did an implementation

15        on your own?

16   A.   Yes.

17   Q.   How many implementations did you do on your own?

18   A.   I didn't actually do full completion of any

19        implementations.  It was -- I would be the initial

20        person that went in to get the group started in

21        their processes.

22   Q.   But you would do that at the client location?

23   A.   Yes, that's correct.
```

```
 1        done.

 2                  When the implementer would be doing the

 3        training, they would set up maybe two or three

 4        fictitious employees into the training system.

 5        But if a work site, for example, has three, four,

 6        five hundred employees, well, all those employee

 7        records have to be built into the system.  So

 8        that's what I would assist with doing.

 9   Q.   But this is different than conversion, correct?

10             MS. BAGLEY:  Object to the form.

11             THE WITNESS:  I'm sorry?

12             MS. BAGLEY:  I'm objecting to the form of the

13        question.

14             MR. MCKEEBY:  You can answer though.

15             MS. BAGLEY:  You can answer if you understand

16        the question.

17             THE WITNESS:  Okay.  When you say conversion,

18        explain what you mean by conversion.

19   Q.   (Mr. McKeeby)  Okay.  Does conversion -- let me

20        ask you this.  While you were at Tyler, did the

21        term conversion have a particular meaning to you?

22   A.   Yes.

23   Q.   And what was that meaning?  I want to use yours if
```

```
 1        we can.
 2   A.   Okay.  My understanding was the clients were
 3        running their payroll processes on a older type
 4        system, so they were being converted over to the
 5        MUNIS-Tyler software that they would now be using.
 6        So some of the information -- employee data
 7        information would transfer over into the new
 8        system.  But all of it would not convert over into
 9        the new system.  So that gap of information is
10        what had to be manually input into the system.
11   Q.   And that gap of information, as you described it,
12        was done by a separate department at MUNIS,
13        correct?  They had a conversion department?
14   A.   Yes, they did have a conversion --
15             MS. BAGLEY:  Object to the form.
16   Q.   (Mr. McKeeby)  They did have a conversion
17        department?
18   A.   I believe they did have a conversion department.
19        Those were the programmers that did the
20        conversion.
21   Q.   So what you described a moment ago as building
22        employee records into the system is something
23        different than what the conversion department
```

```
1    A.   Let's see.  Other than setting up, like I said,
2         the missing information for reports, various data
3         elements, that is all that I can recall.
4    Q.   And when you were shadowing the more senior
5         implementers, you didn't have anything to do with
6         setting up the agenda for the training, did you?
7    A.   No, I did not.
8    Q.   Are you familiar, based on your employment with
9         the Tyler -- based on your employment with Tyler
10        -- of a concept called systems analysis?
11   A.   No.
12   Q.   Let me give you my understanding of what systems
13        analysis means --
14   A.   Okay.
15   Q.   -- and maybe that will help; maybe not.  But my
16        understanding is that systems analysis means
17        looking at the client's old software system and
18        setup and discussing with the client different
19        options of how that information can be utilized
20        and flow through the Tyler systems.  Sort of an
21        initial meeting with the customer to have a dialog
22        about how the Tyler system would work compared to
23        their old system and getting input from the client
```

```
 1          about how to set up the Tyler software.  Is that
 2          -- as I described that, does that refresh your
 3          recollection at all about --
 4     A.   Yes.
 5     Q.   -- that function?
 6     A.   Yes.
 7     Q.   Is that -- what do you call that?  I am using the
 8          term systems analysis, and I don't know why.
 9          That's just my recollection.  Is there something
10          you used, or a phrase you used to describe that
11          that's different from systems analysis?
12     A.   Well, what would happen -- in the beginning when
13          you first meet with a client, that's when they
14          have the meetings to discuss what their system
15          functionality currently is and where they want to
16          see their system function in the future.  So at
17          the very initial meetings, that would be more
18          senior persons that had those type of
19          conversations.  Like Penny or Rob or -- you know,
20          higher level persons than myself.  When I came
21          into the situation, those conversations had
22          already taken place.  So it was more or less the
23          day-to-day functionality that the employees would
```

