```
 1                                    Volume: I

 2          UNITED STATES DISTRICT COURT    Pages: 1-94

 3          EASTERN DISTRICT OF TEXAS      Exhibits: 1-3

 4                MARSHALL DIVISION

 5    --------------------------------

 6    PATTY BEALL, MATTHEW MAXWELL,

 7    TALINA MCELHANY and KELLY

 8    HAMPTON, individually and on

 9    behalf of all other similarly

10    situated,

11                Plaintiffs      Docket No.

12          vs.                   2:08-cv-422 TJW

13    TYLER TECHNOLOGIES, INC. and

14    EDP ENTERPRISES, INC.,

15                Defendants

16    --------------------------------

17          DEPOSITION of BETTY J. DUPREE

18           Friday, August 20, 2010

19           9:40 a.m. to 11:41 a.m.

20           Jones Reporting Company

21              Two Oliver Street

22          Boston, Massachusetts 02109

23          Reporter:  Heidi B. Stutz, CSR
```

1    Technologies.  Do I understand correctly that you

2    left Tyler around August of 2007?

3        A.    Yes.

4        Q.    Have you ever been in a deposition like

5    this before?

6        A.    No.

7        Q.    Let me just kind of give you some of the

8    basic ground rules.  You understood the court

9    reporter swore you in this morning?

10       A.    Yes.

11       Q.    And you understand that the testimony

12   you're giving in this deposition today can be

13   utilized by the attorneys in other proceedings and

14   at the trial of the case?

15       A.    Yes.

16       Q.    And because the court reporter is taking

17   my questions and your answers down in a transcript,

18   if you can continue to do as you're doing and answer

19   audibly so that the court reporter can take down

20   your response as opposed to a nod of the head or a

21   shrug of the shoulders, is that agreeable?

22       A.    Yes.

23       Q.    And if you have any questions of me during

1    implementation specialist?

2         A.    Yes.

3         Q.    During your employment with Tyler did you

4    see job descriptions for the position of

5    implementation specialist?

6         A.    I don't remember, but I must have.

7         Q.    But you're not recalling a particular

8    document necessarily?

9         A.    No.

10        Q.    While you were employed at Tyler as an

11   implementation specialist did you report to people

12   in the position of project manager?

13        A.    Yes.

14        Q.    I take it there probably were multiple

15   project managers that you reported to?

16        A.    Yes.

17        Q.    You started employment with Tyler in 1998?

18        A.    Yes.

19        Q.    What was the project manager under whose

20   supervision you worked the longest at Tyler?

21        A.    Deidre Smith.

22        Q.    How long did you work with Miss Smith?

23        A.    Five years.

1        Q.    And you interviewed for a position?

2        A.    Yes.

3        Q.    Where was your interview?

4        A.    In Maine.

5        Q.    Is that in Falmouth?

6        A.    Yes.

7        Q.    Did you drive up there for the interview?

8        A.    Yes.

9        Q.    Did you have an understanding when you

10  submitted your application if you were going to be

11  actually working in Maine as opposed to working

12  remotely?

13       A.    I seem to remember that the ad said that

14  it was out of the Westborough office.

15       Q.    And apart from what you may have

16  understood or not understood, in fact while you were

17  employed with Tyler you worked out of the

18  Westborough, Massachusetts office?

19       A.    Yes.

20       Q.    That was the case throughout your

21  employment?

22       A.    Yes.

23       Q.    But part of your employment also involved

```
1        A.    I didn't expect to work that much overtime

2   to begin with.

3        Q.    Sure.  But if you did work a few hours

4   overtime, you knew, because you were a salaried

5   employee, you weren't going to be paid extra for

6   that time?

7        A.    Right.

8        Q.    What's the, do you have an understanding

9   that this entity that's identified in the letterhead

10  of the document, Computer Center Software, is a

11  predecessor to Tyler?

12       A.    Yes.

13       Q.    And it also references MUNIS at the top of

14  the document.  Is that the software that you

15  supported?

16       A.    I think the Computer Center Software is

17  what they used to call themselves before it was

18  MUNIS.

19       Q.    Okay.  So it went from the Computer Center

20  Software to MUNIS and then to Tyler after the

21  acquisition?

22       A.    Yes.  That's my understanding of it.

23       Q.    Did you support a particular type of
```

1    were.  And then the implementation specialists go in

2    and start teaching the customers how to use the

3    system.  And depending on the module, there may be

4    questions that we have to set it up to the way they

5    want it, always within the guidelines of what MUNIS

6    offers.

7         Q.   Okay.  So there would be an initial --

8    obviously there was the sales component of it.  I'm

9    going to leave that out of our discussion.  You

10   weren't involved in selling it?

