**Freedom Court Reporting, Inc**                                  1

```
 1              IN THE UNITED STATES DISTRICT COURT
 2              FOR THE EASTERN DISTRICT OF TEXAS
 3                      MARSHALL DIVISION
 4                  CASE NO. 2:08-cv-422 TJW
 5      _____
 6      _____
 7      PATTY BEALL, MATTHEW
 8      MAXWELL, TALINA MCELHANY AND
 9      KELLY HAMPTON, individually
10      and on behalf of all other
11      similarly situated;
12      Plaintiffs,
13      vs.
14      TYLER TECHNOLOGIES, INC., AND
15      EDP ENTERPRISES, INC.,
16      Defendants.
17      _____
18      _____
19                  DEPOSITION OF TRAVIS VOID
20
21      At Raleigh, North Carolina
22      July 29, 2010
23      2:25 p.m. - 4:30 p.m.
24      Reported by:  Rebecca L. Crunk
```

**367 Valley Avenue Birmingham, Alabama (877) 373-3660**

EXHIBIT 0010

```
 1        five different types of training that you described.
 2        And before I do that ask you: How do you know as an
 3        implementation consultant, Travis Void, where you are
 4        assigned on a particular week or month? How do you
 5        know where to go?
 6   A.   My project manager informs us.
 7   Q.   And how does she inform you?
 8   A.   Via phone call or email.
 9   Q.   Is there a schedule for anything like that that you
10        look at?
11   A.   She would generally send us an email and then we
12        would develop or I would develop an agenda based off
13        of a template of another one.
14   Q.   Okay. So in this email, what would she typically
15        inform you? Obviously she would inform you of the
16        client.
17   A.   The client site, the dates they want me to be there,
18        what they want to know.
19   Q.   And when you say what they want to know, you mean the
20        type of training you're to give.
21   A.   Exactly.
22   Q.   So it could be, for example, setup training, it could
23        be conversion training. She would indicate in the
24        email what type of training it would be.
```

1   A.   Exactly.

2   Q.   Okay. And then from that you would develop the

3        agenda from the template?

4   A.   Yes.

5   Q.   Would you need anything other than what she provided

6        to you in the email to develop the agenda from the

7        template?

8   A.   If she provided enough information in the email, I

9        would need to go to the knowledge base to pull up a

10       base agenda and modify it depending on what the

11       client is requesting to be trained on because they

12       may not be requesting everything that's on our base

13       agenda so we have to modify it per client.

14  Q.   Okay. But my question goes to what information do

15       you have to modify the base agenda to meet the

16       client's needs and specifically does that information

17       come from the email that your project manager would

18       send you?

19  A.   Yes. It comes from the email or the phone call.

20  Q.   With the project manager.

21  A.   Yes.

22  Q.   At this point in the process, it's not typical for

23       you to have spoken to the client to assist with your

24       preparation of the agenda.

| | | |
|---|---|---|
| 1 | A. | Right. |
| 2 | Q. | And when you use the term agenda, tell me what that |
| 3 | | means.  Is agenda -- because I think of agenda as |
| 4 | | meaning possibly, you know, the schedule for the |
| 5 | | trip, or it could mean here are the topics that I'm |
| 6 | | going to cover, or I suppose it could mean something |
| 7 | | else.  Those are the two examples that I can think |
| 8 | | about.  What's closer to what you meant when you said |
| 9 | | agenda? |
| 10 | A. | It goes over what modules we're going to be training |
| 11 | | in, and under the module, what programs within the |
| 12 | | module would we go over. |
| 13 | Q. | Does it talk about the schedule for those different |
| 14 | | tasks? |
| 15 | A. | Yes.  It'll have, like, Monday, and they'll set a |
| 16 | | time for the specific task to be completed, and we |
| 17 | | try to keep it within that time on the agenda. |
| 18 | Q. | Who sets the time for the task to be completed? |
| 19 | A. | Project manager. |
| 20 | Q. | And then you set the agenda to try to accomplish that |
| 21 | | task within the deadline set by the project manager. |
| 22 | A. | Yes. |
| 23 | Q. | Do you submit the agenda for approval to the project |
| 24 | | manager? |

