```
 1                IN THE UNITED STATES DISTRICT COURT
                 FOR THE EASTERN DISTRICT OF TEXAS
 2                        MARSHALL DIVISION

 3

 4    PATTY BEALL, MATTHEW
      MAXWELL, TALINA MCELHANY AND
 5    KELLY HAMPTON, individually
      and on behalf of all other similarly situated;

 6

              Plaintiffs,
 7

      -vs-                                      2:08-cv-422   TJW
 8

 9    TYLER TECHNOLOGIES, INC. AND
      EDP ENTERPRISES, INC.

10

              Defendants.
11    _____/.

12

                 DEPOSITION OF JILL MARIE BROWN
13        Taken by the Defendants on the 31st day of August, 2010, at
          the offices of Bay Harbor Village Hotel, 4000 Main Street,
14        Petoskey, Michigan, at 10:03 a.m.

15    APPEARANCES:

16    For the Plaintiffs:   MS. LAUREEN F. BAGLEY
                            Sloan, Bagley, Hatcher & Perry Law Firm
17                          101 East Whaley Street
                            P.O. Drawer 2909
18                          Longview, Texas  75606
                            (903) 757-7000

19

20    For the Defendants:   MS. FARIN KHOSRAVI
                            Morgan, Lewis & Bockius, LLP
21                          1717 Main Street
                            Suite 3200
22                          Dallas, Texas  75201-7347
                            (214) 466-4000

23

24    REPORTED BY:         Kristine K. Grigsby, RPR
                           Certified Shorthand Reporter, #4834
25                         (231) 625-0095
```

EXHIBIT 0011

```
1          you were going to get was if you were traveling to a client

2          site you could take a family member with you.  Expand on

3          that.  This is the first time I'm hearing about this one.

4    A.    What he told me was, for instance, what the company would do

5          is if -- if I was at a client site and I was staying over

6          the weekend, and instead of normally flying -- have the

7          price of a ticket to fly back and forth, you'd have the

8          ticket anyways, so you could bring a family member down on

9          that ticket and then you would just have to pay for the

10         hotel room.

11   Q.    So the company was actually paying for a family member to

12         come travel and stay with you for the weekend if you had to

13         stay at a client site?

14   A.    Yes.

15   Q.    I see.  Was your -- did your -- strike all that.

16               Now let's go back to your job duties as an

17         implementation specialist.  Let's do that now.  It's a good

18         time.

19               I want you, Ms. Brown, to help me understand what

20         you did as an implementation specialist.  First of all, tell

21         me what office you were employed out of.  Or which office

22         were you working out of?

23   A.    My home office.

24   Q.    So you were working from home?

25   A.    Yes.
```

```
 1   Q.   You never actually went into a Tyler Technologies office?

 2   A.   Once in a great while.

 3   Q.   Once in a great while would -- give me an estimate.  Once a

 4        month you went there?

 5   A.   Maybe twice a year.

 6   Q.   Which office would you go to?

 7   A.   Plano.

 8   Q.   Plano, Texas?

 9   A.   Yes.

10   Q.   Was that known as The Software Group in Plano, Tex -- what

11        was that office -- I know it was a Tyler Technologies

12        office, but what was it previous to Tyler?

13   A.   I don't know.

14   Q.   Does the name "The Software Group" ring a bell to you?

15   A.   Yes.

16   Q.   What -- what is that to you?  What does that mean to you?

17        Is that the name of the group?

18   A.   The division in Tyler.

19   Q.   And what was the software that you were working on while you

20        were an implementation specialist?

21   A.   Odyssey.

22   Q.   Odyssey was the name of the software?

23   A.   Correct.

24   Q.   Did you work on Odyssey the whole time?

25   A.   Yes.
```

## Freedom Court Reporting, Inc                    25

1    Q.    So since you worked out of your home, it wasn't like on a

2          daily basis you were going to an actual office at Tyler,

3          right?

4                    MS. BAGLEY:  Object to the form.

5                    THE WITNESS:  When I was home, no.

6    BY MS. KHOSRAVI:

7    Q.    So I want to understand what -- give me a typical day of you

8          working from home.  Not when you were traveling to a client

9          site.  I want to understand while you were working from home

10         what duties were you performing, what functions you had.  So

11         walk me through a typical day, when you wake up, brush your

12         teeth, get ready, eat your breakfast and then sit in front

13         of your computer.  Walk me through that.  What were your

14         duties when you were working from home?

