**Freedom Court Reporting, Inc**                                        1

```
                  IN THE UNITED STATES DISTRICT COURT

                    FOR THE EASTERN DISTRICT OF TEXAS

                              MARSHALL DIVISION

        _____

        _____

        PATTY BEALL, MATTHEW

        MAXWELL, TALINA McELHANY and

        KELLY HAMPTON, Individually

        and on behalf of all other

        similarly situated,

                 Plaintiffs,              2:08-cv-422   TJW

             v.

        TYLER TECHNOLOGIES, INC., and

        EDP ENTERPRISES, INC.,

                 Defendants.

        _____

        _____

                              DEPOSITION OF

                              ILENE MEYERS


        At Raleigh, North Carolina

        Friday, July 30, 2010; 9:14 a.m.

        Reported by: Lindsey D. Cline, CVR
```

```
 1    Q.   Okay.  Like a project report or anything specific
 2         to the project?  Anything you can recall along
 3         those lines?
 4    A.   You know, I don't want to be very specific because
 5         I'm not recalling.
 6    Q.   Okay.
 7    A.   But I just know that the project manager always
 8         did the analysis of what the client needs and
 9         wants.  And so I know that had to have been
10         communicated to me.  And I'm not positive that
11         there was an actual form or if it actually was
12         just through e-mail saying this is exactly what
13         the client is going to be using.
14    Q.   Okay.  And when you say the analysis of what the
15         client needs and wants, you're talking something
16         more than just what module you're training on,
17         correct?
18    A.   Yes.
19    Q.   This is something more specific as to what the
20         client wants to do within the particular module as
21         to routing of data, for example?
22    A.   What they're using and what they're not.
23    Q.   Within the module?
```

```
 1    A.   Yes.
 2    Q.   Did you as an implementation consultant -- I'm
 3         sorry -- implementation specialist at Tyler ever
 4         undertake an analysis of what the client needs and
 5         wants -- similar to what you described the project
 6         manager typically does?
 7    A.   No.  That was the project manager's duties.
 8    Q.   Okay.  And so your recollection, as best you can
 9         recall, is that that would have been communicated
10         to you by the project manager in some form,
11         perhaps in a document, but perhaps through an e-
12         mail or a phone conversation?
13    A.   Yes.
14    Q.   Is there a name for that analysis of what the
15         client needs and wants that was used at Tyler?
16    A.   I don't know if there was a set name, but I would
17         call it the project plan.
18    Q.   If I use the term systems analysis, is that
19         something you're familiar with as a term used at
20         Tyler?
21    A.   I think that's a common usage for most technology,
22         system analysis.  But I don't know if that's
23         particularly what they called it as a project
```

```
 1       manager doing it.
 2   Q.  Okay.  But just using that sort of generic
 3       understanding of what a systems analysis means, is
 4       that a description of what we've discussed in
 5       terms of analyzing what the client wants and needs
 6       with respect to the software and what it intends
 7       to use and what it doesn't intend to use?
 8   A.  I don't know, because I don't know what the real
 9       definition of that term is.  And I hate to --
10   Q.  Okay.
11   A.  -- say anything.
12   Q.  But you're more comfortable with the phrase
13       project plan to describe that?
14   A.  Uh-huh, yes.
15   Q.  Okay.  Would it have been typical for you to be on
16       the phone with the customer prior to visiting the
17       customer site?
18   A.  It could be, possibly.
19   Q.  And what types of -- what reason would you have to
20       communicate with the client before the trip?
21   A.  I would just tell them I was to be expected in at
22       this time.  "I'm staying here.  Is there anything
23       I need to bring, or is there anything you need
```

```
 1      tables for it to work for their business
 2      processes.
 3   Q. Was -- in your job as implementation specialist,
 4      was it important at all for you to know about the
 5      customer's legacy or previous system?
 6   A. No.  I never got involved in their old system,
 7      even though I heard about it.
 8   Q. You'd hear about it from the --
 9   A. From the client.
10   Q. From the representatives who you were training?
11   A. Yes.
12   Q. When they would say, "We used to do it like this"?
13   A. Yes.
14   Q. Okay.
15   A. Constant.
16   Q. Okay.  But it's not something that you would have
17      reviewed or talked to the customer about in any
18      depth?
19   A. No.
20   Q. Now, you described the process by which you were
21      informed of what modules you would be training,
22      who your contact person was.  And again, I
23      understand you weren't exactly sure how -- in what
```

```
 1        form that was communicated to you by your project
 2        manager on every instance.  But how would you know
 3        how to set up the particular schedule of training
 4        with the customer?  And by that I mean, what times
 5        of the day that you're training, you know,
 6        particular representatives?  Is that something
 7        that you would have to work out with the customer
 8        once you got to the site, or was that something
 9        that was done ahead of time?
10   A.   That was done ahead of time.
11   Q.   And was that -- did Tyler use the term agenda to
12        describe that?
13   A.   I don't know if they used the word agenda.  But
14        the project manager was the one who would set up
15        with the client the days that I would be there to
16        train and the times.
17   Q.   Were you, as an implementation specialist, ever
18        involved in that process in setting up the agenda
