THOMAS O'HAVER; May 18, 2010

1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

---

PATTY BEALL, MATTHEW MAXWELL,        )
TALINA McELHANY and KELLY            )
HAMPTON, individually and on         )
behalf of all other similarly        )
situated,                            ) 2:08-cv-422 TJW
                                     )
       Plaintiff(s),                 )
                                     )
vs.                                  )
                                     )
TYLER TECHNOLOGIES, INC., and        )
EDP ENTERPRISES, INC.,               )
                                     )
       Defendant(s).                 )

---

DEPOSITION UPON ORAL EXAMINATION OF
THOMAS O'HAVER

---

9:20 A.M.

MAY 18, 2010

520 PIKE STREET, 12TH FLOOR

SEATTLE, WASHINGTON

REPORTED BY:  MARY L. GREEN, CCR 2981

Yamaguchi Obien Mangio, LLC Reporting & Video * www.yomreporting.com
520 Pike Street, Suite 1320, Seattle, WA 98101 * (206) 622-6875 * 1 (800) 831-6973

EXHIBIT 0014

28

to be set up to meet the needs of the client, and after being set up, the client needs to be trained on the use of that software.

Q. Maybe you can walk me through. So I'm a new customer.

A. Yes.

Q. I'm some kind of governmental unit. Say I'm a municipality.

A. Uh-huh.

Q. And I have purchased the software, the EDEN solution software, right?

A. Yes.

Q. Do you get initial -- I mean, where do you come in? Do you get notice, hey, we have this new customer, or just kind of walk me through your role in that process. Are you part of selling the software to the new customer?

A. No.

Q. So when would you come in and how would you get notice of a new customer?

A. I come in after the sale cycle is complete and after the project manager has met with the client, come up with an implementation plan, and also after the conversion department of EDEN Systems has converted their existing data to the new format that the new

THOMAS O'HAVER; May 18, 2010

29

1  software requires.) Then my job is to set up the
2  software and to train the end users.
3      Q. So I want to walk through that process. So it
4  sounds to me if I'm understanding correctly, you say
5  the project manager initially meets with the client and
6  creates the implementation plan. Some other group
7  takes the client's data and converts its existing data
8  into the EDEN software, and then that's when you come
9  in after that has happened. Am I correct on that?
10     A. Partly. If they were an existing client, EDEN
11 client, then they'd take their software from one
12 version and convert it to whatever needs to be in for
13 the new version. Sometimes that's minimal conversion.
14 Sometimes if they were on a different software
15 altogether, it could be some major conversion.
16         I would not be directly involved in that. I
17 would take that data -- come in at the point of data
18 being -- having been converted and train the users on
19 that with their converted data on the new software.
20     Q. So who notifies you -- okay. We've taken the
21 data, converted it into our software, and set up, so
22 who notifies you? What kind of information do you get
23 at that point?
24     A. My manager notifies me.
25     Q. Who was your manager?

THOMAS O'HAVER; May 18, 2010

112

CORRECTION & SIGNATURE PAGE

RE: BEALL v. TYLER TECHNOLOGIES;
    USDC; 2:08-cv-422 TJW;
    THOMAS O'HAVER; May 18, 2010
                    Reported By: Mary L. Green

I, THOMAS O'HAVER, have read the within transcript taken May 18, 2010, and the same is true and accurate except for any changes and/or corrections, if any, as follows:

PAGE/LINE             CORRECTION              REASON

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Signed at _____, Washington, on this date:_____.

_____
THOMAS O'HAVER

THOMAS O'HAVER; May 18, 2010

113

REPORTER'S CERTIFICATE

I, MARY L. GREEN, the undersigned Certified Court Reporter and Notary Public, do hereby certify:

That the sworn testimony and/or proceedings, a transcript of which is attached, was given before me at the time and place stated therein; that any and/or all witness(es) were duly sworn to testify to the truth; that the sworn testimony and/or proceedings were by me stenographically recorded and transcribed under my supervision, to the best of my ability; that the foregoing transcript contains a full, true, and accurate record of all the sworn testimony and/or proceedings given and occurring at the time and place stated in the transcript; that I am in no way related to any party to the matter, nor to any counsel, nor do I have any financial interest in the event of the cause.

WITNESS MY HAND, SEAL, AND DIGITAL SIGNATURE this 22nd day of May, 2010.

MARY L. GREEN
Certified Court Reporter, #2981
Notary Public in and for the State of Washington,
Residing in Snohomish County.  Commission expires 4-4-2013.
mgreen@yomreporting.com

Click Link to Verify Signature:

(Https://digitalid.verisign.com/services/client/index.html)