IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PATTY BEALL, MATTHEW MAXWELL, TALINA MCELHANY AND KELLY HAMPTON, individually and on behalf of all other similarly situated; <br><br> Plaintiffs, <br><br><br> TYLER TECHNOLOGIES, INC. AND EDP ENTERPRISES, INC. <br> Defendants. | § § § § § § § § § § § § § § § <br><br> 2:08-cv-422  TJW |

## DECLARATION OF PAIGE COLE

I declare, under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. My name is Paige Cole. I am over 21 years of age and have personal knowledge of the facts set forth in this declaration.

2. I am employed with Tyler Technologies, Inc. ("Tyler"). Specifically, I am the Director of Human Resources of Tyler's Courts and Justice Division. Tyler's Courts and Justice Division includes The Software Group ("TSG"), based in Plano, Texas.

3. In my capacity as Direct or Human Resources, I have knowledge of the dates of employment and title of employees who work with TSG in Plano, Texas.

4. Jason Hunter Bonner was employed as a Client Support Representative from November 6, 2006 until February 8, 2007. Jason Hunter Bonner worked in Tyler's TSG division in Plano, Texas.

5. During his employment with Tyler, Jason Hunter Bonner was classified as a non-exempt, hourly paid employee.

Executed this 23rd day of September, 2010 in Plano, Texas.

*Paige Cole*
PAIGE COLE

**DECLARATION OF PAIGE COLE – PAGE 2**
DB1/65676971.1