Freedom Court Reporting, Inc                                             1

```
 1            IN THE UNITED STATES DISTRICT COURT
 2             FOR THE EASTERN DISTRICT OF TEXAS
 3                      MARSHALL DIVISION
 4
 5   PATTY BEALL, MATTHEW MAXWELL,
 6   TALINA MCELHANY AND KELLY
 7   HAMPTON, individually and on
 8   behalf of all other similarly
 9   situated;
10          Plaintiffs,
11   vs.                     Civil Action
12                           No. 2:08-CV-422 TJW
13   TYLER TECHNOLOGIES, INC.
14   AND EDP ENTERPRISES, INC.,
15          Defendants.
16   _____/
17   PAGE 1 TO 139
18
19   The Deposition of LAURA MILBURN,
20   Taken at 400 Renaissance Center, Suite 2160,
21   Detroit, Michigan,
22   Commencing at 10:01 a.m.,
23   Wednesday, September 1, 2010,
24   Before Jacquelyn S. Fleck, CSR 1352, RPR, CRR, RMR,
25
```

| | | |
|---|---|---|
| 1 | | know when I was going to have it because I was moving. |
| 2 | Q. | When did you first find out that Joy Flynn has -- had |
| 3 | | also opted into the lawsuit against Tyler? |
| 4 | A. | Then, actually. |
| 5 | Q. | Were you and Joy Flynn friends? |
| 6 | A. | Yes. |
| 7 | Q. | Did you meet Joy Flynn during your employment with |
| 8 | | Tyler Technologies? |
| 9 | A. | We worked together. |
| 10 | Q. | And which office of Tyler did you two work together? |
| 11 | A. | Raleigh. |
| 12 | Q. | Once your employment was terminated, was Ms. Flynn |
| 13 | | still employed -- |
| 14 | A. | No. |
| 15 | Q. | -- by Tyler? |
| 16 | | MS. BAGLEY: Let her finish. |
| 17 | A. | I'm sorry. No. |
| 18 | BY MS. KHOSRAVI: | |
| 19 | Q. | Did Ms. Flynn leave Tyler before you left Tyler? |
| 20 | A. | Correct. |
| 21 | Q. | And since Ms. Flynn left Tyler, you and Ms. Flynn still |
| 22 | | kept in touch? |
| 23 | A. | Yes. |
| 24 | Q. | Why do you say that with some hesitation? |
| 25 | A. | Because we didn't have constant communication. I saw |

```
1    Q.   Stop right there and tell me who the project manager's
2         name was.
3    A.   Her name was Patty.
4    Q.   Do you have a last name for her?
5    A.   Smithey.
6    Q.   S M I T H --
7    A.   -- E Y.
8    Q.   And tell me when it was that you recall you complained
9         to her about overtime pay.
10   A.   I cannot tell you when I did it. I had just -- I
11        recall that I talked to her about overtime.
12   Q.   Let's try and see if we can reconstruct the time frame
13        to see if your memory's going to be refreshed.
14        You were hired by Tyler Technologies around
15        June 9, 2008; is that right?
16   A.   Correct.
17   Q.   And your employment ended on or about November 6, 2009;
18        is that correct?
19   A.   2008, 2009. I was hired in June, yes. Correct.
20   Q.   So your employment ended on November 6, 2009?
21   A.   Correct.
22   Q.   Now, during that time period -- think back to that time
23        period from June 9, 2008 until November 6, 2009 -- was
24        it closer to the beginning of your employment or closer
25        to the end of your employment when you made a complaint
```

```
1    A.   I went there to train.
2    Q.   You went there to train.  But if they said, Oh, we need
3         this information to present itself in a different way,
4         then you would need to actually configure the system
5         for them as to how to do that?
6    A.   I would be with them while they called the call center.
7    Q.   So you would not actually help them configure it?
8    A.   In general, no.
9    Q.   You said in general, no.  Did you ever?
10   A.   I probably did.
11   Q.   But typically speaking, you actually refer them to the
12        call center?
13   A.   Customer service.
14   Q.   Customer service.
15             Okay.  So before you went out there to train
16        them, you were starting to tell me what you would do in
17        preparation for traveling to a client site to train
18        them.
19             First of all, how would you know that you
20        need to go to a client site to train?  Who would tell
21        you that information?
22   A.   Penny or my project manager.
23   Q.   They would tell you the date that you needed to be
24        there; correct?
25   A.   Correct.
```

```
 1            you know, not employee demographics or anything.  It
 2            was just time.
 3      Q.    So you were actually entering the data regarding how
 4            many hours their employees had worked into the new
 5            software?
 6      A.    In St. Louis on one occasion, yes.
 7      Q.    Did you ever sit down with any of your clients to
 8            discuss what their needs were with respect to the
 9            software in order to design the software?
10      A.    No.  That was done through the project manager.
11      Q.    Did you ever sit down with a client to discuss
12            configuring the software for the client?
13      A.    Project manager.
14      Q.    Project manager did that?
15      A.    Yes.
16      Q.    Yes.  And you never had an occasion to do that;
17            correct?
18      A.    I wasn't allowed, really, to do that.
19      Q.    Okay.  So you never actually sat down with the
20            project -- with the client to do configuration or
21            discuss configuration; correct?
22      A.    Correct.
23      Q.    Did you ever sit down with the client and discuss
24            business processes or do fit analyses?
25      A.    Done by the project manager.
```

```
 1    Q.    So you never did?
 2    A.    No.
 3    Q.    So other than you converting some of the client's data
 4          from the old system to the new system, that's one, and
 5          then training the client's employees on how to use the
 6          new Tyler software, that's two, perform any other
 7          functions?
 8                MS. BAGLEY:  Form.  Other than what she's
 9          already testified to?
