SANDRA DUNNING; May 19, 2010

1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

---

PATTY BEALL, MATTHEW MAXWELL,      )
TALINA McELHANY and KELLY          )
HAMPTON, individually and on       )
behalf of all other similarly      )
situated,                          )   2:08-cv-422 TJW
                                   )
    Plaintiff(s),                  )
                                   )
vs.                                )
                                   )
TYLER TECHNOLOGIES, INC., and      )
EDP ENTERPRISES, INC.,             )
                                   )
    Defendant(s).                  )

---

DEPOSITION UPON ORAL EXAMINATION OF
SANDRA DUNNING

---

5:19 P.M.

MAY 19, 2010

520 PIKE STREET, 12TH FLOOR

SEATTLE, WASHINGTON

REPORTED BY:  MARY L. GREEN, CCR 2981

Yamaguchi Obien Mangio, LLC Reporting & Video * www.yomreporting.com
520 Pike Street, Suite 1320, Seattle, WA 98101 * (206) 622-6875 * 1 (800) 831-6973

EXHIBIT 0023

1    Q.  And then did you configure the options within
2    the software based on what they had decided?
3    A.  I configured nothing.  They made their own
4    choices.  They clicked the buttons, and they did it.  I
5    did not do that for them.
6    Q.  You just talked them through what the options
7    were --
8    A.  Correct.
9    Q.  -- and what was available to them?
10   A.  Correct.
11   Q.  When you ultimately were hired with Tyler
12   Technologies, what software module did you support or
13   implement?
14   A.  Munis.
15   Q.  I'm sorry?
16   A.  Munis is what it was called.  I did not do
17   payroll.  I did financials.
18   Q.  That was the module, particular module?
19   A.  Well, for the exact terminology, financials
20   included accounts payable, general billing, purchasing,
21   inventory, receiving, bids and requisitions, AR and GB,
22   fixed assets, project accounting, and I think I've got
23   it all.
24   Q.  And you trained on all of those that you just
25   identified?

Yamaguchi Obien Mangio, LLC Reporting & Video * www.yomreporting.com
520 Pike Street, Suite 1320, Seattle, WA 98101 * (206) 622-6875 * 1 (800) 831-6973

SANDRA DUNNING; May 19, 2010

92

REPORTER'S CERTIFICATE

I, MARY L. GREEN, the undersigned Certified Court Reporter and Notary Public, do hereby certify:

That the sworn testimony and/or proceedings, a transcript of which is attached, was given before me at the time and place stated therein; that any and/or all witness(es) were duly sworn to testify to the truth; that the sworn testimony and/or proceedings were by me stenographically recorded and transcribed under my supervision, to the best of my ability; that the foregoing transcript contains a full, true, and accurate record of all the sworn testimony and/or proceedings given and occurring at the time and place stated in the transcript; that I am in no way related to any party to the matter, nor to any counsel, nor do I have any financial interest in the event of the cause.

WITNESS MY HAND, SEAL, AND DIGITAL SIGNATURE this 26th day of May, 2010.


MARY L. GREEN
Certified Court Reporter, #2981
Notary Public in and for the State of Washington,
Residing in Snohomish County. Commission expires 4-4-2013.
mgreen@yomreporting.com

Click Link to Verify Signature:

(Https://digitalid.verisign.com/services/client/index.html)