**Freedom Court Reporting, Inc**  1

```
 1         IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF TEXAS
 2                  MARSHALL DIVISION

 3
   PATTY BEALL; MATTHEW MAXWELL;  )
 4 TALINA MCELHANY; AND KELLY     )
   HAMPTON, individually and on   )
 5 on behalf of all others        )
   similarly situated,            )
 6                                )
           Plaintiffs,            )  2:08-cv-422 TJW
 7                                )
   vs.                            )
 8                                )
   TYLER TECHNOLOGIES, INC.       )
 9 AND EDP ENTERPRISES, INC.,     )
                                  )
10         Defendants.            )
                                  )
11

12

13

14        Deposition of GERALDINE C. INGRAM

15             (Taken by Defendants)

16          Greensboro, North Carolina

17            Thursday, July 29, 2010

18

19

20

21

22           Reported in Stenotype by
              Alicia S. Clement, RPR
23 Transcript produced by computer-aided transcription
```

**367 Valley Avenue Birmingham. Alabama (877) 373-3660**

EXHIBIT 0025

```
 1   based on the interview that you would be receiving

 2   overtime for hours that you worked over 40?

 3        A.   She told me you would not receive

 4   overtime.

 5        Q.   She told you that during the interview?

 6        A.   Yes.

 7        Q.   Did she tell you that the hours

 8   would -- could tend to change from week to week

 9   depending on travel or other circumstances?

10        A.   Not really.  She gave me the impression,

11   you traveled on Mondays, you were off on Fridays.

12   And having that day off on Fridays, are not required

13   to come into the office, would offset any additional

14   hours that you would have, so ...

15        Q.   In your job at Tyler, are you familiar

16   with the term "configuration"?

17        A.   Yes.

18        Q.   What does that mean to you?

19        A.   That would be when people in other areas

20   or the project manager would actually go in and set

21   up the tables and the flow of those tables to

22   customize them to -- as much as possible -- to a

23   customer's needs.
```

```
 1        Q.   So who did that?  The project manager?
 2        A.   The project manager or someone from
 3   corporate, depending on the intensity that was
 4   needed, I guess you could say, or --
 5        Q.   But --
 6        A.   -- how complex it was.
 7        Q.   But that type of configuration wasn't
 8   something that you did as an implementation --
 9        A.   No.
10        Q.   -- specialist?
11             I'm sorry?
12        A.   No, it was not.
13        Q.   Okay.  Let me ask you to focus your
14   attention on the trip -- trip notes document.  I
15   forget which number it was.  Three?
16        A.   Yes.
17        Q.   I wanted to ask you some questions about
18   that document and some of the entries on this.  And,
19   first of all, to -- just to make sure we're on the
20   same page -- well, let me ask you this:  This has
21   implementer Chris Kinney on it?
22        A.   Yes.
23        Q.   So this wasn't something that you
```