```
 1   IN THE UNITED STATES DISTRICT COURT
     FOR THE EASTERN DISTRICT OF TEXAS
 2   MARSHALL DIVISION
     Case No. 2:08-cv-422 TJW
 3
     ------------------------------------------------------------
 4
     DEPOSITION OF BETHANY J. MAYNARD
 5                  July 16, 2010

 6   ------------------------------------------------------------

 7   PATTY BEALL, MATTHEW MAXWELL, TALINA McELHANY and
     KELLY HAMPTON, individually and on behalf of all others
 8   similarly situated,

 9   Plaintiffs,

10   vs.

11   TYLER TECHNOLOGIES, INC., and EDP ENTERPRISES, INC.,

12   Defendants.

13   ------------------------------------------------------------

14
     APPEARANCES:
15
        ZELBST, HOLMES & BUTLER, by
16      Ms. Chandra L. Holmes Ray
        P.O. Box 365
17      411 Southwest Sixth Street
        Lawton, Oklahoma   73502
18      Appeared on behalf of the Plaintiffs.

19      MORGAN, LEWIS & BOCKIUS, LLP, by
        Mr. Paulo B. McKeeby
20      1717 Main Street, Suite 3200
        Dallas, Texas   75201
21      Appeared on behalf of the Defendants.

22

23

24

25
```

EXHIBIT 0026

```
 1        ask you a specific question.  What would it depend
 2        on as to whether or not -- what different types of
 3        training would you provide that would differ
 4        depending on whether or not a conversion had
 5        already taken place?
 6    A   If I'm there to set up user security, that's
 7        happening very early on and is not -- doesn't require
 8        data to be in the system.
 9    Q   Okay.
10    A   However, if you're doing general ledger training,
11        there may need to be the chart of accounts converted
12        into the system.
13    Q   User security training, that would simply be
14        training as to maintaining the passwords and other
15        security devices associated with the software?
16    A   And permissions.
17    Q   But the data from the company's -- the client's old
18        system need not be converted at that point?
19    A   No.
20    Q   That's a true statement?
21    A   Yes.
22    Q   Do I understand correctly that Munis while you were
23        employed with Tyler had a separate department that
24        did the actual conversion of the information?
25    A   Yes.
```

Freedom Court Reporting, Inc                                36

```
 1   Q    You didn't convert the information as an
 2        implementation specialist at Munis?
 3   A    No.
 4   Q    What was that?  Was it called the conversion
 5        department?
 6   A    I can't remember what they were called.
 7   Q    But it was a particular department?
 8   A    It wasn't me.  I don't know.  I don't know.
 9   Q    That's fine.  Okay.  Not employees that you would
10        have interacted with on a regular basis?
11   A    Define on a regular basis.  I mean during -- during a
12        conversion?
13   Q    Yeah.
14   A    Yes.
15   Q    On what -- What was the context of the interaction?
16        What would you guys -- would you be -- would they
17        have questions for you?
18   A    On the phone.  I would be asking them why data didn't
19        come in, wasn't there, was missing, was wrong.
20   Q    And that would be something that you would have
21        detected during the course of your training?
22   A    Yes.
23   Q    And when you're doing the actual training, I take
24        it -- let's put security training to one side, but
25        when you're doing the general ledger training or
```

| | | |
|---|---|---|
| 1 | Q | And in the context of requisition software, levels |
| 2 | | of approval means what particular individuals have |
| 3 | | approval rights as to particular purchases? |
| 4 | A | Correct. |
| 5 | Q | And obviously you need to know that from the |
| 6 | | customer to be able to train the users? |
| 7 | A | Yes. |
| 8 | Q | Are you familiar with the term systems analysis? |
| 9 | A | Yes. |
| 10 | Q | I'm sorry. There's a different term that I'm going |
| 11 | | to ask you about. Something called analysis |
| 12 | | sessions? |
| 13 | A | Yes. |
| 14 | Q | Does an analysis session as it was used at Tyler |
| 15 | | Munis refer to this initial type of training that |
| 16 | | you just testified to concerning in this example |
| 17 | | the approval chain with respect to requisition |
| 18 | | software? |
| 19 | A | What analysis session means to me is that each client |
| 20 | | is different but the software remains the same, so |
| 21 | | it's determining how the client's going to use the |
| 22 | | software of the prescribed ways you can use it. |
| 23 | Q | Is an analysis session something that you performed |
| 24 | | as an implementation specialist? |
| 25 | A | I conducted training sessions where we decided which |

```
1    STATE OF WISCONSIN       )
                              ) SS.
2    MILWAUKEE COUNTY         )

3

4              I, BETHANY J. MAYNARD, do hereby

5    certify that I have read the foregoing transcript of

6    proceedings, taken on the 16th day of July, 2010, at

7    710 North Plankinton Avenue, Milwaukee, Wisconsin,

8    and the same is true and correct except for the list

9    of corrections, if any, noted on the annexed errata

10   sheet.

11                    Dated at _____,

12   _____, this _____ day of

13   _____, 2010.

14

15                                  _____
                                    BETHANY J. MAYNARD
16

17

18

19

20

21

22

23

24

25
```

```
1                    CERTIFICATE OF NOTARY

2

3    STATE OF MICHIGAN    )

4                         ) SS

5    COUNTY OF WAYNE      )

6

7              I, Jacquelyn S. Fleck, Certified Shorthand

8    Reporter, a Notary Public in and for the above county

9    and state, do hereby certify that the above deposition

10   was taken before me at the time and place hereinbefore

11   set forth; that the witness was by me first duly sworn

12   to testify to the truth, and nothing but the truth,

13   that the foregoing questions asked and answers made by

14   the witness were duly recorded by me stenographically

15   and reduced to computer transcription; that this is a

16   true, full and correct transcript of my stenographic

17   notes so taken; and that I am not related to, nor of

18   counsel to either party nor interested in the event of

19   this cause.

20

21              _____

22              Jacquelyn S. Fleck, CSR-1352, RPR, RMR, CRR

23              Notary Public,

24              Wayne County, Michigan

25              My Commission expires:  08-16-2012
```