```
 1     IN THE UNITED STATES DISTRICT COURT

 2          FOR THE EASTERN DISTRICT OF TEXAS

 3                    MARSHALL DIVISION

 4                       - - -

 5   PATTY BEALL, MATTHEW MAXWELL,    )
     DAVID GRAVELY, TALINA MCELHANY, )
 6   KELLY HAMPTON, CASEY BROWN,      )
     JASON BONNER, KEVIN TULLOS,      )
 7   ANTHONY DODD, ILENE MEYERS,      )
     TOM O'HAVER, JOY BIBLES, DON     )
 8   LOCCHI and MELISSA PASTOR,       )
     Individually and on behalf of    )
 9   all others similarly situated;   )
                                       )
10        Plaintiffs                   )
                                       )
11   vs.                              )  2:08-cv-422-TJW
                                       )
12   TYLER TECHNOLOGIES, INC., and    )
     EDP ENTERPRISES, INC.            )
13                                     )
              Defendants.             )
14   ---------------------------------)

15

16                    DEPOSITION OF

17                 CHRISTOPHER HEPBURN

18                  PORTLAND, MAINE

19                  AUGUST 18, 2010

20

21

     ATKINSON-BAKER, INC.
22   COURT REPORTERS
     (800) 288-3376
23   www.depo.com

24   REPORTED BY:   Cheryl C. Pieske, RMR

25   FILE NO.:      A40636E
```

EXHIBIT 0027

```
 1                IN THE UNITED STATES DISTRICT COURT

 2               FOR THE EASTERN DISTRICT OF TEXAS

 3                       MARSHALL DIVISION

 4                           - - -

 5   PATTY BEALL, MATTHEW MAXWELL,    )

 6   DAVID GRAVELY, TALINA MCELHANY, )

 7   KELLY HAMPTON, CASEY BROWN,      )

 8   JASON BONNER, KEVIN TULLOS,      )

 9   ANTHONY DODD, ILENE MEYERS,      )

10   TOM O'HAVER, JOY BIBLES, DON     )

11   LOCCHI and MELISSA PASTOR,       )

12   Individually and on behalf of   )

13   all others similarly situated;  )

14            Plaintiff,              )

15       vs.                          ) 2:08-cv-422 TJW

16   TYLER TECHNOLOGIES, INC., and,   )

17   EDP ENTERPRISES, INC.,           )

18            Defendants.             )

19   --------------------------------

20

21            Deposition of CHRISTOPHER HEPBURN, taken on

22   behalf of Plaintiff, at Congress Street, Portland, Maine,

23   commencing at 8:32 a.m., Wednesday, August 18, 2010, before

24   Cheryl C. Pieske, RMR, Court Reporter and Notary

25   Public.
```

