Freedom Court Reporting, Inc

1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

Case No. 2:08-cv-422- TJW

---

DEPOSITION OF LORRAINE MUTCH          May 6, 2010

---

PATTY BEALL, MATTHEW MAXWELL, TALINA McELHANY and
KELLY HAMPTON, individually and on behalf of all
others similarly situated,

Plaintiffs,

vs.

TYLER TECHNOLOGIES, INC., and EDP ENTERPRISES, INC.,

Defendants.

---

APPEARANCES:

    ZELBST, HOLMES & BUTLER
        By Chandra L. Holmes Ray, Esq.
        P.O. Box 365
        Lawton, Oklahoma  73502
          Appearing on behalf of Plaintiffs.


    MORGAN, LEWIS & BOCKIUS, LLP
        By Paulo B. McKeeby, Esq.
        1717 Main Street, Suite 3200
        Dallas, Texas  75201-7347
          Appearing on behalf of Defendants.


    Also Present:  H. Lynn Moore, Jr.

```
 1   Lubbock?
 2      A      Yes.
 3      Q      Did they call it the conversion team?
 4      A      I don't recall what they were called.
 5      Q      Did you interact or interface with the
 6   conversion team at all in terms of your functions as
 7   an implementation specialist?
 8      A      Well, you had to sign on or call them so
 9   they could sign onto the server.  So they did their
10   own portion of that work.
11      Q      Okay.  You weren't communicating the
12   results of your information gathering in the, what
13   we've talked about, determining security setup,
14   looking at reports and user IDs, you weren't
15   communicating the information that you learned from
16   that process to the conversion team?
17      A      No.  That was all done through the
18   project manager.
19      Q      All right.  What does configuration mean?
20      A      Configuration is the setup of security,
21   user IDs, basic setup.
22      Q      Did you do that?
23      A      Yes.
24      Q      That was part of your implementation
25   functions?
```

```
 1        A        (Nodded head.)
 2        Q        Is that yes?
 3        A        Configuration, yes.
 4        Q        Would you do any configuration typically
 5   during that first week while you were at the client
 6   site, or would that come later?
 7        A        That was usually done in the very
 8   beginning.
 9        Q        So during that first week?
10        A        The first week everybody was set up with
11   access to the database because at that point they
12   weren't live.
13        Q        Right.
14        A        It was just...
15        Q        Well, the setup, the security setups and
16   the user IDs, that had to be established in the new
17   software, correct?
18        A        Correct.
19        Q        And that's what configuration is?
20        A        That's correct.
21        Q        And you -- part of your work as
22   implementation specialist was to do that
23   configuration?
24        A        Work with the customer to do that.  The
25   customer was -- you want to make the customer have
```

1  ownership of the software as quickly as possible.
2  So we didn't do anything alone. The customer was
3  involved in everything we did.
4      Q    So when you're doing the configuration,
5  you're involving the customer in terms of getting
6  the customer's input as to how they want the system
7  configured?
8      A    Yes.
9      Q    And, again, this is that contact person?
10     A    Yes.
11     Q    And so does this dialogue occur during
12 this first week that you are at the customer site?
13     A    Yes.
14     Q    And this is obviously before you go live?
15     A    Yes.
16     Q    And I take it that the go-live process
17 doesn't occur during the first week?
18     A    No.
19     Q    How -- I'll ask it this way: How long
20 did the configuration process take place at the
21 Bonifay, Florida, implementation?
22     A    We were there a week.
23     Q    And did it take you a week to do the
24 configuration?
25     A    Yes.

Freedom Court Reporting, Inc                             61

```
 1   configuration, though, correct?
 2        A    Yes.
 3        Q    What else is involved in configuration,
 4   other than setting up security settings and user
 5   IDs, because that --  I mean, that doesn't take a
 6   whole week, obviously?
 7        A    You would meet with the different
 8   divisions, look at their processes.  For example, if
 9   they were entering vendors, if they were doing
10   payroll, you know, really kind of document what
11   their position was, what their functions were.
12        Q    Okay.  What else?  Other than meeting
13   with the divisions and looking at their processes
14   and functions, what else is involved in the concept
15   of configuration as defined in that process that, as
16   you described, takes as much as a week's time?
17        A    It actually takes quite a bit of time to
18   do all that.  It may not sound like it, but it does.
19        Q    Well, okay, I understand it takes some
20   time to do all of that.  But what else is involved
21   in configuration, other than doing user IDs, setting
22   up the security settings, and meeting with the
23   divisions to look at their processes and functions?
24        A    You know, as I mentioned earlier, the
25   reports that they ran, the -- their balance sheet
```

