DAVID HAYNER; May 19, 2010

1

1           IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF TEXAS
2                      MARSHALL DIVISION

3    _____

     PATTY BEALL, MATTHEW MAXWELL,    )
4    TALINA McELHANY and KELLY        )
     HAMPTON, individually and on     )
5    behalf of all other similarly    )
     situated,                        )  2:08-cv-422 TJW
6                                     )
            Plaintiff(s),              )
7                                     )
     vs.                              )
8                                     )
     TYLER TECHNOLOGIES, INC., and    )
9    EDP ENTERPRISES, INC.,           )
                                      )
10          Defendant(s).              )

11   _____

            DEPOSITION UPON ORAL EXAMINATION OF
12                     DAVID HAYNER

13   _____

                        2:05 P.M.
14
                       MAY 19, 2010
15
               520 PIKE STREET, 12TH FLOOR
16
                   SEATTLE, WASHINGTON
17

25   REPORTED BY:  MARY L. GREEN, CCR 2981

Yamaguchi Obien Mangio, LLC Reporting & Video * www.yomreporting.com
520 Pike Street, Suite 1320, Seattle, WA 98101 * (206) 622-6875 * 1 (800) 831-6973

EXHIBIT 0030

DAVID HAYNER; May 19, 2010

10

1  A. No. I did not do anything in addition to that
2  to prepare for today.
3  Q. I'm going to hand you a few documents, and I'm
4  going to be labeling them. You'll see on the sticker
5  there will be a number. I'm going to refer to the
6  documents by the number.
7  A. Okay.
8           (Deposition Exhibit 1 was marked for
9            identification.)
10 Q. (BY MS. PERLIONI) What I'm handing you right
11 now I have marked as Exhibit Number 1, and if you'll
12 take a look in the bottom right-hand corner, you'll see
13 where it says Tyler/Beall and there are some numbers
14 78866.
15 A. Uh-huh.
16 Q. Just so you understand, those are just Bates
17 labels that we use to identify pages, so I may say look
18 at Deposition Exhibit 1 and I'll refer to a number and
19 that's what I'm referring to, okay?
20 A. Okay.
21 Q. Do you recognize this document?
22 A. Yes.
23 Q. What is Deposition Exhibit 1?
24 A. It's a resume that I submitted to EDEN, now
25 Tyler, back in probably November of 2004, somewhere in

DAVID HAYNER; May 19, 2010

```
                                                              11
 1    that time frame.  It was prepared -- I had been seeking
 2    a job on the Internet, and I had gotten an e-mail from
 3    Connie asking for this.
 4         Q.   When you say Connie, you're referring to
 5    Connie Shaw?
 6         A.   Yes.
 7         Q.   And do you understand Ms. Shaw to be in human
 8    resources with Tyler Technologies?
 9         A.   Yes.
10         Q.   So Ms. Shaw contacted you?
11         A.   Yes.
12         Q.   Had you submitted an application or an
13    interest or something online?
14         A.   No, not with Tyler.  I didn't know they
15    existed at the time.
16         Q.   So the first thing you know of Tyler is
17    receiving the -- did you say e-mail or phone call?
18         A.   E-mail.
19         Q.   From Ms. Shaw?
20         A.   (Nodding head).
21         Q.   You have to answer out loud.
22         A.   From Ms. Shaw, yes.
23         Q.   And in the e-mail from Ms. Shaw, did she
24    describe to you why she was contacting you or explain
25    to you?
```

DAVID HAYNER; May 19, 2010

34

1  labels for the accounts, so what the asset accounts
2  are, things like cash and fixed assets and accounts
3  payable, so there's a great deal of labeling that's
4  done, and I walk the client through basically showing
5  them, okay, here's where you do it and here's how you
6  do it.  Now what labels do you want to create?  I show
7  them how to create those labels.
8      Q.  When you say what labels, does that mean the
9  type of accounts may differ amongst clients?  They may
10 want different variables?
11     A.  One may have cash on their financial
12 statements.  One may have cash investments.  One may
13 have a separate label for cash and another one for
14 investment.  So it's simply finding out what their
15 financial statements have on them and showing them
16 where they can input those and then teaching them how
17 they can input those.
18     Q.  I notice that you have an accounting
19 background and I believe are a CPA, correct?
20     A.  I was a CPA.  I have been certified in the
21 past.
22     Q.  And does that knowledge and experience that
23 you have assist you in being able to work with the
24 client to help them set up these accounts within their
25 software?

