```
 1                IN THE UNITED STATES DISTRICT COURT
                FOR THE EASTERN DISTRICT OF TEXAS
 2                      MARSHALL DIVISION

 3    PATTY BEALL, MATTHEW        )
      MAXWELL, DAVID GRAVLEY,     )
 4    TALINA MCELHANY, KELLY      )
      HAMPTON, KEVIN TULLOS,      )
 5    CASEY BROWN, JASON BONNER,  )
      ANTHONY DODD, ILENE         )
 6    MEYERS, TOM O'HAVER, JOY    )
      BIBLES, DON LOCCHI AND      )
 7    MELISSA PASTOR,             )
      Individually and on behalf  ) CIVIL ACTION
 8    of all others similarly     )
      situated,                   ) NO.: 2:08-CV-422 TJW
 9                                )
                    PLAINTIFFS,   )
10                                )
      VS.                         )
11                                )
                                  )
12    TYLER TECHNOLOGIES, INC.    )
      AND EDP ENTERPRISES, INC.,  )
13                                )
                    DEFENDANTS.   )
14

15              -----------------------------------

16                    ORAL DEPOSITION OF

17                       MELANIE BAIRD

18                      APRIL 26, 2010

19              -----------------------------------

20

21         ORAL DEPOSITION OF MELANIE BAIRD, produced as a
      witness at the instance of the DEFENDANTS, and duly
22    sworn, was taken in the above-styled and numbered cause
      on the 26th day of April, 2010, from 1:22 p.m. to
23    4:30 p.m., before Elaine Fowler, CSR in and for the
      State of Texas, reported by machine shorthand, at the
24    offices of Cathy Sosebee & Associates, 901 Mac Davis
      Lane, Lubbock, Texas, pursuant to the Federal Rules of
25    Civil Procedure and the provisions stated on the record
      or attached hereto.
```

EXHIBIT 0031

```
 1        A.  Yes.

 2        Q.  And at that time was Tyler called Tyler

 3   Technologies or was it called a different company?

 4        A.  No, it was called INCODE.

 5        Q.  Do you remember who interviewed you back in

 6   2001?

 7        A.  Dane Womble.

 8        Q.  Would you spell that, please.

 9        A.  D-a-n-e.  And then his last name is

10   W-o-m-b-l-e.

11        Q.  How did you learn of a job opportunity with

12   Tyler?

13        A.  I worked with three gentlemen at a crop

14   insurance company who went to INCODE, and I just found

15   out who I needed to send a resume to.

16        Q.  A car insurance company?

17        A.  No, crop insurance.

18        Q.  A crop insurance company?

19        A.  Yes.  And they told me which web site to go on

20   to -- to look for jobs that they had open.

21        Q.  So after your colleagues went to Tyler you were

22   still in touch with them and you were asking them

23   whether Tyler had an opening?

24        A.  Yes.

25        Q.  Am I understanding you correctly?
```

1       A.  Yes.

2       Q.  So after you spoke to your former colleagues

3   they told you to go to their web site to find out what

4   job openings there were, correct?

5       A.  Yes.

6       Q.  Did you submit -- let me ask you this.  Did you

7   fill out an application or submit a resume on-line for

8   Tyler?

9       A.  I emailed it to the web site.  Or to an email

10  address, I am sorry.

11      Q.  Was it Dane Womble who gave you a call to go in

12  for an interview; do you remember?

13      A.  He sent me an email.  But it was Dane, yes.

14      Q.  And Dane interviewed you for the position?

15      A.  Yes.

16      Q.  What position was it at that time that you were

17  applying for?

18      A.  I didn't apply for a specific position.  I just

19  went in and had an interview.

20      Q.  What position did you end up getting hired for?

21      A.  I was hired as a support -- I don't remember

22  what they -- it was just software support.  I don't

23  think we really had titles then.

24      Q.  Did you interview with anybody else besides Mr.

25  Womble?

1    A.  No.

2    Q.  While you were employed at Tyler, did your

3    position at any time then change from software support

4    to something else?

