IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PATTY BEALL, MATTHEW MAXWELL, TALINA MCELHANY, KELLY HAMPTON, CASEY BROWN, JASON BONNER, KEVIN TULLOS, ANTHONY DODD, ILENE MEYERS, TOM O'HAVER, JOY BIBLES, DON LOCCHI AND MELISSA PASTOR, individually and on behalf of all other similarly situated; | § § § § § § § § § § § | |
| Plaintiffs, | § § § § § | 2:08-cv-422  TJW |
| TYLER TECHNOLOGIES, INC. AND EDP ENTERPRISES, INC. Defendants. | § § § | |

## ORDER GRANTING THE PARTIES' AGREED MOTION EXTENDING DEADLINE

Before the Court is the Parties' Agreed Motion Extending Deadline. The Parties seek to extend deadline Defendants to designate their expert witnesses. The Court, having considered the Motion, concludes that the Motion should be GRANTED.

**IT IS THEREFORE ORDERED** that the deadlines are extended as follows:

| | **Current Deadline** | **Extended Deadline** |
|---|---|---|
| Defendant to Designate Expert Witnesses | September 24, 2010 | October 1, 2010 |

SIGNED this 27th day of September, 2010.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE