## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| **PATTY BEALL, MATTHEW MAXWELL, TALINA MCELHANY, KELLY HAMPTON, CASEY BROWN, JASON BONNER, KEVIN TULLOS, ANTHONY DODD, ILENE MEYERS, TOM O'HAVER, JOY BIBLES, DON LOCCHI AND MELISSA PASTOR, individually and on behalf of all other similarly situated;** | § § § § § § § § § § | |
| **Plaintiffs,** | § § § § | **2:08-cv-422  TJW** |
| **TYLER TECHNOLOGIES, INC. AND EDP ENTERPRISES, INC.** | § § | |
| **Defendants.** | § | |

## ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO EXCEED PAGE LIMIT

On this day came for consideration Defendants' Motion for Leave to Exceed Page Limit.

The Court is of the opinion that the motion should be GRANTED.

*Defendants' Motion to Decertify Class* may not exceed 30 pages.

SIGNED this 27th day of September, 2010.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE