# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| PATTY BEALL, MATTHEW MAXWELL, TALINA MCELHANY AND KELLY HAMPTON, individually and on behalf of all other similarly situated; | § § § § § | |
| Plaintiffs, | § | 2:08-cv-422   TJW |
| | § § § | |
| TYLER TECHNOLOGIES, INC. AND EDP ENTERPRISES, INC. Defendants. | § § § | |

## DEFENDANTS' NOTICE OF DISCLOSURE

In accordance with Federal Rule of Civil Procedure 26 and Local Rule CV-26(c), Defendants give notice that they provided the disclosures required under Fed. R. Civ. P. 26(a)(2) to counsel for Plaintiffs on October 1, 2010.

        Respectfully submitted:

        *s/Farin Khosravi*
        Paulo B. McKeeby
        Texas Bar No.: 00784571
        paulo.mckeeby@morganlewis.com
        Joel S. Allen
        Texas Bar No.: 00795069
        joel.allen@morganlewis.com
        Ellen L. Perlioni
        Texas Bar No. 00794155
        ellen.perlioni@morganlewis.com
        Farin Khosravi
        Texas Bar No. 24043753
        farin.khosravi@morganlewis.com

        MORGAN, LEWIS & BOCKIUS LLP
        1717 Main Street, Suite 3200
        Dallas, Texas 75201-7347
        phone - 214.466.4000
        facsimile - 214.466.4001

        Deron R. Dacus
        Texas Bar No.: 00790553
        derond@rameyflock.com

        RAMEY & FLOCK P.C.
        100 East Ferguson, Suite 500
        Tyler, Texas 75702
        phone – 903.597.3301
        facsimile – 903.597.2413

        ATTORNEYS FOR DEFENDANTS
        TYLER TECHNOLOGIES, INC. AND
        EDP ENTERPRISES, INC.

## CERTIFICATE OF SERVICE

      This is to certify that a true and correct copy of the above and foregoing has been served via electronic mail on this 1st day of October 2010, on the following:

| | |
|---|---|
| John D. Sloan, Jr.<br>Laureen F. Bagley<br>SLOAN, BAGLEY, HATCHER & PERRY LAW FIRM<br>101 East Whaley Street<br>P.O. Drawer 2909<br>Longview, Texas 75606<br>jsloan@textrialfirm.com<br>lbagley@textrialfirm.com | Alexander R. Wheeler<br>Jason Paul Fowler<br>R. REX PARRIS LAW FIRM<br>42220 10th Street West, Suite 109<br>Lancaster, CA  93534<br>awheeler@rrexparris.com<br>jfowler@rrexparris.com |
| John P. Zelbst<br>Chandra L. Homes Ray<br>Zelbst, Holmes & Butler<br>PO Box 365<br>Lawton, OK  73502<br>zelbst@zelbst.com<br>chandra@zelbst.com | James E. Wren<br>One Bear Place #97288<br>Waco, TX  76798<br>James_Wren@baylor.edu |

    *s/Farin Khosravi*_____
Paulo B. McKeeby
Ellen L. Perlioni
Farin Khosravi