## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| PATTY BEALL,  MATTHEW MAXWELL, | § | |
| DAVID GRAVLEY, TALINA MCELHANY, | § | |
| KELLY HAMPTON, CASEY BROWN, | § | |
| JASON BONNER, KEVIN TULLOS, | § | |
| ANTHONY DODD, ILENE MEYERS, | § | |
| TOM O'HAVER, JOY BIBLES, DON | § | |
| LOCCHI AND MELISSA PASTOR , | § | |
| Individually and on behalf of all others | § | |
| similarly situated; | § | |
| | § | |
| Plaintiffs, | § | 2:08-cv-422 TJW |
| | § | |
| TYLER TECHNOLOGIES, INC. AND | § | |
| EDP ENTERPRISES, INC. | § | |
| Defendants. | § | |

## ORDER REGARDING PLAINTIFFS' MOTION TO EXTEND DEADLINE FOR PLAINTIFFS TO RESPOND TO DEFENDANTS' MOTION TO DECERTIFY CLASS

ON THIS DATE, CAME ON TO BE CONSIDERED Plaintiffs' Motion to Extend Deadline

for Plaintiffs to Respond to Defendants' Motion to Decertify class.  After careful consideration of

the motion, this Court hereby GRANTS the motion.