IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PATTY BEALL, MATTHEW MAXWELL, DAVID GRAVLEY, TALINA MCELHANY, KELLY HAMPTON, CASEY BROWN, JASON BONNER, KEVIN TULLOS, ANTHONY DODD, ILENE MEYERS, TOM O'HAVER, JOY BIBLES, DON LOCCHI AND MELISSA PASTOR, Individually and on behalf of all others similarly situated; | § § § § § § § § § § | |
| Plaintiffs, | § § | 2:08-cv-422 TJW |
| TYLER TECHNOLOGIES, INC. AND EDP ENTERPRISES, INC. Defendants. | § § § § | |

## ORDER REGARDING PLAINTIFFS' MOTION TO EXTEND DEADLINE FOR PLAINTIFFS TO RESPOND TO DEFENDANTS' MOTION TO DECERTIFY CLASS

ON THIS DATE, CAME ON TO BE CONSIDERED Plaintiffs' Motion to Extend Deadline for Plaintiffs to Respond to Defendants' Motion to Decertify class. After careful consideration of the motion, this Court hereby GRANTS the motion. Plaintiffs' new deadline to file a response to Defendants' Motion to Decertify Class is November 8, 2010.

IT IS SO ORDERED.

SIGNED this 19th day of October, 2010.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE