IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PATTY BEALL, MATTHEW MAXWELL, TALINA MCELHANY AND KELLY HAMPTON, individually and on behalf of all others similarly situated, § § § § § | | |
| *Plaintiffs,* § § | | |
| *vs.* § | NO. | 2:08-CV-422 |
| § | | |
| TYLER TECHNOLOGIES, INC. AND EDP ENTERPRISES, INC., § § § | | |
| *Defendants.* § § | | |

## ORDER

Defendants having filed their Objections to Plaintiffs' Expert Brian T. Farrington and Motion To Strike Farrington's Expert Report, said motion having been noticed, any responses and arguments of counsel having been considered, and the Court being fully apprised in the premises, it is hereby;

**ORDERED,** that Defendant's Motion is hereby GRANTED; and it is further

**ORDERED,** that the expert report of Brian T. Farrington proffered by Plaintiffs is stricken, shall not be admissible at trial.