IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PATTY BEALL,  MATTHEW MAXWELL, | § | |
| DAVID GRAVLEY, TALINA MCELHANY, | § | |
| KELLY HAMPTON, CASEY BROWN, | § | |
| JASON BONNER, ANTHONY DODD, | § | |
| ILENE MEYERS, TOM O'HAVER, | § | |
| JOY BIBLES, AND MELISSA PASTOR, | § | |
| Individually and on behalf of all others | § | |
| similarly situated; | § | |
| | § | |
| Plaintiffs, | § | 2:08-cv-422 TJW |
| | § | |
| TYLER TECHNOLOGIES, INC. AND | § | |
| EDP ENTERPRISES, INC. | § | |
| Defendants. | § | |

**PLAINTIFF'S MOTION FOR LEAVE
TO FILE RESPONSE IN EXCESS OF THIRTY PAGES**

Plaintiffs, Patty Beall, Matthew Maxwell, David Gravley,  Talina McElhany,  Kelly Hampton, Casey Brown, Jason Bonner,  Anthony "Tony" Dodd,  Ilene Meyers, Tom O'Haver, Joy Bibles, and Melissa Pastor, on behalf of themselves and all others similarly situated, current and former employees of Defendants, Tyler Technologies, Inc. and/or  EDP Enterprises, Inc., request leave of this Court to file Plaintiffs' Response to Defendants, Tyler Technologies, Inc. and/or EDP Enterprises, Inc.'s Motion to Decertify Class in excess of thirty (30) pages, and for same would respectfully show the Court as follows;

**I.**

1.1 Defendants' Motion to Decertify Class and Brief in Support consists of thirty-six (36) pages with an additional four hundred and thirty-three (433) pages in exhibits.

1.2 Plaintiffs' Response requires an  in depth  discussion of the job duties of each of the 33 Plaintiffs within 6 different classes/subclasses for purposes of establishing the similar nature of

the Plaintiffs' job duties and employment settings. Additionally, the Exhibits attached to Plaintiff's response, will aid the Court in considering and determining Plaintiff's claims. Accordingly, Plaintiff seek the court's permission to exceed the required thirty page limit.

WHEREFORE PREMISES CONSIDERED, Plaintiff requests that this Court grant leave to exceed the thirty (30) page limit including attachments.

Respectfully submitted,

SLOAN, BAGLEY, HATCHER & PERRY LAW FIRM


 /s/ Laureen F. Bagley
John D. Sloan, Jr.
State Bar No. 18505100
jsloan@textrialfirm.com
Laureen F. Bagley
State Bar No. 24010522
lbagley@textrialfirm.com
101 East Whaley Street
P.O. Drawer 2909
Longview, Texas 75606
(903) 757-7000
(903) 757-7574 (Fax)

Alexander R. Wheeler
awheeler@rrexparris.com
Jason Paul Fowler
jfowler@rrexparris.com
R. REX PARRIS LAW FIRM
42220 10TH Street West, Suite 109
Lancaster, CA 93534-3428
(661) 949-2595
(661) 949-7524 (Fax)

John P. Zelbst
zelbst@zelbst.com
Chandra L. Holmes Ray
chandra@zelbst.com
ZELBST, HOLMES & BUTLER

P.O. Box 365  
Lawton, OK 73502-0365  
(580) 248-4844  
(580) 248-6916 (Fax)  

James E. Wren  
Texas State Bar No. 22018200  
James_Wren@baylor.edu  
One Bear Place #97288  
Waco, Texas 76798-7288  
(254) 710-7670  
(254) 710-2817 (Fax)  

**ATTORNEYS FOR PLAINTIFFS**

### CERTIFICATE OF CONFERENCE

      I certify that on November 4th, 2010, I conferred with Defense Counsel, Paulo McKeeby, via email regarding Plaintiff's Motion to Exceed Extend Deadline for Plaintiffs to Respond to Defendants' Motion to Decertify Class. After discussing the Motion, Defense counsel advised that he was unopposed to the Motion.

By: /s/ Laureen F. Bagley  
LAUREEN F. BAGLEY

## CERTIFICATE OF SERVICE

I hereby certify that on this the 8th day of November, 2010, a true and correct copy of this document was sent via electronic mail to the following:

Paulo B. McKeeby
Joe S. Allen
Sharon Fast Fulgham
*Morgan, Lewis & Bockius LLP*
1717 Main Street, Suite 3200
Dallas, TX 75201-7347

Deron R. Dacus
*Ramey & Flock P.C.*
100 East Ferguson, Suite 500
Tyler, TX 75702

By: /s/ Laureen F. Bagley<br>
LAUREEN F. BAGLEY