IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PATTY BEALL, MATTHEW MAXWELL, DAVID GRAVLEY, TALINA MCELHANY, KELLY HAMPTON, KEVIN TULLOS, CASEY BROWN, JASON BONNER, ANTHONY DODD, ILENE MEYERS, TOM O'HAVER, JOY BIBLES, DON LOCCHI AND MELISSA PASTOR , Individually and on behalf of all others similarly situated; | § § § § § § § § § § | |
| Plaintiffs, | § § | 2:08-cv-422 TJW |
| TYLER TECHNOLOGIES, INC. AND EDP ENTERPRISES, INC. Defendants. | § § § § | |

## ORDER DENYING DEFENDANTS' MOTION TO DECERTIFY CLASS

On this day came for consideration Defendant's Motion to Decertify Class. After considering the motion, Plaintiff's response and other documents on file, the Court is of the opinion that Defendant's motion should be DENIED.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that Defendants' Motion to Decertify Class is hereby DENIED.

*Order Denying Defendants' Motion to Decertify Class*
**2697-001 BEALL**