LIST OF EXHIBITS TO PLAINTIFFS' RESPONSE
IN OPPOSITION TO DEFENDANT'S MOTION TO DECERTIFY

| EXHIBIT NUMBER | DESCRIPTION |
|---|---|
| 1 | **Deposition excerpts of Robert Sansone** |
| 2 | **Deposition excerpts of Chris Hepburn** |
| 3 | **Deposition excerpts of Geraldine Ingram** |
| 4 | **Deposition excerpts of Bethany Maynard** |
| 5 | **Deposition excerpts of Ilene Meyers** |
| 6 | **Deposition excerpts of Lisa White** |
| 7 | **Deposition excerpts of Kelly Hampton** |
| 8 | **Deposition excerpts of Amy Dunn** |
| 9 | **Deposition excerpts of Travis Void** |
| 10 | **Deposition excerpts of Joy Flynn** |
| 11 | **Deposition excerpts of Betty Dupree** |
| 12 | **Deposition excerpts of Laura Milburn** |
| 13 | **Deposition excerpts of Kevin Mosenthin** |
| 14 | **Deposition excerpts of Ronald Grimwood** |
| 15 | **Position Description MUNIS Implementation Consultant dated December 4, 1997** |
| 16 | **Position Description MUNIS Implementation Specialist dated May 6, 1999** |
| 17 | **Deposition excerpts of Sandra Dunning** |
| 18 | **Deposition excerpts of Joy Bibles McLeod** |
| 19 | **Deposition excerpts of Thomas O'Haver** |
| 20 | **Deposition excerpts of Yvonne Wilton** |
| 21 | **Deposition excerpts of David Hayner** |

| EXHIBIT NUMBER | DESCRIPTION |
|---|---|
| 22 | **Deposition excerpts of Titus Britt** |
| 23 | **Deposition excerpts of Gayla Duke** |
| 24 | **Deposition excerpts of Melanie Baird** |
| 25 | **Deposition excerpts of Lorraine Mutch** |
| 26 | **Deposition excerpts of Russell Steele** |
| 27 | **Deposition excerpts of Eric Emde** |
| 28 | **Deposition excerpts of Jill Brown** |
| 29 | **Deposition excerpts of Linda Carrington** |
| 30 | **Deposition excerpts of Talina McElhaney** |
| 31 | **Declaration of Anthony Dodd** |
| 32 | **Declaration of Talina McElhaney** |
| 33 | **Declaration of Lisa White** |
| 34 | **Declaration of Kelly Hampton** |
| 35 | **Declaration of Ilene Meyers** |
| 36 | **Declaration of Kim Huynh** |