```
 1            IN THE UNITED STATES DISTRICT COURT

 2               FOR THE EASTERN DISTRICT OF TEXAS

 3                       MARSHALL DIVISION

 4                           -  -  -

 5       PATTY BEALL, MATTHEW MAXWELL,      )

         DAVID GRAVELY, TALINA MCELHANY,   )

 6       KELLY HAMPTON, CASEY BROWN,        )

         JASON BONNER, KEVIN TULLOS,        )

 7       ANTHONY DODD, ILENE MEYERS,        )

         TOM O'HAVER, JOY BIBLES, DON       )

 8       LOCCHI and MELISSA PASTOR,         )

         Individually and on behalf of     )

 9       all others similarly situated;    )

                                           )

10           Plaintiffs                    )

                                           )

11       vs.                               ) 2:08-cv-422-TJW

                                           )

12       TYLER TECHNOLOGIES, INC., and     )

         EDP ENTERPRISES, INC.             )

13                                         )

                 Defendants.               )

14                                         )

         -----------------------------------

15

16                         DEPOSITION OF

17                      CHRISTOPHER HEPBURN

18                      PORTLAND, MAINE

19                      AUGUST 18, 2010

20

21

         ATKINSON-BAKER, INC.

22       COURT REPORTERS

         (800) 288-3376

23       www.depo.com

24       REPORTED BY:   Cheryl C. Pieske, RMR

25       FILE NO.:      A40636E
```

**EXHIBIT 2**

1              IN THE UNITED STATES DISTRICT COURT

2              FOR THE EASTERN DISTRICT OF TEXAS

3                    MARSHALL DIVISION

4                         - - -

5     PATTY BEALL, MATTHEW MAXWELL,    )

6     DAVID GRAVELY, TALINA MCELHANY, )

7     KELLY HAMPTON, CASEY BROWN,      )

8     JASON BONNER, KEVIN TULLOS,      )

9     ANTHONY DODD, ILENE MEYERS,      )

10    TOM O'HAVER, JOY BIBLES, DON     )

11    LOCCHI and MELISSA PASTOR,       )

12    Individually and on behalf of    )

13    all others similarly situated;   )

14              Plaintiff,             )

15        vs.                          ) 2:08-cv-422 TJW

16    TYLER TECHNOLOGIES, INC., and,   )

17    EDP ENTERPRISES, INC.,           )

18              Defendants.            )

19    --------------------------------

20

21              Deposition of CHRISTOPHER HEPBURN, taken on

22    behalf of Plaintiff, at Congress Street, Portland, Maine,

23    commencing at 8:32 a.m., Wednesday, August 18, 2010, before

24    Cheryl C. Pieske, RMR, Court Reporter and Notary

25    Public.

**EXHIBIT 2**

```
 1                    A P P E A R A N C E S:
 2         FOR PLAINTIFFS:
 3         SLOAN, BAGLEY, HATCHER & PERRY LAW FIRM
           BY: LAUREEN F. BAGLEY, ESQ.
 4         101 East Whaley Street
           P.O. Drawer 2909
 5         Longview, Texas 75606
 6         ZELBST, HOLMES & BUTLER
           BY: CHANDRA L. HOLMES RAY, ESQ.
 7         P.O. Box 365
           Lawton, Oklahoma 73502-0365
 8
 9         FOR DEFENDANT:
10         MORGAN, LEWIS & BOCKIUS, LLP
           BY: PAULO B. McKEEBY, ESQ.
11         1717 Main Street, Suite 3200
           Dallas, Texas, 75201-7347
12
           TYLER TECHNOLOGIES, INC.
13         H. LYNN MOORE, ESQ.
           In-house Counsel
14
15
16
17
18
19
20
21
22
23
24
25
```

**EXHIBIT 2**

1

2

3                                   I N D E X

4        DEPONENT:   CHRISTOPHER HEPBURN

5        EXAMINATION                                    PAGE

6            By Ms. Ray                                 7

7        EXHIBITS

8

9        NUMBER                    DESCRIPTION          PAGE

10           1   Notice of Oral and Video Deposition   9

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**EXHIBIT 2**

| | | |
|---|---|---|
| 1 | 08:49:15 | you an implementation specialist? |
| 2 | 08:49:22 | A.   You're testing my memory.  That's a difficult |
| 3 | 08:49:26 | question to answer.  When I started, the support |
| 4 | 08:49:29 | specialist and implementation specialist roles were |
| 5 | 08:49:32 | really combined.  So I would say 2 years. |
| 6 | 08:49:34 | Q.   Okay.  Was that before Tyler Technologies |
| 7 | 08:49:38 | purchased the division you were working in or after? |
| 8 | 08:49:41 | A.   Before. |
| 9 | 08:49:41 | Q.   Before.  Was that also MUNIS? |
| 10 | 08:49:44 | A.   Yes. |
| 11 | 08:49:48 | Q.   And when you became vice-president of services |
| 12 | 08:49:51 | in MUNIS, was that before or after Tyler Technologies |
| 13 | 08:49:54 | purchased your division? |
| 14 | 08:50:01 | A.   Did you say vice-president of services? |
| 15 | 08:50:04 | Q.   I think I did, and I may have written it down |
| 16 | 08:50:07 | incorrectly and I apologize. |
| 17 | 08:50:08 | A.   That's okay.  I believe that was after Tyler |
| 18 | 08:50:11 | had acquired us. |
| 19 | 08:50:12 | Q.   Okay.  Do you recall the date when Tyler |
| 20 | 08:50:15 | acquired MUNIS? |
| 21 | 08:50:17 | A.   Not the specific date.  On or around 1999, in |
| 22 | 08:50:22 | 1999. |
| 23 | 08:50:22 | Q.   Right.  And that's fine.  And when did you |
| 24 | 08:50:26 | become president of Schools? |
| 25 | 08:50:28 | A.   January of this year. |

