# FREEDOM COURT REPORTING

```
 1            IN THE UNITED STATES DISTRICT COURT

 2            FOR THE EASTERN DISTRICT OF TEXAS

 3                  MARSHALL DIVISION

 4            CASE NO. 2:08-cv-422 TJW

 5    _____

 6    _____

 7    PATTY BEALL, MATTHEW

 8    MAXWELL, TALINA MCELHANY AND

 9    KELLY HAMPTON, individually

10    and on behalf of all other

11    similarly situated;

12    Plaintiffs,

13    vs.

14    TYLER TECHNOLOGIES, INC., AND

15    EDP ENTERPRISES, INC.,

16    Defendants.

17    _____

18    _____

19              DEPOSITION OF TRAVIS VOID

20

21    At Raleigh, North Carolina

22    July 29, 2010

23    2:25 p.m. - 4:30 p.m.

24    Reported by:  Rebecca L. Crunk
```

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 35209 877-373-3660**

**EXHIBIT 9**

## FREEDOM COURT REPORTING

```
1                    A P P E A R A N C E S

2

3   For the Plaintiffs:        Laureen F. Bagley, Esq.

4                              Sloan, Bagley, Hatcher & Perry

5                              101 East Whaley Street

6                              Post Office Drawer 2909

7                              Longview, Texas 75606

8

9   For the Defendants:        Paulo B. McKeeby, Esq.

10                             Morgan, Lewis & Bockius

11                             1717 Main Street

12                             Suite 3200

13                             Dallas, Texas 75210

14

15

16

17

18

19

20

21

22

23

24
```

**EXHIBIT 9**

# FREEDOM COURT REPORTING

1

2                T A B L E   O F   C O N T E N T S

3                    E X A M I N A T I O N S

4

5    Examination                                    Page

6    Direct, Mr. McKeeby ..................... 4

7    Cross, Ms. Bagley ...................... 89

8

9

10

11                        E X H I B I T S

12

13   Exhibit            Description            Page

14   Exhibit No. 1      Time sheets            19

15   Exhibit No. 2      Offer letter           40

16   Exhibit No. 3      Performance Evaluation 70

17   Exhibit No. 4      Performance Evaluation 85

18   Exhibit No. 5      Consent                86

19   Exhibit No. 6      Resume                 88

20

21

22

23

24

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM, ALABAMA 35209 877-373-3660

**EXHIBIT 9**

## FREEDOM COURT REPORTING

Page 43

1    available on the drop down box, and I think you said

2    you weren't sure.

3    A.   Not sure.

4    Q.   What does training phase one mean?  I mean, what type

5         of training is done in phase one or when you entered

6         that for that week in January, what type of training

7         were you assigning the phase one designation?

8    A.   Phase one is usually financials training, depending

9         on how the client bought the software.

10   Q.   Okay.  And when you say financials training, what

11        does that mean?  Does that mean training end users

12        how to utilize the software?  Does it mean training

13        people as to setting up the system or something else?

14   A.   That would encompass all with that for financials.

15   Q.   And that's all -- would all be included under phase

16        one training.

17   A.   To my understanding, yes.

18   Q.   In terms of your job at Tyler Technologies as an

19        implementation consultant, what other types of

20        training are there other than what you've described

21        just now?

22   A.   Outside of financials training?

23   Q.   Yeah.  Well, or phase one.  You've -- I want you to,

24        if you can, provide a list to me of the different --

**EXHIBIT 9**

## FREEDOM COURT REPORTING

Page 44

```
 1        I don't know if it's easier to call them phases for

 2        you, or if it's better to break it into subject

 3        matters.

 4   A.   Subject matters.

 5   Q.   That's your preference?

 6   A.   Yes.

 7   Q.   Okay.  So we've talked about setting up the system.

 8        I'm going to call that one aspect of training; is

 9        that fair?

10   A.   Yes.

11   Q.   And you talked about end user training, I mentioned

12        that and you agreed.

13   A.   Yes.

14   Q.   What other designations or descriptions of training

15        are there?

16   A.   Conversion training.

17   Q.   Anything else?

18   A.   Setup, conversion, implementation training, post live

19        support.

20   Q.   Is implementation training the same as end user

21        training?

22   A.   End user training is encompassed into implementation

23        training.

24   Q.   Okay.  And are you also at the client's site when
```

**EXHIBIT 9**

## FREEDOM COURT REPORTING

Page 45

1          they go live?

