FREEDOM COURT REPORTING

Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
                FOR THE EASTERN DISTRICT OF TEXAS
 2                       MARSHALL DIVISION
 3
 4   PATTY BEALL, MATTHEW
     MAXWELL, TALINA MCELHANY
 5   and KELLY HAMPTON,
     individually, and on
 6   behalf of all others
     similarly situated,
 7
        Plaintiffs,
 8
 9   vs.                         CASE NO:  2:08-cv-422 TJW
10
     TYLER TECHNOLOGIES, INC.,
11   and EDP ENTERPRISES, INC.,
12      Defendants.
13
              * * * * * * * * * * * * * *
14
15   DEPOSITION OF:   RONALD GRIMWOOD
16   DATE TAKEN:      September 8, 2010
17   TIME:            2:05 p.m. - 4:10 p.m.
18   PLACE:           ComCenter Bradenton
                      6150 State Road 70 E
19                    Bradenton, Florida 34203
20   TAKEN BY:        The Defendants
21   REPORTED BY:     Kerry Mercade, CSR, CRI, FPR
                      Court Reporter and Notary Public
22
23
24
25
```

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 35209 877-373-3660

**EXHIBIT 14**

FREEDOM COURT REPORTING

Page 2

```
 1                A P P E A R A N C E S
 2
      LAUREEN F. BAGLEY, ESQUIRE
 3
      OF:  Sloan, Bagley, Hatcher & Perry Law Firm
 4         101 East Whaley Street
           P.O. Drawer 2909
 5         Longview, Texas 75606
 6         APPEARING ON BEHALF OF THE PLAINTIFFS
 7
      PAULO B. MCKEEBY, ESQUIRE
 8
      OF:  Morgan, Lewis & Bockius, LLP
 9         1717 Main Street
           Suite 3200
10         Dallas, Texas 75201
11         APPEARING ON BEHALF OF THE DEFENDANTS
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                    I N D E X
 2   DEPOSITION OF RONALD GRIMWOOD                    PAGE
         Direct Examination by Mr. McKeeby.........4
 3       Cross-Examination by Mrs. Bagley..........91
 4   CERTIFICATE OF OATH................................93
     CERTIFICATE OF REPORTER............................94
 5   ERRATA SHEET.......................................95
     NOTIFICATION LETTER................................96
 6
 7                  E X H I B I T S
 8   NUMBER    DESCRIPTION                             PAGE
 9   1         Résumé of Ronald Grimwood...............70
     2         Letter of Commitment....................74
10   3         2008 Performance Evaluation.............77
     4         2009 Performance Evaluation.............86
11   5         Pleadings...............................88
12
13
14              S T I P U L A T I O N S
15       It is hereby agreed and so stipulated by and
16   between the parties hereto, through their
17   respective counsel, that the reading and signing
18   of the transcript are expressly reserved by the
19   Deponent.
20
21
22
23
24
25
```

1  could be a lot longer -- would be a lot longer
2  than the work order process or the fixed assets
3  process, et cetera, et cetera.
4       Q.   That depends on the program?
5       A.   It really depends on the program, right.
6  It depends on -- not only it depends on the
7  program, but it depends on how they want to revise
8  their policies and procedures.  Because that --
9  you know, when the salesman goes in there, he's
10 telling them, you know, "We can do all these great
11 things for you."
12          And they may say, "Okay.  Let's do all
13 these great things."
14          But it takes a long time to describe all
15 those great things we can do.
16      Q.   So the alternative is -- if the customer
17 says we don't want to do all those great things,
18 we want to do it just like we did before, I guess,
19 why would they purchase that software in the first
20 place?  But in that hypothetical, it would take
21 you less time?
22      A.   Yes.
23      Q.   Not to suggest my hypothetical was
24 reasonable, but I think I get it.
25          And then the duration of this phase of the

