POSITION DESCRIPTION

TITLE:       Implementation Consultant           DATE: December 4, 1997

DEPARTMENT:  Implementation                      GRADE: 9

REPORTS TO:  Project Manager                     EXEMPTION STATUS:

## POSITION OBJECTIVE

To instruct, educate, install, and update Computer Center Software's customers with the most recent version of MUNIS.

## PRINCIPAL DUTIES

Implementation Consultant duties include but are not limited to:

- Installing MUNIS or third party software on an UNIX/AIX based computer system

- Training users on MUNIS applications or third party software

- Analyzing codes and parameters for automating integrated accounting

- Training users in system administration and maintenance

- Specializing in one or more MUNIS applications and utilizing this expertise with CCS software developers

- Analyzing data transfer from existing software into MUNIS

- Conduct systems analysis to increase effectiveness of MUNIS.

Implementation Support may also include but not be limited to assistance in the following:

- Consulting with Implementation Specialists to resolve complex technical issues encountered at a customer site

- Assist the Technical Support staff in resolving open calls or issues relating to customers in the region

- Assist the QA staff with product testing or support of beta sites

- Consulting with users on proper data entry into various MUNIS modules

- Designing and creating custom reports or customizing existing reports

**EXHIBIT 15**

TYLER BEALL 031869

- Proofing and analyzing data transfers from existing software into MUNIS
- Setting-up and running converted data into MUNIS
- Installing updates of MUNIS software if requested by the client

SCOPE AND IMPACT (Accountability)

The incumbent has the responsibility to provide the highest quality of instruction and support to clients. These responsibilities center around the tasks of training, consulting, and planning of data processing for municipal accounting. The performance of these tasks directly impact Computer Center Software's implementation accounts thereby establishing a baseline for the new relationship.

The Implementation Consultant position is a self supportive revenue generating position. Thus, the quality of his or her services can directly impact the volume and budget centered around this position. The incumbent is ultimately accountable for maintaining a level of billable work that supports their position.

Implementation Consultants are given training assignments and have minimal authority to deviate from these assignments.

COMPLEXITY

The incumbent must be able to:

* Manage extensive travel, work with a diverse group of people, switch gears from one task to another quickly,
* expeditiously learn/understand/demonstrate software applications,
* instill user confidence within customers, train one on one or in groups of thirty or more,
* exercise good judgment, discretion and tact in dealing with customers, and
* analyze converted data.

EDUCATION, EXPERIENCE AND SPECIAL SKILLS

BS/BA in Accounting, Computers or related field.

Four or more years of training, accounting, or computer system related exposure. Computer competence and adaptability, public speaking aptitude, confidence and perseverance. Training, CPA, Town Planning, or Fund Accounting experience helpful.

Computer literacy (UNIX and DOS preferred), accounting principles, fundamental understanding of management and or budget processing.

**EXHIBIT 15**

TYLER BEALL 031870

Strong communication, negotiation and analytical skills

**EXHIBIT 15**

TYLER BEALL 031871