SANDRA DUNNING; May 19, 2010

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

PATTY BEALL, MATTHEW MAXWELL,       )
TALINA McELHANY and KELLY           )
HAMPTON, individually and on        )
behalf of all other similarly       )
situated,                           ) 2:08-cv-422 TJW
                                    )
     Plaintiff(s),                  )
                                    )
vs.                                 )
                                    )
TYLER TECHNOLOGIES, INC., and       )
EDP ENTERPRISES, INC.,              )
                                    )
     Defendant(s).                  )

DEPOSITION UPON ORAL EXAMINATION OF
SANDRA DUNNING

5:19 P.M.

MAY 19, 2010

520 PIKE STREET, 12TH FLOOR

SEATTLE, WASHINGTON

REPORTED BY: MARY L. GREEN, CCR 2981

Yamaguchi Obien Mangio, LLC Reporting & Video * www.yomreporting.com
520 Pike Street, Suite 1320, Seattle, WA 98101 * (206) 622-6875 * 1 (800) 831-6973

**EXHIBIT 17**

SANDRA DUNNING; May 19, 2010

Page 2

```
 1                  A P P E A R A N C E S

 2    FOR THE PLAINTIFF(S):

 3         LAUREEN F. BAGLEY
           Sloan, Bagley, Hatcher & Perry
 4         101 E. Whaley Street
           Longview, TX 75601
 5         903.757.7000
           lbagley@textrialfirm.com
 6
      FOR THE DEFENDANT(S):
 7
           ELLEN L. PERLIONI
 8         Morgan Lewis
           1717 Main Street, Suite 3200
 9         Dallas, TX 75201
           214.466.4142
10         ellen.perlioni@morganlewis.com

11    ALSO PRESENT:  LYNN MOORE, Tyler Technologies

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

SANDRA DUNNING; May 19, 2010

Yamaguchi Obien Mangio, LLC Reporting & Video * www.yomreporting.com
520 Pike Street, Suite 1320, Seattle, WA 98101 * (206) 622-6875 * 1 (800) 831-6973

**EXHIBIT 17**

I N D E X

| | EXAMINATION BY: | PAGE(S) |
|---|---|---|
| | MS. PERLIONI | 5 |
| | MS. BAGLEY | 88 |

| | EXHIBITS FOR IDENTIFICATION | PAGE |
|---|---|---|
| 1 | 2006 calendar | 8 |
| 2 | 2007 calendar | 9 |
| 3 | 2008 calendar | 9 |
| 4 | 2005 calendar | 10 |
| 5 | Resume | 11 |
| 6 | Employment application | 12 |
| 7 | June 24, 2005, letter to Sandra S. Dunning from Robert J. Sansone | 14 |
| 8 | Diagram | 41 |
| 9 | November 27, 2007 e-mail to Abigal Crenshaw and Liz Rensenbrink from Missy Poole | 68 |
| 10 | January 31, 2008, letter to Sandra Dunning from Abigal Crenshaw | 85 |

Yamaguchi Obien Mangio, LLC Reporting & Video * www.yomreporting.com
520 Pike Street, Suite 1320, Seattle, WA 98101 * (206) 622-6875 * 1 (800) 831-6973

**EXHIBIT 17**

SANDRA DUNNING; May 19, 2010

6 (Pages 12 to 15)

### Page 12

1    identification.)
2    Q. (BY MS. PERLIONI) I'm going to hand you a
3    document that I marked Deposition Exhibit 5. Can you
4    take a look at that exhibit and tell me if you
5    recognize it?
6    A. That was the resume I gave to them.
7    Q. When you say --
8    A. To Tyler.
9    Q. So Deposition Exhibit 5, does it appear to be
10   a true and correct copy of the resume you submitted to
11   Tyler Technologies when seeking employment?
12   A. Yes.
13   Q. And sitting here today looking at it, does the
14   information you've included on Deposition Exhibit 5 --
15   is it all true and accurate?
16   A. Yes.
17        (Deposition Exhibit 6 was marked for
18         identification.)
