THOMAS O'HAVER; May 18, 2010

Page 1

1       IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF TEXAS
2                  MARSHALL DIVISION

3  ─────────────────────────────────────────────

4  PATTY BEALL, MATTHEW MAXWELL,   )
   TALINA McELHANY and KELLY       )
   HAMPTON, individually and on    )
5  behalf of all other similarly   )
   situated,                       ) 2:08-cv-422 TJW
6                                  )
         Plaintiff(s),             )
7                                  )
   vs.                             )
8                                  )
   TYLER TECHNOLOGIES, INC., and   )
9  EDP ENTERPRISES, INC.,          )
                                   )
10       Defendant(s).             )

11 ─────────────────────────────────────────────

12          DEPOSITION UPON ORAL EXAMINATION OF
                     THOMAS O'HAVER

13 ─────────────────────────────────────────────

14                    9:20 A.M.

15                  MAY 18, 2010

16          520 PIKE STREET, 12TH FLOOR

17              SEATTLE, WASHINGTON

18

19

20

21                              CERTIFIED
                                TRANSCRIPT
22

23

24

25 REPORTED BY:  MARY L. GREEN, CCR 2981

Yamaguchi Obien Mangio, LLC Reporting & Video * www.yomreporting.com
520 Pike Street, Suite 1320, Seattle, WA 98101 * (206) 622-6875 * 1 (800) 831-6973

**EXHIBIT 19**

THOMAS O'HAVER; May 18, 2010

Page 2

```
 1                    A P P E A R A N C E S

 2    FOR THE PLAINTIFF(S):

 3         LAUREEN F. BAGLEY
           Sloan, Bagley, Hatcher & Perry
 4         101 E. Whaley Street
           Longview, TX 75601
 5         903.757.7000
           lbagley@textrialfirm.com
 6
      FOR THE DEFENDANT(S):
 7
           ELLEN L. PERLIONI
 8         Morgan Lewis
           1717 Main Street, Suite 3200
 9         Dallas, TX 75201
           214.466.4142
10         ellen.perlioni@morganlewis.com

11    ALSO PRESENT:  LYNN MOORE, Tyler Technologies
```

Yamaguchi Obien Mangio, LLC Reporting & Video * www.yomreporting.com
520 Pike Street, Suite 1320, Seattle, WA 98101 * (206) 622-6875 * 1 (800) 831-6973

**EXHIBIT 19**

THOMAS O'HAVER; May 18, 2010

Page 3

INDEX

| EXAMINATION BY: | PAGE(S) |
|---|---|
| MS. PERLIONI | 5 |
| MS. BAGLEY | 111 |

| EXHIBITS FOR IDENTIFICATION | | PAGE |
|---|---|---|
| 1 | Consent to Become a Party Plaintiff | 5 |
| 2 | Summary sheet of benefits, brochures, and annual reports | 8 |
| 3 | Tyler Technologies Employee Handbook | 8 |
| 4 | Check Register | 9 |
| 5 | Resume | 12 |
| 6 | Expense Detail | 13 |
| 7 | Calendar | 16 |
| 8 | May 7, 2010, letter to Thomas O'Haver from Rose Feazell | 21 |
| 9 | Notice of Deposition | 21 |
| 10 | Instructions to Client/Witness | 21 |
| 11 | November 14, 2003, e-mail to Demonstrator from Thomas O'Haver | 21 |

Yamaguchi Obien Mangio, LLC Reporting & Video * www.yomreporting.com
520 Pike Street, Suite 1320, Seattle, WA 98101 * (206) 622-6875 * 1 (800) 831-6973

**EXHIBIT 19**

Page 24

1  events for you coming in to interview for the position?
2     A. Yes, I can. I had evidently in November of
3  2003 submitted a cover letter and resume to EDEN
4  Systems, because I saw that they were hiring for a
5  position that I was qualified for. I did not receive a
6  response initially from them, so I called the office
7  and asked for the manager of the consulting group.
8     I happened to get the president of the company
9  on the phone, talked about my interest in working and
10 interviewing for them, and he said are you available
11 today? I said yes, so I quickly jumped in my car and
12 came down and interviewed with the company.
13    Q. Who was the president of the company that you
14 happened to catch on the --
15    A. Gene Jackson.
16    Q. And when you --
17    A. Excuse me. His title is executive vice
18 president on the letter. Later on he became president,
19 but at the time that he interviewed with me, he
20 obviously was the vice president.
21    Q. So that's the Gene Jackson you were just
22 referring to signing the letter that we've marked
23 Deposition Exhibit 12?
24    A. Yes.
25    Q. And when you came to EDEN Systems, is that who

Page 25

1  you interviewed with, Mr. Jackson?
2     A. Initially, yes.
3     Q. Describe for me the sequence of events once
4  you arrive at EDEN Systems. Who did you first meet
5  with?
6     A. The receptionist.
7     Q. And I assume she was just directing -- she or
8  he was directing you to where you would go to meet with
9  someone else?
10    A. Yes.
11    Q. And who was the first person you met with?
12    A. Gene Jackson.
13    Q. What do you recall from your meeting with
14 Mr. Jackson when you went to interview for the position
15 at EDEN Systems?
16    A. It was a productive discussion of my interest
17 in employment with EDEN Systems and their interest in
18 pursuing my interest.
19    Q. If you look on Deposition Exhibit 12, your
20 offer letter, it says that you were offered employment
21 as an implementation consultant. Do you see that?
22    A. Yes.
23    Q. And that's the position for which you were
24 hired?
25    A. Yes.

Page 26

1     Q. During your interview with Mr. Jackson, did
2  you have any discussion about the implementation
3  consultant position?
4     A. Yes.
5     Q. What do you recall Mr. Jackson telling you
6  about the position?
7     A. That it was a training consulting position for
8  their software and it involved travel.
9     Q. Did he describe the type of software he was
10 referring to?
11    A. Yes. Their software was financial-based
12 module software incorporating many financial modules.
13    Q. And did he describe -- you mentioned he
14 discussed travel. Did he describe the anticipated
15 amounts of travel?
16    A. Yes. He said the travel could involve up to
17 80 percent or more travel.
18    Q. And did he describe for you -- you mentioned
19 he said -- he discussed that it was a training
20 consulting position relating to EDEN software. Did he
21 explain further what he meant by training or
22 consulting?
23    A. The title of the position was implementation
24 consultant, but he said it was primarily a training
25 position.

Page 27

1     Q. But did he explain what he meant by that?
2     A. That I would train the users on the
3  implementation of the EDEN software.
4     Q. What do you mean by the implementation of the
5  EDEN software?
6     A. The customers, which were primarily
7  municipalities, county, city, or private utility
8  companies, would purchase the software from EDEN
9  Systems as a result of either upgrading from one
10 version of the software to another or from a new
11 purchase of their software, and they would need to be
12 trained on the use of that software and the software
13 would need to be configured to meet their needs, and
14 that would be my responsibility to help configure and
15 to train the end users.
16    Q. I mean, I'm just trying to understand. Can
17 you explain what the implementation -- what that means
18 when you say implementation?
19    A. Implementation means to -- to bring the
20 software to a point of productional use for the client.
21    Q. What kind of things did that entail?
22    A. Well, the software is very module parameter
23 based and needs to be set up. It doesn't work right
24 out of the box, because it's made to be -- fit many
25 different clientele situations. Therefore, it needed

Yamaguchi Obien Mangio, LLC Reporting & Video * www.yomreporting.com
520 Pike Street, Suite 1320, Seattle, WA 98101 * (206) 622-6875 * 1 (800) 831-6973

**EXHIBIT 19**

THOMAS O'HAVER; May 18, 2010

10 (Pages 28 to 31)

