EYVONNE WILTON; May 17, 2010

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

---

PATTY BEALL, MATTHEW MAXWELL,         )
TALINA McELHANY and KELLY             )
HAMPTON, individually and on          )
behalf of all other similarly         )
situated,                             )  2:08-cv-422 TJW
                                      )
    Plaintiff(s),                    )
                                      )
vs.                                   )
                                      )
TYLER TECHNOLOGIES, INC., and         )
EDP ENTERPRISES, INC.,                )
                                      )
    Defendant(s).                    )

---

DEPOSITION UPON ORAL EXAMINATION OF
**EYVONNE WILTON**

---

2:00 P.M.

MAY 17, 2010

520 PIKE STREET, 12TH FLOOR

SEATTLE, WASHINGTON

[CERTIFIED TRANSCRIPT — Yamaguchi Obien Mangio, LLC Court Reporting]

REPORTED BY:  MARY L. GREEN, CCR 2981

EYVONNE WILTON; May 17, 2010

Page 2

1                A P P E A R A N C E S

2    FOR THE PLAINTIFF(S):

3         LAUREEN F. BAGLEY
          Sloan, Bagley, Hatcher & Perry
4         101 E. Whaley Street
          Longview, TX 75601
5         903.757.7000
          lbagley@textrialfirm.com
6
     FOR THE DEFENDANT(S):
7
          ELLEN L. PERLIONI
8         Morgan Lewis
          1717 Main Street, Suite 3200
9         Dallas, TX 75201
          214.466.4142
10        ellen.perlioni@morganlewis.com

11   ALSO PRESENT:   LYNN MOORE, Tyler Technologies

**EXHIBIT 20**

EYVONNE WILTON; May 17, 2010

Page 3

## INDEX

| EXAMINATION BY: | PAGE(S) |
|---|---|
| MS. PERLIONI | 5 |
| MS. BAGLEY | 134 |
| MS. PERLIONI | 144 |

| EXHIBITS FOR IDENTIFICATION | | PAGE |
|---|---|---|
| 1 | May 3, 2005, e-mail to Connie Shaw from Dana Breckenridge | 8 |
| 2 | Employment Application | 8 |
| 3 | February 23, 2006, letter to Eyvonne T. Wilton from Connie Shaw | 74 |
| 4 | Job Description of Implementation Consultant | 77 |
| 5 | Two-line chart | 79 |
| 6 | Complete Time Summary Report | 79 |
| 7 | August 23, 2006, e-mail to Eyvonne Wilton, Amber Krick, and Lyn Spens from Eyvonne Wilton | 104 |
| 8 | August 25, 2006, e-mail to Amber Krick from Eyvonne Wilton | 104 |

Yamaguchi Obien Mangio, LLC Reporting & Video * www.yomreporting.com
520 Pike Street, Suite 1320, Seattle, WA 98101 * (206) 622-6875 * 1 (800) 831-6973

**EXHIBIT 20**

EYVONNE WILTON; May 17, 2010

8 (Pages 20 to 23)

### Page 20

1  A. We used my resume, not my application.
2  Q. So you used what's marked as Deposition
3  Exhibit 1 as opposed to Deposition Exhibit 2?
4  A. Yes.
5  Q. But you and Ms. Spens then proceeded to talk
6  through your prior history in the payroll industry?
7  A. No, not necessarily chronologically. She just
8  asked specific questions to get specific answers that
9  she wanted.
10  Q. About the types of different experiences?
11  A. Right.
12  Q. You also mentioned that she talked to you
13  about why you had a desire to travel.
14  A. Yes.
15  Q. What do you recall about that discussion?
16  A. It was directly linked to why I wanted the job
17  itself. It wasn't really the travel. It was the
18  opportunity to learn about different applications of
19  their payroll application and to be able to interact
20  with other companies that would be using their
21  application.
22  Q. Why did those things appeal to you?
23  A. I'm an information junkie.
24  Q. Self-proclaimed, huh?
25  A. Yes.

### Page 21

1  Q. Tell me what you mean by that.
2  A. I found that being in payroll I like learning
3  new things. Each company that I've worked with has
4  afforded me more knowledge than the last, and I like
5  that.
6  I had envisioned being able to teach other
7  people how to use the softwares that I had learned to
8  use and so on and so forth, and when I found the
9  position for implementation consultant, it sparked a
10  little ooh in my body, so I wanted to see if I could do
11  it. That was the reason.
12  Q. Anything else that appealed to you about the
13  position?
14  A. Just straight knowledge.
15  Q. Actually, before I move on, anything else you
16  can recall from your discussion with Ms. Spens when you
17  were applying or interviewing for the position?
18  A. No.
19  Q. Did you have any discussions with Ms. Spens
20  about salary or --
21  A. No.
22  Q. I believe you mentioned the next person you
23  spoke with was the employee, the incumbent employee who
24  was in the position but vacating the position.
25  A. Yes.

### Page 22

1  Q. But don't recall the person's name?
2  A. I do not. I can see her face, but I can't
3  remember her name.
4  Q. Can we just refer to her as the incumbent
5  employee?
6  A. Sure.
7  Q. Can you tell me what you recall from your
8  discussion with the incumbent employee?
9  A. She hated traveling. She did not like
10  traveling, which is why after a year she was switching
11  to a new department. She was newly engaged. That was
12  another reason why she was switching. She slightly
13  alluded to some differences of opinion with Ms. Spens.
14  Q. What kind of differences of opinion?
15  A. She didn't say. She just said that they had
16  some differences of opinion.
17  Q. She didn't elaborate at all?
18  A. (Shaking head). She said she didn't want to.
19  I asked.
20  Q. Anything else she passed on to you about her
21  experience in the position that you were applying for?
22  A. That it took a lot of hours. Clients
23  sometimes were not as prepared as they should have been
24  by the time you would get there, which would require
25  more work on my part.

