DAVID HAYNER; May 19, 2010

Page 1

```
                IN THE UNITED STATES DISTRICT COURT
                 FOR THE EASTERN DISTRICT OF TEXAS
                          MARSHALL DIVISION


PATTY BEALL, MATTHEW MAXWELL,    )
TALINA McELHANY and KELLY        )
HAMPTON, individually and on     )
behalf of all other similarly    )
situated,                        )  2:08-cv-422 TJW
                                 )
        Plaintiff(s),            )
                                 )
vs.                              )
                                 )
TYLER TECHNOLOGIES, INC., and    )
EDP ENTERPRISES, INC.,           )
                                 )
        Defendant(s).            )


              DEPOSITION UPON ORAL EXAMINATION OF
                          DAVID HAYNER


                           2:05 P.M.

                         MAY 19, 2010

                  520 PIKE STREET, 12TH FLOOR

                      SEATTLE, WASHINGTON







REPORTED BY:  MARY L. GREEN, CCR 2981
```

Yamaguchi Obien Mangio, LLC Reporting & Video * www.yomreporting.com
520 Pike Street, Suite 1320, Seattle, WA 98101 * (206) 622-6875 * 1 (800) 831-6973

**EXHIBIT 21**

DAVID HAYNER; May 19, 2010

Page 2

1                   A P P E A R A N C E S

2    FOR THE PLAINTIFF(S):

3         LAUREEN F. BAGLEY
          Sloan, Bagley, Hatcher & Perry
4         101 E. Whaley Street
          Longview, TX 75601
5         903.757.7000
          lbagley@textrialfirm.com
6
     FOR THE DEFENDANT(S):
7
          ELLEN L. PERLIONI
8         Morgan Lewis
          1717 Main Street, Suite 3200
9         Dallas, TX 75201
          214.466.4142
10        ellen.perlioni@morganlewis.com

11   ALSO PRESENT:   LYNN MOORE, Tyler Technologies

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Yamaguchi Obien Mangio, LLC Reporting & Video * www.yomreporting.com
520 Pike Street, Suite 1320, Seattle, WA 98101 * (206) 622-6875 * 1 (800) 831-6973

**EXHIBIT 21**

DAVID HAYNER; May 19, 2010

Page 3

```
 1                          I N D E X

 2

 3    EXAMINATION BY:                                    PAGE(S)

 4

 5    MS. PERLIONI                                          4

 6    MS. BAGLEY                                           95

 7

 8

 9    EXHIBITS FOR IDENTIFICATION                         PAGE

10

11      1     Resume                                       10

12      2     Employment Application                       12

13      3     February 9, 2005, letter to David Hayner     19
14            from Connie Shaw

15      4     Salary increase letters                      21

16      5     Performance Review from February 1, 2005,    23
17            to January 31, 2006

18      6     Performance Evaluation Form for 6-1-09 to    77
19            9-25-09

20      7     October 14, 2009, memo to Dav Hayner from    77
21            Carole Agard

22      8     March 12, 2009, e-mail to Dawn Mitchell      90
23            from Bruce Volkens

24

25
```

Yamaguchi Obien Mangio, LLC Reporting & Video * www.yomreporting.com
520 Pike Street, Suite 1320, Seattle, WA 98101 * (206) 622-6875 * 1 (800) 831-6973

**EXHIBIT 21**

DAVID HAYNER; May 19, 2010

## Page 28

1  contacting Jeff in situations. What are you referring
2  to there or what is that describing?
3      A. It's describing an instance where perhaps I
4  wasn't able to demonstrate something that a client
5  wanted to see from our software.
6         Quite often our normal process is to call our
7  support team and figure out the solution so that we can
8  then demonstrate the desired quality or desired
9  functionality for the client, and in certain cases, if
10 the team was unavailable, I would call Jeff.
11        My goal at this point in time was to become
12 better with our software so that I would call Jeff even
13 less.
14     Q. So as you become more knowledgeable on the
15 software itself, less and less you have to call in --
16     A. I have to rely on Jeff's knowledge to be able
17 to satisfy the client's needs.
18     Q. Can you walk me through -- so let's take an
19 implementation from start to finish. So if a -- see,
20 I'm a customer, and I have purchased for the first time
21 Tyler's software. Take me from that point through the
22 Go Live process and explain your involvement in that if
23 you will as the implementation consultant.
24     A. Well, let's take the simplest piece of
25 software in terms of implementation that I work with,

