GAYLA DUKE
September 24, 2010

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

PATTY BEALL, MATTHEW MAXWELL,      )
DAVID GRAVLEY, TALINA MCELHANY,    )
KELLY HAMPTON, CASEY BROWN,        )
JASON BONNER, ANTHONY DODD,        )
ILENE MEYERS, TOM O'HAVER, JOY     )
BIBLES, AND MELISSA PASTOR,        )
Individually and on behalf of      )
all others similarly situated,     )
                                   )
          PLAINTIFFS               )
                                   )
          -vs-                     ) CASE NO.
                                   ) 2:08-cv-422 TJW
TYLER TECHNOLOGIES, INC., AND      )
EDP ENTERPRISES, INC.,             )
                                   )
          DEFENDANTS               )

*  *  *  *  *  *  *  *

DEPOSITION OF GAYLA DUKE

Taken on the 24th day of September, 2010

At the Office of Heather Scott, CSR-RPR-CRR

120 East Carl Albert Parkway, Suite B

McAlester, Oklahoma

*  *  *  *  *  *  *  *

Heather Scott, CSR-RPR-CRR
120 East Carl Albert Parkway, Suite B
McAlester, Oklahoma 74501

**EXHIBIT 23**

**GAYLA DUKE**
**September 24, 2010**

```
 1    APPEARANCES:

 2    FOR THE PLAINTIFFS:

 3         CHANDRA L. HOLMES RAY
           Zelbst, Holmes & Butler
 4         P.O. Box 365
           Lawton, Oklahoma 73502-0365
 5
      FOR THE DEFENDANTS:
 6
           PAULO B. McKEEBY
 7         Morgan, Lewis & Bockius
           1717 Main Street, Suite 3200
 8         Dallas, Texas 75201-7347

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**EXHIBIT 23**

**GAYLA DUKE**
**September 24, 2010**

```
 1                    INDEX

 2    STIPULATIONS ......................................4

 3    WITNESS GAYLA DUKE:
        Direct Examination by Mr. McKeeby ...............5
 4      Cross Examination by Ms. Holmes Ray ...........110

 5    DEPOSITION EXHIBITS:
        1 ..............................................7
 6      2 .............................................29
        3 .............................................35
 7      4 .............................................57
        5 .............................................67
 8      6 ............................................106

 9    INSTRUCTIONS TO WITNESS .........................116

10    ERRATA SHEET ....................................117

11    REPORTER'S CERTIFICATE ..........................118

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**EXHIBIT 23**

**GAYLA DUKE**
**September 24, 2010**

| | | |
|---|---|---|
| 1 | A | Correct.  Which that meant more travel hours than I |
| 2 | | agreed to do. |
| 3 | Q | Okay. |
| 4 | A | But they always had clients who needed something to |
| 5 | | get done or some kind of -- whatever reason:  "We'll wait |
| 6 | | till next week, next month to have you a home week," or |
| 7 | | you know, or to finish up with the client. |
| 8 | | MS. HOLMES RAY:  Wait for him to ask a question. |
| 9 | | THE WITNESS:  Oh, I'm sorry.  Okay. |
| 10 | Q | (By Mr. McKeeby:)  The Exhibit 2 that you mentioned |
| 11 | | was the document that showed your time while you were a |
| 12 | | customer support employee; is that correct? |
| 13 | A | Correct. |
| 14 | Q | And did you say that was something you just kept on |
| 15 | | your own? |
| 16 | A | I asked them did they want this type of thing, and |
| 17 | | also, I asked about overtime.  And they said -- I was |
| 18 | | told, "You're a salaried employee, you don't get |
| 19 | | overtime." |
| 20 | Q | Who did you have this conversation with? |
| 21 | A | My supervisor. |
| 22 | Q | Is this Kathy Shew, Kathleen Shew? |
| 23 | A | Kathleen Shew, uh-huh. |
| 24 | Q | Did she work in Lubbock? |
| 25 | A | Yes.  And she had said, "Well, if you ever have to |

GAYLA DUKE
September 24, 2010

```
 1          work over sometime, you could take it off later," that
 2          type of thing.  So what I did, so they would always be
 3          aware of things, was keep track of it.
 4     Q          So this -- is this a form you -- this Exhibit 2, is
 5          this a form you --
 6     A          Yes.
 7     Q          -- created?
 8     A          Yes.
 9     Q          You're not aware that other employees used this type
10          of form?
11     A          I don't know.  I worked remotely; I wasn't there.
12     Q          Right.  But in terms of -- this format is something
13          that you came up with and you submitted on a regular basis
14          to your supervisor?
15     A          Yes.
16     Q          And you had the conversation that you mentioned with
17          Ms. Shew about, you know, you were going to -- since you
18          were working remotely, you were going to provide this to
19          her?
20     A          I don't know if we talked about it and we decided
21          this would be a good thing to do.
22     Q          All right.
23     A          I don't know if it was -- it wasn't anything she told
24          me to do or we just talked about it and "Would this be a
25          good way to keep track of it?"
```

GAYLA DUKE
September 24, 2010

```
 1   Q          Okay.  So let me -- let me have you explain to me
 2        how -- what this form means.  Let's start with December of
 3        2008, on the first page, because I don't -- just don't
 4        understand.  I was looking at it, in anticipation of your
 5        deposition, trying to figure it out, and I couldn't.
 6                These numbers, 1 through 31, are those the days of
 7        the month in December?
 8   A          Yes.
 9   Q          So these 8, 8.25, those are the numbers of hours that
10        you worked --
11   A          Yes.
12   Q          -- during those days?
13   A          Yes.
14   Q          And this was when you were in a support function?
15   A          Yes.
16   Q          Okay.  And then what you would do would be to submit
17        this document to Kathleen Shew?
18   A          Yes.
19   Q          And you kept a copy for yourself?
20   A          Yes.  The first -- yeah, that's it.
21   Q          PTO hours, I take it, means Personal Time Off?
22   A          They didn't have like so much vacation, so much sick,
23        or anything.  They called it PTO hours if you took time
24        off.
25   Q          Right.  So when you -- like on this -- looks like the
```

