# FREEDOM COURT REPORTING

Page 1

```
1    IN THE UNITED STATES DISTRICT COURT
     FOR THE EASTERN DISTRICT OF TEXAS
2    MARSHALL DIVISION
3    Case No. 2:08-cv-422 TJW

4    _____

     DEPOSITION OF ERIC EMDE
5                                     May 4, 2010

6    _____

     PATTY BEALL, MATTHEW MAXWELL, TALINA McELHANY and
7    KELLY HAMPTON, individually and on behalf of all
     others similarly situated,
8
     Plaintiffs,
9
     vs.
10
     TYLER TECHNOLOGIES, INC. and EDP ENTERPRISES,
11   INC.,
12   Defendants.

13   _____

     APPEARANCES:
14
        ZELBST, HOLMES & BUTLER
15          By Chandra L. Holmes Ray, Esq.
            P.O. Box 365
16          Lawton, Oklahoma 73502
            (580) 248-4844
17             Appearing on behalf of Plaintiffs.
18   MORGAN, LEWIS & BOCKIUS, LLP
            By Paulo B. McKeeby, Esq.
19          1717 Main Street, Suite 3200
            Dallas, Texas 75201-7347
20          (214) 466-4000
               Appearing on behalf of Defendants.
21
        Also Present:  H. Lynn Moore, Jr.
22
23
24
25
```

## FREEDOM COURT REPORTING

Page 2

```
 1              Pursuant to Notice and the Federal Rules
 2      of Civil Procedure, the deposition of ERIC EMDE,
 3      called by Defendants, was taken on Tuesday, May 4,
 4      2010, commencing at 9:52 a.m., at 216 16th Street,
 5      Suite 650, Denver, Colorado, before Gail
 6      Obermeyer, Registered Professional Reporter and
 7      Notary Public within and for the State of
 8      Colorado.
 9
10                      I N D E X
11      DEPOSITION OF ERIC EMDE
12      EXAMINATION BY:                          PAGE
13          Ms. Holmes                           115
14          Mr. McKeeby                      4, 120
15
16      EXHIBITS                        INITIAL REFERENCE
17      Exhibit 1   Time Report pertaining        20
                    to Emde, 1/10/10 to
18                  1/16/10, with
                    attachments
19
        Exhibit 2   Resume of Eric A. Emde        28
20
        Exhibit 3   Letter to Emde from           49
21                  Boen, 2/20/07
22      Exhibit 4   Time Report pertaining        69
                    to Emde, 6/4/07 to
23                  6/10/07, with
                    attachments
24
25
```

**EXHIBIT 27**

# FREEDOM COURT REPORTING

```
 1                    I N D E X (Continued)
 2    EXHIBITS                          INITIAL REFERENCE
 3    Exhibit 5  Time Report pertaining          73
                 to Emde, 1/6/08 to
 4               1/12/08, with
                 attachments
 5
      Exhibit 6  Time Report pertaining          74
 6               to Emde, 1/14/09 to
                 1/10/09, with
 7               attachments
 8    Exhibit 7  Time Report pertaining          74
                 to Emde, 9/28/09 to
 9               10/3/09, with
                 attachments
10
      Exhibit 8  Bonus Calculation,              75
11               12/27/09 to 4/16/10,
                 with attachments
12
      Exhibit 9  Consent to Opt In              112
13               pertaining to Eric
                 Emde, 8/14/09
14
15
16
17
18
19
20
21
22
23
24
25
```

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 35209 877-373-3660**

**EXHIBIT 27**

## FREEDOM COURT REPORTING

Page 79

1      A      Well, it says who the customer is, who

2   has had taskings at that site, the dates that I'm

3   supposed to be there, and whether it's a business

4   license, or a Building Projects program, or call

5   center, or something else.

6      Q      Is there any, beyond what you provided

7   so far, any description in this tasking document

8   as to the types of services you're to perform on

9   the trip?

10     A      There might be other documents, but

11  that's the primary one.

12     Q      Well, but does the tasking document

13  tell you what services you are to perform?

14     A      It will say something, like, BP Live;

15  meaning, Building Projects and take it to live,

16  make sure that it's turned on and they're using it

17  when I leave.

18     Q      That would be typical?

19     A      Yes.

20     Q      Because the work of implementation

21  contemplates services in anticipation of the

22  customer going live with Tyler software, which it

23  has purchased?

