## DECLARATION OF LISA WHITE

1. My name is Lisa White; I reside at 205 Spillway Road in Longview, Texas, 75604. I am over the age of eighteen (18) and am competent to testify to the following from my own personal knowledge and experience.

2. I was employed as a Client Liaison with EDP Enterprises Inc. from February 16, 2004 through February 28, 2007. My job duties involved working with EDP Enterprises Inc.'s customers regarding software programs purchased from EDP. I worked with the EDPRO, UNIX, and Microsoft Office software programs

3. During the time that I was a Client Liaison with EDP Enterprises, Inc. my job duties consisted primarily of assisting customers during the conversion of their existing software to the new windows based EDP Enterprises, Inc. software. This process involved the conversion of the customer's data from their existing software to the new EDP Enterprises, Inc.'s software as well as training the customer's employees on the use and operation of the EDP Enterprises Inc.'s software. Additionally, my job duties consisted of gathering information from the customers and communicating their needs to the EDP Enterprises Inc.'s conversion programmers. I performed this work from the EDP Enterprises, Inc. office in Longview using the telephone and my computer. I could network into the customer's server to access their data on the EDP software. During the conversion process I would verify the customer's data after it was converted. When I found an error I would contact the customer and assist them with correcting the error. I participated in conversion planning meetings, trained customers how to operate the new software program, and assisted the on-site implementation team while they were training the customer. If the client had a software requirement that was not provided by the basic software package, I would relay the necessary information regarding the specific client needs to EDP Enterprise Inc.'s software developers and they would make the necessary changes to the program. I would work with the conversion team until the customer was up and running on the new software. After completing the conversion, clients would contact me regarding use of the software and I would assist them over the phone.

4. I reported to work at the Longview Office of EDP Enterprises, Inc. I customarily and regularly worked in the EDP Enterprises, Inc. office however I would occasionally travel to a customer site to assist with conversion and/or training.

5. I generally worked an average of 60 hours per week. Some weeks I worked as many as 80 hours.

6. EDP Enterprises, Inc. paid me a salary of $1,615.38 every two weeks. I was not paid any additional wages for time that I worked over 40 hours per week.

7. At the time I began working for EDP Enterprises Inc, I had a high school diploma and no specialized computer training.

8. Although I was paid on a salary basis, I was required to report the hours that I worked. I filled out a time sheet every week and submitted it to my supervisor. This was filled out by accessing a template on the company website, completing the time sheet with actual hours worked, printing the time sheet, signing and submitting it to my immediate supervisor. The supervisor verified the time reported, signed the time sheet, and submitted the time sheet to the president's secretary who recorded the actual time worked in a company database. The template that was used to record time kept a record of time reported.

**EXHIBIT 33**

9. From my experience, the job title "Client Liaison" was used by EDP Enterprises, Inc. to refer to a group of EDP Enterprise, Inc. employees that shared the same job position and the same job duties as I did.

10. From my experience working as a "Client Liaison" with EDP Enterprises, Inc. I have personal knowledge of EDP Enterprises, Inc.'s policies and procedures for compensating its "Client Liaisons." It was EDP Enterprises, Inc's policy and practice to pay all of its "Client Liaisons" on a salary basis without additional compensation for time worked over 40 hours per week.

11. I regularly worked with 1 Client Liaison and 2-3 trainers at EDP Enterprises, Inc. I have personal knowledge that these co-workers regularly worked more than 40 hours per week.

12. From my experience and conversations with other EDP Enterprises, Inc.'s Client Liaison, I know that other Client Liaisons performed the same duties as did I and have been subjected to the same compensation policies and practices as I.

13. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 30th day of March, 2009, at Longview, Texas.

_____
LISA WHITE

**EXHIBIT 33**