## DECLARATION OF ILENE ANNE MEYERS

1.  My name is Ilene Anne Meyers. I reside at 401 Oakridge Road Cary, North Carolina 27511. I am over the age of eighteen (18) and am competent to testify to the following from my own personal knowledge and experience.

2.  I was employed with Tyler Technologies, Inc. from April 2006 through October 2007 as an Implementation Specialist in Raleigh North Carolina. I worked out of the Tyler Technologies, Inc.'s office at 900 Ridge Field Dr. Raleigh, North Carolina   27609.

3.  During the time that I was an Implementation Specialist with Tyler Technologies, Inc.  my job duties consisted primarily of assisting  customers during the conversion of their existing software to the  MUNIS financial software.  This process involved the conversion of the customer's data from their existing software to the new MUNIS software as well as training the customer's employees on the use and operation of the MUNIS software.  During the conversion process  I would assist with verifying the customer's data after it was converted.  If there were errors in the converted data I would assist the customer with correcting  data errors.  I also trained customers how to operate the new software program.  I performed my job primarily at the customer's offices where I would remain until the conversion was complete and the customer was up and running on the MUNIS software.  When I was not at a customer's location I was required to report to the Raleigh office to work.  When I was at the Raleigh office of Tyler Technologies, Inc.  I would answer service calls from customers concerning the use and operation of MUNIS software.  I would also schedule and conduct training sessions over the telephone.

4.  During the time I worked for Tyler Technologies, Inc. as an Implementation Specialist,  I regularly worked an average of 60 hours per week.   I never worked less than 40 hours per week unless I was on vacation or took time off for illness.

5.  Tyler Technologies paid me a salary of $42,000.00.   I was also given a travel premium of $25.00 per day for each day that I was out of town performing billable work at a customer's location.  After six months of employment I was also paid an "expertise bonus" of $30.00 per day for each day that I was out of town performing billable work at a customer's location. Tyler Technologies, Inc. did not

**EXHIBIT 35**

pay me any additional compensation when I worked more than 40 hours in a week.

6. I regularly worked with other Implementation Specialists at Tyler Technologies, Inc. I have personal knowledge that these co-workers customarily and regularly worked more than 40 hours per week.

7. From my experience, the job title "Implementation Specialist" was used by Tyler Technologies, Inc. to refer to a group of Tyler Technologies, Inc. employees that shared the same job position and the same job duties as I did.

8. From my experience working as a "Implementation Specialist" with Tyler Technologies, Inc. in their Raleigh North Carolina office, I have personal knowledge of Tyler Technologies, Inc.'s policies and procedures for compensating its "Implementation Specialists." It was Tyler Technologies, Inc's policy and practice to pay all of its "Implementation Specialists" in Raleigh North Carolina on a salary basis without additional compensation for time worked over 40 hours per week.

9. From my experience and conversations with other Tyler Technologies, Inc.'s Implementation Specialists that worked out of the Raleigh North Carolina office, I know that these Implementation Specialists performed the same duties as did I and have been subjected to the same compensation policies and practices as I.

10. I declare under penalty of perjury that the foregoing is true and correct. Executed this _2_ day of _April_ 2009, at _____.

_____
ILENE ANNE MEYERS

**EXHIBIT 35**