# DECLARATION OF KIM HUYNH

1. My name is Kim Huynh. I reside at 550 South Lakeside Lane Witchita, Kansas 67230. I am over the age of eighteen (18) and am competent to testify to the following from my own personal knowledge and experience.

2. I was employed as a Implementation Specialist for Tyler Technologies, Inc. In Plano Texas from January 2007 through October 2007. During my employment with Tyler Technologies, Inc. I worked with Odyssey software for courts.

3. During the time that I was an Implementation Specialist with Tyler Technologies, Inc. my job duties consisted primarily of assisting customers during the conversion of their existing software to the Odyssey software. This process involved the conversion of the customer's data from their existing software to the new Odyssey software, setting up the software modules and training the customer's employees on the use and operation of the Odyssey software. During the conversion process I would assist with verifying the customer's data after it was converted and set up the various software modules. If there were errors in the converted data I would assist the customer with correcting data errors in their existing data base. I also trained customers how to operate the new software program. I performed my job primarily at the client's site where I would remain until the conversion was complete and the customer was up and running on the Odyssey software. I also performed computer hardware installation, in addition to the conversion and training.

4. I generally worked an average of 45 hours per week.

5. Tyler Technologies, Inc. paid me a yearly salary of approximately plus a travel bonus of $ 50⁰⁰ per day when I was out of town performing billable work at a client's site. I did not receive additional compensation for hours that I worked in excess of 40 hours per week.

6. From my experience, the job title "Implementation Specialist" was used by Tyler Technologies, Inc. to refer to a group of Tyler Technologies, Inc. employees that had the same job position and the same job duties as I did.

7. From my experience and conversations with other Tyler Technologies, Inc. "Implementation Specialists ," I know that other "Implementation Specialists" performed the same duties as did I and have been subjected to the same compensation policies and practices as I.

1.

8. I declare under penalty of perjury that the foregoing is true and correct. Executed this 31ˢᵗ day of March 2009, at Wichita, ~~Texas.~~ Kansas

*Kim Huynh*
KIM HUYNH

**EXHIBIT 36**