IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PATTY BEALL, MATTHEW MAXWELL, DAVID GRAVLEY, TALINA MCELHANY, KELLY HAMPTON, CASEY BROWN, JASON BONNER, ANTHONY DODD, ILENE MEYERS, TOM O'HAVER, JOY BIBLES, AND MELISSA PASTOR, Individually and on behalf of all others similarly situated; | § § § § § § § § § | |
| Plaintiffs, | § § § | 2:08-cv-422 TJW |
| TYLER TECHNOLOGIES, INC. AND EDP ENTERPRISES, INC. Defendants. | § § § § | |

## ORDER REGARDING PLAINTIFF'S UNOPPOSED MOTION TO EXTEND THE DEADLINE FOR PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO STRIKE FARRINGTON'S EXPERT REPORT AND MOTION TO STRIKE PORTIONS OF HAKALA'S EXPERT REPORT

ON THIS DATE, CAME ON TO BE CONSIDERED Plaintiffs' Unopposed Motion to Extend the Deadline for Plaintiffs' Response to Defendants' Motion to Strike Farrington's Expert Report and Defendants' Motion to Strike Portions of Hakala's Expert Report. After careful consideration of the motion, this Court hereby GRANTS the motion. Plaintiffs' deadline to respond to Defendants' Motion to Strike Farrington's Expert Report and Defendants' Motion to Strike Portions of Hakala's Expert Report is extended to November 18, 2010.

It is so ORDERED.

SIGNED this 15th day of November, 2010.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE