IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PATTY BEALL, MATTHEW MAXWELL, § | |
| TALINA MCELHANY AND KELLY § | |
| HAMPTON, individually and on behalf of § | |
| all other similarly situated, § | |
| § | |
| PLAINTIFF, § | |
| § | |
| Vs. § | NO. 2:08-CV-422 |
| § | |
| TYLER TECHNOLOGIES, INC. AND § | |
| EDP ENTERPRISES, INC. § | |
| § | |
| DEFENDANTS. § | |

**PLAINTIFFS' RESPONSE TO DEFENDANTS TYLER TECHNOLOGIES, INC. AND EDP ENTERPRISES, INC.  OBJECTIONS TO PLAINTIFFS' EXPERT DR. SCOTT D. HAKALA AND MOTION TO STRIKE PORTIONS OF HAKALA'S EXPERT REPORT**

TO THE HONORABLE T. JOHN WARD:

Plaintiffs, Patty Beall, Matthew Maxwell, Talina McElhany and Kelly Hampton, individually and on behalf of all others similarly situated, file their Response to Defendants Tyler Technologies, Inc. and EDP Enterprises, Inc. Objections to Plaintiffs' Expert Dr. Scott D. Hakala and Motion to Strike Portions of Hakala's Expert Report, and respectfully requests that this court hold a hearing, and, after the hearing, deny Defendants' Motion to Strike Hakala's Expert Report as moot.

### I. INTRODUCTION & STIPULATION

1.1     Plaintiffs sued Defendants for unpaid wages resulting from Defendants' misclassification of Plaintiffs under the Fair Labor Standards Act (the "FLSA"). Defendants claim

that they do not owe Plaintiffs any unpaid wages because Plaintiffs are exempt under the administrative and/or computer professional exemptions of the FLSA.

    1.2    Defendants Motion to Strike is limited to Dr. Hakala's following opinion:

"...[B]ased on my experience, the salary levels and wage rates reported are customarily associated with less technical and non-managerial employment positions in this industry sector. Professional and technical employees typically earn salaries in the range of $80,000 to $120,000 and receive bonuses of %5 or more on average per annum. Greater skilled and more advanced professional and technical software engineers and managers typically earn even greater levels of compensation."

(Defendants' Motion to Strike in Part, p. 2). Plaintiff's stipulate they will not offer this opinion at trial. Based on Plaintiffs' stipulation, Defendants have agreed to withdrawal its Objections to Plaintiffs' Expert Dr. Scott D. Hakala and Motion to Strike Portions of Hakala's Expert Report.

### III. CONCLUSION

    3.2    Plaintiffs stipulate they will not offer Dr. Hakala's opinion concerning the salary level and wage rate ranges of other employees in Plaintiffs' industry sector. Based on Plaintiffs' stipulation, Defendants agree to withdraw its Motion.

### IV. PRAYER FOR RELIEF

    33.    For these reasons, Plaintiff asks the Court to deny Defendant's objections as moot.

    Respectfully submitted,

    SLOAN, BAGLEY, HATCHER & PERRY LAW FIRM

    /s/ Laureen F. Bagley
    John D. Sloan, Jr.
    State Bar No. 18505100
    jsloan@textrialfirm.com
    Laureen F. Bagley

        State Bar No. 24010522
lbagley@textrialfirm.com
101 East Whaley Street
P.O. Drawer 2909
Longview, Texas 75606
(903) 757-7000
(903) 757-7574 (Fax)

Alexander R. Wheeler
awheeler@rrexparris.com
Jason Paul Fowler
jfowler@rrexparris.com
R. REX PARRIS LAW FIRM
42220 10TH Street West, Suite 109
Lancaster, CA 93534-3428
(661) 949-2595
(661) 949-7524 (Fax)

John P. Zelbst
zelbst@zelbst.com
Chandra L. Holmes Ray
chandra@zelbst.com
ZELBST, HOLMES & BUTLER
P.O. Box 365
Lawton, OK 73502-0365
(580) 248-4844
(580) 248-6916 (Fax)

James E. Wren
Texas State Bar No. 22018200
James_Wren@baylor.edu
One Bear Place #97288
Waco, Texas 76798-7288
(254) 710-7670
(254) 710-2817 (Fax)

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF CONFERENCE

I certify that on November 18, 2010, I conferred with Defense Counsel, Paulo McKeeby. Counsel has complied with the meet and confer requirement in Local Rule CV-7(h) and Defense counsel is Unopposed to Plaintiff's Response and Stipulation and have agreed to withdraw their objection. The personal conference required by this rule was conducted on November 18, 2010, via teleconference.

By: /s/ Laureen F. Bagley
LAUREEN F. BAGLEY

## CERTIFICATE OF SERVICE

I hereby certify that on this the 18th day of November, a true and correct copy of this document was sent via electronic mail to the following:

Paulo B. McKeeby
Ellen L. Perlioni
Farin Khosravi
*Morgan, Lewis & Bockius LLP*
1717 Main Street, Suite 3200
Dallas, TX 75201-7347

Deron R. Dacus
*Ramey & Flock P.C.*
100 East Ferguson, Suite 500
Tyler, TX 75702

By: /s/ Laureen F. Bagley
LAUREEN F. BAGLEY