```
 1            IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF TEXAS
 2                     MARSHALL DIVISION


 3


 4   PATTY BEALL, MATTHEW
     MAXWELL, TALINA MCELHANY
 5   and KELLY HAMPTON,
     individually, and on
 6   behalf of all others
     similarly situated,
 7
         Plaintiffs,
 8


 9   vs.                          CASE NO:  2:08-cv-422 TJW


10
     TYLER TECHNOLOGIES, INC.,
11   and EDP ENTERPRISES, INC.,

12       Defendants.


13
               * * * * * * * * * * * * * *
14

15   DEPOSITION OF:    RONALD GRIMWOOD

16   DATE TAKEN:       September 8, 2010

17   TIME:             2:05 p.m. - 4:10 p.m.

18   PLACE:            ComCenter Bradenton
                       6150 State Road 70 E
19                     Bradenton, Florida 34203

20   TAKEN BY:         The Defendants

21   REPORTED BY:      Kerry Mercade, CSR, CRI, FPR
                       Court Reporter and Notary Public
22


23


24


25
```

1  general overall.  Here's what we're going to do

2  type of thing, and that's basically it.

3     Q.   Is the project plan a written document?

4     A.   Yes.

5     Q.   And I take it that the project plan was

6  prepared by the project manager?

7     A.   Yes.

8     Q.   Was the project plan something that you

9  referred to during your role in the implementation

10 process?

11    A.   Sometimes, yes.

12    Q.   The kickoff meetings occurred.  What is

13 the next step in the implementation?  Again,

14 generally.  At some point we're going to get what

15 you did, obviously, but we're not going to go over

16 that yet.

17    A.   No.  The next step after that would be the

18 assignment of duties and responsibilities by the

19 project manager.  So that would be the very first

20 step really in the process is:  What are you doing

21 now?  What are you -- how do you operate now?  How

22 do you create a requisition or a purchase order?

23 How do you do accounts payable?  Those kinds of

24 things would be the next step.

25    Q.   So, broadly, understanding the customer's

```
 1   current processes?
 2       A.   Yes.
 3       Q.   And is that again a role that was
 4   performed by the project manager?
 5       A.   The project manager may get involved in
 6   that or the implementation team may get involved
 7   in that, depending on the site.  There is a
 8   difference between big sites and small sites.
 9       Q.   And I take it, it would be more likely
10   that the project manager would be involved in that
11   process if it was a larger site?
12       A.   A larger site, yes, would be involved with
13   someone else in that to get into the nitty gritty
14   detail.
15       Q.   And is there a shorthand way to refer to
16   this?  I don't know if it's a meeting or process
17   by which Tyler generally assigns duties and
18   responsibilities and learns how the customer
19   handles requisitions and other processes?
20       A.   Usually, the implementation specialist,
21   who was responsible for those programs, would meet
22   with whomever the site decided they should meet
23   with to get the answers to those questions.
24       Q.   So this was something that you, as an
25   implementation specialist, performed?  This was a
```

```
 1   stage?
 2       A.   Requisitions is an example, okay.  Who
 3   creates the first requisition?  Where is the
 4   requisition first created?  Is it created at the
 5   janitor level?  Is it created at the purchasing
 6   office?  Where is it actually created?  If it is
 7   created down here someplace in the organization,
 8   how does it proceed to get to purchasing to become
 9   a purchase order?  What is the policy?  Who can do
10   it?  What can they buy?
11            All of those kinds of questions would be
12   asked during that process.  They would be listed
13   there when we would get their policy.  Do you have
14   credit cards?  If so, who has access to the credit
15   card?  What is the amount they can purchase?  You
16   know, what is your policy on this?  Do you have a
17   policy manual?  Can we get your policy manual?
18   Those kinds of things.
19       Q.   Is it your testimony that all of those
20   questions would have been in the list that you
21   would have printed out?
22       A.   Yes.
23       Q.   What is the next step of the
24   implementation process?
25       A.   The next step after that would be to sit
```

1  down with the Munis program itself and show them
2  the alternatives they have to their current
3  operational plan, if you will.
4      Q.   And when you say "alternatives," what
5  kinds of alternatives do you mean?
6      A.   Take alternatives -- take that example of
7  the requisitions.  Let's say we found out they
8  handwrite requisitions and then they put it in the
9  mail, and it goes to the interoffice mail, and it
10 goes to the supervisor, and he jots notes on it
11 and so on and so forth.
12          In Munis, we have an electronic approval
13 process, which makes it faster, easier to make
14 corrections, et cetera, et cetera, et cetera.
15 They would say, generally, we only want certain
16 people to approve that we have in our
17 administrative side.  We can set up an approval
18 process.  So and so can only see requisitions over
19 $500.  So and so can see up to a $1,000.  You can
20 determine who you want in that approval process,
21 all the way to purchasing.  So that would be --
22 that would be an example of how we would do that.
23          We would generally -- I would generally -
24 and I'm sure the rest of the people did, too -
25 demonstrate that in the Munis program itself.

1              CERTIFICATE OF REPORTER

2     STATE OF FLORIDA

3     COUNTY OF HILLSBOROUGH

4           I, KERRY MERCADE, CSR, Court Reporter and

5     Notary Public, HEREBY CERTIFY THAT I was

6     authorized to and did stenographically report the

7     deposition of RONALD GRIMWOOD, that a review of

8     the transcript was requested; and that the

9     foregoing transcript, Pages 4 through 92, is a

10    true and accurate record of my stenographic notes.

11          I FURTHER CERTIFY that I am not a

12    relative, or employee, or attorney, or counsel of

13    any of the parties, nor am I a relative or

14    employee of any of the parties' attorney or

15    counsel connected with the action, nor am I

16    financially interested in the action.

17          DATED this 13th day of September, 2010.

18

19

20

21    _____
      KERRY MERCADE, CSR, CRI, FPR
      CERTIFIED COURT REPORTER
22

23

24

25