Freedom Court Reporting, Inc                                   1

```
1              IN THE UNITED STATES DISTRICT COURT

2              FOR THE EASTERN DISTRICT OF TEXAS

3                       MARSHALL DIVISION

4              CASE NO. 2:08-cv-422 TJW

5   _____

6   _____

7   PATTY BEALL, MATTHEW

8   MAXWELL, TALINA MCELHANY AND

9   KELLY HAMPTON, individually

10  and on behalf of all other

11  similarly situated;

12  Plaintiffs,

13  vs.

14  TYLER TECHNOLOGIES, INC., AND

15  EDP ENTERPRISES, INC.,

16  Defendants.

17  _____

18  _____

19            DEPOSITION OF TRAVIS VOID

20

21  At Raleigh, North Carolina

22  July 29, 2010

23  2:25 p.m. - 4:30 p.m.

24  Reported by:  Rebecca L. Crunk
```

367 Valley Avenue Birmingham, Alabama (877) 373-3660

EXHIBIT 37

```
 1    A.    Right.
 2    Q.    And when you use the term agenda, tell me what that
 3          means.  Is agenda -- because I think of agenda as
 4          meaning possibly, you know, the schedule for the
 5          trip, or it could mean here are the topics that I'm
 6          going to cover, or I suppose it could mean something
 7          else.  Those are the two examples that I can think
 8          about.  What's closer to what you meant when you said
 9          agenda?
10    A.    It goes over what modules we're going to be training
11          in, and under the module, what programs within the
12          module would we go over.
13    Q.    Does it talk about the schedule for those different
14          tasks?
15    A.    Yes.  It'll have, like, Monday, and they'll set a
16          time for the specific task to be completed, and we
17          try to keep it within that time on the agenda.
18    Q.    Who sets the time for the task to be completed?
19    A.    Project manager.
20    Q.    And then you set the agenda to try to accomplish that
21          task within the deadline set by the project manager.
22    A.    Yes.
23    Q.    Do you submit the agenda for approval to the project
24          manager?
```

```
 1   A.   Not all the time.  Sometimes they'll just tell us to
 2        go with what we have.
 3   Q.   Do you submit the agenda to the client for approval?
 4   A.   Yes.
 5   Q.   And is that something that's done before you get to
 6        the customer location?
 7   A.   Yes.
 8   Q.   So you would send it directly via email to the client
 9        and say something along the lines of, here's the
10        agenda, here's what we're planning.  Does this
11        correspond with your needs?
12   A.   Not does it correspond to your needs, but they get
13        the right people to be in the right place at the
14        right time to match the agenda and to see if we need
15        to make any changes according to their schedule.
16   Q.   So that goes more to the availability of the people
17        who need to be trained.
18   A.   Right.
19   Q.   And the client, obviously, is going to have more
20        information about that than you would.
21   A.   Exactly.
22   Q.   I take it the five different types of support or
23        training that you've listed are all of -- you've
24        performed all of these things in your employment.
```

```
 1              their previous system.  We just need to know how they
 2              conducted business.
 3      Q.      What's an example of how they conducted business with
 4              respect to financial software?
 5      A.      How they handle an invoice that comes in.
 6      Q.      And when you say how they handle an invoice, you mean
 7              where did it get routed, who needed to approve it,
 8              those kinds of things?
 9      A.      Right.  Right.
10      Q.      And so that has less to do with software and more to
11              do with processes.
12      A.      Yes.
13      Q.      And how is it that you get that information from the
14              client?  Is that -- I'll leave it at that.
15      A.      That's more of the setup, so that's how we determine
16              how the system needs to be set up based off of how
17              they used to do business and how we can kind of keep
18              it similar.
19      Q.      Right.  Keep it similar within the MUNIS software.
20      A.      Yes.
21      Q.      So that's something -- that's information you gather
22              from the client during this setup training?
23      A.      Yes.
24      Q.      Do you know the term systems analysis, system
```

```
 1        analysis?
 2   A.   Yes.
 3   Q.   My understanding, I'll tell you my understanding of
 4        system analysis is, and you can tell me if it's the
 5        same as yours or if I need to change it.  It'll be
 6        pretty basic.
 7        But my understanding of a system analysis is where
 8        someone from Tyler is sitting down with the company,
 9        the customer, and gathering information from the
10        customer about their processes and how they, for
11        example, handle invoices is the example that you
12        used, and gathering that information from the
13        customer.  That's my understanding of a system
14        analysis.  Is that close?
15   A.   It's close.
16   Q.   Okay.
17   A.   It's like an as is.
18   Q.   Okay.  An as is in the sense that you're learning
19        what the customer's legacy system is.
20   A.   Their processes within the legacy system.
21   Q.   Got it.  Got it.  And my question is:  I take it from
22        your testimony that's work that you, as an
23        implementation consultant, performed as part of your
24        job.
```

1  A.  Yes.
2      MS. BAGLEY: Object to the form.
3  BY MR. McKEEBY:
4  Q.  And so you, as an implementation consultant,
5      performed systems analysis?
6  A.  Yes.
7      MS. BAGLEY: Form.
8  BY MR. McKEEBY:
9  Q.  Okay. So during this training regarding setting up
10     the system, you're both training the customer as to
11     Tyler system and gathering information about their
12     processes.
13 A.  Yes.
14 Q.  When you're doing training regarding setting up the
15     system, do you record that exchange of information in
16     any type of report?
17 A.  Yes.
18 Q.  Is that a trip report?
19 A.  It can be, but usually it's on an agenda.
20 Q.  And what do you do with the agenda?
21 A.  Submit it to the project manager.
22 Q.  Is the project manager typically with you when you're
23     doing the setup training?
24 A.  No.

```
 1   Q.   What if the customer's preference with respect to a
 2        typical or a particular process such as handling
 3        invoices is not something that can be replicated in
 4        Tyler's software, is that something that you would
 5        record in the agenda?
 6   A.   Yes.  And the project manager can decide what can be
 7        done.
 8   Q.   Has that ever happened?
 9   A.   Yes.
10   Q.   So when that happens, do you ever -- are you ever in
11        a position to tell the customer, well, Tyler's
12        software doesn't allow you to do it that way, but
13        here are some different ways the Tyler software does
14        allow you to do it?
15   A.   We give them the options within Tyler within the
16        software, and if they can't -- if they are not
17        willing to go within those options, they can request
18        a modification.
19   Q.   And that would be done through something you would
20        communicate to the project manager.
21   A.   Yes.
22   Q.   And a modification might involve some enhancement to
23        the software that could require more money.
24   A.   Right.
```

```
1    NORTH CAROLINA

2    WAKE COUNTY

3                    C E R T I F I C A T E

4            I, Rebecca L. Crunk, Court Reporter and Notary

5    Public, the officer before whom the foregoing proceeding

6    was conducted, do hereby certify that the witness(es)

7    whose testimony appears in the foregoing proceeding were

8    duly sworn by me; that the testimony of said witness(es)

9    were taken by me to the best of my ability and thereafter

10   transcribed under my supervision; and that the foregoing

11   pages, inclusive, constitute a true and accurate

12   transcription of the testimony of the witness(es).

13           I do further certify that I am neither counsel

14   for, related to, nor employed by any of the parties to

15   this action in which this proceeding was conducted, and

16   further, that I am not a relative or employee of any

17   attorney or counsel employed by the parties thereof, nor

18   financially or otherwise interested in the outcome of

19   the action.

20           IN WITNESS WHEREOF, I have hereunto subscribed

21   me this 12th day of August, 2010.

22                                   _____

23                                        Rebecca L. Crunk

24                                   Notary Public 200833900206
```