```
 1   IN THE UNITED STATES DISTRICT COURT
     FOR THE EASTERN DISTRICT OF TEXAS
 2   MARSHALL DIVISION
     Case No. 2:08-cv-422 TJW
 3
     ------------------------------------------------------
 4
     DEPOSITION OF BETHANY J. MAYNARD
 5                  July 16, 2010

 6   ------------------------------------------------------


 7   PATTY BEALL, MATTHEW MAXWELL, TALINA McELHANY and
     KELLY HAMPTON, individually and on behalf of all others
 8   similarly situated,

 9   Plaintiffs,

10   vs.

11   TYLER TECHNOLOGIES, INC., and EDP ENTERPRISES, INC.,

12   Defendants.

13   ------------------------------------------------------

14
     APPEARANCES:
15
        ZELBST, HOLMES & BUTLER, by
16      Ms. Chandra L. Holmes Ray
        P.O. Box 365
17      411 Southwest Sixth Street
        Lawton, Oklahoma   73502
18      Appeared on behalf of the Plaintiffs.

19      MORGAN, LEWIS & BOCKIUS, LLP, by
        Mr. Paulo B. McKeeby
20      1717 Main Street, Suite 3200
        Dallas, Texas   75201
21      Appeared on behalf of the Defendants.

22

23

24

25
```

```
 1         out with I believe I have excelled in suggesting
 2         new and improved procedures especially for
 3         communication purposes within Outlook.  What new
 4         and improved procedures did you mean?
 5    A    I don't remember.
 6    Q    But Outlook was -- is that just --
 7    A    That's e-mail.
 8    Q    -- e-mail?  So you're talking, I take it -- I
 9         understand you don't remember the specific improved
10         procedure, but something to do with communications
11         internal to Tyler as opposed to customers?
12              MS. HOLMES RAY:  Objection to form.
13              THE WITNESS:  I don't know.
14    BY MR. MCKEEBY:
15    Q    Did Tyler use Outlook while you were there?
16    A    Yes.
17    Q    The last sentence says specific to implementation,
18         I have made a few comments as to changes I would
19         like to see to project plans and have had the
20         freedom to develop my own training procedures for
21         Office and Crystal modules where procedures were
22         not -- I'm sorry -- are not as well defined.  Did I
23         read that correctly?
24    A    Yes.
25    Q    When you say you made comments as to changes you
```

```
 1       would like to see to project plans, was that
 2       with -- meaning that to the format of the plans or
 3       different types of information you want -- would
 4       have liked to see included in the plans?
 5   A   Additional detail and again specific to -- or
 6       specifically that would rely upon the client size and
 7       the breadth of services.
 8   Q   And who did you make those recommendations to?  To
 9       Jane?
10   A   I don't remember specifically, but Jane being my
11       immediate supervisor it would have been to her.
12   Q   And when it says you have had the freedom to
13       develop my own training procedures for Office and
14       Crystal modules -- First of all, what's an Office
15       module refer to?
16   A   We have had an integration piece which integrated
17       Word, Excel -- I think that was it -- into our
18       software basically allowing customers to click a
19       button and export data directly to a mail merge or to
20       an Excel spread sheet.  So I trained users on the
21       integration between Munis and these Office pieces and
22       also what to do with the data once it got there.
23   Q   Is there anyone that still works at Tyler with whom
24       you regularly communicate?
25   A   Jane Grant.
```

```
 1   A    Yes, but not out of -- it wasn't -- there was no
 2        exclusivity.  It was just the size of the client and
 3        their requirements at the time so-.
 4   Q    How long a period of time would that have been?
 5   A    I'd say probably the last year of my employment with
 6        Munis.
 7   Q    And do you agree with her statement at the end of
 8        that section where she says that Beth has worked
 9        with me to develop new plans and schedules for this
10        client and is willing to provide suggestions for
11        making this project a success?
12   A    I'm not sure what she means by plans and schedules
13        anymore than just relaying information, X number of
14        people need to be trained, this many people need to
15        be trained on this module, so that would assist her
16        in planning a training schedule.
17   Q    And she says you were willing to provide
18        suggestions for making this project a success.  Do
19        you agree with that?
20   A    Yes, I signed it so-.  I can't speak to what she
21        means there, but I wanted the project to be a
22        success, certainly.
23   Q    Did you -- When you were first hired by Tyler, did
24        you go through any type of formal training?
25   A    No.
```

```
 1      STATE OF WISCONSIN )
                           ) SS.
 2      MILWAUKEE COUNTY   )

 3

 4                  I, Elaine A. Thies, RPR and Notary

 5      Public in and for the State of Wisconsin, do hereby

 6      certify that the preceding deposition was recorded by

 7      me and reduced to writing under my personal

 8      direction.

 9                  I further certify that said deposition

10      was taken at Gramann Reporting, Ltd., 710 North

11      Plankinton Avenue, Milwaukee, Wisconsin, on the 16th

12      day of July, 2010, commencing at 9:45 a.m. and

13      concluding at 12:06 p.m.

14                  I further certify that I am not a

15      relative or employee or attorney or counsel of any of

16      the parties, or a relative or employee of such

17      attorney or counsel, or financially interested

18      directly or indirectly in this action.

19                  In witness whereof, I have hereunto

20      set my hand and affixed my seal of office on this

21      26th day of July, 2010.

22

23                              _____
                                ELAINE A. THIES - Notary Public
24                              In and for the State of Wisconsin

25      My commission expires 1-12-14.
```