Freedom Court Reporting, Inc                                      1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

Case No. 2:08-cv-422- TJW

---

DEPOSITION OF LORRAINE MUTCH              May 6, 2010

---

PATTY BEALL, MATTHEW MAXWELL, TALINA McELHANY and
KELLY HAMPTON, individually and on behalf of all
others similarly situated,

Plaintiffs,

vs.

TYLER TECHNOLOGIES, INC., and EDP ENTERPRISES, INC.,

Defendants.

---

APPEARANCES:

    ZELBST, HOLMES & BUTLER
        By Chandra L. Holmes Ray, Esq.
           P.O. Box 365
           Lawton, Oklahoma  73502
            Appearing on behalf of Plaintiffs.


    MORGAN, LEWIS & BOCKIUS, LLP
        By Paulo B. McKeeby, Esq.
           1717 Main Street, Suite 3200
           Dallas, Texas  75201-7347
            Appearing on behalf of Defendants.


    Also Present:  H. Lynn Moore, Jr.

```
 1   ownership of the software as quickly as possible.
 2   So we didn't do anything alone.  The customer was
 3   involved in everything we did.
 4        Q    So when you're doing the configuration,
 5   you're involving the customer in terms of getting
 6   the customer's input as to how they want the system
 7   configured?
 8        A    Yes.
 9        Q    And, again, this is that contact person?
10        A    Yes.
11        Q    And so does this dialogue occur during
12   this first week that you are at the customer site?
13        A    Yes.
14        Q    And this is obviously before you go live?
15        A    Yes.
16        Q    And I take it that the go-live process
17   doesn't occur during the first week?
18        A    No.
19        Q    How -- I'll ask it this way:  How long
20   did the configuration process take place at the
21   Bonifay, Florida, implementation?
22        A    We were there a week.
23        Q    And did it take you a week to do the
24   configuration?
25        A    Yes.
```

```
 1      Q     And does the configuration aspect of the
 2  implementation that took a week in Bonifay, Florida,
 3  involve you having discussions, I take it, with your
 4  contact person?
 5      A     Yes.
 6      Q     To learn what the customer's preferences
 7  are with respect to system setup?
 8      A     Yes.
 9      Q     And are you also learning -- are you also
10  advising the customer during that dialogue about
11  what Tyler software can do?
12      A     No.
13      Q     This doesn't come into play at all?
14      A     No.
15      Q     And this one-week period to do the
16  configuration, is that representative of other
17  implementations that you -- that you did?
18      A     Yes.
19      Q     Were you ever on the work site of the
20  customer after hours?
21      A     Yes.
22      Q     What would you be doing after hours?
23      A     Working with customer.  The customer
24  always had to be there, obviously.  Their door is
25  locked after a certain time, so the customer was
```

```
 1   itself in connection with a function that you were
 2   performing?
 3        A    Just to familiarize myself.  We did
 4   after -- after hours, we always prepared for the
 5   next day.  We had the software on our computer.  We
 6   did -- went over --
 7        Q    The Tyler software?
 8        A    -- went over what we were doing, just to
 9   prepare for the next day, like you probably would.
10        Q    What type of training did you perform
11   during this first week?  Again, using Bonifay as an
12   example, but more asking about the typical process.
13        A    Training the first week?
14        Q    Yeah.  Did you do any training?
15        A    The customer was involved from the very
16   beginning of -- of your point -- your first contact
17   there, the customer was involved, which is training
18   the customer.
19        Q    Okay.  Was there any part of this first
20   week's activity that involved sitting down with
21   users and explaining to them how to work with the
22   Tyler software?
23        A    No.  Other than setting up the user IDs,
24   that type of thing.  So, in fact, when you're
25   showing them how to do that, that is training.
```

```
 1   STATE OF COLORADO)
 2                   )  ss.    REPORTER'S CERTIFICATE
 3   COUNTY OF DENVER )
 4           I, Beth Milliken, do hereby certify that I
 5   am a Court Reporter and Notary Public within and for
 6   the State of Colorado; that previous to the
 7   commencement of the examination, the deponent was
 8   duly sworn to testify to the truth.
 9           I further certify that this deposition was
10   taken in shorthand by me at the time and place
11   herein set forth, that it was thereafter reduced to
12   typewritten form, and that the foregoing constitutes
13   a true and correct transcript.
14           I further certify that I am not related
15   to, employed by, nor of counsel for any of the
16   parties or attorneys herein, nor otherwise
17   interested in the result of the within action.
18           In witness whereof, I have affixed my
19   signature and seal this 17th day of May, 2010.
20           My commission expires May 31, 2011.
21
22           _____
             Beth Milliken, Court Reporter
23           216 - 16th Street, Suite 650
             Denver, Colorado  80202
24
25
```