EYVONNE WILTON; May 17, 2010

                                                                          1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

---

PATTY BEALL, MATTHEW MAXWELL,    )
TALINA McELHANY and KELLY         )
HAMPTON, individually and on      )
behalf of all other similarly     )
situated,                         ) 2:08-cv-422 TJW
                                  )
    Plaintiff(s),                 )
                                  )
vs.                               )
                                  )
TYLER TECHNOLOGIES, INC., and     )
EDP ENTERPRISES, INC.,            )
                                  )
    Defendant(s).                 )

---

DEPOSITION UPON ORAL EXAMINATION OF
EYVONNE WILTON

---

2:00 P.M.

MAY 17, 2010

520 PIKE STREET, 12TH FLOOR

SEATTLE, WASHINGTON

REPORTED BY:  MARY L. GREEN, CCR 2981

EXHIBIT 41

EYVONNE WILTON; May 17, 2010

53

1  the most part figures, IT would set up the actual
2  parameters to make that calculation work.
3      Q.  Maybe configure is not the right word, but
4  sitting down with your client, going through and
5  training them on how to maneuver through the system,
6  you know, are there -- would they say, hey, I want to
7  run this particular type of report or is there a way to
8  set it up so I can capture this information and run a
9  report on that or just different nuances that you can
10 help them not to use reconfigure but set preferences to
11 help them get reports they need and other things to be
12 able to do their job?
13     A.  No.  The system came with -- once again back
14 to the questionnaire.  We had already asked them what
15 type of reports that were needed, so those reports were
16 configured within the system, and so all I would do is
17 show them where the reports were, and maybe you might
18 need to change a date to get the parameters that you
19 wanted, but that's about it, show them where that
20 report was, where you needed to change your date to get
21 the time frames that you wanted, and then they could
22 run the report and it would spit out what they needed.
23         If it was anything different than that, then
24 once again IT would actually have to have set that up
25 prior to, and if it was something that they wanted new,

Yamaguchi Obien Mangio, LLC Reporting & Video * www.yomreporting.com
520 Pike Street, Suite 1320, Seattle, WA 98101 * (206) 622-6875 * 1 (800) 831-6973

EXHIBIT 41

EYVONNE WILTON; May 17, 2010

54

1   then that possibly might cost them more money, and that
2   would go to the project manager to get that okayed with
3   both project managers, because by that time the price
4   of the software has already been figured out, so if
5   it's something totally different than what they started
6   out with, then that might be something they'd have to
7   work up with the project manager on both ends, because
8   it might add to the cost of the software.
9       Q.  What do you do during the actual -- I mean,
10  the Go Live?  We've been working on the skeletal
11  software.  We're going to Go Live.  Can you walk me
12  through that process?
13      A.  I sit there and I watch them run payroll, and
14  all I am is the backup if there's any issues.  If
15  there's something that says there's an error on the
16  screen or what have you, then I notate what the error
17  code is, and then I call in to customer service so they
18  can tell me what the error code means and whether or
19  not I can fix it or whether or not IT will have to
20  ghost into the system and fix it.
21      Q.  Were there errors that would pop up that you
22  would just know how to fix?
23      A.  No.  I was too green.
24      Q.  So when you say -- well, what kind of errors
25  are you talking about?

Yamaguchi Obien Mangio, LLC Reporting & Video * www.yomreporting.com
520 Pike Street, Suite 1320, Seattle, WA 98101 * (206) 622-6875 * 1 (800) 831-6973

EXHIBIT 41

EYVONNE WILTON; May 17, 2010

148

1        REPORTER'S CERTIFICATE

2

3        I, MARY L. GREEN, the undersigned Certified Court

4   Reporter and Notary Public, do hereby certify:

5        That the sworn testimony and/or proceedings, a

6   transcript of which is attached, was given before me at the

7   time and place stated therein; that any and/or all witness(es)

8   were duly sworn to testify to the truth; that the sworn

9   testimony and/or proceedings were by me stenographically

10  recorded and transcribed under my supervision, to the best of

11  my ability; that the foregoing transcript contains a full,

12  true, and accurate record of all the sworn testimony and/or

13  proceedings given and occurring at the time and place stated

14  in the transcript; that I am in no way related to any party to

15  the matter, nor to any counsel, nor do I have any financial

16  interest in the event of the cause.

17       WITNESS MY HAND, SEAL, AND DIGITAL SIGNATURE this 21st

18  day of May, 2010.

19

20

21  MARY L. GREEN
    Certified Court Reporter, #2981
22  Notary Public in and for the State of Washington,
    Residing in Snohomish County.  Commission expires 4-4-2013.
23  mgreen@yomreporting.com

24  Click Link to Verify Signature:

25  (Https://digitalid.verisign.com/services/client/index.html)

Yamaguchi Obien Mangio, LLC Reporting & Video * www.yomreporting.com
520 Pike Street, Suite 1320, Seattle, WA 98101 * (206) 622-6875 * 1 (800) 831-6973

EXHIBIT 41