DAVID HAYNER; May 19, 2010

```
                                                                    1
 1              IN THE UNITED STATES DISTRICT COURT
                 FOR THE EASTERN DISTRICT OF TEXAS
 2                       MARSHALL DIVISION
        _____
 3
        PATTY BEALL, MATTHEW MAXWELL,   )
 4      TALINA McELHANY and KELLY       )
        HAMPTON, individually and on    )
 5      behalf of all other similarly   )
        situated,                       ) 2:08-cv-422 TJW
 6                                      )
              Plaintiff(s),             )
 7                                      )
        vs.                             )
 8                                      )
        TYLER TECHNOLOGIES, INC., and   )
 9      EDP ENTERPRISES, INC.,          )
                                        )
10            Defendant(s).             )
        _____
11
                 DEPOSITION UPON ORAL EXAMINATION OF
12                         DAVID HAYNER
        _____
13

14                          2:05 P.M.

15                        MAY 19, 2010

16                520 PIKE STREET, 12TH FLOOR

17                      SEATTLE, WASHINGTON

18

19

20

21

22

23

24

25      REPORTED BY:  MARY L. GREEN, CCR 2981
```

Yamaguchi Obien Mangio, LLC Reporting & Video * www.yomreporting.com
520 Pike Street, Suite 1320, Seattle, WA 98101 * (206) 622-6875 * 1 (800) 831-6973

EXHIBIT 42

DAVID HAYNER; May 19, 2010

39

1   went into fixed assets but it was really an account
2   receivable.
3       Q.  So if they input it wrong, ultimately it's not
4   going to reconcile?
5       A.  Correct.
6       Q.  So sticking with this particular
7   reconciliation -- I'm sorry -- implementation of a GASB
8   34, anything else that would be involved in that
9   meeting, that week meeting that you have with the
10  client?
11      A.  No.  I mean, that's essentially the whole
12  process is I show up, show them how to label, they
13  label, I show them how to attach those labels to their
14  GL accounts the proper way, and then they attach them,
15  reconcile them, and when they're reconciled with their
16  previous year's financial reports, we're done.
17      Q.  Tell me how that process differs from when
18  you're implementing the general ledger or accounts
19  payable or the purchasing modules.  I mean, you said
20  the GASB 34 was the simplest, correct?
21      A.  It's the most direct.  The process is
22  essentially the same for all of the other modules.
23  They just tend to be a little more complex simply
24  because if you set something up in the general ledger,
25  it impacts what happens with -- the way that they've

Yamaguchi Obien Mangio, LLC Reporting & Video * www.yomreporting.com
520 Pike Street, Suite 1320, Seattle, WA 98101 * (206) 622-6875 * 1 (800) 831-6973

EXHIBIT 42

DAVID HAYNER; May 19, 2010

40

1  set it up in their general ledger impacts the way that
2  purchasing functions, and the way that purchasing
3  functions impacts the way that accounts payable
4  functions, so they just get a little more complex in
5  terms of the amount of set-up.
6        It's much more intricate, and so you really
7  have to talk with them to get them to come up with how
8  they want the software to work and show them how they
9  can set it for that as opposed to GASB where it's
10 either here or it's there.
11       It's fairly straightforward, whereas with the
12 implementation of the other modules, a lot of times
13 this may impact how something works over here and you
14 may want it to work this way over here but you don't
15 want it to work that way over there, so then you have
16 to tell them how they may have to alter the way that
17 they use the functionality over here if they want it to
18 work that way, so they have to make decisions about
19 settings.
20    Q.  It's real hard when you read your transcript
21 later.  I totally see what you're saying, because
22 you're very expressive, and it makes it a lot easier,
23 but that doesn't come out in the transcript.  Can you
24 give me a real life example using what might be the
25 here and the there and this and that?

Yamaguchi Obien Mangio, LLC Reporting & Video * www.yomreporting.com
520 Pike Street, Suite 1320, Seattle, WA 98101 * (206) 622-6875 * 1 (800) 831-6973

EXHIBIT 42

DAVID HAYNER; May 19, 2010

                                                          58

1   time period after you were in your quality assurance
2   role and you've come back to implementation consultant.
3   Are you working with the same modules we've been
4   discussing?
5        A.   Yes and no.  I'm still working with the GASB
6   34.  I've now picked up the advanced budgeting module,
7   and I'm attempting to learn the payroll module.
8        Q.   What do you mean by attempting to learn the
9   payroll module?
10       A.   Learning the functioning of the payroll
11  module, piece of cake.  Learning all of the detail
12  behind payroll and all of the possibilities that exist
13  is mind boggling.
14       Q.   Having no concept of those details or
15  possibilities, can you give me some examples or explain
16  some of it to me?
17       A.   You know, FLSA law, I have no clue how to
18  implement this because there are so many options and so
19  many entities and nobody does it the same.
20       Q.   When you say nobody, you mean no client sets
21  their payroll up the same?
22       A.   Exactly, yeah.  It's all different.  Knowing
23  when I'm as new at it as I am what all of the
24  implications are of FLSA law to how this entity or that
25  entity sets up their fire department, that takes years

Yamaguchi Obien Mangio, LLC Reporting & Video * www.yomreporting.com
520 Pike Street, Suite 1320, Seattle, WA 98101 * (206) 622-6875 * 1 (800) 831-6973

EXHIBIT 42

DAVID HAYNER; May 19, 2010

98

1  REPORTER'S CERTIFICATE

2

3     I, MARY L. GREEN, the undersigned Certified Court
4  Reporter and Notary Public, do hereby certify:
5     That the sworn testimony and/or proceedings, a
6  transcript of which is attached, was given before me at the
7  time and place stated therein; that any and/or all witness(es)
8  were duly sworn to testify to the truth; that the sworn
9  testimony and/or proceedings were by me stenographically
10 recorded and transcribed under my supervision, to the best of
11 my ability; that the foregoing transcript contains a full,
12 true, and accurate record of all the sworn testimony and/or
13 proceedings given and occurring at the time and place stated
14 in the transcript; that I am in no way related to any party to
15 the matter, nor to any counsel, nor do I have any financial
16 interest in the event of the cause.
17    WITNESS MY HAND, SEAL, AND DIGITAL SIGNATURE this 25th
18 day of May, 2010.
19
20
21 MARY L. GREEN
   Certified Court Reporter, #2981
22 Notary Public in and for the State of Washington,
   Residing in Snohomish County.  Commission expires 4-4-2013.
23 mgreen@yomreporting.com
24 Click Link to Verify Signature:
25 (Https://digitalid.verisign.com/services/client/index.html)

Yamaguchi Obien Mangio, LLC Reporting & Video * www.yomreporting.com
520 Pike Street, Suite 1320, Seattle, WA 98101 * (206) 622-6875 * 1 (800) 831-6973

EXHIBIT 42