```
 1    IN THE UNITED STATES DISTRICT COURT

 2        FOR THE EASTERN DISTRICT OF TEXAS

 3                  MARSHALL DIVISION

 4                       - - -

 5    PATTY BEALL, MATTHEW MAXWELL,     )
      DAVID GRAVELY, TALINA MCELHANY,   )
 6    KELLY HAMPTON, CASEY BROWN,       )
      JASON BONNER, KEVIN TULLOS,       )
 7    ANTHONY DODD, ILENE MEYERS,       )
      TOM O'HAVER, JOY BIBLES, DON      )
 8    LOCCHI and MELISSA PASTOR,        )
      Individually and on behalf of     )
 9    all others similarly situated;    )
                                        )
10        Plaintiffs                    )
                                        )
11    vs.                               )   2:08-cv-422-TJW
                                        )
12    TYLER TECHNOLOGIES, INC., and     )
      EDP ENTERPRISES, INC.             )
13                                      )
              Defendants.               )
14                                      )
      ----------------------------------
15

16                 DEPOSITION OF

17               CHRISTOPHER HEPBURN

18                PORTLAND, MAINE

19                AUGUST 18, 2010

20

21
      ATKINSON-BAKER, INC.
22    COURT REPORTERS
      (800) 288-3376
23    www.depo.com

24    REPORTED BY:   Cheryl C. Pieske, RMR

25    FILE NO.:      A40636E
```

Page 1

EXHIBIT 43

```
 1   their current business practices that you used to do as      08:57:32
 2   an implementation specialist and support specialist --       08:57:36
 3   actually, we're just talking about the implementation        08:57:39
 4   role --                                                      08:57:41
 5       A.   Uh-hmm.                                             08:57:41
 6       Q.   -- that we haven't talked about.                    08:57:42
 7       MR. McKEEBY:  Go ahead, if you understand.               08:57:44
 8       A.   The example I gave was one of --                    08:57:50
 9   BY MS. RAY:                                                  08:58:00
10       Q.   Many?                                               08:58:00
11       A.   -- hundreds.                                        08:58:00
12       Q.   Yeah.                                               08:58:01
13       A.   But I think it provides a good illustration of      08:58:02
14   a specific question.  There's no specific answer.            08:58:06
15   There's no clear-cut you will do this.  It's presenting a    08:58:10
16   question, presenting the different options of the            08:58:17
17   question, gathering that information and then having the     08:58:19
18   connection of how that impacts the software                  08:58:25
19   configuration.                                               08:58:27
20       Q.   All right.  And I think -- if I understand you      08:58:28
21   correctly, that with the exception of the many other         08:58:30
22   examples that you could provide as to how that worked,       08:58:34
23   we've discussed everything that you would have to have       08:58:36
24   done when you analyze the current business practices of a    08:58:40
25   customer?                                                    08:58:44
```

EXHIBIT 43

```
 1        A.   I wouldn't say that.  That is -- questions and      08:58:47
 2   answers are one example.  There could be others, off the     08:58:51
 3   top of my head, of what I had conducted.                     08:58:54
 4        Q.   Okay.  Like what?                                  08:58:57
 5        A.   Another example would be their banking.  Did       08:58:58
 6   they want positive pay, did I have to contact the bank,      08:59:07
 7   obtain bank files.  So that would be something that I        08:59:11
 8   would have done on behalf of the client, but it wouldn't     08:59:14
 9   be a question-and-answer session --                          08:59:17
10        Q.   Uh-hmm.                                            08:59:18
11        A.   -- in that type of analysis.                       08:59:19
12        Q.   Was that part of your normal duties, or was        08:59:21
13   that something that was -- just came up on occasion?         08:59:23
14        MR. McKEEBY:  Object to the form of the question.       08:59:26
15   You can answer.                                              08:59:32
16        A.   Every single client is different.  Every single    08:59:33
17   implementation is different.  There is no -- there is no     08:59:38
18   cookie cutter approach.  So it's hard for me to answer       08:59:42
19   that because at Client A, I may have dealt with the          08:59:45
20   banking items.  At Client B I may not have.  So it's -- I    08:59:50
21   think the example is just that.  It's an example but not    08:59:57
22   meant to imply that that's -- that there was a set -- a      09:00:01
23   set model that was repeatable.                               09:00:08
24        Q.   There would be things that would come up           09:00:11
25   repetitively though, correct?                                09:00:13
```

