SANDRA DUNNING; May 19, 2010

1

```
 1              IN THE UNITED STATES DISTRICT COURT
                FOR THE EASTERN DISTRICT OF TEXAS
 2                      MARSHALL DIVISION

 3    _____

      PATTY BEALL, MATTHEW MAXWELL,  )
 4    TALINA McELHANY and KELLY       )
      HAMPTON, individually and on    )
 5    behalf of all other similarly   )
      situated,                       )  2:08-cv-422 TJW
 6                                     )
                                       )
 7         Plaintiff(s),               )
                                       )
 8    vs.                              )
                                       )
 9    TYLER TECHNOLOGIES, INC., and   )
      EDP ENTERPRISES, INC.,          )
10                                     )
           Defendant(s).               )
11    _____

            DEPOSITION UPON ORAL EXAMINATION OF
12                      SANDRA DUNNING
13    _____

14                      5:19 P.M.

15                    MAY 19, 2010

16           520 PIKE STREET, 12TH FLOOR

17           SEATTLE, WASHINGTON

18

19

20

21

22

23

24

25    REPORTED BY:  MARY L. GREEN, CCR 2981
```

EXHIBIT 44

SANDRA DUNNING; May 19, 2010

36

1    A.   To California, and that was, I think, the

2    month after my initial training or somewhere

3    thereabouts, and that was Gail.  She knew the financial

4    system, so that was where I would have had general

5    billing and accounts receivable, so I had so much

6    training for a week in Maine with Mark Morrell, and

7    then I came home, and then shortly afterwards I went to

8    California with Gail for training.

9        Q.   The week in Maine with Mark Morrell, was that

10   just after you began your employment with Tyler?

11       A.   Yes.

12       Q.   What were you doing that week in Maine?

13       A.   The entire system, general ledger, system

14   administration, the menu, the whole thing opened up.  I

15   didn't know there was that much to it, because I had

16   accounts payable.  My world was limited.

17            When I go to Maine and he opens that menu and

18   I'm going, oh, my word.  I had no idea about the system

19   administration, the business rules, general billing,

20   accounts receivable, none of that, so that opened a

21   whole big world then.

22       Q.   So that week, then, in Maine, was that

23   studying the software itself?

24       A.   No.  It was looking at those menus and knowing

25   the options in each menu and then the outcome of that

Yamaguchi Obien Mangio, LLC Reporting & Video * www.yomreporting.com
520 Pike Street, Suite 1320, Seattle, WA 98101 * (206) 622-6875 * 1 (800) 831-6973

EXHIBIT 44

SANDRA DUNNING; May 19, 2010

37

1   option.

2       Q.   So are you actually working with the software

3   itself?

4       A.   Yes.

5       Q.   So you're on a computer?

6       A.   A laptop just like I was doing at a client's

7   site.  There were a couple times I didn't have a

8   laptop.  Mark did it.  So Mark had a laptop and it was

9   displayed.

10      Q.   So Mark Morrell -- is that correct?

11      A.   Uh-huh.

12      Q.   -- is training you and some other new

13  implementers on the software?

14      A.   Well, I think I was the only one a couple of

15  times.  I can't recall.  I don't think there was

16  anybody else new when I went back to Maine.

17      Q.   When you went back to Maine?

18      A.   Well, I live in Washington state.  I flew to

19  Maine for my training.

20      Q.   I understand.  You said you went back to

21  Maine, so --

22      A.   No.  I meant that week I was in Maine that I

23  never went back for any more training, so I had one

24  week only of initial training on the full system, so

25  then the financials, the business rules, and the

EXHIBIT 44

SANDRA DUNNING; May 19, 2010

92

1                     REPORTER'S CERTIFICATE

2

3          I, MARY L. GREEN, the undersigned Certified Court

4     Reporter and Notary Public, do hereby certify:

5          That the sworn testimony and/or proceedings, a

6     transcript of which is attached, was given before me at the

7     time and place stated therein; that any and/or all witness(es)

8     were duly sworn to testify to the truth; that the sworn

9     testimony and/or proceedings were by me stenographically

10    recorded and transcribed under my supervision, to the best of

11    my ability; that the foregoing transcript contains a full,

12    true, and accurate record of all the sworn testimony and/or

13    proceedings given and occurring at the time and place stated

14    in the transcript; that I am in no way related to any party to

15    the matter, nor to any counsel, nor do I have any financial

16    interest in the event of the cause.

17          WITNESS MY HAND, SEAL, AND DIGITAL SIGNATURE this 26th

18    day of May, 2010.

19

20

21    MARY L. GREEN
      Certified Court Reporter, #2981
22    Notary Public in and for the State of Washington,
      Residing in Snohomish County.  Commission expires 4-4-2013.
23    mgreen@yomreporting.com

24    Click Link to Verify Signature:

25    (Https://digitalid.verisign.com/services/client/index.html)

Yamaguchi Obien Mangio, LLC Reporting & Video * www.yomreporting.com
520 Pike Street, Suite 1320, Seattle, WA 98101 * (206) 622-6875 * 1 (800) 831-6973

EXHIBIT 44