IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PATTY BEALL, MATTHEW MAXWELL, TALINA MCELHANY AND KELLY HAMPTON, individually and on behalf of all other similarly situated; | § § § § § | |
| Plaintiffs, | § § | 2:08-cv-422   TJW |
| | § § § | |
| TYLER TECHNOLOGIES, INC. AND EDP ENTERPRISES, INC. Defendants. | § § § | |

## DEFENDANTS' UNOPPOSED REQUEST FOR ORAL ARGUMENT

Defendants Tyler Technologies, Inc. and EDP Enterprises, Inc. (collectively "Tyler") file this Unopposed Request for Oral Argument on Tyler's motion to decertify this case as a collective action under Section 216(b) of the Fair Labor Standards Act (the "FLSA").

This Court previously granted Plaintiffs' motion for conditional certification and the parties proceeded to the discovery phase of the lawsuit.  The parties recently completed briefing on Tyler's motion for decertification. Because Tyler's motion for decertification raises complex legal and factual issues, Tyler requests the Court schedule oral argument at a date of its choosing. Counsel for Tyler has communicated with counsel for Plaintiffs, who indicated she does not oppose Tyler's request for oral argument.

WHEREFORE, Tyler respectfully requests the Court enter an order granting its request for oral argument and scheduling oral argument on Tyler's motion for decertification at a date of the Court's choosing, and any other relief, at law or in equity, to which the Court finds Tyler justly entitled.

Respectfully submitted:


*/s/ Paulo B. McKeeby*
Paulo B. McKeeby
Texas Bar No.: 00784571
paulo.mckeeby@morganlewis.com
Joel S. Allen
Texas Bar No.: 00795069
joel.allen@morganlewis.com
Ellen L. Perlioni
Texas Bar No. 00794155
ellen.perlioni@morganlewis.com
Farin Khosravi
Texas Bar No. 24043753
farin.khosravi@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
1717 Main Street, Suite 3200
Dallas, Texas 75201-7347
phone - 214.466.4000
facsimile - 214.466.4001

Deron R. Dacus
Texas Bar No.: 00790553
derond@rameyflock.com

RAMEY & FLOCK P.C.
100 East Ferguson, Suite 500
Tyler, Texas 75702
phone – 903.597.3301
facsimile – 903.597.2413


ATTORNEYS FOR DEFENDANTS
TYLER TECHNOLOGIES, INC. AND
EDP ENTERPRISES, INC.

**DEFENDANTS' UNOPPOSED REQUEST FOR ORAL ARGUMENT – PAGE 2**
DB1/66098798.1

**CERTIFICATE OF CONFERENCE**

On November 29, 2010, counsel for Defendants conferred with counsel for Plaintiffs regarding the contents of this request.  Plaintiffs do not oppose this request.


                                                      */s/ Paulo B. McKeeby*

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the above and foregoing has been served via electronic mail on this 29th day of November, 2010, as follows:

| | |
|---|---|
| John D. Sloan, Jr.<br>Laureen F. Bagley<br>SLOAN, BAGLEY, HATCHER & PERRY LAW FIRM<br>101 East Whaley Street<br>P.O. Drawer 2909<br>Longview, Texas 75606<br>jsloan@textrialfirm.com<br>lbagley@sloanfirm.com | Alexander R. Wheeler<br>Jason Paul Fowler<br>R. REX PARRIS LAW FIRM<br>42220 10th Street West, Suite 109<br>Lancaster, CA  93534<br>awheeler@rrexparris.com<br>jfowler@rrexparris.com |
| John P. Zelbst<br>Chandra L. Homes Ray<br>Zelbst, Holmes & Butler<br>PO Box 365<br>Lawton, OK  73502<br>zelbst@zelbst.com<br>chandra@zelbst.com | James E. Wren<br>One Bear Place #97288<br>Waco, TX  76798<br>James_Wren@baylor.edu |


                                                      */s/ Paulo B. McKeeby*
                                                      Paulo B. McKeeby
                                                      Ellen L. Perlioni
                                                      Farin Khosravi