*Brian T. Farrington*
*11/2/2010*

```
                IN THE UNITED STATES DISTRICT COURT
                 FOR THE EASTERN DISTRICT OF TEXAS
                          MARSHALL DIVISION

PATTY BEALL, MATTHEW          )
MAXWELL, TALINA MCELHANY      )
AND KELLY HAMPTON,            )
individually and on behalf    )
of all other similarly        )
situated;                     )
                              )
      Plaintiffs,             )
                              )
vs.                           )    2:08-cv-422 TJW
                              )
TYLER TECHNOLOGIES, INC.      )
AND EDP ENTERPRISES, INC.     )
                              )
      Defendants.             )
```

*********************************

ORAL DEPOSITION OF

BRIAN T. FARRINGTON

NOVEMBER 2, 2010

*********************************

ORAL DEPOSITION OF BRIAN T. FARRINGTON, produced as a witness at the instance of the Defendants and duly sworn, was taken in the above-styled and -numbered cause on the 2nd day of November, 2010, from 9:08 a.m. to 11:41 a.m., before Brenda Fleming, CSR in and for the State of Texas, reported by machine shorthand at the offices of Morgan, Lewis, & Bockius, LLP, 1717 Main Street, Suite 3200, Dallas, Dallas County, Texas, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record.

Osteen Reporting Services
(817) 478-9990



EXHIBIT 4

*Brian T. Farrington*
*11/2/2010*

1                      A P P E A R A N C E S

2    FOR THE DEFENDANTS:

3        Ms. Ellen L. Perlioni
         MORGAN, LEWIS & BOCKIUS, LLP
4        1717 Main Street
         Suite 3200
5        Dallas, Texas  75201-7347
         (214) 466-4000 (telephone)
6        (214) 466-4001 (facsimile)

7    FOR THE PLAINTIFFS:

8        Ms. Laureen F. Bagley
         SLOAN, BAGLEY, HATCHER & PERRY
9        101 East Whaley Street
         P.O. Drawer 2909
10       Longview, Texas  75606
         (903) 757-7000 (telephone)
11       (903) 757-7574 (facsimile)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Osteen Reporting Services
(817) 478-9990

EXHIBIT 4

1  in trying to reach a resolution?
2      A.   Yes.
3      Q.   How do you differ the legal opinion that you
4  give to your clients when they come to you asking about
5  whether someone is properly classified with the type of
6  opinion you're giving in this case?
7      A.   In this case I am putting on my Department of
8  Labor hat, so to speak; that is, I am trying to base my
9  understanding and analysis of the facts in the law as
10 they apply to this particular case as I believe the
11 Department of Labor would do, taking the kind of
12 enforcement positions that they would take.
13     Q.   In other words, you're analyzing whether or not
14 this particular group of employees meets the exemptions
15 under the Fair Labor Standards Act?
16     A.   Well, this engagement is a little more limited
17 than that.  I am analyzing one particular element of the
18 exemption.
19     Q.   When you say you are putting on your Department
20 of Labor hat, as I read your report, you're saying, in
21 my opinion they don't meet this particular element of
22 the exemption, correct?
23     A.   Yes.
24     Q.   And that's a legal opinion, correct?
25     A.   That's the kind of opinion that I gave every

```
 1  STATE OF TEXAS    )
 2  COUNTY OF DALLAS  )
 3       I, Brenda Fleming, Certified Shorthand Reporter,
 4  duly qualified in and for the State of Texas, certify
 5  that the foregoing deposition of BRIAN T. FARRINGTON was
 6  reported stenographically by me at the time and place
 7  indicated, said witness having been placed under oath by
 8  me, and that the transcript is a true record of the
 9  testimony given by the witness, same to be sworn to and
10  subscribed by said witness before any notary public,
11  pursuant to the agreement of the parties.
12       I further certify that I am neither counsel for,
13  nor related to, any party in this cause and am not
14  financially interested in its outcome.
15       Review by the witness and signature were requested
16  at the time of taking this deposition, and the changes
17  made by the witness, if any, are attached to the
18  transcription of this deposition and entitled Changes
19  and Signature.
20       The amount of time used by each party at the
21  deposition is as follows:
22       Ms. Ellen L. Perlioni - 2 hours, 10 minutes
         Ms. Laureen F. Bagley - 0 hours, 0 minutes
23
24       GIVEN UNDER MY HAND OF OFFICE on this the  12th
25
```

Osteen Reporting Services
(817) 478-9990

EXHIBIT 4

1   day of November, 2010.

2

3            *[Signature: Brenda Fleming]*
             BRENDA FLEMING, TEXAS CSR 1499
4            Certificate expires 12/31/2011

5            Osteen Reporting Services
             Firm Registration No. 392
6            313 Northglen Dr.
             Hurst, Texas  76054-3024
7            (817) 498-9990 (telephone)
             (817) 498-0410 (facsimile)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Osteen Reporting Services
(817) 478-9990

EXHIBIT 4