IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PATTY BEALL, MATTHEW MAXWELL, | § | |
| DAVID GRAVLEY, TALINA MCELHANY, | § | |
| KELLY HAMPTON, CASEY BROWN, | § | |
| JASON BONNER, ANTHONY DODD, | § | |
| ILENE MEYERS, TOM O'HAVER, | § | |
| JOY BIBLES, AND MELISSA PASTOR, | § | |
| Individually and on behalf of all others | § | |
| similarly situated; | § | |
| | § | |
| Plaintiffs, | § | 2:08-cv-422 TJW |
| | § | |
| TYLER TECHNOLOGIES, INC. AND | § | |
| EDP ENTERPRISES, INC. | § | |
| Defendants. | § | |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE
TO FILE SUR-REPLY IN EXCESS OF TEN PAGES**

Plaintiffs, Patty Beall, Matthew Maxwell, David Gravley, Talina McElhany, Kelly Hampton, Casey Brown, Jason Bonner, Anthony "Tony" Dodd, Ilene Meyers, Tom O'Haver, Joy Bibles, and Melissa Pastor, on behalf of themselves and all others similarly situated, current and former employees of Defendants, Tyler Technologies, Inc. and/or EDP Enterprises, Inc., request leave of this Court to file Plaintiffs' Sur-Reply in Response to Defendants, Tyler Technologies, Inc. and/or EDP Enterprises, Inc.'s Reply Brief in Support of Their Motion to Decertify Class in excess of ten (10) pages, and for same would respectfully show the Court as follows;

**I.**

1.1     Defendants' Reply Brief in Support of Their Motion for Decertification consists of nineteen (19) pages with an additional seventy (70) pages in exhibits.

1.2     Accordingly, Plaintiff seek the court's permission to exceed the required ten (10) page limit.

WHEREFORE PREMISES CONSIDERED, Plaintiff requests that this Court grant leave to exceed the ten (10) page limit including attachments.

                                      Respectfully submitted,

                                      SLOAN, BAGLEY, HATCHER & PERRY LAW FIRM

                                      /s/ Laureen F. Bagley
                                    John D. Sloan, Jr.
                                    State Bar No. 18505100
                                    jsloan@textrialfirm.com
                                    Laureen F. Bagley
                                    State Bar No. 24010522
                                    lbagley@textrialfirm.com
                                    101 East Whaley Street
                                    P.O. Drawer 2909
                                    Longview, Texas 75606
                                    (903) 757-7000
                                    (903) 757-7574 (Fax)

                                    Alexander R. Wheeler
                                    awheeler@rrexparris.com
                                    Jason Paul Fowler
                                    jfowler@rrexparris.com
                                    R. REX PARRIS LAW FIRM
                                    42220 10TH Street West, Suite 109
                                    Lancaster, CA 93534-3428
                                    (661) 949-2595
                                    (661) 949-7524 (Fax)

                                    John P. Zelbst
                                    zelbst@zelbst.com
                                    Chandra L. Holmes Ray
                                    chandra@zelbst.com
                                    ZELBST, HOLMES & BUTLER
                                    P.O. Box 365
                                    Lawton, OK 73502-0365
                                    (580) 248-4844
                                    (580) 248-6916 (Fax)

James E. Wren
Texas State Bar No. 22018200
James_Wren@baylor.edu
One Bear Place #97288
Waco, Texas 76798-7288
(254) 710-7670
(254) 710-2817 (Fax)

**ATTORNEYS FOR PLAINTIFFS**

### CERTIFICATE OF CONFERENCE

I certify that on November 29, 2010, counsel for Plaintiffs conferred with counsel for Defendants, Paulo McKeeby, regarding the Motion to Exceed Page Limit to respond to Defendant's Reply Brief in Support of Their Motion for Decertification. After discussing the Motion, Defense counsel advised that he was unopposed to the Motion.

By: /s/ Laureen F. Bagley
LAUREEN F. BAGLEY

### CERTIFICATE OF SERVICE

I hereby certify that on this the 29th day of November, 2010, a true and correct copy of this document was sent via electronic mail to the following:

Paulo B. McKeeby
Joe S. Allen
Sharon Fast Fulgham
*Morgan, Lewis & Bockius LLP*
1717 Main Street, Suite 3200
Dallas, TX 75201-7347

Deron R. Dacus
*Ramey & Flock P.C.*
100 East Ferguson, Suite 500
Tyler, TX 75702

By: /s/ Laureen F. Bagley
LAUREEN F. BAGLEY