```
 1   IN THE UNITED STATES DISTRICT COURT

 2        FOR THE EASTERN DISTRICT OF TEXAS

 3                  MARSHALL DIVISION

 4                      - - -

 5   PATTY BEALL, MATTHEW MAXWELL,      )
     DAVID GRAVELY, TALINA MCELHANY,    )
 6   KELLY HAMPTON, CASEY BROWN,        )
     JASON BONNER, KEVIN TULLOS,        )
 7   ANTHONY DODD, ILENE MEYERS,        )
     TOM O'HAVER, JOY BIBLES, DON       )
 8   LOCCHI and MELISSA PASTOR,         )
     Individually and on behalf of      )
 9   all others similarly situated;     )
                                        )
10        Plaintiffs                    )
                                        )
11   vs.                                ) 2:08-cv-422-TJW
                                        )
12   TYLER TECHNOLOGIES, INC., and      )
     EDP ENTERPRISES, INC.              )
13                                      )
            Defendants.                 )
14                                      )
     -----------------------------------
15

16                  DEPOSITION OF

17              CHRISTOPHER HEPBURN

18               PORTLAND, MAINE

19               AUGUST 18, 2010

20

21
     ATKINSON-BAKER, INC.
22   COURT REPORTERS
     (800) 288-3376
23   www.depo.com

24   REPORTED BY:   Cheryl C. Pieske, RMR

25   FILE NO.:      A40636E
```

1

**EXHIBIT NO. 37**

```
 1                IN THE UNITED STATES DISTRICT COURT

 2                 FOR THE EASTERN DISTRICT OF TEXAS

 3                          MARSHALL DIVISION

 4                               - - -

 5   PATTY BEALL, MATTHEW MAXWELL,     )

 6   DAVID GRAVELY, TALINA MCELHANY,   )

 7   KELLY HAMPTON, CASEY BROWN,       )

 8   JASON BONNER, KEVIN TULLOS,       )

 9   ANTHONY DODD, ILENE MEYERS,       )

10   TOM O'HAVER, JOY BIBLES, DON      )

11   LOCCHI and MELISSA PASTOR,        )

12   Individually and on behalf of     )

13   all others similarly situated;    )

14           Plaintiff,                )

15       vs.                           ) 2:08-cv-422 TJW

16   TYLER TECHNOLOGIES, INC., and,    )

17   EDP ENTERPRISES, INC.,            )

18           Defendants.               )

19   ----------------------------------

20

21           Deposition of CHRISTOPHER HEPBURN, taken on

22   behalf of Plaintiff, at Congress Street, Portland, Maine,

23   commencing at 8:32 a.m., Wednesday, August 18, 2010, before

24   Cheryl C. Pieske, RMR, Court Reporter and Notary

25   Public.
```

**EXHIBIT NO. 37**

```
 1                    A P P E A R A N C E S:

 2    FOR PLAINTIFFS:

 3    SLOAN, BAGLEY, HATCHER & PERRY LAW FIRM
      BY: LAUREEN F. BAGLEY, ESQ.
 4    101 East Whaley Street
      P.O. Drawer 2909
 5    Longview, Texas 75606

 6    ZELBST, HOLMES & BUTLER
      BY: CHANDRA L. HOLMES RAY, ESQ.
 7    P.O. Box 365
      Lawton, Oklahoma 73502-0365
 8

 9    FOR DEFENDANT:

10    MORGAN, LEWIS & BOCKIUS, LLP
      BY: PAULO B. McKEEBY, ESQ.
11    1717 Main Street, Suite 3200
      Dallas, Texas, 75201-7347
12
      TYLER TECHNOLOGIES, INC.
13    H. LYNN MOORE, ESQ.
      In-house Counsel
14

15

16

17

18

19

20

21

22

23

24

25
```

