Freedom Court Reporting, Inc                                    1

```
 1           IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF TEXAS
 2                    MARSHALL DIVISION

 3

 4   PATTY BEALL, MATTHEW
     MAXWELL, TALINA MCELHANY
 5   and KELLY HAMPTON,
     individually, and on
 6   behalf of all others
     similarly situated,
 7
         Plaintiffs,
 8

 9   vs.                        CASE NO:  2:08-cv-422 TJW

10
     TYLER TECHNOLOGIES, INC.,
11   and EDP ENTERPRISES, INC.,

12       Defendants.

13
                 * * * * * * * * * * * * * *
14

15   DEPOSITION OF:     RONALD GRIMWOOD

16   DATE TAKEN:        September 8, 2010

17   TIME:              2:05 p.m. - 4:10 p.m.

18   PLACE:             ComCenter Bradenton
                        6150 State Road 70 E
19                      Bradenton, Florida 34203

20   TAKEN BY:          The Defendants

21   REPORTED BY:       Kerry Mercade, CSR, CRI, FPR
                        Court Reporter and Notary Public
22

23

24

25
```

```
 1                A P P E A R A N C E S

 2
     LAUREEN F. BAGLEY, ESQUIRE
 3
     OF:  Sloan, Bagley, Hatcher & Perry Law Firm
 4        101 East Whaley Street
          P.O. Drawer 2909
 5        Longview, Texas 75606

 6        APPEARING ON BEHALF OF THE PLAINTIFFS

 7
     PAULO B. MCKEEBY, ESQUIRE
 8
     OF:  Morgan, Lewis & Bockius, LLP
 9        1717 Main Street
          Suite 3200
10        Dallas, Texas 75201

11        APPEARING ON BEHALF OF THE DEFENDANTS

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**EXHIBIT NO. 39**

Freedom Court Reporting, Inc     3

1                 I N D E X

2   DEPOSITION OF RONALD GRIMWOOD           PAGE
        Direct Examination by Mr. McKeeby........4
3        Cross-Examination by Mrs. Bagley.........91

4   CERTIFICATE OF OATH............................93
    CERTIFICATE OF REPORTER........................94
5   ERRATA SHEET...................................95
    NOTIFICATION LETTER............................96
6

7              E X H I B I T S

8   NUMBER    DESCRIPTION                 PAGE

9    1         Résumé of Ronald Grimwood..............70
      2         Letter of Commitment...................74
10   3         2008 Performance Evaluation............77
      4         2009 Performance Evaluation............86
11   5         Pleadings..............................88

12

13

14            S T I P U L A T I O N S

15      It is hereby agreed and so stipulated by and

16 between the parties hereto, through their

17 respective counsel, that the reading and signing

18 of the transcript are expressly reserved by the

19 Deponent.

20

21

22

23

24

25

367 Valley Avenue Birmingham, Alabama (877) 373-3660

**EXHIBIT NO. 39**

```
 1   current processes?
 2      A.   Yes.
 3      Q.   And is that again a role that was
 4   performed by the project manager?
 5      A.   The project manager may get involved in
 6   that or the implementation team may get involved
 7   in that, depending on the site.  There is a
 8   difference between big sites and small sites.
 9      Q.   And I take it, it would be more likely
10   that the project manager would be involved in that
11   process if it was a larger site?
12      A.   A larger site, yes, would be involved with
13   someone else in that to get into the nitty gritty
14   detail.
15      Q.   And is there a shorthand way to refer to
16   this?  I don't know if it's a meeting or process
17   by which Tyler generally assigns duties and
18   responsibilities and learns how the customer
19   handles requisitions and other processes?
20      A.   Usually, the implementation specialist,
21   who was responsible for those programs, would meet
22   with whomever the site decided they should meet
23   with to get the answers to those questions.
24      Q.   So this was something that you, as an
25   implementation specialist, performed?  This was a
```

```
 1   role?
 2      A.   Yes.
 3      Q.   My question, though -- is there some
 4   shorthand reference to call it?  Initial meeting?
 5   I don't know.
 6      A.   I'm trying to think of -- there is, I
 7   can't remember out of the top of my head what they
 8   could call it.
 9      Q.   Not systems analysis?
10      A.   No.  It's like something that I never
11   could understand how they came up with the terms.
12   It was basically, like I said, was to determine:
13   What are you doing now?  How are you doing it?
14      Q.   Now, prior to performing this function
15   of -- well, let me make sure I understand
16   correctly.  This was an exchange of information
17   that occurred in a face-to-face meeting,
18   typically?
19      A.   Yes.  It occurred in meetings, yes.
20      Q.   So by this phase of the implementation,
21   you, as the implementation specialist, would have
22   been dispatched to the customer location?
23      A.   Yes.
24      Q.   Would you, as an implementation
25   specialist, have done any preparatory work prior
```

1  to this meeting?
2     A.   Print out the questions.
3     Q.   Would you have reviewed the project plan,
4  typically?
5     A.   Typically, yes.
6     Q.   And when you say "print out the
7  questions," what questions do you mean?
8     A.   There was a prepared list based on the
9  program, you know, purchasing, fixed assets, what
10 have you.  There is a prepared list of questions
11 that needed to be asked to determine specifically
12 how they were doing things and what their policies
13 were.  We would go by that list to make sure we
14 covered every single thing.
15    Q.   How long are the lists?  What kind of
16 document are we talking about?
17    A.   Could be -- again, most of them were
18 pretty well the same.  I mean, we wouldn't
19 necessarily ask a small site certain questions,
20 because we knew that they wouldn't do those
21 things.  But I would say, you know, three to four
22 pages of questions.  And, again, it would depend
23 on the module, the program.  You know, fixed
24 assets wouldn't have as many questions as accounts
25 payable, or purchasing, or anything like that.

1    Q.    And how long would these -- would this
2    meeting typically take?
3    A.    Again, it would depend on the site.  You
4    know, it could take a day or it could take two or
5    three days depending on, again, how many people
6    were involved, how detailed the program was.
7    Q.    And when you say how many people were
8    involved, you mean how many people were involved
9    in the meetings?
10   A.    Yes.  The site would determine who they
11   wanted to have there.
12   Q.    And would you prepare any documentation,
13   as an implementation specialist, from these
14   meetings?
15   A.    From the meetings?
16   Q.    Yes.  As a --
17   A.    The answers to all those questions.
18   Q.    And what form would you record those
19   answers?
20   A.    It's a Word document, using the questions
21   as the key and putting down all of the answers
22   that we got, and the policies, and make reference
23   to whatever their policies were.
24   Q.    Give me an example of a policy.  What kind
25   of questions were you asking during this initial

1   stage?

2       A.   Requisitions is an example, okay. Who
3   creates the first requisition? Where is the
4   requisition first created? Is it created at the
5   janitor level? Is it created at the purchasing
6   office? Where is it actually created? If it is
7   created down here someplace in the organization,
8   how does it proceed to get to purchasing to become
9   a purchase order? What is the policy? Who can do
10  it? What can they buy?

11           All of those kinds of questions would be
12  asked during that process. They would be listed
13  there when we would get their policy. Do you have
14  credit cards? If so, who has access to the credit
15  card? What is the amount they can purchase? You
16  know, what is your policy on this? Do you have a
17  policy manual? Can we get your policy manual?
18  Those kinds of things.

19      Q.   Is it your testimony that all of those
20  questions would have been in the list that you
21  would have printed out?

22      A.   Yes.

23      Q.   What is the next step of the
24  implementation process?

25      A.   The next step after that would be to sit