Freedom Court Reporting, Inc     1

```
 1              IN THE UNITED STATES DISTRICT COURT

 2              FOR THE EASTERN DISTRICT OF TEXAS

 3                      MARSHALL DIVISION

 4                 CASE NO. 2:08-cv-422 TJW

 5      _____

 6      _____

 7      PATTY BEALL, MATTHEW

 8      MAXWELL, TALINA MCELHANY AND

 9      KELLY HAMPTON, individually

10      and on behalf of all other

11      similarly situated;

12      Plaintiffs,

13      vs.

14      TYLER TECHNOLOGIES, INC., AND

15      EDP ENTERPRISES, INC.,

16      Defendants.

17      _____

18      _____

19              DEPOSITION OF TRAVIS VOID

20

21      At Raleigh, North Carolina

22      July 29, 2010

23      2:25 p.m. - 4:30 p.m.

24      Reported by:   Rebecca L. Crunk
```

**Freedom Court Reporting, Inc**                                    2

```
 1                  A P P E A R A N C E S

 2

 3    For the Plaintiffs:      Laureen F. Bagley, Esq.

 4                             Sloan, Bagley, Hatcher & Perry

 5                             101 East Whaley Street

 6                             Post Office Drawer 2909

 7                             Longview, Texas 75606

 8

 9    For the Defendants:      Paulo B. McKeeby, Esq.

10                             Morgan, Lewis & Bockius

11                             1717 Main Street

12                             Suite 3200

13                             Dallas, Texas 75210

14

15

16

17

18

19

20

21

22

23

24
```

**EXHIBIT NO. 40**

Freedom Court Reporting, Inc   3

```
1

2              TABLE OF CONTENTS

3                EXAMINATIONS

4

5    Examination                              Page

6    Direct, Mr. McKeeby .................    4

7    Cross, Ms. Bagley ...................   89

8

9

10

11                  EXHIBITS

12

13   Exhibit           Description           Page

14   Exhibit No. 1     Time sheets            19

15   Exhibit No. 2     Offer letter           40

16   Exhibit No. 3     Performance Evaluation 70

17   Exhibit No. 4     Performance Evaluation 85

18   Exhibit No. 5     Consent                86

19   Exhibit No. 6     Resume                 88

20

21

22

23

24
```

367 Valley Avenue Birmingham, Alabama (877) 373-3660

**EXHIBIT NO. 40**

Freedom Court Reporting, Inc                                    52

```
 1    A.    Not all the time.  Sometimes they'll just tell us to
 2          go with what we have.
 3    Q.    Do you submit the agenda to the client for approval?
 4    A.    Yes.
 5    Q.    And is that something that's done before you get to
 6          the customer location?
 7    A.    Yes.
 8    Q.    So you would send it directly via email to the client
 9          and say something along the lines of, here's the
10          agenda, here's what we're planning.  Does this
11          correspond with your needs?
12    A.    Not does it correspond to your needs, but they get
13          the right people to be in the right place at the
14          right time to match the agenda and to see if we need
15          to make any changes according to their schedule.
16    Q.    So that goes more to the availability of the people
17          who need to be trained.
18    A.    Right.
19    Q.    And the client, obviously, is going to have more
20          information about that than you would.
21    A.    Exactly.
22    Q.    I take it the five different types of support or
23          training that you've listed are all of -- you've
24          performed all of these things in your employment.
```

367 Valley Avenue Birmingham, Alabama (877) 373-3660

**EXHIBIT NO. 40**

**Freedom Court Reporting, Inc**                                                                 53

```
 1    A.    Yes.
 2    Q.    When you're training regarding setting up the system,
 3          I take it you are training a particular segment of
 4          the employees of the customers during that training.
 5    A.    The setting up of the system?
 6    Q.    Yeah.  Let me just tell you my thought, and you tell
 7          me if I'm wrong, but when you're doing the
 8          implementation training or the end user training,
 9          you've got to train the people who are actually going
10          to be using the software.  My impression is when
11          you're doing the training on setting up the system is
12          that you're training a different group of employees;
13          is that accurate?
14    A.    Yes.
15    Q.    What group of employees are you training when you're
16          training to set up the system?
17    A.    A lot of times it's what we call the functional
18          leaders, those who make the decisions on how it needs
19          to be set up, also the IT department or the
20          information technology department.
21    Q.    Okay.  Do you, prior to doing the training regarding
22          setting up the system, need to know about the
23          customer's previous legacy system?
24    A.    We don't necessarily need to know everything about
```

**367 Valley Avenue Birmingham, Alabama (877) 373-3660**

**EXHIBIT NO. 40**

```
 1         their previous system.  We just need to know how they
 2         conducted business.
 3    Q.   What's an example of how they conducted business with
 4         respect to financial software?
 5    A.   How they handle an invoice that comes in.
 6    Q.   And when you say how they handle an invoice, you mean
 7         where did it get routed, who needed to approve it,
 8         those kinds of things?
 9    A.   Right.  Right.
10    Q.   And so that has less to do with software and more to
11         do with processes.
12    A.   Yes.
13    Q.   And how is it that you get that information from the
14         client?  Is that -- I'll leave it at that.
15    A.   That's more of the setup, so that's how we determine
16         how the system needs to be set up based off of how
17         they used to do business and how we can kind of keep
18         it similar.
19    Q.   Right.  Keep it similar within the MUNIS software.
20    A.   Yes.
21    Q.   So that's something -- that's information you gather
22         from the client during this setup training?
23    A.   Yes.
24    Q.   Do you know the term systems analysis, system
```

```
 1         analysis?
 2   A.    Yes.
 3   Q.    My understanding, I'll tell you my understanding of
 4         system analysis is, and you can tell me if it's the
 5         same as yours or if I need to change it.  It'll be
 6         pretty basic.
 7         But my understanding of a system analysis is where
 8         someone from Tyler is sitting down with the company,
 9         the customer, and gathering information from the
10         customer about their processes and how they, for
11         example, handle invoices is the example that you
12         used, and gathering that information from the
13         customer.  That's my understanding of a system
14         analysis.  Is that close?
15   A.    It's close.
16   Q.    Okay.
17   A.    It's like an as is.
18   Q.    Okay.  An as is in the sense that you're learning
19         what the customer's legacy system is.
20   A.    Their processes within the legacy system.
21   Q.    Got it.  Got it.  And my question is: I take it from
22         your testimony that's work that you, as an
23         implementation consultant, performed as part of your
24         job.
```