```
1              IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF TEXAS
2                      MARSHALL DIVISION

3    PATTY BEALL, MATTHEW        )
     MAXWELL, DAVID GRAVLEY,     )
4    TALINA MCELHANY, KELLY      )
     HAMPTON, KEVIN TULLOS,      )
5    CASEY BROWN, JASON BONNER,  )
     ANTHONY DODD, ILENE         )
6    MEYERS, TOM O'HAVER, JOY    )
     BIBLES, DON LOCCHI AND      )
7    MELISSA PASTOR,             )
     Individually and on behalf  ) CIVIL ACTION
8    of all others similarly     )
     situated,                   ) NO.: 2:08-CV-422 TJW
9                                )
                    PLAINTIFFS,  )
10                               )
     VS.                         )
11                               )
                                 )
12   TYLER TECHNOLOGIES, INC.    )
     AND EDP ENTERPRISES, INC.,  )
13                               )
                    DEFENDANTS.  )
14

15        ------------------------------------

16               ORAL DEPOSITION OF

17                  MELANIE BAIRD

18                  APRIL 26, 2010

19        ------------------------------------

20

21        ORAL DEPOSITION OF MELANIE BAIRD, produced as a
     witness at the instance of the DEFENDANTS, and duly
22   sworn, was taken in the above-styled and numbered cause
     on the 26th day of April, 2010, from 1:22 p.m. to
23   4:30 p.m., before Elaine Fowler, CSR in and for the
     State of Texas, reported by machine shorthand, at the
24   offices of Cathy Sosebee & Associates, 901 Mac Davis
     Lane, Lubbock, Texas, pursuant to the Federal Rules of
25   Civil Procedure and the provisions stated on the record
     or attached hereto.
```

EXHIBIT NO. 41

```
1                    A P P E A R A N C E S

2
     FOR THE PLAINTIFFS PATTY BEALL, MATTHEW MAXWELL, DAVID
3    GRAVLEY, TALINA MCELHANY, KELLY HAMPTON, KEVIN TULLOS,
     CASEY BROWN, JASON BONNER, ANTHONY DODD, ILENE MEYERS,
4    TOM O'HAVER, JOY BIBLES, DON LOCCHI AND MELISSA PASTOR,
     Individually and on behalf of all others similarly
5    situated:

6         MS. CHANDRA L. HOLMES RAY
          Zelbst, Holmes & Butler
7         P.O. Box 365
          Lawton, Oklahoma 73502-0365
8         (580) 248-4844

9    FOR THE DEFENDANTS TYLER TECHNOLOGIES, INC. AND EDP
     ENTERPRISES, INC.:
10
          MS. FARIN KHOSRAVI
11        Morgan, Lewis & Bockius, L.L.P.
          1717 Main Street
12        Suite 3200
          Dallas, Texas 75201-7347
13        (214) 466-4146

14

15

16

17

18

19

20

21

22

23

24

25
```

**EXHIBIT NO. 41**

1                          INDEX
                                                    PAGE
2    Appearances........................................  2

3    MELANIE BAIRD

4         EXAMINATION BY MS. KHOSRAVI.....................  4
          EXAMINATION BY MS. HOLMES RAY:................141
5         EXAMINATION BY MS. KHOSRAVI...................147

6

     Reporter's Certificate........................... 159
7
                         EXHIBITS
8
     NO.  DESCRIPTION                               PAGE
9
     1    3-9-06 Performance Review.................... 41
10   2    Performance Review from 2006 to 2007.......... 74
     3    Performance Review 2007 to 2008............... 97
11   4    Answers to interrogatories...................117
     5    Resume.......................................128
12   6    Consent to Opt In............................136

13

14

15

16

17

18

19

20

21

22

23

24

25

**EXHIBIT NO. 41**

1    ladies doing the utility billing take that device with

2    the Itron software and create a file.  And inside that

3    file is the data.  And I had to go into that file and

4    pick out the data that we -- that we needed for the

5    INCODE software to be able to produce the utility bill.

6    Does that make sense?

7        Q.  Yes.

8        A.  Okay.

9        Q.  Yes.  So we talked about conversion.  We talked

10   about configuration.  What other roles did you have as

11   an implementation specialist?

