Freedom Court Reporting, Inc                                1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

Case No. 2:08-cv-422- TJW

---

DEPOSITION OF LORRAINE MUTCH              May 6, 2010

---

PATTY BEALL, MATTHEW MAXWELL, TALINA McELHANY and
KELLY HAMPTON, individually and on behalf of all
others similarly situated,

Plaintiffs,

vs.

TYLER TECHNOLOGIES, INC., and EDP ENTERPRISES, INC.,

Defendants.

---

APPEARANCES:

    ZELBST, HOLMES & BUTLER
        By Chandra L. Holmes Ray, Esq.
           P.O. Box 365
           Lawton, Oklahoma  73502
             Appearing on behalf of Plaintiffs.


    MORGAN, LEWIS & BOCKIUS, LLP
        By Paulo B. McKeeby, Esq.
           1717 Main Street, Suite 3200
           Dallas, Texas  75201-7347
             Appearing on behalf of Defendants.


    Also Present:  H. Lynn Moore, Jr.

367 Valley Avenue Birmingham, Alabama (877) 373-3660

**EXHIBIT NO. 43**

```
 1              Pursuant to Notice and the Federal Rules
 2    of Civil Procedure, the deposition of LORRAINE
 3    MUTCH, called by Defendants, was taken on Thursday,
 4    May 6, 2010, commencing at 8:18 a.m., at 216 16th
 5    Street, Suite 650, Denver, Colorado, before Beth
 6    Milliken, Court Reporter and Notary Public within
 7    and for the State of Colorado.
 8
 9                       I N D E X
10    DEPOSITION OF LORRAINE MUTCH
11    EXAMINATION BY:                              PAGE
12         Ms. Holmes                           114, 116
13         Mr. McKeeby                            3, 115
14
      EXHIBITS                              INITIAL REFERENCE
15
      Exhibit 1   Letter from Boen to              11
16                Mutch, 11/9/06

17    Exhibit 2   Time Report pertaining          104
                  to Mutch, 12/3/06 to
18                7/22/07

19    Exhibit 3   Resume of Lorraine Mutch        108

20    Exhibit 4   Consent to Opt In               111
                  pertaining to Lorraine
21                Mutch, 7/23/09

22

23

24

25
```

```
 1    same way with the city and county.
 2         Q     Well, at least with the respect to the
 3    ones that you worked with at Tyler?
 4         A     Correct.  Payroll.
 5         Q     Who did the configuration if it wasn't
 6    you?  Or did you say conversion?
 7         A     Conversion.
 8         Q     Is there -- is there a difference in your
 9    mind between conversion and configuration?
10         A     Absolutely.
11         Q     Okay.  Tell me, if you can, what does
12    conversion mean in the context of the Tyler
13    software?
14         A     Conversion is converting their data.
15         Q     From the old system to the new system?
16         A     Correct.
17         Q     And that's something that you did not do?
18         A     I did not.
19         Q     Who at Tyler, while you were employed
20    there, converted -- did the conversion work?
21         A     They had a team that worked on the
22    conversion of data --
23         Q     And that --
24         A     -- so they would log on to the server.
25         Q     And that was a team that was based in
```

```
 1    Lubbock?
 2         A      Yes.
 3         Q      Did they call it the conversion team?
 4         A      I don't recall what they were called.
 5         Q      Did you interact or interface with the
 6    conversion team at all in terms of your functions as
 7    an implementation specialist?
 8         A      Well, you had to sign on or call them so
 9    they could sign onto the server.  So they did their
10    own portion of that work.
11         Q      Okay.  You weren't communicating the
12    results of your information gathering in the, what
13    we've talked about, determining security setup,
14    looking at reports and user IDs, you weren't
15    communicating the information that you learned from
16    that process to the conversion team?
17         A      No.  That was all done through the
18    project manager.
19         Q      All right.  What does configuration mean?
20         A      Configuration is the setup of security,
21    user IDs, basic setup.
22         Q      Did you do that?
23         A      Yes.
24         Q      That was part of your implementation
25    functions?
```

```
 1       A       (Nodded head.)
 2       Q       Is that yes?
 3       A       Configuration, yes.
 4       Q       Would you do any configuration typically
 5  during that first week while you were at the client
 6  site, or would that come later?
 7       A       That was usually done in the very
 8  beginning.
 9       Q       So during that first week?
10       A       The first week everybody was set up with
11  access to the database because at that point they
12  weren't live.
13       Q       Right.
14       A       It was just...
15       Q       Well, the setup, the security setups and
16  the user IDs, that had to be established in the new
17  software, correct?
18       A       Correct.
19       Q       And that's what configuration is?
20       A       That's correct.
21       Q       And you -- part of your work as
22  implementation specialist was to do that
23  configuration?
24       A       Work with the customer to do that.  The
25  customer was -- you want to make the customer have
```

1   ownership of the software as quickly as possible.
2   So we didn't do anything alone. The customer was
3   involved in everything we did.
4        Q    So when you're doing the configuration,
5   you're involving the customer in terms of getting
6   the customer's input as to how they want the system
7   configured?
8        A    Yes.
9        Q    And, again, this is that contact person?
10       A    Yes.
11       Q    And so does this dialogue occur during
12  this first week that you are at the customer site?
13       A    Yes.
14       Q    And this is obviously before you go live?
15       A    Yes.
16       Q    And I take it that the go-live process
17  doesn't occur during the first week?
18       A    No.
19       Q    How -- I'll ask it this way: How long
20  did the configuration process take place at the
21  Bonifay, Florida, implementation?
22       A    We were there a week.
23       Q    And did it take you a week to do the
24  configuration?
25       A    Yes.

