IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PATTY BEALL, MATTHEW MAXWELL, DAVID GRAVLEY, TALINA MCELHANY, KELLY HAMPTON, CASEY BROWN, JASON BONNER, ANTHONY DODD, ILENE MEYERS, TOM O'HAVER, JOY BIBLES, AND MELISSA PASTOR, Individually and on behalf of all others similarly situated; | § § § § § § § § § | |
| Plaintiffs, | § § | 2:08-cv-422 TJW |
| TYLER TECHNOLOGIES, INC. AND EDP ENTERPRISES, INC. Defendants. | § § § § | |

### ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE SUR-REPLY IN EXCESS OF TEN PAGES

CAME ON TO BE HEARD Plaintiff's Unopposed Motion for Leave to File Sur-Reply in Excess of Ten (10) Pages, and after considering the Pleadings, hearing arguments of counsel and carefully considering the same, is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiff's Motion for Leave to File Response in Excess of Thirty (30) Pages is GRANTED.

SIGNED this  1st  day of December, 2010.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE