# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| PATTY BEALL, MATTHEW MAXWELL, TALINA MCELHANY AND KELLY HAMPTON, individually and on behalf of all other similarly situated; | § § § § § | |
| Plaintiffs, | § | 2:08-cv-422   TJW |
| | § § § | |
| TYLER TECHNOLOGIES, INC. AND EDP ENTERPRISES, INC. Defendants. | § § § | |

## DEFENDANTS' UNOPPOSED REQUEST FOR ORAL ARGUMENT

Before this court is Defendants' Unopposed Request for Oral Argument. After considering the substance of the motion, is of the opinion that the motion should be GRANTED.

IT IS THEREFORE ORDERED that oral argument on Tyler's motion for decertification will be set for Wednesday, December 29, 2010 at 10:30 am.

SIGNED this 2nd day of December, 2010.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE