IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PATTY BEALL,  MATTHEW MAXWELL, § | | |
| DAVID GRAVLEY, TALINA MCELHANY, § | | |
| KELLY HAMPTON, KEVIN TULLOS, § | | |
| CASEY BROWN, JASON BONNER, § | | |
| ANTHONY DODD, ILENE MEYERS, § | | |
| TOM O'HAVER, JOY BIBLES, DON § | | |
| LOCCHI AND MELISSA PASTOR , § | | |
| Individually and on behalf of all others § | | |
| similarly situated; § | | |
| § | | |
| Plaintiffs, § | | 2:08-cv-422 TJW |
| § | | |
| TYLER TECHNOLOGIES, INC. AND § | | |
| EDP ENTERPRISES, INC. § | | |
| Defendants. § | | |

**ORDER GRANTING PLAINTIFF JASON BONNER TO FILE AN INDIVIDUAL CLAIM AGAINST DEFENDANT TYLER TECHNOLOGIES, INC.**

On this the _____ day of _____, 2010, came on for consideration Plaintiff, Jason Bonner's Notice of Withdrawal of Consent to Join and re-file an individual claim against Tyler Technologies, Inc., for its failure to compensate Mr. Bonner for all hours he worked.

After considering the motion, and other documents on file, the Court is of the opinion that Plaintiff's motion should be GRANTED.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that Plaintiff Jason Bonner shall have sixty (60) days from the date of this signed Order to file an individual claim against Tyler Technologies, Inc., for its failure to compensate him for all hours he worked.