IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PATTY BEALL, MATTHEW MAXWELL, TALINA MCELHANY AND KELLY HAMPTON, individually and on behalf of all other similarly situated; | § § § § § | |
| Plaintiffs, | § § § § | 2:08-cv-422   TJW |
| TYLER TECHNOLOGIES, INC. AND EDP ENTERPRISES, INC. Defendants. | § § § | |

**JOINT MOTION TO CHANGE ORAL ARGUMENT DATE**

COMES NOW, Plaintiffs Patty Beall, Matthew Maxwell, David Gravley, Talina Mcelhany, Kelly Hampton, Kevin Tullos, Casey Brown, Jason Bonner, Anthony Dodd, Ilene Meyers, Tom 'Ohaver, Joy Bibles, Don Locchi And Melissa Pastor, Individually And On Behalf Of All Others Similarly Situated, and Defendants Tyler Technologies, Inc. and EDP Enterprises, Inc. (collectively the "Parties") and file this Joint Motion to Change Oral Argument Date on Defendants' Motion for Decertification of this case as a collective action and would respectfully show the Court as follows:

1.      The Parties recently completed briefing in connection with Defendants' Motion for Decertification of this case as a collective action under Section 216 of the Fair Labor Standards Act.  Defendants requested oral argument on the motion, and the Court recently granted oral argument for December 29, 2010, at 10:30 a.m.

2. Counsel for the Parties have consulted one another and reviewed their calendars and respectfully request the Court change the date of the oral argument to a date in January 2011.  Counsel for the Parties have consulted with each other with respect to their availability and are available on the following dates in January:  January 5-7, 12-14, and 18, 2011.

WHEREFORE, the Parties respectfully request that the Court enter the attached order granting their Joint Motion to Change Oral Argument Dates.

Respectfully submitted:

| | |
|---|---|
| /s/ Laureen F. Bagley | /s/ Paulo B. McKeeby |
| John D. Sloan, Jr. | Paulo B. McKeeby |
| Texas Bar No. 18505100 | Texas Bar No.: 00784571 |
| jsloan@textrialfirm.com | paulo.mckeeby@morganlewis.com |
| Laureen F. Bagley | Joel S. Allen |
| Texas Bar No. 24010522 | Texas Bar No.: 00795069 |
| lbagley@textrialfirm.com | joel.allen@morganlewis.com |
| SLOAN BAGLEY, HATCHER | Ellen L. Perlioni |
|   & PERRY LAW FIRM | Texas Bar No. 00794155 |
| 101 East Whaley Street | ellen.perlioni@morganlewis.com |
| PO Drawer 2909 | Farin Khosravi |
| Longview, Texas  75606 | Texas Bar No. 24043753 |
| phone - 903.757.7000 | farin.khosravi@morganlewis.com |
| facsimile – 903.757.7574 | |
| | MORGAN, LEWIS & BOCKIUS LLP |
| Alexander R. Wheeler | 1717 Main Street, Suite 3200 |
| awheeler@rrexparris.com | Dallas, Texas 75201-7347 |
| Jason Paul Fowler | phone - 214.466.4000 |
| jfowler@rrexparris.com | facsimile - 214.466.4001 |
| R. REX PARRIS LAW FIRM | |
| 4222010th Street West, Suite 109 | Deron R. Dacus |
| Lancaster, CA  93534-3428 | Texas Bar No.: 00790553 |
| phone -  661.949.2595 | derond@rameyflock.com |
| facsimile – 661.949.7524 | |

**JOINT MOTION TO CHANGE ORAL ARGUMENT DATE - – PAGE 2**

DB1/66204031.1

| | |
|---|---|
| John P. Zelbst | RAMEY & FLOCK P.C. |
| zelbst@zelbst.com | 100 East Ferguson, Suite 500 |
| Chandra L. Homes Ray | Tyler, Texas 75702 |
| chandra@zelbst.com | phone – 903.597.3301 |
| ZELBST, HOLMES & BUTLER | facsimile – 903.597.2413 |
| PO Box 365 | |
| Lawton, OK  73502-0365 | ATTORNEYS FOR DEFENDANTS |
| phone – 580.248.4844 | TYLER TECHNOLOGIES, INC. AND |
| facsimile – 580.248.5916 | EDP ENTERPRISES, INC. |
| James E. Wren | |
| James_Wren@baylor.edu | |
| One Bear Place, #97288 | |
| Waco, TX  78798-7288 | |
| phone – 254.710.7679 | |
| facsimile – 254.710.2817 | |

ATTORNEYS FOR PLAINTIFFS

**JOINT MOTION TO CHANGE ORAL ARGUMENT DATE - – PAGE 3**

DB1/66204031.1