IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PATTY BEALL, MATTHEW MAXWELL, TALINA MCELHANY AND KELLY HAMPTON, individually and on behalf of all other similarly situated; | § § § § § | |
| Plaintiffs, | § | 2:08-cv-422   TJW |
| | § § § | |
| TYLER TECHNOLOGIES, INC. AND EDP ENTERPRISES, INC. Defendants. | § § § | |

**ORDER GRANTING THE PARTIES' JOINT MOTION
TO CHANGE ORAL ARGUMENT DATE**

The Parties, on _____, 2010, filed a Joint Motion To Change Oral Argument Date.  The Court, after considering the substance of the motion, is of the opinion that the motion should be GRANTED as follows:  Oral argument on Defendants' Motion for Decertification is now set for _____, 2011.