IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PATTY BEALL, MATTHEW MAXWELL, TALINA MCELHANY AND KELLY HAMPTON, individually and on behalf of all other similarly situated; | § § § § § | |
| Plaintiffs, | § | 2:08-cv-422   TJW |
| | § § § | |
| TYLER TECHNOLOGIES, INC. AND EDP ENTERPRISES, INC.    Defendants. | § § § | |

## ORDER GRANTING THE PARTIES' JOINT MOTION
## TO CHANGE ORAL ARGUMENT DATE

The Parties, on December 16, 2010, filed a Joint Motion To Change Oral Argument Date.  The Court, after considering the substance of the motion, is of the opinion that the motion should be GRANTED.  The Court will reschedule Oral argument on Defendants' Motion for Decertification to a later date.

SIGNED this 22ndday of December, 2010.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE