IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PATTY BEALL, MATTHEW MAXWELL, TALINA MCELHANY AND KELLY HAMPTON, individually and on behalf of all other similarly situated; | § § § § § | |
| Plaintiffs, | § | 2:08-cv-422   TJW |
| | § § § | |
| TYLER TECHNOLOGIES, INC. AND EDP ENTERPRISES, INC. Defendants. | § § § | |

**PROPOSED ORDER**
**GRANTING DEFENDANTS' MOTION TO DISMISS**

On this day came for consideration Defendants' Motion to Dismiss the claims of Plaintiffs Edward David and Kim Huynh. The Court is of the opinion that the motion should be GRANTED.

It is therefore ORDERED that claims of Plaintiffs Edward David and Kim Huynh are hereby dismissed from this lawsuit.