*tyler works.*

Tyler Technologies, Inc.   EDEN Division

1100 Oakesdale Ave. SW   Renton, WA 98055   Tel: 800-328-0310   Fax: 425-254-1402   www.tyler-eden.com

September 13, 2005

Joy Michelle Bibles
REDACTED

Dear Joy:

On behalf of Tyler Technologies - EDEN DIVISION Division, I am pleased to offer you a position as an Implementation Consultant reporting to Mindy D'Andrea. As we discussed, your monthly compensation will be $4,166.67 (equivalent to an annual amount of $50,000), with future salary increases tied performance. You will also be eligible to participate in an Incentive Plan (a summary of the plan is attached). This position is considered an exempt position for purposes of federal wage-hour law. Tyler Technologies - EDEN Division will continually evaluate the requirements and duties of your position and may adjust them periodically according to the needs of the company.

Your compensation package also includes a number of other benefits, including group medical and dental insurance, a Section 125 plan, 401(k) plan, and paid leave. These and other benefits are described in greater detail in the contents included with this offer letter. Also included in this packet are other materials, such as the W-4 and I-9 forms. I will collect all of these forms and review other administrative details regarding your employment on you first day of employment, which is Wednesday, September 21, 2005.

We greatly look forward to having you join Tyler Technologies - EDEN Division and becoming a member of our team. We recognize that you retain the option, as does the Company, of ending your employment with the Company at any time, with or without notice and with or without cause. As such, your employment with the Company is at-will and neither this letter nor any other verbal or written representations may be considered a contract for any specific period of time.

Please indicate your acceptance of this employment offer by signing below. Retain one copy for your records and return one copy to me.

We're looking forward to having you on board!

_____     20 SEPT 2005
Signature                     Date

Sincerely,

Connie Shaw, CCP
Human Resources Director
Tyler Technologies - EDEN Division

Bibles McLeod
EXHIBIT NO. 4
5-18-10
M. GREEN

EXHIBIT A

TYLER/BEALL000247