**tyler*works*.**  |  Tyler Technologies, Inc. EDEN Division
1100 Oakesdale Ave. SW   Renton, WA 98055   Tel: 800-328-0310   Fax: 425-254-1402   www.tyler-eden.com

October 13, 2006

Joy Bibles
REDACTED

Dear Joy:

This letter confirms your separation of employment with Tyler Technologies, EDEN Division effective October 13, 2006. The following information outlines your final pay and benefits information.

## BENEFITS
Your medical coverage ends on your last day of employment. If you are eligible to receive COBRA benefits, you will receive a separate mailing from GPA explaining how to continue your coverage. You may contact Brenda Hobson directly via email at BHobson@stanton-group.com if you have further questions. Please see the Overview of Benefits form for more information regarding your benefits.

## YOUR PERSONAL INFORMATION
We ask that you please keep us updated with your current address and phone number so that we can be sure that your 2006 W2, as well as any other important benefits information reaches you. I have enclosed an Address Change form for your convenience.

## FINAL PAY
Your final pay check will be generated on October 20, 2006 and will be mailed to you. The reconciliation of your final pay is as follows:

- You worked 32 regular hours during your final work week.
- You have a negative PTO balance of 46.76 hours (you have accrued 93.2392 hours year-to-date but have used year-to-date 140 hours, leaving you with a *negative* PTO balance of 46.76 hours).
- This leaves you with a negative 14.76 hours.
- There are also voluntary deductions covering medical and dental insurance, employee life insurance, short term disability and medical flex plan.

Eden will not request that you pay the company back for the negative 14.76 hours or the deductions. Thus, your net check will be $0.00.

We appreciate your contributions to Tyler Technologies EDEN Division and wish you the best of luck in your future endeavors.

Sincerely,

Dawn Mitchell
HR Specialist



Bibles McLeod
EXHIBIT NO. 6
5-18-10
M. GREEN

EXHIBIT B

TYLER/BEALL000245