tyler *works.*

Tyler Technologies, Inc.  MUNIS Division

370 US Route One    Falmouth, ME  04105    Tel: 207-781-2260    www.tyler-munis.com

December 15, 2005

Ms. Geraldine C. Ingram
REDACTED

> EXHIBIT
>
> 5
> 7-29-10

Dear Geri:

I am very pleased to confirm our verbal offer of employment to you for the position of Implementation Specialist in the Implementation Department.  Your salary expressed on an annual basis will be $45,000 per year of work, due and payable bi-weekly.  You will also be eligible to participate in the MUNIS Employee Incentive Plan and MUNIS Implementation Incentive Plan, which are outlined in the enclosed summary sheets.

Tyler also offers an excellent portfolio of benefits, which are described in the enclosed Summary of Employee Benefits.

This employment offer and the commencement of employment are conditioned upon your producing documents required pursuant to, and the satisfactory completion of, INS form I-9 (further information enclosed).  It is important to note that you must bring the required identification documents for review by the company on your first day of work.  Also, please review, sign and submit the enclosed Confidential Information Agreement no later than your first day of employment.

We believe you will make a fine addition to our company, Geri, and look forward to working with you.

Sincerely,

Robert J. Sansone
Director of Human Resources

Accepted and agreed: _Geraldine C. Ingram_     _1/3/06_
                        Geraldine C. Ingram          Date

Enclosures:    Implementation Incentive Plan
               Employee Incentive Plan
               Benefit Plans
               Employment Eligibility Notice and Form
               Confidential Information Agreement



> EXHIBIT
>
> C

TYLER/BEALL002081