Freedom Court Reporting, Inc

1

```
           IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF TEXAS
                       MARSHALL DIVISION


    PATTY BEALL; MATTHEW MAXWELL;  )
    TALINA MCELHANY; AND KELLY     )
    HAMPTON, individually and on   )
    on behalf of all others        )
    similarly situated,            )
                                   )
              Plaintiffs,          )   2:08-cv-422 TJW
                                   )
    vs.                            )
                                   )
    TYLER TECHNOLOGIES, INC.       )
    AND EDP ENTERPRISES, INC.,     )
                                   )
              Defendants.          )
    _____ )




              Deposition of GERALDINE C. INGRAM

                   (Taken by Defendants)

                 Greensboro, North Carolina

                   Thursday, July 29, 2010




                 Reported in Stenotype by
                   Alicia S. Clement, RPR
    Transcript produced by computer-aided transcription
```


EXHIBIT D

367 Valley Avenue, ... abama (877) 373-3660

```
 1        A.   Uh-huh.
 2        Q.   -- if you're -- look at the second page.
 3   It discusses your position at Tyler Technologies.
 4        A.   Yes.
 5        Q.   And I notice that you have the -- you have
 6   Munis listed there.  That is -- what's your
 7   understanding of the relationship between Munis and
 8   Tyler Technologies?
 9        A.   At that time Tyler Technologies, my
10   understanding was, it was a parent company of Munis.
11        Q.   Okay.  And you worked for Tyler
12   Technologies at their Raleigh, North Carolina,
13   address?
14        A.   Correct.
15        Q.   Did you report to the office in Raleigh?
16        A.   Yes.
17        Q.   Who was your supervisor while you were
18   there?
19        A.   My supervisor was a project manager,
20   Carrie Lynn Ware.
21        Q.   And you were employed between January of
22   2006 and November of 2006?
23        A.   Correct.
```

Freedom Court Reporting, Inc 83

```
1   STATE OF NORTH CAROLINA
    COUNTY OF FORSYTH
2

3                REPORTER'S CERTIFICATE

4            I, Alicia S. Clement, a Notary Public in

5   and for the State of North Carolina, do hereby

6   certify that there came before me on Thursday, the

7   29th day of July, 2010, the person hereinbefore

8   named, who was by me duly sworn to testify to the

9   truth and nothing but the truth of his/her knowledge

10  concerning the matters in controversy in this cause;

11  that the witness was thereupon examined under oath,

12  the examination reduced to typewriting under my

13  direction, and the deposition is a true record of

14  the testimony given by the witness.

15           I further certify that I am neither

16  attorney or counsel for, nor related to or employed

17  by, any attorney or counsel employed by the parties

18  hereto or financially interested in the action.

19           IN WITNESS WHEREOF, I have hereto set my

20  hand, this the 8th day of August, 2010.

21

22                         _____
                           Alicia S. Clement, Notary Public
23                         Notary Number: 19952910041
```