Freedom Court Reporting, Inc  1

```
 1    IN THE UNITED STATES DISTRICT COURT
      FOR THE EASTERN DISTRICT OF TEXAS
 2    MARSHALL DIVISION
      Case No. 2:08-cv-422 TJW
 3
      ------------------------------------------------------------
 4

      DEPOSITION OF BETHANY J. MAYNARD
 5              July 16, 2010

 6    ------------------------------------------------------------

 7    PATTY BEALL, MATTHEW MAXWELL, TALINA McELHANY and
      KELLY HAMPTON, individually and on behalf of all others
 8    similarly situated,

 9    Plaintiffs,

10    vs.

11    TYLER TECHNOLOGIES, INC., and EDP ENTERPRISES, INC.,

12    Defendants.

13    ------------------------------------------------------------

14
      APPEARANCES:
15
        ZELBST, HOLMES & BUTLER, by
16      Ms. Chandra L. Holmes Ray
        P.O. Box 365
17      411 Southwest Sixth Street
        Lawton, Oklahoma  73502
18      Appeared on behalf of the Plaintiffs.

19      MORGAN, LEWIS & BOCKIUS, LLP, by
        Mr. Paulo B. McKeeby
20      1717 Main Street, Suite 3200
        Dallas, Texas  75201
21      Appeared on behalf of the Defendants.

22

23

24

25
```

367 Valley Avenue B[...] ma (877) 373-3660

EXHIBIT
E

```
 1    Q    Where is your physical place of employment?
 2    A    Wauwatosa, Wisconsin.
 3    Q    How long have you been employed with Briggs &
 4         Stratton?
 5    A    Since March of 2007.
 6    Q    And is that the job that you took after leaving
 7         Tyler Technologies?
 8    A    Yes.
 9    Q    When you were employed with Tyler, did you refer to
10         your employer as Tyler or as Munis or as something
11         else?
12    A    Munis.
13    Q    Did you have an awareness I take it of the entity
14         Tyler Technologies while --
15    A    Yes.
16    Q    -- you were employed at Munis?
17    A    Yes.
18    Q    And what was your understanding as to the
19         relationship between Tyler and Munis?
20    A    Munis is -- was a subsidiary of Tyler.
21    Q    And you left -- I'm going to refer to it as Tyler
22         just because that's what I'm used to.  Is that
23         acceptable?
24    A    Sure, yes.
25    Q    And you left Tyler in March of 2007; correct?
```

| | | |
|---|---|---|
| 1 | A | Yes. |
| 2 | Q | And just so that we have the start date, would you agree with me that your date of hire by Tyler was December of 2002? |
| 5 | A | Yes. |
| 6 | Q | And your job at Tyler was implementation specialist? |
| 8 | A | Yes. |
| 9 | Q | Would you agree with me that that was the only job title that you had during your employment with Tyler? |
| 12 | A | That was my only job title, yes. |
| 13 | Q | And to whom did you report as an implementation specialist at Tyler? |
| 15 | A | Jane Grant. |
| 16 | Q | And did you report to Ms. Grant throughout the tenure of your employment with Tyler? |
| 18 | A | Yes. |
| 19 | Q | And I understand that at least at the beginning that you worked out of Tyler's office in Falmouth, Maine? |
| 22 | A | Yes. |
| 23 | Q | Did that change during any time in your employment? |
| 24 | A | Yes. |
| 25 | Q | When did it change? |

```
 1      STATE OF WISCONSIN )
                           ) SS.
 2      MILWAUKEE COUNTY   )

 3

 4                  I, Elaine A. Thies, RPR and Notary

 5      Public in and for the State of Wisconsin, do hereby

 6      certify that the preceding deposition was recorded by

 7      me and reduced to writing under my personal

 8      direction.

 9                  I further certify that said deposition

10      was taken at Gramann Reporting, Ltd., 710 North

11      Plankinton Avenue, Milwaukee, Wisconsin, on the 16th

12      day of July, 2010, commencing at 9:45 a.m. and

13      concluding at 12:06 p.m.

14                  I further certify that I am not a

15      relative or employee or attorney or counsel of any of

16      the parties, or a relative or employee of such

17      attorney or counsel, or financially interested

18      directly or indirectly in this action.

19                  In witness whereof, I have hereunto

20      set my hand and affixed my seal of office on this

21      26th day of July, 2010.

22

23                           _____
                             ELAINE A. THIES - Notary Public
24                           In and for the State of Wisconsin

25      My commission expires 1-12-14.
```