EYVONNE WILTON; May 17, 2010

                                                                        1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

---

PATTY BEALL, MATTHEW MAXWELL,        )
TALINA McELHANY and KELLY            )
HAMPTON, individually and on         )
behalf of all other similarly        )
situated,                            ) 2:08-cv-422 TJW
                                     )
     Plaintiff(s),                   )
                                     )
vs.                                  )
                                     )
TYLER TECHNOLOGIES, INC., and        )
EDP ENTERPRISES, INC.,               )
                                     )
     Defendant(s).                   )

---

DEPOSITION UPON ORAL EXAMINATION OF
EYVONNE WILTON

---

2:00 P.M.

MAY 17, 2010

520 PIKE STREET, 12TH FLOOR

SEATTLE, WASHINGTON

REPORTED BY: MARY L. GREEN, CCR 2981

Yamaguchi Obien Man...   www.yomreporting.com
520 Pike Street, Suite 132...  22-6875 * 1 (800) 831-6973


EXHIBIT F

EYVONNE WILTON; May 17, 2010

116

1    A.  Huh-uh.
2         MS. BAGLEY:  You can just withdraw it.
3         MS. PERLIONI:  We can leave it and skip
4    over.
5         MS. BAGLEY:  I think I found your extra.
6         MS. PERLIONI:  Had I given it to you?
7         MS. BAGLEY:  Yeah.  I got an extra copy
8    of that.
9    Q.  (BY MS. PERLIONI) Real quick, during your
10   tenure with Tyler Technologies -- and I want to make
11   sure we get -- I understand that you were initially
12   hired March -- or you started March 13, 2006?  Does
13   that sound right?
14   A.  Nope.
15   Q.  Tell me.
16   A.  March 18.  I started on my birthday.  Can't
17   forget that.
18   Q.  So you started on March 18, 2006, and during
19   -- at that time and throughout your tenure, you held
20   the position of implementation consultant?
21   A.  Yes, I did.
22   Q.  So you never changed positions or had any
23   promotions or anything like that?
24   A.  No, I did not.
25   Q.  As I understand it looking back at your offer

EYVONNE WILTON; May 17, 2010

148

1       REPORTER'S CERTIFICATE

2

3       I, MARY L. GREEN, the undersigned Certified Court

4   Reporter and Notary Public, do hereby certify:

5       That the sworn testimony and/or proceedings, a

6   transcript of which is attached, was given before me at the

7   time and place stated therein; that any and/or all witness(es)

8   were duly sworn to testify to the truth; that the sworn

9   testimony and/or proceedings were by me stenographically

10  recorded and transcribed under my supervision, to the best of

11  my ability; that the foregoing transcript contains a full,

12  true, and accurate record of all the sworn testimony and/or

13  proceedings given and occurring at the time and place stated

14  in the transcript; that I am in no way related to any party to

15  the matter, nor to any counsel, nor do I have any financial

16  interest in the event of the cause.

17      WITNESS MY HAND, SEAL, AND DIGITAL SIGNATURE this 21st

18  day of May, 2010.

19

20

21  MARY L. GREEN
    Certified Court Reporter, #2981
22  Notary Public in and for the State of Washington,
    Residing in Snohomish County.  Commission expires 4-4-2013.
23  mgreen@yomreporting.com

24  Click Link to Verify Signature:

25  (Https://digitalid.verisign.com/services/client/index.html)