**tyler**works.

Tyler Technologies, Inc. EDEN Division

1100 Oakesdale Ave. SW    Renton, WA 98055    Tel: 800-328-0310    Fax: 425-254-1402    www.tyler-eden.com

January 17, 2007

Eyvonne Wilton
REDACTED

Dear Eyvonne:

This letter confirms your separation of employment with Tyler Technologies, EDEN Division effective January 12, 2007. The following information outlines benefits information.

**BENEFITS**
Your medical coverage ends on your last day of employment. If you are eligible to receive COBRA benefits, you will receive a separate mailing from GPA explaining how to continue your coverage. You may contact Brenda Hobson directly via email at BHobson@stanton-group.com if you have further questions. Please see the Overview of Benefits form for more information regarding your benefits.

**YOUR PERSONAL INFORMATION**
We ask that you please keep us updated with your current address and phone number so that we can be sure that your 2007 W2, as well as any other important benefits information, reaches you. I have enclosed an Address Change form for your convenience.

**FINAL PAY**
Your final paycheck will be sent to you on January 26, 2007. Since this will be a live check we will mail it to your home address. Your final check will include the 20.616 hours of accrued but unused PTO, as well as an ESPP refund of $57.69, less any applicable deductions for taxes.

We wish you the best of luck in your future endeavors.

Sincerely,

Connie Shaw
HR Director

Wilton
EXHIBIT NO. 15
5-17-10
M. GREEN


EXHIBIT
G

TYLER/BEALL003890