IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PATTY BEALL, MATTHEW MAXWELL, TALINA MCELHANY AND KELLY HAMPTON, individually and on behalf of all other similarly situated; | § § § § § | |
| Plaintiffs, | § | 2:08-cv-422  TJW |
| | § § § | |
| TYLER TECHNOLOGIES, INC. AND EDP ENTERPRISES, INC. Defendants. | § § § | |

**PROPOSED ORDER GRANTING DEFENDANTS' MOTION FOR
PARTIAL SUMMARY JUDGMENT ON STATUTE OF LIMITATIONS
AND WILLFULNESS UNDER THE FLSA**

On this day came for consideration Defendants' Motion for Partial Summary Judgment on Statute of Limitations and Willfulness Under the FLSA. The Court is of the opinion that the motion should be GRANTED.

It is therefore ORDERED that claims of Plaintiffs Joy Bibles, Geraldine Ingram, Bethany Maynard, Lisa White and Eyvonne Wilton are hereby dismissed from this lawsuit.