✎ AO 456 (Rev. 5/85)  Notice

# UNITED STATES DISTRICT COURT

__EASTERN__ DISTRICT OF __TEXAS__

PATTY BEALL, ET AL.

V.

TYLER TECHNOLOGIES, INC.

**NOTICE**

CASE NUMBER:  2:08-CV-422(TJW)

TYPE OF CASE:

X   **CIVIL**          **CRIMINAL**

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. Judge T. John Ward's Courtroom |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

**PRETRIAL CONFERENCE**

X   **TAKE NOTICE** that a proceeding in this case has been reset as indicated below:

| PLACE<br>United States District Court<br>100 E. Houston<br>**MARSHALL, TEXAS 75670** | DATE AND TIME PREVIOUSLY SCHEDULED<br>**March 23, 2011 @ 1:30 pm** | RESET TO  DATE AND TIME<br>**March 25, 2011 @ 1:30 pm** |
|---|---|---|

David J. Maland
US MAGISTRATE JUDGE OR CLERK OF COURT

January 3, 2011
DATE

Becky Andrews
(BY) DEPUTY CLERK

TO:    ALL COUNSEL OF RECORD

**ACKNOWLEDGMENT**

     **NOTICE TO COUNSEL:** Please sign in the space provided below and return to the court by facsimile, **(903) 935-2295**, within three (3) days of your receipt of the enclosed notice.

_____

     **I acknowledge receipt of the indicated notice on the date shown below.**

Case No. _____

Signature of Atty. _____
                                                              Date

Print Name of Atty. _____

Counsel for _____
                  (Name of Party)

Type of Proceeding: _____
                  (e.g., Scheduling Conference)

Date of Proceeding: _____

Time of Proceeding: _____

Location of Proceeding: _____