IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PATTY BEALL, ET AL., <br> Individually and on behalf of all others <br> similarly situated; <br> Plaintiffs, <br><br> v. <br><br> TYLER TECHNOLOGIES, INC. AND EDP <br> ENTERPRISES, INC., <br> Defendants. | § § § § § § § § § § § <br><br> CIVIL ACTION NO. 2-08-CV-422 (TJW) |

## **ORDER**

The Court will hear oral arguments on Defendants' Motion for Decertification on Thursday, January 13, 2011 at 9:30 AM.

It is so ORDERED.

SIGNED this 4th day of January, 2011.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE