IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **PATTY BEALL, MATTHEW** | § | |
| **MAXWELL, TALINA MCELHANY AND** | § | |
| **KELLY HAMPTON, individually** | § | |
| **and on behalf of all other similarly situated;** | § | |
| | § | |
| **Plaintiffs,** | § | **2:08-cv-422  TJW** |
| | § | |
| | § | |
| | § | |
| **TYLER TECHNOLOGIES, INC. AND** | § | |
| **EDP ENTERPRISES, INC.** | § | |
| **Defendants.** | § | |

## BUSINESS RECORDS DECLARATION OF ROBERT J. SANSONE

I declare, under penalty of perjury and pursuant to 28 U.S.C.  § 1746, that the following is true and correct:

1.    My name is Robert J. Sansone.  I am of sound mind, over the age of 21, have never been convicted of a felony, and am fully authorized and competent to make this Declaration. The facts and statements contained in this Declaration are made on the basis of my personal knowledge, and are true and correct.

2.    I am employed with Tyler Technologies, Inc. ("Tyler").  Specifically, I am the Vice President of Human Resources at Tyler Technologies.  In this capacity, I am a custodian or records for certain personnel related documents and information.  I certify that the documents attached hereto are copies of Tyler's business records with Bates number and/or Exhibit numbers added for the purpose of identification only.

3.    The documents attached hereto are business records that were made at or near the time of the occurrence of the matters set forth therein, by or from information transmitted by a

EXHIBIT A

person with knowledge of those matters.  The documents attached hereto are kept in the regular course of Tyler's business.

    4.    It is the regular practice of Tyler to make and maintain these records.  The records attached hereto are true and correct Bate labeled and/or Exhibit labeled duplicates of the original.

Executed this 4th day of January, 2011 in Falmouth, Maine.

ROBERT J. SANSONE

EXHIBIT A

tyler*works*.

Tyler Technologies Inc. *Eagle Division*

Tony Dodd
6407 Elkhart Avenue
Lubbock, TX 79424

September 21, 2007

Dear Tony,

We are pleased to offer you a position with Tyler Technologies Eagle Division as an "Implementation Specialist" in the Recording Division. We considered a number of factors when making this offer, including your experience, ability to work with others, education, and willingness to learn. Based on these factors and others, we would like to employ you at a rate of $4,166.66 per month, the equivalent of $50,000.00 annually. Additionally, your position qualifies for the Implementation Specialist Incentive Plan, which I reviewed with you as part of the interview process. Your employment is contingent upon satisfactory completion of expectations set forth in your job description and tasks as assigned by your manager. Your performance will be reviewed with periodic performance planning and review sessions at 30, 60, 90 and 180 days, and annually thereafter.

Your job duties may vary according to the needs of Tyler. If you accept this offer, I will be your direct supervisor. Although your focus will be Recording projects, you will work closely with all other managers and employees and on assignments in both the Recording Division and other Divisions.

Your working hours may vary depending upon the needs of Tyler, our customers and the demands of ongoing projects, but will generally correspond to standard business hours. Your work location will be your home office.

On the following pages is a summary of the employment benefits offered by Tyler Technologies.

**Please understand that this letter is not a contract.** It is intended as an offer of employment and may be rescinded at any time. The offer is subject to satisfactory completion of pre-employment background checks. Please note also that hiring of non-U.S. citizens could subject Tyler to export rules and/or other requirements. If by hiring you, Tyler would deem it necessary to apply for an export permit or other permits or approvals, this offer would be subject to Tyler obtaining those items. In addition, please understand that should you join Tyler, unless we establish a written contract with you, you will be an employee at will. Just as you are free to leave your employment with Tyler at any time, Tyler may terminate your employment at any time for any reason or for no reason at all, subject to legal restrictions. Finally, please be aware that all employment conditions outlined in this letter are subject to change at the sole discretion of Tyler.

Tyler is an exciting, challenging and growing company. I believe that you will make great contributions here and I look forward to working with you.

Sincerely,

Scott Helle
Recording & Implementation Manager

Accepted: _Tony Dodd_
Digitally signed by Tony Dodd
DN: cn=Tony Dodd, c=US,
email=techspecguy@yahoo.com
Date: 2007.09.24 10:12:09 -05'00'
Date: 09-24-07

DEPOSITION
EXHIBIT
5
*Tony Dodd*
PENGAD 800-631-6989

TYLER/BEALL001073

EXHIBIT A-1

January 17, 2007

<u>CONFIDENTIAL</u>

Linda Carrington
305 High Brook Drive
Richardson, TX 75080

Dear Linda:

We are pleased to extend to you an offer for the position of Software Implementation Specialist and are excited about the prospect of you joining us at Tyler Technologies. We believe that your background and talents will allow you to make a significant contribution within our organization.

In this position your starting compensation will $1,577 by-weekly, which is equivalent to an annual amount of $41,000. You may be eligible for a six-month performance review which might lead to increases in your compensation.

As a new employee of Tyler Technologies, you will be eligible to participate in our complete benefits package, which includes company paid medical insurance and prescription drug coverage, dental insurance, and term life insurance. You will also have the opportunity to benefit from the company's growth through participation in our 401(k) plan and Employee Stock Purchase Plan (ESPP).

Tyler Technologies has experienced steady and consistent growth over the years. Recent mergers and acquisitions have further enhanced this growth and provides challenging new opportunities for our entire staff.  We welcome the opportunity to have you participate in this growth by becoming an integral part of our future.

If you have any questions about this offer, please give me a call at 972-713-3770.

