1

```
                    IN THE UNITED STATES DISTRICT COURT
  1                   FOR THE EASTERN DISTRICT OF TEXAS
                              MARSHALL DIVISION
  2
  3  PATTY BEALL, MATTHEW          )
     MAXWELL, TALINA McELHANY,     )
  4  AND KELLY HAMPTON,            )
     individually and on behalf    )
  5  of all other similarly        )
     situated,                     )
  6           Plaintiffs,          )
                                   )    No. 2:08-cv-422VS
  7                                )
                                   )
  8  TYLER TECHNOLOGIES, INC.      )
     AND EDP ENTERPRISES, INC.,    )
  9           Defendants.          )

 10

 11

 12
                     ------------------------------------
 13                           ORAL DEPOSITION OF

 14                         TALINA REANN McELHANY

 15                                3/29/10
                     ------------------------------------
 16

 17            ORAL DEPOSITION OF TALINA REANN McELHANY,

 18  produced as a witness at the instance of the DEFENDANTS,

 19  and duly sworn, was taken in the above-styled and

 20  numbered cause on the 29th day of March, 2010, from

 21  9:14 a.m. to 12:35 p.m., before TINA TERRELL BURNEY, CSR

 22  in and for the State of Texas, reported by machine

 23  shorthand, at the offices of SLOAN, BAGLEY, HATCHER &

 24  PERRY, 101 East Whaley Street, Longview, Texas 75601,

 25  pursuant to the Federal Rules of Civil Procedure.
```

Osteen Reporting Services    (817) 498-9990

EXHIBIT D

d6a00ccb-df19-4a4a-b3ff-1db6200549c1

1   Q.   And this was all in that discussion that took
2   place after Ms. Mount and Ms. McBride left the room?
3   A.   Yes.
4   Q.   Did you have any discussion during this
5   interview in either the joint session that you described
6   or your meeting with Mr. Ainsworth after that about how
7   many hours the job of customer support representative
8   would involve?
9   A.   Yes.
10  Q.   What did he tell you about that?
11  A.   That generally it was a 40-hour week, that
12  there might be a time if I was on call with a customer
13  that I might have to stay over occasionally, and I was
14  also told at that time that there would be a time period
15  in the fall each year when our customers would be doing
16  their end-of-year procedures that we would be required
17  to stay until 6:00 in the evening for a two-week period,
18  and that during that time, there would be one Saturday
19  that we would be required to work.
20  Q.   And the customers are these school districts?
21  A.   Yes.
22  Q.   But you understood that the salary when you
23  started out at $30,000 a year was going to cover your pay
24  for no matter how many hours you worked?
25  A.   Yes.

```
 1                    C E R T I F I C A T E

 2              I, TINA TERRELL BURNEY, Certified Shorthand
    Reporter, duly qualified in and for the State of Texas,
 3  certify that the foregoing deposition of TALINA REANN
    McELHANY was reported stenographically by me at the time
 4  and place indicated, said witness having been placed
    under oath by me, and that the transcript is a true
 5  record of the testimony given by the witness.

 6              Review and signature by the witness were
    requested at the time of taking this deposition and the
 7  changes made by the witness are attached to the
    transcription of this deposition.
 8
                I further certify that the time used by all
 9  counsel is as follows:

10              Mr. Paulo M. McKeeby - 2 hours, 44 minutes

11              Ms. Laureen F. Bagley - 8 minutes

12              I further certify that I am neither counsel for
    nor related to or employed by any party in this cause and
13  am not financially interested in its outcome.

14              Certified to this ____ day of April, 2010.

15

16

17
                           _____
18                         TINA TERRELL BURNEY, CSR No. 2908
                           Certified Shorthand Reporter
19                         in and for the State of Texas
                           Certification expires 12/31/10
20
    Osteen Reporting Services
21  Firm Registration No. 392
    313 Northglen Dr.
22  Hurst, TX 76054
    (817) 498-9990 (telephone)
23  (817) 498-0410 (facsimile)

24  Taxable Cost: _____

25
```