```
 1           IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF TEXAS
 2                     MARSHALL DIVISION

 3  PATTY BEALL, MATTHEW        )
    MAXWELL, TALINA McELHANY,   )
 4  AND KELLY HAMPTON,          )
    individually and on behalf  )
 5  of all other similarly      )
    situated,                   )
 6           Plaintiffs,        )
                                )   No. 2:08-cv-422VS
 7                              )
                                )
 8  TYLER TECHNOLOGIES, INC.    )
    AND EDP ENTERPRISES, INC.,  )
 9           Defendants.        )

10

11

12
                 -----------------------------------
13                       ORAL DEPOSITION OF

14                         LISA ANN WHITE

15                            3/29/10
                 -----------------------------------
16

17           ORAL DEPOSITION OF LISA ANN WHITE,

18  produced as a witness at the instance of the DEFENDANTS,

19  and duly sworn, was taken in the above-styled and

20  numbered cause on the 29th day of March, 2010, from

21  1:29 p.m. to 4:05 p.m., before TINA TERRELL BURNEY, CSR

22  in and for the State of Texas, reported by machine

23  shorthand, at the offices of SLOAN, BAGLEY, HATCHER &

24  PERRY, 101 East Whaley Street, Longview, Texas 75601,

25  pursuant to the Federal Rules of Civil Procedure.
```

1  Q. Did she tell you that it was a salaried
2  position?
3  A. No, she didn't talk to me about salary. She
4  just -- all Cathy did was ask me to come up there and
5  talk to them.
6  Q. Did Terry explain these things to you?
7  A. Yes.
8  Q. He explained to you it was a salaried position?
9  A. He explained to me that I would make X number
10 of dollars, you know, and that's all he said. I mean,
11 they told me that we had --- occasionally to work extra
12 but that they would not pay overtime.
13 Q. Right. And he explained that to you during
14 this orientation -- not orientation but in this one-hour
15 interview?
16 A. Well, and one hour is just an estimate.
17 Q. I understand.
18 A. Yes.
19 Q. I'm not trying to hold you to that, but I just
20 want to make sure I understand that was the occasion for
21 him to explain to you that --
22 A. It might not have been in the interview so
23 much as in the orientation process.
24 Q. But you knew early on that it was a salaried
25 position, that you weren't going to be receiving overtime

1                    C E R T I F I C A T E

2           I, TINA TERRELL BURNEY, Certified Shorthand
Reporter, duly qualified in and for the State of Texas,
3  certify that the foregoing deposition of LISA ANN WHITE
   was reported stenographically by me at the time and place
4  indicated, said witness having been placed under oath by
   me, and that the transcript is a true record of the
5  testimony given by the witness.

6           Review and signature by the witness were requested
   at the time of taking this deposition and the changes
7  made by the witness are attached to the transcription of
   this deposition.
8
            I further certify that the time used by all
9  counsel is as follows:

10          Mr. Paulo M. McKeeby - 2 hours, 16 minutes

11          I further certify that I am neither counsel for
   nor related to or employed by any party in this cause and
12 am not financially interested in its outcome.

13          Certified to this ____ day of April, 2010.

14

15

16
                    _____
17                  TINA TERRELL BURNEY, CSR No. 2908
                    Certified Shorthand Reporter
18                  in and for the State of Texas
                    Certification expires 12/31/10
19
   Osteen Reporting Services
20 Firm Registration No. 392
   313 Northglen Dr.
21 Hurst, TX 76054
   (817) 498-9990 (telephone)
22 (817) 498-0410 (facsimile)

23 Taxable Cost: _____

24

25