Kelly Hampton - 6/3/10

1

1      IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF TEXAS
2              MARSHALL DIVISION

3   PATTY BEALL, MATTHEW      )
     MAXWELL, TALINA MCELHANY   )
4   AND KELLY HAMPTON,       )
     INDIVIDUALLY AND ON BEHALF  )
5   OF ALL OTHER SIMILARLY     )
     SITUATED,           )
6                  )
             Plaintiffs,   )  2:08-CV-422 TJW
7                  )
     VS.             )
8                  )
     TYLER TECHNOLOGIES, INC.    )
9   AND EDP ENTERPRISES, INC.,   )
                 )
10          Defendants.   )

11      ----------------------------------

12            ORAL DEPOSITION OF

13            KELLY HAMPTON

14            JUNE 3, 2010

15      ----------------------------------

16

17      ORAL DEPOSITION OF KELLY HAMPTON, produced as a

18   witness at the instance of the DEFENDANTS, and duly

19   sworn, was taken in the above-styled and -numbered cause

20   on June 3, 2010, from 10:54 a.m. to 1:36 p.m., before

21   Crystal Greer, CSR in and for the State of Texas,

22   reported by machine shorthand, at the law offices of

23   Sloan, Bagley, Hatcher & Perry Law Firm, 101 East Whaley

24   Street, Longview, Texas, 75601, pursuant to the Federal

25   Rules of Civil Procedure.

EXHIBIT F

Kelly Hampton - 6/3/10

108

1   the offer to you?

2       A.  Yes, sir.  He made me an offer and I accepted.

3       Q.  But there was no negotiations; like you didn't

4   ask for more or anything like that?

5       A.  No.  I should have.  I've learned.

6       Q.  How is it that you got the $4,000 increase?

7   Was that just something that was done by the company?

8       A.  I went through a divorce.  And it was -- it was

9   something that was done by the company.

10      Q.  To kind of help you out?

11      A.  Yes.

12          MS. BAGLEY:  Object to the form.

13      Q.  (By Mr. McKeeby) Okay.  The -- you understood,

14  based on your discussions with Mr. Summers and

15  Mr. Knight, that you would be paid a salary, I take it?

16      A.  Yes, sir.

17      Q.  And you knew that your hours might change from

18  week to week based on the amount of work that you would

19  do?

20      A.  Honestly, I don't recall ever discussing that

21  there would be any overtime or that there would -- I

22  don't recall any discussion of overtime one way or the

23  other.

24      Q.  Right.  But you knew you weren't going to be

25  receiving overtime?

EXHIBIT F

Kelly Hampton - 6/3/10

109

1          MS. BAGLEY:  Object to the form.

2      A.  It wasn't discussed --

3      Q.  (By Mr. McKeeby) Okay.

4      A.  -- to be honest.

5      Q.  Well, what was your understanding?

6      A.  That I would be paid salary.  But like I said,

7  I wasn't told that I would be working any hours

8  overtime, so I didn't give any thought to asking.

9      Q.  Right.  But you found out pretty quickly during

10  your employment that you were going to be working more

11  than 40 hours in a week?

12      A.  Yes, sir.

13      Q.  And you didn't complain, "hey, you know, why am

14  I not being paid overtime for this?"

15          MS. BAGLEY:  Object to the form.

16      A.  No, sir.

17      Q.  (By Mr. McKeeby) Did you at any point in your

18  employment at EDP or Tyler make any complaint about not

19  receiving overtime?

20      A.  No, sir.

21      Q.  Did you ever make any complaint about the

22  number of hours that you were working, apart from

23  whether or not you were paid for those hours or not, but

24  just that you were working too many hours or anything

25  like that?

EXHIBIT F

Kelly Hampton - 6/3/10

123

1         IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF TEXAS
2                MARSHALL DIVISION

3   PATTY BEALL, MATTHEW      )
    MAXWELL, TALINA MCELHANY    )
4   AND KELLY HAMPTON,        )
    INDIVIDUALLY AND ON BEHALF  )
5   OF ALL OTHER SIMILARLY      )
    SITUATED,              )
6                         )
              Plaintiffs,  )  2:08-CV-422 TJW
7                         )
    VS.                   )
8                         )
                          )
9   TYLER TECHNOLOGIES, INC.    )
    AND EDP ENTERPRISES, INC.,  )
10                        )
              Defendants.   )
11

12        REPORTER'S CERTIFICATION
          DEPOSITION OF KELLY HAMPTON
13              JUNE 3, 2010

14    I, Crystal Greer, Certified Shorthand Reporter in

15  and for the State of Texas, hereby certify to the

16  following:

17    That the witness, KELLY HAMPTON, was duly sworn by

18  the officer and that the transcript of the oral

19  deposition is a true record of the testimony given by

20  the witness;

21    That the deposition transcript was submitted on

22  _____ to the witness or to the attorney

23  for the witness for examination, signature and return to

24  me by _____;

25    That the amount of time used by each party at the

Osteen Reporting Services  (817) 498-9990

EXHIBIT F

Kelly Hampton - 6/3/10

124

1    deposition is as follows:

2       MS. LAUREEN F. BAGLEY -- 00 HOUR(S):03 MINUTE(S)
        MR. PAULO B. MCKEEBY --- 02 HOUR(S):39 MINUTE(S)

3

4       That pursuant to information given to the

5    deposition officer at the time said testimony was taken,

6    the following includes counsel for all parties of

7    record:

8       MS. LAUREEN F. BAGLEY, Attorney for Plaintiffs
        MR. PAULO B. MCKEEBY, Attorney for Defendants

9

10      That $_____ is the deposition officer's

11   charges to the Defendants for preparing the original

12   deposition transcript and any copies of exhibits;

13      I further certify that I am neither counsel for,

14   related to, nor employed by any of the parties or

15   attorneys in the action in which this proceeding was

16   taken, and further that I am not financially or

17   otherwise interested in the outcome of the action.

18      Certified to by me this _____ day of

19   _____, 2010.

20

21      _____
        CRYSTAL GREER, TEXAS CSR 8575
22      Expiration Date:  12/31/10
        Firm Registration No. 392
23      Osteen Reporting Services
        313 Northglen Drive
24      Hurst, Texas 76054
        P: 817-498-9990
25      F: 817-498-0410

EXHIBIT F