```
 1   IN THE UNITED STATES DISTRICT COURT
 2        FOR THE EASTERN DISTRICT OF TEXAS
 3                  MARSHALL DIVISION
 4                      - - -
 5   PATTY BEALL, MATTHEW MAXWELL,    )
     DAVID GRAVELY, TALINA MCELHANY,  )
 6   KELLY HAMPTON, CASEY BROWN,      )
     JASON BONNER, KEVIN TULLOS,      )
 7   ANTHONY DODD, ILENE MEYERS,      )
     TOM O'HAVER, JOY BIBLES, DON     )
 8   LOCCHI and MELISSA PASTOR,       )
     Individually and on behalf of    )
 9   all others similarly situated;   )
                                      )
10        Plaintiffs                  )
                                      )
11   vs.                              )  2:08-cv-422-TJW
                                      )
12   TYLER TECHNOLOGIES, INC., and    )
     EDP ENTERPRISES, INC.            )
13                                    )
             Defendants.              )
14                                    )
     ---------------------------------
15
16                   DEPOSITION OF
17                CHRISTOPHER HEPBURN
18                 PORTLAND, MAINE
19                 AUGUST 18, 2010
20
21
     ATKINSON-BAKER, INC.
22   COURT REPORTERS
     (800) 288-3376
23   www.depo.com
24   REPORTED BY:   Cheryl C. Pieske, RMR
25   FILE NO.:      A40636E
```

1

**EXHIBIT "1"**

```
 1                IN THE UNITED STATES DISTRICT COURT
 2                 FOR THE EASTERN DISTRICT OF TEXAS
 3                          MARSHALL DIVISION
 4                                - - -
 5   PATTY BEALL, MATTHEW MAXWELL,    )
 6   DAVID GRAVELY, TALINA MCELHANY,  )
 7   KELLY HAMPTON, CASEY BROWN,      )
 8   JASON BONNER, KEVIN TULLOS,      )
 9   ANTHONY DODD, ILENE MEYERS,      )
10   TOM O'HAVER, JOY BIBLES, DON     )
11   LOCCHI and MELISSA PASTOR,       )
12   Individually and on behalf of    )
13   all others similarly situated;   )
14          Plaintiff,                )
15       vs.                          ) 2:08-cv-422 TJW
16   TYLER TECHNOLOGIES, INC., and,   )
17   EDP ENTERPRISES, INC.,           )
18          Defendants.               )
19   ------------------------------------
20
21          Deposition of CHRISTOPHER HEPBURN, taken on
22   behalf of Plaintiff, at Congress Street, Portland, Maine,
23   commencing at 8:32 a.m., Wednesday, August 18, 2010, before
24   Cheryl C. Pieske, RMR, Court Reporter and Notary
25   Public.
```

**EXHIBIT "1"**

```
 1                    A P P E A R A N C E S:

 2    FOR PLAINTIFFS:

 3    SLOAN, BAGLEY, HATCHER & PERRY LAW FIRM
      BY: LAUREEN F. BAGLEY, ESQ.
 4    101 East Whaley Street
      P.O. Drawer 2909
 5    Longview, Texas 75606

 6    ZELBST, HOLMES & BUTLER
      BY: CHANDRA L. HOLMES RAY, ESQ.
 7    P.O. Box 365
      Lawton, Oklahoma 73502-0365
 8

 9    FOR DEFENDANT:

10    MORGAN, LEWIS & BOCKIUS, LLP
      BY: PAULO B. McKEEBY, ESQ.
11    1717 Main Street, Suite 3200
      Dallas, Texas, 75201-7347
12
      TYLER TECHNOLOGIES, INC.
13    H. LYNN MOORE, ESQ.
      In-house Counsel
14

15

16

17

18

19

20

21

22

23

24

25
```

