IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PATTY BEALL, MATTHEW MAXWELL, DAVID GRAVLEY, TALINA MCELHANY, KELLY HAMPTON, KEVIN TULLOS, CASEY BROWN, JASON BONNER, ANTHONY DODD, ILENE MEYERS, TOM O'HAVER, JOY BIBLES, DON LOCCHI AND MELISSA PASTOR, Individually and on behalf of all others similarly situated; | § § § § § § § § § § § | |
| Plaintiffs, | § § | 2:08-cv-422 TJW |
| TYLER TECHNOLOGIES, INC. AND EDP ENTERPRISES, INC. Defendants. | § § § § | |

**UNOPPOSED FIRST AMENDED MOTION FOR LEAVE
TO EXCEED PAGE LIMIT IN EXCESS OF THIRTY PAGES**

TO THE HONORABLE COURT:

NOW COMES Plaintiffs' PATTY BEALL, MATTHEW MAXWELL, DAVID GRAVLEY, TALINA MCELHANY, KELLY HAMPTON, KEVIN TULLOS, CASEY BROWN, JASON BONNER, ANTHONY DODD, ILENE MEYERS, TOM O'HAVER, JOY BIBLES, DON LOCCHI and MELISSA PASTOR, Individually and on behalf of all others similarly situated, and files this their Unopposed First Amended Motion for Leave to file their Motion for Partial Summary Judgment on Defendants' Administrative Exemption Claim and Brief in Support in excess of thirty pages.

Plaintiffs are filing their Motion for Partial Summary Judgment on Defendants' Administrative Exemption Claim and Brief in Support which is 48 pages in length. Plaintiffs have conferred with Defense counsel and they are unopposed to the filing of this Motion.

*Unopposed Motion for Leave to Exceed Page Limit to Plaintiff's Motion for Partial Summary Judgment on Defendants' Administrative Exemption Claim and Brief in Support*
2697-001 BEALL

Page 1

WHEREFORE, PREMISES CONSIDERED, Plaintiffs request that this Court grant them leave to exceed the thirty page limit for dispositive motions, excluding attachments.

Respectfully submitted,

SLOAN, BAGLEY & PERRY LAW FIRM


   /s/ Laureen F. Bagley /
Laureen F. Bagley
State Bar No. 24010522
101 East Whaley Street
P.O. Drawer 2909
Longview, Texas 75606
(903) 757-7000
(903) 757-7574 (Fax)

ATTORNEYS FOR PLAINTIFF


## CERTIFICATE OF CONFERENCE

I certify that on January 5, 2011, I conferred with Defense Counsel, Paulo B. McKeeby. Counsel has complied with the meet and confer requirement in Local Rule CV-7(h) and Defense counsel is Unopposed to Plaintiff's Motion for Partial Summary Judgment on Defendants' Administrative Exemption Claim and Brief in Support in excess of thirty pages. The personal conference required by this rule was conducted on January 5, 2011  via teleconference.

   s/Laureen F. Bagley
   LAUREEN F. BAGLEY

## CERTIFICATE OF SERVICE

I hereby certify that on this the 5th day of January, 2011, a true and correct copy of this document was sent via electronic mail to the following:

Paulo B. McKeeby
Joe S. Allen
Sharon Fast Fulgham
*Morgan, Lewis & Bockius LLP*
1717 Main Street, Suite 3200
Dallas, TX 75201-7347

Deron R. Dacus
*Ramey & Flock P.C.*
100 East Ferguson, Suite 500
Tyler, TX 75702

    s/Laureen F. Bagley
    LAUREEN F. BAGLEY