IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PATTY BEALL,  MATTHEW MAXWELL, | § | |
| DAVID GRAVLEY, TALINA MCELHANY, | § | |
| KELLY HAMPTON, CASEY BROWN, | § | |
| JASON BONNER, ANTHONY DODD, | § | |
| ILENE MEYERS, TOM O'HAVER, | § | |
| JOY BIBLES, AND MELISSA PASTOR, | § | |
| **Individually and on behalf of all others** | § | |
| **similarly situated;** | § | |
| | § | |
|  **Plaintiffs,** | § | **2:08-cv-422 TJW** |
| | § | |
| **TYLER TECHNOLOGIES, INC. AND** | § | |
| **EDP ENTERPRISES, INC.** | § | |
|  **Defendants.** | § | |

**ORDER GRANTING UNOPPOSED FIRST AMENDED MOTION FOR LEAVE
TO EXCEED PAGE LIMIT IN EXCESS OF THIRTY PAGES**

CAME ON TO BE HEARD Plaintiff's Unopposed First Amended Motion for Leave to file

their Motion for Partial Summary Judgment on Defendants' Administrative Exemption Claim and

Brief in Support in excess of Thirty (30) Pages, and after considering the Pleadings, hearing

arguments of counsel and carefully considering the same, is of the opinion that the Motion should

be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that  Plaintiff's

Unopposed Motion for Leave to file their Motion for Partial Summary Judgment on Defendants'

Administrative Exemption Claim and Brief in Support in excess of Thirty (30) Pages is GRANTED.