```
 1         be doing, not the higher level conversations.
 2    Q.   Okay.  So first of all, let me see if there's a
 3         way to describe that.  Was there any term that you
 4         used during your employment with Tyler to describe
 5         that process that we both discussed, which is the
 6         high level, sitting down with the client,
 7         discussing where they want to go with Tyler
 8         systems?
 9    A.   Well, that would be their initial consultation.
10    Q.   Okay.
11    A.   Client consultation conversations.  And like I
12         said, those were handled with more senior type
13         persons.
14    Q.   Okay.  So throughout your employment with Tyler,
15         you never participated in those initial
16         consultation conversations?
17    A.   No, I did not.
18    Q.   Okay.  During your three- to four-month shadow
19         period, what would be your estimate of your weekly
20         hours worked on average?
21    A.   I would say it would be about 45 to 50 hours.
22         That's at the client's site.  I'm not talking
23         about travel time or anything like that.
```

1   Q.   Was there a way, from looking at the calendar, for
2        you to know that you were performing the initial
3        part of that training process, or did you just
4        kind of know that?
5   A.   Okay. I understand what you're saying now. When
6        you're doing -- when you're first setting up like
7        for HR or payroll, first employee records have to
8        be built out there. And that's where you go in
9        and put in the employee benefits, put in their
10       beneficiary type information. All of that type of
11       information has to be set up. Employee
12       deductions, for example. Are they purchasing
13       savings bonds or anything that's coming out of
14       their pay? So that is what I'm referencing as the
15       initial steps, the initial setup. So sometimes
16       that would be the work that needed to be done
17       before you can even run a payroll. You have to
18       have the employee information in the system along
19       with their employee records. So when you run the
20       payroll processes, it can link back to that
21       employee to know what deductions need to be taken
22       out for state tax, federal tax, any type of
23       deductions, wage garnishments, anything like that.

```
 1           So first you have to build those employee
 2      records.  So when you're looking at this Excel
 3      spreadsheet, even though it may say payroll under
 4      there, it would say, "Employee record setup" --
 5  Q.  Okay.
 6  A.  -- or something of that nature.
 7  Q.  Okay.  So the actual calendar would indicate not
 8      only payroll but the type of payroll training that
 9      you would be performing?
10  A.  The type of processes, yes.
11  Q.  Got it.  And what you just described, the building
12      the employee records, setting up the
13      beneficiaries, the deductions from payroll, that's
14      the type of -- that's what you mean when you say,
15      "Getting the group started on the process" --
16  A.  That is --
17  Q.  -- the initial steps?
18  A.  That is correct, yes.
19  Q.  And so that's the type of training you performed?
20  A.  That is correct.
21  Q.  Okay.  So I take it that you would be -- for the
22      training you would be doing, you wouldn't
23      necessarily be training end users with respect to
```

```
 1        functionality; but you would be training people
 2        who would be setting up the system at the
 3        customer?
 4   A.   That is correct.
 5   Q.   Did these people have some particular designation
 6        or title?
 7   A.   The people that I generally worked with were
 8        people that actually worked in payroll processes,
 9        actually worked in HR.  So they were familiar with
10        their old processing system.  And now we're
11        plugging this information into the new system, so
12        -- and verifying that everything from their old
13        system has moved over correctly to the new
14        software system.
15   Q.   Okay.  I take it the calendar would tell you how
16        long you were supposed to be at a particular
17        location?
18   A.   Yes.
19   Q.   Did you ever have any role in -- and again, we're
20        now talking about the three to four months --
21   A.   Yes.
22   Q.   -- while you were on your own.  Did you ever have
23        any role in setting up the calendar or the agenda?
```