11        A.   No.

12        Q.   And another, what I think is an obvious

13   question, you also weren't involved in programming

14   software?

15        A.   Correct.

16        Q.   And as I understood your testimony a

17   moment ago, you said that the project manager would

18   have some type of initial consultation with the

19   customer to determine the customer's overall

20   software needs?

21        A.   Yes.

22        Q.   Would that be something that you as an

23   implementation specialist would ever attend?

1        A.    No.

2        Q.    Did that initial consultation have a name

3    or was it called something at Tyler?

4        A.    Project kickoff.

5        Q.    Have you ever heard the term "systems

6    analysis" in connection with a particular function

7    at Tyler?

8        A.    That's something that the project managers

9    would do.  They would analyze what the person had

10   and what they needed or what the city had and what

11   they needed.

12       Q.    And when you say "what they had," are you

13   talking about their legacy system or are you talking

14   about more hardware, that type of thing?

15       A.    It would be the software system that they

16   were using at the time.  There were a number of

17   them.

18       Q.    A number of different software systems?

19       A.    Different software systems that cities and

20   towns used.

21       Q.    So a systems analysis, as you understood

22   it, would be a process whereby the project manager

23   would assess the software system that the city was

1    using at the time and determine what it is that the

2    city, customer needed going forward?

3        A.   It would be more of what they could use

4    out of MUNIS, not necessarily what they had. Not

5    analyzing what they had before, but just what they

6    would need with MUNIS.

7        Q.   And this was a systems analysis?

8        A.   Yes.

9        Q.   And that's something that the project

10   manager performed, correct?

11       A.   Correct.

12       Q.   Did you ever perform a systems analysis as

13   you've just defined it?

14       A.   No.

15       Q.   Was the systems analysis part of this

16   project kickoff that you mentioned or is that

17   separate?

18       A.   I'm not exactly sure because I didn't

19   attend any, so I'm not exactly sure what they did.

20       Q.   Okay.  Did you as an implementation

21   specialist review any documents that were created by

22   the project manager from this project kickoff

23   dialogue?

1    understood that to include the location and in some

2    cases at least the module or modules on which you

3    would be training.

4         A.   Right, or the part of the module.

5         Q.   Right, the part of the module.

6         A.   Right.

7         Q.   Or if it was fixed assets, the module?

8         A.   Right.

9         Q.   And my question is was there a more

10   detailed or specific document related to the

11   particular training or particular implementation,

12   rather, that told you what you were going to be

13   doing at particular times, i.e., consulting with the

14   customer representative at 12 o'clock on Monday,

15   having a training class at 2 o'clock on Tuesday,

16   again speaking hypothetically? Was there something

17   like that that you would have been able to review

18   prior to going into the customer location?

19        A.   Sometimes.

20        Q.   And who, on those occasions when you would

21   have a document like that who would prepare it?

22        A.   The project manager.

23        Q.   And would it, would the existence of that

1    kind of document depend on any factor that you could

2    identify?

3        A.   It would depend on what they had already

4    done.  You know, if they had done requisitions,

5    would it be a requisition review, would it be going

6    to the purchase orders.  If it was payroll, have

7    they done X number of tables for payroll, you know,

8    I would do the next set of tables.

9        Q.   So I take it these documents that you're

10   referring to would be in different forms and

11   formats?

12       A.   Sometimes.

13       Q.   Did you call them anything, like a -- I

14   used the term "schedule," but was that document

15   called anything?

16       A.   We usually called it a schedule.

17       Q.   So the schedule, it sounds like from your

18   testimony, would apprise you of work that had

19   already been done in connection with the servicing

20   of that customer?

21       A.   Yes.

22       Q.   Would the schedule also provide you with

23   an agenda of what you would be doing?

```
1       A.    Usually.

2       Q.    Were you ever charged with the

3   responsibility to sit down with the customer and

4   create an agenda or schedule that would govern the

5   services that you would provide during the

6   implementation phase with the customer?

7       A.    No.

8       Q.    In those instances in which a schedule

9   that outlined the function you were to perform at

10  the customer was not prepared, how would you know

11  what those functions were?

12      A.    Sometimes I call the project manager and

13  sometimes I would ask the customer what stage they

14  were at.

15      Q.    And when you say "what stage," do you mean

16  what stage of the implementation?

17      A.    Uh-huh.

18      Q.    Is that "yes"?

19      A.    Yes.  Did they cover, you know, XYZ and

20  did they understand that?  And if they did, we would

21  go on to the next step.

22      Q.    So from that answer I'm going to assume,

23  and you can tell me if that's incorrect, that you
```

1        A.    Sometimes.

2        Q.    Okay.  When it wasn't like that, how would

3   you describe the training?  That would be a case

4   where you would train individuals more one on one?