| | | |
|---|---|---|
| 1 | A. | Not all the time. Sometimes they'll just tell us to |
| 2 | | go with what we have. |
| 3 | Q. | Do you submit the agenda to the client for approval? |
| 4 | A. | Yes. |
| 5 | Q. | And is that something that's done before you get to |
| 6 | | the customer location? |
| 7 | A. | Yes. |
| 8 | Q. | So you would send it directly via email to the client |
| 9 | | and say something along the lines of, here's the |
| 10 | | agenda, here's what we're planning. Does this |
| 11 | | correspond with your needs? |
| 12 | A. | Not does it correspond to your needs, but they get |
| 13 | | the right people to be in the right place at the |
| 14 | | right time to match the agenda and to see if we need |
| 15 | | to make any changes according to their schedule. |
| 16 | Q. | So that goes more to the availability of the people |
| 17 | | who need to be trained. |
| 18 | A. | Right. |
| 19 | Q. | And the client, obviously, is going to have more |
| 20 | | information about that than you would. |
| 21 | A. | Exactly. |
| 22 | Q. | I take it the five different types of support or |
| 23 | | training that you've listed are all of -- you've |
| 24 | | performed all of these things in your employment. |

```
 1        their previous system.  We just need to know how they
 2        conducted business.
 3   Q.   What's an example of how they conducted business with
 4        respect to financial software?
 5   A.   How they handle an invoice that comes in.
 6   Q.   And when you say how they handle an invoice, you mean
 7        where did it get routed, who needed to approve it,
 8        those kinds of things?
 9   A.   Right.  Right.
10   Q.   And so that has less to do with software and more to
11        do with processes.
12   A.   Yes.
13   Q.   And how is it that you get that information from the
14        client?  Is that -- I'll leave it at that.
15   A.   That's more of the setup, so that's how we determine
16        how the system needs to be set up based off of how
17        they used to do business and how we can kind of keep
18        it similar.
19   Q.   Right.  Keep it similar within the MUNIS software.
20   A.   Yes.
21   Q.   So that's something -- that's information you gather
22        from the client during this setup training?
23   A.   Yes.
24   Q.   Do you know the term systems analysis, system
```

```
 1       analysis?
 2   A.  Yes.
 3   Q.  My understanding, I'll tell you my understanding of
 4       system analysis is, and you can tell me if it's the
 5       same as yours or if I need to change it.  It'll be
 6       pretty basic.
 7       But my understanding of a system analysis is where
 8       someone from Tyler is sitting down with the company,
 9       the customer, and gathering information from the
10       customer about their processes and how they, for
11       example, handle invoices is the example that you
12       used, and gathering that information from the
13       customer.  That's my understanding of a system
14       analysis.  Is that close?
15   A.  It's close.
16   Q.  Okay.
17   A.  It's like an as is.
18   Q.  Okay.  An as is in the sense that you're learning
19       what the customer's legacy system is.
20   A.  Their processes within the legacy system.
21   Q.  Got it.  Got it.  And my question is: I take it from
22       your testimony that's work that you, as an
23       implementation consultant, performed as part of your
24       job.
```

```
 1          to do the conversion training?
 2   A.     Yes.
 3   Q.     Would it be typical for you to do the conversion
 4          training for the same client that you had done the
 5          system setup training?
 6   A.     Yes.
 7   Q.     In other words, it would be unusual for you to pick
 8          up the implementation process at the conversion
 9          training stage.
10   A.     Not unusual.
11   Q.     Okay.  Happens sometimes.
12   A.     Yes.
13   Q.     Okay.  Now, I understand conversion, apart from
14          conversion training, but conversion to mean moving
15          the data from the customer's legacy system onto the
16          MUNIS system.
17   A.     Yes.
18   Q.     Am I correct that there is a separate department, I
19          mean separate from the implementation department at
20          Tyler, that does the actual conversion?
21   A.     Yes.
22   Q.     So when you're training the client on conversion
23          training, what is it that you're training them on?
24   A.     What fields from the legacy system match up to the
```