15                   MS. BAGLEY:  Form.

16   BY MS. KHOSRAVI:

17   Q.    You may answer the question.

18   A.    Working on configuration for clients.

19   Q.    Stop there and tell me what configuration means.

20   A.    That means they have specific things they wanted entered

21         into the system and actually enter the codes into the system

22         for them.

23   Q.    And when you say enter codes into the system, do you mean

24         you got data from that client and you had to enter those

25         data, meaning dates of birth, dates of hire, things of that

```
 1          sort, or that's not what you're talking about?
 2   A.     No.
 3   Q.     What sort of data or codes were you entering?
 4   A.     For instance, if they had a specific event that they wanted
 5          to use, they would tell you what event and the code that
 6          they wanted put in so that they could use that event.
 7   Q.     Let's back up.  Let's back up and you tell me when you first
 8          became employed by Tyler Technologies as an implementation
 9          specialist.  You said you started working with the Odyssey
10          software, right?
11   A.     Yes.
12   Q.     Now, tell me, what were you doing with the Odyssey software?
13          What was your position?
14                 MS. BAGLEY:  Object to the form.
15                 THE WITNESS:  Implementation?
16   BY MS. KHOSRAVI:
17   Q.     Yeah.  Tell me what that is.  What -- what does that mean?
18          To me, implementation doesn't mean much.  Tell me what you
19          were doing as an implementation specialist.
20   A.     When I first started?
21   Q.     Yes.
22                 MS. BAGLEY:  So we're not at the home office
23          anymore?
24   BY MS. KHOSRAVI:
25   Q.     When you first started, you were at your home office?
```

**Freedom Court Reporting, Inc**                           **31**

```
 1              THE WITNESS:  A code is just basically allowing

 2        you to configure the system to how -- to put your

 3        information in, basically, so that -- it -- it's kind of

 4        like a . . .

 5   BY MS. KHOSRAVI:

 6   Q.   Can you give me an example of your clients?  When -- when

 7        you're talking to me about configuration, think of an

 8        example where a client said I need you to do X, Y and Z, so

 9        configure this, and give me an example of that.

10   A.   Okay.  On a regular basis, they would enter an event, a note

11        received from the client.

12   Q.   Okay.

13   A.   Okay.  Say that was a regular event they entered on a

14        regular basis.

15   Q.   Okay.

16   A.   Well, in order for that to go into the computer system, you

17        would have to configure an event that said "note," so that

18        they didn't have to do that every single time.  And then

19        when they, on a regular basis, go in to enter note, they hit

20        like three -- three keys and the note pops up, so it's kind

21        of like, you know, just helping them configure the system.

22   Q.   So your job was to figure out what events they were going to

23        encounter and then configure the system for them?

24   A.   No.

25              MS. BAGLEY:  Object to form.
```

**367 Valley Avenue Birmingham, Alabama (877) 373-3660**

```
 1                    THE WITNESS:  They would tell me what events they

 2          needed.

 3    BY MS. KHOSRAVI:

 4    Q.    Uh-huh.

 5    A.    And I would just go in and add that for them.

 6    Q.    Okay.  So you wouldn't know what events they needed unless

 7          the clients actually communicate to you what events -- what

 8          event they needed?

 9    A.    Correct.

10    Q.    So let's fast-forward just a little bit.  So after you --

11          how long did you spend getting trained by another

12          implementation specialist by logging in and watching what he

13          was doing?

14    A.    I don't remember.

15    Q.    Was it a month?

16    A.    It was a combination of -- of the Web-Exes, and then I would

17          go down to Detroit and actually be on the client site.  So

18          it wasn't all Web-Exes.

19    Q.    Where was your home located?  At your current address?

20    A.    Yes.

21    Q.    Which is in what city, again?

22    A.    Alanson.

23    Q.    Alanson?

24    A.    Yes.

25    Q.    And how far of a -- how far away is Alanson from Detroit?
```

1    A.    It's about four and a half hours, five hours, depending on

2          traffic.