19        for the training?
20   A.   Generally not.  If -- you use the word agenda as
21        what?  What is agenda?  The days, the time, the
22        place?
23   Q.   Yeah, I'll -- let me give you a definition.
```

```
 1    A.   Okay.
 2    Q.   By agenda, I meant the day -- the schedule.  Like,
 3         "Tuesday at 9:00 we want you to be training these
 4         people on, you know, this aspect of the module.
 5         And then at 1:00 you're going to go into this room
 6         and train this group on, you know, this particular
 7         aspect of the software."  Basically, the schedule
 8         in the sense of where you're supposed to be and
 9         what you're supposed to be doing.
10    A.   Right.
11    Q.   That's what I mean by agenda.
12    A.   Okay.  My project manager would set that up ahead
13         of time for me.
14    Q.   Okay.  And would there be a document that you
15         would have at the commencement of the
16         implementation that would tell you that, or would
17         you just be at the, kind of, customer's direction?
18    A.   I would know ahead of time that this -- and again,
19         that's the same thing that I don't recall if that
20         was given to me in an actual schedule or if it was
21         e-mailed to me or called to me.  But there was
22         some formal way of telling me that before I left
23         for my trip.
```

```
 1    A.   It's just that there was no glitches in the
 2         system.  The client seems to understand what's
 3         going on and the data information came -- through
 4         conversation, they convert their information into
 5         the system.  Everything seems to be working well.
 6    Q.   And converting the data into the system, that was
 7         something done by Tyler's conversion department?
 8    A.   Yes, if that's the name of that.  But I don't know
 9         if it's called Tyler's conversion department.  But
10         there were technology folks that did that.
11    Q.   How about this?  It wasn't -- you were not the one
12         that converted the data?
13    A.   I did not.  And they're lucky I didn't.
14    Q.   Fair enough.  What if there was a situation where
15         the customer's employees who you were training
16         were not picking up on the training such that the
17         training was not on time?  Would you discuss with
18         the project manager the need to have additional
19         training?
20    A.   Yes, I would definitely pass that type of
21         information along.
22    Q.   And then I guess it was up to the project manager
23         to work that out with the client?
```

```
 1    A.   No.

 2    Q.   No, it did not?

 3    A.   No, it did not.  Sorry.

 4    Q.   That's all right.  That's my question that

 5         elicited the double negative, so I have to fix it.

 6         All right.  Once that set amount of go-live

 7         support ended, did you have any additional

 8         responsibilities with respect to that customer?

 9    A.   Personal -- no.

10    Q.   Did you have any responsibilities with respect to

11         fielding questions from customers on the telephone

12         when you were at the office?

13    A.   I didn't, per se, have responsibility to where it

14         says, "You need to take these."  I would take

15         calls if they were customers I had implemented if

16         they had a question.  Absolutely I'd take their

17         call.

18    Q.   Was there any period of time in which you were

19         supposed to transition those kinds of calls to

20         Tyler's telephone support team?

21    A.   Well, anything technical went to Tyler's support

22         team.  If it was a simple training question I

23         could answer, I would answer it.  But anything
```

```
 1         technical always went to technical support.
 2   Q.    And -- but let's say a client called you because
 3         you had been their implementer and they had a
 4         technical question, would it have been your
 5         practice to try to answer that question or to send
 6         that to support?
 7   A.    I would send it to support.  I wouldn't be any
 8         help to them.
 9   Q.    I see, okay.  Because you wouldn't know how to
10         answer the question perhaps?
11   A.    That's correct.
12   Q.    Was it the practice at the Raleigh office at Tyler
13         to allow you some flexibility to take all or part
14         of Fridays off if you had engaged in travel during
15         that week?
16   A.    No.  I was required to come in on Friday.
17   Q.    Have you -- before I just stated it in my
18         question, had you ever heard of such a practice at
19         the Raleigh office?
20   A.    It didn't happen with me, so I don't know.
21   Q.    Did it happen with others?
22   A.    I can't talk for them.  I don't know.  I don't
23         know what --
```

1  NORTH CAROLINA

2  WAKE COUNTY

3                    C E R T I F I C A T E

4

5      I, Lindsey D'Anne Cline, Court Reporter and Notary

6  Public, the officer before whom the foregoing proceeding was

7  conducted, do hereby certify that the witness(es) whose

8  testimony appears in the foregoing proceeding were duly

9  sworn by me; that the testimony of said witness(es) were

10 taken by me to the best of my ability and thereafter

11 transcribed under my supervision; and that the foregoing

12 pages, inclusive, constitute a true and accurate transcript

13 of the testimony of the witness(es).

14     I do further certify that I am neither counsel for,

15 related to, nor employed by any of the parties to this

16 action in which this proceeding was conducted, and further,

17 that I am not a relative or employee of any attorney or

18 counsel employed by the parties thereof, nor financially or

19 otherwise interested in the outcome of the action.

20          This the _____ day of _____, 2010.

21                                  _____

22                                  Lindsey D'Anne Cline

23                                  Notary Public No.