10    BY MS. KHOSRAVI:
11    Q.    Other than these two.
12    A.    No.  It all falls under the genre of training.  And in
13          the -- in the example of St. Louis, there was -- they
14          had purchased data entry services.
15    Q.    Tell me if I'm wrong.  What I'm categorizing are
16          functions.  I'm categorizing it into two categories.
17          One function you had at a client site was to train
18          their employees actually in the classroom setting,
19          teaching them how to use the software; is that correct?
20    A.    That is correct.
21    Q.    So that's one.
22                And then the other one I'm hearing is you
23          actually inputting the data from their old system into
24          their new system.  That's the second one that you've
25          testified to; correct?
```

```
1              Tyler -- Tyler's clients' employees, you were entering
2              codes during the training to show them how to generate
3              a report, or am I wrong?  If I'm wrong, tell me what
4              that means.
5       A.     In the specific case of entering a code of that nature,
6              that would be a one-off event.  It would be something
7              that was uncovered.  And typically one person at the
8              client site would be responsible for doing that.  You
9              wouldn't train how to do that to everybody.
10      Q.     Did you train one person on how to do that?
11      A.     I would have referred them to call the customer
12             support.
13      Q.     And I'm sorry, what is that?  You and I --
14      A.     Anything to do with configuration.
15      Q.     You did not do any configuration?
16      A.     No.
17      Q.     Did you actually set up the client's system when you
18             got to a client's site?
19      A.     No.  You may have set up users.
20      Q.     To be able to --
21      A.     Or helped them set up users.
22      Q.     To be able to use the Tyler software?
23      A.     Correct.
24      Q.     But with respect to, for example, uploading or
25             downloading the software onto their machines, you did
```

```
 1            Thanksgiving holidays.  Do you see that?
 2    A.      Correct.
 3    Q.      So is it correct that during that week you did not work
 4            anymore than 40 hours?
 5    A.      Correct.
 6    Q.      Turn to the expense report for the week of 12-21-2008.
 7    A.      All right.
 8    Q.      And that document reflects that you were on a holiday
 9            December 25th, and you took vacation for December 26th;
10            correct?
11    A.      Correct.
12    Q.      And it's correct that you did not work more than 40
13            hours during that week?
14    A.      Correct.
15    Q.      And turn to the next page for December 28, 2008.  Looks
16            like in that week you took two sick days off and the
17            rest of the time you spent at the Raleigh office;
18            correct?
19    A.      Correct.
20    Q.      So is it accurate that you did not work anymore than 40
21            hours during that week?
22    A.      Correct.
23    Q.      When you were spending all this time in the office and
24            not traveling to the client site, did you ever talk to
25            anyone and say, Why are you not sending me to a client
```

```
 1              site to train on-site?
 2      A.      My project manager.
 3      Q.      I'm sorry, the question was, did you complain to
 4              anybody about that or did you talk to anybody?  You
 5              did; yes?
 6      A.      Yes.
 7      Q.      And who was that?
 8      A.      My project manager.
 9      Q.      Which one?
10      A.      Patty Smithey.
11      Q.      Patty Smithey.
12              What was her response when you said why are
13              you not sending me to client sites?
14      A.      There wasn't -- there wasn't enough work to -- to keep
15              all the implementation consultants meeting their quota.
16              There just wasn't the work.
17      Q.      Is that what Patty told you?
18      A.      I don't remember specifically what Patty told me, but
19              if there was work, she would give it to us.  She had
20              a -- she had a quota as well, though, and she did a lot
21              of stuff on her own.
22      Q.      When you say she would have given it to us, I'm only
23              concerned about you --
24      A.      Correct.
25      Q.      -- right now at this deposition.
```

```
 1                  When you asked her, why are you not sending
 2       me to a client site, do you remember what her response
 3       was?
 4    A. There was no work.
 5    Q. She actually said that to you, that there was no work?
 6    A. Correct.
 7    Q. Because previously you told me I don't know.  But you
 8       are sure that Patty Smithey actually told you, I'm not
 9       sending you to a client site because there is not
10       enough work?
11    A. There's no work.  I -- you know, that's why I wasn't
12       traveling.
13    Q. No.  Okay.  Listen to my question.  Did Patty Smithey
14       actually tell you, You are not traveling and you are
15       spending a lot of time at the office because there is
16       not enough work?
17    A. I can't say that she definitively said that.
18    Q. So what are you basing your statement -- you're saying
19       that, so what are you basing that on?  Is that
20       speculation?
21    A. There --
22              MS. BAGLEY:  Form.
23    A. There wasn't a lot of work.
24    BY MS. KHOSRAVI:
25    Q. How do you know that?
```

```
 1    A.   There weren't a lot of -- because sales was in the same
 2         building, and we were always notified when a new client
 3         came on.
 4    Q.   Okay.  I understand.
 5    A.   And the economy -- when I left, there had been -- it
 6         had slowed down tremendously.
 7    Q.   Okay.
 8    A.   There just was not a lot of clients going live with the
 9         system.
10    Q.   So not so many clients were going live, therefore you
11         weren't traveling and you were spending a lot of time
12         at the office; correct?
13    A.   Correct.  If I wasn't on a client site, I was in the
14         office.
15    Q.   Why, then, you were complaining so much about all the
16         hours that you had to travel?  Remember that was one of
17         the complaints that you told me you were making.
18              MS. BAGLEY:  Form.  Farin, you're being
19         argumentative.  The documents speak for themselves.
20   BY MS. KHOSRAVI:
21    Q.   You told me in the deposition -- in the very beginning
22         I said, Have you complained to anyone while you were
23         employed at Tyler?  You said, Yes.  You made complaints
24         to Joy Flynn, you made complaints to Lisa Seymour, you
25         made complaints to Penny Parsons, you made complaints
```