1        A.    I wouldn't say that.   That is -- questions and          08:58:47

2    answers are one example.   There could be others, off the          08:58:51

3    top of my head, of what I had conducted.                           08:58:54

4        Q.    Okay.   Like what?                                       08:58:57

5        A.    Another example would be their banking.   Did           08:58:58

6    they want positive pay, did I have to contact the bank,           08:59:07

7    obtain bank files.   So that would be something that I            08:59:11

8.   would have done on behalf of the client, but it wouldn't          08:59:14

9    be a question-and-answer session --                               08:59:17

10       Q.    Uh-hmm.                                                  08:59:18

11       A.    -- in that type of analysis.                            08:59:19

12       Q.    Was that part of your normal duties, or was            08:59:21

13   that something that was -- just came up on occasion?              08:59:23

14       MR. McKEEBY:   Object to the form of the question.            08:59:26

15   You can answer.                                                    08:59:32

16       A.   Every single client is different.   Every single         08:59:33

17   implementation is different.   There is no -- there is no          08:59:38

18   cookie cutter approach.   So it's hard for me to answer            08:59:42

19   that because at Client A, I may have dealt with the                08:59:45

20   banking items.   At Client B I may not have.   So it's -- I        08:59:50

21   think the example is just that.   It's an example but not          08:59:57

22   meant to imply that that's -- that there was a set -- a            09:00:01

23   set model that was repeatable.                                    09:00:08

24       Q.    There would be things that would come up               09:00:11

25   repetitively though, correct?                                     09:00:13

```
1        A.    Certainly.                                09:00:14

2        Q.    What types of things would come up        09:00:18

3   repetitively?                                        09:00:20

4        A.    In a financial application and payroll    09:00:20

5   application and tax and utilities, which is what MUNIS  09:00:30

6   is, you would have a chart of accounts, you would have  09:00:34

7   vendors, you would have employees, you would have    09:00:38

8   customers that you were going to bill.  You'd have those  09:00:40

9   repetitive situations that you would need to establish in  09:00:44

10  the software.                                         09:00:49

11       Q.    And the software didn't change, correct, unless  09:00:49

12  there was a new version or, you know, something like that  09:00:53

13  happened?                                             09:00:56

14       A.    I would say it changed a lot.             09:00:56

15       Q.    Okay.  How did it change?                 09:00:58

16       A.    There are -- the developers are showing up to  09:00:59

17  work every day.  They're constantly changing the     09:01:06

18  software.  That's their job.  So I would expect at client  09:01:09

19  A to work with a version of software that was different  09:01:14

20  from client B.                                        09:01:17

21       Q.    Uh-hmm.                                    09:01:17

22       A.    I guess I was just -- just used to that.   09:01:18

23       Q.    And the versions that would come in and change,  09:01:21

24  would they be updates?                                09:01:24

25       A.    You could have two paths.  An update is   09:01:25
```

Page 26

| | | |
|---|---|---|
| 1 | A.    That depends on many factors. | 09:45:59 |
| 2 | Q.    Like what? | 09:46:05 |
| 3 | A.    Does the individual implementor have the | 09:46:06 |
| 4 | expertise to do that, does the project manager want to | 09:46:11 |
| 5 | delegate that function to the implementor, how many | 09:46:17 |
| 6 | projects is the project manager working with, how many | 09:46:25 |
| 7 | implementors that project manager has reporting to him or | 09:46:30 |
| 8 | her relative to the number of projects, meaning are they | 09:46:33 |
| 9 | forced to delegate more often than not. | 09:46:37 |
| 10 | Q.    So it may be an aspect of managerial style or | 09:46:40 |
| 11 | practice? | 09:46:44 |
| 12 | A.    One -- that would be one potential reason. | 09:46:44 |
| 13 | Q.    Uh-hmm.  Anything else? | 09:46:47 |
| 14 | A.    The ones I mentioned are what come to my mind. | 09:46:51 |
| 15 | Q.    Okay.  How else do you believe the job duties | 09:46:54 |
| 16 | or functions of the implementation specialist at ERP are | 09:47:01 |
| 17 | different from other divisions? | 09:47:07 |
| 18 | A.    There are numerous examples.  I will provide | 09:47:08 |
| 19 | another. | 09:47:20 |
| 20 | Q.    Let me stop you and withdraw the question, and | 09:47:22 |
| 21 | maybe it will be easier to do it this way.  I'm trying to | 09:47:25 |
| 22 | get things to be as brief as possible. | 09:47:28 |
| 23 | A.    Okay. | 09:47:30 |
| 24 | Q.    How are they similar to the job functions | 09:47:30 |
| 25 | performed by implementation specialists in other | 09:47:36 |

| | | |
|---|---|---|
| 1 | divisions? | 09:47:38 |
| 2 | A.   How are they similar?  Can you provide more | 09:47:41 |
| 3 | detail as to what -- | 09:48:10 |
| 4 | Q.   Well, let's use what you have described as far | 09:48:11 |
| 5 | as what you did as a template.  Maybe that's easier. | 09:48:17 |
| 6 | You've already testified that the ERP implementation | 09:48:23 |
| 7 | specialists may or may not analyze the current business | 09:48:27 |
| 8 | practices of the client.  Correct? | 09:48:30 |
| 9 | A.   At ERP? | 09:48:31 |
| 10 | Q.   At ERP.  Correct? | 09:48:33 |
| 11 | A.   Correct. | 09:48:35 |
| 12 | Q.   And they may or may not determine the | 09:48:36 |
| 13 | defendant's -- the client's, excuse me, business | 09:48:40 |
| 14 | practices or what they want to change also, correct, that | 09:48:43 |
| 15 | question and answer? | 09:48:46 |
| 16 | A.   At ERP. | 09:48:47 |
| 17 | Q.   At ERP.  Do the implementation specialists | 09:48:48 |
| 18 | configure the software to adhere to the client's needs at | 09:48:52 |
| 19 | ERP? | 09:48:57 |
| 20 | A.   Not every implementor. | 09:48:57 |
| 21 | Q.   Okay.  Which ones do, which ones don't? | 09:49:03 |
| 22 | A.   Based on experience. | 09:49:07 |
| 23 | Q.   Uh-hmm.  And what level?  Where is the cutoff? | 09:49:10 |
| 24 | A.   Well, the -- experience is not something that's | 09:49:13 |
| 25 | clear-cut in terms of -- you might think it's years. | 09:49:22 |