367 Valley Avenue Birmingham, Alabama (877) 373-3660

```
 1    to do the configuration process?
 2        A     Of course.
 3        Q     Apart from training, I mean?
 4        A     Yes.
 5        Q     And that, I guess, gets to my question:
 6    What is it that you're doing in the configuration
 7    process with this information? What the person is
 8    doing on a day-to-day basis, you're just
 9    communicating that to the project manager, or are
10    you doing something --
11        A     Well, that --
12        Q     -- different with the information?
13        A     That helps -- helps you in knowing -- I
14    mean, what the customer -- what the customers told
15    you, what their user IDs, what their -- what data
16    that person needs. So that helps you know, really
17    in the Tyler Technologies side of things, like what
18    information that -- that person is able to access.
19        Q     And so that assists you in configuring
20    the software?
21        A     Yes.
22        Q     Because you configure the software in a
23    way as to permit that particular individual to have
24    access to the information that the customer has told
25    you he or she needs to have access to?
```

```
 1        A     Correct.
 2        Q     Do you -- are you familiar with the term
 3   "chart of accounts"?  Does that mean anything to
 4   you?
 5        A     Yes.
 6        Q     What does that mean?
 7        A     It's your asset/liability accounts, which
 8   is your --
 9        Q     Budget?
10        A     Budget, yes.
11        Q     And does part of configuration involve
12   meeting with the customer to determine how they want
13   their chart of accounts set up?
14        A     Yes.
15        Q     And so that's meeting -- you get that
16   information through meetings with the customer?
17        A     Yes.
18        Q     And then do you communicate that
19   information as to how they want their chart of
20   accounts set up to the project manager, or is that
21   information that you utilize in connection with some
22   other configuration work that you do?
23        A     Project manager.  But you also use that
24   as, you know, a guideline for the chart of accounts.
25   They -- you don't want to interrupt their flow of
```

```
 1      A      -- maybe the following week.
 2      Q      So -- but -- okay.  When the customer --
 3   maybe it's not a question you can answer.  But would
 4   the customer typically go live on like a Thursday,
 5   or was there a particular day, or did it just
 6   depend?
 7      A      It would just depend.
 8      Q      And the amount of time you would have to
 9   spend after the customer went live also would depend
10   on how many problems the customer was encountering?
11      A      Yes.
12      Q      Did you provide any support to the
13   customer after you had left the facility and moved
14   on to your next implementation, or did you transfer
15   them to the support team?
16      A      If they had any questions, they knew that
17   they could call us.  We set them up with, you know,
18   right away saying, if it's anything major, they
19   would have to contact the support team.  But we
20   tried to give them as much support as possible
21   after, you know, after the go-live date --
22      Q      Was there --
23      A      -- for a certain extent.
24      Q      Was there a particular period of time in
25   which they could call you?
```

```
1       A      No, not really.  I mean -- and during
2   those first couple of weeks, two or three weeks in
3   between times, you know, some of the customers would
4   have a question, and they felt comfortable calling
5   us and asking us.
6       Q      And when you say "us," you mean...
7       A      Well, me or whoever was doing their
8   implementation, yes.
9       Q      Okay.  But you would get calls after you
10  had left, after the customer had gone live, about,
11  you know, particular issues that would come up?
12      A      Yes.
13      Q      And that would be when you were on the
14  site of a different implementation?
15      A      Yes.
16      Q      Have --
17             MR. McKEEBY:  -- I'm going to show her
18  this document.
19      Q      (By Mr. McKeeby)  This is a document that
20  I'll represent to you the company produced in the
21  case that -- in the lawsuit -- that I understand to
22  have entries for your times during your employment?
23      A      Yes.
24      Q      Let me ask you, first:  Have you ever
25  seen a document like this?
```

```
1   STATE OF COLORADO)
2                    )   ss.      REPORTER'S CERTIFICATE
3   COUNTY OF DENVER )
4            I, Beth Milliken, do hereby certify that I
5   am a Court Reporter and Notary Public within and for
6   the State of Colorado; that previous to the
7   commencement of the examination, the deponent was
8   duly sworn to testify to the truth.
9            I further certify that this deposition was
10  taken in shorthand by me at the time and place
11  herein set forth, that it was thereafter reduced to
12  typewritten form, and that the foregoing constitutes
13  a true and correct transcript.
14           I further certify that I am not related
15  to, employed by, nor of counsel for any of the
16  parties or attorneys herein, nor otherwise
17  interested in the result of the within action.
18           In witness whereof, I have affixed my
19  signature and seal this 17th day of May, 2010.
20           My commission expires May 31, 2011.
21
22           _____
             Beth Milliken, Court Reporter
23           216 - 16th Street, Suite 650
             Denver, Colorado  80202
24
25
```