DAVID HAYNER; May 19, 2010

35

1      A. It definitely helps me with knowing whether or
2  not the way that we're going to be using the software
3  will work for them, yes, and whether or not what
4  they're asking to input is an asset versus a liability.
5      Q. How does that make a difference?
6      A. Because you enter them in different pieces of
7  the software, so I wouldn't obviously want to direct
8  them to input a liability into the revenue section of
9  the software.
10     Q. I'm sorry. Thank you. Go ahead. Continue.
11 You were talking about then sitting down with the
12 customer, them driving, and you're going through and
13 helping them input the labels and explaining how to do
14 that.
15     A. Correct. Once I've input the labels, then
16 basically there's a piece of the software that matches
17 the labels with their actual GL accounts, and so I
18 demonstrate how they do those, and then for the most
19 part the rest of that trip is them sitting there and
20 matching the labels with their accounts and my
21 demonstrating how they would use the software to
22 reconcile what they've input to their previous year's
23 financial statements so that they can match the totals
24 coming out of GASB with what's in their software or
25 what's in their financial statements.

DAVID HAYNER; May 19, 2010

41

1  If you're sitting down with me, it sounds to
2  me like there are different variables that you're going
3  to ask me as a customer how I want this to work, so
4  we're sort of information gathering, and then you work
5  to set it up that way, right?
6       A.   (Nodding head).
7       Q.   Can you give me a --
8            MS. BAGLEY:  You need to answer out
9  loud.
10      A.   Sorry.  Most of what I do when I'm setting up
11 a piece of software for a client working with them to
12 set it up is information gathering.  This is their
13 piece of software.  It has to function the way that
14 they want it to function.  Most of what I do is
15 questions, asking them questions.  Is this what you
16 mean?  Well, if that's not what you mean, how exactly
17 did you want this?
18           A real life basic example is there are some
19 600 or 700 system preferences within Tyler, and how you
20 set one of those system preferences can make a huge
21 difference.  Say, for example, on the budgeting module,
22 there's one called skip activity.  I only say that
23 because I ran into that this week.
24           Skip activity says that if I set it one way,
25 then when I'm attempting to commit my budget, it will

DAVID HAYNER; May 19, 2010

42

1   look at the account, and if I have started spending
2   money out of that account, the budget doesn't care
3   because it's not budget.  It's actual expenditures.
4   Well, I'm going to go ahead and commit budget to that
5   account.  If you set it the other way, it will look at
6   that and it will say, oh, there's activity there.  I'm
7   not going to put the budget there.
8           So you have to explain to the client how
9   setting something one way or the other can make a big
10  difference in what happens when they get to the final
11  process in that software, so it's just -- there are a
12  lot of those.
13      Q.  (BY MS. PERLIONI) When you say 6 to 700, is
14  that number particular to one module?
15      A.  That's for all of the modules.
16      Q.  So like the general ledger module may have 6
17  to 700 different variables within it?
18      A.  General ledger probably has 2 or 300.  Another
19  module may have 2 or 300.  In total there's 6 to 700 of
20  them.
21      Q.  So you sit down with the client and work
22  through what of these variables they prefer and how
23  ultimately their software is going to be set up?
24      A.  Correct.  I don't go over all of them.  If
25  it's not working the way that they want it to and one

DAVID HAYNER; May 19, 2010

53

1   schedules.  Can you give me an example of what the
2   typical week would look like?
3           MS. BAGLEY:  Form.
4      A.  It's kind of hard to do that, because in
5   California, the vast majority of them are Monday to
6   Thursday 8 to 6, so you generally are at the client's 9
7   hours Monday through Thursday.  This week I'm doing a
8   Monday, Tuesday, Thursday, Friday with a client that's
9   8 to 5.
10          There's no one typical really.  That's why I
11  say when I write an agenda, I customize it to their
12  schedule.  It's a canned agenda.  I mean, it's the same
13  agenda for each client.  It's just what time we're
14  going to do this depends upon their work schedule.
15     Q.  (BY MS. PERLIONI) When their work schedule
16  ends for the day, what do you do at that point in time?
17     A.  Generally go back to the hotel and do some
18  administrative tasks, get ready for the next day,
19  research anything that I may not have been able to
20  figure out during the day for the client.
21     Q.  What types of administrative tasks are you
22  talking about?
23     A.  Record time, record expenses, write e-mails.
24     Q.  And approximately how much time would that
25  take?

DAVID HAYNER; May 19, 2010

54

1   A. Normally an hour a day.

2   Q. And you said research issues for the client.
3   I mean, what kind of things would you do in the evening
4   to prepare for the next day that's specific to
5   preparing for the next day of working with the client?

6   A. Just reviewing my training materials to know,
7   for example, on the agenda what items do I have
8   scheduled to teach the next day? Is there something
9   that traditionally gives me a tough time getting the
10  point across? Is there something I need to review to
11  make sure that I've got that piece down so that I don't
12  waste my client's time? Just general preparation work.

13  Q. So you would come up with if there was like
14  whatever -- I don't know an example -- something that
15  you may have struggled with, you would come up with a
16  way to present that to the client the next day to be
17  most effective?

18  A. Correct. I mean, there's -- my understanding
19  is there's something like 15 million lines of code in
20  our software. It's hard to know what each one of those
21  is going to do, so I review constantly.