5    A.  Yes.

6    Q.  And what position did it change to?

7    A.  To implementation specialist.

8    Q.  And did your position as implementation

9    specialist ever change to anything else?

10   A.  I had requested that it be changed to interface

11   specialist, but I am not aware if that ever went through

12   because all my paperwork still said implementation

13   specialist.

14   Q.  And your position with Tyler ended on or about

15   November 14th, 2008; is that right?

16   A.  Yes.

17   Q.  And you resigned from your position as an

18   implementation specialist?

19   A.  Yes.

20   Q.  And why did you resign?

21   A.  I received a job offer from an attorney to be a

22   legal assistant.

23   Q.  Are you currently employed with that attorney?

24   A.  No.

25   Q.  After the job you got as a legal assistant,

1    believe that was what her title was.

2        Q.   So then she would send you a notice saying our

3    client XYZ needs training?

4        A.   Yes, and what they needed training on.

5        Q.   And so walk me through then what would happen

6    after that.  Once you get that notice from Phyllis --

7        A.   Uh-huh.

8        Q.   -- what happens then?

9        A.   Every application that I trained on was

10   different, so it would depend on what they bought.

11       Q.   And when you are saying application, you mean

12   the actual software application?

13       A.   Yes.

14       Q.   Okay.  So walk me through an example.  I don't

15   know what all you worked on.  Give me through an example

16   and walk me through that.

17       A.   Okay.  For example, there is a software called

18   Audiotel that customers could run their checks and their

19   bill stubs through it and then -- so they didn't have to

20   manually type in their payments into the software

21   system.

22       Q.   Customers or --

23       A.   Yes, customers.  They would scan them.  And I

24   had to go on-site to set up the equipment, install the

25   software, configure it, and then train them how to use

1      it.

2          Q.   Okay.   So for that particular project that you

3      just told me about Audio --

4          A.   Audiotel.

5          Q.   Audiotel.   Who was the client you were dealing

6      with, what municipality?

7          A.   You want an example?

8          Q.   Yeah.

9          A.   Harker Heights, Texas.

10         Q.   And that is a -- what is that?

11         A.   That is a city.

12         Q.   That is a city?

13         A.   Uh-huh.

14         Q.   So once you get a notice from Phyllis that

15     Harker Heights needs training on Audiotel, did you call

16     somebody at Harker Heights to coordinate letting them

17     know you were going -- how did you -- did you just show

18     up?  Walk me through that process.

19         A.   Okay.   I would have to get the information from

20     them, like -- they would have to send me samples of

21     their bills so I could configure the scanner to be able

22     to read it.

23         Q.   Did Phyllis send you that or did you have

24     someone at Harker Heights to receive that?

25         A.   I would contact the customer, like Harker

1   Heights.

2        Q.  And how did you know who to contact at

3   Harker Heights?

4        A.  It would be on the email from Phyllis.

5        Q.  The contact information for you would be there?

6        A.  Yes.

7        Q.  So when you contacted the contact person --

8   typically who was the contact person at the city?  Were

9   you dealing with the city manager?  Who were you dealing

10  with?

11       A.  It could be anybody.  It was usually never the

12  same person.

13       Q.  Was that person an IT individual working for

14  the city, or not necessarily?

15       A.  Not necessarily.

16       Q.  Okay.  So once you contacted your contact at

17  the city, they introduced themselves, you told them that

18  you were trying to come up to the city to provide

19  training and you asked them for what again?

20       A.  I would need copies of their bill stubs.  You

21  know, when you get a bill in the mail and it tells you

22  to rip here, that portion, so we could configure their

23  scanner.

24       Q.  So once you got that -- they would send that to

25  you by fax, I assume?

1      A.  Mail.

2      Q.  Mail.  Once you got that in the mail, what

3  would you then do?