**EXHIBIT 2**

| 1 | 08:50:31 | Q.   Okay.   Now, I'm going to go back just a little |
| 2 | 08:50:43 | bit.  You said -- to the documents that you reviewed, the |
| 3 | 08:50:47 | job descriptions, the evaluations, the time sheets, and |
| 4 | 08:50:49 | the notice.  Why did you review those particular |
| 5 | 08:50:54 | documents? |
| 6 | 08:50:54 | A.   They were presented by Paulo, and I was asked |
| 7 | 08:51:02 | to review them to prepare for today. |
| 8 | 08:51:06 | Q.   Okay.  Did you review any documents on your own |
| 9 | 08:51:10 | to help you prepare for this deposition today? |
| 10 | 08:51:13 | A.   No. |
| 11 | 08:51:15 | Q.   Okay.  When you were an implementation |
| 12 | 08:51:27 | specialist and support specialist, how were those two |
| 13 | 08:51:29 | jobs combined?  What were the duties of them? |
| 14 | 08:51:32 | A.   In a small company, which we were, when I was |
| 15 | 08:51:40 | not answering phones as a support specialist, I would go |
| 16 | 08:51:45 | on site to clients to perform implementation services. |
| 17 | 08:51:52 | Q.   Okay.  And what were the implementation |
| 18 | 08:51:54 | services you performed? |
| 19 | 08:51:55 | A.   It would be a very long list.  I'll try to |
| 20 | 08:52:04 | summarize the highlights. |
| 21 | 08:52:05 | Q.   Sure. |
| 22 | 08:52:06 | A.   Analyze their -- their current business |
| 23 | 08:52:11 | practices, determine any changes to business practices, |
| 24 | 08:52:21 | configure software to adhere to those changing business |
| 25 | 08:52:26 | practices, review configuration with client, receive |

**EXHIBIT 2**

```
 1   08:52:35    client acceptance, review conversion files, load

 2   08:52:48    conversion files, educate senior staff and user staff on

 3   08:53:05    application, assist with go-live transition, assist with

 4   08:53:10    post go-live support, and those are very high level.  I'm

 5   08:53:15    not encompassing all.

 6   08:53:17        Q.   Would you say those were the primary duties?

 7   08:53:19        A.   The primary ones I can recall.

 8   08:53:24        Q.   Okay.  And what did you have to do when you

 9   08:53:35    were analyzing current business practices of a customer?

10   08:53:37        A.   A lot of question and answer, interviewing,

11   08:53:46    why -- learning why they do -- why they do what they do

12   08:53:51    in the order that they do things, what changes they would

13   08:53:55    like to make.  In summary, a lot of interviewing.

14   08:53:58        Q.   And what is the purpose of that interviewing?

15   08:54:01    I know it's to find out what they're doing, but I

16   08:54:04    understand the surface purpose.  But what was the purpose

17   08:54:06    for you as an implementation specialist?

18   08:54:12        A.   Primarily to see if there were any business

19   08:54:14    changes that the client would like to undertake.

20   08:54:16        Q.   Okay.  And what software module were you

21   08:54:22    implementing?

22   08:54:23        A.   MUNIS.

23   08:54:23        Q.   Okay.  And was it -- what particular part of

24   08:54:28    MUNIS?  Anything specific?

25   08:54:30        A.   All.
```

**EXHIBIT 2**

| | | |
|---|---|---|
| 1 | 08:54:31 | Q.   All of it? |
| 2 | 08:54:31 | A.   (Nodding.) |
| 3 | 08:54:32 | Q.   Okay.  Did you have a list of questions that |
| 4 | 08:54:37 | you asked all the customers or a basic list that you went |
| 5 | 08:54:42 | from? |
| 6 | 08:54:42 | A.   No.  I would say it was very dynamic. |
| 7 | 08:54:46 | Q.   Uh-hmm.  How so? |
| 8 | 08:54:48 | A.   There was no pre-determined list of questions |
| 9 | 08:54:55 | that I was given or we had at the time. |
| 10 | 08:54:57 | Q.   What was your purpose in asking these |
| 11 | 08:55:04 | particular questions?  And I know we've talked about to |
| 12 | 08:55:07 | see if there were any business changes they wanted to |
| 13 | 08:55:09 | make, but how was that important to you if there was a |
| 14 | 08:55:11 | business change that the customer wanted to make? |
| 15 | 08:55:13 | A.   I'll provide an example.  Would that be -- |
| 16 | 08:55:17 | Q.   Sure. |
| 17 | 08:55:18 | A.   -- that be okay?  We'll take accounts payable. |
| 18 | 08:55:25 | They have a choice whether they would like to centralize |
| 19 | 08:55:30 | accounts payable functions or decentralize accounts |
| 20 | 08:55:34 | payable functions.  That one decision impacts software |
| 21 | 08:55:37 | configuration and subsequent education. |
| 22 | 08:55:46 | Q.   Okay.  And would you tell the client which one |
| 23 | 08:55:52 | they should do? |
| 24 | 08:55:53 | A.   No.  My role was to explain the differences, |
| 25 | 08:56:00 | the pros of one, cons of one, pros of other, cons of |

**EXHIBIT 2**

| | | |
|---|---|---|
| 1 | 08:56:04 | other.  Ultimately, it's their decision.  My role would |
| 2 | 08:56:07 | be to offer -- |
| 3 | 08:56:10 | Q.   Options. |
| 4 | 08:56:11 | A.   -- options and the detailed analysis of those |
| 5 | 08:56:15 | options but not a recommendation. |
| 6 | 08:56:17 | Q.   And when you say the detailed analysis, you're |
| 7 | 08:56:19 | referring to the particular effects each option would |
| 8 | 08:56:24 | have in terms of how they functioned; is that correct? |
| 9 | 08:56:27 | A.   That -- correct. |
| 10 | 08:56:32 | Q.   In other words, if it's centralized, you're |
| 11 | 08:56:34 | going to go through these particular steps to do things; |
| 12 | 08:56:40 | and if it's decentralized, you're going to go through |
| 13 | 08:56:42 | these particular steps to do things.  Is that right? |
| 14 | 08:56:45 | A.   Correct.  Correct, steps and who authorizes |
| 15 | 08:56:52 | data, who enters data, at what points does data get |
| 16 | 08:56:57 | authorized, and again who has the authorization to bless |
| 17 | 08:57:04 | data.  We're talking about checks going out to vendors. |
| 18 | 08:57:06 | Q.   All right.  When you're talking about |
| 19 | 08:57:08 | authorization, do you tell the client who should be |
| 20 | 08:57:11 | authorized to have access to certain information? |
| 21 | 08:57:14 | A.   Again, no.  It wouldn't be my place to tell |
| 22 | 08:57:19 | them who should have authorization; just simply an |
| 23 | 08:57:22 | authorization point needs to be made, who do they want to |
| 24 | 08:57:26 | denote as that individual. |
| 25 | 08:57:28 | Q.   Okay.  Is there anything else about analyzing |