2     A.   Yes.

3     Q.   Can we call that go live support?

4     A.   Yes.

5     Q.   Is that what you call it?

6     A.   Yeah.  We do call it go live support.

7     Q.   Okay.  So you've just told me of the different types

8          of functions that you perform at the customer sites,

9          training regarding setting up the system,

10         implementation training, conversion training.

11    A.   Yes.

12    Q.   Go live support and post live support.

13    A.   Yes.  You may want to flip the implementation

14         training and conversion training.  Conversion comes

15         first.

16    Q.   Okay.  With that listing of those different

17         functions, what percentage of your job as an

18         implementation consultant have we discussed?  In

19         other words, I don't know, you may have liked that

20         question, but I didn't.

21         Of these five different categories of functions, all

22         of which -- these are all performed at the customer

23         site.

24    A.   Yes.

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 35209 877-373-3660**

**EXHIBIT 9**

## FREEDOM COURT REPORTING

Page 46

```
 1   Q.   Okay.  What percentage of your overall -- I

 2        understand some of this that could be done remotely.

 3   A.   Right.

 4   Q.   Okay.  Forget about remote or on site at this point,

 5        but I want to get a sense of what percentage of your

 6        job do these five components make up.  Is this half

 7        of your job, 75 percent of your job?  And I know

 8        we're not going to get a precise percentage, but an

 9        approximation.

10   A.   Right.  That's basically all of my job.  The stuff

11        that's not included -- I guess what's not -- like,

12        what's not included here is what happens off site.

13   Q.   At the office.

14   A.   No.  Like, in the hotel room or in the airport or on

15        the weekend when you're answering an email or you're

16        trying to figure out some more stuff that's going on

17        with the software.

18   Q.   Okay.

19   A.   So that's what all I include here is, like, on site.

20        None of the off site stuff is here.  That's why it's

21        40 hours here.

22   Q.   Right.  But what about the work at the office that's,

23        I think we saw one of the designations, as

24        administrative?
```

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 35209 877-373-3660**

**EXHIBIT 9**

# FREEDOM COURT REPORTING

```
 1   A.   Yes.  That is --

 2   Q.   That's another.

 3   A.   That's another function, right.  That's another

 4        function.  So I guess that would be -- that would be,

 5        like, I guess 50 percent because if I'm in the

 6        office, then I'm using a template to actually update

 7        documents that are on the knowledge base, follow up

 8        on some support work, do my time sheets, do my

 9        expense reports, get prepared for an upcoming client,

10        and that would be, like, my administrative type work.

11   Q.   Okay.  Same question.  What you've just described as

12        your administrative office work, and you've broke it

13        down into different components, and I'm not saying

14        that those are all the different components of what

15        you do at the office, but what percentage of your job

16        is spent at the office doing these -- for example,

17        these types of administrative functions that you've

18        just listed?

19   A.   When I'm in the office, what percentage?

20   Q.   No.  I mean overall, so overall percentage of your

21        job is working at the office handling, for example,

22        these kinds of administrative functions.

23   A.   Okay.  And then what percentage is -- what percentage

24        is on site?
```

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 35209 877-373-3660**

**EXHIBIT 9**

## FREEDOM COURT REPORTING

Page 48

1          MS. BAGLEY:  I'm going to object to the form.

2   BY MR. McKEEBY:

3   Q.   Okay.  I'll see if I can't -- I'll do the math after

4        that or I'll help you.  We can do it together.