```
 1   implementation process would also vary, depending
 2   on the number of alternatives associated with the
 3   particular program?  Did I understand that
 4   correctly?
 5         A.    The alternatives?  What do you mean?
 6         Q.    Yeah.  You said that this phase involves
 7   sitting down with the customer and discussing
 8   alternatives in the program.  And I'm -- my
 9   question is:  Were there different numbers of
10   alternatives between the different programs that
11   you've discussed, or modules that you've
12   discussed, that would result in this phase being
13   longer?
14         A.    Yes.
15         Q.    Which was the one that had the most
16   alternatives?  Or is it possible to answer that?
17         A.    The ones that I did?
18         Q.    Yes.
19         A.    Administration, probably.
20         Q.    Now, when you're sitting down with the
21   customer and explaining these alternatives, and
22   the customer is selecting which options to take,
23   are they asking for your advice, typically?
24         A.    No.  We were told not to give them any
25   advice.  We were told to lay out what the program
```

1  will do and here's your options.  Here's what you
2  told us you wanted your policy to be.  Here are
3  the three or four options that you have based on
4  what your supervisor said your policy is.  And if
5  you don't want to do this, then we need to change
6  your policy.
7      Q.   And how would you, as the implementation
8  specialist, know what those policy dictates were?
9  Would that be in the project plan?
10     A.   Well, it is from that first paper that we
11 produced, all those questions that we asked, and
12 their policy manual.  We try to get their policy
13 manual, too.
14     Q.   So you're dealing with different people in
15 this third phase of the implementation process,
16 where you're sitting down and explaining
17 alternatives associated with the program, than you
18 would have been dealing with in the second phase
19 of the implementation process where you're
20 gathering information?
21     A.   May or may not be.
22     Q.   Depending on the customer?
23     A.   Depending on the customer.
24     Q.   So you gave me an example where the -- in
25 requisitions where they may have had a previous

```
 1    policy where they would handwrite the requisitions
 2    and run it through office mail, right?
 3        A.   Yes.
 4        Q.   And you said that in Munis, you can do
 5    this through electronic approval process?
 6        A.   Yes.
 7        Q.   Is that something you would explain to the
 8    customer, typically, in this phase of the
 9    implementation?
10        A.   Yes.  They would have seen that probably
11    in their sales presentation.  That's one of the
12    reasons they would probably select Munis.  Those
13    issues would come back at that point in time.
14        Q.   For a higher degree of automation?
15        A.   Correct.
16        Q.   And so while you're sitting down
17    explaining the different alternatives associated
18    with the program to the customer, are you writing
19    down their selections or how is that being
20    retained?
21        A.   Two -- possibly two different ways.  It
22    depends on -- it would depend on how we were
23    making that presentation.  Sometimes they don't
24    have any data in their program and we may use a
25    canned program that we have that has data just to
```

```
 1   show them the examples.  That would be one.  In
 2   that case we would have to record, write down,
 3   what their choices were.
 4            If we were using their program, which
 5   sometimes we did in regard to the parameters of
 6   it, we would actually set those parameters at that
 7   point in time.
 8       Q.   So you would actually make the election in
 9   their system?
10       A.   Yes.
11       Q.   Was this -- you would show them how to do
12   it or you would just go ahead and do it yourself
13   or both ways?
14       A.   Both ways.  Again, it depends on how they
15   want to do it.
16       Q.   So to go to your example again, where they
17   have a previous system of handwriting requisitions
18   and routing it through interoffice mail, and they
19   said, well, we would rather -- prefer to use the
20   Munis electronic approval process.
21            In this second scenario, you would either
22   explain to them how to set that up or you would do
23   it for them?
24       A.   Probably in that scenario, we would have
25   to -- we would have to write that down, and we
```

```
 1    would then have to go to a couple of different
 2    programs, you know, in order to get that set up
 3    the way they wanted to.  We would have to find out
 4    from them specifically what they wanted to do.
 5           Let's just assume then they wanted that
 6    process.  Then we would have to go into the
 7    requisition process and set up certain parameters
 8    there.  Then we would have to go into the
 9    administration process.  And then have to go to
10    the individuals, set up certain parameters where
11    they could receive the electronic document and
12    approve, reject or do whatever.  So when you ran
13    into that situation, many of the times, just using
14    that example, I'm dealing with purchasing people.
15    The administration side of it may be the IT
16    people.
17           So I would have to then take that
18    information, and then when I got done with it, I
19    would have to go to the IT people and say -- when
20    we are explaining the admin side of it and say,
21    well, here's the way purchasing wants to do this.
22    Here's the way we have to set it up over here.
23    They would set it up.
24       Q.   The site meaning their preferences?
25       A.   The site would be -- yeah, they would
```

```
 1    decide how -- you know, if they want me to do it,
 2    fine.  If they want to do it, fine.  They would
 3    decide that.
 4        Q.   What is the next phase of the
 5    implementation?
 6        A.   Where are we?
 7        Q.   We have --
 8        A.   We're demonstrating the program and trying
 9    to get the parameters done and so forth.
10        Q.   Let me ask you before you go to the next
11    phase.  Some of the other implementers have used
12    the term "configuring the software."
13        A.   Same thing.
14        Q.   Is that what this stage you've just
15    described involves?
16        A.   Uh-huh.
17        Q.   Is that yes?
18        A.   Yes.
19        Q.   All right.  Now, back to my other
20    question.  What's the next stage?
21        A.   The next stage that I would be involved in
22    after that would probably be the training side of
23    it.  So we would then get involved in actually
24    training the users or superusers, depending on the
25    site, again, how to actually do what we have set
```