19   Q. (BY MS. PERLIONI) I'm going to hand you
20   another document. This one I'm marking as Deposition
21   Exhibit 6, and I would like you to take a look at
22   Deposition Exhibit 6 and tell me if you recognize it.
23   A. Yes, I do.
24   Q. For the record, what is Deposition Exhibit 6?
25   A. That was my employment application with Tyler.

### Page 13

1    Q. I'd like to refer you to some numbers on the
2    bottom right-hand corner of the -- do you see those
3    down there on the exhibit where it says Tyler/Beall and
4    there's some numbers following?
5    A. Yes.
6    Q. Just so you understand, those are Bates
7    numbers that we use to identify pages, so at times if
8    I'm asking you about an exhibit, I may say it's number
9    1273. Those are the numbers I'm referring to, okay?
10   A. Yes.
11   Q. So looking at Deposition Exhibit 6, if you
12   look at the second page, which is 1274, there's a
13   signature there. Is that your signature?
14   A. Yes, it is.
15   Q. So you signed and dated the application for
16   employment on June 19, 2005?
17   A. Correct.
18   Q. And, again, sitting here today looking back
19   through it, do you believe all the information that you
20   provided to Tyler Technologies in seeking employment is
21   true and correct?
22   A. Yes.
23   Q. I want to look at again the second page of
24   Deposition Exhibit 6, and it has your educational
25   background listed.

### Page 14

1    A. Yes.
2    Q. So as I understand it, you graduated from high
3    school?
4    A. Uh-huh.
5    Q. And then went to the University of Cincinnati?
6    A. Uh-huh. Yes.
7    Q. And what was your major while you were at the
8    University of Cincinnati?
9    A. Well, I only had an Associate's degree, so it
10   was in business.
11   Q. So you actually graduated with the Associate's
12   degree?
13   A. Yes.
14   Q. Have you gone back or had any additional
15   schooling since graduating with your Associate's degree
16   from the University of Cincinnati?
17   A. I have not.
18   Q. And do you have any certifications?
19   A. No.
20        (Deposition Exhibit 7 was marked for
21         identification.)
22   Q. (BY MS. PERLIONI) I'm going to hand you
23   another document. This one I'm marking Deposition
24   Exhibit 7, and I'd like you to take a look at
25   Deposition Exhibit 7 and tell me if you recognize it.

### Page 15

1    A. (Reviewing). Yes.
2    Q. For the record, what is Deposition Exhibit 7?
3    A. It's their acceptance of my hire as I
4    understand.
5    Q. So it was a letter offering you employment
6    with Tyler Technologies?
7    A. Yes.
8    Q. If you look in the first paragraph of
9    Deposition Exhibit 7, it states in there that your
10   salary expressed on an annual basis will be $44,000 per
11   year of work. Do you see that?
12   A. Yes.
13   Q. What was your understanding of that -- of what
14   your salary was intended to cover? Were you salaried?
15   Were you going to get any additional pay, or was that
16   your full base pay?
17   A. That was my full base pay.
18   Q. Was it your understanding that you would
19   receive 44,000 per year regardless of the amount of
20   hours that you would be working?
21   A. ==Well, they never -- I assumed a 40-hour week,==
22   ==and if there was a little overtime, a couple hours here==
23   ==or there, that didn't matter to me, but they never==
24   ==explained the travel involved and that I would be==
25   ==leaving on a Sunday night and/or coming home at 1 a.m.==

**EXHIBIT 17**

SANDRA DUNNING; May 19, 2010

7 (Pages 16 to 19)

### Page 16

1  Saturday morning, so I would leave a client's site on
2  Friday night and be unable to get home until 1 a.m. in
3  the morning.
4      MS. PERLIONI: I'm going to object to
5  the answer as nonresponsive.
6      Q. (BY MS. PERLIONI) What made you assume that
7  you would only be working a 40-hour week?
8      A. Because that's the way I had worked in the
9  past.
10     Q. So when you were initially employed with Tyler
11 Technologies, did you ask anyone whether you would be
12 working a 40-hour week?
13     A. No.
14     Q. Let's back up real quick, and I want to
15 understand the sequence of events from the time that
16 you initially submitted your application for employment
17 and who you spoke with along the way.