### Page 28

1  to be set up to meet the needs of the client, and after
2  being set up, the client needs to be trained on the use
3  of that software.
4    Q. Maybe you can walk me through. So I'm a new
5  customer.
6    A. Yes.
7    Q. I'm some kind of governmental unit. Say I'm a
8  municipality.
9    A. Uh-huh.
10   Q. And I have purchased the software, the EDEN
11  solution software, right?
12   A. Yes.
13   Q. Do you get initial -- I mean, where do you
14  come in? Do you get notice, hey, we have this new
15  customer, or just kind of walk me through your role in
16  that process. Are you part of selling the software to
17  the new customer?
18   A. No.
19   Q. So when would you come in and how would you
20  get notice of a new customer?
21   A. I come in after the sale cycle is complete and
22  after the project manager has met with the client, come
23  up with an implementation plan, and also after the
24  conversion department of EDEN Systems has converted
25  their existing data to the new format that the new

### Page 29

1  software requires. Then my job is to set up the
2  software and to train the end users.
3    Q. So I want to walk through that process. So it
4  sounds to me if I'm understanding correctly, you say
5  the project manager initially meets with the client and
6  creates the implementation plan. Some other group
7  takes the client's data and converts its existing data
8  into the EDEN software, and then that's when you come
9  in after that has happened. Am I correct on that?
10   A. Partly. If they were an existing client, EDEN
11  client, then they'd take their software from one
12  version and convert it to whatever needs to be in for
13  the new version. Sometimes that's minimal conversion.
14  Sometimes if they were on a different software
15  altogether, it could be some major conversion.
16       I would not be directly involved in that. I
17  would take that data -- come in at the point of data
18  being -- having been converted and train the users on
19  that with their converted data on the new software.
20   Q. So who notifies you -- okay. We've taken the
21  data, converted it into our software, and set up, so
22  who notifies you? What kind of information do you get
23  at that point?
24   A. My manager notifies me.
25   Q. Who was your manager?

### Page 30

1    A. I had two managers -- yeah -- at least two
2  managers while I was with EDEN Systems and Tyler
3  Technologies.
4    Q. For the record, let's do this. Initially when
5  you were first hired it was EDEN Systems?
6    A. Correct.
7    Q. And ultimately that was acquired by Tyler
8  Technologies?
9    A. Yes.
10   Q. And I think it was shortly after you were
11  hired?
12   A. Yes.
13   Q. Can we just refer to Tyler Technologies?
14   A. Yes.
15   Q. Let's talk about during your tenure with Tyler
16  Technologies, first manager was?
17   A. I don't recall. I think it was Paul, and I
18  can't recall his last name. It was just for a short
19  period of time.
20   Q. And then --
21   A. You may have more information on that than I
22  do.
23   Q. And then your second?
24   A. Marilyn Foos.
25   Q. Was there a Rick Dybvad?

### Page 31

1    A. Yeah. Rick Dybvad. Thank you.
2    Q. That was your first manager?
3    A. That was my first manager, Rick Dybvad.
4    Q. So you get the call from your manager. What
5  does your manager tell you?
6    A. That we have a new client and that I should be
7  prepared to include that client on my schedule and to
8  meet to discuss the details of the implementation.
9    Q. Who would you meet with to discuss the details
10  of the implementation?
11   A. It would be a team involving the project
12  manager, perhaps my manager, not always, the conversion
13  group within Tyler, and that would be it.
14   Q. When you say that would be it --
15   A. That would be the initial internal Tyler
16  discussion.
17   Q. But that would include you, though, right?
18   A. Yeah. Including myself. So that would be the
19  first meeting that I would have in regards to the
20  project.
21   Q. What -- in that first initial meeting, what
22  was discussed?
23   A. The condition of the data, any unique
24  situations for the client, and the number of
25  implementation sessions that would be necessary.

Yamaguchi Obien Mangio, LLC Reporting & Video * www.yomreporting.com
520 Pike Street, Suite 1320, Seattle, WA 98101 * (206) 622-6875 * 1 (800) 831-6973

**EXHIBIT 19**

THOMAS O'HAVER; May 18, 2010

11 (Pages 32 to 35)

Page 32

1   Q. Who decides the number of implementations?
2   A. The project manager.
3   Q. What is that based on?
4   A. How much they're willing to pay.
5   Q. How much the client is willing to pay?
6   A. Yes.
7      MS. BAGLEY: Give them all the training
8   they want.
9   Q. (BY MS. PERLIONI) So that's decided at that
10  first team meeting?
11  A. Yes.
12  Q. And then what happens next?
13  A. Then I schedule a phone meeting with the
14  client.
15  Q. Why do you need the phone meeting with the
16  client?
17  A. To introduce myself, and it may include a
18  Webex session to show them what the software will look
19  like that they get and to also look at their -- some of
20  their data. It's just kind of an introductory session
21  and also to gather some information for preliminary
22  set-up.
23  Q. And what would make you decide to do a Webex
24  for a particular client?
25  A. So that they could see what their screens were

Page 33

1   going to look like.
2   Q. I thought you said you might do a Webex. Did
3   you do some for some clients?
4   A. Yes.
5   Q. What would make you decide to do a Webex for
6   one client and not for another one?
7   A. The project manager would recommend it.
8   Q. Based on what? Do you know?
9   A. Based on their experience and what they
10  already knew of the software.
11  Q. This Webex, was that something you prepared?
12  A. Yes.
13  Q. What would that -- I mean, what would it show
14  them?
15  A. It would just show them some of the screens --
16  screen shots on my computer that they would eventually
17  have for their software.
18  Q. I want to take it a step back. So in
19  preparing this Webex, you mentioned earlier that these
20  modules were configured specific to the client and the
21  client needs.
22  A. Yes.
23  Q. So if they're different and configured
24  different based on client, what do you do to be able
25  to, you know -- obviously you have to somehow go in and

Page 34

1   see what is different and how it's set up.
2   A. Yes.
3   Q. What would you do in that interim period
4   before you prepared this Webex to give to clients?
5      MS. BAGLEY: Object to the form.
6   Q. (BY MS. PERLIONI) You still answer the
7   question.
8   A. Could you restate the question?
9   Q. I'm just trying to understand how you became
10  familiar with whatever set-up has been prepared and
11  configured that's unique to the different clients.
12  A. That would be one of the purposes of that
13  initial meeting to determine what uniquenesses they had
14  and to take note of those and to show the clients some
15  of the screens and forms and interfaces that they would
16  be experiencing. It was an introductory meeting.
17  Q. The Webex meeting?
18  A. Yeah.
19  Q. But if you're preparing the Webex, don't you
20  have to look at it ahead of time?
21  A. No. The Webex is just an interactive session
22  with the client. It's not a prepared presentation.
23  It's just -- a Webex is a way of connecting with the
24  client so that they can see what's on my computer and I
25  can see what's on their computer.