### Page 23

1  Q. Why would that require more work on your part?
2  A. Well, if they're not prepared when you get
3  there, because you're on a schedule, everything is set
4  to a particular time frame so that in the end you can
5  move through the time frame to get to a Go Live, which
6  is when you implement the actual payroll and they're
7  now on their own, so the time frame is set up so that
8  it moves you smoothly through that process, and if
9  they're not ready, then that kind of stalls your
10  process and things have to be reworked.
11  Q. And what would you do in those circumstances?
12  How would you rework it?
13  A. Well, I wouldn't. It would go to my manager,
14  Lyn, and then she would rework it. The manager and the
15  client worked out the schedule.
16  Q. So you didn't have any involvement in
17  scheduling the process?
18  A. No.
19  Q. What about in preparing the agendas for your
20  meetings?
21  A. We have canned agendas, and based on where we
22  were supposed to be in the process, then we would send
23  out the -- the manager would say this is the agenda you
24  should be using this time. Here. Send this out to
25  your client. So we would send out the agenda that the

Yamaguchi Obien Mangio, LLC Reporting & Video * www.yomreporting.com
520 Pike Street, Suite 1320, Seattle, WA 98101 * (206) 622-6875 * 1 (800) 831-6973

**EXHIBIT 20**

Page 24

1  manager had set forth.
2     Q. So are you saying you didn't have any
3  editorial or drafting on the particular agendas?
4     A. Only by guidelines of what the manager had
5  said, so if she said this is what you should be doing,
6  this is what you should be doing.
7     Q. What do you mean by this is what you should be
8  doing?
9     A. In other words, she would send me the actual
10 agenda, and I was to look it over to make sure that it
11 was -- like if I had already been there before and we
12 had ended at a particular point. Once I got back, I
13 had to do a report and send that to the manager.
14    From that report, the manager would set up the
15 agenda for the next time, and then I would review it to
16 make sure she didn't miss any points that I said I had
17 done or not done from the previous, and that's how we
18 would work it up.
19    Then if everything was in there that I thought
20 should be in there from what she had derived from my
21 notes, then I would send it on to the client, so it was
22 more going down the pipeline type thing. It would
23 start with her, then me, and then I would send it to
24 the client.
25    Q. I want to take just kind of a step back. We

Page 25

1  kind of got sidetracked a little bit. Anything else
2  from your discussion with the incumbent employee?
3     A. No. Except for me trying to remember her
4  name. No. She told me basically the same things that
5  Lyn did in terms of what she did for a client kind of
6  vaguely, give me a rough draft.
7     Q. Like can you explain what you recall from her
8  discussion?
9     A. That it would be -- some places had set-ups
10 for classroom-like situations. Other places did not.
11 Sometimes we would have to figure out where we would be
12 teaching the client.
13    Sometimes the client would not be ready as
14 opposed -- like the lead for the project on the client
15 side would be busy with something else and would not
16 necessarily be available, and I would have to start
17 with if there was an assistant with the assistant and
18 then backtrack, things of that nature.
19    Q. So once you get there, there's always a plan,
20 right?
21    A. (Nodding head).
22    Q. Did it ever follow according to the plan?
23    A. No. No. It never actually -- there was
24 always a tweaking here or there, and sometimes it would
25 be just because the client was busy handling something

Page 26

1  else and we might have to just wait for a minute, which
2  means that we could set up -- figure out where we have
3  to set up. We would set up and then wait for the
4  client to join.
5     Q. And how did you decide the best way to
6  rearrange what you were doing depending on whatever the
7  circumstance you encounter when you get there?
8     A. Depending on the client and what they had
9  available to us. Like if they didn't have a classroom
10 situation, we would ask them where would it be that we
11 would set up for depending on how many employees that
12 would be learning the software.
13    So we would basically ask them is there a
14 place that, you know, we can use like a conference room
15 or something like that, and if there was a conference
16 room, do you have computers that are available for them
17 to use, because we really are trying to teach them how
18 to use the software.
19    Q. And what would you do if they didn't?
20    A. Sat at each individual's desk.
21    Q. So you came up with an alternative way to
22 provide the training to the employees?
23       MS. BAGLEY: Object to the form. Sorry.
24    A. We had no other choice.
25    Q. (BY MS. PERLIONI) Can you give me some

Page 27

1  examples of that where you'd go in and where really
2  everything was different than you expected and how you
3  had to adapt?
4     A. One client's computers for some reason weren't
5  working, and their IT person was off-site, and we had
6  to wait for him to get there.
7     Q. So what did you do?
8     A. We waited.
9     Q. You didn't do anything in the interim while
10 you were waiting?
11    A. (Shaking head). Asked them if they read the
12 information that had been sent to the lead there, and
13 if it had been printed out, we might go over a couple
14 of chapters so that they could understand what it is we
15 were trying to do.
16    Q. What do you mean when you say the chapters?
17    A. Tyler had little workbooks for lack of a
18 better word, but I guess it is a workbook for the
19 client, because if I'm teaching you something, you have
20 to have something to follow.
21    So we would kind of like read over -- if they
22 hadn't read over it, it would make it easier for right
23 then and there everyone could read over the chapter
24 that we were going to be going over right then and
25 there, and for the most part, most people hadn't,

Yamaguchi Obien Mangio, LLC Reporting & Video * www.yomreporting.com
520 Pike Street, Suite 1320, Seattle, WA 98101 * (206) 622-6875 * 1 (800) 831-6973

**EXHIBIT 20**

EYVONNE WILTON; May 17, 2010

## Page 28

1  because they still had to do their main job and go
2  along with the implementation, so for the most part,
3  most people hadn't looked at their information that had
4  been sent over.
5      Q. So was it -- your expectation was going in
6  that they would have read over this material before you
7  arrived?
8      A. Yes.
9      Q. And when you get there, you find out they
10 haven't read as planned, so you have to, I guess,
11 improvise or go over that material with them, do
12 whatever it takes to get them to the position you hoped
13 they would have been once you came in?
14     A. Yes.
15     Q. I mean, how do you gauge how far along they
16 are or what you need to do?
17     A. I ask. Have you read it? How far did you
18 get, with the general consensus depending on, you know,
19 who got further, who got less. If they got less, then
20 we'd start where you got less and then move up.
21     Q. So you inquire and you decide based on, you
22 know, whoever the number of employees that you're
23 talking to where to start out going through the
24 different training depending on what you think or what
25 you view as the needs of that particular group?