## Page 29

1  and that's GASB 34. The reason that's the simplest is
2  because it's a stand-alone module. It's not integrated
3  with Tyler or with EDEN software.
4      Q. Actually, that's a good question, a good
5  point. Before we move on, so the GASB 34, it's a
6  stand-alone module?
7      A. Correct.
8      Q. And you said it's the simplest, and what makes
9  it -- is it just the fact that it's a stand-alone or
10 are there other variables that make it --
11     A. Partially because it's stand-alone, partially
12 because it's a very direct module.
13     Q. What do you mean by that?
14     A. Implementing purchasing and accounts payable,
15 for example, the two modules, while individual modules,
16 rely heavily to feed information back and forth to each
17 other.
18        GASB takes an export from EDEN and then it
19 works all by itself, so it's very straightforward. It
20 doesn't have a lot of interaction with the other
21 modules. It's a very simple one for demonstrating what
22 I do.
23     Q. What makes it more difficult when you have
24 these modules like purchasing and accounts payable that
25 feed back and forth?

## Page 30

1      A. You have to understand the interlink, the
2  interconnections. It just means that you have to be
3  much more aware of how the software operates in an
4  integrated fashion as opposed to GASB 34 does its own
5  thing and you don't have to worry about affecting
6  something else.
7      Q. And how does that impact your implementation?
8  If they were related, does that mean you have to
9  actually train on purchasing and accounts payable at
10 the same time or would the modules be rolled out at
11 different times? How does that work?
12     A. Generally when you're dealing with an
13 implementation, an initial implementation, general
14 ledger, accounts payable, and purchasing are all done
15 together, and the reason for that is because they're
16 interrelated and they have to be done in a single
17 sequence.
18        Unless you have a general ledger, it makes no
19 sense to have purchasing, because there's no place to
20 summarize your purchasing capabilities. Without
21 purchasing, you can do accounts payable, but you're not
22 creating accounts payable because you have no
23 purchasing to create the accounts payable, so they're
24 interrelated.
25        GASB again takes a feed from EDEN one time and

## Page 31

1  then it stands alone. It doesn't feed to anywhere or
2  doesn't interrelate with anything. It's simply a piece
3  of software just like using Excel.
4      Q. So if the GL, the AP, and the purchasing
5  modules are done together, is there an implementer for
6  each different module or would you as the
7  implementation consultant be doing training and
8  implementing all three?
9      A. Yes to both.
10     Q. Can you explain?
11     A. It can be done either way. It just depends
12 upon scheduling. The person who does the general
13 ledger doesn't have to be the person who does the
14 purchasing. The person who does purchasing doesn't
15 have to be the one who does the accounts payable.
16        But you have to be an individual who is aware
17 of that connection and the flow of information from one
18 to the other. Anybody can do any of the pieces. You
19 just have to be aware of all of them.
20     Q. But you say done together in sequence. Does
21 that mean that you'll do one, then the other module and
22 then the next module? It's not a combined
23 implementation and training of all three at the same
24 time?
25     A. Generally not, yeah.

Yamaguchi Obien Mangio, LLC Reporting & Video * www.yomreporting.com
520 Pike Street, Suite 1320, Seattle, WA 98101 * (206) 622-6875 * 1 (800) 831-6973

**EXHIBIT 21**

DAVID HAYNER; May 19, 2010

11 (Pages 32 to 35)

### Page 32

1  Q. So we can go back to you were telling me --
2  you were going to walk me through the implementation.
3  A. The implementation process, the start of an
4  implementation process is when I'm informed that I'm
5  going to a certain client for in this example GASB 34,
6  and at that point in time for GASB 34, I would develop
7  an agenda. It's a canned agenda. I'm simply filling
8  it out for the dates of the trip as it would apply to
9  that specific client.
10  Then generally with GASB 34, there is a phone
11  call where I talk to the client before I go out simply
12  because GASB has a lot of requirements. We need to
13  make sure that when the timing is going to be that
14  those requirements will be fulfilled so we understand
15  when -- we want to make sure that when we're going out
16  is a good time for the client, a good time to be doing
17  this piece of software, so I generally have about an
18  hour long conversation with them before I go out.
19  Q. Would you have that same kind of conversation
20  if you were going to implement GL, AP, or purchasing?
21  A. No.
22  Q. Would you have any advance conversation with
23  the client for --
24  A. Most likely not.
25  Q. So this call with the client --