**EXHIBIT 23**

GAYLA DUKE
September 24, 2010

```
 1         22nd of December, around the holidays, you indicated that

 2         you took eight -- you took eight hours of PTO time.

 3    A    Correct.

 4    Q    Which means you didn't work that day?

 5    A    Correct.

 6    Q    So what does this mean "Time Balance Forward, 4.5,"

 7         that's at the end of the month?

 8    A    That means I had an extra balance of four and a half

 9         extra hours for the whole month that I'd worked over.

10    Q    Over 40?

11    A    Well, I --

12    Q    But what's --

13    A    -- I kind of did it on a daily basis.  The column

14         here, if I worked eight and a half hours, I would add .25

15         to my balance.

16    Q    I see.  I see.  So that 4.50 is the total over the

17         balance of eight hours per day that you would have worked?

18    A    Correct.

19    Q    And did that have any significance in terms of the

20         amount of work you would do the next month, or your

21         compensation or otherwise?

22    A    My pay stayed the same.

23    Q    Okay.  Did it have any significance in terms of what

24         I said at the beginning, about the number of hours that

25         you would work the next month?
```

**EXHIBIT 23**

GAYLA DUKE
September 24, 2010

```
 1    A        Did this 4.5 change how many hours I'd work the next
 2             month?
 3    Q        Yeah.
 4    A        I just kept a rotating balance.  And if I had to take
 5             any time off, I would adjust it against that --
 6    Q        Meaning what?
 7    A        -- or if I didn't work a full eight hours.
 8    Q        You would credit --
 9    A        Like if I had to go to the dentist or something like
10             that.
11    Q        Okay.  Can you give me an example, from looking at
12             the form?
13    A        When you see the negative here --
14    Q        On the second page?
15    A        Yes.
16    Q        The negative, like for -- like --
17    A        Eight hours --
18    Q        -- eight hours, right?
19    A        -- sick, four and a half sick.
20    Q        So what do you -- how does the 4.5, that you carried
21             over from the previous month, factor into or relate to
22             those numbers?
23    A        It starts -- there's a running total here.  It runs a
24             balance.
25    Q        I see.
```

**EXHIBIT 23**

**GAYLA DUKE**
September 24, 2010

```
 1    A        And every time I'd work, a positive number would add,
 2         a negative number would subtract --
 3    Q        Okay.
 4    A        -- until I made up the time.
 5    Q        Got it.  Now --
 6    A        And that was approved by the supervisor.
 7    Q        By Kathleen Shew?
 8    A        Yes.
 9    Q        Did you talk to anyone else at Tyler about this
10         practice?
11    A        No.
12    Q        Okay.  Did you talk to anyone else with Tyler about
13         this practice?
14    A        No.
15    Q        This was just between you and Kathleen Shew?
16    A        She was my supervisor.
17    Q        No, I'm just asking.  I just want to see if you had
18         discussions with human resources or anyone, Dyke Ellison,
19         nothing like that?  This is between you and Kathleen Shew?
20    A        Yes.
21    Q        Okay.  Did you have something you wanted to add?
22    A        It looks like when I talked here and I said I was
23         still having billable hours, it looked like I was even
24         still having billable hours in January.
25    Q        How can you tell that?
```

**EXHIBIT 23**

**GAYLA DUKE**
**September 24, 2010**

```
 1    A        "Bill Parma" was my note to the side.

 2    Q        What's Parma?

 3    A        That was a city in New York.  They billed the

 4             customer.

 5    Q        This was -- that was some of the remote work that you

 6             were talking about?

 7    A        Uh-huh.

 8    Q        Yes?

 9    A        Yes, sir.

10    Q        And you -- specifically, I think you said, you helped

11             the customer go live remotely?

12    A        In December, but apparently I was still ongoing work

13             for them.

14    Q        In January?  But the work that you were doing was

15             go-live assistance?

16    A        Right.  And even when my -- this was when the -- I

17             had Internet access at my house -- my home, and I even

18             gathered a copy of the document, I had the company send

19             it.  I even took off time, whenever my computer went down,

20             which was no fault of my own, when I couldn't work.

21    Q        While you were a customer support employee, you

22             worked from your home; you didn't travel to customer

23             locations?

24    A        No.

25    Q        Correct?
```

**EXHIBIT 23**

**GAYLA DUKE**
**September 24, 2010**

| | | |
|---|---|---|
| 1 | A | No. |
| 2 | Q | I got a double negative there.  That's a -- |
| 3 | A | I did not travel. |
| 4 | Q | Okay.  To customer locations? |
| 5 | A | Correct. |
| 6 | Q | Would you agree with me that you worked less hours |
| 7 | | when you were in a customer support capacity than you did |
| 8 | | when you were in an implementation consultant capacity? |
| 9 | A | I didn't have the travel hours and I didn't do work |
| 10 | | outside the realm of hours, like the work for all the -- I |
| 11 | | didn't have as much documentation and paperwork. |
| 12 | Q | But just in terms of the total number of hours -- not |
| 13 | | talking about the complexity of the work or anything like |
| 14 | | that, but just the number of -- total time that you spent |
| 15 | | working at Tyler, if we include the travel time, you would |
| 16 | | agree with me that you worked more hours as an |
| 17 | | implementation consultant than you did as a customer |
| 18 | | support employee? |
| 19 | A | Yes. |
| 20 | Q | Same question.  If we took the travel time out, let's |
| 21 | | say we're defining work to not include travel, would it |
| 22 | | still be the case that if you took the travel time out -- |
| 23 | | just when you're on the road, if you took that out of the |
| 24 | | equation, would you still have worked more hours as an |
| 25 | | implementation consultant than you did as a customer |