24     A      My portion of it would be on there,

25  yes; but there would be other portions assigned to

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 35209 877-373-3660**

**EXHIBIT 27**

## FREEDOM COURT REPORTING

Page 80

1   other people.

2        Q        Other portions of what?

3        A        Of the tasking for possibly Building

4   Projects.

5        Q        What do you mean by "Building

6   Projects"?

7        A        That's the type of software.  Somebody

8   would go in ahead of time and do a lot of

9   background work; setting up formulas,

10  calculations, that sort of thing.  If it was a

11  conversion, a conversion programmer would have

12  been writing conversion routines from old versions

13  or other software into our software.

14       Q        Okay.  But --

15       A        Somebody gives the tasking to me to

16  provide the training.

17       Q        Do you do any of the conversion

18  programming?

19       A        No.

20       Q        Do you do any type of conversion work

21  at all?

22       A        The only type of conversion work that I

23  would do at all would be working with the customer

24  to look at the data that the programmer converted

25  to see if it was accurate and in the right places.

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 35209 877-373-3660**

**EXHIBIT 27**

## FREEDOM COURT REPORTING

1    But I was more the middleman.

2         Q       So with an implementation, some

3    tasking, to use your term, has already been done

4    before you get the -- before you're on the site?

5         A       Yes.

6         Q       And that would have been done by the

7    conversion programmer?

8         A       Or the project manager or the -- or

9    maybe even some of the other people that were

10   involved on other parts of the program.

11        Q       And the people who do the background

12   work that you mentioned and the formulas and

13   calculations, would that have been conversion

14   programs or some other group of employees?

15        A       I think that -- conversion programmers

16   are only involved when there's data from another

17   piece of software that's being converted into the

18   INCODE software.  The tasking might say that this

19   is conversion, just realizing that there's more to

20   look at.  But that does not mean that I would, in

21   fact, be the conversion person.

22               The person that does the setup,

23   preliminary setup, there would be several

24   different people involved.  One could be setting

25   up forms, another person could be working with the

**EXHIBIT 27**

FREEDOM COURT REPORTING

Page 82

1    people that do -- for example, on calculations for

2    electrical permits, how do they -- somebody would

3    call, work with the building people and say, "How

4    do you calculate these things?  What are the

5    scales that you would use?"  They would write the

6    formulas for that.

7         Q      And all that would be done before you

8    get to the site?

9         A      Generally, yes.

10        Q      Are you familiar with a term

11   "configuration"?

12        A      Configuration, in a general sense, yes.

13        Q      Is that a term that's used at Tyler

14   with respect -- well, period?

15        A      Yes, but it has a lot of different

16   meanings.

17        Q      The meaning that I attached to

18   configuration relates to taking data from the

19   customer's previous system and setting it up or

20   configuring it into Tyler software.  Do you -- is

21   that a definition, if you will, of configuration

22   that you're familiar with at Tyler?

23        A      I'm familiar with the definition, but I

24   would call that conversion.

25        Q      And is conversion a subset of

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 35209 877-373-3660**

**EXHIBIT 27**

# FREEDOM COURT REPORTING

Page 83

1   configuration or something different?

2        A        It's the -- it's actually something

3   different.

4        Q        Does any of the work that you do as an

5   implementation specialist involve conversion, or

6   is that work done by a conversion programmer?

7        A        Again, the conversion programmer would

8   get the data from the site, originally, look at it

9   and try to match it up with what INCODE does.  And

10  when I was on site, my job would be to make sure

11  that what the conversion programmer changed or

12  brought into the program was what the customer

13  wanted -- how they wanted to see it or that was --

14  things were matching up, that they weren't apples

15  and oranges; so the apples fell into the apples

16  pile, and the oranges fell into the oranges pile.

17            But I would just say, "Hey, look at

18  this.  This is what's being brought over.  Is that

19  right?"  I didn't have anything to do with

20  converting it, other than telling maybe the

21  programmer, "This one goes in that pile instead,

22  and we don't need this one, based on what the

23  customer said."

24        Q        That would be the extent of the work

25  that you would do that you would describe as

**EXHIBIT 27**

FREEDOM COURT REPORTING

Page 84

1    conversion?

2          A      Yes.

3          Q      And using not my definition of

4    configuration, but a definition -- and I

5    understand you testified that it's a broad term.

6    So if you can answer the question, fine.  Is there

7    any work that you do that you would describe as

8    configuration?

9               MS. HOLMES:  Object to the form.

10         A      Maybe a very small piece of it.

11         Q      (BY MR. McKEEBY)  What piece do you

12   mean?