Page 25

EXHIBIT 43

```
 1   consultants that worked for those particular divisions?       09:41:37
 2        A.   In general terms, yes.                              09:41:40
 3        Q.   Okay.  Can you please tell me what the job          09:41:41
 4   duties and functions are of the implementation                09:41:45
 5   specialists and consultants as you have understood it?        09:41:47
 6        A.   The difficulty in answering is it varies            09:41:51
 7   greatly across division.                                      09:41:59
 8        Q.   Do your best.                                       09:42:09
 9        A.   In ERP the organizational structure is a            09:42:11
10   project manager/implementor combination and the               09:42:31
11   implementation duties within ERP are different, say, from     09:42:39
12   Courts and Justice where those -- the organizational          09:42:47
13   structure is different.                                       09:42:52
14        Q.   Okay.  How?                                         09:42:55
15        A.   In the ERP organizational structure, the            09:42:58
16   project manager is a product expert.  The project manager     09:43:05
17   consults with the client about product features.  The         09:43:15
18   product manager is more engaged with the product              09:43:21
19   decisions and implementation approach.                        09:43:34
20        Q.   How?                                                09:43:37
21        A.   The product managers having the analysis            09:43:37
22   discussions with the client.                                  09:43:42
23        Q.   Okay.  So your testimony I'm understanding is       09:43:48
24   that in ERP the product manager has the -- excuse me.         09:43:56
25   I'm sorry.  The project manager is the one who does the       09:44:04
```

EXHIBIT 43

| | | |
|---|---|---|
| 1 | analyzing the current business practices? | 09:44:06 |
| 2 | A. Not 100 percent of the time. The project | 09:44:10 |
| 3 | manager has product knowledge and is engaged with the | 09:44:13 |
| 4 | client on product-specific analysis. | 09:44:22 |
| 5 | Q. Okay. Tell me what product specific analysis | 09:44:27 |
| 6 | means. | 09:44:31 |
| 7 | A. As we discussed earlier, the questions and | 09:44:32 |
| 8 | answers, the as-is model, the to-be model definition, | 09:44:37 |
| 9 | going through those questions and answers to determine | 09:44:45 |
| 10 | the to-be model, the project manager takes a lead role or | 09:44:49 |
| 11 | a more lead role in ERP. | 09:44:56 |
| 12 | Q. Okay. So if I'm understanding you correctly, | 09:44:58 |
| 13 | you're saying that in ERP the project manager is the one | 09:45:02 |
| 14 | who is primarily involved with the customer to | 09:45:06 |
| 15 | determine -- I shouldn't say that -- but to ascertain | 09:45:12 |
| 16 | from the client what functions they want the software to | 09:45:17 |
| 17 | perform. Is that correct? | 09:45:22 |
| 18 | A. The project manager in ERP because they have | 09:45:25 |
| 19 | that product expertise can perform those functions and | 09:45:31 |
| 20 | often do. | 09:45:36 |
| 21 | Q. Okay. And is it your testimony that the | 09:45:38 |
| 22 | implementation specialists or consultants do not? | 09:45:41 |
| 23 | A. No. The implementation consultants can in ERP | 09:45:43 |
| 24 | perform those same functions. | 09:45:53 |
| 25 | Q. Okay. Do they? | 09:45:56 |