3

**EXHIBIT NO. 37**

```
 1   that we haven't discussed?                                10:04:09
 2       A.   Not that I can recall right now.                 10:04:10
 3       Q.   Okay.  Now, let's move on to Eden.               10:04:17
 4       A.   Sure.                                            10:04:22
 5       Q.   What do the implementation specialists and       10:04:23
 6   consultants -- what are their functions at Eden?          10:04:26
 7       A.   The organizational structure at Eden is          10:04:29
 8   different than MUNIS.  The project manager is not a       10:04:33
 9   product expert, which means more responsibility falls on  10:04:38
10   the implementation staff to perform all -- virtually all  10:04:47
11   product-related items to get the client live.             10:04:55
12       Q.   Okay.  And what do they have to do?              10:04:59
13       A.   They would -- they would perform the analysis,   10:05:03
14   the to-be model definition, the configuration, marrying   10:05:14
15   of the to-be model to the configuration, and work with    10:05:19
16   the client to execute that, and then the added            10:05:25
17   responsibility to educate the project manager, who is not 10:05:29
18   a product expert, on where the project is relative to     10:05:32
19   milestones.                                               10:05:37
20       Q.   Okay.  And would they do training as well?       10:05:38
21       A.   That would be one component of their job.        10:05:43
22       Q.   Okay.  And then do they assist in the -- or do   10:05:45
23   they do the -- receive the client acceptance, review the  10:05:49
24   conversion files and load conversion files?               10:05:55
25       A.   That would be also part of their job.            10:05:57
```

61

**EXHIBIT NO. 37**

| | | |
|---|---|---|
| 1 | Q. And do they assist in the go-live in the ways | 10:05:59 |
| 2 | we've discussed before? | 10:06:02 |
| 3 | A. That would also be part of their job. | 10:06:03 |
| 4 | Q. And do they assist in go-live support? | 10:06:04 |
| 5 | A. Correct. | 10:06:07 |
| 6 | Q. Okay. And based upon what you have told me, it | 10:06:09 |
| 7 | sounds like it's your testimony that the implementation | 10:06:13 |
| 8 | specialists at Eden perform predominantly the kind of | 10:06:16 |
| 9 | tasks that you performed when you were an implementation | 10:06:20 |
| 10 | specialist; is that correct? | 10:06:25 |
| 11 | A. The -- predominantly, I would say generally | 10:06:34 |
| 12 | they perform similar tasks. The difference is just | 10:06:39 |
| 13 | organizational structure where when I was at MUNIS, I had | 10:06:46 |
| 14 | a project manager who was a product expert who was | 10:06:52 |
| 15 | engaged in the project. At Eden, the project manager is | 10:06:59 |
| 16 | not a product expert, meaning that their implementation | 10:07:03 |
| 17 | consultants have a higher degree of responsibility than I | 10:07:09 |
| 18 | had. | 10:07:13 |
| 19 | Q. Okay. And is that how it is now or how it has | 10:07:13 |
| 20 | always been? | 10:07:17 |
| 21 | A. They have -- at Eden or MUNIS? | 10:07:18 |
| 22 | Q. Both places. | 10:07:21 |
| 23 | A. MUNIS has -- MUNIS has -- for my 17 years, all | 10:07:22 |
| 24 | but 1 1/2 years has been organized in the project | 10:07:37 |
| 25 | manager/implementor combination with a project manager as | 10:07:40 |