12       A.  I also did training, both on-site and on the

13   telephone.

14       Q.  Tell me about on-site training.  Start with how

15   would you know someone needed training?  Did they call

16   you?

17       A.  I would receive a notice that we received a

18   contract from Phyllis Lynn (phonetic).

19       Q.  And who would send you that notice?

20       A.  Phyllis Lynn.

21       Q.  Is Phyllis Lynn a client?

22       A.  She is the -- I don't know what her exact title

23   is.

24       Q.  Was she with Tyler?

25       A.  Yes.  She was our training coordinator.  I

1   believe that was what her title was.

2       Q.  So then she would send you a notice saying our

3   client XYZ needs training?

4       A.  Yes, and what they needed training on.

5       Q.  And so walk me through then what would happen

6   after that.  Once you get that notice from Phyllis --

7       A.  Uh-huh.

8       Q.  -- what happens then?

9       A.  Every application that I trained on was

10  different, so it would depend on what they bought.

11      Q.  And when you are saying application, you mean

12  the actual software application?

13      A.  Yes.

14      Q.  Okay.  So walk me through an example.  I don't

15  know what all you worked on.  Give me through an example

16  and walk me through that.

17      A.  Okay.  For example, there is a software called

18  Audiotel that customers could run their checks and their

19  bill stubs through it and then -- so they didn't have to

20  manually type in their payments into the software

21  system.

22      Q.  Customers or --

23      A.  Yes, customers.  They would scan them.  And I

24  had to go on-site to set up the equipment, install the

25  software, configure it, and then train them how to use

**EXHIBIT NO. 41**

1    it.

2        Q.   Okay.  So for that particular project that you

3    just told me about Audio --

4        A.   Audiotel.

5        Q.   Audiotel.  Who was the client you were dealing

6    with, what municipality?

7        A.   You want an example?

8        Q.   Yeah.

9        A.   Harker Heights, Texas.

10       Q.   And that is a -- what is that?

11       A.   That is a city.

12       Q.   That is a city?

13       A.   Uh-huh.

14       Q.   So once you get a notice from Phyllis that

15   Harker Heights needs training on Audiotel, did you call

16   somebody at Harker Heights to coordinate letting them

17   know you were going -- how did you -- did you just show

18   up?  Walk me through that process.

19       A.   Okay.  I would have to get the information from

20   them, like -- they would have to send me samples of

21   their bills so I could configure the scanner to be able

22   to read it.

23       Q.   Did Phyllis send you that or did you have

24   someone at Harker Heights to receive that?

25       A.   I would contact the customer, like Harker

1    Heights.

2         Q.   And how did you know who to contact at

3    Harker Heights?

4         A.   It would be on the email from Phyllis.

5         Q.   The contact information for you would be there?

6         A.   Yes.

7         Q.   So when you contacted the contact person --

8    typically who was the contact person at the city?  Were

9    you dealing with the city manager?  Who were you dealing

10   with?

11        A.   It could be anybody.  It was usually never the

12   same person.

13        Q.   Was that person an IT individual working for

14   the city, or not necessarily?

15        A.   Not necessarily.

16        Q.   Okay.  So once you contacted your contact at

17   the city, they introduced themselves, you told them that

18   you were trying to come up to the city to provide

19   training and you asked them for what again?

20        A.   I would need copies of their bill stubs.  You

21   know, when you get a bill in the mail and it tells you

22   to rip here, that portion, so we could configure their

23   scanner.

24        Q.   So once you got that -- they would send that to

25   you by fax, I assume?

```
 1        Q.  So you had to actually communicate with the

 2   client and find out how they set those up, correct?

 3        A.  Yes.

 4             MS. HOLMES RAY:  Objection, form.

 5        Q.  (BY MS. KHOSRAVI)  And you would have to

 6   understand that from the client to then know how to

 7   assist them with their problems; is that right?

 8             MS. HOLMES RAY:  Object to the form.

 9        Q.  (BY MS. KHOSRAVI)  You may answer the question.

10        A.  Can you repeat that, please.

11             MS. KHOSRAVI:  Would you read that back,

12   please.

13             (The reporter read the last question.)

14        A.  Correct.  Can I ask what time it is?

15             MS. HOLMES RAY:  10 minutes after 2.

16             THE WITNESS:  I have to notify my daughter

17   if she has to ride the bus home or not.  She gets out at

18   3:15.

19             MS. HOLMES RAY:  Off the record.

20             (Break taken from 2:11 p.m. to 2:14 p.m.)

21        Q.  (BY MS. KHOSRAVI)  Ms. Baird, before we took a

22   quick break we were discussing your employee comments on

23   your performance review with respect to problem solving.

24   Do you remember that?

25        A.  Yes.
```