1    Q    And does the configuration aspect of the
2  implementation that took a week in Bonifay, Florida,
3  involve you having discussions, I take it, with your
4  contact person?
5    A    Yes.
6    Q    To learn what the customer's preferences
7  are with respect to system setup?
8    A    Yes.
9    Q    And are you also learning -- are you also
10 advising the customer during that dialogue about
11 what Tyler software can do?
12   A    No.
13   Q    This doesn't come into play at all?
14   A    No.
15   Q    And this one-week period to do the
16 configuration, is that representative of other
17 implementations that you -- that you did?
18   A    Yes.
19   Q    Were you ever on the work site of the
20 customer after hours?
21   A    Yes.
22   Q    What would you be doing after hours?
23   A    Working with customer.  The customer
24 always had to be there, obviously.  Their door is
25 locked after a certain time, so the customer was

```
 1    there.
 2        Q     So just some of the configuration
 3    functions that you described was after the customer
 4    had locked the doors?
 5        A     Yes.  They still had to carry on their
 6    day-to-day work.
 7        Q     Sure.  Which meant that they didn't
 8    always have time for you to do -- to work with you,
 9    I take it?
10        A     Well, I would sit with them and observe
11    what they were doing.
12        Q     During this dialogue related to
13    configuration, would the customer ever ask you
14    questions about different options that they might
15    have with respect to security setups or anything
16    like that?
17        A     No.  They're the ones that identified
18    what their security was going to be.  I wasn't there
19    to give them advice.
20        Q     What about with respect to the reporting
21    functions of the software?  Did they ever ask
22    questions about what Tyler software could do with
23    respect to what types of reports it could generate?
24    Was your function explaining any of that process?
25        A     Whoever had completed the sale actually
```

```
 1    showed -- probably showed them a demo.  I wasn't
 2    involved in that.  So they had -- they knew most of
 3    that going into the -- when they purchased the
 4    software.
 5         Q    But did they ever ask -- did the customer
 6    ever ask you questions about different types of
 7    reports that the Tyler system might be able to run
 8    that may have been different from the systems that
 9    they generated under their previous software?
10         A    No, no.
11         Q    Why was it important for you to -- you
12    told me that one of the things that you did to
13    prepare for these meetings was to review the manuals
14    that we talked about.  Why was that important for
15    you to know that?
16         A    Just the applications themselves.
17         Q    Yes.  Why?  What about -- what part of
18    your job while you were at the customer site
19    required you to know the contents of the manuals and
20    the specifications of the software that Tyler was
21    providing?
22         A    It didn't have specifications.  It was
23    just screen shots of the application itself.
24         Q    And -- okay.  Why was it important for
25    you to know the screen shots of the application
```

1  itself in connection with a function that you were
2  performing?
3      A      Just to familiarize myself. We did
4  after -- after hours, we always prepared for the
5  next day. We had the software on our computer. We
6  did -- went over --
7      Q      The Tyler software?
8      A      -- went over what we were doing, just to
9  prepare for the next day, like you probably would.
10     Q      What type of training did you perform
11 during this first week? Again, using Bonifay as an
12 example, but more asking about the typical process.
13     A      Training the first week?
14     Q      Yeah. Did you do any training?
15     A      The customer was involved from the very
16 beginning of -- of your point -- your first contact
17 there, the customer was involved, which is training
18 the customer.
19     Q      Okay. Was there any part of this first
20 week's activity that involved sitting down with
21 users and explaining to them how to work with the
22 Tyler software?
23     A      No. Other than setting up the user IDs,
24 that type of thing. So, in fact, when you're
25 showing them how to do that, that is training.

```
 1       Q    And the person that you're showing how to
 2  do that is the contact person?
 3       A    Would be the contact person.  Or let's
 4  say there is a payroll person, that is your contact.
 5  Whoever that contact is is who you're sitting down
 6  with talking to.
 7       Q    And how about -- let's take an example
 8  of, one of the things that Tyler software does is to
 9  run payroll reports, right?
10       A    The customer runs those.
11       Q    Right.  But the software, they run it
12  with the software?
13       A    Sure, yes.
14       Q    Okay.  And that's -- that's one of the
15  functionalities of the software, is to do the
16  company's payroll?
17       A    Correct.
18       Q    The customer's payroll, correct?
19       A    Correct.
20       Q    Okay.  Did you ever do any training, in
21  the sense of here's how the Tyler software works
22  with respect to, for example, payroll; here's the
23  types of reports you can run; here's the types of
24  functionalities that the software has.  And, you
25  know, sitting with a user, explaining to them how to
```