Sincerely,

**TYLER TECHNOLOGIES**


Jim McMain
HR Recruiter
Plano Office

TYLER/BEALL000719

EXHIBIT A-2



**tyler**
TECHNOLOGIES

Tyler Technologies, Inc.

370 US Route One   Falmouth, Maine 04105   Phone 800.772.2260   Fax 207.781.2459   tylertech.com

June 7, 2007



EXHIBIT
6

Ms Amy R Dunn
PO Box 227
Orland, ME 04472

Dear Amy:

I am very pleased to confirm our verbal offer of employment to you for the position of Implementation Specialist reporting to Shawn Gaudreau in the Implementation Department pending satisfactory completion of your background check.  Your salary expressed on an annual basis will be $45,000 per year of work, due and payable bi-weekly.  You will also be eligible to participate in the MUNIS Employee Incentive Plan and MUNIS Implementation Incentive Plan, which are outlined in the enclosed summary sheets.

Tyler also offers an excellent portfolio of benefits, which are described in the enclosed Summary of Employee Benefits.

This employment offer and the commencement of employment are conditioned upon your producing documents required pursuant to, and the satisfactory completion of, INS form I-9 (further information enclosed).  It is important to note that you must bring the required identification documents for review by the company on your first day of work.  Also, please review, sign and submit the enclosed Confidential Information Agreement no later than your first day of employment.

We believe you will make a fine addition to our company, Amy, and look forward to working with you.

Sincerely,

Robert J. Sansone
Director of Human Resources

Accepted and agreed: _____     ___7/16/07___
                              Amy R Dunn                       Date

Enclosures:    Implementation Incentive Plan
               Employee Incentive Plan
               Benefit Plans
               Employment Eligibility Notice and Form (I-9)
               Confidential Information Agreement

tyler*works*

TYLER/BEALL001210

tyler*works.*

| Tyler Technologies, Inc.   MUNIS Division |
| --- |
| 370 US Route One    Falmouth, ME 04105    Tel: 207-781-2260    www.tyler-munis.com |



Dunning
EXHIBIT NO. 7
5-19-10
M. GREEN

June 24 2005

Ms. Sandra S. Dunning
5413 North 10th St
Tacoma, WA 98406

Dear Sandy:

I am very pleased to confirm our verbal offer of employment to you for the position of Implementation Specialist in the Implementation Department. Your salary expressed on an annual basis will be $44,000 per year of work, due and payable bi-weekly. You will also be eligible to participate in the MUNIS Employee Incentive Plan and MUNIS Implementation Incentive Plan, which are outlined in the enclosed summary sheets.

Tyler also offers an excellent portfolio of benefits, which are described in the enclosed Summary of Employee Benefits.

This employment offer and the commencement of employment are conditioned upon your producing documents required pursuant to, and the satisfactory completion of, INS form I-9 (further information enclosed). It is important to note that you must bring the required identification documents for review by the company on your first day of work. Also, please review, sign and submit the enclosed Confidential Information Agreement no later than your first day of employment.

We believe you will make a fine addition to our company, Sandy, and look forward to working with you.

Sincerely,

Robert J. Sansone
Director of Human Resources

Accepted and agreed: _Sandra S. Dunning_        _6/30/05_
                          Sandra S. Dunning                Date

Enclosures:    Implementation Incentive Plan
               Employee Incentive Plan
               Benefit Plans
               INS Notice and Form
               Confidential Information Agreement

TYLER/BEALL001272

EXHIBIT A-4

Computer Center Software                                              *MUNIS®*

370 US Route 1
Falmouth, ME 04105
207-781-2260
207-781-3585 Fax

November 17, 1998

Ms. Betty J. Dupree
16 Edgewood Street
Worcester, MA 01602

Dear Betty:

I am very pleased to confirm our amended verbal offer of employment to you for the
position of Implementation Specialist, in the Northeast Region Implementation
Department. Your salary expressed on an annual basis will be $38,000 per year of
work, due and payable bi-weekly. You will also be eligible to participate in the
CCS Employee Incentive Plan and CCS Implementation Incentive Plan, which are
outlined in the enclosed summary sheets.

Computer Center Software also offers an excellent portfolio of benefits, which are
described in the enclosed Summary of Employee Benefits.

This employment offer and the commencement of employment are conditioned
upon your producing documents required pursuant to, and the satisfactory
completion of, INS form I-9 (further information enclosed). It is important to note
that you must bring the required identification documents for review by the
company on your first day of work. Also, please review, sign and submit the
enclosed Confidential Information Agreement no later than your first day of
employment.

Computer Center Software is making a commitment to you that involves a
significant investment. As an indication of our commitment, we guarantee your
employment for a minimum of one year, provided of course, that you make a good
faith effort. We are asking that you, in turn, make a similar commitment. By
signing below you accept this employment offer and agree to remain with the
Company for at least one year.





EXHIBIT A-5

TYLER/BEALL001317

We believe you will make a fine addition to our company, Betty, and look forward to working with you.

Sincerely,

Robert J. Sansone
Director-Human Resources

Accepted and agreed: _____Betty J. Dupree_____   12/14/98
                          Betty J. Dupree              Date

Enclosures:    Employee Incentive Plan
               Implementation Incentive Plan
               Benefit Plans
               INS Notice and Form
               Confidential Information Agreement

TYLER/BEALL001318

EXHIBIT A-5



**tyler**
TECHNOLOGIES

Tyler Technologies, Inc.