**EXHIBIT "1"**

| | | |
|---|---|---|
| 1 | you an implementation specialist? | 08:49:15 |
| 2 | A. You're testing my memory. That's a difficult | 08:49:22 |
| 3 | question to answer. When I started, the support | 08:49:26 |
| 4 | specialist and implementation specialist roles were | 08:49:29 |
| 5 | really combined. So I would say 2 years. | 08:49:32 |
| 6 | Q. Okay. Was that before Tyler Technologies | 08:49:34 |
| 7 | purchased the division you were working in or after? | 08:49:38 |
| 8 | A. Before. | 08:49:41 |
| 9 | Q. Before. Was that also MUNIS? | 08:49:41 |
| 10 | A. Yes. | 08:49:44 |
| 11 | Q. And when you became vice-president of services | 08:49:48 |
| 12 | in MUNIS, was that before or after Tyler Technologies | 08:49:51 |
| 13 | purchased your division? | 08:49:54 |
| 14 | A. Did you say vice-president of services? | 08:50:01 |
| 15 | Q. I think I did, and I may have written it down | 08:50:04 |
| 16 | incorrectly and I apologize. | 08:50:07 |
| 17 | A. That's okay. I believe that was after Tyler | 08:50:08 |
| 18 | had acquired us. | 08:50:11 |
| 19 | Q. Okay. Do you recall the date when Tyler | 08:50:12 |
| 20 | acquired MUNIS? | 08:50:15 |
| 21 | A. Not the specific date. On or around 1999, in | 08:50:17 |
| 22 | 1999. | 08:50:22 |
| 23 | Q. Right. And that's fine. And when did you | 08:50:22 |
| 24 | become president of Schools? | 08:50:26 |
| 25 | A. January of this year. | 08:50:28 |

19

| | | |
|---|---|---|
| 1 | Q. Okay. Now, I'm going to go back just a little | 08:50:31 |
| 2 | bit. You said -- to the documents that you reviewed, the | 08:50:43 |
| 3 | job descriptions, the evaluations, the time sheets, and | 08:50:47 |
| 4 | the notice. Why did you review those particular | 08:50:49 |
| 5 | documents? | 08:50:54 |
| 6 | A. They were presented by Paulo, and I was asked | 08:50:54 |
| 7 | to review them to prepare for today. | 08:51:02 |
| 8 | Q. Okay. Did you review any documents on your own | 08:51:06 |
| 9 | to help you prepare for this deposition today? | 08:51:10 |
| 10 | A. No. | 08:51:13 |
| 11 | Q. Okay. When you were an implementation | 08:51:15 |
| 12 | specialist and support specialist, how were those two | 08:51:27 |
| 13 | jobs combined? What were the duties of them? | 08:51:29 |
| 14 | A. In a small company, which we were, when I was | 08:51:32 |
| 15 | not answering phones as a support specialist, I would go | 08:51:40 |
| 16 | on site to clients to perform implementation services. | 08:51:45 |
| 17 | Q. Okay. And what were the implementation | 08:51:52 |
| 18 | services you performed? | 08:51:54 |
| 19 | A. It would be a very long list. I'll try to | 08:51:55 |
| 20 | summarize the highlights. | 08:52:04 |
| 21 | Q. Sure. | 08:52:05 |
| 22 | A. Analyze their -- their current business | 08:52:06 |
| 23 | practices, determine any changes to business practices, | 08:52:11 |
| 24 | configure software to adhere to those changing business | 08:52:21 |
| 25 | practices, review configuration with client, receive | 08:52:26 |

20

```
 1  client acceptance, review conversion files, load        08:52:35
 2  conversion files, educate senior staff and user staff on 08:52:48
 3  application, assist with go-live transition, assist with 08:53:05
 4  post go-live support, and those are very high level. I'm 08:53:10
 5  not encompassing all.                                    08:53:15
 6       Q.   Would you say those were the primary duties?   08:53:17
 7       A.   The primary ones I can recall.                 08:53:19
 8       Q.   Okay. And what did you have to do when you     08:53:24
 9  were analyzing current business practices of a customer? 08:53:35
10       A.   A lot of question and answer, interviewing,    08:53:37
11  why -- learning why they do -- why they do what they do  08:53:46
12  in the order that they do things, what changes they would 08:53:51
13  like to make. In summary, a lot of interviewing.         08:53:55
14       Q.   And what is the purpose of that interviewing?  08:53:58
15  I know it's to find out what they're doing, but I        08:54:01
16  understand the surface purpose. But what was the purpose 08:54:04
17  for you as an implementation specialist?                 08:54:06
18       A.   Primarily to see if there were any business    08:54:12
19  changes that the client would like to undertake.         08:54:14
20       Q.   Okay. And what software module were you        08:54:16
21  implementing?                                            08:54:22
22       A.   MUNIS.                                         08:54:23
23       Q.   Okay. And was it -- what particular part of    08:54:23
24  MUNIS? Anything specific?                                08:54:28
25       A.   All.                                           08:54:30
```