```
1    A.   No.
2    Q.   That was done by Jodi?
3    A.   Yes.
4    Q.   When you were doing the initial training, had the
5         customer already been converted -- as we defined
6         that term earlier -- to the Tyler system?
7    A.   Sometimes.
8    Q.   Was there anything it depended on or was it just
9         -- did it vary?
10   A.   There was various reasons.  Sometimes when they
11        did the initial conversion, there may have been
12        problems with the conversion processes so the
13        programmers had to figure out what -- kind of
14        troubleshoot the software to see what the
15        situation was.  But normally it was mostly all
16        converted.
17   Q.   Okay.  Okay.  When you went to Iowa -- I think you
18        said you took two trips to Iowa?
19   A.   I believe so, two.
20   Q.   Was that for the same customer?
21   A.   Yes, yes, it was.
22   Q.   Why did you only have to make two trips to Iowa
23        versus the many weeks that you went back to
```

```
 1        requirements from you an assessment of how well
 2        the trainees were doing?
 3   A.   Yes, that is correct.
 4   Q.   And again, the document -- no, this is the trip
 5        report that you're talking about?
 6   A.   Yes, the trip report, yes.
 7   Q.   Okay.
 8   A.   Because when you're doing an implementation, you
 9        know, it's set up by time periods how long it's
10        going to take from the initial startup to the
11        client being on their own.
12   Q.   Are you familiar with the concept of going live?
13   A.   Yes.
14   Q.   And let me give you the description that I
15        understand so that you can --
16   A.   Okay.
17   Q.   -- then tell me if we're on the same page.
18   A.   Okay.
19   Q.   And I'm going to speak at a fairly general level.
20        I understand that going live means the process by
21        which a client moves from its old systems to Tyler
22        systems and starts inputting information into the
23        system about its employees in the context of the
```

```
 1         payroll.  Is that a fair characterization?  And if
 2         not, why not?
 3    A.   Okay.  What you just described is part of the
 4         implementation process.  When you speak of the go-
 5         live, that is when, actually, Tyler turns over the
 6         processing to the client and they're processing on
 7         their own and just contacting Tyler for questions
 8         through their call center.
 9    Q.   Okay.  Were you -- and that actually has to happen
10         at a particular time?
11    A.   That is correct.
12    Q.   And my question for you is, were you at the client
13         site when the client went live?
14    A.   In Newport News, yes.
15    Q.   But not in the other location that you mentioned?
16    A.   No.
17    Q.   How long -- well, let me ask you this:  What were
18         your functions at Newport News when the client
19         went live?
20    A.   I was with -- again, that was during my shadowing
21         time period.  And what I was doing was
22         specifically reviewing the reports that came out
23         to make sure that the employee record information
```

```
 1         was all entered into the system correctly so when
 2         they began their new payroll processing all the
 3         payrolls would come out correctly.
 4    Q.   Okay.  Let me ask you this in connection with the
 5         period of time when you were on your own, that
 6         three- to four-month period.
 7    A.   Uh-huh.
 8    Q.   Were you ever at the customer facility during that
 9         three- to four-month period when the customer went
10         live?
11    A.   No.
12    Q.   The functions that you described that occurred
13         while you were in the shadowing period, running
14         reports, entering employee information, the
15         behind-the-scenes work involving building
16         processes as well as troubleshooting, did you
17         perform those same functions during the three- to
18         four-month period that you were on your own?
19    A.   Yes.
20    Q.   Were there any other functions that were different
21         from those functions that were performed while you
22         were in the shadowing period?
23    A.   No.
```

1  NORTH CAROLINA

2  WAKE COUNTY

3              C E R T I F I C A T E

4

5      I, Lindsey D'Anne Cline, Court Reporter and Notary

6  Public, the officer before whom the foregoing proceeding was

7  conducted, do hereby certify that the witness(es) whose

8  testimony appears in the foregoing proceeding were duly

9  sworn by me; that the testimony of said witness(es) were

10 taken by me to the best of my ability and thereafter

11 transcribed under my supervision; and that the foregoing

12 pages, inclusive, constitute a true and accurate transcript

13 of the testimony of the witness(s).

14     I do further certify that I am neither counsel for,

15 related to, nor employed by any of the parties to this

16 action in which this proceeding was conducted, and further,

17 that I am not a relative or employee of any attorney or

18 counsel employed by the parties thereof, nor financially or

19 otherwise interested in the outcome of the action.

20          This the _____ day of _____, 2010.

21                              _____

22                              Lindsey D'Anne Cline

23                              Notary Public No.