5        A.    Exactly.  We did the individual training

6   for a few people and we did the large classrooms.

7        Q.    But the process of which, by which the

8   customer would determine what employees needed to be

9   trained on what modules wasn't something in which

10  you were involved?

11       A.    No.

12       Q.    Was that something in which the project

13  manager was involved or do you know?

14       A.    I don't know.

15       Q.    Of the -- it sounds like that the bulk of

16  your functions at Tyler involved training employees

17  of the customer.  Is that a fair statement?

18       A.    Yes.

19       Q.    What percentage of your time at Tyler did

20  you spend training customers of the employees?  And

21  I know you're not going to be able to give me a

22  precise amount that I'm sure varied from time to

23  time.  But I understand there may have been some

1    instances, you've already talked about spending some

2    time in the office at a cubicle perhaps studying a

3    new module or other functions which we can talk

4    about, but right now I'm just trying to get an

5    estimate, a range of the percentage of time that you

6    spent at Tyler training employees of the customer.

7         A.    The longer I worked at MUNIS, the more

8    time I spent training customers.  There was less

9    time learning new modules.  Any learning took place

10   after business hours because I was training

11   customers probably four to five days a week.

12        Q.    Okay.  Let me then ask you a more narrow

13   question.  Let's take the last three years of your

14   employment with Tyler.  What percentage of time

15   would you estimate was spent training customers

16   during that last three years of your employment with

17   Tyler?

18        A.    At least 80 percent.

19              MR. MCKEEBY:  Can we go off the

20   record for just a second?

21              (Discussion off the record.)

22              (Recess 10:33-10:37 a.m.)

23        Q.    When you would conduct the training that

1    system?

2        A.    No.

3        Q.    Or was that a programming function?

4        A.    That was a programming function.

5        Q.    Did you have any role in converting data

6    from the customer's previous system into the MUNIS

7    system?

8        A.    I didn't usually get involved in that.

9    There was a conversion team that did that.   I

10   sometimes helped the customer check and verify the

11   information after.

12       Q.    Okay.   And in terms of entering data into

13   the customer's system, that's something that was

14   done by the conversion department?

15       A.    Depends.

16       Q.    Was it something that was done by you?

17       A.    Depends what module it is and what

18   information you're talking about.   We built the

19   payroll tables or the customer built the payroll

20   tables.   The conversion data was records that they

21   had from the previous system that they could put

22   into the MUNIS data using the tables.

23       Q.    And who did that function?   Was that the

1    customer or was that the converse department or was

2    that you?

3         A.   The conversion department did that.

4         Q.   Okay.  You as an implementation specialist

5    typically wouldn't do that?

6         A.   No.  We usually helped them build the

7    tables, but I didn't normally put the data in, put

8    the conversion data into it.

9         Q.   And let me make sure I understand.  When

10   you assisted a customer in building the tables were

11   you counting that in the approximately 80 percent

12   range that you used or would that building, table

13   building --

14        A.   That's part of the training.

15        Q.   Okay.  And tell me what's involved in

16   building a table.

17        A.   Depends what module it is.  If it's

18   payroll, you have to put in whether they're hourly,

19   salary, how often they get paid, weekly, biweekly,

20   monthly, the tax tables for the federal and whatever

21   state they're in, what benefits they have.

22        Q.   So for payroll this table basically is

23   different information that would be input into the

1    sounds like an interesting feature that we would use

2    or, no, that's probably too complicated for us?

3        A.    I think those decisions would probably be

4    made more in the sales representative or in the

5    project kickoff rather than when I start the

6    training.  Because when I start the training they

7    know what they want.

8        Q.    Okay.  So in the course of training and

9    setting up these tables would customers ever ask you

10   for input or advice as to what they should do with

11   the software?

12       A.    Well, they usually tried and I'd say it's

13   up to you, it's your system.  You have to use it.

14   It has to fit the way you want it to.  It's not my

15   decision to make for you.

16       Q.    What kind of questions, give me an example

17   of a question that they would ask you about what

18   they should do in terms of, I guess, how to set up

19   the table or how to use the software or what feature

20   to use.

21       A.    In specific terms I really don't remember

22   because it's been, the last three years I didn't do

23   startup implementations.  I worked on systems that

1    were already there that they bought extra modules

2    for.

3        Q.   Okay.  So if we talked about the last

4    three years of your employment, you would not have

5    had these types of discussions that we're talking

6    about?

7        A.   Right.

8        Q.   And that's because they were not startup

9    implementations?

10       A.   Right.

11       Q.   They were purchasing extra modules?

12       A.   Right.

13       Q.   Okay.  So these were customers of,

14   existing customers of Tyler who were on the MUNIS

15   system and were purchasing an upgrade or an

16   additional module?