| | | |
|---|---|---|
| 1 | Q. | So you have kind of a station where people come to |
| 2 | | you and ask questions. |
| 3 | A. | Yes. |
| 4 | Q. | On an as-needed basis? |
| 5 | A. | Yes. |
| 6 | Q. | Are you also walking around the customer's facility |
| 7 | | to see how people are doing? |
| 8 | A. | As much as possible. |
| 9 | Q. | Do you have any documentation responsibilities with |
| 10 | | respect to the go live support? |
| 11 | A. | Other than the trip report.  The project manager does |
| 12 | | a lot more documentation when it comes to go lives |
| 13 | | and all the forms that need to be signed by the |
| 14 | | client. |
| 15 | Q. | Okay.  With respect to post live support, that, I |
| 16 | | take it is, is that done remotely? |
| 17 | A. | No.  Well, it depends on how you define that.  Post |
| 18 | | live support for an implementer, we may go back after |
| 19 | | go live and just kind of sit around and help them go |
| 20 | | throughout the process.  Then there's a transition to |
| 21 | | support. |
| 22 | Q. | Okay.  Let's talk first about the post live. |
| 23 | A. | Okay. |
| 24 | Q. | As I understand it, you're talking about a discreet |

```
 1        period in which you go back to the client's site
 2        after the go live process has occurred and you
 3        provide assistance.
 4   A.   Exactly.
 5   Q.   And is that answering questions as they come up?
 6   A.   Answering questions, you may do some more training
 7        during that.
 8   Q.   And who decides whether or not more training is to be
 9        done?
10   A.   That is discussed between the project manager and the
11        client.
12   Q.   You ever have any input into those decisions in the
13        sense of --
14   A.   Not really, just get told where I need to go.
15   Q.   Okay.  Okay.  Do you have any reporting obligations
16        during the post live process?
17   A.   Only with issues that come up, so if we have
18        something we have to report to support.
19   Q.   Okay.  Then this transition, what'd you call it?
20   A.   Transition to support.
21   Q.   How long a period of time is that or does it vary?
22   A.   A day.  That can be done remotely.
23   Q.   Is it typically done remotely?
24   A.   As far as my experience, a majority has been remotely
```

```
 1         over the phone.
 2    Q.   And is that contractually set up to be one day?
 3    A.   Yes.
 4    Q.   And is that basically a day in which the customer can
 5         call the implementation consultant with whom it may
 6         be more familiar and ask questions that thereafter
 7         would be handled by the support department?
 8    A.   Yes.
 9    Q.   I take it that requires you to be at the office to be
10         able to field those types of questions.
11    A.   Yes.
12    Q.   Are there -- is this transition to support day
13         something that is in the customer contract that
14         they've paid for or do you know?
15    A.   I don't know.
16    Q.   Is it scheduled in advance with you? That is, do you
17         know that you're to be at the office on a particular
18         day providing your day of transition to support for a
19         particular client?
20    A.   Yes. It has happened like that.
21    Q.   And that's because the project manager will tell you,
22         hey, on this date you need to be ready to man the
23         phone.
24    A.   Exactly.
```

```
1   NORTH CAROLINA

2   WAKE COUNTY

3                   C E R T I F I C A T E

4            I, Rebecca L. Crunk, Court Reporter and Notary

5   Public, the officer before whom the foregoing proceeding

6   was conducted, do hereby certify that the witness(es)

7   whose testimony appears in the foregoing proceeding were

8   duly sworn by me; that the testimony of said witness(es)

9   were taken by me to the best of my ability and thereafter

10  transcribed under my supervision; and that the foregoing

11  pages, inclusive, constitute a true and accurate

12  transcription of the testimony of the witness(es).

13           I do further certify that I am neither counsel

14  for, related to, nor employed by any of the parties to

15  this action in which this proceeding was conducted, and

16  further, that I am not a relative or employee of any

17  attorney or counsel employed by the parties thereof, nor

18  financially or otherwise interested in the outcome of

19  the action.

20           IN WITNESS WHEREOF, I have hereunto subscribed

21  me this 12th day of August, 2010.

22                                   _____

23                                   Rebecca L. Crunk

24                                   Notary Public 200833900206
```