3    Q.    Do you remember how often you were driving from your home

4          office to the client site in Detroit during that time?

5    A.    I usually flew back and forth.

6    Q.    When you were at the client site in Detroit during that time

7          period, was there another implementation specialist there

8          with you or you were on your own?

9    A.    There was another implementation specialist there with them.

10   Q.    So think and tell me if you remember, when was it that Tyler

11         started sending you to a client site by yourself without

12         another implementation specialist there?  When did your

13         training end?  February '07, you started working with the

14         company, so think from that date.  How long were you getting

15         trained?

16   A.    I don't remember.

17   Q.    Were you still getting trained in February 2008?

18   A.    I don't remember.  I don't remember when the other

19         implementation person stopped -- stopped traveling.

20   Q.    But there was a time at which point you were the only

21         implementation specialist at a client site, right?

22   A.    Yes.

23   Q.    You just don't remember when that was?

24   A.    No.

25   Q.    Do you remember -- I know you don't remember when that

1        started.  Do you remember how long it was that you were

2        going out to a client site by yourself without another

3        implementation specialist?

4    A.   No.

5                  (Brown Deposition Exhibit Number 3 was marked

6                  for identification at 10:39 a.m.)

7    BY MS. KHOSRAVI:

8    Q.   Okay.  I'm going to hand you now what's been marked as

9        Exhibit Number 3.  It's a job description for an

10       implementation specialist.  Ms. Brown, take a look at that

11       and review that.

12               MS. BAGLEY:  Take your time and read over this.

13               THE WITNESS:  (Reviewing document.)  Okay.

14   BY MS. KHOSRAVI:

15   Q.   Does this job description accurately reflect the duties and

16       responsibilities that you have as an implementation

17       specialist?

18   A.   Yes.  For the most part.

19   Q.   Okay.  Now, since you said "for the most part," let's go

20       over this job description so I understand which one of these

21       responsibilities you did have and which one of them you did

22       not have.

23               In the first part under position objective, it

24       says, "The implementation specialist is responsible for

25       delivering on-site training and system setup and business

```
 1        use for courts and justice software application."

 2                    Did you provide on-site training for the City of

 3        Detroit, was it you said, for courts and justice system?

 4   A.   Wayne County.

 5   Q.   Wayne County.  Did you provide on-site training for them?

 6   A.   Yes.

 7   Q.   Okay.  And you provided on-site training for what?  For the

 8        use of Odyssey?

 9   A.   Yes.

10   Q.   Okay.  And this job description says you were also --

11        implementation specialist was also responsible for

12        delivering system setup.  Did you do that?

13   A.   We performed code entry, if that's what that pertains to.

14   Q.   Well, I was going to actually ask you what system setup

15        meant to you.

16   A.   Entering codes that the client told us to -- that they

17        wanted.  Yes.

18   Q.   And this goes back to configuring the software in order to

19        perform the events that the client wanted?

20   A.   Yes.

21   Q.   So this goes back to the example you were giving me before?

22   A.   Yes.

23   Q.   Now, the next sentence says, "Implementation specialists

24        work with their colleagues and managers to design, implement

25        and proactively manage a superior software experience for
```

1        our clients."

2                Did you work with your managers and your

3        colleagues to design the software Odyssey?

4    A.   I don't know about necessarily design it, but configure it.

5    Q.   You did configure -- again, configuration meaning you --

6    A.   Setting it up for the client.

7    Q.   For the client.  So you didn't -- you were not actually

8        involved in designing the program other than configuring it?

9    A.   Correct.

10               MS. BAGLEY:  Object to the form.

11   BY MS. KHOSRAVI:

12   Q.   So when you actually started working with a client, the

13       program -- the software was actually purchased by the

14       client?

15   A.   Yes.

16   Q.   And all you were -- what you were doing was configuring it

17       and setting it up so that the client could actually use it

18       for the purposes that they intended to?