| | | |
|---|---|---|
| 1 | Well, it's not.  It's states that you work in.  Every | 09:49:27 |
| 2 | state is different.  Do you have the experience within a | 09:49:32 |
| 3 | particular state.  The application that you're working | 09:49:34 |
| 4 | in, do you have experience within the particular | 09:49:39 |
| 5 | application.  You might be an expert of payroll within | 09:49:41 |
| 6 | Massachusetts.  You are not going to configure payroll | 09:49:47 |
| 7 | for New York.  It's too different. | 09:49:50 |
| 8 |      Q.  But I guess my question is do they configure | 09:49:54 |
| 9 | software to adhere to the client's needs within the area | 09:49:59 |
| 10 | that they're assigned?  Is that something that's part of | 09:50:03 |
| 11 | their normal duties? | 09:50:06 |
| 12 |      A.  If they have the experience to do that and the | 09:50:07 |
| 13 | project manager delegates that -- | 09:50:13 |
| 14 |      Q.  Okay. | 09:50:16 |
| 15 |      A.  -- within the ERP. | 09:50:16 |
| 16 |      Q.  Okay.  So, once again, it may be up to the | 09:50:18 |
| 17 | managerial style of the project manager? | 09:50:21 |
| 18 |      A.  As one factor to determine that. | 09:50:24 |
| 19 |      Q.  Okay.  And the other factor would be, I | 09:50:28 |
| 20 | presume, the experience level? | 09:50:30 |
| 21 |      A.  As I've described, experience being product | 09:50:32 |
| 22 | knowledge, state knowledge, years of service. | 09:50:37 |
| 23 |      Q.  Okay.  And do the implementation specialists or | 09:50:41 |
| 24 | consultants at ERP review that configuration with the | 09:50:46 |
| 25 | client and get the client acceptance? | 09:50:50 |

| | | |
|---|---|---|
| 1 | A.   Not all. | 09:50:54 |
| 2 | Q.   Once again, we're back to managerial style? | 09:50:59 |
| 3 | A.   Style and experience. | 09:51:02 |
| 4 | Q.   Do they review the conversion files and load | 09:51:04 |
| 5 | conversion files? | 09:51:07 |
| 6 | A.   Not all. | 09:51:08 |
| 7 | Q.   Okay.  So we're back to managerial style and | 09:51:09 |
| 8 | experience? | 09:51:12 |
| 9 | A.   Correct. | 09:51:13 |
| 10 | Q.   Okay.  Do they educate the senior staff and the | 09:51:13 |
| 11 | user staff or train them? | 09:51:17 |
| 12 | A.   That would be an area that would be more | 09:51:19 |
| 13 | predominant across -- across all implementors, meaning | 09:51:24 |
| 14 | that our less experienced implementors do transfer | 09:51:29 |
| 15 | knowledge, our more experienced do transfer knowledge, | 09:51:35 |
| 16 | and our project managers within ERP transfer knowledge. | 09:51:37 |
| 17 | So in that area the implementors would -- that particular | 09:51:40 |
| 18 | function would apply to the implementation position. | 09:51:44 |
| 19 | Q.   Okay.  When you say the implementation | 09:51:48 |
| 20 | position, are you referring to as it pertains to | 09:51:51 |
| 21 | implementors across all of the different divisions? | 09:51:54 |
| 22 | A.   No.  I was still referring to just ERP in that | 09:51:57 |
| 23 | example. | 09:52:00 |
| 24 | Q.   Okay.  So are you saying that that's the | 09:52:00 |
| 25 | primary job duty of the implementors at ERP is to educate | 09:52:02 |