22  Q. Like how do you -- I mean, what makes you
23  select a certain item or another task to pay specific
24  attention to when you're preparing for your next day of
25  training?

DAVID HAYNER; May 19, 2010

55

1  A.  Well, a lot of times I know that something
2  that's on the schedule for tomorrow's training is
3  something that I have difficulty with.
4  Q.  Is it also sometimes it's things that you've
5  seen clients show particular difficulty understanding?
6  A.  Sometimes.  I mean, maybe also that I'm
7  adjusting my agenda based upon where we've gotten to at
8  this point in time, pulling something a little easier
9  into the day if I know something challenging is in
10 there.  So there's all kinds of prep work that I can
11 do.  It just depends on the situation.
12 Q.  Explain what you mean by that.  So say you had
13 on your agenda to get through X, Y, and Z on that first
14 day.  Does it ever happen that you only get through X
15 and Y?
16 A.  Yes.
17 Q.  How do you adjust or what is it that you do
18 from there?
19 A.  It's hard to say without a specific example in
20 terms of what you're looking for, but, you know, a lot
21 of times it's judging the client's capabilities and
22 trying to weigh that off against what I've got.
23     There have been times when -- not too many,
24 but there have been occasional times when I haven't
25 finished the agenda by the end of the week simply

DAVID HAYNER; May 19, 2010

56

1  because the client just isn't able to complete it all.
2      Q.  And then do you rearrange -- I think this is
3  what you were describing before -- rearrange the agenda
4  based on the client's capabilities to try to best fit
5  what you think they will be able to accomplish in a
6  particular day?
7      A.  I can move -- I do move things around
8  occasionally based upon clients' preferences, clients'
9  abilities.  If I don't finish the agenda, then it gets
10 moved to the next week's agenda.  That's unfortunately
11 not true for things like GASB.  You have a set agenda.
12 It has to be completed.
13     Q.  You mentioned earlier sometimes you would
14 rearrange things on the agenda because of you know you
15 have something that's more challenging coming, so you
16 might rearrange another task so you're not overwhelming
17 them in a particular day.
18     A.  For example, I know that on Monday I've gotten
19 there and we've got X and Y done and Z is very, very
20 challenging, and the next day the very first thing in
21 the morning is also something challenging, and if I put
22 Z over into the first thing of the day and they have to
23 follow that with another challenging task, sometimes
24 clients just give up and check out, so I might put
25 something a little easier in between them so that they

DAVID HAYNER; May 19, 2010

57

1  get a break.
2      Q.  So you're observing the client and how well
3  they are grasping what you're training and structure
4  the rest of the week to try to best accomplish your
5  goals for the week?
6          MS. BAGLEY:  Object to the form.
7      Q.  (BY MS. PERLIONI) Am I describing that
8  correctly?
9      A.  Sorry.  I think she said something.
10         MS. BAGLEY:  I'm just objecting to the
11 form of the question, but you can answer if you
12 understand the question or if you agree with the way
13 that she's presented it.
14     A.  I'll answer it the way I think you're asking.
15 I occasionally restructure my agendas because of what I
16 think the client's capabilities are to make my efforts
17 there that week more effective.  That's after all kind
18 of what my job is is to make sure that they learn.
19 It's not to simply show up and look pretty.
20         The point is that the client wants an outcome,
21 and I have to adapt to whatever has been thrown at me
22 that week, so I do adapt to what the situation is and
23 try my best to fulfill the agenda, and I think I do
24 that very well.
25     Q.  (BY MS. PERLIONI) Let's jump forward to the

DAVID HAYNER; May 19, 2010

98

1    REPORTER'S CERTIFICATE
2
3        I, MARY L. GREEN, the undersigned Certified Court
4    Reporter and Notary Public, do hereby certify:
5        That the sworn testimony and/or proceedings, a
6    transcript of which is attached, was given before me at the
7    time and place stated therein; that any and/or all witness(es)
8    were duly sworn to testify to the truth; that the sworn
9    testimony and/or proceedings were by me stenographically
10   recorded and transcribed under my supervision, to the best of
11   my ability; that the foregoing transcript contains a full,
12   true, and accurate record of all the sworn testimony and/or
13   proceedings given and occurring at the time and place stated
14   in the transcript; that I am in no way related to any party to
15   the matter, nor to any counsel, nor do I have any financial
16   interest in the event of the cause.
17       WITNESS MY HAND, SEAL, AND DIGITAL SIGNATURE this 25th
18   day of May, 2010.
19
20
21   MARY L. GREEN
     Certified Court Reporter, #2981
22   Notary Public in and for the State of Washington,
     Residing in Snohomish County. Commission expires 4-4-2013.
23   mgreen@yomreporting.com
24   Click Link to Verify Signature:
25   (Https://digitalid.verisign.com/services/client/index.html)