4      A.  Then we would contact -- it would either be me

5  or the project manager.  Usually the project manager

6  would -- for that customer would contact them and set up

7  the training.

8      Q.  But what did you do with the actual stub that

9  you received in the mail?

10      A.  I would configure the software and the scanner

11  to be able to read it.

12      Q.  Okay.  And that is what I want to explore with

13  you.  So you have a hard copy of a pay stub (sic) that

14  you got in the mail, right?

15      A.  Uh-huh.

16      Q.  Walk me through the steps of what then you

17  would do with the hard copy stub that you got in the

18  mail.

19      A.  Okay.  You would have to take a ruler and you

20  would have to take measurements off of there, like where

21  their bar code is, you know, a bar code for scanning.

22  You would have to measure it so you could tell the

23  software where to find it on that stub so when it runs

24  through the scanner it will know where to read.

25      Q.  Okay.  So once you measure that bar code that

1      Q.   And when you said set up the scanner, are you

2   referring to a regular scanner that you put the

3   documents into scan or --

4      A.   No, it is a check scanner.  You know, when you

5   go to like Wal-Mart or the grocery store and you hand

6   them a check and they run it through the little machine

7   that runs it around, it is like that.

8      Q.   Do you actually have a piece of equipment, you

9   have a check scanner that you set up for them?

10      A.   Yes.

11      Q.   Was your training of clients limited to this

12   scenario that you are describing to me?

13      A.   No.

14      Q.   What other sort of training did you do with

15   your clients?

16      A.   I also did training over the phone.

17      Q.   Now, let's focus on the training you did

18   on-site.  For your on-site clients that you went to and

19   provided training on-site, was this check scanning that

20   you were describing to be the only type of training that

21   you provided?

22      A.   No.  It was the majority, but occasionally a

23   customer would want me go to on-site to do what I would

24   normally do on the phone, depending on what they wanted.

25      Q.   And on the telephone, what kind of training

1   were you providing for the clients?

2       A.  We did training on interfaces.

3       Q.  I don't know what interface means.  Help me

4   understand that.

5       A.  Interface -- the easiest way to describe that

6   is making sure that the INCODE software communicates

7   with other companies' software.

8       Q.  And that is interface with an "f", not "ph",

9   correct?

10      A.  Right.

11      Q.  To make sure that the old software -- no, that

12  is not what you said.  Say that one more time.

13      A.  Make sure that the INCODE software works with

14  other companies' software.

15      Q.  And INCODE software was the software that Tyler

16  was selling to the clients, right?

17      A.  Yes.  That company Itron I mentioned earlier,

18  that is another software company that we had to make

19  them communicate together.

20      Q.  So why do you need them to communicate if they

21  were not going to use them, if they were going to then

22  convert -- if they were going to convert to INCODE, why

23  were you trying to make sure the two actually

24  communicated?

25      A.  Because they didn't stop using that software.

1       Q.  Okay.  Would you read that for me, please.

2       A.  I am constantly referred to as the guru.  I

3   have been able to learn and execute several interfaces

4   between our software and other software companies.

5       Q.  Okay.  Tell me what you meant by you being

6   constantly referred to as a guru.  Give me some

7   examples.

8       A.  That is just what everybody in our department

9   called me.

10      Q.  Is that because you were the subject matter

11  expert in your field?

12      A.  Just because I was good at my job, not really

13  any specific reason.

14      Q.  And that second sentence, you being able to

15  learn and several interfaces.  Tell me what you mean by

16  that.

17      A.  The interfaces, what I was explaining earlier,

18  communicating with other software companies.

19      Q.  And before you started reading the employee

20  comment you ranked yourself under job knowledge -- tell

21  me again, you were starting to read that, exceptional

22  knowledge of (sic) --

23      A.  I am confused.  I am sorry.

24      Q.  That is okay.  Under job knowledge the

25  employee's ranking, you ranked yourself how?