**EXHIBIT 2**

```
1    08:57:32    their current business practices that you used to do as

2    08:57:36    an implementation specialist and support specialist --

3    08:57:39    actually, we're just talking about the implementation

4    08:57:41    role --

5    08:57:41        A.   Uh-hmm.

6    08:57:42        Q.   -- that we haven't talked about.

7    08:57:44        MR. McKEEBY:  Go ahead, if you understand.

8    08:57:50        A.   The example I gave was one of --

9    08:58:00    BY MS. RAY:

10   08:58:00        Q.   Many?

11   08:58:00        A.   -- hundreds.

12   08:58:01        Q.   Yeah.

13   08:58:02        A.   But I think it provides a good illustration of

14   08:58:06    a specific question.  There's no specific answer.

15   08:58:10    There's no clear-cut you will do this.  It's presenting a

16   08:58:17    question, presenting the different options of the

17   08:58:19    question, gathering that information and then having the

18   08:58:25    connection of how that impacts the software

19   08:58:27    configuration.

20   08:58:28        Q.   All right.  And I think -- if I understand you

21   08:58:30    correctly, that with the exception of the many other

22   08:58:34    examples that you could provide as to how that worked,

23   08:58:36    we've discussed everything that you would have to have

24   08:58:40    done when you analyze the current business practices of a

25   08:58:44    customer?
```

**EXHIBIT 2**

| | | |
|---|---|---|
| 1 | 08:58:47 | A.   I wouldn't say that.  That is -- questions and |
| 2 | 08:58:51 | answers are one example.  There could be others, off the |
| 3 | 08:58:54 | top of my head, of what I had conducted. |
| 4 | 08:58:57 | Q.   Okay.  Like what? |
| 5 | 08:58:58 | A.   Another example would be their banking.  Did |
| 6 | 08:59:07 | they want positive pay, did I have to contact the bank, |
| 7 | 08:59:11 | obtain bank files.  So that would be something that I |
| 8 | 08:59:14 | would have done on behalf of the client, but it wouldn't |
| 9 | 08:59:17 | be a question-and-answer session -- |
| 10 | 08:59:18 | Q.   Uh-hmm. |
| 11 | 08:59:19 | A.   -- in that type of analysis. |
| 12 | 08:59:21 | Q.   Was that part of your normal duties, or was |
| 13 | 08:59:23 | that something that was -- just came up on occasion? |
| 14 | 08:59:26 | MR. McKEEBY:  Object to the form of the question. |
| 15 | 08:59:32 | You can answer. |
| 16 | 08:59:33 | A.   Every single client is different.  Every single |
| 17 | 08:59:38 | implementation is different.  There is no -- there is no |
| 18 | 08:59:42 | cookie cutter approach.  So it's hard for me to answer |
| 19 | 08:59:45 | that because at Client A, I may have dealt with the |
| 20 | 08:59:50 | banking items.  At Client B I may not have.  So it's -- I |
| 21 | 08:59:57 | think the example is just that.  It's an example but not |
| 22 | 09:00:01 | meant to imply that that's -- that there was a set -- a |
| 23 | 09:00:08 | set model that was repeatable. |
| 24 | 09:00:11 | Q.   There would be things that would come up |
| 25 | 09:00:13 | repetitively though, correct? |

**EXHIBIT 2**

| 1 | 09:00:14 | A.   Certainly. |
| 2 | 09:00:18 | Q.   What types of things would come up |
| 3 | 09:00:20 | repetitively? |
| 4 | 09:00:20 | A.   In a financial application and payroll |
| 5 | 09:00:30 | application and tax and utilities, which is what MUNIS |
| 6 | 09:00:34 | is, you would have a chart of accounts, you would have |
| 7 | 09:00:38 | vendors, you would have employees, you would have |
| 8 | 09:00:40 | customers that you were going to bill.  You'd have those |
| 9 | 09:00:44 | repetitive situations that you would need to establish in |
| 10 | 09:00:49 | the software. |
| 11 | 09:00:49 | Q.   And the software didn't change, correct, unless |
| 12 | 09:00:53 | there was a new version or, you know, something like that |
| 13 | 09:00:56 | happened? |
| 14 | 09:00:56 | A.   I would say it changed a lot. |
| 15 | 09:00:58 | Q.   Okay.  How did it change? |
| 16 | 09:00:59 | A.   There are -- the developers are showing up to |
| 17 | 09:01:06 | work every day.  They're constantly changing the |
| 18 | 09:01:09 | software.  That's their job.  So I would expect at client |
| 19 | 09:01:14 | A to work with a version of software that was different |
| 20 | 09:01:17 | from client B. |
| 21 | 09:01:17 | Q.   Uh-hmm. |
| 22 | 09:01:18 | A.   I guess I was just -- just used to that. |
| 23 | 09:01:21 | Q.   And the versions that would come in and change, |
| 24 | 09:01:24 | would they be updates? |
| 25 | 09:01:25 | A.   You could have two paths.  An update is |

**EXHIBIT 2**

| | | |
|---|---|---|
| 1 | 09:01:32 | something that I would consider be given to every client, |
| 2 | 09:01:36 | and then there's another path which is you could be |
| 3 | 09:01:38 | working with a client that is receiving custom software |
| 4 | 09:01:43 | modifications. |
| 5 | 09:01:43 | Q.   And I'm going to get back to that in a minute. |
| 6 | 09:01:48 | Is there anything else that you can think of that you |
| 7 | 09:01:51 | would do when you were analyzing current business |
| 8 | 09:01:54 | practices? |
| 9 | 09:02:00 | A.   Off the top of my head, I think that's the |
| 10 | 09:02:02 | major predominant items that I performed. |
| 11 | 09:02:06 | Q.   Now, the next thing you said that you would do |
| 12 | 09:02:08 | is determine changes in their business practice.  Is that |
| 13 | 09:02:13 | kind of really along the lines of what we've already |
| 14 | 09:02:16 | discussed, or is there something different to that? |
| 15 | 09:02:18 | A.   I don't -- I don't believe I would determine |
| 16 | 09:02:26 | the changes.  My role was to ask questions to see if the |
| 17 | 09:02:31 | client wanted to change their business practices. |
| 18 | 09:02:34 | Q.   Okay.  So, once again, that's really kind of |
| 19 | 09:02:38 | talking about what we have already talked about in the |
| 20 | 09:02:41 | analyzing the current business practices, correct?  It's |
| 21 | 09:02:44 | not like something totally different? |
| 22 | 09:02:46 | A.   It's a part of that process. |
| 23 | 09:02:48 | Q.   Right.  Okay.  I just want to make sure I |
| 24 | 09:02:50 | understood. |
| 25 | 09:02:51 | A.   Okay. |