5        But first let's focus on this question which is:  How

6        much of your job is typically, and I know it's going

7        to change --

8   A.   Administrative.

9   Q.   -- but, typically, I'm not trying to pin you down

10       into a specific percentage, but I want to get a ball

11       park.

12  A.   Right.  Probably about 30 percent.

13          MS. BAGLEY:  Object to the form.

14  BY MR. McKEEBY:

15  Q.   So roughly approximately 30 percent of your time is

16       spent at the office.

17  A.   Roughly.

18  Q.   And that's been at least fairly consistent throughout

19       your employment with Tyler depending on how busy you

20       were with respect to out of -- out of office visits?

21       Obviously, it sounds like if you're slower, you're

22       probably in the office more.

23  A.   Right.

24  Q.   Okay.  Let me go back to these different -- these

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 35209 877-373-3660**

**EXHIBIT 9**

# FREEDOM COURT REPORTING

Page 49

```
1        five different types of training that you described.

2        And before I do that ask you:  How do you know as an

3        implementation consultant, Travis Void, where you are

4        assigned on a particular week or month?  How do you

5        know where to go?

6   A.   My project manager informs us.

7   Q.   And how does she inform you?

8   A.   Via phone call or email.

9   Q.   Is there a schedule for anything like that that you

10       look at?

11  A.   She would generally send us an email and then we

12       would develop or I would develop an agenda based off

13       of a template of another one.

14  Q.   Okay.  So in this email, what would she typically

15       inform you?  Obviously she would inform you of the

16       client.

17  A.   The client site, the dates they want me to be there,

18       what they want to know.

19  Q.   And when you say what they want to know, you mean the

20       type of training you're to give.

21  A.   Exactly.

22  Q.   So it could be, for example, setup training, it could

23       be conversion training.  She would indicate in the

24       email what type of training it would be.
```

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 35209 877-373-3660**

**EXHIBIT 9**

## FREEDOM COURT REPORTING

Page 50

```
 1   A.   Exactly.

 2   Q.   Okay.  And then from that you would develop the

 3        agenda from the template?

 4   A.   Yes.

 5   Q.   Would you need anything other than what she provided

 6        to you in the email to develop the agenda from the

 7        template?

 8   A.   If she provided enough information in the email, I

 9        would need to go to the knowledge base to pull up a

10        base agenda and modify it depending on what the

11        client is requesting to be trained on because they

12        may not be requesting everything that's on our base

13        agenda so we have to modify it per client.

14   Q.   Okay.  But my question goes to what information do

15        you have to modify the base agenda to meet the

16        client's needs and specifically does that information

17        come from the email that your project manager would

18        send you?

19   A.   Yes.  It comes from the email or the phone call.

20   Q.   With the project manager.

21   A.   Yes.

22   Q.   At this point in the process, it's not typical for

23        you to have spoken to the client to assist with your

24        preparation of the agenda.
```

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 35209 877-373-3660**

**EXHIBIT 9**

## FREEDOM COURT REPORTING

Page 51

1    A.    Right.

2    Q.    And when you use the term agenda, tell me what that

3          means.  Is agenda -- because I think of agenda as

4          meaning possibly, you know, the schedule for the

5          trip, or it could mean here are the topics that I'm

6          going to cover, or I suppose it could mean something

7          else.  Those are the two examples that I can think

8          about.  What's closer to what you meant when you said

9          agenda?

10   A.    It goes over what modules we're going to be training

11         in, and under the module, what programs within the

12         module would we go over.

13   Q.    Does it talk about the schedule for those different

14         tasks?

15   A.    Yes.  It'll have, like, Monday, and they'll set a

16         time for the specific task to be completed, and we

17         try to keep it within that time on the agenda.

18   Q.    Who sets the time for the task to be completed?

19   A.    Project manager.

20   Q.    And then you set the agenda to try to accomplish that

21         task within the deadline set by the project manager.

22   A.    Yes.

23   Q.    Do you submit the agenda for approval to the project

24         manager?