```
 1   up.  So how do I -- you know, here are the steps
 2   to produce a requisition, as the example.
 3       Q.   So you're training them on how to use the
 4   software?
 5       A.   Right.
 6       Q.   What's the difference between a user and a
 7   superuser?
 8       A.   Again, it's the size of the site.  The
 9   superusers -- to give you an example, we had one
10   site that had 200 some odd people that needed to
11   be trained.  They didn't want to pay us to be
12   there for that.  So we would train a handful of
13   people, which were called superusers, and then
14   those superusers would train all the other people.
15       Q.   Again, that goes back to the size of the
16   customer?
17       A.   Yeah, it's determined by the customer.  If
18   they want us to do it, and they have got the
19   dollars, fine.  If they want to do it, then that's
20   up to them.
21       Q.   But the term "superusers" just refers to a
22   group of people that -- to whom you would provide
23   training to who, in turn, would train others?
24       A.   Somebody came up with that term.
25       Q.   But the superuser refers to someone at the
```

```
 1   customer's --
 2        A.   Yes.
 3        Q.   And did the length of training -- put the
 4   size of the customer to one side.  Did the length
 5   of training vary based on the module that you were
 6   supporting?
 7        A.   Yes.
 8        Q.   Some modules required more training than
 9   others?
10        A.   Yes.
11        Q.   And what would it be about those modules
12   that would require the different --
13        A.   Size, complexity, individuals involved.
14        Q.   "Individuals involved" means who you were
15   training?
16        A.   Yes.  You know, if I'm training the
17   mechanic out there in the garage on how to do a
18   work order, it may take a little longer than if
19   I'm training the accounts payable clerk how to
20   enter an invoice.
21        Q.   Got it.  So that's -- again, that's not
22   related to the number of people that you're
23   training necessarily, but who it is that's being
24   trained and their competency going into the
25   training?
```

```
 1      A.    Correct.
 2      Q.    So would these training sessions be in a
 3   classroom-type setting?
 4      A.    Yes.
 5      Q.    And you would be showing them the Tyler
 6   system on, like, a projection screen?
 7      A.    Yeah.  Typically, we would have a
 8   projection screen so that they could see it, and
 9   they would be sitting on a laptop or computer of
10   some kind, and actually following through with us
11   to do this -- do the work.  There's two different
12   programs.
13            That's a live program and there's a
14   training program in Munis.  We would be using the
15   training program so they could go in and mess up
16   whatever they wanted to mess up and it didn't mess
17   up the live stuff.
18      Q.    And at that time, typically, there was no
19   live stuff?
20      A.    Typically -- well, there might be some
21   parameters that had been set up in live, because
22   that makes it a lot easier.  If we knew that we
23   were going to be doing these particular
24   parameters, we would set them up in live.  We
25   would do a live-to-train.  We just move that stuff
```

1  Q. I guess what I'm thinking of is that there
2  may be some employees of the customer that have
3  greater authority to approve requisitions, for
4  example. Would that kind of factor change the
5  type of training that was required or not
6  necessarily?
7  A. The approval process itself was typically
8  a separate session. And depending on those
9  supervisors, if they really wanted to get involved
10 in how to create the requisition, which most of
11 them didn't, all they wanted to do was know how to
12 approve it, which was a process that we had to
13 train.
14         Now, like the central staff -- purchasing,
15 as an example. Once we left the site, purchasing
16 is responsible for making sure those requisitions
17 come in right. They had to know it all. They had
18 to know all the requisition processes, and they
19 had to know their job as well.
20         So to answer your question, there are
21 certain people that had to know more than other
22 people.
23  Q. And so would that affect the type of
24 training you would provide?
25  A. Generally, yes. We would provide -- they

```
 1    would sit in on the requisition training process,
 2    and they would be trained in their own
 3    responsibilities.
 4         Q.   Is the -- after the pre-live phase, is the
 5    next phase the go-live phase?
 6         A.   The go-live.
 7         Q.   And would you be physically at the
 8    customer location when they went live?
 9         A.   Yes.
10         Q.   And would your role to be -- to assist the
11    customer with questions as they came up during
12    that go-live process?
13         A.   Yes.  Basically, it's the same as the
14    pre-live, my responsibilities.  I'm not talking
15    about the project managers or anybody like that.
16    But my responsibilities were basically the same as
17    the pre-live.
18              So now we're in the live program, and we
19    have people who can't do it right, or are having
20    problems, or what have you, and we're helping them
21    do their thing.
22         Q.   So you're addressing issues on an
23    as-needed basis?
24         A.   Yes.
25         Q.   Are you also monitoring during the live
```

1  phase?
2       A.   Same thing.
3       Q.   Same thing?  You're in this central
4  location doing some functions similar to the
5  pre-live stage?
6       A.   Yes.
7       Q.   And is the project manager at the location
8  at this time typically?
9       A.   Typically, yes.
10      Q.   What is the project manager's role during
11 the go-live phase?
12      A.   More of an overall-type role.  It depends
13 on the project manager.  Again, some project
14 managers would be involved in the conversion of
15 data, as an example, and the correctness of that
16 conversion.
17      Q.   Is that something that you were involved
18 in as an implementation specialist?
19      A.   No.  That was kind of out of my realm.
20      Q.   And I take it the -- in terms of
21 installing the software onto the customer system,
22 that was something that was done prior to your
23 role in the implementation process?
24      A.   Yes, yes.  We have an installation team
25 that would come in, and they typically bought a

FREEDOM COURT REPORTING

Page 45