18     A. Okay.
19     Q. So let's start with you submitted the
20 application that we have marked -- I'm sorry. You
21 submitted, I would assume, your resume that's marked
22 Deposition Exhibit 5?
23     A. Uh-huh.
24     Q. And what prompted you to submit your resume to
25 Tyler Technologies?

### Page 17

1      A. I was working at Metro Parks Tacoma. They
2  went on the Munis system, and I met Gail Reams-Cohen.
3  I met Laurie Berger. I met a man named Alex. I can't
4  recall his last name right now.
5      So during that implementation period, I knew
6  those people from being there and working with them
7  on-site, and one day I went to lunch with Laurie Berger
8  and I just said, I would like to do what you do. I
9  would like to go out and teach people how to use the
10 system. And she said, We have openings. Give me your
11 information, and that's what I did.
12     Q. So take me back. You were actually a user who
13 is learning from a team who has come in to do an
14 implementation; is that right?
15     A. Yes.
16     Q. Can you walk me through your experience as
17 being a customer going through an implementation?
18     A. Well, most people in government have been on
19 their systems for a good number of years, say 20 years,
20 and the idea of change is very difficult for them. I
21 had been employed for 25 years with another company,
22 saw government as stagnant and change as welcome, so I
23 was the odd one.
24     That's why after I saw the Munis team I wanted
25 to do that job. I thought I could help other people

### Page 18

1  understand how to use their system after having been on
2  one for a good number of years.
3      Q. What do you mean by after having been on one
4  for a good number of years?
5      A. Well, typically the sites that Munis went into
6  were sites where the clients had been on a governmental
7  accounting system, some of them 15, 20 years. They
8  didn't know anything other than their own system.
9      Q. When you were the client going through the
10 implementation, how many of your co-workers were being
11 trained at the same time?
12     A. It was the finance department, so we had
13 accounts receivable, accounts payable, payroll, and we
14 were -- our site really didn't want to go through a
15 conversion. It was one of those.
16     They just picked out the basic minimum modules
17 that they wanted to use, and to me that was kind of
18 discouraging, because the Munis product seemed to be a
19 pretty good one and why not use it, and that was
20 another reason I wanted to get out there and do more.
21     Q. So you were in the finance department for did
22 you say Metro Parks Tacoma?
23     A. Correct.
24     Q. And what type of -- I mean, is that -- I'm not
25 from here. Is it city? County?

### Page 19

1      A. It's the only governmental entity in
2  Washington state of its kind, so it's a very unique
3  government facility.
4      Q. What type of entity?
5      A. Parks. Parks and recreation.
6      Q. And it had purchased the certain modules?
7      A. Uh-huh.
8      Q. You mentioned accounts receivable, accounts
9  payable, payroll.
10     A. General ledger.
11     Q. Any others that you recall?
12     A. Fixed assets and purchase orders.
13     Q. Was it your peers within the finance
14 department who were not necessarily receptive to --
15     A. Correct.
16     Q. Was it beyond that or are those just the ones
17 that you know about?
18     A. Those are the ones I know about.
19     Q. And approximately how many peers were you
20 referring to?
21     A. Well, there was one person for each of those
22 areas, so there was one or two people for accounts
23 receivable and general billing, there was one person
24 for general ledger, one person for payroll, one person
25 for fixed assets, and one person for accounts payable.

**EXHIBIT 17**

SANDRA DUNNING; May 19, 2010

20 (Pages 68 to 71)

Page 68

1  in? Have you done this? Have you done that? That
2  went on for a month. That was on my time. At 5:30 in
3  the morning I'm up with Ferdy or some guy in some other
4  country.
5     Q. Ferdy, someone from Thailand?
6     A. Ferdy Torres was in customer service. He's
7  probably still there. He's really a good man. He's a
8  kind, gentle person and amazingly knowledgeable as also
9  is Mark Morrell.
10           (Deposition Exhibit 9 was marked for
11            identification.)
12           (Recess taken.)
13     Q. (BY MS. PERLIONI) Do you understand you're
14  still under oath?
15     A. Yes.
16     Q. I would like to look at two of your calendars.
17  I'm going to hand you Exhibit 1 and Exhibit 2, which is
18  your 2006 and 2007 calendars, and I want to try to go
19  through this and make it as quick as we can, but in
20  flipping through your calendars -- and you were
21  mentioning McKinney earlier.