Page 35

1   Q. So it's not like a canned PowerPoint or
2   anything like that?
3   A. No.
4   Q. It's actually their data set up and configured
5   in the system?
6   A. It's like a Skype without looking at them but
7   looking at their computer instead.
8   Q. And then you just sort of maneuver through the
9   set-up?
10  A. Yeah.
11  Q. And what do you -- like what kind of things
12  will you decide to maneuver through or to show them
13  during that initial Webex?
14  A. I will show them the software screens that
15  they would be using, and then I would look at some of
16  their existing data and maybe some screen shots of how
17  they're doing -- what they're using currently if I was
18  not familiar with it. Like they may be coming from a
19  different module, different software altogether.
20  Q. So is that sort of a way not only for you to
21  show them the system but also for you to gain
22  information from them about, you know, their own data
23  and -- what did you call it earlier? -- you said
24  gather information?
25  A. Yes. It would be a way of gathering some

Yamaguchi Obien Mangio, LLC Reporting & Video * www.yomreporting.com
520 Pike Street, Suite 1320, Seattle, WA 98101 * (206) 622-6875 * 1 (800) 831-6973

**EXHIBIT 19**

THOMAS O'HAVER; May 18, 2010

12 (Pages 36 to 39)

Page 36

1  preliminary information that might be useful for my
2  training of their staff.
3      Q.  What type of things did you find that you
4  wanted to gather from the client prior to going out and
5  actually meeting with them?
6      A.  It depended on the module that I was training
7  them for. I supported several modules of the Tyler
8  suite of software.
9      Q.  Which modules did you support?
10     A.  Utility billing, parcels and permits, and
11 special assessments.
12     Q.  For the record, can you describe what those
13 modules are starting with what is a utility billing
14 module?
15     A.  Utility billing is software to collect utility
16 consumption, utility usage consumptions for water and
17 sewer usage and to track that usage and produce a bill
18 to send out to the customer.
19     Q.  Does it also include collections and
20 accounting for whether or not you've received payment
21 for --
22     A.  No. That's other modules of Tyler suite of
23 software would take care of that, and I was not
24 responsible for those modules.
25     Q.  Can you explain for the record what the

Page 37

1  parcels and permits module did?
2      A.  It kept track of parcels of land and any
3  permits associated with those parcels of land and the
4  customer or citizen that owned those parcels.
5      Q.  And what about the special assessments module?
6      A.  Special assessments was similar to the utility
7  billing but involved special assessments of the
8  property owner for improvements such as sidewalks,
9  utility construction, roads, anything that the customer
10 would be billed for or shared with other customers as
11 part of their ownership of land.
12     Q.  So throughout your tenure at Tyler
13 Technologies, the only modules you supported were
14 utility billing, parcels and permits, and special
15 assessments?
16     A.  Yes.
17     Q.  So do you have any knowledge about the
18 implementation of any other modules that may exist at
19 Tyler Technologies?
20     A.  Just what was necessary to do my job.
21     Q.  What do you mean by that?
22     A.  The modules that I supported interfaced with
23 the accounts payable and accounts receivable and the
24 general ledger, and there were some parameters that
25 needed to be set up to interface correctly with those

Page 38

1  modules, so I would need to be familiar with those
2  parameters and the way those modules worked generally
3  but not specifically.
4      Q.  Were you involved in any of the
5  implementations that may have been associated with
6  those other modules?
7      A.  No.
8      Q.  So you were talking about -- we were talking
9  about that initial call that you would have with the
10 customer and how you were trying to gather information.
11     A.  Yes.
12     Q.  Tell me why that's necessary that you gather
13 information for moving forward with the implementation.
14     A.  Because the first session that I would have
15 with the client on-site would need to be a training
16 session to train them on some of the set-up of their
17 system, and in order to set up their system, I would
18 need some information.
19     Q.  Can you give me an example of the type of
20 information that you would want to gather?
21     A.  Yes. For example, the utility billing module
22 I would need to know how many billing cycles there are.
23     Q.  And does that differ between clients?
24     A.  Yes. Yes.
25     Q.  What other kinds of things?

Page 39

1      A.  How many meters there are, how the meters are
2  read, how their calculations are performed to determine
3  the bill amount. That varied per client, and the
4  software was flexible enough to accommodate different
5  methods of calculation, and so I would need to know
6  that before I could set them up.
7      Q.  So you obtained this data and then you set
8  these parameters up within the software?
9      A.  Yes.
10     Q.  And did that apply to only utility billing or
11 would that apply to all the different modules you
12 supported?
13     A.  It would apply to all the modules.
14     Q.  And did you ask these types of questions
15 relating to utility billing, parcels and permits, and
16 special assessments of every client in that first
17 meeting or were sometimes they just getting one module
18 or another module? Did that make sense?
19     A.  No.
20     Q.  Not a great question, was it? When you were
21 doing implementing modules, was it typically just one
22 of the modules you supported or was it sometimes
23 multiple different ones like, for example, you would be
24 doing utility billing and special assessments?
25     A.  One at a time.

Yamaguchi Obien Mangio, LLC Reporting & Video * www.yomreporting.com
520 Pike Street, Suite 1320, Seattle, WA 98101 * (206) 622-6875 * 1 (800) 831-6973

**EXHIBIT 19**

Page 40

1  Q. And how was that determined which particular
2  module you would be implementing at any given time?
3  A. My manager decided that.
4  Q. So you have this initial meeting where you are
5  asking questions, digging, getting information so you
6  can set up the flexibility -- I'm sorry -- the
7  different parameters within the software.
8  A. Yes.
9  MS. BAGLEY: Object to the form.
10 Q. (BY MS. PERLIONI) What comes next? What do
11 you do next in any implementation?
12 A. Then I schedule the first training session and
13 that's it.
14 Q. After you've scheduled -- do you do anything
15 to prepare for showing up for that first training
16 session?
17 A. Yes.
18 Q. What do you do to prepare?
19 A. I collect all the information that I gathered
20 in that initial conference call and any information
21 that I had from the other team members from the other
22 groups and project manager, my manager, the conversion
23 people, and put that into a -- fit that into the
24 implementation plan that the company provided me to
25 make sure that everything is accounted for; that it's

Page 41

1  in the state to which they are ready for an initial
2  session of training.
3  When they are -- that may take several back
4  and forth inquiries to get all the information
5  together, but when they are ready, then I go out to
6  their site and set up a session and work with whoever
7  they determine would be their main technical person to
8  set up their system, and that may include several
9  people.
10 Q. I want to go back real quick. You said the
11 implementation plan that the company provided you.
12 A. Yes.
13 Q. So you take the data that you gathered from
14 your conversations with the client and then you revise
15 that plan to make sure it accommodates what you've
16 determined the needs are; is that correct?
17 MS. BAGLEY: Object to the form.
18 A. That's already usually determined what their
19 needs are. They need to Go Live with new software.
20 Q. (BY MS. PERLIONI) Right. But you said you
21 would adapt that plan, that implementation plan, to
22 accommodate whatever it is that you've discovered in
23 your discussions with the clients.
24 A. It would be minor adaptation based on where
25 they're at and what their data looks like. The plan

Page 42

1  was pretty well set in place. The first trip is a
2  set-up session to set up the software to get ready to
3  start training the end users.
4  Q. What do you mean by set-up session? What does
5  that entail?
6  A. It involves parameters and formula creation
7  and testing and parameter sets, switches, set-up forms
8  that the end user would not normally see. That
9  determines how the software works.
10 Q. And you said during that meeting you met with
11 whoever was the on-site technical contact?
12 A. Yes.
13 Q. So is it normally like an IT person or...
14 A. It was normally an IT person and managers that
15 knew about the way they did business.
16 Q. So you go on-site for that meeting?
17 A. Yes.
18 Q. And you sat down with whether it's the IT
19 person and maybe a manager who is going to be utilizing
20 the project?
21 A. Yes.
22 Q. Excuse me. Product. And walk me through how
23 you go about setting these parameters, the formulas,
24 and then testing to make sure they work.
25 A. We had a set checklist that the company

Page 43

1  provided me that was unique to the module and also
2  unique to the type of implementation, whether it was an
3  upgrade or a complete new install, and that checklist
4  would be -- would be -- we'd use that checklist to go
5  over and gather information and make the set-up changes
6  necessary.
7  Q. So give me an example of like one entry on the
8  checklist. What would be one item that's listed on the
9  checklist?
10 A. Well, like I mentioned, for utility billing,
11 it would be the number of billing cycles and when those
12 bills would be sent out. It would also involve --
13 another parameter would be when the meter reads are
14 taken and whether they're taken manually or through an
15 automated process, and then another parameter would be
16 or another setting would be how is their bill
17 calculated?
18 There would be many of those types of
19 parameters based upon the module that would need to be
20 set up before we train their end users.
21 Q. So the checklist identifies these topics, and
22 then you sitting down with the manager and the IT
23 person from the client talk through how they do things
24 and how they are going to do things going forward and
25 then you configure the software to meet their needs?