## Page 29

1      A. Right.
2      Q. And you mentioned earlier about giving some
3  examples of, you know, coming in and computers not
4  working. Can you give some other examples of when you
5  came in and encountered something completely unexpected
6  and what you did to work around?
7      A. Yes. One location I guess you can say the
8  model was supposed to have been loaded onto the
9  secondary computers because it was a classroom setting,
10 and none of that had taken place.
11     Q. So what did you do to work around the fact the
12 model wasn't on the secondary computers as you
13 expected?
14     A. I was lucky. I had my IT person with me, and
15 I didn't have to. He did, because that's who was
16 supposed to take care of it, so he coordinated with
17 their IT and they got it together.
18     Q. So what did you do while that was occurring?
19     A. I got to know my clients. We sat there and we
20 chit-chatted. There was about eight of us. There was
21 nothing else we could do at the time, because they
22 really needed to be on the computer for theirs. Theirs
23 was a full implementation from beginning to end.
24         So without the skeletal model loaded, we
25 couldn't do anything, because part of the

## Page 30

1  implementation is that when it's a full implementation,
2  the first visit the skeletal model is loaded, and we
3  actually play around in that model, and I teach them
4  how to input the information like their employees'
5  names and addresses, their benefits, things of that
6  nature, so if the skeletal model wasn't available, then
7  there was nothing that we could do.
8      Q. So when the skeletal model is available, you
9  said you teach them different things and let them play
10 around with it.
11     A. Uh-huh.
12     Q. I mean, how do you go about doing that?
13     A. They provide us with print-outs of their
14 employees, and they basically take that information and
15 they input that into the system, because that's what
16 they have to do, so what they basically are learning
17 how to is to navigate through the system by using their
18 own information.
19     Q. So the client actually brings their data?
20     A. Yes.
21     Q. And is that data you've seen before coming in
22 to meet with them or train them?
23     A. No.
24     Q. So they bring their data, show you, and then
25 you help them work through the system utilizing their

## Page 31

1  data?
2      A. Yes.
3      Q. I mean, how -- is there something that you --
4  I mean, what kinds of things do you ask them to bring?
5  Anything that may touch on their payroll duties or...
6      A. Print-outs of their legend system of their
7  employees, so like it's different screens basically.
8         Like personal information for you would be
9  your first, last name, where you live, telephone
10 number. That's one screen. Then the next screen would
11 be what job you actually do. The third screen would be
12 the rate of pay for that job. A fourth screen would be
13 your HR benefits for the job.
14        So it's each screen, so they print out their
15 information from each of their own legend screens, so
16 they run a report with all that information, so seven
17 pages might be one employee.
18     Q. While you're doing this, do you utilize a
19 PowerPoint or anything like that or are you just really
20 at the screen with them?
21     A. At the screen with them. I'm walking around
22 the classroom. That's why we need to have them set up
23 as a classroom form. If they don't have that, then we
24 have them provide maybe a white board, a white screen
25 so that I can project my laptop onto the screen and

Yamaguchi Obien Mangio, LLC Reporting & Video * www.yomreporting.com
520 Pike Street, Suite 1320, Seattle, WA 98101 * (206) 622-6875 * 1 (800) 831-6973

**EXHIBIT 20**

Page 44

1  Q. Anything else that you can recall from that
2  discussion? You said the difficulties of the prep.
3  Did you have any further discussion on what type of
4  challenges you would face in preparing for the
5  implementations?
6  A. No. No. No. No. Nothing like that.
7  Q. And once you got on the job, were there
8  challenges you faced in preparing for implementation?
9  A. Yes.
10 Q. Like what kind of challenges?
11 A. My boss not being available.
12 Q. Anything else?
13 A. That was good enough. I was the only
14 implement -- new implementation consultant, and my boss
15 was not available.
16 Q. So that's a challenge because you needed --
17 A. Information. She had been with the company
18 for 20-some odd years. She had been the only payroll
19 implementation consultant at one point in time. She
20 held a lot of information, and there were several
21 occasions where she said, I'm sorry, but you sure are
22 getting the short end of the stick, because she was too
23 busy to help out.
24 Q. So what did you decide to do? If your boss
25 isn't there to feed you the information that she has,

Page 45

1  what did you decide --
2  A. Continue to read and play with the system as I
3  was told.
4  Q. And when you say read --
5  A. That's the nice fat binder that they had for
6  us.
7  Q. So you read literature on the software?
8  A. Yes.
9  Q. And what do you mean when you say play with
10 the system?
11 A. We had a skeletal system that we had to
12 manipulate.
13 Q. And just so I can understand, a skeletal
14 system, this is the way I'm envisioning it. Tell me if
15 I'm flat wrong or if I'm close. It's something similar
16 to what a client would face without actual live data.
17 A. Right.
18 Q. So you go in and --
19 A. Just put in anything we want based on what it
20 is we've already done before. Because I've done
21 payroll before, I could basically look at the screens
22 and know what I need to put in, and you just play with
23 it.
24 Q. So you figure out ways within the skeletal
25 system to manipulate the data, to configure whatever it

Page 46

1  is so that when you go and sit down with the client you
2  can explain all that to them?
3  A. Exactly.
4  Q. I mean, so if you're sitting down there with
5  the skeletal system, you know, was there like a process
6  you followed or is it purely just I'm going to tinker
7  through and figure out everything I can on this system?
8  A. I'm going to tinker through and figure out
9  everything I can with this system.
10 Q. And in doing that, do you identify points
11 that, okay, this is a good shortcut or this is
12 something I want to make sure I train when I'm going
13 out on my next client?
14 A. Sometimes, yes.
15 Q. I mean, what other -- what do you do when
16 you're tinkering around --
17     MS. BAGLEY: Object to the form.
18 Q. (BY MS. PERLIONI) -- on the skeletal system?
19     MS. BAGLEY: Form.
20 A. Just think of -- you know, just like I said
21 before, there are different screens. First screen is
22 personal. Second screen may be the position itself.
23 Third screen may be the rate of pay. The fourth screen
24 may be benefits.
25     So basically you just kind of set up your own