### Page 33

1  A. Is specialized to GASB because of its nature.
2  GASB reporting has to be done in a certain period of
3  time, and you want to make sure that you're not coming
4  a month before they've got the data, because then you
5  have no reason to be there.
6  You also want to make sure that you're not
7  coming six months early, because they'll forget how to
8  use it before they need it. That's what the call is
9  primarily to discover for that.
10  Q. So what happens next in the process?
11  A. Then after I've sent them the agenda, I show
12  up with GASB. Its functionality -- I never touch a
13  computer with a client for the most part. Any computer
14  on which GASB has been installed, the client is the one
15  who is always sitting at the computer and driving,
16  because people learn better by doing than just by
17  hearing me talk about it and showing them.
18  Q. Is that your style? Do you know whether other
19  implementers do the same thing or have different
20  strategies?
21  A. I know that everybody has their own style. My
22  style is I never touch the computer just because,
23  again, I believe people learn better by doing it than
24  by my talking about it. So I would sit down.
25  With GASB 34, you have to basically input the

### Page 34

1  labels for the accounts, so what the asset accounts
2  are, things like cash and fixed assets and accounts
3  payable, so there's a great deal of labeling that's
4  done, and I walk the client through basically showing
5  them, okay, here's where you do it and here's how you
6  do it. Now what labels do you want to create? I show
7  them how to create those labels.
8  Q. When you say what labels, does that mean the
9  type of accounts may differ amongst clients? They may
10  want different variables?
11  A. One may have cash on their financial
12  statements. One may have cash investments. One may
13  have a separate label for cash and another one for
14  investment. So it's simply finding out what their
15  financial statements have on them and showing them
16  where they can input those and then teaching them how
17  they can input those.
18  Q. I notice that you have an accounting
19  background and I believe are a CPA, correct?
20  A. I was a CPA. I have been certified in the
21  past.
22  Q. And does that knowledge and experience that
23  you have assist you in being able to work with the
24  client to help them set up these accounts within their
25  software?

### Page 35

1  A. It definitely helps me with knowing whether or
2  not the way that we're going to be using the software
3  will work for them, yes, and whether or not what
4  they're asking to input is an asset versus a liability.
5  Q. How does that make a difference?
6  A. Because you enter them in different pieces of
7  the software, so I wouldn't obviously want to direct
8  them to input a liability into the revenue section of
9  the software.
10  Q. I'm sorry. Thank you. Go ahead. Continue.
11  You were talking about then sitting down with the
12  customer, them driving, and you're going through and
13  helping them input the labels and explaining how to do
14  that.
15  A. Correct. Once I've input the labels, then
16  basically there's a piece of the software that matches
17  the labels with their actual GL accounts, and so I
18  demonstrate how they do those, and then for the most
19  part the rest of that trip is them sitting there and
20  matching the labels with their accounts and my
21  demonstrating how they would use the software to
22  reconcile what they've input to their previous year's
23  financial statements so that they can match the totals
24  coming out of GASB with what's in their software or
25  what's in their financial statements.

Yamaguchi Obien Mangio, LLC Reporting & Video * www.yomreporting.com
520 Pike Street, Suite 1320, Seattle, WA 98101 * (206) 622-6875 * 1 (800) 831-6973

**EXHIBIT 21**

DAVID HAYNER; May 19, 2010

14 (Pages 44 to 47)

## Page 44

1   three to five. What about purchasing?
2       A. Three to five. Depends on the client and how
3   adept they are and how large they are and how many
4   people they have, so there are so many variables to
5   include. It just depends on the client.
6       Q. Let's talk about some of those variables.
7   Let's first talk about the client, and you mentioned
8   how adept they are, so how do you as you're training --
9   I mean, obviously you've got to get your end users to
10  understand the product.
11      A. Uh-huh.
12      Q. And you said your strategy is putting them at
13  the computer because you think they learn better by
14  doing.
15      A. I think they learn better faster.
16      Q. And if someone's not -- at least you think
17  someone's not getting it, what do you do? What are
18  your different strategies?
19      A. It depends upon the situation. I mean, I
20  generally try and pick one of the more computer savvy
21  individuals as we are having our initial discussions.
22  I try to find somebody who would be one of the better
23  ones to drive at least to start so that I'm not having
24  to constantly retrain.
25          So my goal is to get the majority of the staff