**GAYLA DUKE**
**September 24, 2010**

```
 1        support employee?
 2    A       Probably -- it would probably still be more hours for
 3        the implementation consultant.
 4                MR. McKEEBY:  Can I take a short break?
 5                MS. HOLMES RAY:  Uh-huh.
 6                        ******
 7                (A break was taken at 11:42 a.m.  The following
 8                continued thereafter at 11:49 a.m.:)
 9                (Deposition Exhibit Number 4 was marked for
10                identification.)
11    Q       (By Mr. McKeeby:)  Back on the record, Ms. Duke.  I'm
12        going to hand you a document that I've marked as
13        Exhibit 4, and will represent to you that this is also a
14        document that was produced by your lawyers in this case.
15        Does that look familiar to you?
16    A       I guess, yeah.
17    Q       Does it look like your offer letter?
18    A       Probably.
19    Q       Do you -- would you agree that you --
20    A       I probably have a copy somewhere.  I just don't
21        remember with all the paper.
22    Q       Do you think you provided that copy to your lawyers?
23    A       I don't -- I don't know.  I haven't seen this --
24    Q       Do you think you --
25    A       -- in a long time.
```

**EXHIBIT 23**

**GAYLA DUKE**
September 24, 2010

| | | |
|---|---|---|
| 1 | A | Yes, sir. |
| 2 | Q | Would you typically have discussions with the project |
| 3 | | manager before you would go to the customer location? |
| 4 | A | Sometimes, yes. |
| 5 | Q | Okay.  Would the customer -- would the project |
| 6 | | manager be at the customer location while you were there, |
| 7 | | typically? |
| 8 | A | No, usually not. |
| 9 | Q | Usually, it wouldn't -- there wouldn't be anyone |
| 10 | | there, other than -- from Tyler, in any event, while you |
| 11 | | were there? |
| 12 | A | Usually not.  Sometimes there might be other people |
| 13 | | working on other applications. |
| 14 | Q | That may have overlapped with your time? |
| 15 | A | Correct. |
| 16 | Q | Would it be typical for you to have spoken with the |
| 17 | | client before you arrived at the customer location? |
| 18 | A | To call and confirm with them what time they could |
| 19 | | expect the arrival. |
| 20 | Q | That would be typical? |
| 21 | A | Yes.  And we'd try to do that the week before. |
| 22 | Q | Okay.  And when you said they would be starting from |
| 23 | | scratch, that was one of the examples of what the e-mail |
| 24 | | notification would tell you you might be doing, you meant |
| 25 | | by that, that they were purchasing the Incode software to |

**GAYLA DUKE**
**September 24, 2010**

```
 1          replace a previous software system?

 2     A        It would also indicate whether they -- the

 3          programmers would be doing a conversion or whether they

 4          were just going to enter balances and go, whether there

 5          was going to be any converted history to where they could

 6          look up history.

 7     Q        Okay.  But when you -- but the -- the -- when you

 8          use -- when you said "starting from scratch," that

 9          meant they're --

10     A        Brand new.

11     Q        -- just a new customer?

12     A        A new customer.

13     Q        Got it.  Okay.

14              Once you're at the customer location, did what you --

15          the job that you performed as an implementation consultant

16          vary depending on what it was that you would be doing in

17          terms of whether particular functions that you had to

18          perform, if the customer was starting from scratch, that

19          you wouldn't have to perform if you were just training new

20          employees on an already existing system?

21     A        Yes.

22     Q        What functions did -- can you think of that would be

23          specific to starting a customer from scratch that you, as

24          an implementation consultant, would perform?

25     A        I'm not sure I understand what you're saying --
```

**EXHIBIT 23**

**GAYLA DUKE**
**September 24, 2010**

1    asking.

2    Q        Okay.  That -- that's fine.  You told me about an

3    e-mail that you would get that would tell you, "Here's

4    where to go," and we've kind of covered that.  But it

5    would also tell you, "Here's what you're going to be

6    doing."

7             An example you gave is you're going to be training

8    new employees.  They may have hired several or however

9    many new employees they needed to be trained, so in that

10   case, I understood you would be training new employees on

11   a system that was already in place.

12   A        Correct.

13   Q        And let's just take that as an example.  I take it,

14   in that case, you would -- you would go to the customer

15   facility and do a training session for these new employees

16   that might last anywhere from one to several days?

17   A        Most of the time, they'd send us out on week-long

18   assignments.

19   Q        Okay.

20   A        There was a few times where I would have to travel in

21   between times on the week.

22   Q        Okay.

23   A        But a lot of the times, it was one-on-one type of

24   travel, rather than teaching a whole group of people.