13         A      I couldn't put a percentage on it, but

14   it would be adjusting a form so it pulls in the

15   right kind of -- maybe changing a field from

16   something that was listed as property to something

17   that belongs in a permit field.  And it would be a

18   matter of working with a Microsoft Word template

19   to change the code.  The code -- and this is not

20   like coding in software.  It's only coding, for

21   example, changing the term from BP to PP, with

22   whatever the attachment was.

23         Q      And that's -- what definition of

24   configuration are you using when you describe that

25   functionality -- or that function, rather?

## FREEDOM COURT REPORTING

Page 85

```
1        A       How about tweaking?  Just minor

2    adjustments.  Maybe a form needs to have an extra

3    space in it.  I could go do that.

4        Q       Otherwise, it would approach

5    programming, which you don't do?

6        A       Oh, yeah, definitely.  Even a lot of

7    that other part, that's why we have specialists

8    that do nothing but Word templates, for example,

9    or forms templates.

10       Q       Let me -- I got a little off track,

11   whether you know it or not.  But let me get back

12   to you getting a task document -- tasking document

13   from Ms. -- is it Lynn?

14       A       Phyllis Lynn, yes.

15       Q       Let's -- I want to use an example.  And

16   I know that implementations can be different, but

17   is there -- I've got this Copperas Cove time

18   report in front of me, which is fairly recent.

19   It's in the beginning of 2009.  I think that's the

20   first of the --

21       A       Yes.

22       Q       Do you have that one?  And I'm not sure

23   the document is going to help you, but it might.

24   So go ahead and keep it in front of you, if you

25   like.  But my question relates to, it looks like
```

**EXHIBIT 27**

## FREEDOM COURT REPORTING

Page 93

```
 1    utility that -- the trainers actually help some of
 2    the software developers develop over time, which
 3    is a -- it's called a TD manager.  What that
 4    actually does is takes a copy of the full INCODE
 5    database and makes a mirror image of it on the
 6    server that can be used for training.  It only
 7    reads one direction.  It reads from the live data
 8    into test and training.
 9              The purpose of that is so a student can
10    get in there and just play, and make payments, and
11    calculations, and it will never hit the books.  It
12    will never affect the live software.  That can
13    take -- if it's a small database that is not an
14    SQL database, it can take 15 minutes.  If it's a
15    large database, it could take a couple hours.
16         Q      What are you doing -- let's say an
17    example of it taking a couple hours.  What
18    functions are you doing to assist in setting up
19    the full INCODE database?
20         A      Load the utility, hit run.
21         Q      And it just -- and then wait?
22         A      And then if it works, wonderful; if it
23    doesn't, find out why not and do it again.
24         Q      And you need to have this done prior to
25    doing any training?
```

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 35209 877-373-3660**

**EXHIBIT 27**

## FREEDOM COURT REPORTING

Page 94

1        A     No, not necessarily.  But it's one of

2   the baseline things I would normally do.

3        Q     Okay.  So you get to the -- let's maybe

4   back up a little bit.  It's Monday morning at

5   Copperas Cove, Texas.  How do you know -- have you

6   set up what time you're supposed to be at the

7   site?

8        A     Yes.

9        Q     That would have been in the

10  conversation that you mentioned previously?

11       A     Yes.

12       Q     Would there be a typical time that you

13  would generally have to be there or need to be

14  there?

15       A     I would be there usually when they

16  opened their doors.

17       Q     Which would be when?

18       A     In Copperas Cove, I think it was 8:00.

19       Q     And I take it you would then meet with

20  the person that you would talk to?

21       A     Right.

22       Q     And then what would you do after this

23  meeting?  Would you then do the setup?

24       A     Well, get access to the server, do the

25  setup, figure out where I'm going to be working.

**EXHIBIT 27**

## FREEDOM COURT REPORTING

Page 95

1   In the case of Copperas Cove, it was inside of a

2   little server closet.  But then there would also

3   be --

4       Q      You mean physically where you'd be

5   working?

6       A      Yeah.  Best one was a bathroom, but

7   that's another story.  Also, where I would be

8   working with people when I was actually training.

9   In that case, they had a City Council chambers, so

10  I would have to set up one of their laptops,

11  projector, that sort of thing.

12      Q      Would there be discussion during this

13  initial meeting as to when training would

14  commence?