EXHIBIT 43

| | | |
|---|---|---|
| 1 | A. That depends on many factors. | 09:45:59 |
| 2 | Q. Like what? | 09:46:05 |
| 3 | A. Does the individual implementor have the | 09:46:06 |
| 4 | expertise to do that, does the project manager want to | 09:46:11 |
| 5 | delegate that function to the implementor, how many | 09:46:17 |
| 6 | projects is the project manager working with, how many | 09:46:25 |
| 7 | implementors that project manager has reporting to him or | 09:46:30 |
| 8 | her relative to the number of projects, meaning are they | 09:46:33 |
| 9 | forced to delegate more often than not. | 09:46:37 |
| 10 | Q. So it may be an aspect of managerial style or | 09:46:40 |
| 11 | practice? | 09:46:44 |
| 12 | A. One -- that would be one potential reason. | 09:46:44 |
| 13 | Q. Uh-hmm. Anything else? | 09:46:47 |
| 14 | A. The ones I mentioned are what come to my mind. | 09:46:51 |
| 15 | Q. Okay. How else do you believe the job duties | 09:46:54 |
| 16 | or functions of the implementation specialist at ERP are | 09:47:01 |
| 17 | different from other divisions? | 09:47:07 |
| 18 | A. There are numerous examples. I will provide | 09:47:08 |
| 19 | another. | 09:47:20 |
| 20 | Q. Let me stop you and withdraw the question, and | 09:47:22 |
| 21 | maybe it will be easier to do it this way. I'm trying to | 09:47:25 |
| 22 | get things to be as brief as possible. | 09:47:28 |
| 23 | A. Okay. | 09:47:30 |
| 24 | Q. How are they similar to the job functions | 09:47:30 |
| 25 | performed by implementation specialists in other | 09:47:36 |

Page 49

EXHIBIT 43

| | | |
|---|---|---|
| 1 | going to need.  They may work with our report writing | 09:55:32 |
| 2 | department to write custom reports that the client has | 09:55:34 |
| 3 | identified that they need, again, all nonclient-facing | 09:55:40 |
| 4 | functions; and they could perform training classes as | 09:55:46 |
| 5 | well. | 09:55:53 |
| 6 |     Q.   Anything else? | 09:55:54 |
| 7 |     A.   They could work with third-party vendors on | 09:55:54 |
| 8 | interfaces.  They could work with banks on | 09:56:04 |
| 9 | reconciliation.  They could work with handheld companies | 09:56:12 |
| 10 | on data gathering for fixed assets or utility billing | 09:56:14 |
| 11 | data.  Again, nonclient-facing jobs, but you're not going | 09:56:19 |
| 12 | live without those functions, and I'm thinking -- I don't | 09:56:24 |
| 13 | mean to create a finite list.  I'm not going to be able | 09:56:31 |
| 14 | to create a finite list of everything they do.  It's | 09:56:34 |
| 15 | different at every client and every implementation. | 09:56:37 |
| 16 |     Q.   Okay.  On average what percentage of time do | 09:56:40 |
| 17 | the implementation consultants or specialists at ERP work | 09:56:45 |
| 18 | with training the client? | 09:56:49 |
| 19 |     A.   I'm not sure I would be able to even come close | 09:56:51 |
| 20 | to a guess.  It -- it can't be as finite as a percentage. | 09:56:55 |
| 21 | Every client is different.  Every implementation is | 09:57:00 |
| 22 | different.  It depends on size and the number of modules | 09:57:02 |
| 23 | that they're performing. | 09:57:05 |
| 24 |     Q.   Sure.  That's why I asked for an average.  I | 09:57:06 |
| 25 | didn't ask for a finite percentage. | 09:57:09 |

EXHIBIT 43

| | | |
|---|---|---|
| 1 | A. But the average would -- even to give an | 09:57:10 |
| 2 | average would assume that -- | 09:57:13 |
| 3 | Q. An average is everything from 0 percent to | 09:57:17 |
| 4 | 100 percent. | 09:57:20 |
| 5 | A. An average of how much time they're training -- | 09:57:21 |
| 6 | what was the question? | 09:57:25 |
| 7 | Q. How much time -- what percentage of their job | 09:57:26 |
| 8 | duties is spent training. | 09:57:29 |
| 9 | MR. McKEEBY: You're talking about a hypothetical -- | 09:57:31 |
| 10 | MS. RAY: Average. | 09:57:32 |
| 11 | MR. McKEEBY: -- ERP implementor. | 09:57:33 |
| 12 | MS. RAY: Yes. | 09:57:35 |
| 13 | A. 25 to 50 percent. | 09:57:36 |
| 14 | BY MS. RAY: | 09:57:48 |
| 15 | Q. Okay. | 09:57:48 |
| 16 | A. And I'm estimating. | 09:57:48 |
| 17 | Q. And on average what is the percentage of time | 09:57:49 |
| 18 | that they would spend doing nonface-to-face duties such | 09:57:53 |
| 19 | as creating manuals or working with the forms department | 09:57:56 |
| 20 | or, you know, dealing with custom reports, third-party | 09:58:02 |
| 21 | vendors, that type of thing? | 09:58:07 |
| 22 | A. Again, it -- one implementation -- this is | 09:58:08 |
| 23 | difficult. One implementation I could spend 90 percent | 09:58:19 |
| 24 | of my time in front of the client doing knowledge | 09:58:23 |
| 25 | transfer, and the very next implementation I go to I | 09:58:25 |