62

**EXHIBIT NO. 37**

| | | |
|---|---|---|
| 1 | an expert. At Eden they have always been or historically | 10:07:45 |
| 2 | been what we call a bull-pen approach. | 10:07:50 |
| 3 | Q. Uh-hmm. Okay. And what about INCODE? | 10:07:53 |
| 4 | A. INCODE is a similar approach to Eden. They are | 10:08:06 |
| 5 | a bull-pen approach where the product -- I'm sorry, the | 10:08:11 |
| 6 | project manager is not the product expert. | 10:08:18 |
| 7 | Q. Okay. And so we don't need to go through all | 10:08:26 |
| 8 | of the particular job functions unless you tell me that | 10:08:30 |
| 9 | there is something unique. But is it fair to say that | 10:08:34 |
| 10 | the job duties and functions are -- mirror Eden's, in | 10:08:37 |
| 11 | other words, for the implementation specialists at | 10:08:44 |
| 12 | INCODE? | 10:08:46 |
| 13 | A. The other -- I wouldn't say 100 percent. The | 10:08:47 |
| 14 | INCODE has -- the INCODE team has tax, courts, and public | 10:09:00 |
| 15 | safety products which require specialization that the | 10:09:09 |
| 16 | Eden folks don't have. | 10:09:16 |
| 17 | Q. Okay. What type of specialization? Are we | 10:09:21 |
| 18 | talking product specialization, or are we talking about | 10:09:24 |
| 19 | tax background or something like that? | 10:09:27 |
| 20 | A. Both. | 10:09:28 |
| 21 | Q. Uh-hmm. Okay. And how so? What kind of | 10:09:29 |
| 22 | specialization is required for public safety? | 10:09:35 |
| 23 | A. I'll combine the public safety and the courts. | 10:09:38 |
| 24 | The nature of the implementations is kind of an all -- | 10:09:42 |
| 25 | you want all of your applications going live at the same | 10:09:52 |

63

**EXHIBIT NO. 37**

| | | |
|---|---|---|
| 1 | time. | 10:09:57 |
| 2 | MR. McKEEBY: This is at INCODE? | 10:09:57 |
| 3 | THE DEPONENT: At INCODE dealing with -- and when we | 10:09:59 |
| 4 | get to it, Courts, and I can describe more later. | 10:10:03 |
| 5 | A.  So that provides a level of, I would say, | 10:10:10 |
| 6 | management, getting all of your applications lined up to | 10:10:21 |
| 7 | go live at the same time where the Eden, the MUNIS, an | 10:10:27 |
| 8 | even INCODE financials can be staggered. You could do | 10:10:31 |
| 9 | financials one day, payroll one day. You could stagger | 10:10:36 |
| 10 | it out. But they have a different burden because you | 10:10:39 |
| 11 | want all of your courts and your public safety up and | 10:10:44 |
| 12 | running at one fell swoop so that when the sheriff pulls | 10:10:49 |
| 13 | someone over and they have an outstanding warrant for | 10:10:53 |
| 14 | them, that sheriff needs to know that or that sheriff | 10:10:55 |
| 15 | could be in trouble. So they have to -- the | 10:10:59 |
| 16 | implementation consultants because they don't have a | 10:11:02 |
| 17 | product -- project manager who is a product expert have | 10:11:04 |
| 18 | that added burden of managing multi-tasking that the Eden | 10:11:08 |
| 19 | folks and MUNIS folks don't have. | 10:11:13 |
| 20 | Q.  And so I might understand correctly, because it | 10:11:15 |
| 21 | needs to go live at the same time, it's really a timing | 10:11:18 |
| 22 | issue? | 10:11:21 |
| 23 | A.  It's -- it's -- I'd call it a project | 10:11:22 |
| 24 | management juggling issue. | 10:11:25 |
| 25 | Q.  Uh-hmm. | 10:11:28 |