**EXHIBIT NO. 41**

1        Q.   And we were discussing your comment where it

2    says it usually pertains to the way routes are set up

3    for customers and what the best way to set them up for

4    them is.  Do you remember having put that down on your

5    performance evaluation?

6        A.   Yes.

7        Q.   And was it you then that decided what the best

8    way was to set up the routes for your customers?

9        A.   I would make suggestions to the customers, but

10   it was ultimately their decision how it was set up.

11       Q.   And how do you decide what suggestions to make

12   to your customers?

13       A.   Just -- after doing it for so long you just

14   learn it, you --

15       Q.   So you determine what the best route would be

16   provided under the comment?

17

18             MS. HOLMES RAY:  Objection, form.  You can

19   answer.

20       A.   Okay.  I would just -- pretty much what I would

21   do, I would say -- you know, I never knew how their old

22   software worked, so I would say this is how our software

23   works and this would be the easiest way for you to do

24   it.  But ultimately it was up to them how we set it up,

25   the way they did their day-to-day work.

**EXHIBIT NO. 41**

1       Q.  Now, I want you to go up two lines, again I am

2   on problem solving, and tell me how you rated yourself.

3   Do you see your own ranking under box that has got a

4   capital E on top?

5       A.  Yes.  There is two of them marked there.  I do

6   not know why there is two of them marked there, so I

7   don't know which one I actually picked.

8       Q.  Why don't you read me the first one that has an

9   employee checkmark next to it.

10      A.  Consistently analyzes problems, recognizes and

11  implements appropriate solutions, finds new and better

12  ways to do things.

13      Q.  Tell me what you meant by saying that you

14  recommended and implemented appropriate solutions.  Do

15  you remember an example?

16              MS. HOLMES RAY:  I am going to object to

17  the form.  You can answer.

18      A.  Like an example would be -- like, say, they

19  would tell me that they have like 10 routes and we -- I

20  don't know what orders their meter readers would read

21  in, but I would need to find out from them like what

22  account numbers they wanted in each route.  And then we

23  would have different configurations that we could set up

24  for them so they could make sure the right account

25  numbers and right meters came up for the meter reader on

Freedom Court Reporting, Inc                    17

1    support?  What is the business of Tyler?

2        A.  They design software for governments so they

3    can operate.

4        Q.  But the time you were employed as software

5    support, the software that Tyler sold to the municipal

6    government, those clients would then call you if they

7    had questions about the software?

8        A.  Questions or problems.

9        Q.  And did I understand you that those problems or

10   concerns would be communicated to you by the customer or

11   the client making a telephone call to you?

12       A.  They would call into a phone queue.

13       Q.  And when you say phone queue, tell the jury

14   what you mean by that.

15       A.  Where they call in and their call is taken in

16   the order it was received.

17       Q.  So you never knew what call you were going to

18   receive when you answered a telephone call?

19       A.  That is correct.

20       Q.  How long did you remain in the software support

21   specialist position?

22       A.  Approximately four years.

23       Q.  When you first became employed by Tyler your

24   starting salary was around $28,000; is that right?

25       A.  Yes.

EXHIBIT NO. 41

Freedom Court Reporting, Inc                         18

1        Q.   But by the time you resigned in 2008 you had

2    received several raises; is that right?

3        A.   Yes.

4        Q.   And your ending salary was about $34,984 per

5    year?

6        A.   Something like that.

7        Q.   As an implementation specialist, what was your

8    job duty and responsibility?

9        A.   As an implementation specialist I worked with

10   the project managers to implement contracts.

11       Q.   Tell me what that means, implementing

12   contracts.