370 US Route One   Falmouth, Maine 04105   Phone 800.772.2260   Fax 207.781.2459   tylertech.com

February 29, 2008



Ms Joy E Flynn
608 Charleston Rd, 1-F
Raleigh, NC 27606

Dear Joy:

I am very pleased to confirm our verbal offer of employment to you for the position of Implementation Consultant reporting to Penny Parsons in the Implementation Department pending satisfactory completion of your background check. Your salary expressed on an annual basis will be $45,000 per year of work, due and payable bi-weekly. You will also be eligible to participate in the Tyler Financial Employee Incentive Plan and Tyler Financial Implementation Incentive Plan, which are outlined in the enclosed summary sheets.

Tyler also offers an excellent portfolio of benefits, which are described in the enclosed Summary of Employee Benefits.

This employment offer and the commencement of employment are conditioned upon your producing documents required pursuant to, and the satisfactory completion of, INS form I-9 (further information enclosed). It is important to note that you must bring the required identification documents for review by the company on your first day of work. Also, please review, sign and submit the enclosed Confidential Information Agreement no later than your first day of employment.

We believe you will make a fine addition to our company, Joy, and look forward to working with you.

Sincerely,

Robert J. Sansone
Director of Human Resources

Accepted and agreed: _Joy E Flynn_          _03/17/08_
                       Joy E Flynn                Date

Enclosures:    Implementation Incentive Plan
               Employee Incentive Plan
               Benefit Plans
               Employment Eligibility Notice and Form (I-9)
               Confidential Information Agreement

tyler *works*

TYLER/BEALL001443

EXHIBIT A-6

tyler *works.*

| Tyler Technologies, Inc. |
| --- |
| 5499 Sherry Lane   Dallas, Texas 75225   Tel: 972-713-3700   Fax: 972-713-3741   www.tylerworks.com |

October 2, 2007

Ms Kimberly R Gennette
1137 Bloodworth Lane
Pensacola, FL 32504

Dear Kim:

I am very pleased to confirm our verbal offer of employment to you for the position of Implementation Specialist reporting to Penny Parsons in the Implementation Department pending satisfactory completion of your background check. Your salary expressed on an annual basis will be $44,000 per year of work, due and payable bi-weekly. You will also be eligible to participate in the MUNIS Employee Incentive Plan and MUNIS Implementation Incentive Plan, which are outlined in the enclosed summary sheets.

Tyler also offers an excellent portfolio of benefits, which are described in the enclosed Summary of Employee Benefits.

This employment offer and the commencement of employment are conditioned upon your producing documents required pursuant to, and the satisfactory completion of, INS form I-9 (further information enclosed). It is important to note that you must bring the required identification documents for review by the company on your first day of work. Also, please review, sign and submit the enclosed Confidential Information Agreement no later than your first day of employment.

We believe you will make a fine addition to our company, Kim, and look forward to working with you.

Sincerely,

Robert J. Sansone
Director of Human Resources

Accepted and agreed: _Kimberly R Gennette_      _1/1/08_
                      Kimberly R Gennette          Date

Enclosures:     Implementation Incentive Plan
                Employee Incentive Plan
                Benefit Plans
                Employment Eligibility Notice and Form (I-9)
                Confidential Information Agreement

TYLER/BEALL001491

EXHIBIT A-7



**MUNIS**
A TYLER TECHNOLOGIES COMPANY

April 21, 2000

Ronald L. Grimwood
6738 Oak Manor Drive
Bradenton, Florida  34202

Dear Ronald,

I am very pleased to confirm our verbal offer of employment to you for the position of Implementation Specialist, reporting to Penny Parsons in the Southern Region.  Your salary expressed on an annual basis will be $35,000 per year of work, due and payable bi-weekly.  You will also be eligible to participate in the MUNIS Employee Incentive Plan and MUNIS Implementation Incentive Plan, which are outlined in the enclosed summary sheets.

MUNIS also offers an excellent portfolio of benefits, which are described in the enclosed Summary of Employee Benefits.

This employment offer and the commencement of employment are conditioned upon your producing documents required pursuant to, and the satisfactory completion of, INS form I-9 (further information enclosed).  It is important to note that you must bring the required identification documents for review by the company on your first day of work.  Also, please review, sign and submit the enclosed Confidential Information Agreement no later than your first day of employment.

We believe you will make a fine addition to our company, Ronald, and look forward to working with you.

Sincerely,

Robert J. Sansone
Director–Human Resources

Accepted and agreed:                                                    4-24-00
                          Ronald L. Grimwood                          Date

Enclosures:      Employee Incentive Plan
                 Implementation Incentive Plan
                 Benefit Plans
                 INS Notice and Form
                 Confidential Information Agreement

**EXHIBIT**
**2**

370 US Route One
Falmouth, Maine 04105
207/781-2260
fax 207/781-3585

tyler works.

**Tyler Technologies, Inc.   The Software Group Division**

6500 International Parkway, Suite 2000      Plano, TX  75093      Tel: 972-713-3770      Fax: 972-713-3777      www.tyler-tsg.com

January 22, 2007

<u>CONFIDENTIAL</u>

Kim Huynh
11705 Jamesburg
Wichita, KS 67212

Dear Kim:

We are pleased to extend to you an offer for the position of Software Implementation Specialist and are excited about the prospect of you joining us at Tyler Technologies. We believe that your background and talents will allow you to make a significant contribution within our organization.

In this position your starting compensation will $1730.77 by-weekly, which is equivalent to an annual amount of $45,000. You may be eligible for a six-month performance review which might lead to increases in your compensation.