21

```
 1        Q.   All of it?                                      08:54:31

 2        A.   (Nodding.)                                      08:54:31

 3        Q.   Okay.  Did you have a list of questions that    08:54:32

 4   you asked all the customers or a basic list that you went 08:54:37

 5   from?                                                     08:54:42

 6        A.   No.  I would say it was very dynamic.           08:54:42

 7        Q.   Uh-hmm.  How so?                                08:54:46

 8        A.   There was no pre-determined list of questions   08:54:48

 9   that I was given or we had at the time.                   08:54:55

10        Q.   What was your purpose in asking these           08:54:57

11   particular questions?  And I know we've talked about to   08:55:04

12   see if there were any business changes they wanted to     08:55:07

13   make, but how was that important to you if there was a    08:55:09

14   business change that the customer wanted to make?         08:55:11

15        A.   I'll provide an example.  Would that be --      08:55:13

16        Q.   Sure.                                           08:55:17

17        A.   -- that be okay?  We'll take accounts payable.  08:55:18

18   They have a choice whether they would like to centralize  08:55:25

19   accounts payable functions or decentralize accounts       08:55:30

20   payable functions.  That one decision impacts software    08:55:34

21   configuration and subsequent education.                   08:55:37

22        Q.   Okay.  And would you tell the client which one  08:55:46

23   they should do?                                           08:55:52

24        A.   No.  My role was to explain the differences,    08:55:53

25   the pros of one, cons of one, pros of other, cons of      08:56:00
```

**EXHIBIT "1"**

| | | |
|---|---|---|
| 1 | you an implementation specialist? | 08:49:15 |
| 2 | A. You're testing my memory. That's a difficult | 08:49:22 |
| 3 | question to answer. When I started, the support | 08:49:26 |
| 4 | specialist and implementation specialist roles were | 08:49:29 |
| 5 | really combined. So I would say 2 years. | 08:49:32 |
| 6 | Q. Okay. Was that before Tyler Technologies | 08:49:34 |
| 7 | purchased the division you were working in or after? | 08:49:38 |
| 8 | A. Before. | 08:49:41 |
| 9 | Q. Before. Was that also MUNIS? | 08:49:41 |
| 10 | A. Yes. | 08:49:44 |
| 11 | Q. And when you became vice-president of services | 08:49:48 |
| 12 | in MUNIS, was that before or after Tyler Technologies | 08:49:51 |
| 13 | purchased your division? | 08:49:54 |
| 14 | A. Did you say vice-president of services? | 08:50:01 |
| 15 | Q. I think I did, and I may have written it down | 08:50:04 |
| 16 | incorrectly and I apologize. | 08:50:07 |
| 17 | A. That's okay. I believe that was after Tyler | 08:50:08 |
| 18 | had acquired us. | 08:50:11 |
| 19 | Q. Okay. Do you recall the date when Tyler | 08:50:12 |
| 20 | acquired MUNIS? | 08:50:15 |
| 21 | A. Not the specific date. On or around 1999, in | 08:50:17 |
| 22 | 1999. | 08:50:22 |
| 23 | Q. Right. And that's fine. And when did you | 08:50:22 |
| 24 | become president of Schools? | 08:50:26 |
| 25 | A. January of this year. | 08:50:28 |

EXHIBIT "1"