17       A.   Exactly.

18       Q.   Okay.  But there would still in these

19   instances be the project kickoff and that process

20   would occur?

21       A.   They wouldn't have the project kickoff

22   because they already were using the system.  It

23   would be they would talk to the salesperson and say,

1   yes, I want to use personnel.  So they would buy

2   personnel and I'd go in and train them on it.

3        Q.    Was there a particular time period or

4   event that resulted in you only doing these

5   implementations that involved the purchase of

6   additional modules in the sense were you promoted to

7   a position or was there any occasion where your

8   project manager or other supervisor said, okay,

9   you've reached a level where your abilities are best

10  utilized in this capacity, or is it more accurate to

11  say it kind of just developed over time?

12       A.    It kind of developed over time.  And then

13  they said, okay, let's have an installed module

14  team.  But that was, you know, that kind of just

15  developed.  And then they decided to make it

16  official.  But it wasn't a promotion.

17       Q.    Relative to your departure from employment

18  in 19 --

19       A.    2007.

20       Q.    I'm sorry, 2007, when was this installed

21  module team created, approximately?

22       A.    I think it was like three years that I

23  worked for Jim Mundy.

1        Q.    So around three years?

2        A.    Yeah.

3        Q.    Was there, was that when Mr. Mundy became

4    the project manager?

5        A.    He was the project manager, he was my

6    project manager and then they just decided that it

7    should be installed teams.

8        Q.    So I take it there were other implementers

9    on this installed module team?

10       A.    There were, but I don't think any of them

11   lasted.

12       Q.    Okay.  Do you remember any of their names?

13       A.    Installed teams, no.

14       Q.    Was there a team leader or somebody who

15   oversaw the installed module team?

16       A.    Jim Mundy.

17       Q.    But even when you were doing an installed

18   module you would build tables?

19       A.    Sometimes.

20       Q.    What would it depend on?

21       A.    Depended on the module.  If I was doing

22   fixed assets, yes, they had tables they had to

23   build.

1       Q.   So make sure I understand, were these

2    guidelines then part of the system or were they

3    separate documents that you could provide to the

4    customer and say here's something that might help

5    you after I leave to utilize the system, here's how

6    do you a requisition or --

7       A.   We had some for requisitions.  I took

8    somebody else's documentation and just played with

9    it a little bit and gave it to the customers.

10      Q.   And this was something that would have

11   been left with the customer to assist them on a

12   going-forward basis?

13      A.   Yes.

14      Q.   During this final three-year stint of your

15   employment when you were on the installed module

16   team were you at the customer location when they

17   went live with the module?

18      A.   Not usually.

19      Q.   Would someone else from the company be at

20   the site when the customer went live?

21      A.   I don't know.

22      Q.   I used the term "live."  Tell me what you

23   understand that to mean so that we're on the same

1        Q.   And Jim.  And what about the provision of

2   post live support?  Is that something you did during

3   these final three years of your employment in terms

4   of answering the customer's questions after they

5   went live as to operational questions?

6        A.   Usually after they went live they had to

7   call support.

8        Q.   Were there times when they called you or

9   would that be unusual?

10       A.   It would be unusual.

11       Q.   Did you have a practice of referring

12  customers to support if they did call you after they

13  had gone live with the system during this three-year

14  period in which you were on the installed module

15  team?

16       A.   Me being me, I would probably try to

17  answer their question.

18       Q.   Was that contrary to any Tyler policy or

19  practice of which you were aware?

20       A.   Not that I'm aware of.

21       Q.   The presence at the customer site during

22  the go-live process, in particular in your presence,

23  was that something that occurred more often prior to

1   COMMONWEALTH OF MASSACHUSETTS

2   COUNTY OF SUFFOLK

3            I, HEIDI B. STUTZ, Certified Shorthand

4   Reporter No. 146599S and Notary Public in and for

5   the Commonwealth of Massachusetts, do hereby certify

6   that BETTY J. DUPREE came before me on August 20,

7   2010, the deponent herein, who was duly sworn; the

8   examination was reduced to printing under my

9   direction and control; and the within transcript is

10   a true record of the testimony given at said

11   deposition.

12            I further certify that I am neither

13   attorney or counsel for, nor related to or employed

14   by any of the parties to the action in which this

15   deposition is taken; and, further, that I am not a

16   relative or employee of any attorney or counsel

17   employed by the parties hereto, or financially

18   interested in the outcome of the action.

19            IN WITNESS WHEREOF I have hereunto set my

20   hand this 31st day of August, 2010.

21            _____

22            HEIDI B. STUTZ, Notary Public

23            My Commission expires 7/30/15