19   A.   Correct.

20   Q.   Okay.  Remember how we were talking about the time period

21       when you were getting trained by another implementation

22       specialist while you watched what they did --

23   A.   Yes.

24   Q.   -- from home?  Now, think back to the first time that you

25       actually went back to a client site.  Who told you that,

**Freedom Court Reporting, Inc**                                    **45**

```
 1    BY MS. KHOSRAVI:

 2    Q.    When you were traveling to a client site to actually perform

 3          configuration duties, meaning setting up their system to

 4          make sure it functions the way they need it to function, did

 5          you do anything previous to that to prepare for the

 6          configuration?

 7    A.    Sometimes.

 8    Q.    And what sort of things would you have to do to prepare for

 9          that?

10    A.    Review documentation.

11    Q.    When you say "review documentation," clients' documents?

12    A.    No.  Tyler's doc -- software documentation so that you

13          understood how the -- how the system functions.

14    Q.    While you were working as a -- as an implementation

15          specialist for Tyler, you said you traveled to the city of

16          Detroit, which was about four and a half hours from your

17          house.  Did you travel anywhere else?

18    A.    Yes.

19    Q.    Where else did you travel?

20    A.    I traveled to Kalamazoo.

21    Q.    Is Kalamazoo in Michigan?

22    A.    Yes.  Georgia.

23    Q.    The state of Georgia or the city of Georgia?

24    A.    The state.  I forget which --

25    Q.    Okay.  That's fine.  State of Georgia.
```

Case 2:08-cv-00422-TJW   Document 145-11   Filed 09/24/10   Page 13 of 30 PageID #: 1280

1   A.    -- client it was.

2   Q.    Where else did you travel?

3   A.    New Mexico, Las Vegas and Miami.

4   Q.    And when you were traveling to these states, were you

5         traveling there to configure and train the clients on

6         Odyssey software only?

7   A.    I think --

8                 MS. BAGLEY:  Object to the form.

9                 THE WITNESS:  It was Odyssey software only, but it

10        wasn't just training.  Some of them were Go-Lives.

11  BY MS. KHOSRAVI:

12  Q.    Some of them were configuration?

13  A.    Yes.

14  Q.    But I think what I'm trying to understand is the Odyssey

15        software was the only software you worked with, or, no, you

16        worked with other softwares, as well?

17  A.    No.  Just Odyssey.

18  Q.    Just Odyssey.  And when you were in those other states --

19        Georgia, New Mexico, Las Vegas -- were you working with the

20        city's courts' offices again?

21  A.    It -- it's county.  County courts.

22  Q.    County courts.  So you were only working with the county

23        courts or did you ever work with their school systems or --

24  A.    No.  Just the county.

25  Q.    Just the county.

1      engaged in; what they were doing?

2   A.   No. Not all of the time. Sometimes, I guess. I

3      don't . . .

4   Q.   Sometimes you knew that because you guys were working

5      together on a project?

6   A.   Sometimes. Sometimes just through conversation you find out

7      someone's working on something. But, I mean, not on a

8      regular basis. I . . .

9   Q.   Go back to the job description I handed you, which was

10     Exhibit Number 3. Under principal duties, bullet point --

11     the third bullet point, "Create user documentation when

12     required," did you do that, that function?

13   A.   Yes.

14   Q.   And tell me what that means.

15   A.   If the client wanted a simplified version of our manual, we

16     would -- we could just take screenshots off of our manual

17     and put it into something a little more simplified that

18     wasn't as lengthy, kind of a little cheat sheet for them.

19   Q.   Now, go under the section where it says scope and impact.

20     The second sentence says -- it talks about implementation

21     specialists' job responsibilities. It says, "They do

22     everything from conversion, checkout, fit analysis." Do you

23     see that?

24   A.   Yes.

25   Q.   What is -- did you do that?

1   A.   I'm trying to remember as an implementation specialist --

2        yes, I did.

3   Q.   Tell me what fit analysis is.

4   A.   You basically sit there and listen to the project manager

5        talk with the client and the client's telling them what

6        their business process is, and you enter in a code to show

7        them and -- so that the project manager can show them if

8        that will work to meet their business process.

9   Q.   So you're not actually creating that code or entering it,

10       you're sitting there observing the project manager do it?