Page 52

| | | |
|---|---|---|
| 1 | that we haven't discussed? | 10:04:09 |
| 2 | A.   Not that I can recall right now. | 10:04:10 |
| 3 | Q.   Okay.   Now, let's move on to Eden. | 10:04:17 |
| 4 | A.   Sure. | 10:04:22 |
| 5 | Q.   What do the implementation specialists and | 10:04:23 |
| 6 | consultants -- what are their functions at Eden? | 10:04:26 |
| 7 | A.   The organizational structure at Eden is | 10:04:29 |
| 8 | different than MUNIS.   The project manager is not a | 10:04:33 |
| 9 | product expert, which means more responsibility falls on | 10:04:38 |
| 10 | the implementation staff to perform all -- virtually all | 10:04:47 |
| 11 | product-related items to get the client live. | 10:04:55 |
| 12 | Q.   Okay.   And what do they have to do? | 10:04:59 |
| 13 | A.   They would -- they would perform the analysis, | 10:05:03 |
| 14 | the to-be model definition, the configuration, marrying | 10:05:14 |
| 15 | of the to-be model to the configuration, and work with | 10:05:19 |
| 16 | the client to execute that, and then the added | 10:05:25 |
| 17 | responsibility to educate the project manager, who is not | 10:05:29 |
| 18 | a product expert, on where the project is relative to | 10:05:32 |
| 19 | milestones. | 10:05:37 |
| 20 | Q.   Okay.   And would they do training as well? | 10:05:38 |
| 21 | A.   That would be one component of their job. | 10:05:43 |
| 22 | Q.   Okay.   And then do they assist in the -- or do | 10:05:45 |
| 23 | they do the -- receive the client acceptance, review the | 10:05:49 |
| 24 | conversion files and load conversion files? | 10:05:55 |
| 25 | A.   That would be also part of their job. | 10:05:57 |

Page 61

```
1        Q.    And do they assist in the go-live in the ways          10:05:59

2   we've discussed before?                                           10:06:02

3        A.    That would also be part of their job.                  10:06:03

4        Q.    And do they assist in go-live support?                 10:06:04

5        A.    Correct.                                               10:06:07

6        Q.    Okay.  And based upon what you have told me, it        10:06:09

7   sounds like it's your testimony that the implementation           10:06:13

8   specialists at Eden perform predominantly the kind of            10:06:16

9   tasks that you performed when you were an implementation          10:06:20

10  specialist; is that correct?                                      10:06:25

11       A.    The -- predominantly, I would say generally            10:06:34

12  they perform similar tasks.  The difference is just               10:06:39

13  organizational structure where when I was at MUNIS, I had         10:06:46

14  a project manager who was a product expert who was                10:06:52

15  engaged in the project.  At Eden the project manager is           10:06:59

16  not a product expert, meaning that their implementation           10:07:03

17  consultants have a higher degree of responsibility than I         10:07:09

18  had.                                                              10:07:13

19       Q.    Okay.  And is that how it is now or how it has         10:07:13

20  always been?                                                      10:07:17

21       A.    They have -- at Eden or MUNIS?                         10:07:18

22       Q.    Both places.                                           10:07:21

23       A.    MUNIS has -- MUNIS has -- for my 17 years, all         10:07:22

24  but 1 1/2 years has been organized in the project                 10:07:37

25  manager/implementor combination with a project manager as        10:07:40
```