1    customer by customer basis and is usually handled

2    between the trainer and I.  It usually pertains to the

3    way routes are set up for customers and what the best

4    way to set them up for them is.

5        Q.  When you say it is usually handled between the

6    trainer and I, help me understand.  I thought you were

7    the trainer who trained the customers.  What did you

8    mean by that sentence?

9        A.  Well, I trained them on the interfaces.  We had

10   trainers that went on-site to train them on the modules.

11       Q.  So you didn't train them on how to use Tyler's

12   software, you only trained them on how to make two

13   softwares communicate, correct?

14               MS. HOLMES RAY:  Object to the form.

15       A.  Correct.

16       Q.  (BY MS. KHOSRAVI)  And what do you mean by the

17   second sentence, it usually pertains to the way routes

18   are set up for customers?

19       A.  Well, every customer was different.

20       Q.  The routes are set up, what does that phrase

21   mean?

22       A.  Routes are like the order the meter readers

23   would read the meters.  Like every city is set up

24   differently and they have different ways of doing

25   things.

1      Q.   Now, I want you to go up two lines, again I am

2   on problem solving, and tell me how you rated yourself.

3   Do you see your own ranking under box that has got a

4   capital E on top?

5      A.   Yes.   There is two of them marked there.   I do

6   not know why there is two of them marked there, so I

7   don't know which one I actually picked.

8      Q.   Why don't you read me the first one that has an

9   employee checkmark next to it.

10     A.   Consistently analyzes problems, recognizes and

11  implements appropriate solutions, finds new and better

12  ways to do things.

13     Q.   Tell me what you meant by saying that you

14  recommended and implemented appropriate solutions.   Do

15  you remember an example?

16          MS. HOLMES RAY:   I am going to object to

17  the form.   You can answer.

18     A.   Like an example would be -- like, say, they

19  would tell me that they have like 10 routes and we -- I

20  don't know what orders their meter readers would read

21  in, but I would need to find out from them like what

22  account numbers they wanted in each route.   And then we

23  would have different configurations that we could set up

24  for them so they could make sure the right account

25  numbers and right meters came up for the meter reader on

1    comment read for me what you put down there, please.

2        A.   I contact customers in a timely manner and get

3    them the information they need and try to get the

4    information I need as well.   I allow time for this and I

5    get my part done in a timely manner, so my part is done

6    quickly.

7        Q.   So this was your comment with respect to

8    training your customers, correct?

9        A.   Configuration mostly.

10       Q.   So was this in response to telephone calls that

11   you would -- I am sorry.   Was this in response to you

12   training over the telephone, customers with

13   configuration?

14       A.   Yes.

15       Q.   The reason I am asking you this question, the

16   sentence I contact customers in a timely manner is

17   throwing me off a little bit because I am envisioning

18   you training them on a particular aspect of the

19   software.   So tell me what you mean by contacting the

20   customers.

21       A.   Before we could do the configuration I would

22   need to contact them to see how they do things, like

23   when they -- you know, using the meter reader example,

24   okay, how do you do this, do you send them out -- how do

25   you send them out, like what readings do they want to

1    get at a specific time. You know, because they may have

2    multiple billings in a month. They may do their entire

3    billing in a month. It is just based off of how they do

4    entire processes. I would have to get information from

5    them regarding that to be able to inform all the

6    necessary people what we need to do.

7    Q. Let's look at the section on reviewing your

8    independence and initiative, Number 5. Tell me how you

9    ranked yourself under independence and initiative.

10    A. Works out effective solutions and requires

11    supervision only for instruction on new projects or for

12    critical aspects of assignments. Consistently

13    demonstrates interest in developing or learning new

14    skills, knowledge and abilities.

15    Q. Do you still agree with that statement?

16    A. Yes.

17    Q. Let's move on to Page 5 of your review. And

18    under Section B, review and identify performance

19    objectives, look at Item Number 2 where it says employee

20    plan. Go ahead and read for me what you put down under

21    your employee plan under that section.