**EXHIBIT 2**

| | | |
|---|---|---|
| 1 | 09:02:51 | Q.    There is nothing else that we haven't discussed |
| 2 | 09:02:53 | that goes into determining the changes in the business |
| 3 | 09:02:56 | practice within the confines of what we already |
| 4 | 09:03:04 | discussed? |
| 5 | 09:03:04 | A.    My hesitation is there -- there could be other |
| 6 | 09:03:16 | items that I'm just not recalling right now. |
| 7 | 09:03:18 | Q.    Okay. |
| 8 | 09:03:19 | A.    I don't want to imply that it's a finite or |
| 9 | 09:03:23 | it's a black-and-white list or it's follow checklist 1 |
| 10 | 09:03:27 | through 10.  It's anything but follow checklist 1 through |
| 11 | 09:03:30 | 10. |
| 12 | 09:03:30 | Q.    If you recall something different, would you |
| 13 | 09:03:32 | please notify your attorney so that he could let us know? |
| 14 | 09:03:36 | A.    Yes, I will. |
| 15 | 09:03:37 | MR. McKEEBY:  Or if something triggers your |
| 16 | 09:03:39 | recollection during the day, we can take a break -- |
| 17 | 09:03:41 | MS. RAY:  Absolutely. |
| 18 | 09:03:42 | MR. McKEEBY:  -- and we can come back to that point. |
| 19 | 09:03:43 | BY MS. RAY: |
| 20 | 09:03:43 | Q.    The next thing you talked about was configuring |
| 21 | 09:03:46 | software to adhere to the client's practices.  Can you |
| 22 | 09:03:52 | tell me what you did to configure the software to adhere |
| 23 | 09:03:55 | to the client's practices? |
| 24 | 09:03:56 | A.    I will use the -- I will continue with the |
| 25 | 09:04:00 | example of accounts payable.  If a client during the |

**EXHIBIT 2**

| | | |
|---|---|---|
| 1 | 09:04:06 | question-and-answer session stated that they historically |
| 2 | 09:04:11 | have always run accounts payable invoice out of a central |
| 3 | 09:04:17 | accounts payable office at town or city hall and they |
| 4 | 09:04:20 | find that to be inefficient and they'd like to |
| 5 | 09:04:23 | decentralize that process, then that answer would lead me |
| 6 | 09:04:30 | down a path of having to ask who at each department would |
| 7 | 09:04:37 | be entering those invoices, set those users up in the |
| 8 | 09:04:40 | system, set the department codes up in the system so that |
| 9 | 09:04:45 | user A is in department 1, user B is in department 2; and |
| 10 | 09:04:51 | then the data that's entered at the user's would have to |
| 11 | 09:04:56 | funnel to an appropriate person within the central.  It |
| 12 | 09:04:59 | could be more than one person.  So then I would have to |
| 13 | 09:05:02 | configure work flow to say that if departments 1, 2, 3 |
| 14 | 09:05:07 | would go to one person in central accounts payable, and |
| 15 | 09:05:12 | departments 4, 5, 6 would go to another.  I would have to |
| 16 | 09:05:15 | train them and make sure they understood that when it was |
| 17 | 09:05:19 | their turn to review and approve those invoices, what |
| 18 | 09:05:23 | they did, and that training would be completely different |
| 19 | 09:05:29 | if the next client said, well, we would just as soon keep |
| 20 | 09:05:33 | it as a central accounts payable function.  Then there |
| 21 | 09:05:38 | wouldn't be a departmental need.  There wouldn't be the |
| 22 | 09:05:41 | work flow need.  But then I would need to educate the |
| 23 | 09:05:44 | departmental folks on how to enter an invoice and how to |
| 24 | 09:05:47 | approve it, et cetera.  So two different -- two different |
| 25 | 09:05:52 | implementations. |

**EXHIBIT 2**

| | | |
|---|---|---|
| 1 | 09:27:58 | So I was connected. |
| 2 | 09:27:59 | Q.   Okay.  And you said that's for a short time? |
| 3 | 09:28:02 | A.   Every client is different based upon size and |
| 4 | 09:28:05 | the applications that they're going on.  Financials are |
| 5 | 09:28:09 | shorter, that extended time.  Revenue and applications |
| 6 | 09:28:13 | are much longer just given the nature of the revenue |
| 7 | 09:28:17 | applications because they're going to run items for a |
| 8 | 09:28:21 | year that are still the first time even though they're |
| 9 | 09:28:24 | live.  So in a revenue application, go-live support might |
| 10 | 09:28:28 | be a year.  I think in financials it might be 2 weeks. |
| 11 | 09:28:30 | But you're connected for a period of time. |
| 12 | 09:28:32 | Q.   All right.  There is not meant to be a |
| 13 | 09:28:34 | permanent connection; is that correct? |
| 14 | 09:28:35 | A.   That's correct. |
| 15 | 09:28:36 | Q.   Okay.  Okay I think we can go ahead and take a |
| 16 | 09:28:41 | break now. |
| 17 | 09:28:43 | THE VIDEOGRAPHER:  The time is 9:28 a.m.  We're off |
| 18 | 09:28:46 | the record. |
| 19 | 09:28:47 | (Whereupon a recess was taken.) |
| 20 | 09:40:00 | THE VIDEOGRAPHER:  Time is 9:40 a.m.  We're back on |
| 21 | 09:40:06 | the record. |
| 22 | 09:40:07 | BY MS. RAY: |
| 23 | 09:40:09 | Q.   Mr. Hepburn, we are back after a short break. |
| 24 | 09:40:11 | Are you ready to proceed? |
| 25 | 09:40:12 | A.   Yes. |