**EXHIBIT 9**

## FREEDOM COURT REPORTING

Page 52

1   A.   Not all the time.  Sometimes they'll just tell us to

2        go with what we have.

3   Q.   Do you submit the agenda to the client for approval?

4   A.   Yes.

5   Q.   And is that something that's done before you get to

6        the customer location?

7   A.   Yes.

8   Q.   So you would send it directly via email to the client

9        and say something along the lines of, here's the

10       agenda, here's what we're planning.  Does this

11       correspond with your needs?

12  A.   Not does it correspond to your needs, but they get

13       the right people to be in the right place at the

14       right time to match the agenda and to see if we need

15       to make any changes according to their schedule.

16  Q.   So that goes more to the availability of the people

17       who need to be trained.

18  A.   Right.

19  Q.   And the client, obviously, is going to have more

20       information about that than you would.

21  A.   Exactly.

22  Q.   I take it the five different types of support or

23       training that you've listed are all of -- you've

24       performed all of these things in your employment.

**EXHIBIT 9**

## FREEDOM COURT REPORTING

Page 53

```
1    A.    Yes.

2    Q.    When you're training regarding setting up the system,

3          I take it you are training a particular segment of

4          the employees of the customers during that training.

5    A.    The setting up of the system?

6    Q.    Yeah.  Let me just tell you my thought, and you tell

7          me if I'm wrong, but when you're doing the

8          implementation training or the end user training,

9          you've got to train the people who are actually going

10         to be using the software.  My impression is when

11         you're doing the training on setting up the system is

12         that you're training a different group of employees;

13         is that accurate?

14   A.    Yes.

15   Q.    What group of employees are you training when you're

16         training to set up the system?

17   A.    A lot of times it's what we call the functional

18         leaders, those who make the decisions on how it needs

19         to be set up, also the IT department or the

20         information technology department.

21   Q.    Okay.  Do you, prior to doing the training regarding

22         setting up the system, need to know about the

23         customer's previous legacy system?

24   A.    We don't necessarily need to know everything about
```

**EXHIBIT 9**

## FREEDOM COURT REPORTING

Page 54

```
 1        their previous system.  We just need to know how they

 2        conducted business.

 3   Q.   What's an example of how they conducted business with

 4        respect to financial software?

 5   A.   How they handle an invoice that comes in.

 6   Q.   And when you say how they handle an invoice, you mean

 7        where did it get routed, who needed to approve it,

 8        those kinds of things?

 9   A.   Right.  Right.

10   Q.   And so that has less to do with software and more to

11        do with processes.

12   A.   Yes.

13   Q.   And how is it that you get that information from the

14        client?  Is that -- I'll leave it at that.

15   A.   That's more of the setup, so that's how we determine

16        how the system needs to be set up based off of how

17        they used to do business and how we can kind of keep

18        it similar.

19   Q.   Right.  Keep it similar within the MUNIS software.

20   A.   Yes.

21   Q.   So that's something -- that's information you gather

22        from the client during this setup training?

23   A.   Yes.

24   Q.   Do you know the term systems analysis, system
```

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 35209 877-373-3660**

**EXHIBIT 9**

## FREEDOM COURT REPORTING

Page 55

1        analysis?

2  A.    Yes.

3  Q.    My understanding, I'll tell you my understanding of

4        system analysis is, and you can tell me if it's the

5        same as yours or if I need to change it.  It'll be

6        pretty basic.

7        But my understanding of a system analysis is where

8        someone from Tyler is sitting down with the company,

9        the customer, and gathering information from the

10       customer about their processes and how they, for

11       example, handle invoices is the example that you

12       used, and gathering that information from the

13       customer.  That's my understanding of a system

14       analysis.  Is that close?

15  A.    It's close.

16  Q.    Okay.

17  A.    It's like an as is.

18  Q.    Okay.  An as is in the sense that you're learning

19       what the customer's legacy system is.