```
 1   new server, so they would install the program on
 2   the server.
 3        Q.   The implementation team?
 4        A.   No.
 5        Q.   The customer?
 6        A.   The installation team.  The installation
 7   team.  There's a team that just goes out and puts
 8   these programs on the server.
 9        Q.   And that's the implementation team?
10        A.   No, not -- implementation comes in after
11   the program is on the server, and then they
12   implement it.
13        Q.   I just used the wrong word.  The
14   installation team?
15        A.   Yes, they would.
16        Q.   Is the go-live phase the last phase of the
17   implementation?
18        A.   There's a post-live after that.
19        Q.   And that involves answering questions and
20   providing support?
21        A.   Seeing if there's any issues that --
22   generally, what that is, we may run into issues
23   that development, as an example, has to take care
24   of and it's not ready for the go-live.  I
25   generally was not there during the post-live.
```

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 35209 877-373-3660

EXHIBIT 14

1  Sometimes I would be depending on what the issue
2  might be.  Just to go back in and make sure it was
3  running, but that would be a day here or a day
4  there.  The post-live would be usually project
5  managers staying in touch with what's going on.
6      Q.   Would you ever receive calls from the
7  customer after the go-live phase, perhaps during
8  this post-live phase, where you were in a support
9  capacity?
10     A.   Yes.
11     Q.   Was that for a discrete period of time
12 typically?
13     A.   It was supposed to be.  But sometimes,
14 depending on the customer, it was longer.
15     Q.   So the customer would then contact you at
16 your home or send you an email to ask you a
17 particular question?
18     A.   Yes.
19     Q.   And you would answer those questions?
20     A.   Best of my ability.
21     Q.   You weren't told after any particular
22 period of time that you were supposed to send
23 those questions to the support team?
24     A.   Yes, we were.
25     Q.   What period of time was that or did it

```
 1   vary?
 2       A.   It varied.  And, again, it depended on
 3   what the problem was and the site that was
 4   involved.  But I would say generally, I
 5   personally -- I know some who did, but I
 6   personally transferred them to support right after
 7   the go-live.
 8       Q.   Rather than answer the questions
 9   typically?
10       A.   No.  I would answer them if I could answer
11   them very quickly and so forth.  I'm not putting
12   the customer off.  I'm going to do the best I can
13   for the customer.  But, generally speaking, I
14   would try to get them to go through support.
15       Q.   Let me -- I want to shorthand, if I can,
16   these different phases.  I'm going to leave out
17   the phase at the very beginning, the kickoff
18   meeting that you weren't involved in.  And let me
19   first make sure that we are on the same page in
20   terms of this list of the phases that I've gleaned
21   from your testimony.
22            The first phase is where you're gathering
23   information about the customer's processes?
24       A.   Yes.
25       Q.   The second phase is where you are -- that
```

FREEDOM COURT REPORTING

Page 48

```
 1    you're involved in, is when you're sitting down
 2    with the customer and the program discussing
 3    alternatives and then configuring the software?
 4         A.   Yes.
 5         Q.   Can we call that configuration phase?
 6         A.   Sure.
 7         Q.   Then the next is training?
 8         A.   Yes.
 9         Q.   And then pre-live?
10         A.   Yes.
11         Q.   And then the go-live phase?
12         A.   Yes.
13         Q.   And then the post-live?
14         A.   Yes.
15         Q.   I know that this is going to vary
16    depending on the particular project involved, but
17    of these different phases, just taking it
18    generally, which did you spend the most amount of
19    time on?  And here I'm not -- I'm wanting you not
20    to focus on a particular -- well, I suspect you
21    will tell me it would vary depending on the
22    project.  That's true, right?
23         A.   Yes.
24         Q.   If you're looking at just your job duties
25    in general, not focusing on a particular project,
```

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 35209 877-373-3660

EXHIBIT 14