22          It just seemed like a good -- maybe looking
23  through the calendars I could see multiple trips there
24  where you had little acronyms, so I thought maybe that
25  would be a good one we could walk through and you could

Page 69

1  explain the acronyms. I notice it started in December
2  or at least I think. That's the first one I see. If
3  you look at December 18 of 2006.
4     A. Yes.
5     Q. Looking at December 18, it looks like -- you
6  see where you have GL, BG, those letters?
7     A. Uh-huh.
8     Q. Can you just describe for me or explain for me
9  what you're doing?
10     A. I opened up the entire menu for each one of
11  those modules, and then analysis is the word over there
12  under McKinney. I had to do a write-up with the client
13  site based on what they wanted to do, so it's how they
14  were going to use the Munis software and the selections
15  they would like to make in each of those modules.
16          So I had to do the demo and then write a
17  report given what they had told me. That analysis was
18  used for other implementers or myself or the project
19  managers so that they knew the choices the client
20  wanted to make.
21     Q. Would that have been an initial meeting?
22     A. No, because initially Gail or someone would
23  have been there to talk to the client site, and then
24  the analysis would have followed after the initial
25  meeting.

Page 70

1     Q. That was your first initial meeting with
2  McKinney?
3     A. Yes.
4     Q. What does that mean by work flow?
5     A. Work flow was actually another word for
6  business rules, so the electronic signature.
7     Q. So looking the next week, is that -- for
8  December 25, that HD, is that holiday?
9     A. Yeah. Christmas.
10     Q. Then the day after Christmas --
11     A. 26th they gave me time at home to write the
12  analysis, so I would have been at home writing the
13  analysis from the week before, because when I was
14  on-site, I used hand notes. I was writing, not like
15  she is exactly, but I was writing.
16          Then when I got home, what I had to do was do
17  the screen shots of each of those areas from the
18  system, and then in my laptop I would have to highlight
19  the selections the client wanted. So it was not only a
20  write-up. It was screen shots also.
21     Q. So write-up and screen shots of the analysis
22  from your prior --
23     A. On the 26th, yeah.
24     Q. When you worked at home, what were your
25  typical hours from your home office?

Page 71

1     A. Usually an 8-hour day. However, in the case
2  of the laptop malfunction or help or perhaps Mark back
3  in Maine would have a Webex for training, I would be up
4  early or late, so the idea was an 8-hour day, but it
5  wasn't often an 8-hour day.
6     Q. Let's keep going through. That was in
7  December of 2006.
8     A. Uh-huh.
9     Q. Go to 2007.
10     A. Okay.
11     Q. If I'm reading your calendar correctly, you
12  went back to McKinney on January 9.
13     A. Yes.
14     Q. And can you explain what your notations mean
15  relating to this trip to McKinney?
16     A. Okay. I did analysis, so on Tuesday I did
17  analysis for fixed assets. I made my notes. I showed
18  the client the screen. Then on Wednesday, it was
19  inventory and treasury management, and, again, I would
20  have reviewed those screens, opened up the menu, showed
21  the client, and asked them how they planned to use it.
22  Then on Thursday, we did accounts receivable and
23  general billing.
24          Then on Friday, that accounts receivable
25  general billing testing, that was something new that we

Yamaguchi Obien Mangio, LLC Reporting & Video * www.yomreporting.com
520 Pike Street, Suite 1320, Seattle, WA 98101 * (206) 622-6875 * 1 (800) 831-6973

**EXHIBIT 17**

SANDRA DUNNING; May 19, 2010

21 (Pages 72 to 75)

## Page 72

1  started doing as implementers. We had a series of
2  tests to run through each of the modules to make sure
3  that the software was functioning as it should before
4  we actually had the client use it, and that was a good
5  thing to do, because sometimes things happened during
6  those installs, and if you were there with the client
7  and it happened, it wasn't a good thing.
8       So then I would take a scenario and I would go
9  right through and process an accounts receivable
10 invoice, and then I would actually record payment on
11 it, and it was simple, but it just proved that the
12 software was working for all of those.