Yamaguchi Obien Mangio, LLC Reporting & Video * www.yomreporting.com
520 Pike Street, Suite 1320, Seattle, WA 98101 * (206) 622-6875 * 1 (800) 831-6973

**EXHIBIT 19**

THOMAS O'HAVER; May 18, 2010

14 (Pages 44 to 47)

Page 44

1  A. Correct.
2  Q. So approximately how long does this particular
3  set-up meeting last?
4  A. That varied for the client and the size of the
5  implementation, but usually it was a one-week session
6  involving four days on-site.
7  Q. Four days on-site for the set-up alone?
8  A. Yes.
9  Q. Why does the set-up take so long?
10  A. Because the software is very customizable, and
11  it's generic software to meet the needs of different
12  types of people, different types of end users, and,
13  therefore, there are many screens and many set-ups and
14  many testing and back and forth iterations to be set up
15  in order to make it work.
16  Q. So it's not just going through -- you're also
17  then testing -- is there data already in the software
18  at that point?
19  A. Yes. At that point they would have had at
20  least one conversion.
21  Q. So the data is there. Now you're actually
22  setting it all up so it meets their needs?
23  A. Correct.
24  Q. And what kind of testing do you do to ensure
25  things are working accurately?

Page 45

1  A. I compare the results of our program to their
2  existing program numbers and screens and totals that
3  they have for specific clients or -- yeah -- for
4  specific test situations.
5  Q. And you mentioned there are different
6  iterations. That was your word. I'm not sure what
7  that meant.
8  A. Different cycles, different billing periods,
9  different combinations of permits perhaps, different
10  combination of special assessments, so it varied based
11  on the module.
12  Q. So you go out there and set -- you know,
13  engage in this interactive process with the client, and
14  then you work through and set the parameters up like
15  you've mentioned. How do you go about deciding, okay,
16  we need to go back and test this or here's where we
17  might have problems or if you have to recommending
18  certain preferences over others? I mean, what does
19  that involve and how do you know how to do that?
20       MS. BAGLEY: Form.
21  A. I would consult with my manager.
22  Q. (BY MS. PERLIONI) On what types of things?
23  A. What the best methodology to use for this
24  client if I were to recommend something different than
25  they're used to doing.

Page 46

1  I would determine the capability of the
2  software versus their way of doing things, and if the
3  software would do things exactly the way that they were
4  used to doing it, there would be no discussion
5  necessary, but if there would be any variation in that,
6  then I would consult with my manager to come up with a
7  plan of implementation.
8  Q. So th only time you do that, though, is if
9  you've already determined that what they're wanting is
10  not within the capabilities of the software?
11  A. Well, not necessarily the capability of the
12  software but not the -- maybe not the -- that the
13  software doesn't exactly work the way that they're used
14  to seeing it work in their old version or old software.
15  If it was any departure from the way they normally do
16  business, then I would consult with my manager to
17  determine what the best approach would be.
18  Q. How often, I mean, during one of these setting
19  up sessions do you call your manager?
20  A. I was in touch with the manager every day and
21  the project manager.
22  Q. That was not my question. I mean where you
23  call in to discuss with your manager different
24  variations or possibilities for an issue that has
25  arisen with a client where you need to follow up and

Page 47

1  have those discussions.
2  A. It varied. It varied based on the client, the
3  module, the availability of my manager, the
4  complexities of the implementation, so I can't really
5  give you a number, but I was in touch by e-mail and
6  usually every day by e-mail and maybe a couple times
7  during the week an implementation session by voice mail
8  -- by voice with my manager and/or the project manager.
9  Q. And is that sometimes just providing just
10  status, here's where we are?
11  A. Yes. In most cases, it would be providing the
12  status in the case of the e-mails.
13  Q. So you said this is typically four days for
14  this initial going in and setting up the software; is
15  that correct?
16  A. Depends on the module and the complexity of
17  the implementation. Sometimes it would take two set-up
18  sessions.
19  Q. Were you typically there as the sole Tyler
20  Technologies representative? I mean, I understand
21  you're meeting with people from the client, but I'm
22  just wondering from the perspective of a Tyler
23  representative, were you there by yourself?
24  A. That varied. Many times I would be.
25  Sometimes I would be there with the project manager,

Yamaguchi Obien Mangio, LLC Reporting & Video * www.yomreporting.com
520 Pike Street, Suite 1320, Seattle, WA 98101 * (206) 622-6875 * 1 (800) 831-6973

**EXHIBIT 19**

THOMAS O'HAVER; May 18, 2010

15 (Pages 48 to 51)

### Page 48

1  sometimes I'd be there with my manager, and sometimes
2  I'd be there with the data people.
3     Q. Why would you -- so on these occasions where
4  someone went with you, typically why was someone going
5  with you?
6     A. The size of the implementation. If it was a
7  very large client, we may have to have more than one
8  session going on at a time.
9     Q. So the Tyler representative that is there is
10 in a different room doing something different than what
11 you're doing?
12    A. Yeah.
13    Q. So at the end of this time period where you're
14 meeting with the client for the set-up, what happens as
15 that -- those four days or whatever it takes come to a
16 conclusion? What happens next?
17    A. Then I go back either to the office or to
18 another client session the next week after reporting to
19 my manager and to the project manager what occurred
20 during this implementation session and documenting
21 everything that went on. There was a documentation --
22 document that was produced every session that we had.
23    Q. Follow-up memo?
24    A. Follow-up memo, right.
25    Q. So you finished this week. You prepared your

### Page 49

1  follow-up memo. What do you do to plan for the next
2  session with any particular client?
3     A. There would have been an implementation plan
4  in place from our initial meeting, and if nothing has
5  changed, then I just plan for that next implementation
6  session.
7     Q. What could change? What could have changed?
8     A. There could have been some unexpected delays
9  in the set-up or some complexities that kept us from
10 being completed, and that could have been data problems
11 or it could have been procedural developments that we
12 did not know about until we got on-site.
13    Q. So were these things you discovered or that
14 you were looking for when you were doing the testing?
15    A. They're things that I discovered. I didn't
16 necessarily look for them, but many times, you know,
17 it's like life. Things come up, and during the initial
18 set-up session, we may have discovered something that
19 they didn't tell us about before.
20    Q. Like what kind of things? Can you give me an
21 example?
22    A. Oh, maybe their formula, their method of
23 calculating the consumption and the billing for a
24 utility billing was more complex than what we normally
25 dealt with.

### Page 50

1     Q. So what would you have to do if you determined
2  that it was more complex than the typical formula?
3     A. Usually involved some testing of formulas, and
4  a lot of that could happen back at the office as a
5  result of the visit before the next visit.
6     Q. So if it's something like that where you
7  decide the formula for calculating was more complex
8  than what you typically see, then you might have
9  someone back at the office do some underlying or
10 additional testing to see if it works with --
11    A. Yeah.
12    Q. -- the software; is that correct?
13    A. Yes.
14    Q. So then can you describe what you -- so
15 there's this next step in the implementation process
16 that's planned. Do you do any preparation before that
17 next step, the next client meeting?
18    A. Yes. I send out an agenda based upon what was
19 accomplished the first time and what needs to be
20 accomplished the next time as specified in our standard
21 implementation plan.
22    Q. Do you tailor the implementation plan when you
23 set up the agenda so, you know, it's tailored to what
24 you actually accomplished before and what you expect to
25 accomplish on this particular trip?