Page 47

1  company and see if you can run a mock payroll, if you
2  can make it through the whole system, because their
3  strategy was that if you put yourself in the position
4  like the client, then you can kind of figure out the
5  questions that they're going to ask and be able to
6  answer the questions.
7      So we were kind of -- that's what we were put
8  into. You got a skeletal situation. Put in some
9  information. With the client, they have their data
10 from their legend system. We just had to come up with
11 stuff, so we could name our company whatever we wanted
12 to name it. We could put in anything and just play.
13 Q. (BY MS. PERLIONI) So you play around and you
14 identify in your own mind questions you have to help
15 you understand what types of issues and questions you
16 might get when you're out training their customer?
17 A. Yes.
18 Q. And would you log those or did you --
19 A. No. No.
20 Q. Just remembered them in your head?
21 A. Yeah. Basically, yeah. You would remember
22 little issues that might come up in the system from you
23 putting in a certain type of data, and then if it was
24 reduplicated when you did it for the client, then you
25 would relay that information if it's something that you

Yamaguchi Obien Mangio, LLC Reporting & Video * www.yomreporting.com
520 Pike Street, Suite 1320, Seattle, WA 98101 * (206) 622-6875 * 1 (800) 831-6973

**EXHIBIT 20**

EYVONNE WILTON; May 17, 2010

15 (Pages 48 to 51)

## Page 48

1  couldn't get past to the IT department, because the
2  system was a proprietary system for us, so we could
3  make it do anything we wanted it to do or what the
4  client wanted it to do.
5       So if, say -- when I was preparing for an
6  implementation, there's a questionnaire that is sent
7  out by the project manager to the project manager of
8  whichever client it's going to be that they had to fill
9  out, and it would be questions about what their payroll
10 does. You know, how many employees do you have? How
11 many are full time? How many are part time if you have
12 any part time?
13      How many -- because it was a municipality,
14 nine times out of ten they had steps or -- I don't even
15 know what to call them. I'm from a private industry.
16 I'm not from public. Like you would maybe be
17 classified 1 or classified 2, and that had different
18 types of parameters in terms of what those are to
19 designations.
20 Q. Like job grades?
21 A. Yes. That's it. So they would send us that
22 information, and we would have to figure out how to put
23 that in there so that the system would read it.
24      So it would come to the payroll implementation
25 consultant, but it would also go to our IT department

## Page 49

1  so they could figure out how they could make the
2  calculations work, and once they made it work, then
3  they would say we've loaded it onto your skeletal form
4  on your laptop. Put in that information and see if you
5  can get it to do what it's supposed to do. So we did
6  mock-ups before we got there.
7  Q. So you would actually do this before each
8  implementation?
9  A. Had to. We had to be at least sure that the
10 information -- or the software that we had sent them
11 was going to work, and basically they gave us the
12 information in terms of how the software was supposed
13 to be configured, but that went to IT first, so they
14 did all the configurations and stuff, and then it was
15 sent to us.
16      The information they sent out, like they may
17 have sent us three or four employees on different grade
18 levels, and then we would put the stuff in and see if
19 we could make the payroll run, so that way we would be
20 prepared when we're trying to teach them on how to do
21 it the same way. So we had to be prepared before we
22 got to them to prepare them on how to do their own
23 payroll.
24 Q. So from what I'm understanding, even the
25 package that you're encountering and how it's set up is

## Page 50

1  going to differ with each client?
2  A. Every one.
3  Q. So you've got to go in and learn this new
4  system and how to best train the people on this new
5  system before every single implementation?
6  A. Yes.
7       MS. BAGLEY: Object to the form.
8  Q. (BY MS. PERLIONI) Looking at it and going
9  through the skeletal system, do you then prepare, okay,
10 here's a PowerPoint or I think maybe I'm going to train
11 a little bit differently because of this being set up
12 this way?
13 A. No PowerPoints. Not necessarily train
14 differently but maybe put a little bit more focus on a
15 particularly difficult part to make sure that everybody
16 understood how that part worked, because if it was
17 difficult for me, then it surely is going to be
18 difficult for them, because for the most part, they
19 didn't have to probably enter in that information that
20 we were having them do, at least not from the ground
21 up, because that's basically what happened.
22      No. I take that back. It didn't really
23 happen that way. Some of the information was
24 downloaded to our IT, and then they uploaded it into
25 the new skeletal form, the new software, and then we

## Page 51

1  would go in with the client and check the information
2  to make sure it was correct.
3       There were some things that we had to maybe
4  reconfigure, say, that by us playing in the system it
5  didn't work, so we would call IT and say this didn't
6  happen. You have to fix it. Then they would figure
7  out whatever it is, reload it, saying that it has been
8  fixed, and then we would teach on that from that point
9  forward.
10 Q. So when you identified these more difficult
11 aspects of the skeletal system or this particular
12 system for this client, I mean, how would you -- do you
13 come up with a way to help them best understand it? Do
14 you come up with a way to walk them through? I mean,
15 what's your strategy on doing that?
16 A. Since we're there to teach them, we're always
17 walking them through, period. It maybe would not be
18 any different other than to explain to them that if you
19 come up -- if you have an error on this particular
20 thing, then you might need to call customer service.
21      You know, I might tell them that, you know, we
22 already have IT working on fixing this. They haven't
23 come up with a fix yet, but by the time we Go Live,
24 there should be a fix. So right now don't worry about
25 if you see an error on the screen. Do this to get past

Yamaguchi Obien Mangio, LLC Reporting & Video * www.yomreporting.com
520 Pike Street, Suite 1320, Seattle, WA 98101 * (206) 622-6875 * 1 (800) 831-6973

**EXHIBIT 20**

EYVONNE WILTON; May 17, 2010

16 (Pages 52 to 55)

Page 52

1  it and then keep going, that type of deal.
2      Q. And do you ever as you're sitting down with
3  the client reconfigure how it's set up to ways that
4  they prefer? Are there any preferences or options in
5  there?
6      A. No. If there's anything different that
7  they're changing based on what they've already given
8  us, then we would take those notes back and I would
9  give them to the project manager and she would send
10 those on to IT so IT could figure out how to fix that
11 issue.
12     Q. Is that only if there's a problem?
13     A. That's only if there's a problem. If there's
14 no problem, then nine times out of ten the information
15 that's already been uploaded works.
16     Q. When you're sitting down with the client, are
17 there different options within the software like
18 preferences that you can help them configure?
19     A. Different preferences. No, because they've
20 already done the questionnaire and the preferences have
21 already been set by IT, so those things have already
22 been done, because that would be a hard set into the
23 computer software.
24         That would be something that's
25 nonreconfigureable. Anything that had to do with for