## Page 45

1   there capable. My goal isn't to get every single
2   individual. It varies upon the client, but most
3   clients I'm usually training three to five people, and
4   so usually one to two are really good and one to two
5   are capable and somebody back there just forgot that
6   they were supposed to be in class.
7       Q. What techniques do you use to try to figure
8   out amongst your class who is going to fit within
9   those?
10      A. I start off. I rotate everybody through the
11  computer on the first day, so they each get it an hour
12  or so to drive.
13      Q. Oh, okay. So I didn't understand that. So
14  they're not all at a computer. There's one computer?
15      A. It depends on the class. Sometimes they can
16  each have their own computer, but there's always one
17  that's hooked to a projector, and that's what I mean by
18  driving. Somebody who is at the computer with the
19  projector attached to it is the one who is rotating
20  through.
21      Q. And is that how -- do you know if other
22  implementers do it that way?
23      A. No idea.
24      Q. No idea?
25      A. Yeah. I've gone out with a couple of

## Page 46

1   implementers, but, yeah, most of us use a hands-on
2   technique of some sort, but I tend to -- like I said, I
3   do a hundred percent hands-on.
4       Q. Do you ever use PowerPoints?
5       A. Haven't yet.
6       Q. I mean, do you stand up and do any like
7   lecture or, you know, anything like that or is it
8   really the entire time is sit down together at the
9   computers?
10      A. No. We have times when I do theories trying
11  to figure out, okay, for example, on budgeting, how do
12  you budget, and I try and diagram it on the board to
13  make sure I understand what their process is.
14          Sometimes I'm trying to say these are the ways
15  you can use our software. Okay. Pick one of these
16  ways that you think best fits your process and let's
17  see if we can work this out so that you can use our
18  software to do what you want to accomplish.
19          I mean, it's not a hundred percent driving,
20  but as you see, I tend to use my hands a lot. It's
21  true in the classroom, except I use a pen and a
22  whiteboard or a pen and a flip chart.
23      Q. And flip chart meaning like --
24      A. Like paper and ink to draw it out.
25      Q. And as you're going through and having this

## Page 47

1   interaction with the client and diagramming whether
2   it's their budget or whatever process, are you
3   describing to them, you know, pros and cons of
4   different options within the software?
5       A. Yes and no. It depends. Sometimes I'm just
6   simply delineating this is the options that you have.
7   You can do it this way or this way.
8           Sometimes I'll say, okay, this one -- for
9   example, in advanced budgeting, there's two main ways
10  that you can implement advanced budgeting. This one
11  has the advantage of it's easy to go through the
12  process but it's difficult to reconcile, this method
13  it's easy to reconcile but it's harder to go through
14  the process, and this way down here is a completely
15  different one and we're not going to talk about that
16  one simply because it doesn't fit their situation.
17          So sometimes. I mean, I don't tell them,
18  okay, you have to do it this way or you have to do it
19  this way. It's like try and draw out what are the pros
20  and cons of whichever way and let them decide.
21      Q. But you don't know those methods going into it
22  before you sit down and meet with a client?
23      A. No.
24      Q. I mean, you mentioned just talking about the
25  GL five to six weeks, so how much of it are you doing

Yamaguchi Obien Mangio, LLC Reporting & Video * www.yomreporting.com
520 Pike Street, Suite 1320, Seattle, WA 98101 * (206) 622-6875 * 1 (800) 831-6973

**EXHIBIT 21**

DAVID HAYNER; May 19, 2010

15 (Pages 48 to 51)

Page 48

1  like you just described where you're diagramming,
2  coming up with options and helping them establish how
3  they want their software program versus, you know, them
4  then sitting at the computer driving? I'm just trying
5  to get a gauge of those five to six weeks.
6      A. Generally a week of finding out what they
7  want, a week of helping them to set it up, and three
8  weeks then of walking through the process to make sure
9  that it's what they wanted.
10     So it's like one week of is this what you
11 wanted? Yes. Then the second week is, okay, now that
12 you said this is what you wanted, now we have your
13 people in and start training them, showing them how to
14 do it, and then the third week is usually when they
15 actually use it, and then after that they're considered
16 what we call live.
17     Q. And can you describe for me using the example
18 we were just talking about, the GL implementation, what
19 is the Go Live process for that GL module?
20     A. I'm not sure I understand. You mean the week
21 of going live --
22     Q. Is it a week?
23     A. Well, the Go Live is actually the whole
24 five-week process. Like I said, it depends upon the
25 client. It can be from three to seven. I've had