25   Q        Okay.  One-on-one training, you mean?

**EXHIBIT 23**

**GAYLA DUKE**
**September 24, 2010**

| | | |
|---|---|---|
| 1 | A | Yes, I meant training. |
| 2 | Q | Right.  Right.  Okay.  So let's focus a little bit on |
| 3 | | this new employee training.  And I take it when you're -- |
| 4 | | when that's the job that's being performed by you as an |
| 5 | | implementation consultant, you are doing -- you're going |
| 6 | | up to the customer location and the customer identifies |
| 7 | | the new employees that need to be trained, and then you |
| 8 | | train those employees, correct? |
| 9 | A | Yeah.  Now, a lot of the times, the customer, whoever |
| 10 | | the contact was, would have already kind of had a plan in |
| 11 | | place kind of with the project manager, as well. |
| 12 | Q | And by "plan," what do you mean?  Like a schedule? |
| 13 | A | Kind of, yeah. |
| 14 | Q | Like who would be trained at what time? |
| 15 | A | Well, like they may say, "You need to spend this day |
| 16 | | with her going over purchase orders, and then the lady |
| 17 | | over in Fixed Assets needs some training, she's had some |
| 18 | | problems or moved from a new department," or whatever. |
| 19 | | So I would usually meet with whoever was in charge first, |
| 20 | | and they were always already prepared about the whole |
| 21 | | process. |
| 22 | Q | Okay.  Did you, in your role as an implementation |
| 23 | | consultant -- again, I'm focusing now on this -- these |
| 24 | | examples where you would be training new employees. |
| 25 | A | Okay. |

**EXHIBIT 23**

**GAYLA DUKE**
**September 24, 2010**

```
 1    A        It might be the finance director; it might be the
 2             supervisor.  You might have to show up and talk to the
 3             city manager; you -- you never knew.
 4    Q        It would depend on the customer, right?
 5    A        Yeah.
 6    Q        Okay.
 7    A        Might be the city clerk.  Might be -- you know.
 8    Q        Okay.  Again, focusing for now on these -- this --
 9             their training new employees and that's the role that
10             you're performing.  How many -- ballpark again, how many
11             trips did you make during -- between -- where are my
12             dates -- between February and March of '08 and October of
13             2008, when you moved to customer support?  How many trips
14             did you make where you were just training new employees,
15             approximately?
16    A        I don't know.  I'd have to look through my -- all my
17             trip and assignment notes.
18    Q        Yeah, more than -- more or less than ten?
19    A        I don't know.  I'd -- I'd hate to guess, because I'm
20             not for sure.
21    Q        Okay.  How about more or less than two?
22                 MS. HOLMES RAY:  Object to the form of the
23             question.  She's asked and answered.
24                 You can answer.
25                 THE WITNESS:  Yeah.
```

**GAYLA DUKE**
**September 24, 2010**

```
 1   Q        (By Mr. McKeeby:)  More than two?

 2   A        More than two sites that I went to where it was just

 3        already established customer?

 4   Q        And you're training new employees.  You gave me that

 5        as an example.

 6   A        Well, it may not be -- it may not just be new

 7        employees; it may be an established customer, but they may

 8        just wanted more training, they may not be getting it or

 9        they're having problems, or -- you know, yeah.  I don't --

10        I don't know.

11   Q        Okay.  Well, let's --

12   A        I don't have that in my head.

13   Q        Okay.  Well, let's define it that way.

14   A        Most -- most -- I would say probably most of my jobs

15        were probably either new customers or where they were

16        adding applications --

17   Q        Okay.

18   A        -- you know.  But I did have a few where it was

19        training.  And also, if I did ever get to have a week at

20        home where I was working remotely, a lot of times those

21        would be where I would do just the training, where I would

22        connect by the telephone and I would connect remotely

23        through the Internet to their computer and I could -- we

24        could both see the screen at the same time.

25   Q        I see.  So, in that instance, you would be doing
```

**EXHIBIT 23**

**GAYLA DUKE**
**September 24, 2010**

```
 1          remote training where you would be training maybe a new

 2          employee --

 3     A        Uh-huh.

 4     Q        -- or maybe an existing employee and just doing a

 5          refresher --

 6     A        Just wanting more, yes.

 7     Q        Okay.  Okay.  But you would agree that more of your

 8          job, as an implementation consultant, was devoted to

 9          either customers that were starting from scratch or

10          customers who were -- had purchased a new module of the

11          Incode software?

12     A        It would be hard to guess.  I -- you know, and it's

13          been so long, I'd have to sit back and look at what jobs I

14          actually did.  I'd -- I'd hate to say.  I don't know if

15          that would affect anything, so I hate to answer it wrong.

16     Q        Well, I'm not asking you to answer -- I understand

17          that, but I thought you did answer and that's why I guess

18          I'm confused.  I thought you said --

19     A        Well, I'm thinking, you know, a lot of it was the

20          newer ones, but then -- but then other ones are popping

21          into my head that oh, yeah, I forgot about that and --

22     Q        Okay.

23     A        -- you know, so it's just been a while.

24     Q        Okay.

25     A        When you get my age, it's hard to remember every
```

**EXHIBIT 23**

**GAYLA DUKE**
**September 24, 2010**

```
 1        single thing.
 2   Q        I'm getting there.
 3        All right.  So -- so let's -- let me ask a different
 4   question, and sort of get at this a different way.
 5        When a customer is starting from scratch, I think you
 6   told me previously that there were certain functions that
 7   you performed that were different than when you were
 8   either training new employees or supporting a new module
 9   for an existing customer.
10        First of all, do I have that right?
11   A        Correct.
12   Q        What functions are those?
13   A        Well, usually, when you arrived, the -- the software
14   had already been installed on your network, they had
15   already done all of that part and it was just sitting
16   there ready to go, with a little bit of setup, based on
17   the customer's preferences.
18   Q        So are you -- you're talking now about -- about new
19   customers?
20   A        Yes.  Whether it's new or if they just added
21   something.
22   Q        Right.
23   A        Now, all of that software was usually put on remotely
24   from the home office by the time you'd get there.
25   Q        Right.  That's not something that you did?
```