15      A      Yes.

16      Q      And the -- I take it the customer would

17  explain its preferences as to --

18      A      Yeah, who they wanted to have trained

19  and in what quantities, I guess, depending on

20  function.  There are some generic things on the

21  CRM, or the customer relationship management

22  software, which is the packages that I was

23  training that are common.  So you could have a

24  larger group orientation and break into hands-on.

25  But who was going to be there just depended on

# FREEDOM COURT REPORTING

Page 96

1    schedules for a lot of different things.

2         Q        Is there a title that the person with

3    whom you had this initial meeting typically held?

4         A        No.

5         Q        Varied from county to county?

6         A        City to city, primarily.  It could be a

7    community development director.  It could be the

8    IT manager.  It could be the city clerk.  It just

9    depends on the city, and the size, and how they're

10   laid out.

11        Q        And I guess I also would take it that

12   the length of this initial consultation meeting

13   would vary depending on the variety of factors?

14        A        Yes.

15        Q        So, again, it would be typical that

16   during this initial consultation meaning you would

17   try to -- you would identify who needed to be

18   trained and on what?

19        A        Yes.

20             MS. HOLMES:  Object to the form.

21        Q        (BY MR. McKEEBY)  And that would be

22   based on the input the customer would tell you?

23        A        The customer -- I wouldn't identify it.

24   They would tell me who they wanted trained and how

25   much they needed to know.

**EXHIBIT 27**

## FREEDOM COURT REPORTING

Page 97

1    Q    Right.  And from that, you would work
2  with this person as to a schedule?
3    A    An outline of a schedule, not a hard
4  schedule; only because so many things are
5  variable.
6    Q    But the customer would tell you
7  something along the lines of, you know, "These
8  particular employees need to be trained on these
9  particular functions"?
10   A    Yes.
11   Q    And then you would determine how
12 long -- or you would determine the type of
13 training that would be necessary to meet that
14 customer's preferences with respect to what these
15 particular employees would need to know about
16 those particular functions?
17        MS. HOLMES:  Object to the form.
18   A    Better restate that, because I'm not
19 sure I understand the question.
20   Q    (BY MR. McKEEBY) Sure.  I'm trying to
21 get to, ultimately, how the training is scheduled.
22 Because I take it employees at this customer
23 location need to know when to be in the -- I guess
24 they weren't going to the server closet, but they
25 were going to -- what was the --

## FREEDOM COURT REPORTING

1   necessarily scheduled.  "Okay.  You're going to be

2   trained from 2:00 to 3:00 or 2:00 to 3:30," or

3   anything like that.  That's not how that works?

4          A    No.

5          Q    So there's not a schedule set up like

6   that?

7          A    No.  We might have a start time of,

8   say, 1 o'clock, and we could work for an hour and

9   a half, then somebody has to leave; or other times

10   it would be someone would say, "Well, can you

11   explain some more here or show me how this does?"

12   It always seems like there's some side discussions

13   about how the product is going to help them and

14   their process as integrated into the software.

15          Q    So you would -- I guess you would agree

16   with me that the training would be interactive?

17          A    Oh, absolutely interactive, yes.

18          Q    Because they would ask you questions

19   about particular functions?

20          A    Or I would see they needed more

21   explanations about certain things, yes.

22          Q    And how would you see that; because

23   they weren't grasping it?

24          A    By their questions, or lack thereof, or

25   their facial expressions, or --

## FREEDOM COURT REPORTING

1       Q       Right, right.  And would this be

2    classroom-style training, typically, if I can use

3    that term?

4       A       Not really, no.  Very few -- very few

5    times would I stand up and lecture.

6       Q       Would the people that were in the

7    training have laptops in front of them?

8       A       Generally not -- well, no, they would

9    not, generally.

10      Q       Would you have -- would you be

11   presenting a PowerPoint to them?

12      A       Sometimes.

13      Q       Depending on what?

14      A       Where the audience started from, or how

15   much they know about things.  Sometimes it would

16   be -- I'd probably say 10 percent of the time

17   where they even use a PowerPoint at all.

18      Q       In those other 90, roughly -- I know

19   you're giving approximations -- roughly 90 percent

20   of times, what would you -- would you have

21   anything that you would use as training, or would

22   you just kind of talk them through?

23      A       Well, no.  It would be a projection

24   with the application of their data, and that's why

25   the training database was tested.  Training base

## 367 VALLEY AVENUE
## (205) 397-2397 BIRMINGHAM, ALABAMA 35209 877-373-3660

**EXHIBIT 27**

## FREEDOM COURT REPORTING

Page 101

1    is so critical so they can see their stuff, and

2    they can say, "Look up so and so."