| | | |
|---|---|---|
| 1 | could spend 10 percent of my time. So to say that the | 09:58:28 |
| 2 | average is 50 -- if you take those two examples, one was | 09:58:32 |
| 3 | 90, one was 10, the average was 50. So to say it's | 09:58:37 |
| 4 | 50 percent of the time is a culmination of that | 09:58:42 |
| 5 | statistical data. | 09:58:45 |
| 6 | Q. That's why it's an average. | 09:58:46 |
| 7 | A. So it's -- I would say it's 50 percent of the | 09:58:48 |
| 8 | time, 25 to 50 percent of the time in front of the | 09:58:50 |
| 9 | client, 25 to 50 percent of the time not in front of the | 09:58:53 |
| 10 | client, and it could change with every implementation. | 09:58:56 |
| 11 | Q. All right. And as far as the project manager | 09:58:59 |
| 12 | for the people at ERP -- oh, before I get into this any | 09:59:05 |
| 13 | further, are you testifying in terms of what the current | 09:59:09 |
| 14 | structure is at Tyler Technologies; in other words, when | 09:59:13 |
| 15 | we're referring to ERP, are we referring to MUNIS, Eden, | 09:59:16 |
| 16 | EDP? | 09:59:23 |
| 17 | A. It varies within those. MUNIS is -- has a | 09:59:28 |
| 18 | different organizational structure in terms of the | 09:59:33 |
| 19 | implementation than Eden. | 09:59:37 |
| 20 | Q. Uh-hmm. Okay. Well, let's go down that road | 09:59:38 |
| 21 | then. | 09:59:41 |
| 22 | A. Okay. | 09:59:41 |
| 23 | Q. Is there anything else that is different in | 09:59:42 |
| 24 | terms of -- well, first of all, who are you talking | 09:59:44 |
| 25 | about, then, when we're talking about ERP implementation | 09:59:46 |

EXHIBIT 43

| | | |
|---|---|---|
| 1 | an expert. At Eden they have always been or historically | 10:07:45 |
| 2 | been what we call a bull-pen approach. | 10:07:50 |
| 3 | Q. Uh-hmm. Okay. And what about INCODE? | 10:07:53 |
| 4 | A. INCODE is a similar approach to Eden. They are | 10:08:06 |
| 5 | a bull-pen approach where the product -- I'm sorry, the | 10:08:11 |
| 6 | project manager is not the product expert. | 10:08:18 |
| 7 | Q. Okay. And so we don't need to go through all | 10:08:26 |
| 8 | of the particular job functions unless you tell me that | 10:08:30 |
| 9 | there is something unique. But is it fair to say that | 10:08:34 |
| 10 | the job duties and functions are -- mirror Eden's, in | 10:08:37 |
| 11 | other words, for the implementation specialists at | 10:08:44 |
| 12 | INCODE? | 10:08:46 |
| 13 | A. The other -- I wouldn't say 100 percent. The | 10:08:47 |
| 14 | INCODE has -- the INCODE team has tax, courts, and public | 10:09:00 |
| 15 | safety products which require specialization that the | 10:09:09 |
| 16 | Eden folks don't have. | 10:09:16 |
| 17 | Q. Okay. What type of specialization? Are we | 10:09:21 |
| 18 | talking product specialization, or are we talking about | 10:09:24 |
| 19 | tax background or something like that? | 10:09:27 |
| 20 | A. Both. | 10:09:28 |
| 21 | Q. Uh-hmm. Okay. And how so? What kind of | 10:09:29 |
| 22 | specialization is required for public safety? | 10:09:35 |
| 23 | A. I'll combine the public safety and the courts. | 10:09:38 |
| 24 | The nature of the implementations is kind of an all -- | 10:09:42 |
| 25 | you want all of your applications going live at the same | 10:09:52 |