64

**EXHIBIT NO. 37**

| | | |
|---|---|---|
| 1 | Q. Okay. And at MUNIS they do it zero percent of | 10:16:16 |
| 2 | the time; is that correct? | 10:16:24 |
| 3 | A. That is not correct. I think we discussed | 10:16:25 |
| 4 | earlier it's the project manager's discretion whether the | 10:16:27 |
| 5 | project manager would like to do it or they wanted to | 10:16:31 |
| 6 | delegate that task. So it would depend. | 10:16:35 |
| 7 | Q. Okay. And if at Eden and INCODE it's | 10:16:38 |
| 8 | 100 percent of the time that they do that, what percent | 10:16:43 |
| 9 | of the time would they spend doing the consulting with | 10:16:47 |
| 10 | the client versus their other tasks, training and, you | 10:16:51 |
| 11 | know, assisting with go-live and that type of thing? | 10:16:54 |
| 12 | A. I want to -- I don't like the -- I want to back | 10:16:56 |
| 13 | up. I don't like the term 100 percent. That's -- that's | 10:17:06 |
| 14 | too narrow a definition to say that someone at Eden and | 10:17:09 |
| 15 | INCODE. Some other staff member could work with a client | 10:17:11 |
| 16 | to do analysis. | 10:17:15 |
| 17 | Q. Like who? | 10:17:18 |
| 18 | A. They might -- it could be someone in the | 10:17:18 |
| 19 | support department that helps out on occasion. If there | 10:17:23 |
| 20 | was -- if I didn't have anyone scheduled to go to a | 10:17:26 |
| 21 | particular client site, we could ask a manager in support | 10:17:29 |
| 22 | or someone who had product knowledge. So to say it's | 10:17:33 |
| 23 | 100 percent I think is too narrow, but predominantly | 10:17:36 |
| 24 | within those organizations the implementation specialists | 10:17:39 |
| 25 | are the ones engaging with clients for the analysis; but | 10:17:44 |

68

**EXHIBIT NO. 37**

| | | |
|---|---|---|
| 1 | I don't want to -- I don't want to say that that's the | 10:17:49 |
| 2 | only ones who could do that. That's, I think, too narrow | 10:17:52 |
| 3 | a definition. | 10:17:55 |
| 4 | Within that what percentage of their time is devoted | 10:17:57 |
| 5 | to analysis is -- it's -- it's -- on an average project, | 10:18:03 |
| 6 | and, again, every project is different, it can be above | 10:18:17 |
| 7 | 50 percent of the time. It can be upwards of 75 percent | 10:18:22 |
| 8 | of the time on average, but that depends. | 10:18:24 |
| 9 | Q. Okay. Now, what about at Courts and Justice? | 10:18:27 |
| 10 | A. Courts and Justice is similar to Eden and | 10:18:43 |
| 11 | INCODE but unique. They have two separate organizations | 10:18:49 |
| 12 | within their services line. One is the project | 10:19:00 |
| 13 | management organization. They are not product experts. | 10:19:04 |
| 14 | The other is an implementation organization that has | 10:19:09 |
| 15 | multiple layers. | 10:19:15 |
| 16 | Q. What do you mean by multiple layers? | 10:19:17 |
| 17 | A. They have line managers that are unique to | 10:19:20 |
| 18 | Courts and Justice. Then they have implementation | 10:19:27 |
| 19 | analysts and then implementation consultants. Experience | 10:19:33 |
| 20 | would be the key there. | 10:19:40 |
| 21 | Q. What do you mean experience would be the key | 10:19:43 |
| 22 | there? | 10:19:46 |
| 23 | A. A line manager has more experience and so | 10:19:46 |
| 24 | forth. | 10:19:53 |
| 25 | Q. Are we talking about product experience? | 10:19:53 |

69

**EXHIBIT NO. 37**

| | | |
|---|---|---|
| 1 | A. Correct. | 10:19:54 |
| 2 | Q. Okay. And other than that -- no, strike that. | 10:19:55 |
| 3 | How are they similar to Eden and INCODE? | 10:20:03 |
| 4 | A. How are they similar? At the lower -- at the | 10:20:06 |
| 5 | lower level, entry level, they would be -- as a | 10:20:19 |
| 6 | percentage of their job have knowledge transfer | 10:20:27 |
| 7 | responsibilities that they all have as some percentage. | 10:20:37 |
| 8 | Q. Okay. How else are they similar, the | 10:20:43 |
| 9 | implementation specialists at Courts and Justice similar | 10:20:48 |
| 10 | to Eden and INCODE? | 10:20:50 |
| 11 | A. From a very generalistic and simplistic answer, | 10:20:51 |
| 12 | they're all tasked with getting the client live. | 10:21:08 |
| 13 | Q. And what tasks? | 10:21:13 |
| 14 | A. Again, there's going to be dozens of tasks | 10:21:15 |
| 15 | relative to each particular implementation. | 10:21:21 |
| 16 | Q. And what I'm really interested in is the tasks | 10:21:23 |
| 17 | that you've already outlined for me that you were | 10:21:26 |
| 18 | predominantly doing when you were an implementation | 10:21:30 |
| 19 | specialist. | 10:21:32 |
| 20 | A. It would be -- I wouldn't be able to draw a | 10:21:32 |
| 21 | parallel to what I had done and what Courts and Justice | 10:21:39 |
| 22 | does. They're not -- they're not the same. | 10:21:41 |
| 23 | Q. Uh-hmm. So Courts and Justice would not talk | 10:21:44 |
| 24 | to the client to ascertain what they wanted to do, what | 10:21:50 |
| 25 | they wanted to accomplish with the software? | 10:21:54 |