13       A.   Okay.  Marketing would sell the applications to

14   the customer and then implementation, we -- project

15   managers would, you know, work out the details with the

16   customers and then we would configure the software into

17   a conversion and then train them on the application.

18       Q.   So as an implementation specialist, one of your

19   jobs was to convert and configure; is that right?

20       A.   I didn't work on the conversions as much as the

21   trainers did.

22       Q.   Did you ever work on conversions?

23       A.   I would help them -- in a conversion, I would

24   help them figure out what information needed to go in

25   which field in the software.  So, yes, I did work on

**EXHIBIT NO. 41**

1    conversions.

2        Q.   Good.   You were starting to explain to me what

3    conversions meant.   That was my next question.

4        A.   Yes.   A conversion is where you take them from

5    a software package they were using with another company

6    and bring that information into our software.

7        Q.   Give me an example, because I am trying to

8    envision and understand what it is that you were doing.

9    And I do not have a technical background.

10       A.   Okay.   Let's say that -- I am trying to think

11   of what you might use.

12       Q.   Give me an example of one of the projects you

13   worked on.

14       A.   Okay.   Say you were using -- say you were using

15   Lotus Notes for your email and you went to Outlook.

16       Q.   Okay.

17       A.   So it would be bringing those emails into the

18   new program.

19       Q.   And with you being involved in the conversion

20   process, what specifically would be involved in taking

21   my email in Lotus Notes over to Outlook?

22       A.   That was where the programmers would come in.

23   They would have to write programs to bring that

24   information over.   We just had to tell them where to put

25   it.

**EXHIBIT NO. 41**

1        Q.   So your role in the conversion process was

2    where to put what?

3        A.   Like we would have to, say, find the customer's

4    name in this software and put it in this field in our

5    software.

6        Q.   And who would you give those directions to?

7        A.   The project managers, and then they would

8    communicate that with development.

9        Q.   So if the subject of the mail was depositions,

10   you would tell the project manager in Lotus Notes the

11   subject field says depositions, in Outlook there is also

12   a field called subject matter, so make sure that the

13   name deposition is incorporated into this field.  Am I

14   understanding that correctly?

15       A.   Yes.

16       Q.   So you were involved in the conversion process

17   in that way.  And I think you also said configuration?

18       A.   Yes.

19       Q.   Help me understand what configuration means.

20       A.   Say in like a utility billing software, when --

21   before the customer can bill you how much water or gas

22   or electric you use they have to send a meter reader out

23   to read your meter to get readings.

24       Q.   You mean the utility services to the customer?

25       A.   Yes.

**EXHIBIT NO. 41**

```
 1        Q.  Okay.

 2        A.  And so the meter reader will have to go out and

 3   get a reading.  And then they have a device that they

 4   type the reading in.  And then we would have to

 5   configure based off of the software they used for that

 6   how to get that information into the INCODE software.

 7   So we have to say the meter number is here, the reading

 8   is here, the address is here.

 9        Q.  And when you say "here", you don't mean a hard

10   copy document, you mean --

11        A.  Right.

12        Q.  -- a different software application?

13        A.  Yes.

14        Q.  Okay.  Go on.

15        A.  We would tell it, you know, the address is in

16   field one, you know, for 10 characters, the name is in

17   field 11 for five characters.  We would have to, you

18   know, configure our software to know how to recognize

19   that information.

20        Q.  And what steps did you take to configure?  I am

21   trying to understand that.

22        A.  It would depend on which company they used for

23   their meter reading, because they were all different.

24        Q.  Give me an example of one that you can think

25   of.
```

**EXHIBIT NO. 41**

1     Q.  So who became the contact for the trainers?

2     A.  They continued to contact their project

3  managers.

4     Q.  I see.  And you are testifying that the project

5  managers did not have the knowledge and expertise that

6  you did?

7     A.  Yes.

8          MS. HOLMES RAY:  Object to the form.

9     Q.  (BY MS. KHOSRAVI)  Would you read the next

10  sentence for me, please.

11     A.  "I would also like to take a class on Microsoft

12  Front Page to learn it better."

13     Q.  Tell me what Microsoft Front Page is.

14     A.  That is a program for designing web pages.

15     Q.  Why did you want to attend that class?

16     A.  Because the InSite program, that would have

17  been a way for me take more control of it, to do the

18  set-up so I didn't have to wait on other people to do

19  it.