As a new employee of Tyler Technologies, you will be eligible to participate in our complete benefits package, which includes company paid medical insurance and prescription drug coverage, dental insurance, and term life insurance. You will also have the opportunity to benefit from the company's growth through participation in our 401(k) plan and Employee Stock Purchase Plan (ESPP).

Tyler Technologies has experienced steady and consistent growth over the years. Recent mergers and acquisitions have further enhanced this growth and provides challenging new opportunities for our entire staff.  We welcome the opportunity to have you participate in this growth by becoming an integral part of our future.

If you have any questions about this offer, please give me a call at 972-713-3770.

Sincerely,

**TYLER TECHNOLOGIES**

Jim McMain
HR Recruiter
Plano Office

TYLER/BEALL002039

EXHIBIT A-9

tyler*works.*

Tyler Technolog..s, Inc.  MUNIS Division

370 US Route One    Falmouth, ME  04105    Tel: 207-781-2260    www.tyler-munis.com

December 15, 2005

Ms. Geraldine C. Ingram
5030-A Edwards Mill Rd
Raleigh, NC 27612

EXHIBIT

5

7-29-10

Dear Geri:

I am very pleased to confirm our verbal offer of employment to you for the position of Implementation Specialist in the Implementation Department.  Your salary expressed on an annual basis will be $45,000 per year of work, due and payable bi-weekly.  You will also be eligible to participate in the MUNIS Employee Incentive Plan and MUNIS Implementation Incentive Plan, which are outlined in the enclosed summary sheets.

Tyler also offers an excellent portfolio of benefits, which are described in the enclosed Summary of Employee Benefits.

This employment offer and the commencement of employment are conditioned upon your producing documents required pursuant to, and the satisfactory completion of, INS form I-9 (further information enclosed).  It is important to note that you must bring the required identification documents for review by the company on your first day of work.  Also, please review, sign and submit the enclosed Confidential Information Agreement no later than your first day of employment.

We believe you will make a fine addition to our company, Geri, and look forward to working with you.

Sincerely,

Robert J. Sansone
Director of Human Resources

Accepted and agreed: *Geraldine C. Ingram*      1/3/06
                        Geraldine C. Ingram        Date

Enclosures:    Implementation Incentive Plan
               Employee Incentive Plan
               Benefit Plans
               Employment Eligibility Notice and Form
               Confidential Information Agreement

TYLER/BEALL002081



**MUNIS**
A TYLER TECHNOLOGIES COMPANY

November 7, 2002

Ms. Beth Maynard
25 Third Street, Apt. 3
Presque Isle, ME  04769

Dear Beth:

I am very pleased to confirm our verbal offer of employment to you for the position of Implementation Specialist, reporting to Cheryl Polymeros in the Implementation Department.  Your salary expressed on an annual basis will be $40,000 per year of work, due and payable bi-weekly.   Your performance and compensation will be reviewed on July 1, 2003.   You will also be eligible to participate in the MUNIS Employee Incentive Plan and MUNIS Implementation Incentive Plan, which are outlined in the enclosed summary sheets.  In addition, MUNIS will pay you $3,500 (less taxes) in relocation assistance.  The check will be issued in the first pay period after you begin your employment with us.

MUNIS also offers an excellent portfolio of benefits, which are described in the enclosed Summary of Employee Benefits.

This employment offer and the commencement of employment are conditioned upon your producing documents required pursuant to, and the satisfactory completion of, INS form I-9 (further information enclosed).  It is important to note that you must bring the required identification documents for review by the company on your first day of work.  Also, please review, sign and submit the enclosed Confidential Information Agreement no later than your first day of employment.

We believe you will make a fine addition to our company, Beth, and look forward to working with you.

Sincerely,

Robert J. Sansone
Director Human Resources

Accepted and agreed: _Beth J. Maynard_          Date _11/12/02_
                      Beth J. Maynard

Enclosures:     Employee Incentive Plan
                Implementation Incentive Plan
                Benefit Plans
                INS Notice and Form
                Confidential Information Agreement

Maynard
EXHIBIT  2
7-16-10  ct
GRAMANN REPORTING, LTD.

370 U.S. Route One
Falmouth, Maine  04105
207/781-2260
fax 207/781-3585
www.munis.com

TYLER/BEALL002662

EXHIBIT A-11



**tyler**
TECHNOLOGIES   |   370 US Route One   Falmouth, Maine 04105   Phone 800.772.2260   Fax 207.781.2459   tylertech.com

May 30, 2008

Ms Laura S Milburn
717 brisbane Woods Way
Cary, NC 27518

Dear Laura:

I am very pleased to confirm our verbal offer of employment to you for the position of
Implementation Consultant reporting to Penny Parsons in the Implementation Department.  Your
salary expressed on an annual basis will be $50,000 per year of work, due and payable bi-weekly.
You will also be eligible to participate in the Tyler Employee Incentive Plan and Tyler
Implementation Incentive Plan, which are outlined in the enclosed summary sheets.

Tyler also offers an excellent portfolio of benefits, which are described in the enclosed Summary of
Employee Benefits.

This employment offer and the commencement of employment are conditioned upon your
producing documents required pursuant to, and the satisfactory completion of, INS form I-9 (further
information enclosed).  It is important to note that you must bring the required identification
documents for review by the company on your first day of work.  Also, please review, sign and
submit the enclosed Confidential Information Agreement no later than your first day of
employment.

We believe you will make a fine addition to our company, Laura, and look forward to working with
you.