| | | |
|---|---|---|
| 1 | Q.  Okay.  Now, I'm going to go back just a little | 08:50:31 |
| 2 | bit.  You said -- to the documents that you reviewed, the | 08:50:43 |
| 3 | job descriptions, the evaluations, the time sheets, and | 08:50:47 |
| 4 | the notice.  Why did you review those particular | 08:50:49 |
| 5 | documents? | 08:50:54 |
| 6 | A.  They were presented by Paulo, and I was asked | 08:50:54 |
| 7 | to review them to prepare for today. | 08:51:02 |
| 8 | Q.  Okay.  Did you review any documents on your own | 08:51:06 |
| 9 | to help you prepare for this deposition today? | 08:51:10 |
| 10 | A.  No. | 08:51:13 |
| 11 | Q.  Okay.  When you were an implementation | 08:51:15 |
| 12 | specialist and support specialist, how were those two | 08:51:27 |
| 13 | jobs combined?  What were the duties of them? | 08:51:29 |
| 14 | A.  In a small company, which we were, when I was | 08:51:32 |
| 15 | not answering phones as a support specialist, I would go | 08:51:40 |
| 16 | on site to clients to perform implementation services. | 08:51:45 |
| 17 | Q.  Okay.  And what were the implementation | 08:51:52 |
| 18 | services you performed? | 08:51:54 |
| 19 | A.  It would be a very long list.  I'll try to | 08:51:55 |
| 20 | summarize the highlights. | 08:52:04 |
| 21 | Q.  Sure. | 08:52:05 |
| 22 | A.  Analyze their -- their current business | 08:52:06 |
| 23 | practices, determine any changes to business practices, | 08:52:11 |
| 24 | configure software to adhere to those changing business | 08:52:21 |
| 25 | practices, review configuration with client, receive | 08:52:26 |

EXHIBIT "1"

| | | |
|---|---|---|
| 1 | client acceptance, review conversion files, load | 08:52:35 |
| 2 | conversion files, educate senior staff and user staff on | 08:52:48 |
| 3 | application, assist with go-live transition, assist with | 08:53:05 |
| 4 | post go-live support, and those are very high level.  I'm | 08:53:10 |
| 5 | not encompassing all. | 08:53:15 |
| 6 |     Q.   Would you say those were the primary duties? | 08:53:17 |
| 7 |     A.   The primary ones I can recall. | 08:53:19 |
| 8 |     Q.   Okay.  And what did you have to do when you | 08:53:24 |
| 9 | were analyzing current business practices of a customer? | 08:53:35 |
| 10 |     A.   A lot of question and answer, interviewing, | 08:53:37 |
| 11 | why -- learning why they do -- why they do what they do | 08:53:46 |
| 12 | in the order that they do things, what changes they would | 08:53:51 |
| 13 | like to make.  In summary, a lot of interviewing. | 08:53:55 |
| 14 |     Q.   And what is the purpose of that interviewing? | 08:53:58 |
| 15 | I know it's to find out what they're doing, but I | 08:54:01 |
| 16 | understand the surface purpose.  But what was the purpose | 08:54:04 |
| 17 | for you as an implementation specialist? | 08:54:06 |
| 18 |     A.   Primarily to see if there were any business | 08:54:12 |
| 19 | changes that the client would like to undertake. | 08:54:14 |
| 20 |     Q.   Okay.  And what software module were you | 08:54:16 |
| 21 | implementing? | 08:54:22 |
| 22 |     A.   MUNIS. | 08:54:23 |
| 23 |     Q.   Okay.  And was it -- what particular part of | 08:54:23 |
| 24 | MUNIS?  Anything specific? | 08:54:28 |
| 25 |     A.   All. | 08:54:30 |

**EXHIBIT "1"**

```
 1        Q.   All of it?                                    08:54:31
 2        A.   (Nodding.)                                    08:54:31
 3        Q.   Okay.  Did you have a list of questions that  08:54:32
 4   you asked all the customers or a basic list that you went  08:54:37
 5   from?                                                   08:54:42
 6        A.   No.  I would say it was very dynamic.         08:54:42
 7        Q.   Uh-hmm.  How so?                              08:54:46
 8        A.   There was no pre-determined list of questions 08:54:48
 9   that I was given or we had at the time.                 08:54:55
10        Q.   What was your purpose in asking these         08:54:57
11   particular questions?  And I know we've talked about to 08:55:04
12   see if there were any business changes they wanted to   08:55:07
13   make, but how was that important to you if there was a  08:55:09
14   business change that the customer wanted to make?       08:55:11
15        A.   I'll provide an example.  Would that be --    08:55:13
16        Q.   Sure.                                         08:55:17
17        A.   -- that be okay?  We'll take accounts payable. 08:55:18
18   They have a choice whether they would like to centralize 08:55:25
19   accounts payable functions or decentralize accounts     08:55:30
20   payable functions.  That one decision impacts software  08:55:34
21   configuration and subsequent education.                 08:55:37
22        Q.   Okay.  And would you tell the client which one 08:55:46
23   they should do?                                         08:55:52
24        A.   No.  My role was to explain the differences,  08:55:53
25   the pros of one, cons of one, pros of other, cons of    08:56:00
```