11       I'm trying to understand --

12   A.   No.

13   Q.   Yeah.

14   A.   The project manager is in charge and directs the process,

15       and the client is telling the project manager, "This is how

16       we do this business process." And the project manager says,

17       "Okay. You know, Jill, enter the code to show them how that

18       would be done." So you would enter the code and the client

19       would see how -- how that would work for their business

20       process --

21   Q.   So is that different from configuration?

22   A.   No, not really.

23   Q.   So fit analysis is the same thing as configuration?

24   A.   It's similar.

25   Q.   In what way is it different?

1    A.    Fit analysis is a process of helping the client figure out

2          how the system functions and how it's going to fit their

3          needs with their business processes and --

4    Q.    Feel free to think of an example like you did before because

5          that helped.  So you can give me an example to differentiate

6          the two for me.

7    A.    The client says they need to come up with a way to track

8          certain events that they enter in, so the project manager

9          will -- will have you enter in a code and show the client

10         that, you know, you have this option, you can pull this up,

11         or, you know, maybe you can -- there's this option that will

12         give you the same results, you know, whatever works best for

13         your business processes.

14   Q.    And how do you know what codes you're entering?  How do you

15         know what code you're entering?  You kept saying the project

16         manager would say, "Enter the code."

17   A.    When you're entering a code and you're just doing a

18         demonstration, --

19   Q.    Uh-huh.

20   A.    -- you just enter -- you can enter whatever code just to

21         kind of give an example.  You would just enter like an

22         example code to show them this is what it can do, here's

23         this option, here's this option.

24   Q.    So a code is not like a computer program?

25   A.    No.

```
1          troubleshooting during the Go-Live phase; is that right?

2   A.   Yes.

3                 MS. BAGLEY:  Form.

4   BY MS. KHOSRAVI:

5   Q.   Were you engaged in any other functions or processes that

6        I'm missing that I haven't discussed with you today?

7   A.   The conversion.

8   Q.   Conversion.  Tell me what that is.  I haven't talked about

9        that today.

10  A.   That's when the data from the old system gets processed to

11       fit into the new system, and we don't actually do the

12       conversion, but we help review the data to make sure that

13       the information that's coming through is put in the right

14       spot, so to speak.

15  Q.   Now, you said several times we don't do this or we do this.

16       I want to know what Jill Brown, as an implementation

17       specialist, did.  So did you, Jill Brown, ever engage in

18       actually converting their old data to the new data?  Did you

19       personally engage in conversion?

20  A.   No, not as an implementation specialist.

21  Q.   Did you ever, during your --

22  A.   No.

23  Q.   -- employment with Tyler, engage in conversion?

24  A.   Not the actual process of converting.

25  Q.   What process of converting were you engaged in?
```

**Freedom Court Reporting, Inc**                                    **61**

```
 1            to know what else you were engaged in.  What else were you

 2            doing while you were working for Tyler at home, during your

 3            business hours at home?

 4   A.       Those were the majority of the things; you know,

 5            documentation, data conversion, reviews --

 6   Q.       Data conversion, reviews.  Okay.

 7   A.       Web-Exes with the client, configuration.

 8   Q.       Okay.  Now, other than the implementation specialist

 9            position that you held with Tyler, at some point, you also

10            held the position of a project manager; is that right?

11   A.       In conjunction with the implementation --

12   Q.       So you were -- at some point during your employment with

13            Tyler, you were functioning as an implementation specialist,

14            and you also functioned as a project manager at the same

15            time?

16   A.       Yes.

17   Q.       Okay.  How long were you performing that function?  I'm

18            sorry.  Let me back up.  How long were you performing both

19            functions of implementation specialist and project manager?

20   A.       It was only project manager for one client.

21   Q.       Which client was that?

22   A.       Kalamazoo.

23   Q.       Kalamazoo.  What does that mean?  Is that the city?

24   A.       It's county.

25   Q.       It's a county.
```

**367 Valley Avenue Birmingham, Alabama (877) 373-3660**

```
 1    A.   Yes.

 2    Q.   In -- in where?

 3    A.   Michigan.

 4    Q.   In Michigan.  So for -- for the Kalamazoo project, you were

 5         functioning as implementation specialist and the project

 6         manager?

 7    A.   Yes.

 8    Q.   Just for that project?

 9    A.   Yes.

10    Q.   Do you remember the duration, how long you were actually the

11         project manager?

12    A.   It was for that project, which lasted, I think, for about

13         a -- a little over a year, maybe.

14    Q.   Do you remember when it was that you took over the position

15         of the project manager, as well as implementation

16         specialist?

17    A.   I believe it was June of '08.

18    Q.   June of '08.  Did your salary increase as a result of you

19         having the additional responsibilities of a project manager?

20    A.   I was given a project stipend, or whatever they call it,

21         for --

22    Q.   Was it also called an assignment premium?  Does that mean

23         something to you?

24    A.   Yes.  That sounds right.

25    Q.   So they were giving you about $650.00 in addition to your
```

1  salary for your additional duties as a project manager?