| | | |
|---|---|---|
| 1 | time. | 10:09:57 |
| 2 | MR. McKEEBY:  This is at INCODE? | 10:09:57 |
| 3 | THE DEPONENT:  At INCODE dealing with -- and when we | 10:09:59 |
| 4 | get to it, Courts, and I can describe more later. | 10:10:03 |
| 5 | A.  So that provides a level of, I would say, | 10:10:10 |
| 6 | management, getting all of your applications lined up to | 10:10:21 |
| 7 | go live at the same time where the Eden, the MUNIS, an | 10:10:27 |
| 8 | even INCODE financials can be staggered.  You could do | 10:10:31 |
| 9 | financials one day, payroll one day.  You could stagger | 10:10:36 |
| 10 | it out.  But they have a different burden because you | 10:10:39 |
| 11 | want all of your courts and your public safety up and | 10:10:44 |
| 12 | running at one fell swoop so that when the sheriff pulls | 10:10:49 |
| 13 | someone over and they have an outstanding warrant for | 10:10:53 |
| 14 | them, that sheriff needs to know that or that sheriff | 10:10:55 |
| 15 | could be in trouble.  So they have to -- the | 10:10:59 |
| 16 | implementation consultants because they don't have a | 10:11:02 |
| 17 | product -- project manager who is a product expert have | 10:11:04 |
| 18 | that added burden of managing multi-tasking that the Eden | 10:11:08 |
| 19 | folks and MUNIS folks don't have. | 10:11:13 |
| 20 | Q.  And so I might understand correctly, because it | 10:11:15 |
| 21 | needs to go live at the same time, it's really a timing | 10:11:18 |
| 22 | issue? | 10:11:21 |
| 23 | A.  It's -- it's -- I'd call it a project | 10:11:22 |
| 24 | management juggling issue. | 10:11:25 |
| 25 | Q.  Uh-hmm. | 10:11:28 |

```
 1        A.   And, remember, the product -- the project          10:11:29

 2   manager is not a product expert.   They're less -- a less    10:11:30

 3   talented staff member than, say, their MUNIS                 10:11:37

 4   counterparts.                                                10:11:40

 5        Q.   I know that that's the term you're giving it,      10:11:41

 6   but how is it to you considered a project management         10:11:43

 7   issue?                                                       10:11:47

 8        A.   The project -- can you clarify your question?      10:11:49

 9        Q.   I'm just going off of your answer.  I am sorry.    10:11:56

10   But you said you know you would call it a project            10:11:58

11   management burden, I believe --                              10:12:00

12        A.   Uh-hmm.                                            10:12:00

13        Q.   -- if I recall your testimony correctly, and      10:12:06

14   I'm just curious as to how it is a project management        10:12:09

15   burden?                                                      10:12:13

16        A.   The implementation consultant is leading the      10:12:13

17   project at Eden and at INCODE.  They are the product         10:12:18

18   expert.  They're engaged with the client, marrying the      10:12:23

19   product and the project, and they're reporting back to      10:12:29

20   someone, the project manager, who is a scheduling master.   10:12:33

21        Q.   So is it -- is it your testimony that there are   10:12:37

22   project managers at Eden and INCODE, but their only         10:12:43

23   function is scheduling?                                      10:12:49

24        A.   It would not be my testimony that their only      10:12:52

25   function is scheduling.  I would say that they are          10:12:56
```