22    A. Where it says list --

23    Q. Going down where it says employee plan in bold.

24    A. Oh, down here? Okay.

25    Q. Yes.

1        Q.  So you came up with some documentation to help

2    them do that?

3        A.  Yeah.  It was -- not -- I don't know if you

4    would really call it -- well, it wasn't a checklist.  It

5    was just --

6        Q.  What was it?

7        A.  This is what we need.

8        Q.  So where it says, "I have come up with a

9    standard operating procedure for meter reading

10   interfaces", what did you mean by standard operating

11   procedure?

12       A.  It just outlines the information we need to

13   make it -- to make it easier on everybody.

14       Q.  The information "we" need.  Who is "we" again?

15       A.  Oh.  I always just say we need instead of

16   I need.  The information that I needed to build the

17   interface.

18       Q.  So you came up with a standard operating

19   procedure for information that implementation

20   specialists needed?

21       A.  No, consultants.

22       Q.  Implementation consultants, who were actually

23   at the clients' site?

24       A.  Yes.

25       Q.  Training them on the Tyler software?

1      A.   Yes.

2      Q.   And did the implementation consultants end up

3   using the standard operating procedures that you

4   created?

5      A.   Some of them did.

6      Q.   And according to you, it made the process

7   smoother for all; is that right?

8      A.   Yes.

9      Q.   Okay.   Now, read me the sentence below Employee

10   Comments where Dyke Ellison commented about you.   What

11   did he put down?   Can you read that for me?

12      A.   "A big strength of Melanie is determining an

13   efficient way to solve issues that come up."

14      Q.   Do you agree with that statement?

15      A.   I don't really know what he meant by that,

16   though.

17      Q.   Do you know what he means by that today?

18      A.   I don't know what he meant by an efficient way

19   to solve issues.   I don't really know what he meant by

20   that.

21      Q.   Let's turn the page.   Again, under factor

22   heading Independence and Initiative, Ms. Baird, how did

23   you rank yourself?

24      A.   "Works out effective solutions and requires

25   supervision only for instruction on new projects or for

1      Q.   Turn to Page 7 of your performance evaluation

2   under Section D where it says Discuss Career Interests

3   and Goals.  Do you see the section where it says

4   Employee Interests and Goals and is bolded?

5      A.   Yes.

6      Q.   You make some comments there, right?

7      A.   Yes.

8      Q.   Read that comment for me, please.

9      A.   "I would like my position changed from

10   implementation specialist to interface specialist."

11      Q.   Okay.  Tell me why you wanted that changed.

12      A.   Just because it was different.

13      Q.   How was it different?

14      A.   It was just -- because I didn't -- you know, I

15   worked with interfaces, and so it wasn't just -- really

16   just a general implementation thing.  I worked with

17   interfaces, so I just wanted a different title.  There

18   was not really anything specific.  I just wanted a

19   different title.

20      Q.   So other than wanting a different title, your

21   responsibilities, would they have changed any?

22      A.   No.

23      Q.   Okay.  Did you know whether a salary increase

24   was associated with the title interface specialist?

25      A.   There was not.

1          Q.   You can go ahead and set that performance

2     evaluation aside.   Now we are going to look at your last

3     one while you were at Tyler.

4                    (Exhibit 3 marked.)

5          Q.   (BY MS. KHOSRAVI)   I am going to hand you what

6     has been marked As Deposition Exhibit Number 3,

7     Ms. Baird.   Tell me if you recognize this document.

8          A.   Yes.

9          Q.   What is it?

10         A.   Performance review.

11         Q.   And for what time period is that performance

12    review?

13         A.   2007 to 2008.

14         Q.   And was this given to you again by Dyke

15    Ellison?

16         A.   Yes.

17         Q.   What was your title during this time period?

18         A.   I wrote on here interface specialist, but I

19    don't know if they ever really made it official or not.

20         Q.   Was this the title that we were just discussing

21    that you wanted?