**EXHIBIT 2**

| | | |
|---|---|---|
| 1 | 09:40:12 | Q.   Okay.  Now, after you finished becoming an |
| 2 | 09:40:21 | implementation person, for lack of a better term, you |
| 3 | 09:40:23 | progressed up through the company, correct? |
| 4 | 09:40:25 | A.   Yes. |
| 5 | 09:40:26 | Q.   And you are now president of Schools.  Am I |
| 6 | 09:40:30 | right? |
| 7 | 09:40:31 | A.   Yes. |
| 8 | 09:40:31 | Q.   Okay.  And you are designated by Tyler |
| 9 | 09:40:36 | Technologies to testify about the job duties of the |
| 10 | 09:40:42 | implementation specialist and consultants that are listed |
| 11 | 09:40:45 | in Exhibit A to our notice, correct? |
| 12 | 09:40:47 | A.   Yes. |
| 13 | 09:40:47 | Q.   Can you please tell me what the job duties are |
| 14 | 09:40:54 | of those implementation specialists and consultants? |
| 15 | 09:41:00 | MR. McKEEBY:  Again, my responses I explained that |
| 16 | 09:41:03 | he could testify generally what the functions associated |
| 17 | 09:41:05 | with implementing were, not necessarily delineate the |
| 18 | 09:41:11 | specific job functions of each and every plaintiff.  So I |
| 19 | 09:41:15 | mean, that needs to be part of your question. |
| 20 | 09:41:17 | BY MS. RAY: |
| 21 | 09:41:18 | Q.   Yes.  Have you done -- let me strike that. |
| 22 | 09:41:21 | Through the course of your discussions with the people |
| 23 | 09:41:26 | that you referred to earlier, like Bruce and Chris and |
| 24 | 09:41:30 | Danelle and Brett, did you ascertain what the job |
| 25 | 09:41:34 | functions are of the implementation specialists or |

**EXHIBIT 2**

```
1    09:41:37    consultants that worked for those particular divisions?

2    09:41:40         A.   In general terms, yes.

3    09:41:41         Q.   Okay.  Can you please tell me what the job

4    09:41:45    duties and functions are of the implementation

5    09:41:47    specialists and consultants as you have understood it?

6    09:41:51         A.   The difficulty in answering is it varies

7    09:41:59    greatly across division.

8    09:42:09         Q.   Do your best.

9    09:42:11         A.   In ERP the organizational structure is a

10   09:42:31    project manager/implementor combination and the

11   09:42:39    implementation duties within ERP are different, say, from

12   09:42:47    Courts and Justice where those -- the organizational

13   09:42:52    structure is different.

14   09:42:55         Q.   Okay.  How?

15   09:42:58         A.   In the ERP organizational structure, the

16   09:43:05    project manager is a product expert.  The project manager

17   09:43:15    consults with the client about product features.  The

18   09:43:21    product manager is more engaged with the product

19   09:43:34    decisions and implementation approach.

20   09:43:37         Q.   How?

21   09:43:37         A.   The product managers having the analysis

22   09:43:42    discussions with the client.

23   09:43:48         Q.   Okay.  So your testimony I'm understanding is

24   09:43:56    that in ERP the product manager has the -- excuse me.

25   09:44:04    I'm sorry.  The project manager is the one who does the
```

**EXHIBIT 2**

| | | |
|---|---|---|
| 1 | 10:07:45 | an expert.  At Eden they have always been or historically |
| 2 | 10:07:50 | been what we call a bull-pen approach. |
| 3 | 10:07:53 | Q.   Uh-hmm.  Okay.  And what about INCODE? |
| 4 | 10:08:06 | A.   INCODE is a similar approach to Eden.  They are |
| 5 | 10:08:11 | a bull-pen approach where the product -- I'm sorry, the |
| 6 | 10:08:18 | project manager is not the product expert. |
| 7 | 10:08:26 | Q.   Okay.  And so we don't need to go through all |
| 8 | 10:08:30 | of the particular job functions unless you tell me that |
| 9 | 10:08:34 | there is something unique.  But is it fair to say that |
| 10 | 10:08:37 | the job duties and functions are -- mirror Eden's, in |
| 11 | 10:08:44 | other words, for the implementation specialists at |
| 12 | 10:08:46 | INCODE? |
| 13 | 10:08:47 | A.   The other -- I wouldn't say 100 percent.  The |
| 14 | 10:09:00 | INCODE has -- the INCODE team has tax, courts, and public |
| 15 | 10:09:09 | safety products which require specialization that the |
| 16 | 10:09:16 | Eden folks don't have. |
| 17 | 10:09:21 | Q.   Okay.  What type of specialization?  Are we |
| 18 | 10:09:24 | talking product specialization, or are we talking about |
| 19 | 10:09:27 | tax background or something like that? |
| 20 | 10:09:28 | A.   Both. |
| 21 | 10:09:29 | Q.   Uh-hmm.  Okay.  And how so?  What kind of |
| 22 | 10:09:35 | specialization is required for public safety? |
| 23 | 10:09:38 | A.   I'll combine the public safety and the courts. |
| 24 | 10:09:42 | The nature of the implementations is kind of an all -- |
| 25 | 10:09:52 | you want all of your applications going live at the same |

**EXHIBIT 2**

| | | |
|---|---|---|
| 1 | 10:09:57 | time. |
| 2 | 10:09:57 | MR. McKEEBY:  This is at INCODE? |
| 3 | 10:09:59 | THE DEPONENT:  At INCODE dealing with -- and when we |
| 4 | 10:10:03 | get to it, Courts, and I can describe more later. |
| 5 | 10:10:10 | A.  So that provides a level of, I would say, |
| 6 | 10:10:21 | management, getting all of your applications lined up to |
| 7 | 10:10:27 | go live at the same time where the Eden, the MUNIS, an |
| 8 | 10:10:31 | even INCODE financials can be staggered.  You could do |
| 9 | 10:10:36 | financials one day, payroll one day.  You could stagger |
| 10 | 10:10:39 | it out.  But they have a different burden because you |
| 11 | 10:10:44 | want all of your courts and your public safety up and |
| 12 | 10:10:49 | running at one fell swoop so that when the sheriff pulls |
| 13 | 10:10:53 | someone over and they have an outstanding warrant for |
| 14 | 10:10:55 | them, that sheriff needs to know that or that sheriff |
| 15 | 10:10:59 | could be in trouble.  So they have to -- the |
| 16 | 10:11:02 | implementation consultants because they don't have a |
| 17 | 10:11:04 | product -- project manager who is a product expert have |
| 18 | 10:11:08 | that added burden of managing multi-tasking that the Eden |
| 19 | 10:11:13 | folks and MUNIS folks don't have. |
| 20 | 10:11:15 | Q.  And so I might understand correctly, because it |
| 21 | 10:11:18 | needs to go live at the same time, it's really a timing |
| 22 | 10:11:21 | issue? |
| 23 | 10:11:22 | A.  It's -- it's -- I'd call it a project |
| 24 | 10:11:25 | management juggling issue. |
| 25 | 10:11:28 | Q.  Uh-hmm. |