20  A.    Their processes within the legacy system.

21  Q.    Got it.  Got it.  And my question is:  I take it from

22       your testimony that's work that you, as an

23       implementation consultant, performed as part of your

24       job.

**EXHIBIT 9**

### FREEDOM COURT REPORTING

Page 56

```
 1    A.    Yes.

 2          MS. BAGLEY:  Object to the form.

 3    BY MR. McKEEBY:

 4    Q.    And so you, as an implementation consultant,

 5          performed systems analysis?

 6    A.    Yes.

 7          MS. BAGLEY:  Form.

 8    BY MR. McKEEBY:

 9    Q.    Okay.  So during this training regarding setting up

10          the system, you're both training the customer as to

11          Tyler system and gathering information about their

12          processes.

13    A.    Yes.

14    Q.    When you're doing training regarding setting up the

15          system, do you record that exchange of information in

16          any type of report?

17    A.    Yes.

18    Q.    Is that a trip report?

19    A.    It can be, but usually it's on an agenda.

20    Q.    And what do you do with the agenda?

21    A.    Submit it to the project manager.

22    Q.    Is the project manager typically with you when you're

23          doing the setup training?

24    A.    No.
```

**EXHIBIT 9**

# FREEDOM COURT REPORTING

Page 58

1   Q.   Okay.  All right.  Which one did you say?  Conversion
2        training.
3   A.   Uh-huh.
4   Q.   Get a new piece of paper.  What is conversion
5        training?
6   A.   It's mapping the data showing them what fields they
7        had in their -- what information they currently use,
8        where that is in the new system, in MUNIS.
9   Q.   So when you're doing conversion training, are you
10       also training the functional leaders as you've
11       described?
12  A.   Yes.
13  Q.   Is it typically the same functional leaders that you
14       trained during the system setup training?
15  A.   Yes.
16  Q.   But the conversion training is done at a different
17       phase of the overall training, agreed?
18  A.   I guess if you're referring to this type of phase,
19       it's all still phase one, I believe.
20  Q.   Okay.  But it's done without regard to that time
21       sheet and those drop down boxes.  It's done after the
22       setup training.
23  A.   Right.
24  Q.   Would it be typical for you to make a separate trip

**EXHIBIT 9**

### FREEDOM COURT REPORTING

Page 59

```
 1        to do the conversion training?
 2   A.   Yes.
 3   Q.   Would it be typical for you to do the conversion
 4        training for the same client that you had done the
 5        system setup training?
 6   A.   Yes.
 7   Q.   In other words, it would be unusual for you to pick
 8        up the implementation process at the conversion
 9        training stage.
10   A.   Not unusual.
11   Q.   Okay.  Happens sometimes.
12   A.   Yes.
13   Q.   Okay.  Now, I understand conversion, apart from
14        conversion training, but conversion to mean moving
15        the data from the customer's legacy system onto the
16        MUNIS system.
17   A.   Yes.
18   Q.   Am I correct that there is a separate department, I
19        mean separate from the implementation department at
20        Tyler, that does the actual conversion?
21   A.   Yes.
22   Q.   So when you're training the client on conversion
23        training, what is it that you're training them on?
24   A.   What fields from the legacy system match up to the
```

**EXHIBIT 9**

## FREEDOM COURT REPORTING

Page 60

```
1        fields in the MUNIS system.

2   Q.   And at the time you're doing the conversion training,

3        has the data from the client's legacy system already

4        been converted or not necessarily?

5   A.   No.  That's what we're preparing for.

6   Q.   Got it.  Okay.  I'm familiar with another concept

7        through the course of my studies on what

8        implementation consultants do, and that is

9        configuration.

10  A.   Uh-huh.

11  Q.   My understanding of configuration is that it has less

12       to do with data movement and more to do with

13       selecting different options within the Tyler MUNIS

14       systems as to what to do with that data.  That's

15       pretty general, but is that your understanding of

16       what configuration is?

17  A.   Yes, setting up parameters.

18  Q.   Setting up parameters is a good way to describe it.

19       And is configuration, as you've just defined it or

20       I've defined it with your systems, is that something

21       that as an implementation coordinator you do?

22  A.   Yes.

23  Q.   And at what stage of the training do you do the

24       configuration?
```