13     Q. It looks like you next went to McKinney
14 January 30?
15     A. Well, I've got sick on that one, and, again,
16 we'd have to look to my expense report, because I would
17 have turned in sick days on my expense report.
18     Q. You're right. I read that wrong.
19     A. Yeah. I had the flu.
20     Q. So go to February of 2007.
21     A. Yup.
22     Q. February 28, is that your next trip to
23 McKinney?
24     A. Correct.
25     Q. What do your notes show that you were doing --

## Page 73

1       A. That was actually client training, so that was
2  the chart of accounts --
3       Q. I'm sorry. What is the chart of accounts? I
4  haven't heard that before.
5       A. Okay. In accounting, you have a numbering
6  scheme that tells what you're paying, what department
7  it's charged to, and -- well, it gets more detailed,
8  but generally it's a department and it's an account
9  code that describes the items.
10      So it could be a maintenance item. It could
11 be a service. It could be advertising. Every client
12 set up their own chart of accounts based on the needs
13 of a school district, or with the governments, those
14 were more flexible, but with the school districts, they
15 reported to the state, so they had certain codes they
16 had to use.
17      Q. Were you finished with that?
18      A. Yes.
19      Q. So that's the chart of accounts?
20      A. Chart of accounts.
21      Q. Why is that listed on February 28?
22      A. Why was it on February 28? Because my manager
23 set that schedule for me to follow.
24      Q. But what is it that you were doing with the
25 client relating to their chart of accounts?

## Page 74

1       A. Oh, okay. There was an Excel spreadsheet, and
2  they could either hand key into that sheet and then
3  send that off to Munis and Munis would load it in the
4  system so that later on when I went there for future
5  training, their new chart of accounts if they had
6  changed any of the codes was in the Munis system, and
7  then we could train and go forward using those new
8  account codes.
9       Q. And were this he -- was that something that
10 differed amongst clients?
11      A. Yes. I mean, there are always going to be
12 balance sheet accounts, revenue accounts, expense
13 accounts, et cetera. That's basic to all accounting.
14 But for each client, it will be somewhat different
15 based on their needs.
16      Q. How they record different --
17      A. Correct.
18          MS. BAGLEY: Object to the form.
19      Q. (BY MS. PERLIONI) For someone like me having
20 no accounting background -- and I'm sorry if I'm asking
21 -- it's a foreign language to me.
22      A. Now you know why I was out there with clients
23 holding their hands.
24      Q. Yes. Very much so. But it seems to me like
25 your accounting background is just so important being

## Page 75

1  able to go through and work these kinds of issues and
2  train your clients on these kind of issues --
3       A. It definitely helped.
4           MS. BAGLEY: Object to the form.
5       Q. (BY MS. PERLIONI) So what is the JE?
6       A. Journal entry.
7       Q. What is it that you're working with the client
8  relating to journal entry?
9       A. Teaching them how to do a journal entry in a
10 computer system. A lot of them didn't know how to do
11 that, so we would bring up that screen and show them
12 how to fill in the required areas or the areas that
13 they wanted to use.
14      Some areas were required. You had to make an
15 entry. Some areas were additional showing them how to
16 use that journal entry and post it so it would impact
17 their general ledger.
18      Q. And what about I assume that's miscellaneous?
19      A. Oh, gosh. That was just anything else that
20 didn't get caught up.
21      Q. What about it looks like the 1st of March? Is
22 that still at McKinney?
23      A. Yes. That's still at McKinney, and I didn't
24 draw my arrow through there. Requisitions, purchase
25 orders, accounts payable, and then anything auxiliary

Yamaguchi Obien Mangio, LLC Reporting & Video * www.yomreporting.com
520 Pike Street, Suite 1320, Seattle, WA 98101 * (206) 622-6875 * 1 (800) 831-6973

**EXHIBIT 17**

SANDRA DUNNING; May 19, 2010

22 (Pages 76 to 79)

### Page 76

1  to requisitions.
2     Q. What is it that you're doing with the client
3  on that date?
4     A. Again, I'm bringing up the screens, and
5  typically you started out with the core users, the
6  managers, and you showed them how to use it, and then
7  as they were learning it and absorbing it, you went on
8  and trained what you call the end user, so the actual
9  person who would be keying in.