### Page 51

1     A. Yes.
2     Q. When you said you send that out, is that sent
3  to the client?
4     A. Yes.
5     Q. Do you come up with any homework or premeeting
6  work that you ask the client to do?
7     A. Sometimes.
8     Q. What kind of things would you ask the client
9  to do before you arrive for the next step in the
10 implementation?
11    A. If it was another set-up session, then I would
12 have them collect the information necessary to set up
13 the -- complete the set-up that is scheduled to be done
14 in that session, and that may involve them doing some
15 homework to gather numbers of customers, numbers of
16 meters, types of meters, the cycles of when the meters
17 are read, how they are read. It goes on and on.
18       It depends on what needs to be done, but
19 typically I would request them to have information.
20 They didn't always have it when I got there, however.
21    Q. You'd like for them to be prepared, right?
22    A. Yes. Homework -- I had no authority as an
23 instructor to enforce their homework, so many times
24 on-site it would be checking that information, but,
25 yeah, I would assign homework.

Yamaguchi Obien Mangio, LLC Reporting & Video * www.yomreporting.com
520 Pike Street, Suite 1320, Seattle, WA 98101 * (206) 622-6875 * 1 (800) 831-6973

**EXHIBIT 19**

THOMAS O'HAVER; May 18, 2010

16 (Pages 52 to 55)

### Page 52

1  Q. And would that be based on your prior set-up?
2  A. Yes.
3  Q. So things you determined needed follow-up or
4  additional set-up, you would identify those for them?
5  A. Well, things I would determine in the
6  implementation plan that was given me.
7  Q. So are you saying that everything you were
8  asking your client to go look for and prepare for came
9  straight from the implementation plan? You didn't
10 create the list for your client I need X, Y, Z?
11 A. I did not typically create that from scratch,
12 no.
13 Q. Where did it come from?
14 A. From the client implementation plan that I was
15 given from the module.
16 Q. Did you look at that plan and pull out those
17 specific things for this particular client that you
18 still needed for the next set-up?
19 A. Yes.
20 Q. You get there. How often does everything go
21 exactly as you expected? You get there, the client is
22 prepared, has every bit of information you need.
23 A. Oh, I can't really give a definite answer to
24 that, but many times it would go smoothly. Sometimes
25 it would not.

### Page 53

1  Q. Can you tell me -- give me some examples of
2  when you get there and everything is completely
3  different than you expected where you had to really
4  change course and do whatever it takes to get something
5  done?
6     MS. BAGLEY: Object to the form.
7  A. There might be a situation where a client or a
8  group of the people were not present because they had
9  something else that conflicted with the training
10 session.
11    Therefore, I'd have to change my schedule to
12 accommodate maybe two sessions of people that had to be
13 rotated because people had to be on the phone or be in
14 production producing something, because they didn't
15 come away from their jobs necessarily to come to class.
16 They had to rotate into the sessions sometimes, and so
17 I'd have to schedule maybe two sessions of training
18 when I had to plan for one.
19 Q. (BY MS. PERLIONI) How did you conduct the
20 training? I mean, is this classroom style?
21 PowerPoint? Lecture? Sitting down at computers?
22 A. Yes.
23 Q. All of the above?
24 A. Yes.
25 Q. What was your strategy?

### Page 54

1  A. It depends on the size of the group. Usually
2  it was a classroom situation and PowerPoint using the
3  material that I was given for the implementation.
4  Q. What material are you referring to?
5  A. PowerPoint screen shots and curriculum.
6  Q. So I'm trying to understand. Are you saying
7  that you did not create any PowerPoints for any of the
8  presentations or training sessions you did?
9  A. No. I may have modified some to include some
10 screen shots or some specific points that a client was
11 having trouble with, but I used PowerPoints and other
12 materials that were given to me by the company.
13 Q. What about the curriculum? Do you modify that
14 as well based on what you're seeing with individuals
15 that you're training?
16 A. Not usually.
17 Q. So you never had to vary from a set curriculum
18 for the training that you're giving?
19 A. No. There were times when I would elaborate
20 on certain aspects or add or modify based upon the end
21 users' special conditions or knowledge.
22 Q. And how did you determine whether you needed
23 to elaborate or modify?
24 A. From feedback during the training session and
25 during the preliminary sessions.

### Page 55

1  Q. Feedback from the client?
2  A. Yeah. And the project manager and my manager.
3  Q. Going in, you said you used PowerPoint but
4  that you modified it some. What -- if you're --
5  A. I may have modified it.
6  Q. What kind of things would you -- if you look
7  at the standard PowerPoint, what kind of things would
8  you say, you know what, for this client, I need to
9  modify the PowerPoint to reflect whatever it is? What
10 kind of things would you do?
11 A. I can't recall anything specific, but it may
12 have involved more detail on some aspects of the set-up
13 or the operation that was unique for the client.
14    If they were not accustomed to the screens, it
15 may have more screen shots for them. If they were
16 coming from a different software altogether from Tyler,
17 then I would give them more detail on the way Tyler did
18 things as opposed to the way they're used to doing
19 things.
20 Q. Are those things you determined based on your
21 interactions you'd had with the client where you were
22 information gathering?
23 A. That and what the project manager and my
24 manager determined.
25 Q. So is that a collaborative effort between you,

Yamaguchi Obien Mangio, LLC Reporting & Video * www.yomreporting.com
520 Pike Street, Suite 1320, Seattle, WA 98101 * (206) 622-6875 * 1 (800) 831-6973

**EXHIBIT 19**

Page 56

1  your project manager, and your manager?
2     A. Yes.
3     Q. When you talked about you may elaborate or
4  modify based on the end user, do you know that going in
5  or is that something as you're sitting down with the
6  end user you're watching them and trying to determine
7  how much they're grasping or a combination?
8     A. Combination.
9     Q. Can you walk me through? I mean, what is it
10 that you do to try to figure out how well your end user
11 is grasping what you're trying to train them on?
12    A. Well, I've been trained as a technical
13 trainer, and I am able to determine usually if the
14 students are grasping what I'm teaching, and I usually
15 ask for a lot of feedback during the training and
16 observe what they do during their practice sessions
17 that go along with the training, and I may modify my
18 training based upon what I observe, but it all follows
19 the planned curriculum that we have that has been
20 provided to me by the company.
21    Q. What is that planned curriculum you're talking
22 about?
23    A. Depending on the session, the set-up would be
24 to get everything all set up for the software to
25 operate. If it's -- the end user training is getting

Page 57

1  the end user familiar with all the screens necessary to
2  do their job. If it's the billing session, it's
3  getting the users familiar and having the system go
4  through a complete billing cycle and come out with
5  bills, so it depends on the session.
6     Q. So you take that curriculum and then you go in
7  and figure out how to determine to best train the
8  particular end users?
9        MS. BAGLEY: Object to the form.
10    A. I may determine the best way of training if
11 there's any deviation from the standard, but that would
12 -- any deviation would be not totally my decision. It
13 would be based upon what the project manager and my
14 manager and myself agreed would be best.
15    Q. (BY MS. PERLIONI) I'm not really talking about
16 deviation from. You mentioned earlier, you know,
17 having a session where you're working with the end user
18 on helping them understand the different screens
19 available in a particular module, so I'm not saying
20 deviate from that, but how do you determine how to
21 present that to them in a way that would effectively
22 train them on being able to utilize that and understand
23 the screen shots?
24    A. We have PowerPoints and curriculum that are
25 standard for the module training session.