Page 53

1  the most part figures, IT would set up the actual
2  parameters to make that calculation work.
3      Q. Maybe configure is not the right word, but
4  sitting down with your client, going through and
5  training them on how to maneuver through the system,
6  you know, are there -- would they say, hey, I want to
7  run this particular type of report or is there a way to
8  set it up so I can capture this information and run a
9  report on that or just different nuances that you can
10 help them not to use reconfigure but set preferences to
11 help them get reports they need and other things to be
12 able to do their job?
13     A. No. The system came with -- once again back
14 to the questionnaire. We had already asked them what
15 type of reports that were needed, so those reports were
16 configured within the system, and so all I would do is
17 show them where the reports were, and maybe you might
18 need to change a date to get the parameters that you
19 wanted, but that's about it, show them where that
20 report was, where you needed to change your date to get
21 the time frames that you wanted, and then they could
22 run the report and it would spit out what they needed.
23         If it was anything different than that, then
24 once again IT would actually have to have set that up
25 prior to, and if it was something that they wanted new,

Page 54

1  then that possibly might cost them more money, and that
2  would go to the project manager to get that okayed with
3  both project managers, because by that time the price
4  of the software has already been figured out, so if
5  it's something totally different than what they started
6  out with, then that might be something they'd have to
7  work up with the project manager on both ends, because
8  it might add to the cost of the software.
9      Q. What do you do during the actual -- I mean,
10 the Go Live? We've been working on the skeletal
11 software. We're going to Go Live. Can you walk me
12 through that process?
13     A. I sit there and I watch them run payroll, and
14 all I am is the backup if there's any issues. If
15 there's something that says there's an error on the
16 screen or what have you, then I notate what the error
17 code is, and then I call in to customer service so they
18 can tell me what the error code means and whether or
19 not I can fix it or whether or not IT will have to
20 ghost into the system and fix it.
21     Q. Were there errors that would pop up that you
22 would just know how to fix?
23     A. No. I was too green.
24     Q. So when you say -- well, what kind of errors
25 are you talking about?

Page 55

1      A. Maybe it didn't pull some information from a
2  report and it will -- instead of getting the
3  information you wanted, it will show you an error code
4  saying no data available or something like that, and
5  you know for sure that there is that type of data but
6  it's not pulling it.
7          Then that means it wasn't configured somewhere
8  when the IT people did their configuration for the
9  actual report. It's a report writer system, so they
10 would have to go back in and fix where they missed
11 something.
12     Q. Because you were as you put it too green, you
13 were not --
14     A. Well, because that's a hard coding. That's
15 something -- we didn't do any hard coding. IT did
16 that. All we did was go in and show them how to run
17 the software and that's it.
18     Q. Right. But I understood you to say that
19 because you were too green you didn't know how to fix
20 certain error codes.
21     A. I didn't know what the error code meant, and
22 if I had maybe been there longer and seen the error
23 code before, I could say, okay, I know what to do. We
24 can work around it. They always talked about
25 workarounds. I didn't know about any of the

Yamaguchi Obien Mangio, LLC Reporting & Video * www.yomreporting.com
520 Pike Street, Suite 1320, Seattle, WA 98101 * (206) 622-6875 * 1 (800) 831-6973

**EXHIBIT 20**

EYVONNE WILTON; May 17, 2010

19 (Pages 64 to 67)

## Page 64

 1  and say everything wasn't done that we needed to have
 2  done. This may compromise when you Go Live. If that
 3  compromises when you Go Live, then that compromises the
 4  price.
 5      Q. And they make that recommendation or have that
 6  discussion with the client based on what you're telling
 7  them you're observing in your working directly with the
 8  employees?
 9      A. Exactly, yeah.
10      Q. So what else is going back to -- you talked
11  about going live. You watch them. You shadow them.
12  What else does Go Live entail?
13      A. I'm just there to basically baby-sit once it's
14  a Go Live. I don't really do anything but sit there
15  and watch them go through processing the payroll,
16  because by that time, we have already done a mock
17  payroll, and so now that they're doing a Go Live
18  payroll, it's time for them to do the driving, and I'm
19  just sitting there in case there's an IT problem,
20  because I have the end line to IT.
21      I have someone that's supposedly on my team
22  that I can call specifically for that project that has
23  put in all the information and did the configuration,
24  so that would be my person that I would go to and say
25  -- if there's something that's really impeding the

## Page 65

 1  payroll going forward, that's who I call and say, okay,
 2  this is what I'm experiencing. Can you ghost in and
 3  see what's going on and fix that problem?
 4      Q. And how do you determine something's really
 5  impeding the payroll process?
 6      A. Probably by errors on the system itself,
 7  because like I said, each configuration is based on
 8  what the client has already told us that their previous
 9  legend payroll does, and that's what we're trying to
10  either duplicate or if the system is not necessarily
11  one that's a bad system but basically only holds a
12  certain amount of employees and you've outgrown it, so
13  basically our system is going to do the same thing that
14  your old system did, but it will hold more data.
15      So sometimes I guess there are glitches based
16  on however the IT has configured what the legendary
17  system did, because they get a copy of the legend
18  system, and they set up the new EDEN system according
19  to what those specifications and ramifications are.
20      Q. So you can identify some of those and Go Live
21  because you also have read and gone through what the
22  customer had and what the customer described?
23      A. Right. Exactly.
24      Q. And I guess tell me if I'm wrong. What I'm
25  envisioning is if during this process beginning to end

## Page 66

 1  you've done your job and trained them and helped them
 2  get to where they need to be, then Go Live, you really
 3  should be able to sit back --
 4      A. And do nothing, just sit there and watch them
 5  the whole day. I'm just basically walking up and down
 6  and seeing, you know, if they're doing everything
 7  they're supposed to do and there's no questions,
 8  there's no IT issues, there's nothing, and hopefully
 9  it's just an easy day of sitting there basically
10  chit-chatting with them while they do their job.
11      Q. Putting aside IT issues, how often is it an
12  easy day?
13      A. Rarely.
14      Q. Why is that? What kind of things do you
15  encounter?
16      A. Well, it depends on the configuration, I
17  guess, of the system, how large the system is. There
18  might be an issue with a configuration of their
19  overtime, and we could see that because there's a
20  report that is run before we actually print out the
21  checks, and so you can actually see what the person's
22  check is going to be, so you can look at, you know, you
23  put in 80 hours, you put in, you know, 2 hours worth of
24  overtime, this should figure out to this, this, or
25  this.