Page 49

1  clients that have gone ten weeks going live on GL, but
2  the point being it depends upon their people and their
3  qualifications and whether or not their system works
4  the way they want it to function.
5      Going live means you've found out what they
6  want, you've helped them set it up, you've tested it
7  for a week, you've trained them for a week, and then
8  the next week when you're there they actually use it to
9  do the processing of their transactions, and that's
10 what we call going live is when they actually use it to
11 do something, not when they're practicing.
12     Q. So that last week when they're actually using
13 it, it's their live data, they're doing it, and what
14 are you doing during that process?
15     A. Mostly I'm sitting on my hands and trying not
16 to say anything, because it's their Go Live week. This
17 is when they have to know how the system works. This
18 is when they have to -- usually they only ask me
19 questions if they're having a problem.
20     Q. I would imagine, then, your goal --
21     A. Is to be bored.
22     Q. Because you've done your job. They know what
23 they're doing.
24     A. Exactly.
25     Q. How often does that actually occur where you

Page 50

1  get to that last week and they get it, everybody can do
2  it?
3      A. Has it ever happened quite that way? No.
4  I've had it happen where I've been close to bored, but
5  it's never exactly that.
6      Q. They're learning a new software.
7      A. They're learning a new software, and they'll
8  come up with a transaction that we didn't consider
9  during training, and they want to know how they would
10 process it, and we talk about it and come up with a
11 solution for them, and they go off and I go back and
12 sit down and watch.
13     Q. You mentioned earlier about testing. What do
14 you mean by testing?
15     A. It's the part of, okay, the second week after
16 we've kind of -- I guess it would be the third week
17 when we're testing things is when they're bringing live
18 transactions and we're running it through the system to
19 see if what we've configured to that point is what they
20 wanted, because just because we set it up that way
21 doesn't mean it necessarily will function the way they
22 wanted it to.
23     Testing is they bring their transactions.
24 They input it into our system just like it was in their
25 system to see if it came out the other side the way

Page 51

1  they wanted it.
2      Q. What if it doesn't come out the other side the
3  way they wanted it?
4      A. Then we go back and say, okay, what do we do?
5  What happened here? What did we configure incorrectly?
6  We try and figure out why it didn't happen and then
7  figure out the setting. Maybe there's one of those 700
8  things that's set the wrong way. We flip the switch
9  the way it should be, run the transaction back through
10 again. Hopefully it will work the way we want.
11     Q. When you say we go back, who are you meaning?
12 You and the client?
13     A. The client would be doing it, but I'll be
14 trying to talk to them about what the options are and
15 I'll be helping them with research to find out what we
16 may have done -- what may have been set incorrectly.
17     Q. I guess I just was wondering. So we you mean
18 you and the client there on-site as opposed to calling
19 back to someone at Tyler?
20     A. Right.
21     Q. Are there any other nuances? You talked a bit
22 about the GASB 34, the GL. I mean, any other nuances
23 or unique things with any of the GL, AP, or purchasing
24 implementations that we haven't --
25     A. Not of which I'm aware. I do want to kind of

DAVID HAYNER; May 19, 2010

25 (Pages 88 to 91)

### Page 88

1  options and all the linkages that have been
2  demonstrated.
3      Q. Is it that you have a -- when you say your
4  very own payroll module, is that just like on your
5  computer, like a test set-up or a dummy set-up to where
6  you can go through and just tinker with it?
7      A. Yes.
8      Q. And is there anything you follow or guidelines
9  you follow or you just go in there and play and try to
10 figure out the different variables within the software?
11     A. Well, since the disastrous first attempt,
12 Carole has been taking a much more involved approach in
13 terms of giving me assignments. For example, with my
14 next implementation, she gave me a list of based on
15 what we found when we went out and talked to them you
16 need to know how to do these things, and so I've been
17 going through and in my database been setting up those
18 things that they have that are not what you would
19 normally find in an implementation.
20     Q. So after having that interactive discussion
21 with the client and finding out what their needs are,
22 she's given you some guidance to help you now dig to
23 make sure you're prepared once you go back to meet with
24 the client?
25     A. Correct.