**EXHIBIT 23**

GAYLA DUKE
September 24, 2010

```
 1    A         No.

 2    Q         In terms of software installation?

 3    A         No.

 4    Q         All right.  That's a true statement, you didn't do

 5              that?

 6    A         No, I'm -- I'm not a computer whiz.

 7    Q         All right.

 8    A         But no.

 9    Q         Okay.  So that -- so by the time that you get to the

10              customer location, the software has been installed on the

11              network.  Do you participate in any meetings with the

12              customer, in these instances where it's a new customer

13              starting from scratch, about, you know, different options

14              within the software or different variables in the software

15              that they may or may not want to activate?

16    A         Not before I went there.

17    Q         Okay.  I'm talking about once --

18    A         After I got there, yes.

19    Q         -- when you get there, do you have those types of

20              discussions?

21    A         Usually or -- or we would have it at the same time we

22              were going things -- going through things and the

23              customer -- you know, here is the main little

24              administrative setup screen and you'd go through those

25              things, you know, and click on them as you set them up.
```

**EXHIBIT 23**

**GAYLA DUKE**
September 24, 2010

```
 1    Q        So you're describing -- what you're describing right

 2         now is not necessarily training end users how to use the

 3         software, correct?

 4    A        Not this part -- part of things, no.

 5    Q        What do you call --

 6    A        But in a way, it is training, because they have to

 7         maintain their system if they want to go change something,

 8         the way something works.

 9    Q        Right.  But I'm talking -- I'm trying to make a

10         distinction, and you tell me if it's one that I shouldn't

11         be making, but between what you just described and

12         teaching a clerk how to enter a purchase order.

13    A        Correct.

14    Q        There's -- you're doing something different in this.

15         I mean there is a training aspect of it, but it's

16         something different, as well, right?  In terms of you're

17         not teaching the end user how to use the software in a

18         sense of entering a purchase order, right?

19    A        Well, in order to enter a purchase order, you have to

20         have a vendor.

21    Q        Okay.

22    A        And so I'd show them, here's where you set up your

23         vendors; here's the box you check if you want them to get

24         a 1099; here's where you put their address; here's where

25         you put their tax I.D. number; here's the box you check if
```

**GAYLA DUKE**
**September 24, 2010**

```
 1          you want one check per item.

 2    Q          Right.  That, to me, sounds like you're teaching

 3          somebody how to enter a purchase order, right?

 4    A          No, that's how to set up a vendor.

 5    Q          Okay.

 6    A          When you enter a purchase order, it has to have a

 7          vendor.  So these little things would all kind of play

 8          together.

 9    Q          I see.

10    A          But we would usually kind of work together, and

11          then -- and if it wasn't where the programmer that works

12          off site was going to take their old software and enter it

13          in their new software, then the vendors would already be

14          there they have from the old system.  If not, we -- we

15          would show them here's how we do it, and we would start

16          data entry, putting -- putting their data into the

17          software.

18    Q          And that would depend on whether or not that type of

19          data had been converted from their old system?

20    A          Correct.

21    Q          And were you involved in the process of deciding

22          whether or not to convert the data?

23    A          They worked that all out with the programmers before,

24          because that's all part of the pricing and everything.

25    Q          Okay.  Okay.
```

GAYLA DUKE
September 24, 2010

```
 1    A         And they had to schedule the programmers and they
 2              would usually pull test data before I'd ever arrived, and
 3              worked up a program.
 4    Q         Okay.
 5    A         Uh-huh.
 6    Q         So you didn't do the actual conversion of the
 7              information?
 8    A         No.
 9    Q         Okay.
10    A         A programmer does that.
11    Q         Okay.  In instances where either they were unable,
12              for technology reasons, to do a conversion or they didn't
13              want to pay a conversion, you indicated that there were
14              some situations like that, correct?
15    A         Correct.
16    Q         And what did you -- what role did you have?  Is that
17              where you had some data entry functions?
18    A         Yes.
19    Q         Is that your testimony?
20    A         Yes.
21    Q         What would you do -- what kind of functions are you
22              talking about?
23    A         Usually, the customer would work with me.  But like
24              the example of setting up a vendor, you know, they may
25              have a page -- pages of their vendors, so we say this is
```

**GAYLA DUKE**
**September 24, 2010**

1        how you set them up, and they would help do the data

2        entry, and I would do the data entry, as well.

3    Q        So you would show them how to do the data entry?

4    A        Yeah.  And we would work together, usually.

5    Q        Okay.

6    A        Usually, the clients would want that, you know.

7        That's part of their --

8    Q        Right.

9    A        -- learning how to do things, as well.

10   Q        Right.

11   A        Plus, they'd probably rather help out than --

12   Q        Pay you --

13   A        -- pay -- well, not me -- Tyler Technologies, yeah,

14       130 or $150 an hour.

15   Q        Was that your billable rate, or did you have one?

16   A        I think they all -- we all had the same.  It wasn't

17       different for different level of employees.  They billed

18       the same for everybody.

19   Q        Okay.

20   A        Whether it was utility billing or core or whatever.

21   Q        I see.  Okay.  So in that, what you just described,

22       you were training customers about as to how to enter

23       information and you were also entering some information on

24       your own?

25   A        Uh-huh.

**EXHIBIT 23**

GAYLA DUKE
September 24, 2010

1    Q        Is that process called anything?  Is there a term

2    used at Tyler to describe that function?  Is it just

3    called training?

4    A        Well --

5    Q        That's billable work, right?

6    A        Yeah.  Whenever I was at the job, it was billable

7    hours.