3         Q       So the projection would be of screen

4    shots?

5         A       No, live -- or test data.  It could be

6    live data in some cases.

7         Q       Would you have a laptop at the training

8    where you would be manipulating the data to show

9    them -- making entries to show them how the

10   software worked?

11        A       If I had -- well, depending on exactly

12   what was going on; but that could work that way,

13   yes.

14        Q       Were there ever occasions where you

15   would have one-on-one training with particular

16   subsets of employees?

17        A       Yes.

18        Q       And would those, typically, be

19   employees who needed a greater level of -- or more

20   broad level of understanding of the software?

21        A       It just depended.  In some cases, it

22   would be somebody that needed more practice, more

23   explanations.  In other cases, it was people that

24   I would sense would need -- would benefit by

25   having more in-depth understanding of how things

**EXHIBIT 27**

# FREEDOM COURT REPORTING

Page 102

1    are set up, so they could maintain the software

2    better and have a better understanding how it's

3    going to -- make it work for them.

4         Q    And in those instances, would you have

5    to go to the project manager at Tyler or someone

6    internal with the customer and say, "Hey, I need

7    to spend some additional time with employee X,

8    because I think that employee X needs additional

9    training on a particular topic"?

10        A    No.

11        Q    You would just do it?

12        A    I would just do it.  Usually work with

13   whoever the senior person was to let them know; or

14   then would even let me know sometimes that, "This

15   person only needs this much," or "This is a person

16   that is really good in this area, but they have

17   never used computers before."

18        Q    When you say "a senior person," are you

19   referring to someone with the company -- or the

20   customer, rather?

21        A    With the customer, not the company.

22        Q    And when you're doing this training --

23   like I'll take Copperas Cove, Texas as an example

24   again, but we can deviate as necessary -- is there

25   anyone else with you from Tyler that's doing the

**EXHIBIT 27**

## FREEDOM COURT REPORTING

Page 105

1    Q    And so during that period of time when

2  you didn't have the acknowledgment document, did

3  you have any reporting functions in the sense of

4  telling your supervisors on a daily, weekly, or

5  other basis, "Here's what I did.  Here's how it

6  went," or anything along those lines?

7    A    Quite often there would be a trip

8  report talking about the overall what happened,

9  what went well, what was open, what problems are

10  left.

11    Q    When you use the term "trip report,"

12  are you referring to a written document?

13    A    Yes.

14    Q    And in that document, I take it you

15  would just summarize the training that you

16  provided during the trip?

17    A    That's correct.

18    Q    Is that something that you had to fill

19  out on every case, or would someone tell you to do

20  that, or did you do something else?

21    A    It was just something -- I think we

22  were supposed to, especially if there were any

23  problems.  But usually I would put some comments

24  down so the account manager and the project

25  manager would both know what's going on, as well

**EXHIBIT 27**

# FREEDOM COURT REPORTING

Page 106

1    as those people.

2         Q      Would you be at the customer facility

3    when the customer went live to Tyler's software?

4    Would that be typical?

5         A      Yes, it would.

6         Q      And let's make sure we have the same

7    understanding of what going live means.  That

8    means when the customer, for the first time, is

9    actually using the Tyler software to perform

10   functions to transmit information and is no longer

11   using its old software system?

12        A      Enter recordable data.  How is that?

13        Q      To enter recordable data?

14        A      Yes.  That would be going live.  And

15   they would say, "Joe Smith is a new person.  This

16   is how we put him in, and they are now in the

17   system for real."

18        Q      And entering recordable data in Tyler's

19   systems?

20        A      Yes.

21        Q      And you say you would, typically, be

22   there during that process?

23        A      To answer questions, yes.

24        Q      How long would that -- would you be

25   there during the go-live process?

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 35209 877-373-3660**

**EXHIBIT 27**

## FREEDOM COURT REPORTING

Page 107

1     A     Well, it would depend on the software;

2  but, typically, the last day is all live, just to

3  make sure that I can stand back, listen to their

4  questions, listen to their concerns, encourage

5  them through it to stop and think and listen;

6  and make sure that they have the confidence that

7  when I leave, they're using the software and

8  they're comfortable doing so.

9     Q     And in terms of how you enter that time

10  on these time reports, would you classify that as

11  training as well?