EXHIBIT 43

| | | |
|---|---|---|
| 1 | time. | 10:09:57 |
| 2 | MR. McKEEBY: This is at INCODE? | 10:09:57 |
| 3 | THE DEPONENT: At INCODE dealing with -- and when we | 10:09:59 |
| 4 | get to it, Courts, and I can describe more later. | 10:10:03 |
| 5 | A. So that provides a level of, I would say, | 10:10:10 |
| 6 | management, getting all of your applications lined up to | 10:10:21 |
| 7 | go live at the same time where the Eden, the MUNIS, an | 10:10:27 |
| 8 | even INCODE financials can be staggered. You could do | 10:10:31 |
| 9 | financials one day, payroll one day. You could stagger | 10:10:36 |
| 10 | it out. But they have a different burden because you | 10:10:39 |
| 11 | want all of your courts and your public safety up and | 10:10:44 |
| 12 | running at one fell swoop so that when the sheriff pulls | 10:10:49 |
| 13 | someone over and they have an outstanding warrant for | 10:10:53 |
| 14 | them, that sheriff needs to know that or that sheriff | 10:10:55 |
| 15 | could be in trouble. So they have to -- the | 10:10:59 |
| 16 | implementation consultants because they don't have a | 10:11:02 |
| 17 | product -- project manager who is a product expert have | 10:11:04 |
| 18 | that added burden of managing multi-tasking that the Eden | 10:11:08 |
| 19 | folks and MUNIS folks don't have. | 10:11:13 |
| 20 | Q. And so I might understand correctly, because it | 10:11:15 |
| 21 | needs to go live at the same time, it's really a timing | 10:11:18 |
| 22 | issue? | 10:11:21 |
| 23 | A. It's -- it's -- I'd call it a project | 10:11:22 |
| 24 | management juggling issue. | 10:11:25 |
| 25 | Q. Uh-hmm. | 10:11:28 |

1  where the project is relative to the contract, billing,  10:14:45
2  if the client has any billing questions, et cetera.  10:14:51
3       Q.  Okay.  And what percent of the time does the  10:14:54
4  implementation specialist spend doing the consulting with  10:15:00
5  the client at Eden and INCODE?  10:15:06
6       A.  I think the question is ambiguous.  Let me see  10:15:08
7  if I can clarify.  The percentage of time at a particular  10:15:19
8  implementation or the percentage of time relative to --  10:15:24
9  for their other job duties?  10:15:27
10       Q.  Both.  10:15:29
11       A.  Relative to their job duties, the  10:15:30
12  implementation consultants at Eden and INCODE are the  10:15:36
13  only people doing the analysis with the client.  At a  10:15:38
14  particular implementation, it will be a percentage of  10:15:42
15  their time because they're also doing the go-live  10:15:44
16  support, the post go-live support, et cetera.  10:15:49
17       Q.  Okay.  On average how are those job duties  10:15:52
18  split up in terms of time?  Do you see what I'm getting  10:15:57
19  at?  10:16:00
20       A.  No.  10:16:01
21       Q.  Okay.  I think what you're trying to tell me is  10:16:01
22  that at Eden and INCODE 100 percent of the time the  10:16:04
23  implementation consultants will do the consulting with  10:16:10
24  clients; is that correct?  10:16:12
25       A.  That is correct.  10:16:12