**EXHIBIT NO. 37**

| | | |
|---|---|---|
| 1 | client in terms of what the client wants to have done, | 10:26:07 |
| 2 | and they can help with training and those types of | 10:26:10 |
| 3 | things? | 10:26:13 |
| 4 | A.   They can. | 10:26:13 |
| 5 | Q.   And they can assist with the go-live and | 10:26:14 |
| 6 | configure and things like that? | 10:26:19 |
| 7 | A.   They could. | 10:26:21 |
| 8 | Q.   But they just have the additional duty of kind | 10:26:21 |
| 9 | of making sure that everybody has the education | 10:26:24 |
| 10 | underneath them that they need? | 10:26:28 |
| 11 | A.   Correct. | 10:26:29 |
| 12 | Q.   Okay.  Okay.  Any other ways in which you're | 10:26:32 |
| 13 | saying the implementation specialists at Courts and | 10:26:38 |
| 14 | Justice is similar to the implementation specialists at | 10:26:42 |
| 15 | Eden or INCODE? | 10:26:47 |
| 16 | A.   I think that -- in a very general and | 10:26:48 |
| 17 | simplistic way that the implementation specialists or | 10:27:06 |
| 18 | consultants share equal similarities and equal | 10:27:13 |
| 19 | differences. | 10:27:20 |
| 20 | Q.   Okay.  What similarities do they share? | 10:27:21 |
| 21 | A.   Again, in general terms they all share the | 10:27:23 |
| 22 | similarity that their job is to get the client live | 10:27:28 |
| 23 | successfully so that they can use our software | 10:27:31 |
| 24 | applications. | 10:27:34 |
| 25 | Q.   Now, are we talking about implementation | 10:27:34 |

74

**EXHIBIT NO. 37**

| | | |
|---|---|---|
| 1 | specialists across the board at Tyler at this point in | 10:27:37 |
| 2 | time? | 10:27:40 |
| 3 |     A.   As related to your question, it was between the | 10:27:40 |
| 4 | specific areas.  My answer was the specific areas that | 10:27:45 |
| 5 | you had mentioned. | 10:27:49 |
| 6 |     Q.   But your answer was very broad, and that's why | 10:27:49 |
| 7 | I was asking whether or not it would be equally -- and I | 10:27:52 |
| 8 | didn't ask it that way, and I apologize.  I guess I | 10:27:55 |
| 9 | should ask would that be equally true for implementation | 10:27:56 |
| 10 | specialists across the board at Tyler? | 10:28:00 |
| 11 |     A.   I would say that if you're an implementation | 10:28:02 |
| 12 | specialist at Tyler generally you are in a role that is | 10:28:10 |
| 13 | to assist clients to successfully implement software | 10:28:15 |
| 14 | applications. | 10:28:21 |
| 15 |     Q.   Okay.  All right.  Now, any other ways in which | 10:28:21 |
| 16 | it's your testimony that the implementation specialists | 10:28:28 |
| 17 | at Courts and Justice are different from the | 10:28:31 |
| 18 | implementation specialists at MUNIS, Eden, or INCODE? | 10:28:33 |
| 19 |     A.   The Courts and Justice implementations have | 10:28:36 |
| 20 | size and scope, which are unique to Courts and Justice. | 10:28:45 |
| 21 | They have implementations at state levels that other -- | 10:28:50 |
| 22 | that peers -- that their peers in Tyler don't have, and | 10:28:57 |
| 23 | that's unique and requires unique skillsets; and they | 10:29:04 |
| 24 | have also within Texas, which is an area of a number of | 10:29:09 |
| 25 | their clients, they have that combined implementation | 10:29:17 |