20     Q.  Did you make that suggestion to Dyke Ellison?

21     A.  Yes.

22     Q.  What did he think?

23     A.  He said no.

24     Q.  Did he tell you why?

25     A.  No.

**EXHIBIT NO. 41**

1       Q.   Would you read the next sentence for me,

2    please.

3       A.   "I would also like to be the person to build

4    the site and purchase the SSL certificates and install

5    them."

6       Q.   These SSL certificates were the security bar

7    codes you were telling me about?

8       A.   No.   That was the security software that

9    encrypts your credit card when you make a purchase

10   on-line.

11      Q.   And remind me why you were suggesting that you

12   would be the person who builds the site and purchases

13   the certificate.

14      A.   Because we had -- I had to wait on other

15   departments to do all of that.

16      Q.   In order to --

17      A.   In order to do my configuration and my

18   training.

19      Q.   Did you make that suggestion to Dyke Ellison?

20      A.   Yes.

21      Q.   And that was declined, correct?

22      A.   Yes.

23      Q.   Did he explain to you why that was being

24   declined?

25      A.   No.

**EXHIBIT NO. 41**

Freedom Court Reporting, Inc                                    74

```
1        Q.  Did you ever ask or follow up?

2        A.  Yes.

3        Q.  And the result was?

4        A.  He would just not respond.

5        Q.  Look at the very last sentence in that

6   paragraph starting with "Joe and Michael".  Read that

7   for me.

8        A.  "Joe and are much better, but I would be able

9   to do my job more efficiently if I could do these other

10  parts."

11       Q.  Who were you referring to when you said Joe and

12  Michael?

13       A.  Joe was the programmer and Michael was the IT

14  person that -- they were the two people that I had to

15  wait on in the other department to do their job before I

16  could do mine.

17       Q.  So they were Tyler employees?

18       A.  Yes.

19       Q.  Okay.  If you will go ahead and put that aside

20  for me.  Now I am going to hand you another one.

21            (Exhibit 2 marked.)

22       Q.  Ms. Baird, I am going to hand you what has been

23  marked as Deposition Exhibit Number 2.  Take a look at

24  that and tell me if you recognize that document, please.

25       A.  Yes.
```

367 Valley Avenue Birmingham, Alabama (877) 373-3660

**EXHIBIT NO. 41**

1       A.   Exceptional knowledge of all aspects of the

2   job.

3       Q.   And then the next sentence is?

4       A.   Considered an expert in the field.

5       Q.   Why did you consider yourself to be an expert

6   in the field?

7       A.   I was trying to get a good raise.

8       Q.   Any other reasons?  Were you being truthful

9   when you marked that?

10      A.   Yes.

11      Q.   Any other reasons besides trying to get a raise

12  that you believed you were an expert in your field?

13      A.   Well, I just always did a good job.

14      Q.   And what did you consider doing a good job?

15  You have said that several times, you did a good job.

16  But what is it specifically that you did that you

17  considered yourself doing a good job?

18      A.   Well, I just always took care of the customer

19  to the best of my abilities.

20      Q.   Lets turn the page together to the second page

21  of the performance review.  Now, look with me under Item

22  Number 3, which is problem solving, and under employee

23  comments.  Read me what you put down for problem solving

24  under employee comment.

25      A.   This one is difficult because this is done on a

1    customer by customer basis and is usually handled

2    between the trainer and I.  It usually pertains to the

3    way routes are set up for customers and what the best

4    way to set them up for them is.

5         Q.  When you say it is usually handled between the

6    trainer and I, help me understand.  I thought you were

7    the trainer who trained the customers.  What did you

8    mean by that sentence?

9         A.  Well, I trained them on the interfaces.  We had

10   trainers that went on-site to train them on the modules.

11        Q.  So you didn't train them on how to use Tyler's

12   software, you only trained them on how to make two

13   softwares communicate, correct?

14              MS. HOLMES RAY:  Object to the form.

15        A.  Correct.

16        Q.  (BY MS. KHOSRAVI)  And what do you mean by the

17   second sentence, it usually pertains to the way routes

18   are set up for customers?