Sincerely,

Robert J. Sansone
Director of Human Resources

Accepted and agreed: _Laura Milburn_               _6-9-08_
                      Laura S Milburn                  Date

Enclosures:    Implementation Incentive Plan
               Employee Incentive Plan
               Benefit Plans
               Employment Eligibility Notice and Form (I-9)
               Confidential Information Agreement

EXHIBIT
PENGAD 800-631-6989
#2-Milburn
9-1-10

*tyler works.*

TYLER/BEALL002910

EXHIBIT A-12



January 10, 2002



Mr. Kevin B. Mosenthin
35 High Street, Apt 10
Marlborough, MA  01752

Dear Kevin:

I am very pleased to confirm our verbal offer of employment to you for the position of Implementation Specialist in the Implementation Department.   Your salary expressed on an annual basis will be $38,000 per year of work, due and payable bi-weekly.  You will also be eligible to participate in the MUNIS Employee Incentive Plan and MUNIS Implementation Incentive Plan, which are outlined in the enclosed summary sheets.

MUNIS also offers an excellent portfolio of benefits, which are described in the enclosed Summary of Employee Benefits.

This employment offer and the commencement of employment are conditioned upon your producing documents required pursuant to, and the satisfactory completion of, INS form I-9 (further information enclosed).  It is important to note that you must bring the required identification documents for review by the company on your first day of work.  Also, please review, sign and submit the enclosed Confidential Information Agreement no later than your first day of employment.

We believe you will make a fine addition to our company, Kevin, and look forward to working with you.

Sincerely,

Robert J. Sansone
Director-Human Resources

Accepted and agreed:  _____         _1/21/02_
                      Kevin B. Mosenthin              Date

Enclosures:     Employee Incentive Plan
                Implementation Incentive Plan
                Benefit Plans
                INS Notice and Form
                Confidential Information Agreement

370 U.S. Route One
Falmouth, Maine 04105
207/781-2260
fax 207/781-3585

EXHIBIT A-13

TYLER/BEALL002985



January 11, 2002



Mr. Kevin Mosenthin
35 High Street
Apt 10
Marlborough, MA  01752

Dear Kevin:

This is to amend our offer of employment to you dated January 10, 2002 as follows:

"Your salary expressed on an annual basis will be $40,000 per year of work, due and payable bi-weekly."

All other aspects of the letter remain unchanged.

Sincerely,

Robert J. Sansone
Director-Human Resources

370 U.S. Route One
Falmouth, Maine 04105
207/781-2260
fax 207/781-3585

EXHIBIT A-13

TYLER/BEALL002984

*tylerworks.*

**Tyler Technologies, Inc.** MUNIS Division

370 US Route One      Falmouth, ME 04105      Tel: 207-781-2260      www.tyler-munis.com

March 21, 2006

Ms Ilene A Meyers
401 Oakridge Rd
Cary, NC 27511

Dear Ilene:

I am very pleased to confirm our verbal offer of employment to you for the position of Implementation Specialist in the Implementation Department.  Your salary expressed on an annual basis will be $42,000 per year of work, due and payable bi-weekly.  You will also be eligible to participate in the MUNIS Employee Incentive Plan and MUNIS Implementation Incentive Plan, which are outlined in the enclosed summary sheets.

Tyler also offers an excellent portfolio of benefits, which are described in the enclosed Summary of Employee Benefits.

This employment offer and the commencement of employment are conditioned upon your producing documents required pursuant to, and the satisfactory completion of, INS form I-9 (further information enclosed).  It is important to note that you must bring the required identification documents for review by the company on your first day of work.  Also, please review, sign and submit the enclosed Confidential Information Agreement no later than your first day of employment.

We believe you will make a fine addition to our company, Ilene, and look forward to working with you.

Sincerely,

Robert J. Sansone
Director of Human Resources

DEFENDANT'S
EXHIBIT
3
PENGAD 800-631-6989

Accepted and agreed:  _Ilene A Meyers_        _3/27/06_
                      Ilene A Meyers              Date

Enclosures:   Implementation Incentive Plan
              Employee Incentive Plan
              Benefit Plans
              Employment Eligibility Notice and Form (I-9)
              Confidential Information Agreement

TYLER/BEALL002847

EXHIBIT A-14



**tyler**
TECHNOLOGIES

Tyler Technologies, Inc.

370 US Route One   Falmouth, Maine 04105   Phone 800.772.2260   Fax 207.781.2459   tylertech.com

November 30, 2007



Mr Travis E Void
5311 Dilbagh Dr
Durham, NC 27713

Dear Travis:

I am very pleased to confirm our verbal offer of employment to you for the position of
Implementation Specialist reporting to Penny Parsons in the Implementation Department pending
satisfactory completion of your background check. Your salary expressed on an annual basis will
be $45,000 per year of work, due and payable bi-weekly. You will also be eligible to participate
in the MUNIS Employee Incentive Plan and MUNIS Implementation Incentive Plan, which are
outlined in the enclosed summary sheets.

Tyler also offers an excellent portfolio of benefits, which are described in the enclosed Summary of
Employee Benefits.

This employment offer and the commencement of employment are conditioned upon your
producing documents required pursuant to, and the satisfactory completion of, INS form I-9 (further
information enclosed). It is important to note that you must bring the required identification
documents for review by the company on your first day of work. Also, please review, sign and
submit the enclosed Confidential Information Agreement no later than your first day of
employment.

We believe you will make a fine addition to our company, Travis, and look forward to working
with you.