22

| | | |
|---|---|---|
| 1 | other.  Ultimately, it's their decision.  My role would | 08:56:04 |
| 2 | be to offer -- | 08:56:07 |
| 3 | Q.   Options. | 08:56:10 |
| 4 | A.   -- options and the detailed analysis of those | 08:56:11 |
| 5 | options but not a recommendation. | 08:56:15 |
| 6 | Q.   And when you say the detailed analysis, you're | 08:56:17 |
| 7 | referring to the particular effects each option would | 08:56:19 |
| 8 | have in terms of how they functioned; is that correct? | 08:56:24 |
| 9 | A.   That -- correct. | 08:56:27 |
| 10 | Q.   In other words, if it's centralized, you're | 08:56:32 |
| 11 | going to go through these particular steps to do things; | 08:56:34 |
| 12 | and if it's decentralized, you're going to go through | 08:56:40 |
| 13 | these particular steps to do things.  Is that right? | 08:56:42 |
| 14 | A.   Correct.  Correct, steps and who authorizes | 08:56:45 |
| 15 | data, who enters data, at what points does data get | 08:56:52 |
| 16 | authorized, and again who has the authorization to bless | 08:56:57 |
| 17 | data.  We're talking about checks going out to vendors. | 08:57:04 |
| 18 | Q.   All right.  When you're talking about | 08:57:06 |
| 19 | authorization, do you tell the client who should be | 08:57:08 |
| 20 | authorized to have access to certain information? | 08:57:11 |
| 21 | A.   Again, no.  It wouldn't be my place to tell | 08:57:14 |
| 22 | them who should have authorization; just simply an | 08:57:19 |
| 23 | authorization point needs to be made, who do they want to | 08:57:22 |
| 24 | denote as that individual. | 08:57:26 |
| 25 | Q.   Okay.  Is there anything else about analyzing | 08:57:28 |

**EXHIBIT "1"**

| | | |
|---|---|---|
| 1 | their current business practices that you used to do as | 08:57:32 |
| 2 | an implementation specialist and support specialist -- | 08:57:36 |
| 3 | actually, we're just talking about the implementation | 08:57:39 |
| 4 | role -- | 08:57:41 |
| 5 |     A.   Uh-hmm. | 08:57:41 |
| 6 |     Q.   -- that we haven't talked about. | 08:57:42 |
| 7 |     MR. McKEEBY:  Go ahead, if you understand. | 08:57:44 |
| 8 |     A.   The example I gave was one of -- | 08:57:50 |
| 9 | BY MS. RAY: | 08:58:00 |
| 10 |     Q.   Many? | 08:58:00 |
| 11 |     A.   -- hundreds. | 08:58:00 |
| 12 |     Q.   Yeah. | 08:58:01 |
| 13 |     A.   But I think it provides a good illustration of | 08:58:02 |
| 14 | a specific question.  There's no specific answer. | 08:58:06 |
| 15 | There's no clear-cut you will do this.  It's presenting a | 08:58:10 |
| 16 | question, presenting the different options of the | 08:58:17 |
| 17 | question, gathering that information and then having the | 08:58:19 |
| 18 | connection of how that impacts the software | 08:58:25 |
| 19 | configuration. | 08:58:27 |
| 20 |     Q.   All right.  And I think -- if I understand you | 08:58:28 |
| 21 | correctly, that with the exception of the many other | 08:58:30 |
| 22 | examples that you could provide as to how that worked, | 08:58:34 |
| 23 | we've discussed everything that you would have to have | 08:58:36 |
| 24 | done when you analyze the current business practices of a | 08:58:40 |
| 25 | customer? | 08:58:44 |