2  A.  Yes.

3  Q.  So from June 2008 until the project ended, the Kalamazoo

4  project ended, you were project manager?

5  A.  Not just project manager. I was doing both project --

6  Q.  I'm sorry.

7  A.  -- management and implementation.

8  Q.  You're right. You're right. So from June 2008 until the

9  Kalamazoo project ended, you were functioning as both an

10  implementation specialist and a project manager?

11  A.  Correct.

12  Q.  When did the Kalamazoo project end? When did your duties as

13  a project manager end? Do you remember that?

14  A.  July of '09.

15  Q.  Would it have happened July or perhaps August of 2009?

16  A.  That could be. Yes.

17  Q.  Okay. And then once you -- once you were no longer

18  performing the functions of a project manager, you also were

19  no longer receiving the $650.00 additional salary, correct?

20  A.  Correct.

21  Q.  And that 650 was per month, correct?

22  A.  Yes. I believe that's what it was.

23  Q.  Now, why do you say -- why do you say -- you said I was

24  performing both the functions as an implementation

25  specialist and a project manager. Were they different

**Freedom Court Reporting, Inc**                                        64

```
1          functions?

2     A.   Yes.

3     Q.   How was a project manager position that you also took on

4          different than an implementation specialist's position?

5     A.   The project manager is responsible for more of the

6          administrative functions with the client, more of the

7          hands-on interaction with the client.  You're more

8          responsible for the client relationship.

9     Q.   As a project manager, were you leading a team of

10         implementation specialists to finish the project?

11    A.   I did have a team come in and help for Go-Live.

12    Q.   But as a project manager, you were managing the Kalamazoo --

13    A.   Kalamazoo.

14    Q.   -- Kalamazoo project, right?

15    A.   Yes.

16    Q.   And in being the project manager for the -- I can't say that

17         word -- Kalamazoo project, did you have a team of

18         implementation specialists that you were coordinating with

19         and leading in finishing that project?

20    A.   No.  Kalamazoo did a lot of their own implementation work

21         because this was their second phase of the project and they

22         pretty much had a good grasp of how to configure the system

23         so they pretty much handled the majority of that.

24    Q.   And by you saying that, it means they had already used the

25         Odyssey software before?
```

```
 1   A.   Correct.

 2   Q.   Were they upgrading?

 3   A.   They were -- we do the project in phases.  They had already

 4        implemented criminal.

 5   Q.   So they had gone live already?

 6   A.   They had gone live, and they were working on implementing

 7        civil.

 8   Q.   And because they had done -- they had gone live with the

 9        criminal phase of Odyssey, they did not need an

10        implementation specialist on-site to -- to do what?  They

11        didn't need an implementation specialist to train them?

12        They already knew how the system worked?

13   A.   Correct.

14   Q.   What about configuration?  Who helped them with the

15        configuration?

16   A.   They did the configuration.

17   Q.   Okay.  So tell me, as a project manager on Kalamazoo, what

18        was your role?  Did you -- you didn't have any

19        implementation specialists working -- working underneath

20        you?

21   A.   If I remember correctly, the only time I had implementation

22        people in was for the Go-Lives.

23   Q.   You had implementation specialists on the client site when

24        they were going live with the civil phase of the Odyssey --

25   A.   Civil and criminal.
```

```
1         feeling for what was expected of you as a project manager?

2    A.   Just kind of, yeah, watched.

3    Q.   And so once you shadowed that other project manager and you

4         started doing -- performing the function of a project

5         manager, you walk in, you're now having to perform as a

6         project manager, what -- what additional duties and

7         responsibilities did you have besides the configuration work

8         that you were doing and the training work that you were

9         doing?

10             MS. BAGLEY:  Form.

11             THE WITNESS:  Project managers don't do

12        configuration.

13   BY MS. KHOSRAVI:

14   Q.   So at that time when you were working as a project manager,

15        were you still configuring because you were implementation

16        specialist or, no, that function had gone away for the time

17        being?

18   A.   For the time being -- I mean, if I was doing implementation

19        work for the client, I would bill them for implementation

20        work --

21   Q.   From Kalamazoo?

22   A.   Yes.

23   Q.   Okay.

24   A.   If I was doing project management work, I would bill for

25        project management.
```