| | | |
|---|---|---|
| 1 | less -- their job duties and functions are less -- I'm | 10:12:58 |
| 2 | looking for the word.  What would come less -- less than | 10:13:09 |
| 3 | their MUNIS counterpart where their MUNIS counterpart is | 10:13:12 |
| 4 | a product expert and the client expects to talk product, | 10:13:16 |
| 5 | with their MUNIS project manager expect to be able to | 10:13:20 |
| 6 | talk configuration, expects to be able to talk about why | 10:13:24 |
| 7 | decisions were made. | 10:13:28 |
| 8 | At Eden and INCODE the project manager is not going | 10:13:29 |
| 9 | to engage in those discussions with the client.  They're | 10:13:32 |
| 10 | going to engage in your project is 50 percent complete | 10:13:34 |
| 11 | based upon the number of days we have delivered.  That's | 10:13:41 |
| 12 | it.  The client is going to have to talk to the | 10:13:43 |
| 13 | implementation staff member at Eden and INCODE to find | 10:13:47 |
| 14 | out where they are relative to their project in terms of | 10:13:51 |
| 15 | knowledge transfer, policies, procedures, to-be model. | 10:13:56 |
| 16 | It's all the implementation consultant's advice and | 10:14:00 |
| 17 | counsel. | 10:14:03 |
| 18 | Q.   What are the job duties of the project manager, | 10:14:03 |
| 19 | then, at Eden and INCODE? | 10:14:06 |
| 20 | A.   They schedule the bull pen.  When I say bull | 10:14:07 |
| 21 | pen, all the implementors go into a calendar, if you | 10:14:14 |
| 22 | will, and the project manager schedules implementors to | 10:14:23 |
| 23 | go to client sites; and then when the implementor goes to | 10:14:28 |
| 24 | the client site, the implementor then runs that project. | 10:14:34 |
| 25 | So the project manager is scheduling, reviewing, again, | 10:14:36 |

```
 1        Q.    Okay.  And at MUNIS they do it zero percent of     10:16:16

 2   the time; is that correct?                                    10:16:24

 3        A.    That is not correct.   I think we discussed        10:16:25

 4   earlier it's the project manager's discretion whether the     10:16:27

 5   project manager would like to do it or they wanted to         10:16:31

 6   delegate that task.  So it would depend.                      10:16:35

 7        Q.    Okay.  And if at Eden and INCODE it's              10:16:38

 8   100 percent of the time that they do that, what percent       10:16:43

 9   of the time would they spend doing the consulting with        10:16:47

10   the client versus their other tasks, training and, you        10:16:51

11   know, assisting with go-live and that type of thing?          10:16:54

12        A.    I want to -- I don't like the -- I want to back    10:16:56

13   up.  I don't like the term 100 percent.  That's -- that's     10:17:06

14   too narrow a definition to say that someone at Eden and       10:17:09

15   INCODE.  Some other staff member could work with a client     10:17:11

16   to do analysis.                                               10:17:15

17        Q.    Like who?                                          10:17:18

18        A.    They might -- it could be someone in the           10:17:18

19   support department that helps out on occasion.  If there      10:17:23

20   was -- if I didn't have anyone scheduled to go to a           10:17:26

21   particular client site, we could ask a manager in support     10:17:29

22   or someone who had product knowledge.  So to say it's         10:17:33

23   100 percent I think is too narrow, but predominantly          10:17:36

24   within those organizations the implementation specialists     10:17:39

25   are the ones engaging with clients for the analysis; but      10:17:44
```

```
 1        Q.    Okay.  Explain that to me.                    11:25:54

 2        A.    Well, I --                                    11:25:54

 3        Q.    I don't think I understand your answer.       11:25:58

 4        A.    Well, I -- at Eagle, they might have an       11:26:00

 5   internal comfort with allowing their implementors to     11:26:03

 6   provide advice and counsel.  A better example is         11:26:13

 7   Appraisal and Tax.  Appraisal and Tax the seniority of   11:26:19

 8   their implementation consultants averages around         11:26:26

 9   15 years.  They hire very experienced people to come on  11:26:29

10   board.  The nature of implementing Appraisal and Tax is  11:26:33

11   extremely unique within Tyler because the audience you're 11:26:38

12   implementing are well educated in the science of property 11:26:42

13   assessment.  We have to be well educated in the science   11:26:47

14   of property assessment, which means that we hire a very   11:26:51

15   experienced, very knowledgeable person onto our team; and 11:26:56

16   as such, the implementation consultants at Appraisal and  11:27:02

17   Tax are, as part of their job, consultants, much like the 11:27:08

18   MUNIS consulting team; but they're not differentiated     11:27:13

19   within Tyler as that.                                     11:27:17

20        Within Courts and Justice, it's expected that when  11:27:18

21   I'm sitting next to someone who has been serving as the  11:27:21

22   local county assessor for 20 years that he or she and I  11:27:24

23   can engage in the science of assessment as relates to our 11:27:29

24   software and they expect our recommendations.  Contrast   11:27:33

25   that to the implementor who's going to be training on     11:27:37
```