22         A.   Yes.

23         Q.   Let's review together Section A of your

24    evaluation titled Review Performance Factors.   I want

25    you to go to factor number 3, Problem Solving.   And that

1    Q.   Okay.   So read me the next sentence.

2    A.   "I have come up with an install procedure and

3    an implementation procedure that is working well for all

4    parties involved."

5    Q.   Okay.   Tell me about the install procedure that

6    you came up with.

7    A.   It was pretty much just we -- you know, the

8    first step is getting the site built, and then the

9    second step is getting the SSL certificate.   And it was

10   pretty much having to explain to that new programmer the

11   way that it needed to happen to help, so that way he

12   could understand better so we would get the job done.

13   Q.   So he got it better?

14   A.   For a little while.

15   Q.   Read the next sentence.

16   A.   "TPS is now implementing the web service and I

17   was honored to be invited by Jarrett to a meeting and

18   was able to clear up most of the questions about this

19   for TPS due to my reorganization of the documentation

20   procedure."

21   Q.   What does TPS stand for?

22   A.   I don't remember.

23   Q.   What was it?   Do you even remember what it was?

24   A.   I don't remember what it was.

25   Q.   Do you remember -- can you explain the sentence

```
 1              IN THE UNITED STATES DISTRICT COURT
                FOR THE EASTERN DISTRICT OF TEXAS
 2                      MARSHALL DIVISION

 3    PATTY BEALL, MATTHEW          )
      MAXWELL, DAVID GRAVLEY,       )
 4    TALINA MCELHANY, KELLY        )
      HAMPTON, KEVIN TULLOS,        )
 5    CASEY BROWN, JASON BONNER,    )
      ANTHONY DODD, ILENE           )
 6    MEYERS, TOM O'HAVER, JOY      )
      BIBLES, DON LOCCHI AND        )
 7    MELISSA PASTOR,               )
      Individually and on behalf    ) CIVIL ACTION
 8    of all others similarly       )
      situated,                     ) NO.: 2:08-CV-422 TJW
 9                                  )
                     PLAINTIFFS,    )
10                                  )
      VS.                           )
11                                  )
      TYLER TECHNOLOGIES, INC.      )
12    AND EDP ENTERPRISES, INC.,    )
                                    )
13                   DEFENDANTS.    )
14

15                REPORTER'S CERTIFICATION

16              DEPOSITION OF MELANIE BAIRD

17                    APRIL 26, 2010

18        I, Elaine Fowler, Certified Shorthand Reporter in

19    and for the State of Texas, hereby certify to the

20    following:

21        That the witness, MELANIE BAIRD, was duly sworn by

22    the officer and that the transcript of the oral

23    deposition is a true record of the testimony given by

24    the witness;

25
```

```
 1        That the deposition transcript was submitted on

 2   May 7, 2010 to the witness or to the attorney for the

 3   witness for examination, signature and return to me by

 4   _____;

 5

 6        That the amount of time used by each party at the

 7   deposition is as follows:

 8   MS. FARIN KHOSRAVI - 2 hours 51 minutes

 9   MS. CHANDRA HOLMES RAY - 7 minutes

10        That pursuant to information given to the

11   deposition officer at the time said testimony was taken,

12   the following includes counsel for all parties of

13   record:

14   MS. CHANDRA L. HOLMES RAY, Attorney for Plaintiffs

15   MS. FARIN KHOSRAVI, Attorney for Defendants

16

17        That $_____ is the deposition officer's

18   charges to the Defendants for preparing the original

19   deposition transcript and any copies of exhibits;

20

21        I further certify that I am neither counsel for,

22   related to, nor employed by any of the parties or

23   attorneys in the action in which this proceeding was

24   taken, and further that I am not financially or

25   otherwise interested in the outcome of the action.
```

1        Certified to by me this 7th day of May, 2010.

2

3

4        _____

         ELAINE FOWLER, CSR, No. 5881
5        Expiration Date:  12/31/2011

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25