**EXHIBIT 2**

| 1 | 10:11:29 | A.   And, remember, the product -- the project |
|---|---|---|
| 2 | 10:11:30 | manager is not a product expert.  They're less -- a less |
| 3 | 10:11:37 | talented staff member than, say, their MUNIS |
| 4 | 10:11:40 | counterparts. |
| 5 | 10:11:41 | Q.   I know that that's the term you're giving it, |
| 6 | 10:11:43 | but how is it to you considered a project management |
| 7 | 10:11:47 | issue? |
| 8 | 10:11:49 | A.   The project -- can you clarify your question? |
| 9 | 10:11:56 | Q.   I'm just going off of your answer.  I am sorry. |
| 10 | 10:11:58 | But you said you know you would call it a project |
| 11 | 10:12:00 | management burden, I believe -- |
| 12 | 10:12:00 | A.   Uh-hmm. |
| 13 | 10:12:06 | Q.   -- if I recall your testimony correctly, and |
| 14 | 10:12:09 | I'm just curious as to how it is a project management |
| 15 | 10:12:13 | burden? |
| 16 | 10:12:13 | A.   The implementation consultant is leading the |
| 17 | 10:12:18 | project at Eden and at INCODE.  They are the product |
| 18 | 10:12:23 | expert.  They're engaged with the client, marrying the |
| 19 | 10:12:29 | product and the project, and they're reporting back to |
| 20 | 10:12:33 | someone, the project manager, who is a scheduling master. |
| 21 | 10:12:37 | Q.   So is it -- is it your testimony that there are |
| 22 | 10:12:43 | project managers at Eden and INCODE, but their only |
| 23 | 10:12:49 | function is scheduling? |
| 24 | 10:12:52 | A.   It would not be my testimony that their only |
| 25 | 10:12:56 | function is scheduling.  I would say that they are |

**EXHIBIT 2**

| | | |
|---|---|---|
| 1 | 10:12:58 | less -- their job duties and functions are less -- I'm |
| 2 | 10:13:09 | looking for the word.  What would come less -- less than |
| 3 | 10:13:12 | their MUNIS counterpart where their MUNIS counterpart is |
| 4 | 10:13:16 | a product expert and the client expects to talk product, |
| 5 | 10:13:20 | with their MUNIS project manager expect to be able to |
| 6 | 10:13:24 | talk configuration, expects to be able to talk about why |
| 7 | 10:13:28 | decisions were made. |
| 8 | 10:13:29 | At Eden and INCODE the project manager is not going |
| 9 | 10:13:32 | to engage in those discussions with the client.  They're |
| 10 | 10:13:34 | going to engage in your project is 50 percent complete |
| 11 | 10:13:41 | based upon the number of days we have delivered.  That's |
| 12 | 10:13:43 | it.  The client is going to have to talk to the |
| 13 | 10:13:47 | implementation staff member at Eden and INCODE to find |
| 14 | 10:13:51 | out where they are relative to their project in terms of |
| 15 | 10:13:56 | knowledge transfer, policies, procedures, to-be model. |
| 16 | 10:14:00 | It's all the implementation consultant's advice and |
| 17 | 10:14:03 | counsel. |
| 18 | 10:14:03 | Q.   What are the job duties of the project manager, |
| 19 | 10:14:06 | then, at Eden and INCODE? |
| 20 | 10:14:07 | A.   They schedule the bull pen.  When I say bull |
| 21 | 10:14:14 | pen, all the implementors go into a calendar, if you |
| 22 | 10:14:23 | will, and the project manager schedules implementors to |
| 23 | 10:14:28 | go to client sites; and then when the implementor goes to |
| 24 | 10:14:34 | the client site, the implementor then runs that project. |
| 25 | 10:14:36 | So the project manager is scheduling, reviewing, again, |

**EXHIBIT 2**

| 1 | 12:26:53 | it into a billing record for client A.  Correct? |
| 2 | 12:26:56 | A.   The incorrect component of that is the employee |
| 3 | 12:27:04 | may have worked 80 hours this week.  What's asked of them |
| 4 | 12:27:10 | is what is billable of that 80 hours.  If you were in |
| 5 | 12:27:14 | your room studying 5 hours, that -- that doesn't get -- |
| 6 | 12:27:20 | you might tell your project manager, but you're only |
| 7 | 12:27:23 | submitting to accounting what is billable to the client. |
| 8 | 12:27:28 | So we don't know that they worked 80 hours that week. |
| 9 | 12:27:31 | What we know is what was billable.  So if you traveled on |
| 10 | 12:27:34 | Monday, traveled on Friday, and you had Tuesday, |
| 11 | 12:27:37 | Wednesday, Thursday were billable, what would come in was |
| 12 | 12:27:41 | 3 days billable and what would go out to client is 3 days |
| 13 | 12:27:44 | billable. |
| 14 | 12:27:44 | Q.   Correct, correct.  Okay.  Now, if a person |
| 15 | 12:27:50 | works at home or -- I mean not at home -- at the hotel |
| 16 | 12:27:54 | room after hours on something that is nonbillable, |
| 17 | 12:27:58 | obviously, that would not show up on the billing records, |
| 18 | 12:28:01 | correct? |
| 19 | 12:28:01 | A.   That's correct. |
| 20 | 12:28:01 | Q.   Okay.  Do you know whether or not those show up |
| 21 | 12:28:05 | in any other place other than the time records that the |
| 22 | 12:28:08 | employees turn in? |
| 23 | 12:28:10 | A.   I don't think they even show up on the time |
| 24 | 12:28:12 | records that the employee turns in because they're asked |
| 25 | 12:28:15 | to submit billable time. |