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 35209 877-373-3660**

**EXHIBIT 9**

## FREEDOM COURT REPORTING

| | | |
|---|---|---|
| 1 | A. | That can be before and after the conversion so I've |
| 2 | | been different places where they've done it at |
| 3 | | different times. |
| 4 | Q. | And is it -- when you're doing configuration are you |
| 5 | | training while you're doing it or you back at the |
| 6 | | hotel making the selections in the software based on |
| 7 | | the customer's input? |
| 8 | A. | Both.  At the hotel, we may get back and look at what |
| 9 | | we've discovered that day and prepare for the next |
| 10 | | day, and say, okay, the answer to these questions, |
| 11 | | their parameters may need to be set like this so |
| 12 | | we'll set up on maybe a document or set up another |
| 13 | | agenda for another trip to come out, and then when we |
| 14 | | have the parameters set up, we actually walk them |
| 15 | | through and show them, per your request and how you |
| 16 | | want to do business, these are the parameters that |
| 17 | | you have to choose from and you can set them up this |
| 18 | | way to follow this business practice or this way to |
| 19 | | follow this one and then they decide how they want to |
| 20 | | set up. |
| 21 | Q. | So that's the training component of it? |
| 22 | A. | Yes.  That's still kind of with the set up because |
| 23 | | you're training them on how to do the parameters for |
| 24 | | the end users to use. |

**EXHIBIT 9**

FREEDOM COURT REPORTING

Page 62

1    Q.    Right.  Right.  So it's sort of an aspect of set up.

2    A.    Yes.

3    Q.    Now, when you're doing the implementation training,

4          that's where you're training end users?

5    A.    Yes.

6    Q.    And is that in kind of a classroom style setting?

7    A.    Yes.

8    Q.    And do you as it -- would it be typical for you to

9          have the Tyler system up on, like, a projection?

10   A.    Yes.

11   Q.    And would it also be typical for the personnel of the

12         customers whom you are training to have laptops?

13   A.    That's what we would like most of the times.

14   Q.    Assuming they have laptops.

15   A.    Exactly.

16   Q.    It makes the training go a lot easier if they have

17         it.

18   A.    Yes.

19   Q.    And when you discussed the agenda a little while ago,

20         help me out here, I think you were talking about that

21         in connection with the setup training, do you do a

22         separate agenda for the implementation training?

23   A.    Yes.

24   Q.    And I take it a separate agenda for the conversion

EXHIBIT 9

# FREEDOM COURT REPORTING

Page 63

```
 1      training as well.
 2   A. Yes.
 3   Q. And is the system or process rather the same in the
 4      sense of you are getting information from the project
 5      manager, and from that information, you're going to a
 6      template that you're modifying to fit the particular
 7      customer need?
 8   A. Yes.
 9   Q. And I take it with respect to implementation training
10      as with respect to the other types of training, the
11      project manager is giving you timelines or parameters
12      with which you are to work to get the training done.
13   A. Yes.
14   Q. In what -- what does it mean for a customer to go
15      live?
16   A. To switch from using the training database to now
17      inputting everything into the live database and
18      trying -- I guess you could kind of refer to it as
19      weaning them off of their legacy system.
20   Q. Okay.  And I understood from your previous testimony
21      that you would typically be on site as an
22      implementation consultant during the go live phase.
23   A. Yes.
24   Q. How long does that typically last or does it vary?
```