10    Q. And Friday, the 2nd of March?
11    A. Yeah. That one I did bid analysis and I did
12 testing on that day.
13    Q. What does that entail?
14    A. The bid analysis was showing them the bidding
15 and the requisition screen and how to do that, because
16 most sites didn't use an automated system. They used
17 Excel sheets.
18    Q. So this was something completely new?
19    A. To some of the sites, yes. Actually, to most
20 of them. Not too many of them wanted to use the bid
21 module. That was the clunky one.
22    Q. What did testing there refer to?
23    A. I can't tell you --
24    Q. So let's --
25    A. -- exactly what I tested.

### Page 77

1     Q. So it looks like you're back in McKinney March
2  6?
3     A. Yup. Fixed assets auxiliary, so those are
4  those behind the screens that you set up that nobody
5  sees once you're on the system, so it's background
6  set-up screens.
7     Q. Relating to their fixed assets?
8     A. Correct.
9     Q. And what about the auxiliary?
10    A. That's what it is. Let me think on fixed
11 assets what we had to put in. I'm not coming up with
12 it fast enough. Sorry.
13    Q. That's okay. And the next day, March 7?
14    A. Yeah. Accounts receivable and general billing
15 and then miscellaneous cash, and that's all part of
16 recording your cash as revenue into your system.
17    Q. And is this training the customer?
18    A. That's training.
19    Q. What about the 8th?
20    A. We did budgets, transfers, and amendments to
21 budgets, so when you're moving money from one pot to
22 another so to say, they have their rules for that, and
23 then again that transfer and amendment, it's a journal
24 entry.
25    Q. What is your note right below that?

### Page 78

1     A. I forgot Friday was a half a day and had to
2  reschedule my departure, so I had thought Friday was a
3  full day, and I had to get back home.
4     Q. So you left Thursday?
5     A. No. Instead of staying a full day on Friday,
6  I stayed a half a day on Friday and --
7     Q. You mean a half a day on Thursday?
8     A. No. I stayed all day Thursday. I forgot that
9  Friday was only a half a day when I made my
10 arrangements with Dube. I told Dube it was a full day,
11 so then I had to call and get an earlier flight as I
12 could out of there.
13    Q. So when is your next trip to McKinney?
14 Looking down March 26, is that a McKinney Webex?
15    A. Webex. And that was where from home I could
16 log onto their computer, and then I could show them
17 modules or train with them from home, but, again, I had
18 to have customer service report signed by the client
19 that I did that training with them.
20    Q. Do you know what kind of Webex you were doing
21 for them?
22    A. It would have been training on the system or
23 testing, something like that, and I didn't write it on
24 here.
25    Q. Let's go to April.

### Page 79

1     A. Uh-huh.
2     Q. Is that McKinney on April 10?
3     A. Uh-huh. Now we're actually going to enter
4  accounts payable invoices and generate checks to pay
5  invoices.
6     Q. Is this now live data?
7     A. No. This is still training. This is still
8  training. Usually for us what I saw was it took six
9  months to bring a client from building their chart of
10 accounts, training their core users and then their end
11 users, and getting them live. It was six months.
12    Q. April 11.
13    A. Uh-huh. Reqs to POs to AP to payment. So we
14 entered a req, converted it to a PO. We actually paid
15 against the purchase order, and then we made checks.
16    Q. And this is still training of how to do
17 those --
18    A. Still training.
19    Q. Let's just go real quick. It looks like April
20 18 you're back at McKinney.
21    A. Correct.
22    Q. What about April 24? I'm not sure.
23    A. Oh, that was McKinney documentation. McKinney
24 wanted us to write user manuals, and that's what I did,
25 so I wrote the user manual. It was a good one.

Yamaguchi Obien Mangio, LLC Reporting & Video * www.yomreporting.com
520 Pike Street, Suite 1320, Seattle, WA 98101 * (206) 622-6875 * 1 (800) 831-6973

**EXHIBIT 17**

SANDRA DUNNING; May 19, 2010

23 (Pages 80 to 83)

### Page 80

1   Q. I bet it was. Was this something you created
2   from scratch?
3   A. Yes. So they hired us -- me to do the screen
4   shots and step by step explain what the end user was
5   going to do for his particular job with screen shots
6   and one, two, three directions.