Page 58

1     Q. What type of curriculum are you referring to?
2     A. Written print-outs that we print out for them
3  to follow along while I lecture.
4     Q. So that's a hand-out you give to them?
5     A. Yeah.
6     Q. How do you determine the best way to lecture
7  the end users on the particular hand-outs that you've
8  given?
9     A. I'm trained on the standard way of conducting
10 the session.
11    Q. What do you mean by that? What type of
12 training are you referring to?
13    A. With the PowerPoint presentation that
14 incorporates -- that follows the curriculum and
15 incorporates screen shots and the information that they
16 have given me for set-up and billing and permitting or
17 special assessment parameters that they -- parameters
18 and operational methodologies that they do -- they
19 utilize.
20    Q. Do you utilize a PowerPoint in every one of
21 your training sessions?
22    A. Yes.
23    Q. Do you also utilize someone at the -- or work
24 with someone at their computer or at a computer?
25    A. Yes.

Page 59

1     Q. What does that involve when you have someone
2  at a computer? What do you do then?
3     A. Well, the software is computer software, so
4  we're training them on the operation of the software or
5  the set-up or the production of end products from their
6  computer, so at all times they're at a computer.
7     Q. Does that mean that they're sort of playing
8  around with the different screens and module itself?
9     A. They can be depending on what they're doing,
10 trying different alternatives. Usually it's a flow of
11 operational processes that are involved in completing
12 their task.
13    Q. So are they inputting things into the
14 computer?
15    A. Inputting and analyzing the results of their
16 input and producing results through the software and
17 launching a process possibly.
18    Q. Is this live data?
19    A. Yes.
20    Q. So they're actually in their system practicing
21 and training with live data?
22    A. The way the implementation is done is there's
23 an initial training on their data in a test environment
24 that's not live to their final results, but at some
25 point we Go Live, and that's usually the last session

Yamaguchi Obien Mangio, LLC Reporting & Video * www.yomreporting.com
520 Pike Street, Suite 1320, Seattle, WA 98101 * (206) 622-6875 * 1 (800) 831-6973

**EXHIBIT 19**

THOMAS O'HAVER; May 18, 2010

18 (Pages 60 to 63)

Page 60

1  where after they have gone through all the practice
2  sessions and their billing and software works
3  correctly, they come out with the same numbers as
4  they're used to seeing, then we do a cutover to the
5  live data, and that may involve a Go Live conversion of
6  the data by our conversion people so that when I go out
7  for that session, then they are live with that -- with
8  their data on that session. That's usually the last
9  session.
10     Q. So where they're tinkering around, though --
11     A. It's usually a test. It's something that
12  wouldn't modify their data. There are some things they
13  can do on their live data that doesn't change anything.
14     Q. Because they're tinkering around. You don't
15  want them to mess up all the data, right?
16     A. Right.
17     Q. As they're tinkering around, are you standing
18  over their shoulder helping them with things? I mean,
19  how does that -- giving them, you know, tips on where
20  they go next and what happens if they do certain things
21  within the software?
22     A. That may be a scenario that happens, yeah,
23  during some of their -- if they're a small group that I
24  can do that with. Usually they watch me do things, and
25  then I walk around the room as they're going through

Page 61

1  their practice session and observe what they're doing
2  and answer any questions.
3     Q. So you actually -- so your screen is projected
4  somehow?
5     A. Yes.
6     Q. And you're working through the software and
7  showing them different nuances in the software?
8     A. Yes.
9     Q. And then you step back and watch them trying
10  to do it on their own computer terminal?
11     A. That is one scenario that could happen, yes.
12     Q. What other kinds of scenarios might there be?
13     A. If it's a small group, there may not be a
14  projection. It may just be two or three people being
15  trained, and they would watch me over my shoulder do
16  some things, and then they'd go back to their computers
17  and then I would watch them.
18     Q. Throughout this time, you're interacting with
19  them answering whatever questions they may have?
20     A. Yes. I would be their trainer.
21        (Deposition Exhibits 13 and 14 were
22        marked for identification.)
23     Q. (BY MS. PERLIONI) I'm going to hand you two
24  documents. One I'm marking Deposition Exhibit 13 and
25  the other I'm marking Deposition Exhibit 14. Do you

Page 62

1  recognize the documents that I've handed you marked
2  Deposition Exhibits 13 and 14?
3     A. (Reviewing). As a cover letter and resume
4  that I had sent to Tyler.
5     Q. So just for the record -- and tell me if I'm
6  correct on this -- Deposition Exhibit 13 is a cover
7  letter that you sent to Tyler Technologies?
8     A. Yes.
9     Q. And Deposition Exhibit 14 is a copy of a
10  resume you submitted to Tyler Technologies?
11     A. It's a copy of a resume. I have no way of
12  knowing if this is the one I sent to Tyler except that
13  you have it, so I must have.
14     Q. Looking at Deposition Exhibit 14, does that
15  appear to be a true and correct copy of a resume that
16  you prepared and utilized in searching for employment?
17     A. Yes.
18     Q. So no reason to dispute that you submitted it
19  to Tyler Technologies?
20     A. Right. Right.
21     Q. There's not a date on Deposition Exhibit 13.
22  Obviously this was submitted after your employment with
23  Tyler Technologies ended, because it includes work with
24  Jones & Jones Architect, 2007 to the present, which was
25  post-Tyler employment, correct?

Page 63

1     A. Correct.
2     Q. Do you know when you submitted Deposition
3  Exhibits 13 and 14 to Tyler Technologies?
4     A. No.
5     Q. But we can at least confirm that this
6  Deposition Exhibit 13 and 14 was a cover letter and
7  resume you submitted after your employment with Tyler
8  Technologies ended and at some point in time in an
9  effort to come back to work with Tyler Technologies?
10     A. Yes.
11     Q. I want to go back real quick.
12        (Deposition Exhibit 15 was marked for
13        identification.)
14     Q. (BY MS. PERLIONI) I'm going to hand you
15  another document, and it's actually a compilation of
16  documents, but if you'll take a look, I'm marking them
17  Deposition Exhibit 15. I'm looking at Deposition
18  Exhibit 12 and Deposition Exhibit 15. You need to have
19  these at your fingertips. I just want to get a salary
20  history if you will relating to your employment tenure
21  with Tyler Technologies. If you look at Deposition
22  Exhibit 12, it indicates on here that you would have a
23  starting base salary of $60,000. Do you see that?
24     A. Yes.
25     Q. Do you recall that as being your salary when

Yamaguchi Obien Mangio, LLC Reporting & Video * www.yomreporting.com
520 Pike Street, Suite 1320, Seattle, WA 98101 * (206) 622-6875 * 1 (800) 831-6973

**EXHIBIT 19**

THOMAS O'HAVER; May 18, 2010

20 (Pages 68 to 71)

### Page 68

1  that?
2      A. Yes.
3      Q. So parcels, permits and inspections, water and
4  sewer utility billings, special assessments, customer
5  requests, and crystal reports. It looks to me -- and
6  you tell me if I'm misunderstanding -- to be more
7  modules than you told me earlier that you supported
8  with Tyler Technologies.
9      A. There is one that I didn't mention earlier,
10 the customer requests. I had started to prepare for
11 that module. I don't believe I ever implemented that
12 for Tyler, so I didn't include it in the previous list.
13     Crystal reports, I put that in there. It's
14 not a separate module. It's a way of reporting on any
15 of the other modules, but the positions that I was
16 applying for evidently required or wanted crystal
17 report experience, so I highlighted that in there as a
18 module.
19     It was kind of in that gray area. We did
20 offer crystal reports training separate from our other
21 modules, and I did use crystal reports quite a bit in
22 the implementation, because that's the way reports were
23 produced from all the products.
24     Q. Can you explain what it is?
25     A. It's a reporting package that's a generic