## Page 67

 1      So we basically have done some -- we pick
 2  several different employees out of different
 3  departments to kind of look at and pull out so that
 4  before we actually do the final printing of the
 5  paychecks we have something to look at and say, okay,
 6  everything is calculating the way it should be
 7  calculating.
 8      Q. So I'm envisioning you've got some
 9  spot-checking and sort of checks and balances along the
10  way to ultimately determine if things appear to be
11  working the way they should?
12      A. Yes.
13      Q. And how do you decide the best way to
14  spot-check?
15      A. Your years of experience. Just because I've
16  did payroll before, you always want to do a spot-check
17  of your payroll before you do the final transmission of
18  the payroll because of human error. You know, you
19  might have wanted to put in 2 hours and you put in 20.
20  You might have wanted to put in, you know, .5 and you
21  put in 50. You didn't put the point in.
22      So you're just checking your own data entry to
23  make sure that the information that you put in is
24  accurate to what the documents that you have, you know,
25  state they are.

Yamaguchi Obien Mangio, LLC Reporting & Video * www.yomreporting.com
520 Pike Street, Suite 1320, Seattle, WA 98101 * (206) 622-6875 * 1 (800) 831-6973

**EXHIBIT 20**

EYVONNE WILTON; May 17, 2010

20 (Pages 68 to 71)

### Page 68

1   Q. Are there some red flags that you look for?
2   A. Well, yeah. You know, if you have one
3   department that's only had three people and no one had
4   overtime and you have, you know, 50 hours of overtime,
5   there you go.
6       So basically when you're processing payroll,
7   so if you have different departments, you run a tape on
8   the departmental totals in terms of hours that are in
9   that department, so, you know, if you have two people,
10  both of them work 80 hours, it's 160 hours, so that's
11  your -- you know, that's your tape for that particular
12  department and so on and so forth for the rest of the
13  departments.
14      When you are doing your actual payroll, before
15  you do the final printing of the checks, you run the
16  reports and you check your time sheets according to
17  what you have already run the tapes on to what the
18  system has now totaled up in each department, and you
19  want to make sure that those hours total up.
20      If they do not total up, then you go back in
21  and you find out where it is that you have put in the
22  wrong hours, you know, hit the wrong key or whatever,
23  and then you fix that, and you rerun the report again,
24  check it against your totals, and if it's okay, then
25  you keep going until you have actually reviewed every

### Page 69

1   department and all the totals that you have, and then
2   you process your paychecks.
3   Q. So you're spot-checking by department?
4   A. Yes, you are.
5   Q. And so what else are you doing as part of this
6   Go Live process?
7   A. The whole point is to make sure that the
8   individual knows what all the processes are and that
9   they can run them from beginning to end, and once the
10  end -- of course, the success is running the paychecks
11  and being able to generate a GL that feeds into the
12  accounting department.
13  Q. And how do you know if your Go Live has been
14  successful?
15  A. Checks print. If they don't print, it's not
16  successful.
17  Q. Is that something you go and you look at and
18  see if it's all working the way that you expect it to
19  work?
20  A. They print right in front of us. They
21  normally have a printer that is set up with the whole
22  nine yards and they print in front of us.
23  Q. How do you know whether or not it's
24  transferred to the GL account?
25  A. There's a report that goes to accounting. You

### Page 70

1   go and ask them did you receive your report, because it
2   goes directly to the person it's supposed to go to, and
3   they'll tell you yes or no.
4   Q. So what do you do after that? You've now had
5   a successful Go Live. What's your next role in the
6   process?
7   A. Pack up my stuff, sit down, write up my report
8   for the week, or if there were any issues, I write down
9   what the issues are, call in to my project manager and
10  tell her this is where we are.
11      You know, if she's had any conversations with
12  the project manager on-site, you know, if there's
13  anything special they want us to do, we check with
14  that. If there's nothing else, then we go.
15  Q. Do you ever in working with the clients and
16  employees decide, okay, you know what? I'm going to
17  make a little flow chart for them or I'm going to make
18  up some written instructions. I think they may need
19  something to refer back to on this task or that task.
20  A. No, because I generally -- when I was doing
21  it, if they had some issues that I could see that they
22  were struggling with in terms of remembering what to
23  do, I would instruct them make yourself a little note
24  on this, after I do this, remember to do this, because
25  we also gave them a little booklet so they can write in

### Page 71

1   their booklet, and the booklets they got to keep.
2       So if they were having particular issues with
3   remembering because in their old system they didn't
4   have to do this but now they have to do this, write in
5   your book, because for the first two or three payrolls,
6   they're going to be referring back to that book, so I
7   encouraged them to make sure notes in that book so they
8   would always have that for themselves, because I found
9   it was easier if they made their own notes in their own
10  handwriting than if I did it.
11      If I did it, it would be more stuff that the
12  teacher is giving them and that they would put away
13  someplace else other than putting it in the book where
14  they needed it. So if they made the note, then once
15  they're flipping through trying to find how to do this
16  process to get to this process, they would find their
17  own note saying remember to do this, this, this.
18  Q. So you found that a more effective way of
19  training them?
20  A. Very much so.
21  Q. So you mentioned that you would write a
22  report.
23  A. Uh-huh.
24  Q. You would identify any issues that arose.
25  A. (Nodding head).