### Page 89

1      Q. And then practice, practice, practice, reading
2  your --
3      A. Our help. We have help information within our
4  database.
5      Q. Anything else that you've been doing on your
6  own just to make sure that you're completely prepared
7  for your next implementation?
8      A. There's not a whole lot else to do at the
9  moment. Get familiar with the client, get familiar
10 with the software and try to see how you would set up
11 their information on your database to fit their needs.
12     Q. Are there any nuances with the client where
13 you might alter your strategy for how you will train
14 them?
15     A. Sure. There's all kinds of potentials. The
16 most unique thing about them is they're the only entity
17 I've seen in years that does a monthly payroll, which
18 is not very common anymore. Almost all of our clients
19 are biweekly.
20         And that brings up a whole nother issue,
21 especially with entities like firemen who work 48-hour
22 shifts and don't necessarily fall into a biweekly or a
23 monthly. It's easy when you got an individual who
24 works eight 5s or five 8s. Get the terms right here.
25 Somebody works five 8s, and all of a sudden you've got

### Page 90

1  somebody that works a shift that's seven 48s, and how
2  do you fit that into a monthly schedule? Sure.
3  There's all kinds of --
4      Q. That's the type of information you need to be
5  able to understand to be able to then go out and advise
6  the client once you're out there on-site?
7          MS. BAGLEY: Object to the form.
8      A. Advise, yeah. Show the client how our
9  software can adapt to that kind of a situation, what
10 they need to do to set their system up.
11     Q. (BY MS. PERLIONI) I'm going to hand you
12 another document. This one I am marking Deposition
13 Exhibit 8.
14         (Deposition Exhibit 8 was marked for
15         identification.)
16     Q. (BY MS. PERLIONI) Would you take a look at
17 Deposition Exhibit 8 and tell me if you recognize it?
18 Frankly, you might not recognize -- I'll represent for
19 the record it's a string of e-mail exchanges. You
20 might not recognize all of them, but take a look.
21     A. (Reviewing). I have never seen this one
22 before. Let's see. That's probably why. I realize
23 I'm not on the ending e-mail. Okay.
24     Q. In Deposition Exhibit 8, do you recognize at
25 least the initial e-mail in the string? I believe it's

### Page 91

1  an e-mail you sent to Dawn Mitchell and Caryn Axelrad
2  dated March 11, 2009.
3      A. Yes. I do recognize that.
4      Q. Looking at the top one, I understand you say
5  you don't recognize it, but they're talking in here
6  about an expertise premium. Do you understand what
7  that is or can you explain that for the record?
8      A. An expertise premium is an amount that you're
9  paid for billable days. It breaks down to a certain
10 amount per hour.
11     Q. So what do you consider a billable day?
12     A. A billable day would be 8 hours of instruction
13 time spent on-site with a client.
14     Q. So for each 8 hours spent on-site giving
15 instruction to a client, you get an expertise premium?
16     A. Correct.
17     Q. And if I'm understanding this e-mail string
18 correctly, which is Exhibit 8, the expertise premium
19 you received when you came back in the role as
20 implementation consultant was $120 a day?
21     A. Correct. Basically it's paid to me $15 per
22 billable hour.
23     Q. So does that encompass only -- say you're
24 going out to a client's site to do an implementation.
25 Would that encompass any of the time on, say, your

**EXHIBIT 21**

DAVID HAYNER; May 19, 2010

26 (Pages 92 to 95)

### Page 92

1  Monday travel time?
2  A. No.
3  Q. So it's exclusively instruction time?
4  A. Billable hours (nodding head).
5  Q. Do you or are you eligible to receive any
6  other type of incentive compensation, bonus or anything
7  like that?
8  A. I guess it would be considered an incentive.
9  I get $30 per day spent in the hotel, so if I met a
10 client for five days and I spent four days in a hotel,
11 I get an additional $30 per day.
12 Q. Any other compensation that you receive or
13 reimbursement that you receive?
14 A. Reimbursements, I mean, for expenses, per
15 diem, that kind of thing, hotel costs, airfare, taxis.
16 Q. Those kind of things are just reimbursed based
17 on you submitting --
18 A. Based on my costs.
19 Q. What about any annual bonus or anything like
20 that?
21 A. I receive an annual bonus similar to any other
22 standard Tyler employee.
23 Q. And is that a set amount or just a
24 discretionary amount?
25       MS. BAGLEY: Object to the form.