8    Q        Okay.

9    A        And, you know, sometimes, they didn't want to be

10   involved in doing the entry, you know.  And sometimes,

11   they would let us stay there and work after hours, you

12   know, to -- to do the data entry type of thing.

13   Q        Would that affect how they were billed?

14   A        It's all by the hour.

15   Q        So if they elected to have you stay after working

16   hours and do some of this work, you would bill them more

17   than eight hours?

18   A        Correct.

19   Q        Okay.  Did -- I lost my train of thought.

20            Oh, you talked about explaining different functions

21   or variables within the software to the customer, this

22   would be a new customer.  What did you mean by that, if I

23   have it right?

24   A        Usually, whoever is the supervisor or whatever, has

25   access to more -- to -- to more parts of the system where

**EXHIBIT 23**

GAYLA DUKE
September 24, 2010

```
 1        you can customize the way things work, and so that

 2        usually, whoever does that needs to kind of know how to do

 3        that, as well, similar to -- to what I had to learn, to

 4        learn how to view one.

 5    Q       So -- so this -- you're describing a meeting between

 6        yourself and a supervisor, where you're giving them -- or

 7        explaining different customization options?

 8    A       I think everybody had their own style, but I always

 9        found it was helpful to have them there with me so they

10        could see what was going on so they could understand the

11        software better.

12            Like here's where -- here's the check box if you want

13        employees' names to show up on the check register or if

14        you want it to be blacked out for security reasons.  If

15        you wanted to change that later, you would go -- this is

16        where you would check the box.

17    Q       Would you -- in situations where you were doing the

18        data entry work, how would you know what to do?

19    A       Know -- you would have to get that from the customer

20        or it had already been provided in the worksheets that the

21        project manager gave you, about what -- how they wanted it

22        done.

23    Q       Okay.  Did you ever take like a questionnaire -- was

24        there ever a questionnaire-type document given to you

25        whereby you would sit down with the customer and ask them
```

**EXHIBIT 23**

**GAYLA DUKE**
**September 24, 2010**

```
 1        questions about their processes, you know, who needed

 2        authority to approve a purchase order, things like that?

 3   A        A lot of times it -- most of the time, it was already

 4        done ahead of time.  They had --

 5   Q        By the project manager?

 6   A        Yeah.  It was --

 7   Q        And this would be part of the packet that the project

 8        manager prepared for you?

 9   A        Yes.

10   Q        Okay.

11   A        A lot -- a lot of the times.

12   Q        Okay.

13   A        We might look over it again to make sure that's what

14        they really wanted, and those type of things, but --

15   Q        Okay.  And you would sit down with the customer and

16        explain that process?

17   A        No, it was usually -- they -- they seemed to do a

18        real good job of kind of already getting them ready, ahead

19        of time, and maybe --

20   Q        Did -- are you other -- I've talked to other

21        implementation consultants during the course of this

22        litigation, as you might imagine, and some of them have

23        used the term "configuring" the software.  Is that a term

24        with which you're comfortable, configuration?

25   A        I guess I never used that word much myself,
```

GAYLA DUKE
September 24, 2010

```
 1          personally, but --

 2     Q          So if I asked you --

 3     A          I guess that means, like what I was talking about, I

 4          would usually have the customer sitting here, we'd be

 5          looking at the screen, and I'd say if we -- "Do you want

 6          it to automatically default to give them a 1099 or do you

 7          want the option on each invoice?" and they'd say yes, and

 8          I'd say okay, we'd check this box, you know --

 9     Q          Okay.

10     A          -- that type of thing.

11     Q          So you're setting the parameters, in that sense?

12     A          No, they are.

13     Q          Well, they're telling you --

14     A          We were always --

15     Q          You're having a dialogue about it?

16     A          Yeah.  We were always, always told to be careful,

17          don't give advice, even if you think they're doing

18          something wrong accounting-wise, like if they say, "Huh, I

19          wonder if that should be taxed this way or not," they

20          always, always told us, even though we may have had

21          accounting experience, we are not a CPA firm, do not give

22          accounting advice.

23     Q          Right.

24     A          Because they acted like they didn't want to have a

25          liability.  They said, "We don't -- we're not a CPA firm,
```

**EXHIBIT 23**

**GAYLA DUKE**
**September 24, 2010**

```
 1          we don't have insurance for that.  Do not give advice."
 2          And anything that the customer would decide, we'd have
 3          them sign off on.
 4     Q    Right.  But some of the questions, you would agree
 5          with me, wouldn't involve accounting advice if they're
 6          just asking, you know, if they want to do a 1099
 7          automatically or if they want that generated on a
 8          per-payment basis.  That's just a matter of --
 9     A    Right.
10     Q    -- how the system is set up.
11     A    But if they would ask me, "Do I need to send a 1099
12          to that kind of vendor" --
13     Q    Okay.  I agree.
14     A    -- I would have to say, "You check with your CPA."
15     Q    Right.
16     A    "You check with your financial advisor."
17     Q    But what if they asked you, "Is it better for me to
18          set up the system where the 1099 is issued automatically,
19          or is it better for me to do that on a per-vendor basis?"
20     A    Well, I always thought the beauty of the software was
21          that it would do versatile things for different people,
22          and -- and I don't know, I -- I was -- I just go by what
23          the customer -- I would explain to them what the options
24          were.  I felt like that was my job --
25     Q    Right.
```