12     A     Oh, absolutely.

13     Q     But that's how you would report your

14  time on your time reports?  Because I didn't see

15  anything in the examples that you provided me that

16  distinguished, you know, this kind of go-live

17  support that you provided, if you will, from the

18  actual training that you just described a moment

19  ago.  And I take it the reason for that is because

20  you would designate that go-live support in the

21  sense that you've answering questions as part of

22  the training?

23     A     Yes.  The narrative would say if it was

24  live or not; in addition to, the acknowledgment

25  document now has a specific block for the go-live

## FREEDOM COURT REPORTING

Page 108

1    date.

2         Q     But the time reports would just say

3    training?

4         A     Yes.

5         Q     That we've been going through today?

6         A     Yes.

7         Q     They would just say training?

8         A     That's correct.

9              MS. HOLMES:  Object to the form.

10        A     Training as in --

11             MR. McKEEBY:  She's actually mad

12   because I asked you the same question.  But I

13   wasn't sure that I asked you right.  But I think

14   we've got it.  I'll move on.

15        A     Let me ask and make sure that I

16   understand it this way.

17        Q     (BY MR. McKEEBY)  Okay.

18        A     The first time you were the lead, if

19   there was somebody sitting there kind of being

20   with you to show you what was going on, would that

21   be considered training?

22        Q     I would consider that training, yes.

23        A     Okay.

24        Q     It's not only training; but, yeah.

25        A     It's mentoring, it's training, it's a

## FREEDOM COURT REPORTING

Page 116

1        A        That's correct, nor would it include

2    things like developing trip requests on the

3    weekends for other trips that are coming up, or

4    developing a trip request because of a task and

5    short notice tasking that I would do during the

6    week.

7        Q        (BY MS. HOLMES)  Do any of these time

8    reports include the time you actually had to spend

9    doing the time reports?

10       A        No, not really.

11       Q        How much time would it take you to

12   actually fill them out and do the time reports,

13   approximately?

14       A        It just depended on the situation.

15   Because there would be the time report, there

16   would also be maybe a paragraph added into a part

17   of the trip report that I keep developing over the

18   week; just notes, that sort of thing.  How much

19   time?  I don't know; maybe -- it would just

20   depend.  It could vary quite a bit.

21       Q        You can give an average, if there's an

22   estimate.

23       A        45 minutes to an hour, in the evenings.

24       Q        Okay.  The records that you provided

25   that are called "Time Reports," do they include

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 35209 877-373-3660**

**EXHIBIT 27**

# FREEDOM COURT REPORTING

Page 117

```
 1    any of the time that you didn't go out on site?

 2         A     Some of them do.

 3         Q     Some do, okay.  But some do not?

 4         A     Yes.

 5         Q     So there would be additional time that

 6    would not be recorded on here if it didn't reflect

 7    time that you actually went out -- or did not go

 8    out, excuse me?

 9         A     If I was working with a customer, but

10    not on site, yes, they would not necessarily be in

11    here.

12         Q     Can you estimate an approximate amount

13    of hours that you believe you worked in excess of

14    40 hours a week?  In other words, can you give us

15    an estimation of how many hours per -- an average

16    of how many hours per week you believe you worked

17    in excess of 40 hours?

18         A     I'm not sure.  If I were to average

19    everything mentally, not by having looked at any

20    series of numbers, counting travel, probably eight

21    to ten hours a week.  I'm just guessing.

22         Q     I understand.  It's an estimate based

23    upon what you were thinking.

24         A     Yeah.

25         Q     Now --
```

**EXHIBIT 27**

# FREEDOM COURT REPORTING

Page 118

1       A       I'll give you an acronym for it later.

2       Q       You testified, I guess, for Paulo,

3  about your previous job at Environmental Support

4  Solutions.  Do you recall that?

5       A       Yes.

6       Q       How was your job -- well, first of all,

7  let me ask you this:  Was your job with

8  Environmental Support Solutions identical to your

9  job at Tyler Technologies?

10      A       No.

11      Q       Was it very different than your job at

12  Tyler Technologies?

13      A       Subject wise, absolutely 100 percent

14  different.  As far as telephone trainings, a lot

15  more of those there than here; completely --

16  almost in reverse proportion.  So it was quite a

17  bit different.

18      Q       And when you were working at Tyler

19  Technologies, how much input did your program

20  manager have on your day-to-day activities?  I

21  mean, did they schedule your trips?

22      A       The program manager, no.  Again, we had

23  one person, Phyllis Lynn, where I worked, that

24  would give the tasking.  And that would be based

25  on the contract, obviously; the sequence of the

**EXHIBIT 27**