Page 67

EXHIBIT 43

| | | |
|---|---|---|
| 1 | Q. Okay. And at MUNIS they do it zero percent of | 10:16:16 |
| 2 | the time; is that correct? | 10:16:24 |
| 3 | A. That is not correct. I think we discussed | 10:16:25 |
| 4 | earlier it's the project manager's discretion whether the | 10:16:27 |
| 5 | project manager would like to do it or they wanted to | 10:16:31 |
| 6 | delegate that task. So it would depend. | 10:16:35 |
| 7 | Q. Okay. And if at Eden and INCODE it's | 10:16:38 |
| 8 | 100 percent of the time that they do that, what percent | 10:16:43 |
| 9 | of the time would they spend doing the consulting with | 10:16:47 |
| 10 | the client versus their other tasks, training and, you | 10:16:51 |
| 11 | know, assisting with go-live and that type of thing? | 10:16:54 |
| 12 | A. I want to -- I don't like the -- I want to back | 10:16:56 |
| 13 | up. I don't like the term 100 percent. That's -- that's | 10:17:06 |
| 14 | too narrow a definition to say that someone at Eden and | 10:17:09 |
| 15 | INCODE. Some other staff member could work with a client | 10:17:11 |
| 16 | to do analysis. | 10:17:15 |
| 17 | Q. Like who? | 10:17:18 |
| 18 | A. They might -- it could be someone in the | 10:17:18 |
| 19 | support department that helps out on occasion. If there | 10:17:23 |
| 20 | was -- if I didn't have anyone scheduled to go to a | 10:17:26 |
| 21 | particular client site, we could ask a manager in support | 10:17:29 |
| 22 | or someone who had product knowledge. So to say it's | 10:17:33 |
| 23 | 100 percent I think is too narrow, but predominantly | 10:17:36 |
| 24 | within those organizations the implementation specialists | 10:17:39 |
| 25 | are the ones engaging with clients for the analysis; but | 10:17:44 |

EXHIBIT 43

| | | |
|---|---|---|
| 1 | I don't want to -- I don't want to say that that's the | 10:17:49 |
| 2 | only ones who could do that. That's, I think, too narrow | 10:17:52 |
| 3 | a definition. | 10:17:55 |
| 4 | Within that what percentage of their time is devoted | 10:17:57 |
| 5 | to analysis is -- it's -- it's -- on an average project, | 10:18:03 |
| 6 | and, again, every project is different, it can be above | 10:18:17 |
| 7 | 50 percent of the time. It can be upwards of 75 percent | 10:18:22 |
| 8 | of the time on average, but that depends. | 10:18:24 |
| 9 | Q.   Okay.  Now, what about at Courts and Justice? | 10:18:27 |
| 10 | A.   Courts and Justice is similar to Eden and | 10:18:43 |
| 11 | INCODE but unique.  They have two separate organizations | 10:18:49 |
| 12 | within their services line.  One is the project | 10:19:00 |
| 13 | management organization.  They are not product experts. | 10:19:04 |
| 14 | The other is an implementation organization that has | 10:19:09 |
| 15 | multiple layers. | 10:19:15 |
| 16 | Q.   What do you mean by multiple layers? | 10:19:17 |
| 17 | A.   They have line managers that are unique to | 10:19:20 |
| 18 | Courts and Justice.  Then they have implementation | 10:19:27 |
| 19 | analysts and then implementation consultants.  Experience | 10:19:33 |
| 20 | would be the key there. | 10:19:40 |
| 21 | Q.   What do you mean experience would be the key | 10:19:43 |
| 22 | there? | 10:19:46 |
| 23 | A.   A line manager has more experience and so | 10:19:46 |
| 24 | forth. | 10:19:53 |
| 25 | Q.   Are we talking about product experience? | 10:19:53 |

EXHIBIT 43

```
 1
 2                         CERTIFICATE
 3
 4        I, Cheryl C. Pieske, RMR, Notary Public in and.
 5   for the State of Maine, hereby certify that on AUGUST 18,
 6   2010, personally appeared before me the within-named
 7   deponent who was sworn to testify the truth, the whole
 8   truth and nothing but the truth in the aforementioned
 9   cause of action; and the foregoing, as reduced to
10   computer type, is a true and accurate record of the
11   evidence as taken by me by means of stenotype.
12   I further certify that I am a disinterested person in the
13   event or outcome of the aforementioned cause.
14   IN WITNESS WHEREOF, I subscribe my hand at Waldo, Maine,
15   this 30th day of August, 2010.
16        _____
17        Cheryl C. Pieske, RMR
18        Notary Public
19        My Commission Expires June 25, 2016.
20
21
22
23
24
25
```