75

**EXHIBIT NO. 37**

| | | |
|---|---|---|
| 1 | where it's the big bang theory.  Everything must go at | 10:29:22 |
| 2 | the same time.  And that is unique to those individuals. | 10:29:27 |
| 3 | Q.   Okay.  Any other ways that you're saying it's | 10:29:30 |
| 4 | different?  I mean, if there is not, that's fine.  I'm | 10:29:35 |
| 5 | not -- I just want to find out what it is. | 10:29:40 |
| 6 | A.   Those are some predominant ones that are coming | 10:29:42 |
| 7 | to my mind. | 10:29:44 |
| 8 | Q.   Okay.  Let's go on to Eagle.  Tell me what the | 10:29:45 |
| 9 | implementation specialists' functions are at Eagle. | 10:29:59 |
| 10 | A.   In general terms they're -- they're very | 10:30:07 |
| 11 | similar to the INCODE and Eden models.  They are within | 10:30:24 |
| 12 | the INCODE division.  So at a high level, again, to bring | 10:30:29 |
| 13 | their clients live on their applications. | 10:30:36 |
| 14 | Q.   So they have basically a bull-pen approach as | 10:30:42 |
| 15 | well? | 10:30:46 |
| 16 | A.   They're unique, yet again, in that the Eagle | 10:30:46 |
| 17 | document management application has been utilized | 10:30:57 |
| 18 | throughout Tyler, and they play a role unique to them, | 10:31:06 |
| 19 | which is other Tyler divisions will implement their | 10:31:14 |
| 20 | product; and their role is to help other Tyler divisions | 10:31:21 |
| 21 | implement the product.  So they -- they work sometimes | 10:31:28 |
| 22 | with the client and sometimes with their peers at Tyler. | 10:31:34 |
| 23 | I'm trying to think if we have any other -- I think | 10:31:40 |
| 24 | they're unique in that regard where -- where their | 10:31:42 |
| 25 | application is being implemented, say, by MUNIS | 10:31:46 |

76

**EXHIBIT NO. 37**

| | | |
|---|---|---|
| 1 | implementors and they would assist in that. | 10:31:51 |
| 2 | Q.    And on average what percentage of their time | 10:31:52 |
| 3 | would they be working with their peers versus the | 10:31:55 |
| 4 | customer? | 10:31:57 |
| 5 | A.    I don't know that I could come up with a | 10:31:57 |
| 6 | percentage there. | 10:32:05 |
| 7 | Q.    Why not? | 10:32:06 |
| 8 | A.    That gets to a level of detail that I'm just | 10:32:06 |
| 9 | not -- I wouldn't -- I wouldn't be privy to. | 10:32:11 |
| 10 | Q.    So you're not the person most knowledgeable on | 10:32:14 |
| 11 | that particular issue? | 10:32:17 |
| 12 | A.    On that particular question. | 10:32:17 |
| 13 | Q.    Okay.  And have you done anything to ascertain | 10:32:19 |
| 14 | how much of their time is spent working with their | 10:32:26 |
| 15 | colleagues versus working with the customer? | 10:32:29 |
| 16 | A.    Can you repeat that question? | 10:32:36 |
| 17 | Q.    Have you done anything to try to ascertain what | 10:32:40 |
| 18 | percentage of time is spent working with the colleagues | 10:32:43 |
| 19 | versus the customer? | 10:32:48 |
| 20 | A.    No, not specifically. | 10:32:50 |
| 21 | Q.    Okay.  Any other ways in which Eagle is similar | 10:32:52 |
| 22 | to the other divisions in terms of their implementation | 10:32:57 |
| 23 | specialists and consultants? | 10:33:01 |
| 24 | A.    Not -- not that I can think of. | 10:33:02 |
| 25 | Q.    Any other ways in which they're different? | 10:33:06 |