19        A.  Well, every customer was different.

20        Q.  The routes are set up, what does that phrase

21   mean?

22        A.  Routes are like the order the meter readers

23   would read the meters.  Like every city is set up

24   differently and they have different ways of doing

25   things.

1       Q.  So you had to actually communicate with the

2    client and find out how they set those up, correct?

3       A.  Yes.

4               MS. HOLMES RAY:  Objection, form.

5       Q.  (BY MS. KHOSRAVI)  And you would have to

6    understand that from the client to then know how to

7    assist them with their problems; is that right?

8               MS. HOLMES RAY:  Object to the form.

9       Q.  (BY MS. KHOSRAVI)  You may answer the question.

10      A.  Can you repeat that, please.

11              MS. KHOSRAVI:  Would you read that back,

12   please.

13              (The reporter read the last question.)

14      A.  Correct.  Can I ask what time it is?

15              MS. HOLMES RAY:  10 minutes after 2.

16              THE WITNESS:  I have to notify my daughter

17   if she has to ride the bus home or not.  She gets out at

18   3:15.

19              MS. HOLMES RAY:  Off the record.

20              (Break taken from 2:11 p.m. to 2:14 p.m.)

21      Q.  (BY MS. KHOSRAVI)  Ms. Baird, before we took a

22   quick break we were discussing your employee comments on

23   your performance review with respect to problem solving.

24   Do you remember that?

25      A.  Yes.

1        Q.   They continued to use the old software and the

2   new one that they purchased from Tyler?

3        A.   No.   The old software would be -- we would

4   replace that software.   This is other software they used

5   in addition to.

6        Q.   So, for example, if your client was switching

7   from -- the example you gave earlier, switching from

8   Lotus Notes to Outlook, it didn't mean that they were

9   also switching from Microsoft Word to Word Perfect, you

10  had to make sure that Microsoft Word was communicating

11  with the new software, Outlook?

12       A.   Yes.

13       Q.   Am I following you?

14       A.   Yes.

15       Q.   So you trained them over the phone on

16  interface (sic)?

17       A.   Yes.

18       Q.   How was your training in person that you did on

19  clients' sites different from doing the training by

20  phone?

21       A.   You were hands-on with the customer.   When you

22  are on-site you could actually say, okay, you need to do

23  this, this and this.   When you are on the phone it is

24  very hard to, you know, actually show them what they

25  need to do.

**EXHIBIT NO. 41**

1       Q.   So when you are on-site training a client you

2   are actually sitting beside or near the user on their

3   computer screen showing them?

4       A.   Yes.

5       Q.   And when you are doing it by phone, are you

6   logged onto the client's computer to show them this?  I

7   am trying to envision how you actually trained when you

8   are remote.

9       A.   When we had the opportunity to do it, we would

10  connect to their computers.  Sometimes they would have

11  IT stuff that would not let us do that.

12      Q.   So when you were not able to remote in, how did

13  you train them by phone?

14      A.   I would actually have their screen pulled up on

15  my screen and just say, you know, in the upper

16  right-hand corner you see this, you know, if you look

17  below that you see this and if you look to the left you

18  see that, just guide them the best you could.

19      Q.   What training did Tyler Technologies provide

20  for you in the beginning when you first became an

21  implementation specialist?

22      A.   None.

23      Q.   How did you know how to do your job as an

24  implementation specialist when you first became one?

25      A.   I learned as I went.  They would give me a task

**EXHIBIT NO. 41**

1    and I would just have to learn how to do it.

2        Q.  So day one when you first became an

3    implementation specialist, did somebody send you to a

4    client site and say, Ms. Baird, go and train them on --

5    name a software, I don't know, INCODE -- is that how it

6    happened?

7        A.  No.

8        Q.  Okay.  So what was done by Tyler to prepare you

9    for your first trip out to a client's site to be able to

10   train them?

11       A.  I waited -- I didn't have any formal training.

12       Q.  And I am not limiting my question to any formal

13   training.  Me, Farin Khosravi, sitting here today, I am

14   trying to understand how you did your job as an

15   implementation specialist with not having any

16   background.  So when you went in as an implementation

17   specialist, did you already have an understanding of how

18   INCODE functioned?

19       A.  Functioned in which way?

20       Q.  Functioned in any way.  Were you familiar with

21   INCODE from previous jobs, from previous training, from

22   previous positions you had with the company?