Sincerely,

Robert J. Sansone
Director of Human Resources

Accepted and agreed: _____        12/7/07
                        Travis E Void                  Date

Enclosures:    Implementation Incentive Plan
               Employee Incentive Plan
               Benefit Plans
               Employment Eligibility Notice and Form (I-9)
               Confidential Information Agreement

tyler.works

TYLER/BEALL003836

EXHIBIT A-15

*tyler works.*

Tyler Technologies, Inc.   EDEN Division

| 1100 Oakesdale Ave. SW | Renton, WA 98055 | Tel: 800-328-0310 | Fax: 425-254-1402 | www.tyler-eden.com |

September 13, 2005

Joy Michelle Bibles
14602 12th Ave SW
Burien, WA   98166

Dear Joy:

On behalf of Tyler Technologies - EDEN DIVISION Division, I am pleased to offer you a position as an Implementation Consultant reporting to Mindy D'Andrea. As we discussed, your monthly compensation will be $4,166.67 (equivalent to an annual amount of $50,000), with future salary increases tied performance. You will also be eligible to participate in an Incentive Plan (a summary of the plan is attached). This position is considered an exempt position for purposes of federal wage-hour law. Tyler Technologies - EDEN Division will continually evaluate the requirements and duties of your position and may adjust them periodically according to the needs of the company.

Your compensation package also includes a number of other benefits, including group medical and dental insurance, a Section 125 plan, 401(k) plan, and paid leave. These and other benefits are described in greater detail in the contents included with this offer letter. Also included in this packet are other materials, such as the W-4 and I-9 forms. I will collect all of these forms and review other administrative details regarding your employment on you first day of employment, which is Wednesday, September 21, 2005.

We greatly look forward to having you join Tyler Technologies - EDEN Division and becoming a member of our team. We recognize that you retain the option, as does the Company, of ending your employment with the Company at any time, with or without notice and with or without cause. As such, your employment with the Company is at-will and neither this letter nor any other verbal or written representations may be considered a contract for any specific period of time.

Please indicate your acceptance of this employment offer by signing below. Retain one copy for your records and return one copy to me.

We're looking forward to having you on board!

_____
Signature

20 SEP 2005
Date

Sincerely,

Connie Shaw, CCP
Human Resources Director
Tyler Technologies - EDEN Division

Bibles McLeod
EXHIBIT NO. 4
5-18-10
M. GREEN

TYLER/BEALL000247

EXHIBIT A-16

**tyler*works.***

Tyler Technologies, Inc.  Eden Division

1100 Oakesdale Ave. SW    Renton, WA 98055    Tel: 877-585-3336    Fax: 425-254-1402    www.tyler-eden.com

November 13, 2007

Titus Britt
1619 112th Street South
Parkland, WA  98444

Dear Titus:

On behalf of Tyler Technologies – EDEN Division, I am pleased to offer you a position as an Implementation Consultant, reporting to Sharon DeLaney. This position is considered an exempt position for purposes of the federal wage-hour law. As we discussed, your monthly compensation will be $5,416.67 (equivalent to an annual amount of $65,000). Any future base salary increases will be based on performance. You are also eligible to participate in the Consulting Incentive Compensation Plan. The plan has been modified for you so you will receive $40 per day for the Expertise Premium portion as opposed to $20 per day.

As a full-time employee you are also entitled to the company benefits package. These benefits are described in the enclosed materials. We also have enclosed a copy of the employee handbook, which describes the Company's policies and procedures that will govern certain aspects of your employment. Please be sure to review the handbook and sign and return the acknowledgement of receipt page on your first day, which is scheduled to be November 26, 2007. I will review your benefit elections and other administrative details regarding your employment with you on your first day of work.

We greatly look forward to having you join Tyler Technologies - EDEN Division and becoming a member of our team. Your employment with the Company is at-will and neither this letter nor any other verbal or written representations may be considered a contract for any specific period of time.

Please indicate your acceptance of this employment offer by signing below and returning a copy to me. Retain one copy for your records.

Should you have any questions about the Company, please do not hesitate to contact me at (425) 873-1090.

Sincerely,

*Connie Shaw*

Connie Shaw
HR Director

I agree to the terms of the employment set forth above.

*Titus Britt*                          11/26/07
Titus Britt                              Date

EXHIBIT
2
7-28-10

TYLER/BEALL000346

EXHIBIT A-17

**t y l e r *works.***

| | |
|---|---|
| | Tyler Technologies, Inc.   The Software Group Division |
| | 6500 International Parkway, Suite 2000     Plano, TX 75093     Tel: 972-713-3770     Fax: 972-713-3777     www.tyler-tsg.com |

February 13, 2007

<u>CONFIDENTIAL</u>

Jill Brown
3740 Powers Road
Alanso, MI 49706

Dear Jill:

We are pleased to extend to you an offer for the position of Software Implementation Specialist and are excited about the prospect of you joining us at Tyler Technologies. We believe that your background and talents will allow you to make a significant contribution within our organization.

In this position your starting compensation will $1,730.77 by-weekly, which is equivalent to an annual amount of $45,000. This position is considered an exempt position for purposes of federal-wage hour law, which means that you will not be eligible for overtime pay for hours actually worked in excess of 40 in a given workweek. You may be eligible for a six-month performance review which might lead to increases in your compensation.

As a new employee of Tyler Technologies, you will be eligible to participate in our complete benefits package, which includes company paid medical insurance and prescription drug coverage, dental insurance, and term life insurance. You will also have the opportunity to benefit from the company's growth through participation in our 401(k) plan and Employee Stock Purchase Plan (ESPP).

Tyler Technologies has experienced steady and consistent growth over the years. Recent mergers and acquisitions have further enhanced this growth and provides challenging new opportunities for our entire staff.  We welcome the opportunity to have you participate in this growth by becoming an integral part of our future.