24

```
 1        A.   I wouldn't say that.  That is -- questions and     08:58:47
 2   answers are one example.  There could be others, off the     08:58:51
 3   top of my head, of what I had conducted.                     08:58:54
 4        Q.   Okay.  Like what?                                  08:58:57
 5        A.   Another example would be their banking.  Did       08:58:58
 6   they want positive pay, did I have to contact the bank,      08:59:07
 7   obtain bank files.  So that would be something that I        08:59:11
 8   would have done on behalf of the client, but it wouldn't     08:59:14
 9   be a question-and-answer session --                          08:59:17
10        Q.   Uh-hmm.                                            08:59:18
11        A.   -- in that type of analysis.                       08:59:19
12        Q.   Was that part of your normal duties, or was        08:59:21
13   that something that was -- just came up on occasion?         08:59:23
14        MR. McKEEBY:  Object to the form of the question.       08:59:26
15   You can answer.                                              08:59:32
16        A.   Every single client is different.  Every single    08:59:33
17   implementation is different.  There is no -- there is no     08:59:38
18   cookie cutter approach.  So it's hard for me to answer       08:59:42
19   that because at Client A, I may have dealt with the          08:59:45
20   banking items.  At Client B I may not have.  So it's -- I    08:59:50
21   think the example is just that.  It's an example but not    08:59:57
22   meant to imply that that's -- that there was a set -- a      09:00:01
23   set model that was repeatable.                               09:00:08
24        Q.   There would be things that would come up           09:00:11
25   repetitively though, correct?                                09:00:13
```

25

| | | |
|---|---|---|
| 1 | A. Certainly. | 09:00:14 |
| 2 | Q. What types of things would come up | 09:00:18 |
| 3 | repetitively? | 09:00:20 |
| 4 | A. In a financial application and payroll | 09:00:20 |
| 5 | application and tax and utilities, which is what MUNIS | 09:00:30 |
| 6 | is, you would have a chart of accounts, you would have | 09:00:34 |
| 7 | vendors, you would have employees, you would have | 09:00:38 |
| 8 | customers that you were going to bill. You'd have those | 09:00:40 |
| 9 | repetitive situations that you would need to establish in | 09:00:44 |
| 10 | the software. | 09:00:49 |
| 11 | Q. And the software didn't change, correct, unless | 09:00:49 |
| 12 | there was a new version or, you know, something like that | 09:00:53 |
| 13 | happened? | 09:00:56 |
| 14 | A. I would say it changed a lot. | 09:00:56 |
| 15 | Q. Okay. How did it change? | 09:00:58 |
| 16 | A. There are -- the developers are showing up to | 09:00:59 |
| 17 | work every day. They're constantly changing the | 09:01:06 |
| 18 | software. That's their job. So I would expect at client | 09:01:09 |
| 19 | A to work with a version of software that was different | 09:01:14 |
| 20 | from client B. | 09:01:17 |
| 21 | Q. Uh-hmm. | 09:01:17 |
| 22 | A. I guess I was just -- just used to that. | 09:01:18 |
| 23 | Q. And the versions that would come in and change, | 09:01:21 |
| 24 | would they be updates? | 09:01:24 |
| 25 | A. You could have two paths. An update is | 09:01:25 |

26

**EXHIBIT "1"**

| | | |
|---|---|---|
| 1 | something that I would consider be given to every client, | 09:01:32 |
| 2 | and then there's another path which is you could be | 09:01:36 |
| 3 | working with a client that is receiving custom software | 09:01:38 |
| 4 | modifications. | 09:01:43 |
| 5 |     Q.  And I'm going to get back to that in a minute. | 09:01:43 |
| 6 | Is there anything else that you can think of that you | 09:01:48 |
| 7 | would do when you were analyzing current business | 09:01:51 |
| 8 | practices? | 09:01:54 |
| 9 |     A.  Off the top of my head, I think that's the | 09:02:00 |
| 10 | major predominant items that I performed. | 09:02:02 |
| 11 |     Q.  Now, the next thing you said that you would do | 09:02:06 |
| 12 | is determine changes in their business practice.  Is that | 09:02:08 |
| 13 | kind of really along the lines of what we've already | 09:02:13 |
| 14 | discussed, or is there something different to that? | 09:02:16 |
| 15 |     A.  I don't -- I don't believe I would determine | 09:02:18 |
| 16 | the changes.  My role was to ask questions to see if the | 09:02:26 |
| 17 | client wanted to change their business practices. | 09:02:31 |
| 18 |     Q.  Okay.  So, once again, that's really kind of | 09:02:34 |
| 19 | talking about what we have already talked about in the | 09:02:38 |
| 20 | analyzing the current business practices, correct?  It's | 09:02:41 |
| 21 | not like something totally different? | 09:02:44 |
| 22 |     A.  It's a part of that process. | 09:02:46 |
| 23 |     Q.  Right.  Okay.  I just want to make sure I | 09:02:48 |
| 24 | understood. | 09:02:50 |
| 25 |     A.  Okay. | 09:02:51 |