1    Q.   How did you know certain work that you were doing was

2         classified as project manager work and how did you know this

3         work that I'm doing now is implementation specialist work?

4    A.   Because coding, doing the -- the -- adding codes in is -- is

5         implementation type of work.  Keeping track of client

6         billing and that sort of thing is project management.

7    Q.   And when you say keeping track of clients' billing, expand

8         so I know what you're talking about.  So as a project

9         manager, your -- part of your job was to see how many hours

10        you had worked as an implementation specialist?

11   A.   If the client has a project, say they want a -- a special

12        enhancement, that they want the software to work a specific

13        way, --

14   Q.   Okay.

15   A.   -- and the software, as a core package, does not work that

16        way, so you have to sit down with the client and you have to

17        actually write up what -- how they want the software to

18        work.  And then you have to take it and present it to the

19        developers and get an estimate of how many development hours

20        it's going to take to actually write software code to change

21        the software to work the way that they want it to work.

22        That's part of the project management roles.  I'm trying to

23        think.  Their -- their budget, keeping track of -- oh.  If

24        development takes a project, they work six hours on it, you

25        have to, every week, look at -- at the hours that are billed

1    towards certain projects for the client so that you can keep

2    track of their budget and their billing.

3    Q.   And this was all done in your capacity as a project manager?

4    A.   As a project manager, yes.

5    Q.   Were you managing any implementation specialists as a

6         project manager?

7    A.   When they were on-site.

8    Q.   You were actually managing them?

9    A.   Yes.

10   Q.   Okay.   How many implementation specialists were you managing

11        during the time period that you were functioning as a

12        project manager?

13   A.   It was just when they were on-site, and then it was

14        basically telling them what time we were meeting, and I

15        think the most was two at a time; I had two on-site at a

16        time.

17   Q.   And when you were meeting with them, what -- what happened

18        at these meetings?   Were you meeting them in your efforts to

19        finish the configuration or -- you tell me what you were

20        doing at these conference calls that you were having with

21        your implementation specialists.

22   A.   It was when they were on-site we would have meetings and we

23        would talk about the Go-Live.   Any issues the implementation

24        people have they always would escalate to the project

25        manager, so I -- as PM, as project manager, I made up cards,

## Freedom Court Reporting, Inc                    97

```
 1         OFM."  Do you see that?

 2    A.   Yes.

 3    Q.   What is OFM?

 4    A.   That's part of Odyssey.

 5    Q.   What does it stand for?

 6    A.   It's -- it's part of -- it's Odyssey Financial Manager.

 7    Q.   So you're saying here that you became more comfortable

 8         configuring the Odyssey Financial Manager?

 9    A.   Yes.

10    Q.   And this is something that the courts still used?

11    A.   Yes.  That's a -- Odyssey has different components to it.

12    Q.   Okay.

13    A.   And Odyssey Financial Manager is a component of the Odyssey

14         software.

15    Q.   Number 3, you wrote, "As I created documentation that is not

16         too client specific, and that I felt may be useful to

17         others I shared it with management for determination of its

18         usefulness."  Do you see that?

19    A.   Yes.

20    Q.   Is that an accurate statement?

21    A.   Yes.

22    Q.   And tell me in your own words, describe to me documentation,

23         what is that -- what is it that you did?  You created what

24         documentation?

25    A.   The -- the client would ask for cheat sheets and you would
```