1    requisition entry who may have 5 months experience with          11:27:41

2    Tyler, and someone asks that individual whether or not           11:27:46

3    they should allow the end user to exceed the budget.             11:27:50

4    That -- that implementor is not qualified to make that           11:27:54

5    assessment.  They're going to be asked that question, but        11:27:57

6    they're not qualified to make that assessment.  It's just        11:27:59

7    two different -- two different jobs.                              11:28:02

8         Q.   Okay.  So outside of what you've talked about,         11:28:03

9    is there any other discretion and judgments that you             11:28:07

10   claim is associated with the analyzing the business              11:28:10

11   practices and receiving information about changes they           11:28:14

12   want to do in the business practice?                             11:28:17

13        A.   Well, I want to clarify.  I think I -- I want          11:28:19

14   to be on record as saying that the job of analyzing              11:28:22

15   customer data is all about discretion and independent            11:28:27

16   judgment, and I gave a particular example.  The fact that        11:28:30

17   I gave one or two examples doesn't mean that there's only        11:28:33

18   one or two times.  It's all the time there's discretion          11:28:36

19   and independent judgment in my opinion.                          11:28:39

20        Q.   Once again, in your opinion you're basically           11:28:41

21   talking about the fact that you are gathering information        11:28:43

22   from the client about how they would like the software to       11:28:45

23   work within the particular confines of their business and       11:28:49

24   what changes they'd like to make maybe from how their           11:28:55

25   previous software worked, and you receive that               11:28:59

|   |   |   |
|---|---|---|
| 1 | isolation, you've -- you're looking for trouble.  So the | 11:40:09 |
| 2 | convert question comes up in the general analysis of how | 11:40:15 |
| 3 | we're going to define the to-be model, and it's part of | 11:40:19 |
| 4 | that iterative process.  Do I convert payroll?  Well, how | 11:40:24 |
| 5 | about we say yes on the -- no on the employee data but | 11:40:29 |
| 6 | yes on the W-2 history data.  So -- and now I have got to | 11:40:33 |
| 7 | carry those two discussions all the way through.  So when | 11:40:37 |
| 8 | I'm talking about reporting and quarterly 941 reports, | 11:40:41 |
| 9 | there is an impact all the way downstream on whether or | 11:40:44 |
| 10 | not I converted that W-2 information.  So it's -- to talk | 11:40:47 |
| 11 | about conversions in isolation is -- I'm not programmed | 11:40:51 |
| 12 | to talk about that. | 11:40:57 |
| 13 |      Q.   The implementation specialist doesn't make | 11:40:58 |
| 14 | those decisions, you know, on their own, I mean, assuming | 11:41:02 |
| 15 | they make them at all.  We've talked about that many do | 11:41:08 |
| 16 | not.  But assuming that any do, it certainly would not be | 11:41:11 |
| 17 | done in isolation in the sense of I'm going to come in, | 11:41:15 |
| 18 | I'm going to analyze what you're doing, I am going to | 11:41:18 |
| 19 | decide what you need to do and how I need to get it done | 11:41:21 |
| 20 | through this new software? | 11:41:24 |
| 21 |      A.   Well, that's incorrect from the standpoint that | 11:41:27 |
| 22 | at MUNIS they're not alone because you have your project | 11:41:31 |
| 23 | manager to fall back on, but in Eden and INCODE, you're | 11:41:35 |
| 24 | it.  I mean, you're the implementation consultant.  Your | 11:41:38 |
| 25 | project manager is not going to assist you in the | 11:41:41 |

1    convert-not convert discussion.  So you're it.  You're it          11:41:43

2    for Eden, INCODE, anyone else who uses the bull-pen                 11:41:47

3    approach.  You've got to decide with that client.  You're           11:41:51

4    not in isolation because the client is making that                  11:41:53

5    decision.                                                           11:41:56

6         Q.   That's what I'm talking about.  The client is             11:41:56

7    making the decision ultimately?                                     11:41:57

8         MR. McKEEBY:  On convert or not convert?                       11:42:00

9         MS. RAY:  On -- on what information to convert or               11:42:03

10   not convert.                                                        11:42:04

11        A.   Well, I think -- I'm sorry.  I didn't let you             11:42:07

12   finish.                                                             11:42:09

13   BY MS. RAY:                                                         11:42:09

14        Q.   I mean, are they not?                                     11:42:09

15        A.   The client would just as soon convert                     11:42:10

16   everything because it means less work for them.  It's the           11:42:17

17   implementation consultant's job to give them the pros and           11:42:20

18   cons of their decisions that they choose to make, meaning           11:42:23

19   I could -- an implementation consultant could tell their            11:42:28

20   client if we convert, you will have more work to do than            11:42:31

21   if we don't convert; and then can that implementation               11:42:34

22   consultant articulate with certainty and conviction why             11:42:39

23   converting data means more work for the client when it              11:42:49

24   would clearly simplistically seem to anyone that                    11:42:52

25   converting data would mean less work for a client.  And             11:42:56

1

2                         CERTIFICATE

3

4        I, Cheryl C. Pieske, RMR, Notary Public in and.

5    for the State of Maine, hereby certify that on AUGUST 18,

6    2010, personally appeared before me the within-named

7    deponent who was sworn to testify the truth, the whole

8    truth and nothing but the truth in the aforementioned

9    cause of action; and the foregoing, as reduced to

10   computer type, is a true and accurate record of the

11   evidence as taken by me by means of stenotype.

12   I further certify that I am a disinterested person in the

13   event or outcome of the aforementioned cause.

14   IN WITNESS WHEREOF, I subscribe my hand at Waldo, Maine,

15   this 30th day of August, 2010.

16        _____

17        Cheryl C. Pieske, RMR

18        Notary Public

19        My Commission Expires June 25, 2016.

20

21

22

23

24

25