**EXHIBIT 2**

```
 1   12:28:19        Q.   Okay.

 2   12:28:19        A.   I'm sorry.  Vacation, sick time would be --

 3   12:28:26   they would -- we would be -- they would be asked to

 4   12:28:27   submit that for HR personnel records.

 5   12:28:29        Q.   And paid time off I think.

 6   12:28:32        A.   Paid time off.

 7   12:28:33        Q.   Right.

 8   12:28:34        MR. McKEEBY:  Well, I think that's -- we have seen

 9   12:28:34   that vary from division to division, but that's sort of

10   12:28:38   outside the scope of your --

11   12:28:41        MS. RAY:  Yeah, he's not here to testify to that.  I

12   12:28:41   understand that.

13   12:28:42        MR. McKEEBY:  Okay.

14   12:28:42        A.   I would like to add travel time can be included

15   12:28:45   as that reporting because the employee may or may not be

16   12:28:48   eligible for a travel premium incentive.  So I would have

17   12:28:52   to list my travel time, my billable time, and my paid

18   12:28:55   time off time.

19   12:28:56   BY MS. RAY:

20   12:28:56        Q.   What type of training do the implementation

21   12:29:01   specialists go through when they're hired?

22   12:29:02        A.   It varies across the divisions from extremely

23   12:29:08   informal to formal.

24   12:29:11        Q.   With MUNIS how would you characterize it?

25   12:29:14        A.   MUNIS I would characterize as semi-formal given
```

**EXHIBIT 2**

| | | |
|---|---|---|
| 1 | 12:29:17 | the size of the division and the ability to have staff |
| 2 | 12:29:24 | members who can help in the training area, but there is |
| 3 | 12:29:29 | no formal job title within the MUNIS division of training |
| 4 | 12:29:34 | coordinator. |
| 5 | 12:29:34 | Q.   Do they shadow people for a period of time? |
| 6 | 12:29:37 | What do they do? |
| 7 | 12:29:38 | A.   They're typically three components to the |
| 8 | 12:29:43 | training.  Shadowing being one of the three components. |
| 9 | 12:29:46 | There's peer-led instruction, self-led instruction, and |
| 10 | 12:29:53 | shadowing. |
| 11 | 12:29:54 | Q.   For how long does this -- |
| 12 | 12:29:57 | A.   At MUNIS -- |
| 13 | 12:29:58 | Q.   -- go on? |
| 14 | 12:29:58 | A.   -- you have 90 days.  No longer than 90.  You |
| 15 | 12:30:03 | can complete -- you can be ready in less. |
| 16 | 12:30:05 | Q.   Okay.  What about Eden? |
| 17 | 12:30:07 | A.   Eden I would call informal.  They have the same |
| 18 | 12:30:20 | three criteria; however, more emphasis on the self and |
| 19 | 12:30:27 | the shadow. |
| 20 | 12:30:30 | Q.   And how long? |
| 21 | 12:30:31 | A.   They're 60 days with potential to go to 90, but |
| 22 | 12:30:39 | I think they'd like you to be done in 60. |
| 23 | 12:30:41 | Q.   Okay.  What about INCODE? |
| 24 | 12:30:42 | A.   INCODE is, I'd say, semi-formal because they |
| 25 | 12:30:49 | have -- they're unique in that they have a learning |

**EXHIBIT 2**

```
 1   12:30:53   management system which they have developed which their

 2   12:30:58   clients can pay for as an optional service, but their

 3   12:31:02   implementors can utilize as a training aid, which is a

 4   12:31:06   nice feature for them, but requires the self-study

 5   12:31:11   component to be higher because now I have to take the

 6   12:31:14   initiative to put myself through the learning management

 7   12:31:17   system.

 8   12:31:19          Q.   But they still have the same three --

 9   12:31:22          A.   Yeah, there will be some peer -- when I'm stuck

10   12:31:25   in the learning management system, I'm going to go to

11   12:31:28   someone and have some peer and then the job shadowing --

12   12:31:33          Q.   Shadowing?

13   12:31:34          A.   -- as well.

14   12:31:34          Q.   For how long?

15   12:31:35          A.   My memory is fading me.  I believe they're like

16   12:31:42   Eden, in the 60 to 90 days.

17   12:31:44          Q.   Okay.  What about Courts and Justice?

18   12:31:46          A.   They have the most formal process where they

19   12:31:50   actually have a job position for training coordinator.

20   12:31:58   They have classes.  They have exams.  They will not let

21   12:32:03   you out of, quote, your education until you've met

22   12:32:08   certain competencies on your exams; and the timing is

23   12:32:13   6 months because of the specialization that is required

24   12:32:20   for their product.

25   12:32:21          Q.   Do they have the shadowing and the --
```

**EXHIBIT 2**

```
 1   12:32:25        A.   Certain --

 2   12:32:25        Q.   -- other three things we talked about?

 3   12:32:27        A.   Yes.  I would say their peer-led or classroom

 4   12:32:31   led is a higher percentage than the other groups, and

 5   12:32:36   they were work in the testing and the monitoring of your

 6   12:32:40   progress through the 6-month education.

 7   12:32:42        Q.   And what about Eagle?

 8   12:32:43        A.   I honestly don't know how -- if the learning

 9   12:32:49   management system has been tailored to Eagle.  I don't

10   12:32:54   know the answer to that.

11   12:32:55        Q.   Do they still have the three levels of training

12   12:32:58   or the three areas of training, I should say?

13   12:33:00        A.   I'm 90 percent sure that they follow the peer

14   12:33:06   group, the self-study, and the shadowing.  I don't know

15   12:33:09   the percentage weight on what's the most important in

16   12:33:14   their group.

17   12:33:14        Q.   Do you know how many days?

18   12:33:15        A.   I can't recall.  I want to say their tax --

19   12:33:26   their component is much longer than their content

20   12:33:29   manager -- the tax product is much larger and the days to

21   12:33:32   bring on a new hire would be longer than the content

22   12:33:35   management component of what they do.

23   12:33:36        Q.   So you don't know how many days?

24   12:33:38        A.   Not -- not specifically by group.

25   12:33:40        Q.   What about Fundbalance?
```