**EXHIBIT 9**

## FREEDOM COURT REPORTING

Page 64

```
 1   A.   It varies on the client's size, smaller clients we

 2        may do go live -- go live is supposed to be like one

 3        day, but after the go live, you have a couple more

 4        days to kind of expand.  Say, if you run into

 5        problems, you can call support and get stuff done.

 6        So typically two, three days for go live.

 7   Q.   But you also indicated a function called the post

 8        live support.  Is that different from what you've

 9        described?

10   A.   Yes.

11   Q.   We'll talk about that separately.

12        When you're with the client when they're going live,

13        are you typically there by yourself or has the

14        project manager joined you at that point?

15   A.   It's varied because as you noticed before, I've had

16        several different project managers, my current

17        project manager and Sandy were the only two on site

18        during go live.

19   Q.   And is it your understanding that whether or not the

20        project manager is with you on go live is more a

21        function of the project manager's preference than the

22        size of the account?

23   A.   Not sure.

24            MS. BAGLEY:  Object to the form.
```

### 367 VALLEY AVENUE
### (205) 397-2397 BIRMINGHAM, ALABAMA 35209 877-373-3660

**EXHIBIT 9**

## FREEDOM COURT REPORTING

Page 65

```
 1          MR. McKEEBY:  What are you doing back here?

 2          MS. BAGLEY:  I was plugging in.  Sorry.  My

 3      computer died.

 4  BY MR. McKEEBY:

 5  Q.  So you're not sure really what the reason was, but

 6      you know that some of your project managers have

 7      tended to be with you during the go live phase where

 8      other project managers have not.

 9  A.  Right.

10  Q.  And during the go live phase, are you continuing to

11      do training?

12  A.  You do because you're constantly answering the

13      questions from end users and some of the functional

14      leads.

15  Q.  Okay.  But these -- that training is different from

16      the other training that you've described in the sense

17      that it's not based on a schedule or in a classroom

18      setting, agreed?

19  A.  It can be.  There are instances where even at go live

20      you'll have a classroom where people can come in and

21      ask questions so it does turn into a classroom

22      setting.  They'll have a computer lab set up, and

23      they'll say, well, we're going live, we'll have an

24      implementer here to come and ask questions.
```

**EXHIBIT 9**

## FREEDOM COURT REPORTING

Page 66

1   Q.   So you have kind of a station where people come to

2        you and ask questions.

3   A.   Yes.

4   Q.   On an as-needed basis?

5   A.   Yes.

6   Q.   Are you also walking around the customer's facility

7        to see how people are doing?

8   A.   As much as possible.

9   Q.   Do you have any documentation responsibilities with

10       respect to the go live support?

11  A.   Other than the trip report.  The project manager does

12       a lot more documentation when it comes to go lives

13       and all the forms that need to be signed by the

14       client.

15  Q.   Okay.  With respect to post live support, that, I

16       take it is, is that done remotely?

17  A.   No.  Well, it depends on how you define that.  Post

18       live support for an implementer, we may go back after

19       go live and just kind of sit around and help them go

20       throughout the process.  Then there's a transition to

21       support.

22  Q.   Okay.  Let's talk first about the post live.

23  A.   Okay.

24  Q.   As I understand it, you're talking about a discreet

## FREEDOM COURT REPORTING

Page 67

```
 1        period in which you go back to the client's site

 2        after the go live process has occurred and you

 3        provide assistance.

 4    A.  Exactly.

 5    Q.  And is that answering questions as they come up?

 6    A.  Answering questions, you may do some more training

 7        during that.

 8    Q.  And who decides whether or not more training is to be

 9        done?

10    A.  That is discussed between the project manager and the

11        client.

12    Q.  You ever have any input into those decisions in the

13        sense of --

14    A.  Not really, just get told where I need to go.

15    Q.  Okay.  Okay.  Do you have any reporting obligations

16        during the post live process?

17    A.  Only with issues that come up, so if we have

18        something we have to report to support.

19    Q.  Okay.  Then this transition, what'd you call it?

20    A.  Transition to support.

21    Q.  How long a period of time is that or does it vary?

22    A.  A day.  That can be done remotely.

23    Q.  Is it typically done remotely?

24    A.  As far as my experience, a majority has been remotely
```

**EXHIBIT 9**

## FREEDOM COURT REPORTING

Page 68

1       over the phone.