7   Q. How big a manual was that?
8   A. It was a full three-ring one-inch binder.
9   McKinney was a big school.
10  Q. I'm familiar with McKinney. I'm from Dallas.
11  A. Oh.
12  Q. So tell me: Was this the first time that you
13  had created a user manual?
14  A. Oh, no. I did it in my prior jobs at Smurfit
15  and at Metro Parks. Let's see. So for a client to be
16  hired to write a manual, that was the first time I did
17  that for Munis, because most of the other client sites
18  didn't have the personnel, didn't want to pay the
19  money.
20      McKinney had a consultant there, so Pete
21  McKinsey was the consultant, and he sat in all the
22  training, and he helped the client decide how they were
23  going to use the system.
24  Q. When you say a consultant, was he someone
25  with --

### Page 81

1   A. He was someone hired totally different, not
2   Munis. He was an outside consultant. Hillsboro,
3   Oregon, also had an outside consultant. They could
4   afford to do that.
5   Q. So after you wrote this user manual for
6   McKinney, did you utilize that with other customers?
7   A. No.
8   Q. It was exclusive for McKinney?
9   A. It was special for McKinney and what they did.
10  Q. Can you turn to it looks like it's the second
11  side of June, June 24? What is that June 24 through
12  June 25?
13  A. Munis was down. Something happened back in
14  Maine. They weren't available, so for some reason,
15  Munis had a problem, and I couldn't get them for
16  whatever reason I wanted to.
17      MS. BAGLEY: Are we on the same page?
18      THE WITNESS: June over on the side that
19  looked like that. Munis was down.
20      MS. BAGLEY: That's July.
21      THE WITNESS: Oh, I'm sorry. No. Wait.
22  This is June. Here's June, June.
23      MS. BAGLEY: What does your June 24 say?
24      MS. PERLIONI: Stress EOM.
25      MS. BAGLEY: That's what mine says.

### Page 82

1       MS. PERLIONI: I think it's just in the
2   copying.
3       MS. BAGLEY: Oh, it's April, because
4   June is up at the top in small --
5       THE WITNESS: May, June, July. Where
6   are we? Okay. May is the month.
7   Q. (BY MS. PERLIONI) I'm just wondering what May
8   24 to 25 means.
9   A. Oh, that was that stress testing. That was
10  what they called what we were doing with a client to
11  test data in the system to make sure it worked
12  properly, and then we did that in front of the client,
13  and that was to be done before they Go Live.
14      So it was an extra piece to ensure that they
15  had seen the system work, they were okay with what they
16  were seeing, and it just ensured, then, that they were
17  getting it before they went live, and that was
18  something new that they started doing, and that was
19  another good thing to do before a client went live.
20  Q. I'm looking at what I think to be June 12.
21  A. Okay.
22  Q. What is that?
23  A. Oh, that was where I had to train the
24  secretaries when I was there, so, again, they hired us
25  to do their user training. Some of the sites wanted to

### Page 83

1   train their own people. Some of them were small. They
2   just had the person there because that was the
3   training. But McKinney was huge, so they hired us to
4   come in and do the secretary training.
5   Q. What kind of training -- what was your
6   methodology for training the secretaries?
7   A. It was pretty much the same thing all the way
8   through, the same drill, open the screen up, explain --
9   now, the thing with secretary training, that was going
10  to be very limited because their piece of it was small,
11  so they weren't going to see general ledger and they
12  may see AR and they may see AP and they may see reqs,
13  because that's their little piece of it, so they
14  wouldn't see the general ledger, so that menu got
15  narrowed down for them, and then to go through the
16  steps in their work process with them, and that was
17  using that manual.
18  Q. The one that you created?
19  A. Uh-huh.
20  Q. And then what about the 19th?
21  A. Yeah. Same thing again, more training the
22  personnel -- Dena was one of them -- and working on
23  that manual.
24  Q. What about the 26th, 27th?
25  A. Prelive. System administration. So that was

Yamaguchi Obien Mangio, LLC Reporting & Video * www.yomreporting.com
520 Pike Street, Suite 1320, Seattle, WA 98101 * (206) 622-6875 * 1 (800) 831-6973

**EXHIBIT 17**