### Page 69

1  reporting database reporting tool that many companies
2  used, and Tyler used it as their reporting engine for
3  their financial modules.
4      Q. Look below on other duties. Can you explain
5  -- the first one says "use of SQL, structured query
6  language, to access relational database information."
7      Can you explain what that means?
8      A. The information -- their data was actually
9  stored in a relational database. It was either a SQL
10 server or Oracle.
11     During that process of the implementation that
12 I was involved with, I had to access their data in ways
13 other than the forms that we were provided in the
14 software did, and that was through SQL commands, and so
15 I was trained and familiar with accessing the data by
16 using SQL commands.
17     Q. Why did you need to do that?
18     A. To check the accuracy of the forms and make
19 sure that it was retrieving the data correctly, and
20 sometimes when it wasn't, then I would report to the
21 conversion people a problem or inconsistency, and that
22 was part of my responsibility to if there was any
23 inconsistency or problem to report that to the data
24 conversion.
25     Q. So you were using this different language,

### Page 70

1  structured query language, to identify problems within
2  the Tyler software programs?
3      A. It would be problems with the data.
4      Q. The client's data?
5      A. Yeah. And that could have been their fault or
6  it could have been the conversion people's. It varied.
7      Q. Looking at the data, how do you identify
8  whether or not something is a problem?
9      A. If it didn't agree with what appeared on their
10 forms through the software, Tyler software.
11     Q. Were you spot-checking or how did you
12 determine to go in and do this testing using this SQL?
13     A. Part of my responsibility would be to look at
14 their bills and make sure that the customer was being
15 billed the proper amount for the proper consumption or
16 usage or permit fee or assessment, and all of that
17 information is stored in the database and/or calculated
18 through the formulas, and so I would compare the result
19 that the program came out with on the forms or the
20 reports with what the database had, and sometimes that
21 would involve SQL query interaction with the database.
22     Q. When you said customer in your answer just
23 then, I'm assuming that's the customer of --
24     A. Of the client.
25     Q. Of the client?

### Page 71

1      A. Yeah. Rather than the client themselves.
2      Q. Right. And how would you decide when you
3  needed to use the SQL as opposed to something else?
4      A. Usually it was in testing or in
5  troubleshooting an inconsistency.
6      Q. Looking at the second entry on your resume,
7  "using ERD, entity relationship diagram, schemas to
8  create and interpret SQL," what does that mean?
9      A. ERD schemas, that's a database term. That
10 means a plan -- a diagram of a database. Schema is a
11 diagram of the data like an org chart for the way the
12 data is stored.
13     I used the entity relationship diagrams, which
14 is another way of showing relationships between things
15 that are important in the database such as customer or
16 order, consumption, address, you know, just different
17 components that are stored in the database and how
18 those relate to each other.
19     Entity relationship diagrams, they're diagrams
20 of how things relate. Like the customer would have one
21 address, so it would be a one-to-one relationship. The
22 customer may have many bills, so there would be
23 one-to-many relationship between the customer and his
24 bills.
25     So those diagrams present the relationships

Yamaguchi Obien Mangio, LLC Reporting & Video * www.yomreporting.com
520 Pike Street, Suite 1320, Seattle, WA 98101 * (206) 622-6875 * 1 (800) 831-6973

**EXHIBIT 19**

THOMAS O'HAVER; May 18, 2010

21 (Pages 72 to 75)

### Page 72

1  between those entities in the database. It happened to
2  be tables and structures of tables and data.
3      Q. What are you looking for in these schemas?
4      A. Well, I would be using those to determine
5  again in testing and in determining any consistencies
6  or inconsistencies of the data.
7           Part of my job -- since the data conversion
8  people did not go out after the initial conversion
9  usually and I was the on-site person, part of my
10 secondary responsibilities would be to identify any
11 inconsistencies in the data and relay that to the data
12 conversion group.
13     Q. What do you mean when you say create and
14 interpret SQL?
15     A. SQL is a command language, and so I would
16 create the commands that would retrieve the data in the
17 right way.
18     Q. How did you know how to do that?
19     A. I had previously worked for a database
20 company, Oracle Corporation.
21     Q. So based on prior experience and knowledge?
22     A. Yes.
23     Q. What is this creating customized training
24 documentation?
25     A. That's a general statement. Like I mentioned

### Page 73

1  earlier, for the most part, the training documentation
2  was provided to me, but I would be responsible for
3  creating any modifications or customizations for -- of
4  that training material. It would be given to me in a
5  soft format where I could make some changes if
6  necessary, but normally that was not necessary.
7      Q. What do you mean normally it was not
8  necessary? So you didn't tinker with the standard
9  training material for most of the clients you went out
10 to implement?
11          MS. BAGLEY: Object to the form.
12     A. Correct. Yeah. The ideal situation would be
13 to use the curriculum and the training materials in the
14 way that it was originally developed, but everything's
15 different, you know, when you get out in real life.
16         Like I said, there may be -- for that
17 particular client, there may be some different
18 parameters that need to be set or different training,
19 more training that needs to be done or more screens
20 shown to a specific client that's not used to the
21 software as opposed to those that were used to the
22 software the way Tyler did things previously.
23         So I may include more screen shots or more
24 detail on a specific topic, so I might flush out
25 something or eliminate something that I knew they were

### Page 74

1  already familiar with in order to make the training
2  flow better, but for the most part, the training
3  material was already created for me.
4      Q. (BY MS. PERLIONI) You know, I want to make
5  sure I understand. Is it that there's multiple
6  different types of training material already created
7  and you pick amongst those and develop the specific
8  package you're going to utilize with that client?
9      A. No. There's training material for each of the
10 modules, and depending on the module I'm training on, I
11 would take that training material and see if there's
12 anything that needs to be done to it to make it fit
13 better to the client.
14     Q. The next bullet point on your resume that you
15 submitted to Tyler says "InForum Gold DIS integration,"
16 and then in parentheses it's geographic information
17 systems. I assume GIS is the acronym that stands for
18 that.
19     A. Yes.
20     Q. What do you mean by that? What are you
21 representing there?
22     A. Okay. With their software, which was called
23 InForum Gold, which included the many modules that
24 Tyler sold, including the ones that I supported, there
25 was an interface to many of the modules that was a

### Page 75

1  geographic interface where we could produce a map that
2  showed a customer or a parcel or a water meter or a
3  sewer manhole or something on a drawing, and you could
4  inquire on that map and get the customer's information
5  or you could inquire the customer's name and get a map,
6  so you could go from the picture to the word or the
7  word to the picture. That interface is called a
8  geographic information system interface.
9          Some of my further background was geographic
10 information systems, and so I was highlighting that
11 because I was familiar with that interface that Tyler
12 provided to the client.
13     Q. On your resume, it represents that you were --
14 something about an integration of that system.
15     A. Yes. That involved setting that up in order
16 for them to use that. It was part of the software, but
17 not everyone used it, so if they were interested in
18 using that integration, it would need to have -- be set
19 up to do so, and I did that.
20     Q. The next bullet point, "integration with other
21 financial accounting modules and systems, i.e.,
22 cashiering, general ledger, accounts payable,
23 purchasing, accounts receivable, project accounting,
24 fixed assets, inventory, and personal modules, i.e.,
25 payroll, human resources, applicant tracking," can you

**EXHIBIT 19**

THOMAS O'HAVER; May 18, 2010

28 (Pages 100 to 103)

Page 100

1    Q. You had mentioned that you were tracking
2    in-office time that's not billable.
3    A. Right.
4    Q. Why wouldn't you record the out-of-office time
5    even though it's not billable?
6          MS. BAGLEY: Form.
7    A. I mentioned that in-office time it was
8    billable.
9    Q. (BY MS. PERLIONI) I'm sorry. I didn't
10   recognize that distinction.
11   A. Yeah. If there was office time that was
12   billable that I could do in the office, I reported
13   that.
14   Q. So on your time sheet, you wouldn't include
15   any time, say, you were in the office working but you
16   didn't view that as being billable towards a client?
17   A. I wouldn't record that for the client, no. I
18   would record it as just office time.
19   Q. And then now I'm trying to understand. So
20   when you're at a client's, you're in the hotel after
21   evenings -- I'm sorry -- after working with the client
22   and you're preparing for the next day, that time, would
23   you record that on your time sheet as nonbillable?
24   A. No.
25   Q. So you didn't track that anywhere?