Yamaguchi Obien Mangio, LLC Reporting & Video * www.yomreporting.com
520 Pike Street, Suite 1320, Seattle, WA 98101 * (206) 622-6875 * 1 (800) 831-6973

**EXHIBIT 20**

EYVONNE WILTON; May 17, 2010

21 (Pages 72 to 75)

### Page 72

1   Q. And then what about follow-up after they had
2   gone live?
3   A. They were given our telephone numbers, our
4   Blackberries, so if there was anything that they
5   needed, they could call us within the first one or two
6   payrolls.
7       In terms of me following up, I didn't have to
8   do the follow-up. That was -- project managers
9   normally follow-up unless there was something that me
10  and the payroll manager had specifically talked about
11  that she might need some help on.
12      Then they would normally just call me for like
13  emergencies, but we were instructed to tell them to
14  call customer service, because we had a customer
15  service department that was set up specifically for
16  clients to call in with issues.
17  Q. So after Go Live, you would respond to
18  emergencies --
19  A. Emergencies.
20  Q. -- or you said, you know, maybe the first one
21  to two payrolls you would be available?
22  A. Right. I would be available. If I'm not
23  on-site with something else with another company, then
24  I could be available to talk to them and walk them
25  through, but if I was on-site, then I would have to

### Page 73

1   tell them you have to call customer service or I
2   wouldn't even answer my phone because I'm already
3   teaching someplace else.
4   Q. And did you have that discretion to decide not
5   to answer the phone and --
6   A. Always. We weren't supposed to answer the
7   phone. If we're teaching someplace else, we're not
8   supposed to answer the phone unless, say, there was a
9   time that I was with the IT person. Our project
10  manager called, but neither one of us answered our
11  phones, so they called the project manager and said we
12  need you to call into the office, so we took a small
13  break and then we called in.
14      So other than that, we're not supposed to be
15  reachable unless we're just not with a client. Then if
16  we're sitting in the office, we can always talk to
17  them.
18  Q. But after one to two payrolls, then --
19  A. Customer service.
20  Q. -- that was cut off?
21  A. Customer service.
22  Q. By that you mean they had to go to customer
23  service?
24  A. They had to go to customer service, because
25  nine times out of ten we were probably with another

### Page 74

1   client anyway.
2   Q. Why don't we take a quick break if that's
3   okay.
4   A. That's fine.
5       (Recess taken.)
6   Q. (BY MS. PERLIONI) We're back on the record.
7   A. Okay.
8   Q. Ms. Wilton, you understand that you're still
9   under oath?
10  A. Yes.
11  Q. I'm going to hand you a document that I have
12  marked Wilton Deposition Exhibit Number 3.
13      (Deposition Exhibit 3 was marked for
14       identification.)
15  Q. (BY MS. PERLIONI) If you will take a look at
16  that document and tell me if you recognize it.
17  A. My glasses again.
18  Q. Yeah. You might want to keep them over here,
19  because there may be a few additional exhibits.
20  A. (Reviewing). Yes. I do recognize.
21  Q. Can you for the record explain what Deposition
22  Exhibit 3 is?
23  A. This is my offer letter of employment.
24  Q. And if you look at the bottom, it says
25  signature. Is that your signature?

### Page 75

1   A. Yes, it is.
2   Q. And you signed and dated this offer letter as
3   of March 12, 2006?
4   A. Yes, I did.
5   Q. I want to go back. This is my fault. We got
6   sidetracked, and we were going through the individuals
7   that you interviewed with when you were applying for
8   the implementation consultant position, and we went
9   through, and I believe that you've told me everything
10  about your discussions with Connie Shaw, Lyn Spens, and
11  the incumbent employee. Is that correct?
12  A. Yes.
13  Q. You also mentioned speaking with Bruce
14  Volkens.
15  A. Yes.
16  Q. Can you tell me what you recall of your
17  conversation with Mr. Volkens?
18  A. That he was funny; that he only asked maybe a
19  handful of questions and he said, okay, that's good for
20  me.
21  Q. What type of questions did he ask you?
22  A. How long had I been doing payroll? Why would
23  I want a position with Tyler or that particular
24  position? I think he kind of asked what was my
25  hobbies?

Yamaguchi Obien Mangio, LLC Reporting & Video * www.yomreporting.com
520 Pike Street, Suite 1320, Seattle, WA 98101 * (206) 622-6875 * 1 (800) 831-6973

**EXHIBIT 20**

EYVONNE WILTON; May 17, 2010

37 (Pages 136 to 139)

Page 136

1   Q. Were you ever provided a copy of the
2   electronic timekeeping system, a weekly copy of what
3   you would submit?
4   A. No.
5   Q. Did you ever see what happened to your time
6   once you submitted it into the timekeeping system?
7   A. No.
8   Q. Who was your supervisor?
9   A. Lyn Spens.
10  Q. And was Ms. Spens aware of the fact that you
11  were working more than 40 hours per week some weeks
12  during the time you worked for Tyler Technologies?
13  A. Yes.
14      MS. PERLIONI: Wait. Objection; form.
15  You got to let me get my objection here.
16  A. Yes. We had to let our managers know if we
17  worked more hours than what, I guess, were scheduled in
18  terms of the course of a day, because that affected the
19  contract with the client as I was told.
20  Q. (BY MS. BAGLEY) And you've told us a little
21  bit about the amount of time that you worked past 5:00,
22  but we don't really have on the record an estimated
23  amount of overtime you believed you worked on average
24  during the time you worked for Tyler Technologies doing
25  implementations.

Page 137

1       MS. PERLIONI: I'm going to object to
2   the form.
3       MS. BAGLEY: Me too. Strike that,
4   actually.
5       MS. PERLIONI: I love that.
6   Q. (BY MS. BAGLEY) If we are unable to obtain the
7   notes that you provided to Tyler Technologies to
8   determine the hours you worked, can you tell the court
9   as best you can how many hours you believe you worked a
10  week when you were doing implementation work for Tyler
11  on an average?
12      MS. PERLIONI: Objection; form.
13  A. I don't know about an average, but I'd say it
14  would take at least 2 hours in the evening after
15  finishing with a client, so if I started Monday, after
16  I finished on Monday, I would do my workup for the next
17  day, which took about 2 hours to do, so that I could be
18  prepared for the next day's class, so that would be
19  about 8 to 10 hours maybe.
20      Probably my biggest one would have been the
21  Bell Gardens where it had to be at least a good 15
22  hours that I had overtime.
23  Q. (BY MS. BAGLEY) And defense counsel provided
24  you what was marked as Exhibit 4 to your deposition,
25  which appears to be a job description for the EDEN