### Page 93

1  A. It's essentially a percentage of your annual
2  salary or annual earnings allocated companywide.
3  Q. (BY MS. PERLIONI) How do you know it's a
4  percentage of your particular annual earnings?
5  A. It's a certain amount of -- the letter that
6  comes out describes the formula, and my recent one I
7  think was a week and a half. I'm not exactly sure how
8  they come up with that.
9  Q. It's not a set amount that you receive each
10 year?
11 A. No. It's varied.
12 Q. Since the time that you opted into this
13 lawsuit, have you had any discussions with your manager
14 about the lawsuit?
15 A. No.
16 Q. Do you know one way or the other whether she
17 even knows whether or not you're a part of the lawsuit?
18 A. No.
19 Q. Since the time that you opted into the
20 lawsuit, have you felt like there was any treatment
21 that you believe was somehow tied to the fact that you
22 had been elected to participate in the lawsuit?
23 A. That's asking two different questions. One is
24 the question do I know that they've done anything in
25 response to the lawsuit or do I feel they've done

### Page 94

1  anything in response to the lawsuit? Those two are not
2  necessarily the same, so could you ask me which one you
3  really want me to answer and then I'll answer that one?
4  If you want to ask them both, I'll answer them both.
5  Q. Do you believe anyone has treated you
6  differently based on the fact that you opted into the
7  lawsuit?
8  A. Okay. Again, it's that belief, belief or
9  feeling.
10 Q. Let's start with --
11 A. Do I think anybody has treated me differently
12 since the lawsuit? To be honest, I don't know. Do I
13 think so? Carole stopped trying to tell me to change
14 my time sheets. That's the only indication I have that
15 maybe she's aware that I'm part of the lawsuit. Other
16 than that, not really.
17 Q. So you're making an assumption, though?
18 A. You asked me belief or feeling, and I was
19 demonstrating do I feel? Do I believe? Belief would
20 indicate that I had some kind of basis that she really
21 did. No, I don't.
22 Q. I think it's clear. What I'm understanding
23 you to say is you're making an assumption but you don't
24 necessarily know?
25 A. Yeah.

### Page 95

1       MS. BAGLEY: I'm going to object to the
2  form of that.
3  Q. (BY MS. PERLIONI) I just want to make sure.
4  The assumption you're making is that she may know
5  you're part of the lawsuit; is that correct?
6  A. I'm saying that the possibility is that she
7  knows and that that's why she stopped correcting my
8  time sheets. I'm not saying I know that she did so.
9  Q. Putting that aside, whether or not she knows
10 or doesn't know, has she done anything to you that you
11 thought was unfair or inappropriate --
12 A. Based on this?
13 Q. Yes.
14 A. No. Quite the opposite. I think she's been
15 -- since the review she's been trying very hard to
16 correct our relationship.
17       MS. PERLIONI: Let me look through real
18 quick. I think I'm almost done. I just want to -- can
19 you give us one second?
20       MS. BAGLEY: Yes.
21       (Recess taken.)
22       MS. PERLIONI: I pass the witness.
23       EXAMINATION
24 BY MS. BAGLEY:
25 Q. Mr. Hayner, were your supervisors aware that

**EXHIBIT 21**

DAVID HAYNER; May 19, 2010

Page 96

1  you were working more than 40 hours a week during the
2  time you were working for Tyler Technologies?
3         MS. PERLIONI: Objection; form.
4     A. I believe so.
5     Q. No further questions. Thank you, Mr. Hayner.
6         MS. PERLIONI: No more for me either.
7         (Deposition concluded at 4:37 p.m.)
8         (Signature was reserved.)

Yamaguchi Obien Mangio, LLC Reporting & Video * www.yomreporting.com
520 Pike Street, Suite 1320, Seattle, WA 98101 * (206) 622-6875 * 1 (800) 831-6973

**EXHIBIT 21**