**EXHIBIT 23**

GAYLA DUKE
September 24, 2010

| | | |
|---|---|---|
| 1 | A | -- is you can do A, B, or C, but they would -- |
| 2 | Q | Select which one? |
| 3 | A | Yeah.  It seemed like they were always happier |
| 4 | | customers if they understood why it was that way.  I -- I |
| 5 | | don't think it's right to go in and say, "This is how |
| 6 | | you're doing it," and make -- |
| 7 | Q | But they would sometimes ask you for your advice, |
| 8 | | wouldn't they? |
| 9 | | MS. HOLMES RAY:  Object to the form of the |
| 10 | | question. |
| 11 | Q | (By Mr. McKeeby:)  I mean you talked about A, B, C or |
| 12 | | D is different options.  Wouldn't they sometimes ask you, |
| 13 | | you know, "Which do you think is better?"  Wouldn't they |
| 14 | | ask those kind of questions? |
| 15 | A | Not usually.  Most of the time our clients already |
| 16 | | kind of had an idea what they wanted.  It was usually me |
| 17 | | saying, "yes, ma'am," you know, but -- |
| 18 | Q | Okay. |
| 19 | A | You know, to start out with, so much of the big |
| 20 | | decisions had already been -- like their chart of |
| 21 | | accounts, you know -- now, I might have to say -- when |
| 22 | | they say, "Well, I want my -- my -- my numbers" -- how |
| 23 | | could I say this?  "My chart of accounts may start with a |
| 24 | | 5 for expenses, and then I want to -- to have this other |
| 25 | | number in here, and at the end is the department and I |

**EXHIBIT 23**

**GAYLA DUKE**
**September 24, 2010**

```
1        want a sort on this," I would have to say, "Well, our

2        software only works -- it sorts left to right.  You can't

3        put that number over here on the right and it still work."

4        I might have to say to them, "It won't work that way in

5        our software."

6    Q        Right.

7    A        "We have to do it this way."

8    Q        Right.  Okay.  When you use the term "chart of

9        accounts," what do you -- what do you mean?

10   A        That's the listing of their general ledger accounts.

11       Like here's all my numbers for my assets, here's my

12       liabilities.  A lot of the times, if it -- especially if

13       it was converted -- converted data, that was already done

14       by the time we showed up.

15   Q        But if the data wasn't converted, then you would have

16       some additional responsibilities with respect to the chart

17       of accounts?

18   A        Well, it was just that we would have to manually type

19       them in.  It -- it was a whole lot more data entry if you

20       didn't get a conversion.  For the most part, they'd either

21       pay for the programmer or they had to pay for data entry.

22   Q        Okay.

23   A        If I ever got stuck, though, especially being new, it

24       was always call the office if you have any questions.  We

25       had to -- especially for the newer employees.
```

**CSI GLOBAL DEPOSITION SERVICES**
**972-719-5000**

**EXHIBIT 23**

**GAYLA DUKE**
**September 24, 2010**

```
 1    Q        Right.  But there were times where you would -- you

 2         know, they might have set forth, you know, okay, during

 3         this week, you're going to train on an implement, these

 4         particular modules where, you know, because of the

 5         customer's preference or because the customer wasn't

 6         picking it up, you wouldn't be able to do the training on

 7         all of those modules and you would have to talk to the --

 8         have to put it in your report, you know, here's what we

 9         were able to do, weren't able to complete everything.

10    A        It could depend on a lot of things, even on the

11         conversion.  If it was software, old -- they had old

12         software that we had pulled data from before and the

13         programmers already knew that software in and out and they

14         knew how to do it, nine times out of ten, when the -- you

15         know, the programmer would get attached to this machine

16         and -- and download the data, and all you had to be is

17         kind of their eyes, and look, yeah, this is in the

18         wrong -- the right place.

19            And it -- or if it was something they never worked

20         before, they may have to do 10 or 12 tests to get

21         something working right, and then that would shorten your

22         time for training.  So it all -- there was all kinds of

23         factors to juggle.

24    Q        Would you be at the customer location when the

25         customer would go live with the software, typically, as an
```

**EXHIBIT 23**

**GAYLA DUKE**
**September 24, 2010**

```
 1        implementation consultant?

 2   A        Sometimes, yes.

 3   Q        What would that depend on?

 4   A        Well, scheduling and all those things, too.  I mean

 5        the -- I may be one that comes and helps start the job and

 6        they may send someone else to -- to finish it and be the

 7        go-live person.

 8   Q        Okay.  Or they may send you to be the go-live person?

 9   A        Uh-huh.

10   Q        And if you were the go-live person, that meant you

11        were, you know, kind of providing training and answering

12        questions on an as-needed basis?

13   A        It's kind of just when -- besides doing practice,

14        when they're actually doing the work, it's -- and then

15        you're -- you kind of need to be there to --

16   Q        Right.

17   A        -- for any questions and things like that.

18   Q        In terms of your functions, as an implementation

19        consultant, what did you do differently, if you were there

20        just at the final go-live process than the stages that

21        you've already told me about?

22   A        Not a whole lot different at all.  It's just this

23        time it's real; it's not practice.

24   Q        But you're completing trip reports, you're -- that

25        would be something you would do whether or not you were
```

**EXHIBIT 23**

**GAYLA DUKE**
**September 24, 2010**

```
 1              doing a go-live training or the other type of training?

 2    A         Right.  The go-live is when they just stop using the

 3              old system and start using the new --

 4    Q         But presumably --

 5    A         -- for real.

 6    Q         -- they would have been trained prior to that point,

 7              by either you or some other implementer?

 8    A         They would have to have some kind of --

 9    Q         Right.  Did you -- while you were an implementation

10              consultant, did you provide customer support on the

11              telephone after the go-live process?

12    A         Unfortunately, those people -- you know, they might

13              have your phone number from when you called them to say,

14              "I'm going to show up and if you -- if anything changes,

15              call me."  And you'd always get people calling you or

16              e-mails.  That's another thing I forgot about, the things

17              that you'd have to follow up on.  And you'd try to get

18              them weaned towards going toward support, but a lot of

19              times they would get attached to you or that type of

20              thing.

21    Q         So they would sometimes e-mail you or call you on the

22              phone?

23    A         Yeah.

24    Q         And would you answer their questions?

25    A         Well, you try to keep the customers happy, but you
```