**EXHIBIT NO. 37**

| | | |
|---|---|---|
| 1 | A. Not that's coming to me right now. | 10:33:07 |
| 2 | Q. Okay. And the last one is Fundbalance. Can | 10:33:11 |
| 3 | you tell me, please, what the functions and duties are of | 10:33:17 |
| 4 | the implementation specialists at Fundbalance? | 10:33:20 |
| 5 | A. They would be similar to, again, their INCODE | 10:33:22 |
| 6 | counterparts division which they roll up into and similar | 10:33:27 |
| 7 | products, financial products, payroll products. So I | 10:33:32 |
| 8 | would say that they're more similar to that group. | 10:33:35 |
| 9 | Q. And would you say that they have kind of the | 10:33:39 |
| 10 | bull-pen approach, or do you know? | 10:33:43 |
| 11 | A. I can't recall. I'm just forgetful. I can't | 10:33:46 |
| 12 | recall their exact management style. I know that in | 10:33:50 |
| 13 | INCODE it's the bull-pen approach and that's their | 10:33:54 |
| 14 | division, but I don't know that Fundbalance follows that. | 10:33:58 |
| 15 | Q. All right. So as I'm understanding it, then, | 10:34:00 |
| 16 | the management style of the different divisions can vary | 10:34:03 |
| 17 | from one another; is that correct? | 10:34:08 |
| 18 | A. They do. | 10:34:10 |
| 19 | Q. And as a result of that, it can impact the | 10:34:12 |
| 20 | percentage of time that an implementation specialist | 10:34:15 |
| 21 | might spend doing particular duties as well as whether | 10:34:18 |
| 22 | they do certain duties at all; is that correct? | 10:34:21 |
| 23 | A. I would say that's -- that's correct. | 10:34:22 |
| 24 | Q. Okay. Now, would you say that there is | 10:34:25 |
| 25 | anything about the employment settings of the particular | 10:34:37 |

78

**EXHIBIT NO. 37**

| | | |
|---|---|---|
| 1 | divisions that are different from each other than what | 10:34:46 |
| 2 | we've already talked about in the management style? | 10:34:50 |
| 3 |      MR. McKEEBY: I object to the form of the question. | 10:34:54 |
| 4 | You can answer. | 10:34:56 |
| 5 |      A.  Can you define employment settings for me? | 10:34:57 |
| 6 | BY MS. RAY: | 10:35:00 |
| 7 |      Q.  Well, is there anything about the way that the | 10:35:00 |
| 8 | people report to work or who they report to?  We've | 10:35:06 |
| 9 | talked a little bit about some have project managers and | 10:35:13 |
| 10 | some don't, you know.  That's kind of what I'm referring | 10:35:17 |
| 11 | to. | 10:35:19 |
| 12 |      MR. McKEEBY: What's the question? | 10:35:19 |
| 13 | BY MS. RAY: | 10:35:24 |
| 14 |      Q.  Is there any differences in the way they report | 10:35:24 |
| 15 | to work and -- that you're saying is, oh, this is | 10:35:27 |
| 16 | different here as opposed to there? | 10:35:31 |
| 17 |      MR. McKEEBY: Other than what he has discussed? | 10:35:32 |
| 18 |      MS. RAY: Right. | 10:35:35 |
| 19 |      A.  Employment -- how people arrive to work | 10:35:36 |
| 20 | through -- throughout Tyler there are employees who work | 10:35:49 |
| 21 | out of an office or work out of their home just given the | 10:35:53 |
| 22 | geographic expansion.  So there are differences to | 10:35:56 |
| 23 | whether implementors show up to an office, whether they | 10:36:00 |
| 24 | show up to their home, or whether they're assigned | 10:36:04 |
| 25 | permanently to a client site for a fixed number of | 10:36:08 |

**EXHIBIT NO. 37**