23       A.  I mean, I knew how the software worked from

24   working in support.

25       Q.  Let's go back to that then.  Before you became

1        A.   No.

2        Q.   Why not?  Why didn't you make this goal?

3        A.   The people that I had to work with to do this

4   were -- they were developers, like programmers.  And

5   they --

6        Q.   Software programmers?

7        A.   Yes.

8        Q.   Okay.

9        A.   And so I always had to wait on them to do their

10  part before I could do mine.

11       Q.   You mean you have to wait for the program to

12  actually be developed?

13       A.   The program was already developed, but we had

14  to put in specific items for each customer in there.

15  And I to wait for them to do that.  I was not allowed to

16  do that myself.

17       Q.   You were not allowed to -- say that one more

18  time.

19       A.   I was not allowed to put the specific items in

20  place that we needed to be able to get the customer

21  ready to use the program.

22       Q.   Can you give me an example?

23       A.   An example would be like an SSL certificate.

24       Q.   I don't know what that means.

25       A.   That is -- when you purchase something on-line,

**EXHIBIT NO. 41**

1    it is what encrypts your credit card information so they

2    can't be hacked into.  I was not allowed to do that.

3         Q.  You were not allowed to do what with it?

4         A.  I was not allowed to purchase them and put

5    those into place.

6         Q.  So who would purchase the SSL?

7         A.  That would be -- it was always someone in the

8    hardware department or the IT department.

9         Q.  I see.

10        A.  And then there would be -- then they would have

11   to do -- the developers would have to do set-up and they

12   are based off of the customer's information.

13        Q.  Go ahead and read the next sentence for me

14   under employee plan.

15        A.  Most of them want to wait and when they are

16   ready, they want it now.

17        Q.  And what are you referring to there?

18        A.  The customers.

19        Q.  Why did you say the customers wanted to wait?

20   They wanted to wait regarding what?

21        A.  They would usually make that the last module

22   that was taken live.  So they --

23        Q.  The InSite module?

24        A.  Yes, so they could get everything else trained

25   first.  And then they would want to wait on that.  But

1     then once they were live, then they would want this.

2     And we would not have it ready.

3         Q.  Why did you not like that?  What was the

4     problem with that?

5         A.  The customers were not happy.  And it was my

6     job to -- with this being one of my modules, it was my

7     job to make sure that it was ready for the customer when

8     they wanted it.

9         Q.  Read your next sentence for me.

10        A.  I want to come up with a procedure that will

11    work for both our clients and implementation so that

12    when a customer has a need we can get them live in a

13    timely manner rather than make them wait until their web

14    admin gets their part done --

15              THE REPORTER:  I am sorry.  You are reading

16    very fast and I can't understand you.

17              THE WITNESS:  Oh, I am sorry.

18              THE REPORTER:  That is okay.

19              THE WITNESS:  Where do you want me to

20    start?

21              THE REPORTER:  In a timely manner --

22        A.  Rather than make them wait until their web

23    admin gets their part done, or have to wait on people

24    here at INCODE.

25        Q.  Were you able to meet this goal?

1       A.   No.

2       Q.   What did you do to try to meet this goal?

3       A.   I made suggestions that I purchase the SSL

4    certificates and did all of the initial set-up that I

5    had to wait on other people to do.  And that was

6    declined.

7       Q.   Who did you make that suggestion to?

8       A.   Dyke Ellison.

9       Q.   Did Dyke Ellison tell you why that suggestion

10   was declined?

11      A.   No.

12      Q.   Go ahead and turn the page to Page 6.  And the

13   first sentence there starting with "I would also", read

14   that one for me.

15      A.   I would also like to get all trainers trained

16   on handhelds and the do's and don'ts of handheld

17   set-up.

18      Q.   What are you saying there?

19      A.   That handhelds are the devices the meter

20   readers type the readings in.

21      Q.   Okay.

22      A.   And our -- when the trainer would go on-site

23   they didn't know how those worked.  So I wanted to get

24   them trained how they worked so during the process, you

25   know, they can explain to the customer why, you know,

**EXHIBIT NO. 41**

1      A.  Right.  Instead of everything else.  I couldn't

2  do all of it at once where I would be able to put more

3  attention on more things while I was at my desk.