If you have any questions about this offer, please give me a call at 972-713-3770.

Sincerely,

**TYLER TECHNOLOGIES**

Jim McMain
HR Recruiter
Plano Office

EXHIBIT
Brown #1
8-31-10  KG

TYLER/BEALL000431

EXHIBIT A-18

**tyler**
TECHNOLOGIES

Tyler Technologies, inc.

5808 4th Street       Lubbock, Texas 79416      Phone 800.646.2633        Fax 806.797.4849         tylerworks.com

September 20, 2007

Gayla Duke
(Via Email)

Dear Gayla,

On behalf of Tyler Technologies - INCODE Division, I am pleased to offer you a
position as an Implementation Consultant. As we discussed, your annual compensation
will be $55,000 plus the Implementation Consultant incentive program.  This position is
considered an exempt position for purposes of federal wage-hour law. Tyler
Technologies - INCODE Division will continually evaluate the requirements and duties
of your position and may adjust them periodically according to the needs of the company.

Your compensation package also includes a number of other benefits, group medical and
dental insurance, a Section 125 plan, 401(k) plan, and paid leave.  These and other
benefits, as well as other information in the new hire packet such as the W-4 and I-9
forms, will be reviewed on your first day of employment.

We greatly look forward to having you join Tyler Technologies – INCODE Division and
becoming a member of our team. Your employment with the Company is at-will and
neither this letter nor any other verbal or written representations may be considered a
contract for any specific period of time.

We're looking forward to having you on board!

Please indicate your acceptance of the offer by signing below. Thank you and if you
should have any further questions, please do not hesitate to call me.

Sincerely,
Tiffany Boen
Employment Specialist, Human Resources

Acceptance Signature:_____

Date:_____


EXHIBIT
4

*tylerworks.*

BEALL   149

EXHIBIT A-19



**tyler**
TECHNOLOGIES

Tyler Technologies, Inc.

5808 4th Street        Lubbock, Texas 79416        Phone 800.646.2633        Fax 806.797.4849        tylerworks.com

February 20, 2007

Eric Emde

Dear Mr. Emde,

On behalf of Tyler Technologies - INCODE Division, I am pleased to offer you a
position as a CRM Implementation Consultant. As we discussed, your annual
compensation will be $50,000 with future salary increases tied to performance and bonus.
This position is considered an exempt position for purposes of federal wage-hour law.
Tyler Technologies - INCODE Division will continually evaluate the requirements and
duties of your position and may adjust them periodically according to the needs of the
company.

Your compensation package also includes a number of other benefits, including group
medical and dental insurance, a Section 125 plan, 401(k) plan, and paid leave. These and
other benefits, as well as other information in the new hire packet such as the W-4 and I-9
forms, will be reviewed on your first day of employment.

We greatly look forward to having you join Tyler Technologies – INCODE Division and
becoming a member of our team. Your employment with the Company is at-will and
neither this letter nor any other verbal or written representations may be considered a
contract for any specific period of time.

We're looking forward to having you on board!

Please indicate your acceptance of the offer by signing below. Thank you and if you
should have any further questions, please do not hesitate to call me.

Sincerely,
Tiffany Boen
Employment Specialist, Human Resources

Acceptance Signature: _____

Date: 02/20/2007



EXHIBIT
E. Emde - 3
5/4/10        GO

tyler*works*

TYLER/BEALL001403

EXHIBIT A-20

**EDEN**
**s y s t e m s**

1100 Oakesdale Ave SW
Renton,  WA  98055

Ph: **1 425 254 1400**
Tol: **1 800 328 0310**
Fax: **1 425 254 1402**
www.edeninc.com

February 9, 2005

David Hayner
14349 32nd Ave NE
Apt. 112
Seattle, WA  98125

Dear Dav:

On behalf of Tyler Technologies - EDEN Division, I am pleased to offer you a
position as an Implementation Consultant reporting to Jeff Mittelman.  As we
discussed, this offer is contingent upon obtaining a clear criminal background
check and satisfactory reference checks.  As we discussed, your monthly
compensation will be $4,833.34 (equivalent to an annual amount of $58,000), with
future salary increases tied performance.  You will also be eligible to participate in
an Incentive Plan (a summary of the plan is attached).  This position is considered
an exempt position for purposes of federal wage-hour law.  Eden Systems will
continually evaluate the requirements and duties of your position and may adjust
them periodically according to the needs of the company.

Your compensation package also includes a number of other benefits, including
group medical and dental insurance, a Section 125 plan, 401(k) plan, and paid
leave.  These and other benefits are described in greater detail in the contents
included with this offer letter.  Also included in this packet are other materials, such
as the W-4 and I-9 forms.  I will collect all of these forms and review other
administrative details regarding your employment on you first day of employment.

We greatly look forward to having you join Eden Systems and becoming a member
of our team.  We recognize that you retain the option, as does the Company, of
ending your employment with the Company at any time, with or without notice and
with or without cause.  As such, your employment with the Company is at-will and
neither this letter nor any other verbal or written representations may be
considered a contract for any specific period of time.

Please indicate your acceptance of this employment offer by signing below.
Retain one copy for your records and return one copy to me.

We're looking forward to having you on board!

Signature _____     Date 2/10/05

Sincerely,

Connie Shaw, CCP
Human Resources Director
Eden Systems, Inc.