**EXHIBIT "1"**

| | | |
|---|---|---|
| 1 | Q. There is nothing else that we haven't discussed | 09:02:51 |
| 2 | that goes into determining the changes in the business | 09:02:53 |
| 3 | practice within the confines of what we already | 09:02:56 |
| 4 | discussed? | 09:03:04 |
| 5 | A. My hesitation is there -- there could be other | 09:03:04 |
| 6 | items that I'm just not recalling right now. | 09:03:16 |
| 7 | Q. Okay. | 09:03:18 |
| 8 | A. I don't want to imply that it's a finite or | 09:03:19 |
| 9 | it's a black-and-white list or it's follow checklist 1 | 09:03:23 |
| 10 | through 10. It's anything but follow checklist 1 through | 09:03:27 |
| 11 | 10. | 09:03:30 |
| 12 | Q. If you recall something different, would you | 09:03:30 |
| 13 | please notify your attorney so that he could let us know? | 09:03:32 |
| 14 | A. Yes, I will. | 09:03:36 |
| 15 | MR. McKEEBY: Or if something triggers your | 09:03:37 |
| 16 | recollection during the day, we can take a break -- | 09:03:39 |
| 17 | MS. RAY: Absolutely. | 09:03:41 |
| 18 | MR. McKEEBY: -- and we can come back to that point. | 09:03:42 |
| 19 | BY MS. RAY: | 09:03:43 |
| 20 | Q. The next thing you talked about was configuring | 09:03:43 |
| 21 | software to adhere to the client's practices. Can you | 09:03:46 |
| 22 | tell me what you did to configure the software to adhere | 09:03:52 |
| 23 | to the client's practices? | 09:03:55 |
| 24 | A. I will use the -- I will continue with the | 09:03:56 |
| 25 | example of accounts payable. If a client during the | 09:04:00 |

**EXHIBIT "1"**

| | | |
|---|---|---|
| 1 | question-and-answer session stated that they historically | 09:04:06 |
| 2 | have always run accounts payable invoice out of a central | 09:04:11 |
| 3 | accounts payable office at town or city hall and they | 09:04:17 |
| 4 | find that to be inefficient and they'd like to | 09:04:20 |
| 5 | decentralize that process, then that answer would lead me | 09:04:23 |
| 6 | down a path of having to ask who at each department would | 09:04:30 |
| 7 | be entering those invoices, set those users up in the | 09:04:37 |
| 8 | system, set the department codes up in the system so that | 09:04:40 |
| 9 | user A is in department 1, user B is in department 2; and | 09:04:45 |
| 10 | then the data that's entered at the user's would have to | 09:04:51 |
| 11 | funnel to an appropriate person within the central.  It | 09:04:56 |
| 12 | could be more than one person.  So then I would have to | 09:04:59 |
| 13 | configure work flow to say that if departments 1, 2, 3 | 09:05:02 |
| 14 | would go to one person in central accounts payable, and | 09:05:07 |
| 15 | departments 4, 5, 6 would go to another.  I would have to | 09:05:12 |
| 16 | train them and make sure they understood that when it was | 09:05:15 |
| 17 | their turn to review and approve those invoices, what | 09:05:19 |
| 18 | they did, and that training would be completely different | 09:05:23 |
| 19 | if the next client said, well, we would just as soon keep | 09:05:29 |
| 20 | it as a central accounts payable function.  Then there | 09:05:33 |
| 21 | wouldn't be a departmental need.  There wouldn't be the | 09:05:38 |
| 22 | work flow need.  But then I would need to educate the | 09:05:41 |
| 23 | departmental folks on how to enter an invoice and how to | 09:05:44 |
| 24 | approve it, et cetera.  So two different -- two different | 09:05:47 |
| 25 | implementations. | 09:05:52 |

**EXHIBIT "1"**