**Freedom Court Reporting, Inc**      98

```
1          take, out of the manuals, screenshots.  And if they asked

2          for something specific, you would put it in there.  And if

3          it wasn't too specific for a client, I would share that

4          information with management.

5     Q.   So they could just give it -- give that cheat sheet to other

6          clients?

7     A.   Yes.

8     Q.   Okay.  I want you to read Number 2 under "Personal

9          Professional Growth Goals."  Read that whole paragraph that

10         you wrote.

11    A.   (Witness complied.)

12    Q.   Do you agree with the statements that you made there?

13    A.   Yes.

14    Q.   It says, "My goal was to try and experience and perform some

15         of those processes, such as Configuration Workshops, Forms

16         Workshops, et cetera."  Are you saying that because of your

17         dedication to Detroit, you missed out on a lot of

18         implementation processes from the beginning to end?  I'm

19         trying to understand, you weren't getting training or

20         whether -- tell me in your own words what you were telling

21         them in this paragraph.

22    A.   Workshops are -- a forms workshop is -- is just like -- like

23         doing training with a client on -- on how to add forms into

24         the system.  And because, when I came on board with Tyler,

25         Detroit was already through that process, and so I didn't
```

1       that you worked?

2    A. Any additional time sheets that reflect hours that I didn't

3       put in to the TimeConsultant.

4    Q. You were telling me before the times when you actually

5       traveled to a client site. Do you remember that

6       conversation where you mentioned Georgia, you mentioned

7       Detroit, you mentioned Las Vegas?

8    A. Yes.

9    Q. You mentioned who else?

10   A. Miami.

11   Q. Miami. Where else did you go? New Mexico?

12   A. New Mexico.

13   Q. Where else?

14   A. Kalamazoo.

15   Q. Kalamazoo in Michigan. Where else?

16   A. Minnesota.

17   Q. Anywhere else?

18   A. I was on a client site in Texas.

19   Q. Anywhere else?

20   A. Not that I can think of. I think that's it.

21   Q. So that's eight -- eight times that you went to a client

22      site; is that right?

23                    MS. BAGLEY: Object to form.

24                    THE WITNESS: That's eight clients that I worked

25      on, not necessarily the number of times that I was at a

```
 1          different site.
 2     BY MS. KHOSRAVI:
 3     Q.   So some of the clients you might have visited or traveled to
 4          their site during the project, during the life of the
 5          project, right?
 6     A.   Correct.
 7     Q.   So for these eight particular locations or clients that you
 8          worked for, do you remember how many times you visited each
 9          one of their sites, or you don't remember that?
10     A.   I don't remember that.
11     Q.   So unless you were traveling to the -- to these eight
12          particular client sites, if you weren't on their sites, you
13          were working from your home office; is that right?
14     A.   That's correct.  Unless I was on vacation.
15     Q.   And you mentioned earlier that you also had an opportunity
16          to actually go to Tyler's offices in Plano, right?
17     A.   Yes.
18     Q.   How many times was that?  Was it just once that you went
19          there?
20     A.   A couple times a year, I think.
21     Q.   You might have testified to this and I'm sorry, I just don't
22          remember.  What was the purpose of that visit?  What would
23          you do when you went down to Plano?
24     A.   Meetings.  For team meetings.  That was pretty -- team
25          meetings or -- or company functions.
```

```
 1                    CERTIFICATE OF NOTARY
 2   STATE OF MICHIGAN  )
 3                      ) SS.
 4   COUNTY OF CHEBOYGAN)
 5
 6
         I, Kristine K. Grigsby, a Notary Public in and for the
 7
     above county and state, do hereby certify that the above
 8
     deposition was taken before me at the time and place
 9
     hereinbefore set forth; that the witness was by me first
10
     duly sworn to testify to the truth, and nothing but the
11
     truth; that the foregoing questions asked and answers made
12
     by the witness were duly recorded by me stenographically and
13
     reduced to computer transcription; that this is a true, full
14
     and correct transcript of my stenographic notes so taken;
15
     and that I am not related to, nor of counsel to either party
16
     nor interested in the event of this case.
17
18
19
20
                        _____
21                      KRISTINE K. GRIGSBY, CSR-4834, RPR
22                      Notary Public,
23                      Cheboygan County, Michigan
24                      (Acting in Emmet County)
25                      My Commission Expires:  April 23, 2011
```