**EXHIBIT 2**

| | | |
|---|---|---|
| 1 | 12:33:41 | A.   Not really.  Again, that product is sort of in |
| 2 | 12:33:49 | maintenance mode.  So there's not really a lot of hiring |
| 3 | 12:33:52 | and training per se going on. |
| 4 | 12:33:54 | Q.   There may not be now.  When there was in the |
| 5 | 12:33:57 | past, or any time after -- |
| 6 | 12:33:59 | A.   I wouldn't know -- I wouldn't recall from the |
| 7 | 12:34:02 | past -- |
| 8 | 12:34:03 | Q.   Okay. |
| 9 | 12:34:04 | A.   -- what they went through. |
| 10 | 12:34:05 | Q.   What about EDP? |
| 11 | 12:34:06 | A.   EDP I would say is in the middle.  They have a |
| 12 | 12:34:14 | department that conducts training that they do sell back |
| 13 | 12:34:18 | to clients.  They have a training coordinator as part of |
| 14 | 12:34:23 | that -- as part of that business unit.  They -- that |
| 15 | 12:34:30 | business unit actually trains other Tyler divisions on |
| 16 | 12:34:35 | general items such as Word, Excel.  So they have the |
| 17 | 12:34:40 | luxury of that department.  I'm drawing a blank on what |
| 18 | 12:34:47 | percentage of time they go through that versus the |
| 19 | 12:34:49 | self-study.  All have a self-study component. |
| 20 | 12:34:52 | Q.   And all have a shadow component and all -- |
| 21 | 12:34:54 | A.   All have a shadow component. |
| 22 | 12:34:56 | Q.   Okay.  Got you.  And all have some peer-led |
| 23 | 12:34:59 | component, although some may be more formal than others? |
| 24 | 12:35:02 | A.   That's correct. |
| 25 | 12:35:02 | Q.   Gotcha.  Okay.  And how many days on EDP? |

**EXHIBIT 2**

| | | |
|---|---|---|
| 1 | 12:35:04 | A.   Again, I'm drawing a blank.  They have two |
| 2 | 12:35:13 | product lines.  They have the financial payroll, and then |
| 3 | 12:35:16 | they have the student.  The financial payroll is probably |
| 4 | 12:35:19 | shorter.  Maybe 60 days.  The student, maybe longer, |
| 5 | 12:35:23 | 120 days, but I'm drawing a blank on the specific number |
| 6 | 12:35:25 | of days because of the two different product lines that |
| 7 | 12:35:29 | they had. |
| 8 | 12:35:30 | Q.   Okay. |
| 9 | 12:35:30 | MR. McKEEBY:  If it's important to you, we could |
| 10 | 12:35:32 | leave blanks in the deposition and get that information |
| 11 | 12:35:34 | if it's available. |
| 12 | 12:35:35 | BY MS. RAY: |
| 13 | 12:35:35 | Q.   Okay.  I can do that.  Now, you're also here to |
| 14 | 12:35:40 | testify about the criteria that was used to evaluate the |
| 15 | 12:35:43 | performance of the implementation specialists; are you |
| 16 | 12:35:46 | not? |
| 17 | 12:35:46 | A.   That's correct. |
| 18 | 12:35:47 | Q.   What testimony do you anticipate giving at |
| 19 | 12:35:51 | trial or to the judge about that particular area? |
| 20 | 12:35:55 | MR. McKEEBY:  Well, I object to the form of the |
| 21 | 12:35:57 | question.  You -- |
| 22 | 12:36:01 | MS. RAY:  Let me ask it better. |
| 23 | 12:36:03 | MR. McKEEBY:  Thank you. |
| 24 | 12:36:04 | BY MS. RAY: |
| 25 | 12:36:04 | Q.   Do you know what criteria was used to evaluate |

**EXHIBIT 2**

```
 1   12:36:11   their performance?

 2   12:36:13        A.   Based on the discussions I had with the folks

 3   12:36:19   in preparation, yes.

 4   12:36:20        Q.   Okay.  And what is your knowledge of that

 5   12:36:26   criteria to be?

 6   12:36:27        A.   Tyler HR has a set of standards, if you will,

 7   12:36:36   in terms of written documentation on is the employee

 8   12:36:42   accountable, and I'd call it standard review form.  The

 9   12:36:51   manager -- across the board everyone I talked to said

10   12:36:57   that when they're determining the evaluation criteria,

11   12:37:01   it's based upon feedback from clients and feedback from

12   12:37:05   peers.

13   12:37:07        Q.   Okay.  So is there one standard review form

14   12:37:12   that's used for all of the implementation specialists?

15   12:37:16        A.   There is now.  Again, Tyler acquired these

16   12:37:20   organizations, and they may have had --

17   12:37:22        Q.   Some of their own?

18   12:37:23        A.   -- varying forms.  They've evolved to a Tyler

19   12:37:27   standard.

20   12:37:27        Q.   Okay.  And when did they evolve to the Tyler

21   12:37:31   standard?

22   12:37:31        A.   Over the past 4 or 5 years, and it's constantly

23   12:37:38   evolving.  I don't want to -- I think that process is

24   12:37:42   never ending.  I think that's an iterative process to

25   12:37:46   improve evaluations; but to get everyone consistent
```

**EXHIBIT 2**

| | | |
|---|---|---|
| 1 | 12:37:49 | started when Tyler went to a, you know, a corporate HR |
| 2 | 12:37:54 | level, which was I think 3 or 4, 5 years ago. |
| 3 | 12:37:57 | Q.   Are there specific areas in which the |
| 4 | 12:38:01 | implementation specialists are graded, for lack of a |
| 5 | 12:38:04 | better term? |
| 6 | 12:38:07 | A.   Well, I should say implementation specialists |
| 7 | 12:38:15 | and all employees are graded on general terms: |
| 8 | 12:38:18 | Accountability, professionalism, cooperation, timeliness. |
| 9 | 12:38:28 | And then when I talked about client feedback, are they |
| 10 | 12:38:35 | able -- now you're talking about implementation |
| 11 | 12:38:38 | consultants.  Are they able to work with the client to |
| 12 | 12:38:41 | achieve our overall objectives, go-live, go-live |
| 13 | 12:38:44 | successfully. |
| 14 | 12:38:44 | Q.   Anything within that criteria that gets more |
| 15 | 12:38:57 | specific; in other words, evaluating their -- oh, I don't |
| 16 | 12:39:01 | know.  I know promptness is a bad word because that's |
| 17 | 12:39:06 | really a general one, but do you follow what I'm saying? |
| 18 | 12:39:09 | A.   The -- I would -- based upon the discussions I |
| 19 | 12:39:11 | had with people, I -- it was very informal, meaning no |
| 20 | 12:39:17 | criteria, no process to follow with the exception of Eden |
| 21 | 12:39:21 | who did, does, utilize client -- client questionnaires to |
| 22 | 12:39:29 | obtain client feedback and some monitoring of |
| 23 | 12:39:41 | implementors at client sites, on-site peer review.  They |
| 24 | 12:39:45 | were the most formal.  The others were informal. |
| 25 | 12:39:51 | Q.   Okay.  And when you say informal, the -- you |

**EXHIBIT 2**