2    Q.   And is that contractually set up to be one day?

3    A.   Yes.

4    Q.   And is that basically a day in which the customer can

5         call the implementation consultant with whom it may

6         be more familiar and ask questions that thereafter

7         would be handled by the support department?

8    A.   Yes.

9    Q.   I take it that requires you to be at the office to be

10        able to field those types of questions.

11   A.   Yes.

12   Q.   Are there -- is this transition to support day

13        something that is in the customer contract that

14        they've paid for or do you know?

15   A.   I don't know.

16   Q.   Is it scheduled in advance with you?  That is, do you

17        know that you're to be at the office on a particular

18        day providing your day of transition to support for a

19        particular client?

20   A.   Yes.  It has happened like that.

21   Q.   And that's because the project manager will tell you,

22        hey, on this date you need to be ready to man the

23        phone.

24   A.   Exactly.

**EXHIBIT 9**

## FREEDOM COURT REPORTING

Page 69

1 Q. Okay.

2   MS. BAGLEY:  You okay.

3   MR. McKEEBY:  Yeah.  Just getting tired.

4 BY MR. McKEEBY:

5 Q. Okay.  Do you ever get clients who over step the one

6  day period and try to call you and ask you questions

7  after the transition to support day?

8 A. Yes.  There are many emails that come after -- after

9  work.

10 Q. And have you received any instruction from your

11  supervisors as to how you're to handle those types of

12  inquiries that come in from clients after they

13  supposedly were transitioned to support?

14 A. Point them to support.

15 Q. Okay.  And that's, I take it, all your project

16  managers have told you that?

17 A. Yes.

18   MR. McKEEBY:  Can we go off the record for just

19  a second?  Can I take a two-second break?

20   (Recess taken.)

21   MR. McKEEBY:  All right.  I'm going to mark a

22  document as, what am I on, 3?

23   THE WITNESS:  Yes.

24

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 35209 877-373-3660**

**EXHIBIT 9**

## FREEDOM COURT REPORTING

Page 88

1   A.   I've been asked that many times, and I cannot

2        remember.  We asked it all going through school.

3   Q.   When did you graduate?

4   A.   2005, I think 2005.

5   Q.   Do you have a specialization?

6   A.   Associate of Applied Science in IT web design.

7   Q.   Have you taken any other courses since then, since

8        you graduated I mean?

9   A.   Unless we include the forklift training, that's about

10       it.

11  Q.   When did you get forklift training?

12  A.   I supervised a warehouse, general services, so that

13       was kind of under that umbrella of program assistant.

14  Q.   When you were at the City of Durham you mean?

15  A.   Yes.

16  Q.   Did you get a certification for forklift operation?

17  A.   Yes.  Yes.  Forklift and -- no.  I didn't get the

18       Bobcat one, just forklift.

19           MR. McKEEBY:  And let me mark one more, Exhibit

20       No. 6.

21           (Deposition Exhibit No. 6 was marked for

22       identification.)

23  BY MR. McKEEBY:

24  Q.   Would you agree with me that's the resume that you

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 35209 877-373-3660**
**EXHIBIT 9**

# FREEDOM COURT REPORTING

```
1         submitted to Tyler?

2    A.   Yes.

3              MR. McKEEBY:  Okay.  I pass the witness.

4                    CROSS EXAMINATION

5    BY MS. BAGLEY:

6    Q.   Mr. Void, was your project manager or supervisor

7         aware that you were working more than 40 hours per

8         week some weeks that you worked at Tyler

9         Technologies?

10   A.   I would say yes because she was the one sending me

11        emails and questions.

12             MS. BAGLEY:  Okay.  I have no further

13        questions.  I reserve the right to recall.

14             MR. McKEEBY:  No other questions.  Thank you.

15             (THEREUPON, THE WITNESS WAS DISMISSED.)

16

17

18

19

20

21

22

23

24
```

**EXHIBIT 9**