Page 101

1    A. No. Nope.
2          (Deposition Exhibits 18 and 19 were
3          marked for identification.)
4    Q. (BY MS. PERLIONI) I'm going to hand you two
5    more documents. These I'm marking as Deposition
6    Exhibit 18 and 19. I'll hand you 18 first. Next I'm
7    going to hand you 19. Can you take a look at those
8    documents and tell me if you recognize them?
9    A. (Reviewing). Okay. Yes. I recognize these.
10   Q. Is Deposition Exhibit 18 a true and correct
11   copy of an e-mail you sent to Marilyn Foos informing
12   her that you were resigning your employment with Tyler
13   Technologies?
14   A. Yes.
15   Q. And is Deposition Exhibit 19 a true and
16   correct copy of the letter you received from Tyler
17   Technologies confirming your separation of employment
18   and outlining your final paycheck and benefits?
19   A. Yes.
20   Q. And on Deposition Exhibit 19, it indicates
21   that you would be receiving your last final paycheck
22   and it would include 40 regular hours and 2.0 hours of
23   PTO that have been accrued and not taken. Do you see
24   that?
25   A. 2.08 hours of PTO.

Page 102

1    Q. Thank you.
2    A. Yes.
3    Q. And you received the final paycheck with the
4    PTO hours that is indicated on Deposition Exhibit 19?
5    A. Yes.
6          (Deposition Exhibit 20 was marked for
7          identification.)
8    Q. (BY MS. PERLIONI) I'm going to hand you
9    another document that I'm marking Deposition
10   Exhibit 20. I would like you to take a look at
11   Deposition Exhibit 20 and tell me if you recognize it.
12   A. (Reviewing).
13         MS. PERLIONI: Let's go off the record
14   to give him a chance to review Deposition Exhibit 20.
15         (Discussion off the record.)
16         (Deposition Exhibit 21 was marked for
17         identification.)
18   Q. (BY MS. PERLIONI) You've had a chance to look
19   at Deposition Exhibit 20 and 21?
20   A. Yes.
21   Q. I'll represent to you I believe Deposition
22   Exhibit 21 to be a declaration that it says on the
23   second page of Deposition Exhibit 20 there's a
24   signature line for Tom O'Haver.
25   A. Yes.

Page 103

1    Q. Is that your signature?
2    A. Yes.
3    Q. And does Deposition Exhibit 20 appear to be a
4    true and correct copy of a declaration that you signed?
5    A. Yes.
6    Q. Can you just tell me -- and I don't want you
7    to go into any conversations that you may have had with
8    an attorney, but what was the process for putting
9    together the declaration that we have marked
10   Exhibit 20? I mean, did you sit down at your computer
11   and type it?
12   A. I don't recall. It appears to, except this is
13   not the copy that I typed because of the lack of
14   hyphenations at the end of sentences. This may have
15   been a handwritten -- a typewritten version of my
16   handwritten document. I can't recall.
17   Q. In looking at Deposition Exhibit 20 -- and I'm
18   looking particularly at paragraph 4 -- you say, "I
19   regularly worked an average of 50 to 60 hours per week.
20   Some weeks I worked as many as 70 hours."
21         When you're talking about the 50, 60 hours per
22   week, are those the weeks you were actually on-site
23   with a client doing implementation?
24   A. Forty hours of that or the number of hours
25   that that was allocated for that training session would

Yamaguchi Obien Mangio, LLC Reporting & Video * www.yomreporting.com
520 Pike Street, Suite 1320, Seattle, WA 98101 * (206) 622-6875 * 1 (800) 831-6973

**EXHIBIT 19**

THOMAS O'HAVER; May 18, 2010

29 (Pages 104 to 107)

Page 104

1  be included in that, but that would include also extra
2  hours on the airplane that I would be working on
3  material for the sessions and in my hotel room late at
4  night.
5      Q. I guess my question is where you're saying the
6  average 50 to 60 hours per week, those were weeks when
7  you were traveling?
8      A. Yes.
9      Q. So not weeks when you were actually in the
10 office?
11     A. Correct.
12     Q. And how did you come up with 50 to 60 hours
13 per week? I mean, I know it says it's an average, but
14 did you go through any type of looking back at
15 documents or any type of calculation to come up with
16 that or is this just something that's sort of a
17 guesstimate out of your head?
18         MS. BAGLEY: Object to the form.
19     A. I considered that most of the implementations
20 involved four days of training on-site and at least
21 four days in the hotel room and travel time, and much
22 of my time with Tyler Technologies involved
23 implementation projects on the east coast, and so I
24 would travel -- be traveling across country and working
25 on the airplane primarily the whole time there and back

Page 105

1  either preparing for the class or writing the follow-up
2  memo on the way back and preparing for my next session
3  and calculating that that came out to be 50 to 60 hours
4  and sometimes for longer implementations and longer
5  weeks for up to 70 hours if it was a difficult
6  implementation.
7      Q. (BY MS. PERLIONI) I'm going to object to the
8  form of your answer. My question was did you look back
9  at any documents to come up with the average you've
10 included in Deposition Exhibit 20?
11     A. No, I didn't. I didn't document that
12 anywhere.
13     Q. And when you're talking about different
14 implementations, did you consider how many were on the
15 east coast versus how many were elsewhere in trying to
16 come up with your numbers at all?
17     A. No. It was a general statement for all my
18 implementation clients, which involved people on the
19 east coast, west coast, and centrally located in the
20 country.
21     Q. So you didn't do any analysis of all the
22 different implementations you did to try to see truly
23 what the average was of where the clients were and
24 things like that?
25     A. No. It was -- it was a general average. It

Page 106

1  wasn't a computed average.
2      Q. Did you ever work on any federal holidays, any
3  company holidays?
4      A. It seems to me like I did work on some company
5  holidays that wasn't the client holiday, but I can't
6  remember what that would have been, because most of the
7  clients were municipal employees or government
8  employees. They had all the same holidays I had.
9      I think there was perhaps -- I can't remember.
10 There might have been a Tyler holiday that we got off
11 that I had to work. It seems like -- I don't recall
12 specifically, but it seems like that was the case in at
13 least one case.
14     Q. One particular holiday?
15     A. Yeah.
16     Q. Do you remember what year that was or --
17     A. No, not with detail, but it seems like there
18 was something.
19     Q. Take a look at Deposition Exhibit 21 and tell
20 me -- you already told me you recognized it.
21     A. Yes.
22     Q. What is Deposition Exhibit 21?
23     A. It was a performance improvement memo.
24     Q. And I just want to make sure. If you look on
25 the second page, which is Bates labeled 3185 of

Page 107

1  Deposition Exhibit 21, is that your signature on this
2  document?
3      A. Yes.
4      Q. And does this, this being Deposition
5  Exhibit 21, appear to be a true and correct copy of a
6  performance improvement memo you received on March 7,
7  2007?
8      A. Yes.
9      Q. I want to go back to one thing. I want to
10 take you back to Deposition Exhibit 7. Can you look
11 back to Deposition Exhibit 7?
12     A. I don't have that.
13         MS. BAGLEY: Here (handing).
14     A. Okay. I have that now.
15     Q. (BY MS. PERLIONI) You said this was your
16 calendar or information from your calendar, correct?
17     A. Yes.
18     Q. Do you have this type of information saved in
19 a calendar somewhere up through the end of your
20 employment with Tyler Technologies?
21     A. No.
22     Q. You didn't keep this kind of information?
23     A. No.
24     Q. So you don't have something on your calendar
25 saying, hey, here's the day I took off and went to the

**EXHIBIT 19**