Page 138

1   division for implementation consultant. I wanted to go
2   over a few things in that job description.
3   A. Let me find it.
4       MS. PERLIONI: It's Deposition
5   Exhibit 4.
6       THE WITNESS: Yeah. But I don't have
7   them in order.
8   A. Found it.
9   Q. (BY MS. BAGLEY) Under responsibilities, the
10  second bullet point down, it states, "Utilize site fit
11  documentation and questionnaires to perform analysis of
12  client data, process flow and system information
13  needs."
14      Can you explain to me what you understand that
15  to be?
16  A. Well, the site fit documentation is the
17  questionnaire that they send out to the site so that
18  they can tell us how their payroll is processed, what
19  form of FLSA laws they use, what their PTO or sick time
20  or vacation time is configured, so it's basically
21  information that we derive from the client. They tell
22  us how they do their payroll.
23  Q. And did you perform an analysis of client data
24  using those documents?
25      MS. PERLIONI: Objection; form.

Page 139

1   A. We didn't necessarily analyze the data but
2   went over the data to understand how we could process
3   it and put it into the system. The stuff was
4   straightforward basically.
5       So all we basically did was they sent us the
6   questionnaire stating that this is -- you know, our
7   payroll is biweekly, semi-monthly. We have vacation
8   time, sick time, or we have PTO time, which is all
9   inclusive.
10      We start our payroll process in terms of when
11  we require our employees to have their documentation
12  into us, so they gave us their time flow. They gave us
13  how their legend system worked or how they perceived it
14  to work, and that's basically it. So that information
15  we took. We took that information and that way I knew
16  what I was going into when I was scheduled to go there.
17      So with that information, Lyn and I would sit
18  down and say they're on semi-monthly. I can't send you
19  on this week, so we have to send you on this week,
20  because they would try to send you on a nonpayroll
21  processing week.
22      So we didn't necessarily analyze data as well
23  as we just analyzed -- or we just figured out when it
24  was a good time for us to go and what type of payroll
25  process they actually had since each individual client

**EXHIBIT 20**

EYVONNE WILTON; May 17, 2010

38 (Pages 140 to 143)

## Page 140

1  was on a different schedule and had different types of
2  information that needed to be put into the system.
3  Q. (BY MS. BAGLEY) Now, the bullet point right
4  below that says, "Thoroughly identify and document
5  client requirements to level of detail required to
6  design and configure an operational component of EDEN
7  software products."
8      Did you ever design and configure an
9  operational component of EDEN software products?
10 A. It sounds good, but no. IT designed and
11 configured components for the EDEN software. Since it
12 was a proprietary software, any time something that was
13 a little unique that needed to be done that had not
14 been done with the software before, then IT would
15 figure out a way to get it accomplished or do a
16 workaround as they would say so they would figure out
17 -- although they may not be able to do it directly,
18 they would figure out an indirect way to get it done.
19 Q. And under communicate and work as a team, that
20 first bullet point under that, "Act as liaison between
21 client and company's technical staff, including
22 conveying complex or technical information so that
23 nontechnical individuals can understand," do you know
24 what this sentence means?
25 A. No. I can only derive that --

## Page 141

1  Q. Let me ask it this way.
2  A. Okay. No.
3  Q. What information would you convey from the
4  client to the company's technical staff?
5      MS. PERLIONI: Objection; form.
6  A. Only thing that we would give -- and I would
7  think that our technical staff would be our IT
8  department -- is if we had any error messages that came
9  up that we couldn't personally clear, and then we would
10 call into them and they would clear them for us. They
11 would ghost into the system and clear it.
12     If we couldn't find anyone that could ghost
13 into the system at the time, we would have to take a
14 snapshot of the screen and fax it to our customer
15 service, and then they would find someone that could
16 figure it out for us.
17 Q. (BY MS. BAGLEY) Now, the next bullet point
18 says, "Notify project manager and appropriate
19 organization of the issues or unplanned events that
20 could impact the effectiveness of the implementation,
21 including installation problems or software defects."
22     Can you explain how or -- if you did that and
23 give us an example of what it would involve?
24     MS. PERLIONI: Objection; form.
25 A. Well, we didn't actually install anything. I

## Page 142

1  guess the installation problems would be any software
2  errors that we got. That would be considered a defect,
3  but we didn't install installation problems.
4      I guess that would be from what IT had done,
5  and if we found that for some reason we had an impasse
6  and couldn't get past something, then once again, IT
7  would have to ghost into the system.
8  Q. (BY MS. BAGLEY) How would you know there was a
9  software defect?
10 A. If we couldn't -- if you couldn't escape out
11 of it to get the error message off, it was considered a
12 software defect.
13 Q. And the next bullet point says, "Software
14 modifications that are necessary or required by the
15 client."
16     Did you make any determinations of what
17 software modifications needed to be made?
18 A. No. We only told them of issues that we had.
19 If, say, like you were an employee, you're working with
20 the company, you get one week's vacation or two weeks'
21 vacation, you're supposed to earn 6.67 hours per pay
22 period in order to get you to your two weeks, so if we
23 ran, say, a report and it showed that this person still
24 was not accruing correctly, then we would send that to
25 IT and tell them our calculation somehow was not doing

## Page 143

1  what it's supposed to do.
2  Q. And that was based on what the client had
3  requested; is that correct?
4  A. Right. Right.
5  Q. On the next page, the first line, "Prepare
6  appropriate training materials as new products are
7  developed or new processing procedures evolved," did
8  you ever prepare training materials?
9  A. No.
10 Q. Under pursue diversity in functional and
11 technical specialization, the second bullet point under
12 there states, "Becoming competent in other disciplines
13 such as generic business process review, project
14 management, web application, deployment, or crystal
15 report writer expertise."
16     Did you do any of that?
17 A. No. I did do crystal reports in terms of the
18 canned reports that were for payroll and HR, but I
19 didn't do anything other than that.
20 Q. The next sentence down, "Participate in the
21 annual users conference and facilitate user group
22 discussion on assigned module topic," did you ever
23 attend a user conference?
24 A. No.
25 Q. Did you ever facilitate a user group

**EXHIBIT 20**