**GAYLA DUKE**
**September 24, 2010**

```
 1          still try to get them, you know, more weaned, because

 2          that's --

 3      Q          You try to get them what?

 4      A          Get them more weaned towards using support.

 5      Q          All right.

 6      A          You know, before you would leave a site, when you're

 7          finished, you have a conference call with the support and

 8          you tell them all the ways they can get help.

 9      Q          Right.

10      A          And -- but you don't want a mad customer, either.

11          But sometimes you can't be available.  If you're working

12          for the next one or you're on an airplane, you can't

13          answer your phone, you know, so you try to get them to

14          where they'll, you know, learn to --

15      Q          Okay.  Would you ever create any type of user guides

16          or other manuals or checklists or anything like that to

17          provide to the customer to help them use the software?

18      A          I didn't personally.

19      Q          Did others do, that you're aware -- do that, that you

20          were aware?

21      A          I think some of the ones that had been around longer,

22          more experienced, would teach at the forums where people

23          would come from other cities to be trained, but I did not

24          ever teach at a forum.

25      Q          You think some of the other more senior implementers
```

**EXHIBIT 23**

**GAYLA DUKE**
**September 24, 2010**

```
 1        house, when you're at the hotel room, a lot of times, it

 2        would be getting ready for the next day.  You know,

 3        getting stuff together, going over -- reviewing the

 4        documents, things like that.

 5   Q        Is there anything else that you can think of?  I

 6        think we talked, also, about doing the trip reports.

 7   A        Yes.

 8   Q        Was that not included in there?

 9   A        It was one thing the trip, was also the expense

10        reimbursements --

11   Q        Okay.

12   A        -- and following up on that, and then doing all of

13        the submissions for those and then getting reimbursed

14        and -- that as well.

15   Q        Okay.  Anything else that you can think of that was

16        not included in here?

17   A        Well, the -- the training time that you would spend

18        to understand the software better, which would make your

19        job better, which, you know, the less that you would have

20        to call the office for.

21   Q        You mean for yourself?

22   A        Well, it was for the company.

23   Q        Self-study, I mean?

24   A        Yes.  Yes.

25   Q        It was -- okay.
```

GAYLA DUKE
September 24, 2010

| | | |
|---|---|---|
| 1 | A | Yeah. |
| 2 | Q | Okay.  Anything else? |
| 3 | A | I think that probably gets most of it. |
| 4 | Q | Okay.  How -- how would you -- how much would you |
| 5 | | say, on average, you worked per week, above what you got |
| 6 | | recorded, doing those things we just talked about that's |
| 7 | | not included in here?  Do you understand my question? |
| 8 | A | Yeah.  I -- the average, because it may be more one |
| 9 | | week and -- I'd say at least four -- three or four hours a |
| 10 | | week, at least. |
| 11 | Q | Okay. |
| 12 | A | Guestimating. |
| 13 | Q | As I'm understanding it, what you did as an |
| 14 | | implementation specialist is you would -- you'd have a |
| 15 | | meeting with the client, initial meeting, correct? |
| 16 | A | Uh-huh. |
| 17 | Q | And you would do configuration of the software, |
| 18 | | that's what we're talking about, the data entry; is that |
| 19 | | what you're talking about? |
| 20 | | MR. McKEEBY:  Object to form. |
| 21 | Q | (By Ms. Holmes Ray:)  What are you talking about when |
| 22 | | you're saying configuration? |
| 23 | A | I -- I didn't use -- |
| 24 | Q | I want to make sure I have it right. |
| 25 | A | I didn't use that word, configuration.  I call it |

CSI GLOBAL DEPOSITION SERVICES
972-719-5000

**EXHIBIT 23**

**GAYLA DUKE**
**September 24, 2010**

```
 1        setup --

 2   Q        Okay.

 3   A        -- you know, but they -- and usually, the client was

 4        involved with it, and we would go through the screens and,

 5        you know, there was a place where we would enter their tax

 6        I.D. number --

 7   Q        Okay.  Okay.

 8   A        -- what's your address, what's this --

 9   Q        Got you.

10   A        -- do you -- how do you want this to look?  How many

11        numbers do you want for your vendor number?  Do you want

12        letters and numbers, combination?

13   Q        Okay.  I understand.

14   A        You know, going through all of the background

15        settings.

16   Q        And then you'd have training and then you'd have

17        some -- the go-live --

18   A        Correct.

19   Q        -- and then you'd have a little bit of support when

20        you tried to wean them --

21   A        Yes.

22   Q        -- off?

23   A        Yes.

24   Q        Okay.  I just wanted to make sure I had it all down.

25             MS. HOLMES RAY:  Okay.  I think that's all the
```

115

**GAYLA DUKE**
**September 24, 2010**

1            questions I have.

2                    MR. McKEEBY:  Okay.  No other questions.

3                    Thank you, Ms. Duke.

4                    THE WITNESS:  Okay.

5                    MR. McKEEBY:  Appreciate your time.

6                    (An off-the-record conversation was held, after

7                    which the following continued:)

8                    MS. HOLMES RAY:  We'll read and sign.

9

10                           END OF PROCEEDINGS

11                              1:02 P.M.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**EXHIBIT 23**