4      Q.  So you mean while you were at a client's site

5  you couldn't then assist other clients who were calling

6  you on the phone asking you about another software?

7      A.  Yes.

8      Q.  Okay.  So once you finished with the client's

9  site that you were visiting, once you returned back to

10  your desk you would contact that client, or how did that

11  work?  How did you then attend to that client who was

12  trying to reach you?

13      A.  I would call them back -- I would return all of

14  my messages and emails and everything.  I would just get

15  to them, you know, in the order I received them or if

16  there was something more pressing I would have to

17  prioritize them.

18      Q.  I am trying to figure out how it is that you

19  were working 90 hours that week.  What were the hours of

20  your clients usually, their office hours?  They were

21  municipalities, correct?

22      A.  They were usually 8 to 5.

23      Q.  So then you were pretty much working 8 to 5?

24      A.  I would work 8 to 5, but then I would also work

25  in my hotel room afterwards.

**EXHIBIT NO. 41**

1        Q.   Okay.  And what type of work were you doing at

2   your hotel room afterwards?

3        A.   I would answer emails.  I would call in and get

4   my voice mails.  You can't call the customers back at

5   that point, but I would send them emails.  I would

6   answer emails.  I would contact project managers.  We

7   were in constant contact with project managers.  So they

8   were the ones that you had to go to for any project.

9   Even if someone bought a software package after they had

10  already gone live on the main system, the project

11  manager was still in charge of that project.  So I was

12  always in contact with the project managers.

13       Q.   When you say that you were constantly in

14  contact with the project managers, tell me in what way.

15  Because I am envisioning you being in constant contact

16  with the clients who were calling you regarding issues

17  and problems that they were having.  Help me understand

18  that.

19       A.   Well, I was in contact -- the clients would

20  call in with issues they were having when I was in

21  support.  When I was in implementation we were actually

22  implementing programs.  We were setting them up,

23  training them how to use them and making them work.  I

24  didn't do as much support once I was in implementation.

25  I still did some support.  But the project managers are

1    the ones who we were in contact with when there would be

2    -- arise a problem with a customer, because that was

3    their customer.

4        Q.  Okay.  So you would be in contact with a

5    project manager once a problem arose?

6        A.  Yes.

7        Q.  After you had set it up?

8        A.  Right.  And when I was travelling, you know, I

9    didn't have access to my computer, to my physical

10   computer at the office.  So I would have to contact

11   them, you know, we need to do this for this customer or

12   we need to do that for that.  And they would have to go

13   over to my desk or get on my computer or something to

14   try to find some of that information.  So I had a lot of

15   back and forth communication with the project managers.

16       Q.  How many weeks during your employment with

17   Tyler as an implementation specialist do you remember

18   working 90 hours, the maximum that you testified?

19       A.  90 hours, I only remember working one, you

20   know.

21       Q.  Okay.  Now, on average how many hours a week

22   were you working?

23       A.  An average -- I came up with about 60 hours

24   average.

25       Q.  And how did you come up with that number?

1      A.  I just -- I just calculated to the best of my

2   ability, like how much I worked -- because I was working

3   from home a lot.  I worked on the weekends a lot.  I

4   worked -- you know, I would go in early and I would stay

5   late and then I would come home and work.  And so, you

6   know, until -- until 11 or 12:00 sometimes.  I just

7   calculated an average out of that.

8      Q.  Have you kept any notes or diaries or calenders

9   or journals of the number of hours that you were working

10  while you were employed at Tyler?

11     A.  No.

12     Q.  Did you keep your time at Tyler while you were

13  working there as an implementation specialist?

14     A.  No, we did not keep time there.

15     Q.  At any time?

16     A.  No.

17     Q.  You never kept time while you were working at

18  Tyler?

19     A.  No.  The only time we ever submitted anything

20  regarding time was when we took paid leave.

21             (Exhibit 4 marked.)

22     Q.  Ms. Baird, I am handing you what has been

23  marked as Deposition Exhibit Number 4.  Those are your

24  responses to the interrogatories that were served on

25  you.  Take a few minutes and look at those questions and