Hayner
EXHIBIT NO. 3
5-18-10
M. GREEN

Tyler/Beall 078858

EXHIBIT A-21



| Tyler Technologies, inc. | | | | |
|---|---|---|---|---|
| 5808 4th Street | Lubbock, Texas 79416 | Phone 800.646.2633 | Fax 806.797.4849 | tylerworks.com |

November 9, 2006

Lorraine Mutch
(Via email)

Dear Lorraine,

On behalf of Tyler Technologies - INCODE Division, I am pleased to offer you a position as a Implementation Consultant. As we discussed, your annual compensation will be $60,000 and bonus with future salary increases tied to performance. This position is considered an exempt position for purposes of federal wage-hour law. Tyler Technologies - INCODE Division will continually evaluate the requirements and duties of your position and may adjust them periodically according to the needs of the company.

Your compensation package also includes a number of other benefits, including group medical and dental insurance, a Section 125 plan, 401(k) plan, and paid leave. These and other benefits, as well as other information in the new hire packet such as the W-4 and I-9 forms, will be reviewed on your first day of employment.

We greatly look forward to having you join Tyler Technologies – INCODE Division and becoming a member of our team. Your employment with the Company is at-will and neither this letter nor any other verbal or written representations may be considered a contract for any specific period of time.

We're looking forward to having you on board!

Please indicate your acceptance of the offer by signing below. Thank you and if you should have any further questions, please do not hesitate to call me.

Sincerely,
Tiffany Boen
Employment Specialist, Human Resources

Acceptance Signature: _____

Date: _11/ 9 /2006_

EXHIBIT

Mutch                  1
AGREN BLANDO REPORTING
10-6-10 8am

tylerworks.

TYLER/BEALL003065

EXHIBIT A-22



**EDEN** systems

1100 Oakesdale Ave SW
Renton, WA  98055

Ph: **1 425 254 1400**
Tol: **1 800 328 0310**
Fax: **1 425 254 1402**
**www.edeninc.com**

November 20, 2003

Thomas O'Haver
P.O. Box 53092
Bellevue, WA  98015

Dear Tom:

I am pleased to confirm our offer of employment to you as Implementation Consultant.  The terms of our offer are as follows:

This is a full-time, non-contract position beginning on December 1, 2003 with no known ending date.  The position is an exempt salaried position.  Your compensation will include a starting base salary of $60,000.  In addition, you will earn commission for billable days worked per calendar year according to the following schedule, which will be pro-rated for the first year of employment, starting approximately 90 days after your hire date:

| | |
|---|---|
| • 0 - 120 days | $0/day |
| • 121 - 150 days | $100/day |
| • 151 + days | $300/day |

Future performance reviews will be held annually at the end of each calendar year.  Future salary and/or commission increases are tied to merit and performance.

Your compensation package also includes a number of other benefits, including group medical and dental insurance, a Section 125 plan, 401(k) plan, and paid leave.  These and other benefits are described in greater detail in the Policies and Procedures manual.  Your benefit elections and other administrative details regarding your employment will be reviewed with you by our Human Resources staff your first day of work.

The primary responsibility of your new position is to train Eden Systems customers in the use of our software and provide implementation consulting to our clients.  In addition, you may be assigned other duties such as documentation, testing, and training program development.  The position requires extensive travel (over 75%).



O'Haver

EXHIBIT NO. 12
5-18-10
M. GREEN

TYLER/BEALL003182

EXHIBIT A-23

November 20, 2003
Thomas O'Haver
Page 2

Eden Systems will continually evaluate the requirements and duties of your position and may adjust them periodically according to the needs of the company.

Please indicate your acceptance of this employment offer by signing below.  Retain one copy for your records and return one copy to the Human Resources department.

We're looking forward to having you on board!

_____     _____
Signature                                                              Date

Sincerely,

Gene Jackson
Executive Vice-President
Eden Systems, Inc.

TYLER/BEALL003183

EXHIBIT A-23

**tyler** *works.*

Tyler Technologies, Inc.   EDEN Division

1100 Oakesdale Ave. SW   Renton, WA 98055   Tel: 800-328-0310   Fax: 425-254-1402   www.tyler-eden.com

February 23, 2006

Eyvonne T. Wilton
22831 30th Ave S
#206
Des Moines, WA  98198

Dear Eyvonne:

On behalf of Tyler Technologies - EDEN DIVISION Division, I am pleased to offer you a position as an Implementation Consultant reporting to Lyn Spens. As we discussed, your monthly compensation will be $4,167 (equivalent to an annual amount of $50,000), with future salary increases tied performance. You will also be eligible to participate in an Incentive Plan (attached for your review). This position is considered an exempt position for purposes of federal wage-hour law. Tyler Technologies - EDEN Division will continually evaluate the requirements and duties of your position and may adjust them periodically according to the needs of the company.

Your compensation package also includes a number of other benefits, including group medical and dental insurance, a Section 125 plan, 401(k) plan, and paid leave. These and other benefits are described in greater detail in the contents included with this offer letter. Also included in this packet are other materials, such as the W-4 and I-9 forms. I will collect all of these forms and review other administrative details regarding your employment on you first day of employment.

We greatly look forward to having you join Tyler Technologies - EDEN Division and becoming a member of our team. Your employment with the Company is at-will and neither this letter nor any other verbal or written representations may be considered a contract for any specific period of time.

Please indicate your acceptance of this employment offer by signing below. Retain one copy for your records and return one copy to me.

We're looking forward to having you on board!

Signature _____   Date 3/22/06

Sincerely,

Connie Shaw, CCP
Human Resources Director
Tyler Technologies - EDEN Division

Wilton
EXHIBIT NO. 3
5-17-10
M. GREEN

TYLER/BEALL003892

EXHIBIT A-24