```
 1              IN THE UNITED STATES DISTRICT COURT
 2                FOR THE EASTERN DISTRICT OF TEXAS
 3                        MARSHALL DIVISION
 4                           -  --  -
 5      PATTY BEALL, MATTHEW MAXWELL,    )
        DAVID GRAVELY, TALINA MCELHANY,  )
 6      KELLY HAMPTON, CASEY BROWN,      )
        JASON BONNER, KEVIN TULLOS,      )
 7      ANTHONY DODD, ILENE MEYERS,      )
        TOM O'HAVER, JOY BIBLES, DON     )
 8      LOCCHI and MELISSA PASTOR,       )
        Individually and on behalf of    )
 9      all others similarly situated;   )
                                         )
10           Plaintiffs                  )
                                         )
11      vs.                              ) 2:08-cv-422-TJW
                                         )
12      TYLER TECHNOLOGIES, INC., and    )
        EDP ENTERPRISES, INC.            )
13                                       )
                     Defendants.         )
14                                       )
        -----------------------------------
15
16                        DEPOSITION OF
17                     CHRISTOPHER HEPBURN
18                      PORTLAND, MAINE
19                      AUGUST 18, 2010
20
21
        ATKINSON-BAKER, INC.
22      COURT REPORTERS
        (800) 288-3376
23      www.depo.com
24      REPORTED BY:  Cheryl C. Pieske, RMR
25      FILE NO.:     A40636E
```

**EXHIBIT 2**

```
 1                    IN THE UNITED STATES DISTRICT COURT

 2                    FOR THE EASTERN DISTRICT OF TEXAS

 3                           MARSHALL DIVISION

 4                               - - -

 5         PATTY BEALL, MATTHEW MAXWELL,    )

 6         DAVID GRAVELY, TALINA MCELHANY,  )

 7         KELLY HAMPTON, CASEY BROWN,      )

 8         JASON BONNER, KEVIN TULLOS,      )

 9         ANTHONY DODD, ILENE MEYERS,      )

10         TOM O'HAVER, JOY BIBLES, DON     )

11         LOCCHI and MELISSA PASTOR,       )

12         Individually and on behalf of   )

13         all others similarly situated;  )

14              Plaintiff,                  )

15              vs.                         ) 2:08-cv-422 TJW

16         TYLER TECHNOLOGIES, INC., and,   )

17         EDP ENTERPRISES, INC.,           )

18              Defendants.                 )

19         ---------------------------------

20

21              Deposition of CHRISTOPHER HEPBURN, taken on

22         behalf of Plaintiff, at Congress Street, Portland, Maine,

23         commencing at 8:32 a.m., Wednesday, August 18, 2010, before

24         Cheryl C. Pieske, RMR, Court Reporter and Notary

25         Public.
```

**EXHIBIT 2**

```
 1                          A P P E A R A N C E S:
 2            FOR PLAINTIFFS:
 3            SLOAN, BAGLEY, HATCHER & PERRY LAW FIRM
              BY: LAUREEN F. BAGLEY, ESQ.
 4            101 East Whaley Street
              P.O. Drawer 2909
 5            Longview, Texas 75606
 6            ZELBST, HOLMES & BUTLER
              BY: CHANDRA L. HOLMES,RAY, ESQ.
 7            P.O. Box 365
              Lawton, Oklahoma 73502-0365
 8
 9            FOR DEFENDANT:
10            MORGAN, LEWIS & BOCKIUS, LLP
              BY: PAULO B. McKEEBY, ESQ.
11            1717 Main Street, Suite 3200
              Dallas, Texas, 75201-7347
12
              TYLER TECHNOLOGIES, INC.
13            H. LYNN MOORE, ESQ.
              In-house Counsel
14
15
16
17
18
19
20
21
22
23
24
25
```

**EXHIBIT 2**



```
 1

 2

 3                              I N D E X

 4      DEPONENT:  CHRISTOPHER HEPBURN

 5      EXAMINATION                             PAGE

 6          By Ms. Ray                          7

 7      EXHIBITS

 8

 9      NUMBER                DESCRIPTION        PAGE

10         1   Notice of Oral and Video Deposition    9

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**EXHIBIT 2**

```
 1   08:49:15   you an implementation specialist?

 2   08:49:22        A.   You're testing my memory.  That's a difficult

 3   08:49:26   question to answer.  When I started, the support

 4   08:49:29   specialist and implementation specialist roles were

 5   08:49:32   really combined.  So I would say 2 years.

 6   08:49:34        Q.   Okay.  Was that before Tyler Technologies

 7   08:49:38   purchased the division you were working in or after?

 8   08:49:41        A.   Before.

 9   08:49:41        Q.   Before.  Was that also MUNIS?

10   08:49:44        A.   Yes.

11   08:49:48        Q.   And when you became vice-president of services

12   08:49:51   in MUNIS, was that before or after Tyler Technologies

13   08:49:54   purchased your division?

14   08:50:01        A.   Did you say vice-president of services?

15   08:50:04        Q.   I think I did, and I may have written it down

16   08:50:07   incorrectly and I apologize.

17   08:50:08        A.   That's okay.  I believe that was after Tyler

18   08:50:11   had acquired us.

19   08:50:12        Q.   Okay.  Do you recall the date when Tyler

20   08:50:15   acquired MUNIS?

21   08:50:17        A.   Not the specific date.  On or around 1999, in

22   08:50:22   1999.

23   08:50:22        Q.   Right.  And that's fine.  And when did you

24   08:50:26   become president of Schools?

25   08:50:28        A.   January of this year.
```

**EXHIBIT 2**

```
 1   08:50:31        Q.    Okay.   Now, I'm going to go back just a little

 2   08:50:43   bit.  You said -- to the documents that you reviewed, the

 3   08:50:47   job descriptions, the evaluations, the time sheets, and

 4   08:50:49   the notice.   Why did you review those particular

 5   08:50:54   documents?

 6   08:50:54        A.    They were presented by Paulo, and I was asked

 7   08:51:02   to review them to prepare for today.

 8   08:51:06        Q.    Okay.   Did you review any documents on your own

 9   08:51:10   to help you prepare for this deposition today?

10   08:51:13        A.    No.

11   08:51:15        Q.    Okay.   When you were an implementation

12   08:51:27   specialist and support specialist, how were those two

13   08:51:29   jobs combined?   What were the duties of them?

14   08:51:32        A.    In a small company, which we were, when I was

15   08:51:40   not answering phones as a support specialist, I would go

16   08:51:45   on site to clients to perform implementation services.

17   08:51:52        Q.    Okay.   And what were the implementation

18   08:51:54   services you performed?

19   08:51:55        A.    It would be a very long list.  I'll try to

20   08:52:04   summarize the highlights.

21   08:52:05        Q.    Sure.

22   08:52:06        A.    Analyze their -- their current business

23   08:52:11   practices, determine any changes to business practices,

24   08:52:21   configure software to adhere to those changing business

25   08:52:26   practices, review configuration with client, receive
```

**EXHIBIT 2**

| | | |
|---|---|---|
| 1 | 08:52:35 | client acceptance, review conversion files, load |
| 2 | 08:52:48 | conversion files, educate senior staff and user staff on |
| 3 | 08:53:05 | application, assist with go-live transition, assist with |
| 4 | 08:53:10 | post go-live support, and those are very high level.  I'm |
| 5 | 08:53:15 | not encompassing all. |
| 6 | 08:53:17 | Q.   Would you say those were the primary duties? |
| 7 | 08:53:19 | A.   The primary ones I can recall. |
| 8 | 08:53:24 | Q.   Okay.  And what did you have to do when you |
| 9 | 08:53:35 | were analyzing current business practices of a customer? |
| 10 | 08:53:37 | A.   A lot of question and answer, interviewing, |
| 11 | 08:53:46 | why -- learning why they do -- why they do what they do |
| 12 | 08:53:51 | in the order that they do things, what changes they would |
| 13 | 08:53:55 | like to make.  In summary, a lot of interviewing. |
| 14 | 08:53:58 | Q.   And what is the purpose of that interviewing? |
| 15 | 08:54:01 | I know it's to find out what they're doing, but I |
| 16 | 08:54:04 | understand the surface purpose.  But what was the purpose |
| 17 | 08:54:06 | for you as an implementation specialist? |
| 18 | 08:54:12 | A.   Primarily to see if there were any business |
| 19 | 08:54:14 | changes that the client would like to undertake. |
| 20 | 08:54:16 | Q.   Okay.  And what software module were you |
| 21 | 08:54:22 | implementing? |
| 22 | 08:54:23 | A.   MUNIS. |
| 23 | 08:54:23 | Q.   Okay.  And was it -- what particular part of |
| 24 | 08:54:28 | MUNIS?  Anything specific? |
| 25 | 08:54:30 | A.   All. |

**EXHIBIT 2**

| | | |
|---|---|---|
| 1 | 08:54:31 | Q.   All of it? |
| 2 | 08:54:31 | A.   (Nodding.) |
| 3 | 08:54:32 | Q.   Okay.  Did you have a list of questions that |
| 4 | 08:54:37 | you asked all the customers or a basic list that you went |
| 5 | 08:54:42 | from? |
| 6 | 08:54:42 | A.   No.  I would say it was very dynamic. |
| 7 | 08:54:46 | Q.   Uh-hmm.  How so? |
| 8 | 08:54:48 | A.   There was no pre-determined list of questions |
| 9 | 08:54:55 | that I was given or we had at the time. |
| 10 | 08:54:57 | Q.   What was your purpose in asking these |
| 11 | 08:55:04 | particular questions?  And I know we've talked about to |
| 12 | 08:55:07 | see if there were any business changes they wanted to |
| 13 | 08:55:09 | make, but how was that important to you if there was a |
| 14 | 08:55:11 | business change that the customer wanted to make? |
| 15 | 08:55:13 | A.   I'll provide an example.  Would that be -- |
| 16 | 08:55:17 | Q.   Sure. |
| 17 | 08:55:18 | A.   -- that be okay?  We'll take accounts payable. |
| 18 | 08:55:25 | They have a choice whether they would like to centralize |
| 19 | 08:55:30 | accounts payable functions or decentralize accounts |
| 20 | 08:55:34 | payable functions.  That one decision impacts software |
| 21 | 08:55:37 | configuration and subsequent education. |
| 22 | 08:55:46 | Q.   Okay.  And would you tell the client which one |
| 23 | 08:55:52 | they should do? |
| 24 | 08:55:53 | A.   No.  My role was to explain the differences, |
| 25 | 08:56:00 | the pros of one, cons of one, pros of other, cons of |

**EXHIBIT 2**

Page 23

| | | |
|---|---|---|
| 1 | 08:56:04 | other.  Ultimately, it's their decision.  My role would |
| 2 | 08:56:07 | be to offer -- |
| 3 | 08:56:10 | Q.  Options. |
| 4 | 08:56:11 | A.  -- options and the detailed analysis of those |
| 5 | 08:56:15 | options but not a recommendation. |
| 6 | 08:56:17 | Q.  And when you say the detailed analysis, you're |
| 7 | 08:56:19 | referring to the particular effects each option would |
| 8 | 08:56:24 | have in terms of how they functioned; is that correct? |
| 9 | 08:56:27 | A.  That -- correct. |
| 10 | 08:56:32 | Q.  In other words, if it's centralized, you're |
| 11 | 08:56:34 | going to go through these particular steps to do things; |
| 12 | 08:56:40 | and if it's decentralized, you're going to go through |
| 13 | 08:56:42 | these particular steps to do things.  Is that right? |
| 14 | 08:56:45 | A.  Correct.  Correct, steps and who authorizes |
| 15 | 08:56:52 | data, who enters data, at what points does data get |
| 16 | 08:56:57 | authorized, and again who has the authorization to bless |
| 17 | 08:57:04 | data.  We're talking about checks going out to vendors. |
| 18 | 08:57:06 | Q.  All right.  When you're talking about |
| 19 | 08:57:08 | authorization, do you tell the client who should be |
| 20 | 08:57:11 | authorized to have access to certain information? |
| 21 | 08:57:14 | A.  Again, no.  It wouldn't be my place to tell |
| 22 | 08:57:19 | them who should have authorization; just simply an |
| 23 | 08:57:22 | authorization point needs to be made, who do they want to |
| 24 | 08:57:26 | denote as that individual. |
| 25 | 08:57:28 | Q.  Okay.  Is there anything else about analyzing |

**EXHIBIT 2**

| | | |
|---|---|---|
| 1 | 08:57:32 | their current business practices that you used to do as |
| 2 | 08:57:36 | an implementation specialist and support specialist -- |
| 3 | 08:57:39 | actually, we're just talking about the implementation |
| 4 | 08:57:41 | role -- |
| 5 | 08:57:41 | A.   Uh-hmm. |
| 6 | 08:57:42 | Q.   -- that we haven't talked about. |
| 7 | 08:57:44 | MR. McKEEBY:  Go ahead, if you understand. |
| 8 | 08:57:50 | A.   The example I gave was one of -- |
| 9 | 08:58:00 | BY MS. RAY: |
| 10 | 08:58:00 | Q.   Many? |
| 11 | 08:58:00 | A.   -- hundreds. |
| 12 | 08:58:01 | Q.   Yeah. |
| 13 | 08:58:02 | A.   But I think it provides a good illustration of |
| 14 | 08:58:06 | a specific question.  There's no specific answer. |
| 15 | 08:58:10 | There's no clear-cut you will do this.  It's presenting a |
| 16 | 08:58:17 | question, presenting the different options of the |
| 17 | 08:58:19 | question, gathering that information and then having the |
| 18 | 08:58:25 | connection of how that impacts the software |
| 19 | 08:58:27 | configuration. |
| 20 | 08:58:28 | Q.   All right.  And I think -- if I understand you |
| 21 | 08:58:30 | correctly, that with the exception of the many other |
| 22 | 08:58:34 | examples that you could provide as to how that worked, |
| 23 | 08:58:36 | we've discussed everything that you would have to have |
| 24 | 08:58:40 | done when you analyze the current business practices of a |
| 25 | 08:58:44 | customer? |

**EXHIBIT 2**

| | | |
|---|---|---|
| 1 | 08:58:47 | A.    I wouldn't say that.  That is -- questions and |
| 2 | 08:58:51 | answers are one example.  There could be others, off the |
| 3 | 08:58:54 | top of my head, of what I had conducted. |
| 4 | 08:58:57 | Q.    Okay.  Like what? |
| 5 | 08:58:58 | A.    Another example would be their banking.  Did |
| 6 | 08:59:07 | they want positive pay, did I have to contact the bank, |
| 7 | 08:59:11 | obtain bank files.  So that would be something that I |
| 8 | 08:59:14 | would have done on behalf of the client, but it wouldn't |
| 9 | 08:59:17 | be a question-and-answer session -- |
| 10 | 08:59:18 | Q.    Uh-hmm. |
| 11 | 08:59:19 | A.    -- in that type of analysis. |
| 12 | 08:59:21 | Q.    Was that part of your normal duties, or was |
| 13 | 08:59:23 | that something that was -- just came up on occasion? |
| 14 | 08:59:26 | MR. McKEEBY:  Object to the form of the question. |
| 15 | 08:59:32 | You can answer. |
| 16 | 08:59:33 | A.    Every single client is different.  Every single |
| 17 | 08:59:38 | implementation is different.  There is no -- there is no |
| 18 | 08:59:42 | cookie cutter approach.  So it's hard for me to answer |
| 19 | 08:59:45 | that because at Client A, I may have dealt with the |
| 20 | 08:59:50 | banking items.  At Client B I may not have.  So it's -- I |
| 21 | 08:59:57 | think the example is just that.  It's an example but not |
| 22 | 09:00:01 | meant to imply that that's -- that there was a set -- a |
| 23 | 09:00:08 | set model that was repeatable. |
| 24 | 09:00:11 | Q.    There would be things that would come up |
| 25 | 09:00:13 | repetitively though, correct? |

**EXHIBIT 2**

Page 26

| | | |
|---|---|---|
| 1 | 09:00:14 | A.   Certainly. |
| 2 | 09:00:18 | Q.   What types of things would come up |
| 3 | 09:00:20 | repetitively? |
| 4 | 09:00:20 | A.   In a financial application and payroll |
| 5 | 09:00:30 | application and tax and utilities, which is what MUNIS |
| 6 | 09:00:34 | is, you would have a chart of accounts, you would have |
| 7 | 09:00:38 | vendors, you would have employees, you would have |
| 8 | 09:00:40 | customers that you were going to bill.  You'd have those |
| 9 | 09:00:44 | repetitive situations that you would need to establish in |
| 10 | 09:00:49 | the software. |
| 11 | 09:00:49 | Q.   And the software didn't change, correct, unless |
| 12 | 09:00:53 | there was a new version or, you know, something like that |
| 13 | 09:00:56 | happened? |
| 14 | 09:00:56 | A.   I would say it changed a lot. |
| 15 | 09:00:58 | Q.   Okay.  How did it change? |
| 16 | 09:00:59 | A.   There are -- the developers are showing up to |
| 17 | 09:01:06 | work every day.  They're constantly changing the |
| 18 | 09:01:09 | software.  That's their job.  So I would expect at client |
| 19 | 09:01:14 | A to work with a version of software that was different |
| 20 | 09:01:17 | from client B. |
| 21 | 09:01:17 | Q.   Uh-hmm. |
| 22 | 09:01:18 | A.   I guess I was just -- just used to that. |
| 23 | 09:01:21 | Q.   And the versions that would come in and change, |
| 24 | 09:01:24 | would they be updates? |
| 25 | 09:01:25 | A.   You could have two paths.  An update is |

**EXHIBIT 2**

| | | |
|---|---|---|
| 1 | 09:01:32 | something that I would consider be given to every client, |
| 2 | 09:01:36 | and then there's another path which is you could be |
| 3 | 09:01:38 | working with a client that is receiving custom software |
| 4 | 09:01:43 | modifications. |
| 5 | 09:01:43 | Q.  And I'm going to get back to that in a minute. |
| 6 | 09:01:48 | Is there anything else that you can think of that you |
| 7 | 09:01:51 | would do when you were analyzing current business |
| 8 | 09:01:54 | practices? |
| 9 | 09:02:00 | A.  Off the top of my head, I think that's the |
| 10 | 09:02:02 | major predominant items that I performed. |
| 11 | 09:02:06 | Q.  Now, the next thing you said that you would do |
| 12 | 09:02:08 | is determine changes in their business practice.  Is that |
| 13 | 09:02:13 | kind of really along the lines of what we've already |
| 14 | 09:02:16 | discussed, or is there something different to that? |
| 15 | 09:02:18 | A.  I don't -- I don't believe I would determine |
| 16 | 09:02:26 | the changes.  My role was to ask questions to see if the |
| 17 | 09:02:31 | client wanted to change their business practices. |
| 18 | 09:02:34 | Q.  Okay.  So, once again, that's really kind of |
| 19 | 09:02:38 | talking about what we have already talked about in the |
| 20 | 09:02:41 | analyzing the current business practices, correct?  It's |
| 21 | 09:02:44 | not like something totally different? |
| 22 | 09:02:46 | A.  It's a part of that process. |
| 23 | 09:02:48 | Q.  Right.  Okay.  I just want to make sure I |
| 24 | 09:02:50 | understood. |
| 25 | 09:02:51 | A.  Okay. |

**EXHIBIT 2**

| | | |
|---|---|---|
| 1 | 09:02:51 | Q.   There is nothing else that we haven't discussed |
| 2 | 09:02:53 | that goes into determining the changes in the business |
| 3 | 09:02:56 | practice within the confines of what we already |
| 4 | 09:03:04 | discussed? |
| 5 | 09:03:04 | A.   My hesitation is there -- there could be other |
| 6 | 09:03:16 | items that I'm just not recalling right now. |
| 7 | 09:03:18 | Q.   Okay. |
| 8 | 09:03:19 | A.   I don't want to imply that it's a finite or |
| 9 | 09:03:23 | it's a black-and-white list or it's follow checklist 1 |
| 10 | 09:03:27 | through 10.  It's anything but follow checklist 1 through |
| 11 | 09:03:30 | 10. |
| 12 | 09:03:30 | Q.   If you recall something different, would you |
| 13 | 09:03:32 | please notify your attorney so that he could let us know? |
| 14 | 09:03:36 | A.   Yes, I will. |
| 15 | 09:03:37 | MR. McKEEBY:  Or if something triggers your |
| 16 | 09:03:39 | recollection during the day, we can take a break -- |
| 17 | 09:03:41 | MS. RAY:  Absolutely. |
| 18 | 09:03:42 | MR. McKEEBY:  -- and we can come back to that point. |
| 19 | 09:03:43 | BY MS. RAY: |
| 20 | 09:03:43 | Q.   The next thing you talked about was configuring |
| 21 | 09:03:46 | software to adhere to the client's practices.  Can you |
| 22 | 09:03:52 | tell me what you did to configure the software to adhere |
| 23 | 09:03:55 | to the client's practices? |
| 24 | 09:03:56 | A.   I will use the -- I will continue with the |
| 25 | 09:04:00 | example of accounts payable.  If a client during the |

**EXHIBIT 2**

| | | |
|---|---|---|
| 1 | 09:04:06 | question-and-answer session stated that they historically |
| 2 | 09:04:11 | have always run accounts payable invoice out of a central |
| 3 | 09:04:17 | accounts payable office at town or city hall and they |
| 4 | 09:04:20 | find that to be inefficient and they'd like to |
| 5 | 09:04:23 | decentralize that process, then that answer would lead me |
| 6 | 09:04:30 | down a path of having to ask who at each department would |
| 7 | 09:04:37 | be entering those invoices, set those users up in the |
| 8 | 09:04:40 | system, set the department codes up in the system so that |
| 9 | 09:04:45 | user A is in department 1, user B is in department 2; and |
| 10 | 09:04:51 | then the data that's entered at the user's would have to |
| 11 | 09:04:56 | funnel to an appropriate person within the central.  It |
| 12 | 09:04:59 | could be more than one person.  So then I would have to |
| 13 | 09:05:02 | configure work flow to say that if departments 1, 2, 3 |
| 14 | 09:05:07 | would go to one person in central accounts payable, and |
| 15 | 09:05:12 | departments 4, 5, 6 would go to another.  I would have to |
| 16 | 09:05:15 | train them and make sure they understood that when it was |
| 17 | 09:05:19 | their turn to review and approve those invoices, what |
| 18 | 09:05:23 | they did, and that training would be completely different |
| 19 | 09:05:29 | if the next client said, well, we would just as soon keep |
| 20 | 09:05:33 | it as a central accounts payable function.  Then there |
| 21 | 09:05:38 | wouldn't be a departmental need.  There wouldn't be the |
| 22 | 09:05:41 | work flow need.  But then I would need to educate the |
| 23 | 09:05:44 | departmental folks on how to enter an invoice and how to |
| 24 | 09:05:47 | approve it, et cetera.  So two different -- two different |
| 25 | 09:05:52 | implementations. |

**EXHIBIT 2**

| | | |
|---|---|---|
| 1 | 09:27:58 | So I was connected. |
| 2 | 09:27:59 | Q.   Okay.  And you said that's for a short time? |
| 3 | 09:28:02 | A.   Every client is different based upon size and |
| 4 | 09:28:05 | the applications that they're going on.  Financials are |
| 5 | 09:28:09 | shorter, that extended time.  Revenue and applications |
| 6 | 09:28:13 | are much longer just given the nature of the revenue |
| 7 | 09:28:17 | applications because they're going to run items for a |
| 8 | 09:28:21 | year that are still the first time even though they're |
| 9 | 09:28:24 | live.  So in a revenue application, go-live support might |
| 10 | 09:28:28 | be a year.  I think in financials it might be 2 weeks. |
| 11 | 09:28:30 | But you're connected for a period of time. |
| 12 | 09:28:32 | Q.   All right.  There is not meant to be a |
| 13 | 09:28:34 | permanent connection; is that correct? |
| 14 | 09:28:35 | A.   That's correct. |
| 15 | 09:28:36 | Q.   Okay.  Okay I think we can go ahead and take a |
| 16 | 09:28:41 | break now. |
| 17 | 09:28:43 | THE VIDEOGRAPHER:  The time is 9:28 a.m.  We're off |
| 18 | 09:28:46 | the record. |
| 19 | 09:28:47 | (Whereupon a recess was taken.) |
| 20 | 09:40:00 | THE VIDEOGRAPHER:  Time is 9:40 a.m.  We're back on |
| 21 | 09:40:06 | the record. |
| 22 | 09:40:07 | BY MS. RAY: |
| 23 | 09:40:09 | Q.   Mr. Hepburn, we are back after a short break. |
| 24 | 09:40:11 | Are you ready to proceed? |
| 25 | 09:40:12 | A.   Yes. |

**EXHIBIT 2**

| | | |
|---|---|---|
| 1 | 09:40:12 | Q.   Okay.  Now, after you finished becoming an |
| 2 | 09:40:21 | implementation person, for lack of a better term, you |
| 3 | 09:40:23 | progressed up through the company, correct? |
| 4 | 09:40:25 | A.   Yes. |
| 5 | 09:40:26 | Q.   And you are now president of Schools.  Am I |
| 6 | 09:40:30 | right? |
| 7 | 09:40:31 | A.   Yes. |
| 8 | 09:40:31 | Q.   Okay.  And you are designated by Tyler |
| 9 | 09:40:36 | Technologies to testify about the job duties of the |
| 10 | 09:40:42 | implementation specialist and consultants that are listed |
| 11 | 09:40:45 | in Exhibit A to our notice, correct? |
| 12 | 09:40:47 | A.   Yes. |
| 13 | 09:40:47 | Q.   Can you please tell me what the job duties are |
| 14 | 09:40:54 | of those implementation specialists and consultants? |
| 15 | 09:41:00 | MR. McKEEBY:  Again, my responses I explained that |
| 16 | 09:41:03 | he could testify generally what the functions associated |
| 17 | 09:41:05 | with implementing were, not necessarily delineate the |
| 18 | 09:41:11 | specific job functions of each and every plaintiff.  So I |
| 19 | 09:41:15 | mean, that needs to be part of your question. |
| 20 | 09:41:17 | BY MS. RAY: |
| 21 | 09:41:18 | Q.   Yes.  Have you done -- let me strike that. |
| 22 | 09:41:21 | Through the course of your discussions with the people |
| 23 | 09:41:26 | that you referred to earlier, like Bruce and Chris and |
| 24 | 09:41:30 | Danelle and Brett, did you ascertain what the job |
| 25 | 09:41:34 | functions are of the implementation specialists or |

**EXHIBIT 2**

| | | |
|---|---|---|
| 1 | 09:41:37 | consultants that worked for those particular divisions? |
| 2 | 09:41:40 | A.   In general terms, yes. |
| 3 | 09:41:41 | Q.   Okay.  Can you please tell me what the job |
| 4 | 09:41:45 | duties and functions are of the implementation |
| 5 | 09:41:47 | specialists and consultants as you have understood it? |
| 6 | 09:41:51 | A.   The difficulty in answering is it varies |
| 7 | 09:41:59 | greatly across division. |
| 8 | 09:42:09 | Q.   Do your best. |
| 9 | 09:42:11 | A.   In ERP the organizational structure is a |
| 10 | 09:42:31 | project manager/implementor combination and the |
| 11 | 09:42:39 | implementation duties within ERP are different, say, from |
| 12 | 09:42:47 | Courts and Justice where those -- the organizational |
| 13 | 09:42:52 | structure is different. |
| 14 | 09:42:55 | Q.   Okay.  How? |
| 15 | 09:42:58 | A.   In the ERP organizational structure, the |
| 16 | 09:43:05 | project manager is a product expert.  The project manager |
| 17 | 09:43:15 | consults with the client about product features.  The |
| 18 | 09:43:21 | product manager is more engaged with the product |
| 19 | 09:43:34 | decisions and implementation approach. |
| 20 | 09:43:37 | Q.   How? |
| 21 | 09:43:37 | A.   The product managers having the analysis |
| 22 | 09:43:42 | discussions with the client. |
| 23 | 09:43:48 | Q.   Okay.  So your testimony I'm understanding is |
| 24 | 09:43:56 | that in ERP the product manager has the -- excuse me. |
| 25 | 09:44:04 | I'm sorry.  The project manager is the one who does the |

**EXHIBIT 2**

Page 63

| | | |
|---|---|---|
| 1 | 10:07:45 | an expert.  At Eden they have always been or historically |
| 2 | 10:07:50 | been what we call a bull-pen approach. |
| 3 | 10:07:53 | Q.   Uh-hmm.  Okay.  And what about INCODE? |
| 4 | 10:08:06 | A.   INCODE is a similar approach to Eden.  They are |
| 5 | 10:08:11 | a bull-pen approach where the product -- I'm sorry, the |
| 6 | 10:08:18 | project manager is not the product expert. |
| 7 | 10:08:26 | Q.   Okay.  And so we don't need to go through all |
| 8 | 10:08:30 | of the particular job functions unless you tell me that |
| 9 | 10:08:34 | there is something unique.  But is it fair to say that |
| 10 | 10:08:37 | the job duties and functions are -- mirror Eden's, in |
| 11 | 10:08:44 | other words, for the implementation specialists at |
| 12 | 10:08:46 | INCODE? |
| 13 | 10:08:47 | A.   The other -- I wouldn't say 100 percent.  The |
| 14 | 10:09:00 | INCODE has -- the INCODE team has tax, courts, and public |
| 15 | 10:09:09 | safety products which require specialization that the |
| 16 | 10:09:16 | Eden folks don't have. |
| 17 | 10:09:21 | Q.   Okay.  What type of specialization?  Are we |
| 18 | 10:09:24 | talking product specialization, or are we talking about |
| 19 | 10:09:27 | tax background or something like that? |
| 20 | 10:09:28 | A.   Both. |
| 21 | 10:09:29 | Q.   Uh-hmm.  Okay.  And how so?  What kind of |
| 22 | 10:09:35 | specialization is required for public safety? |
| 23 | 10:09:38 | A.   I'll combine the public safety and the courts. |
| 24 | 10:09:42 | The nature of the implementations is kind of an all -- |
| 25 | 10:09:52 | you want all of your applications going live at the same |

**EXHIBIT 2**

| | | |
|---|---|---|
| 1 | 10:09:57 | time. |
| 2 | 10:09:57 | MR. McKEEBY:  This is at INCODE? |
| 3 | 10:09:59 | THE DEPONENT:  At INCODE dealing with -- and when we |
| 4 | 10:10:03 | get to it, Courts, and I can describe more later. |
| 5 | 10:10:10 | A.   So that provides a level of, I would say, |
| 6 | 10:10:21 | management, getting all of your applications lined up to |
| 7 | 10:10:27 | go live at the same time where the Eden, the MUNIS, an |
| 8 | 10:10:31 | even INCODE financials can be staggered.  You could do |
| 9 | 10:10:36 | financials one day, payroll one day.  You could stagger |
| 10 | 10:10:39 | it out.  But they have a different burden because you |
| 11 | 10:10:44 | want all of your courts and your public safety up and |
| 12 | 10:10:49 | running at one fell swoop so that when the sheriff pulls |
| 13 | 10:10:53 | someone over and they have an outstanding warrant for |
| 14 | 10:10:55 | them, that sheriff needs to know that or that sheriff |
| 15 | 10:10:59 | could be in trouble.  So they have to -- the |
| 16 | 10:11:02 | implementation consultants because they don't have a |
| 17 | 10:11:04 | product -- project manager who is a product expert have |
| 18 | 10:11:08 | that added burden of managing multi-tasking that the Eden |
| 19 | 10:11:13 | folks and MUNIS folks don't have. |
| 20 | 10:11:15 | Q.   And so I might understand correctly, because it |
| 21 | 10:11:18 | needs to go live at the same time, it's really a timing |
| 22 | 10:11:21 | issue? |
| 23 | 10:11:22 | A.   It's -- it's -- I'd call it a project |
| 24 | 10:11:25 | management juggling issue. |
| 25 | 10:11:28 | Q.   Uh-hmm. |

**EXHIBIT 2**

Page 65

| | | |
|---|---|---|
| 1 | 10:11:29 | A.   And, remember, the product -- the project |
| 2 | 10:11:30 | manager is not a product expert.  They're less -- a less |
| 3 | 10:11:37 | talented staff member than, say, their MUNIS |
| 4 | 10:11:40 | counterparts. |
| 5 | 10:11:41 | Q.   I know that that's the term you're giving it, |
| 6 | 10:11:43 | but how is it to you considered a project management |
| 7 | 10:11:47 | issue? |
| 8 | 10:11:49 | A.   The project -- can you clarify your question? |
| 9 | 10:11:56 | Q.   I'm just going off of your answer.  I am sorry. |
| 10 | 10:11:58 | But you said you know you would call it a project |
| 11 | 10:12:00 | management burden, I believe -- |
| 12 | 10:12:00 | A.   Uh-hmm. |
| 13 | 10:12:06 | Q.   -- if I recall your testimony correctly, and |
| 14 | 10:12:09 | I'm just curious as to how it is a project management |
| 15 | 10:12:13 | burden? |
| 16 | 10:12:13 | A.   The implementation consultant is leading the |
| 17 | 10:12:18 | project at Eden and at INCODE.  They are the product |
| 18 | 10:12:23 | expert.  They're engaged with the client, marrying the |
| 19 | 10:12:29 | product and the project, and they're reporting back to |
| 20 | 10:12:33 | someone, the project manager, who is a scheduling master. |
| 21 | 10:12:37 | Q.   So is it -- is it your testimony that there are |
| 22 | 10:12:43 | project managers at Eden and INCODE, but their only |
| 23 | 10:12:49 | function is scheduling? |
| 24 | 10:12:52 | A.   It would not be my testimony that their only |
| 25 | 10:12:56 | function is scheduling.  I would say that they are |

**EXHIBIT 2**

| | | |
|---|---|---|
| 1 | 10:12:58 | less -- their job duties and functions are less -- I'm |
| 2 | 10:13:09 | looking for the word.  What would come less -- less than |
| 3 | 10:13:12 | their MUNIS counterpart where their MUNIS counterpart is |
| 4 | 10:13:16 | a product expert and the client expects to talk product, |
| 5 | 10:13:20 | with their MUNIS project manager expect to be able to |
| 6 | 10:13:24 | talk configuration, expects to be able to talk about why |
| 7 | 10:13:28 | decisions were made. |
| 8 | 10:13:29 | At Eden and INCODE the project manager is not going |
| 9 | 10:13:32 | to engage in those discussions with the client.  They're |
| 10 | 10:13:34 | going to engage in your project is 50 percent complete |
| 11 | 10:13:41 | based upon the number of days we have delivered.  That's |
| 12 | 10:13:43 | it.  The client is going to have to talk to the |
| 13 | 10:13:47 | implementation staff member at Eden and INCODE to find |
| 14 | 10:13:51 | out where they are relative to their project in terms of |
| 15 | 10:13:56 | knowledge transfer, policies, procedures, to-be model. |
| 16 | 10:14:00 | It's all the implementation consultant's advice and |
| 17 | 10:14:03 | counsel. |
| 18 | 10:14:03 | Q.   What are the job duties of the project manager, |
| 19 | 10:14:06 | then, at Eden and INCODE? |
| 20 | 10:14:07 | A.   They schedule the bull pen.  When I say bull |
| 21 | 10:14:14 | pen, all the implementors go into a calendar, if you |
| 22 | 10:14:23 | will, and the project manager schedules implementors to |
| 23 | 10:14:28 | go to client sites; and then when the implementor goes to |
| 24 | 10:14:34 | the client site, the implementor then runs that project. |
| 25 | 10:14:36 | So the project manager is scheduling, reviewing, again, |

**EXHIBIT 2**

| | | |
|---|---|---|
| 1 | 12:26:53 | it into a billing record for client A.  Correct? |
| 2 | 12:26:56 | A.  The incorrect component of that is the employee |
| 3 | 12:27:04 | may have worked 80 hours this week.  What's asked of them |
| 4 | 12:27:10 | is what is billable of that 80 hours.  If you were in |
| 5 | 12:27:14 | your room studying 5 hours, that -- that doesn't get -- |
| 6 | 12:27:20 | you might tell your project manager, but you're only |
| 7 | 12:27:23 | submitting to accounting what is billable to the client. |
| 8 | 12:27:28 | So we don't know that they worked 80 hours that week. |
| 9 | 12:27:31 | What we know is what was billable.  So if you traveled on |
| 10 | 12:27:34 | Monday, traveled on Friday, and you had Tuesday, |
| 11 | 12:27:37 | Wednesday, Thursday were billable, what would come in was |
| 12 | 12:27:41 | 3 days billable and what would go out to client is 3 days |
| 13 | 12:27:44 | billable. |
| 14 | 12:27:44 | Q.  Correct, correct.  Okay.  Now, if a person |
| 15 | 12:27:50 | works at home or -- I mean not at home -- at the hotel |
| 16 | 12:27:54 | room after hours on something that is nonbillable, |
| 17 | 12:27:58 | obviously, that would not show up on the billing records, |
| 18 | 12:28:01 | correct? |
| 19 | 12:28:01 | A.  That's correct. |
| 20 | 12:28:01 | Q.  Okay.  Do you know whether or not those show up |
| 21 | 12:28:05 | in any other place other than the time records that the |
| 22 | 12:28:08 | employees turn in? |
| 23 | 12:28:10 | A.  I don't think they even show up on the time |
| 24 | 12:28:12 | records that the employee turns in because they're asked |
| 25 | 12:28:15 | to submit billable time. |

**EXHIBIT 2**

Page 141

| | | |
|---|---|---|
| 1 | 12:28:19 | Q.   Okay. |
| 2 | 12:28:19 | A.   I'm sorry.  Vacation, sick time would be -- |
| 3 | 12:28:26 | they would -- we would be -- they would be asked to |
| 4 | 12:28:27 | submit that for HR personnel records. |
| 5 | 12:28:29 | Q.   And paid time off I think. |
| 6 | 12:28:32 | A.   Paid time off. |
| 7 | 12:28:33 | Q.   Right. |
| 8 | 12:28:34 | MR. McKEEBY:  Well, I think that's -- we have seen |
| 9 | 12:28:34 | that vary from division to division, but that's sort of |
| 10 | 12:28:38 | outside the scope of your -- |
| 11 | 12:28:41 | MS. RAY:  Yeah, he's not here to testify to that.  I |
| 12 | 12:28:41 | understand that. |
| 13 | 12:28:42 | MR. McKEEBY:  Okay. |
| 14 | 12:28:42 | A.   I would like to add travel time can be included |
| 15 | 12:28:45 | as that reporting because the employee may or may not be |
| 16 | 12:28:48 | eligible for a travel premium incentive.  So I would have |
| 17 | 12:28:52 | to list my travel time, my billable time, and my paid |
| 18 | 12:28:55 | time off time. |
| 19 | 12:28:56 | BY MS. RAY: |
| 20 | 12:28:56 | Q.   What type of training do the implementation |
| 21 | 12:29:01 | specialists go through when they're hired? |
| 22 | 12:29:02 | A.   It varies across the divisions from extremely |
| 23 | 12:29:08 | informal to formal. |
| 24 | 12:29:11 | Q.   With MUNIS how would you characterize it? |
| 25 | 12:29:14 | A.   MUNIS I would characterize as semi-formal given |

**EXHIBIT 2**

| | | |
|---|---|---|
| 1 | 12:29:17 | the size of the division and the ability to have staff |
| 2 | 12:29:24 | members who can help in the training area, but there is |
| 3 | 12:29:29 | no formal job title within the MUNIS division of training |
| 4 | 12:29:34 | coordinator. |
| 5 | 12:29:34 | Q.   Do they shadow people for a period of time? |
| 6 | 12:29:37 | What do they do? |
| 7 | 12:29:38 | A.   They're typically three components to the |
| 8 | 12:29:43 | training.  Shadowing being one of the three components. |
| 9 | 12:29:46 | There's peer-led instruction, self-led instruction, and |
| 10 | 12:29:53 | shadowing. |
| 11 | 12:29:54 | Q.   For how long does this -- |
| 12 | 12:29:57 | A.   At MUNIS -- |
| 13 | 12:29:58 | Q.   -- go on? |
| 14 | 12:29:58 | A.   -- you have 90 days.  No longer than 90.  You |
| 15 | 12:30:03 | can complete -- you can be ready in less. |
| 16 | 12:30:05 | Q.   Okay.  What about Eden? |
| 17 | 12:30:07 | A.   Eden I would call informal.  They have the same |
| 18 | 12:30:20 | three criteria; however, more emphasis on the self and |
| 19 | 12:30:27 | the shadow. |
| 20 | 12:30:30 | Q.   And how long? |
| 21 | 12:30:31 | A.   They're 60 days with potential to go to 90, but |
| 22 | 12:30:39 | I think they'd like you to be done in 60. |
| 23 | 12:30:41 | Q.   Okay.  What about INCODE? |
| 24 | 12:30:42 | A.   INCODE is, I'd say, semi-formal because they |
| 25 | 12:30:49 | have -- they're unique in that they have a learning |

**EXHIBIT 2**

Page 143

| | | |
|---|---|---|
| 1 | 12:30:53 | management system which they have developed which their |
| 2 | 12:30:58 | clients can pay for as an optional service, but their |
| 3 | 12:31:02 | implementors can utilize as a training aid, which is a |
| 4 | 12:31:06 | nice feature for them, but requires the self-study |
| 5 | 12:31:11 | component to be higher because now I have to take the |
| 6 | 12:31:14 | initiative to put myself through the learning management |
| 7 | 12:31:17 | system. |
| 8 | 12:31:19 | Q.   But they still have the same three -- |
| 9 | 12:31:22 | A.   Yeah, there will be some peer -- when I'm stuck |
| 10 | 12:31:25 | in the learning management system, I'm going to go to |
| 11 | 12:31:28 | someone and have some peer and then the job shadowing -- |
| 12 | 12:31:33 | Q.   Shadowing? |
| 13 | 12:31:34 | A.   -- as well. |
| 14 | 12:31:34 | Q.   For how long? |
| 15 | 12:31:35 | A.   My memory is fading me.  I believe they're like |
| 16 | 12:31:42 | Eden, in the 60 to 90 days. |
| 17 | 12:31:44 | Q.   Okay.  What about Courts and Justice? |
| 18 | 12:31:46 | A.   They have the most formal process where they |
| 19 | 12:31:50 | actually have a job position for training coordinator. |
| 20 | 12:31:58 | They have classes.  They have exams.  They will not let |
| 21 | 12:32:03 | you out of, quote, your education until you've met |
| 22 | 12:32:08 | certain competencies on your exams; and the timing is |
| 23 | 12:32:13 | 6 months because of the specialization that is required |
| 24 | 12:32:20 | for their product. |
| 25 | 12:32:21 | Q.   Do they have the shadowing and the -- |

**EXHIBIT 2**

| | | |
|---|---|---|
| 1 | 12:32:25 | A.   Certain -- |
| 2 | 12:32:25 | Q.   -- other three things we talked about? |
| 3 | 12:32:27 | A.   Yes.  I would say their peer-led or classroom |
| 4 | 12:32:31 | led is a higher percentage than the other groups, and |
| 5 | 12:32:36 | they were work in the testing and the monitoring of your |
| 6 | 12:32:40 | progress through the 6-month education. |
| 7 | 12:32:42 | Q.   And what about Eagle? |
| 8 | 12:32:43 | A.   I honestly don't know how -- if the learning |
| 9 | 12:32:49 | management system has been tailored to Eagle.  I don't |
| 10 | 12:32:54 | know the answer to that. |
| 11 | 12:32:55 | Q.   Do they still have the three levels of training |
| 12 | 12:32:58 | or the three areas of training, I should say? |
| 13 | 12:33:00 | A.   I'm 90 percent sure that they follow the peer |
| 14 | 12:33:06 | group, the self-study, and the shadowing.  I don't know |
| 15 | 12:33:09 | the percentage weight on what's the most important in |
| 16 | 12:33:14 | their group. |
| 17 | 12:33:14 | Q.   Do you know how many days? |
| 18 | 12:33:15 | A.   I can't recall.  I want to say their tax -- |
| 19 | 12:33:26 | their component is much longer than their content |
| 20 | 12:33:29 | manager -- the tax product is much larger and the days to |
| 21 | 12:33:32 | bring on a new hire would be longer than the content |
| 22 | 12:33:35 | management component of what they do. |
| 23 | 12:33:36 | Q.   So you don't know how many days? |
| 24 | 12:33:38 | A.   Not -- not specifically by group. |
| 25 | 12:33:40 | Q.   What about Fundbalance? |

**EXHIBIT 2**

| | | |
|---|---|---|
| 1 | 12:33:41 | A.   Not really.  Again, that product is sort of in |
| 2 | 12:33:49 | maintenance mode.  So there's not really a lot of hiring |
| 3 | 12:33:52 | and training per se going on. |
| 4 | 12:33:54 | Q.   There may not be now.  When there was in the |
| 5 | 12:33:57 | past, or any time after -- |
| 6 | 12:33:59 | A.   I wouldn't know -- I wouldn't recall from the |
| 7 | 12:34:02 | past -- |
| 8 | 12:34:03 | Q.   Okay. |
| 9 | 12:34:04 | A.   -- what they went through. |
| 10 | 12:34:05 | Q.   What about EDP? |
| 11 | 12:34:06 | A.   EDP I would say is in the middle.  They have a |
| 12 | 12:34:14 | department that conducts training that they do sell back |
| 13 | 12:34:18 | to clients.  They have a training coordinator as part of |
| 14 | 12:34:23 | that -- as part of that business unit.  They -- that |
| 15 | 12:34:30 | business unit actually trains other Tyler divisions on |
| 16 | 12:34:35 | general items such as Word, Excel.  So they have the |
| 17 | 12:34:40 | luxury of that department.  I'm drawing a blank on what |
| 18 | 12:34:47 | percentage of time they go through that versus the |
| 19 | 12:34:49 | self-study.  All have a self-study component. |
| 20 | 12:34:52 | Q.   And all have a shadow component and all -- |
| 21 | 12:34:54 | A.   All have a shadow component. |
| 22 | 12:34:56 | Q.   Okay.  Got you.  And all have some peer-led |
| 23 | 12:34:59 | component, although some may be more formal than others? |
| 24 | 12:35:02 | A.   That's correct. |
| 25 | 12:35:02 | Q.   Gotcha.  Okay.  And how many days on EDP? |

**EXHIBIT 2**

```
1    12:35:04        A    April, I'm drawing a blank.  They have two

2    12:35:13    product lines.  They have the financial payroll, and then

3    12:35:16    they have the student.  The financial payroll is probably

4    12:35:19    shorter.  Maybe 60 days.  The student, maybe longer,

5    12:35:23    120 days, but I'm drawing a blank on the specific number

6    12:35:25    of days because of the two different product lines that

7    12:35:29    they had.

8    12:35:30        Q.   Okay.

9    12:35:30        MR. McKEEBY:  If it's important to you, we could

10   12:35:32    leave blanks in the deposition and get that information

11   12:35:34    if it's available.

12   12:35:35    BY MS. RAY:

13   12:35:35        Q.   Okay.  I can do that.  Now, you're also here to

14   12:35:40    testify about the criteria that was used to evaluate the

15   12:35:43    performance of the implementation specialists; are you

16   12:35:46    not?

17   12:35:46        A.   That's correct.

18   12:35:47        Q.   What testimony do you anticipate giving at

19   12:35:51    trial or to the judge about that particular area?

20   12:35:55        MR. McKEEBY:  Well, I object to the form of the

21   12:35:57    question.  You --

22   12:36:01        MS. RAY:  Let me ask it better.

23   12:36:03        MR. McKEEBY:  Thank you.

24   12:36:04    BY MS. RAY:

25   12:36:04        Q.   Do you know what criteria was used to evaluate
```

**EXHIBIT 2**

Page 147

```
 1   12:36:11   their performance?
 2   12:36:13        A.   Based on the discussions I had with the folks
 3   12:36:19   in preparation, yes.
 4   12:36:20        Q.   Okay.  And what is your knowledge of that
 5   12:36:26   criteria to be?
 6   12:36:27        A.   Tyler HR has a set of standards, if you will,
 7   12:36:36   in terms of written documentation on is the employee
 8   12:36:42   accountable, and I'd call it standard review form.  The
 9   12:36:51   manager -- across the board everyone I talked to said
10   12:36:57   that when they're determining the evaluation criteria,
11   12:37:01   it's based upon feedback from clients and feedback from
12   12:37:05   peers.
13   12:37:07        Q.   Okay.  So is there one standard review form
14   12:37:12   that's used for all of the implementation specialists?
15   12:37:16        A.   There is now.  Again, Tyler acquired these
16   12:37:20   organizations, and they may have had --
17   12:37:22        Q.   Some of their own?
18   12:37:23        A.   -- varying forms.  They've evolved to a Tyler
19   12:37:27   standard.
20   12:37:27        Q.   Okay.  And when did they evolve to the Tyler
21   12:37:31   standard?
22   12:37:31        A.   Over the past 4 or 5 years, and it's constantly
23   12:37:38   evolving.  I don't want to -- I think that process is
24   12:37:42   never ending.  I think that's an iterative process to
25   12:37:46   improve evaluations; but to get everyone consistent
```

**EXHIBIT 2**

| | | |
|---|---|---|
| 1 | 12:37:49 | started when Tyler went to a, you know, a corporate HR |
| 2 | 12:37:54 | level, which was I think 3 or 4, 5 years ago. |
| 3 | 12:37:57 | Q.   Are there specific areas in which the |
| 4 | 12:38:01 | implementation specialists are graded, for lack of a |
| 5 | 12:38:04 | better term? |
| 6 | 12:38:07 | A.   Well, I should say implementation specialists |
| 7 | 12:38:15 | and all employees are graded on general terms: |
| 8 | 12:38:18 | Accountability, professionalism, cooperation, timeliness. |
| 9 | 12:38:28 | And then when I talked about client feedback, are they |
| 10 | 12:38:35 | able -- now you're talking about implementation |
| 11 | 12:38:38 | consultants.  Are they able to work with the client to |
| 12 | 12:38:41 | achieve our overall objectives, go-live, go-live |
| 13 | 12:38:44 | successfully. |
| 14 | 12:38:44 | Q.   Anything within that criteria that gets more |
| 15 | 12:38:57 | specific; in other words, evaluating their -- oh, I don't |
| 16 | 12:39:01 | know.  I know promptness is a bad word because that's |
| 17 | 12:39:06 | really a general one, but do you follow what I'm saying? |
| 18 | 12:39:09 | A.   The -- I would -- based upon the discussions I |
| 19 | 12:39:11 | had with people, I -- it was very informal, meaning no |
| 20 | 12:39:17 | criteria, no process to follow with the exception of Eden |
| 21 | 12:39:21 | who did, does, utilize client -- client questionnaires to |
| 22 | 12:39:29 | obtain client feedback and some monitoring of |
| 23 | 12:39:41 | implementors at client sites, on-site peer review.  They |
| 24 | 12:39:45 | were the most formal.  The others were informal. |
| 25 | 12:39:51 | Q.   Okay.  And when you say informal, the -- you |

**EXHIBIT 2**

| | | |
|---|---|---|
| 1 | word, is spent for conversion or training or go-live or | 12:22:23 |
| 2 | support? | 12:22:28 |
| 3 |     A.   Not to that level of detail.  Typically the | 12:22:30 |
| 4 | contracts will have modules.  General ledger is a module. | 12:22:38 |
| 5 | Payroll is a module.  And then the modules have a pool of | 12:22:43 |
| 6 | days associated with them.  The general ledger may have | 12:22:49 |
| 7 | 10 days.  And in the proposal, it lists the 10 days as a | 12:22:52 |
| 8 | pool.  It doesn't say of the 10 days how many are | 12:23:00 |
| 9 | allocated to each individual.  All the tasks that are | 12:23:04 |
| 10 | assigned to a particular project.  So when they get the | 12:23:09 |
| 11 | billing record, it marries up with the proposal.  So | 12:23:11 |
| 12 | 10 days of general ledger were delivered, and within that | 12:23:16 |
| 13 | 10 days, there were all the various functions that went | 12:23:20 |
| 14 | on.  So it doesn't specify. | 12:23:23 |
| 15 |     Q.   So it would say 10 days general ledger, but it | 12:23:25 |
| 16 | wouldn't talk about training or it wouldn't talk about | 12:23:30 |
| 17 | configuration?  It would just be we were implementing | 12:23:33 |
| 18 | general ledger basically? | 12:23:37 |
| 19 |     A.   Yeah.  Yes. | 12:23:38 |
| 20 |     Q.   Okay.  Does it show anything else or any other | 12:23:39 |
| 21 | breakdowns as it pertains to time that the implementation | 12:23:47 |
| 22 | specialist would spend working on billable hours? | 12:23:52 |
| 23 |     A.   Not in -- I'm trying to think.  There is a | 12:23:59 |
| 24 | comment -- there is a comments section that may or may | 12:24:06 |
| 25 | not be utilized by whoever is entering the bill into the | 12:24:11 |

137

**EXHIBIT 2**

| | | |
|---|---|---|
| 1 | accounting system.  So I've seen records where it will | 12:24:14 |
| 2 | say employee A was on site three days.  So they might | 12:24:18 |
| 3 | know who they're being charged for, but the comment is | 12:24:23 |
| 4 | like a line.  So general ledger 3 days, accounts payable | 12:24:29 |
| 5 | 1 day and maybe the person's name but -- | 12:24:35 |
| 6 |     Q.   Do they use employee numbers or anything like | 12:24:39 |
| 7 | that? | 12:24:41 |
| 8 |     A.   Well, internal.  I'm thinking the external. | 12:24:41 |
| 9 | You mentioned the client billing records.  I've seen in | 12:24:47 |
| 10 | the comments where they tend to put name.  It's easier | 12:24:49 |
| 11 | for the client. | 12:24:53 |
| 12 |     Q.   Okay. | 12:24:54 |
| 13 |     A.   And that's not a standard every single invoice | 12:24:55 |
| 14 | would have that.  It's where they have that information | 12:24:58 |
| 15 | however it was presented to them. | 12:25:01 |
| 16 |     Q.   Can you look at those billing records and be | 12:25:02 |
| 17 | able to tell how much time an implementation specialist | 12:25:05 |
| 18 | spent on billable hours for any given client, or | 12:25:09 |
| 19 | implementation is probably a better word? | 12:25:16 |
| 20 |     A.   Well, they're only being charged the billable | 12:25:22 |
| 21 | time.  So the billing record is just for what was against | 12:25:27 |
| 22 | the contract and the proposal. | 12:25:34 |
| 23 |     Q.   I'm aware of that. | 12:25:37 |
| 24 |     A.   So, again, if I had purchased the general | 12:25:37 |
| 25 | ledger module and purchased a pool of 10 days, I'm | 12:25:41 |

**EXHIBIT 2**

| | | |
|---|---|---|
| 1 | drawing down that pool.  So the billing record would say | 12:25:45 |
| 2 | you've drawn 2 days against the pool. | 12:25:47 |
| 3 | Q.   Okay. | 12:25:50 |
| 4 | A.   And you have -- well, it doesn't say you have | 12:25:52 |
| 5 | 8 days remaining. | 12:25:54 |
| 6 | Q.   Okay.  What happens if -- let me just make sure | 12:25:55 |
| 7 | I understand this.  The implementation specialist works | 12:25:59 |
| 8 | 80 hours a week.  I'm just going to pull it out. | 12:26:05 |
| 9 | A.   Okay. | 12:26:07 |
| 10 | Q.   You know, let's just assume that for purposes | 12:26:07 |
| 11 | of this.  Submits their time records to Tyler.  My | 12:26:09 |
| 12 | understanding is that Tyler will then take those time | 12:26:12 |
| 13 | records and determine what is billable and then will | 12:26:15 |
| 14 | reduce that into billable hours that are sent to the | 12:26:19 |
| 15 | client.  Is that a correct -- | 12:26:22 |
| 16 | A.   You said. | 12:26:28 |
| 17 | Q.   -- description? | 12:26:29 |
| 18 | A.   You said 80 hours for this week? | 12:26:29 |
| 19 | Q.   Right.  Let's just say this week on an | 12:26:31 |
| 20 | implementation, on client A's implementation.  Okay? | 12:26:35 |
| 21 | He's on site for a week -- | 12:26:38 |
| 22 | A.   Uh-hmm. | 12:26:40 |
| 23 | Q.   -- traveling Sunday through Friday and working | 12:26:40 |
| 24 | a total of 80 hours.  Okay.  He turns the billing records | 12:26:44 |
| 25 | into Tyler.  Tyler then takes that information and puts | 12:26:49 |

139

**EXHIBIT 2**

```
1    it into a billing record for client A.  Correct?          12:26:53

2         A.   The incorrect component of that is the employee  12:26:56

3    may have worked 80 hours this week.  What's asked of them  12:27:04

4    is what is billable of that 80 hours.  If you were in      12:27:10

5    your room studying 5 hours, that -- that doesn't get --    12:27:14

6    you might tell your project manager, but you're only       12:27:20

7    submitting to accounting what is billable to the client.   12:27:23

8    So we don't know that they worked 80 hours that week.      12:27:28

9    What we know is what was billable.  So if you traveled on  12:27:31

10   Monday, traveled on Friday, and you had Tuesday,           12:27:34

11   Wednesday, Thursday were billable, what would come in was  12:27:37

12   3 days billable and what would go out to client is 3 days  12:27:41

13   billable.                                                  12:27:44

14        Q.   Correct, correct.  Okay.  Now, if a person       12:27:44

15   works at home or -- I mean not at home -- at the hotel     12:27:50

16   room after hours on something that is nonbillable,         12:27:54

17   obviously, that would not show up on the billing records,  12:27:58

18   correct?                                                   12:28:01

19        A.   That's correct.                                  12:28:01

20        Q.   Okay.  Do you know whether or not those show up  12:28:01

21   in any other place other than the time records that the    12:28:05

22   employees turn in?                                         12:28:08

23        A.   I don't think they even show up on the time      12:28:10

24   records that the employee turns in because they're asked   12:28:12

25   to submit billable time.                                   12:28:15
```

140

**EXHIBIT 2**

| | | |
|---|---|---|
| 1 | can correct me if I am wrong.  I'm going to make an | 12:39:55 |
| 2 | assumption.  But I'm assuming that the supervisor, you | 12:39:58 |
| 3 | know, takes the performance evaluation and goes through | 12:40:00 |
| 4 | and kind of says, yeah, they're good at this, they're, | 12:40:03 |
| 5 | you know, less good at this, they need to improve on | 12:40:06 |
| 6 | this.  You know, something along those terms. | 12:40:08 |
| 7 | A.   That's correct.  I thought the line of | 12:40:10 |
| 8 | questioning was what was the basis for that or where did | 12:40:14 |
| 9 | the data gathering come in, and that data gathering was | 12:40:16 |
| 10 | informal client feedback and informal peer discussion. | 12:40:21 |
| 11 | Q.   Okay.  And then when it comes to the supervisor | 12:40:25 |
| 12 | doing the form, it's basically supervisor discretion; is | 12:40:29 |
| 13 | that right? | 12:40:32 |
| 14 | A.   That's correct. | 12:40:32 |
| 15 | Q.   Okay.  And that's true across the lines with | 12:40:33 |
| 16 | all of the implementation specialists in terms of the | 12:40:40 |
| 17 | discretion of the supervisor to -- to actually take the | 12:40:44 |
| 18 | information that they've received and put it in a written | 12:40:48 |
| 19 | form in a performance evaluation? | 12:40:51 |
| 20 | A.   I would say that's generally accurate.  What | 12:40:53 |
| 21 | was in my mind was the supervisor could be a product | 12:40:57 |
| 22 | manager, it could be a line manager, implementation | 12:41:00 |
| 23 | manager.  So sometimes it's within an implementation job | 12:41:05 |
| 24 | title.  Sometimes it's in a project manager job title. | 12:41:07 |
| 25 | Q.   Okay.  And those performance evaluations, is | 12:41:12 |

149

**EXHIBIT 2**

| | | |
|---|---|---|
| 1 | there anyone that the project manager, line manager, | 12:41:19 |
| 2 | implementation manager deals with above them in regards | 12:41:23 |
| 3 | to those performance evaluations?  Do you understand the | 12:41:25 |
| 4 | question?  Let's say they get a bad performance | 12:41:29 |
| 5 | evaluation.  Does it go up the chain somehow?  Do you | 12:41:33 |
| 6 | follow what I'm saying? | 12:41:36 |
| 7 | A.   I -- I can speak to recent, recent being the | 12:41:36 |
| 8 | last 2 or 3 years, process where the policy at Tyler is | 12:41:48 |
| 9 | to perform the evaluation process in the similar time | 12:41:57 |
| 10 | period that salary increases are awarded.  During the | 12:42:06 |
| 11 | salary increase process, managers are asked to rank | 12:42:13 |
| 12 | employees into three groups:  Outstanding, very | 12:42:18 |
| 13 | competent, less than competent.  The designation in the | 12:42:23 |
| 14 | less-than-competent group should have a corresponding | 12:42:29 |
| 15 | evaluation that identifies why and what the measures are | 12:42:35 |
| 16 | to improve the employee standing. | 12:42:40 |
| 17 | Q.   Okay.  Are you aware of any particular traits | 12:42:43 |
| 18 | that the supervisors are looking for when they're doing | 12:42:51 |
| 19 | performance evaluations on the implementation | 12:42:55 |
| 20 | specialists? | 12:42:58 |
| 21 | A.   When I talk about client feedback and peer | 12:42:58 |
| 22 | feedback, the client feedback is very important to us, | 12:43:05 |
| 23 | and the reason I say that with regard to the question of | 12:43:14 |
| 24 | traits, you can be a product expert.  You can know the | 12:43:17 |
| 25 | product inside and out, and the client does not want you | 12:43:23 |

150

**EXHIBIT 2**

| | | |
|---|---|---|
| 1 | back on site in a billable capacity; and that's | 12:43:26 |
| 2 | disconcerting to us given you're in a role that's a | 12:43:33 |
| 3 | billable role.  If a client does not want you back even | 12:43:37 |
| 4 | though you know the product, you can articulate the | 12:43:40 |
| 5 | product very well, that's because you're missing a trait | 12:43:45 |
| 6 | of being able to deal with human interaction. | 12:43:54 |
| 7 | Q.   You can't be a jerk, in other words? | 12:43:57 |
| 8 | A.   That's one concise example. | 12:43:59 |
| 9 | Q.   I just want to cut to the chase on that one. | 12:44:03 |
| 10 | A.   We work in -- we work in the public sector and | 12:44:06 |
| 11 | political environments, and understanding how to navigate | 12:44:12 |
| 12 | that world is a skill that while it can be -- it can be | 12:44:16 |
| 13 | advised, some people excel versus others.  So we're | 12:44:24 |
| 14 | looking certainly for product skills, but we're also | 12:44:31 |
| 15 | looking for the ability to convey your product knowledge | 12:44:34 |
| 16 | in an environment where the objective is to obtain a | 12:44:41 |
| 17 | referenceable positive experience for all the client | 12:44:46 |
| 18 | users. | 12:44:49 |
| 19 | Q.   Okay. | 12:44:50 |
| 20 | A.   That's just one trait, one ability that goes | 12:44:53 |
| 21 | beyond what you would think of just purely | 12:45:03 |
| 22 | black-and-white product knowledge. | 12:45:07 |
| 23 | Q.   Okay.  I think you said earlier that Tyler has | 12:45:07 |
| 24 | moved to using a standard review form for all of its | 12:45:11 |
| 25 | employees; is that right? | 12:45:16 |

151

**EXHIBIT 2**

| | | |
|---|---|---|
| 1 | you an implementation specialist? | 08:49:15 |
| 2 | A.  You're testing my memory.  That's a difficult | 08:49:22 |
| 3 | question to answer.  When I started, the support | 08:49:26 |
| 4 | specialist and implementation specialist roles were | 08:49:29 |
| 5 | really combined.  So I would say 2 years. | 08:49:32 |
| 6 | Q.  Okay.  Was that before Tyler Technologies | 08:49:34 |
| 7 | purchased the division you were working in or after? | 08:49:38 |
| 8 | A.  Before. | 08:49:41 |
| 9 | Q.  Before.  Was that also MUNIS? | 08:49:41 |
| 10 | A.  Yes. | 08:49:44 |
| 11 | Q.  And when you became vice-president of services | 08:49:48 |
| 12 | in MUNIS, was that before or after Tyler Technologies | 08:49:51 |
| 13 | purchased your division? | 08:49:54 |
| 14 | A.  Did you say vice-president of services? | 08:50:01 |
| 15 | Q.  I think I did, and I may have written it down | 08:50:04 |
| 16 | incorrectly and I apologize. | 08:50:07 |
| 17 | A.  That's okay.  I believe that was after Tyler | 08:50:08 |
| 18 | had acquired us. | 08:50:11 |
| 19 | Q.  Okay.  Do you recall the date when Tyler | 08:50:12 |
| 20 | acquired MUNIS? | 08:50:15 |
| 21 | A.  Not the specific date.  On or around 1999, in | 08:50:17 |
| 22 | 1999. | 08:50:22 |
| 23 | Q.  Right.  And that's fine.  And when did you | 08:50:22 |
| 24 | become president of Schools? | 08:50:26 |
| 25 | A.  January of this year. | 08:50:28 |

**EXHIBIT 2**

| | | |
|---|---|---|
| 1 | Q.   Okay.  Now, I'm going to go back just a little | 08:50:31 |
| 2 | bit.  You said -- to the documents that you reviewed, the | 08:50:43 |
| 3 | job descriptions, the evaluations, the time sheets, and | 08:50:47 |
| 4 | the notice.  Why did you review those particular | 08:50:49 |
| 5 | documents? | 08:50:54 |
| 6 | A.   They were presented by Paulo, and I was asked | 08:50:54 |
| 7 | to review them to prepare for today. | 08:51:02 |
| 8 | Q.   Okay.  Did you review any documents on your own | 08:51:06 |
| 9 | to help you prepare for this deposition today? | 08:51:10 |
| 10 | A.   No. | 08:51:13 |
| 11 | Q.   Okay.  When you were an implementation | 08:51:15 |
| 12 | specialist and support specialist, how were those two | 08:51:27 |
| 13 | jobs combined?  What were the duties of them? | 08:51:29 |
| 14 | A.   In a small company, which we were, when I was | 08:51:32 |
| 15 | not answering phones as a support specialist, I would go | 08:51:40 |
| 16 | on site to clients to perform implementation services. | 08:51:45 |
| 17 | Q.   Okay.  And what were the implementation | 08:51:52 |
| 18 | services you performed? | 08:51:54 |
| 19 | A.   It would be a very long list.  I'll try to | 08:51:55 |
| 20 | summarize the highlights. | 08:52:04 |
| 21 | Q.   Sure. | 08:52:05 |
| 22 | A.   Analyze their -- their current business | 08:52:06 |
| 23 | practices, determine any changes to business practices, | 08:52:11 |
| 24 | configure software to adhere to those changing business | 08:52:21 |
| 25 | practices, review configuration with client, receive | 08:52:26 |

20

**EXHIBIT 2**

```
1    client acceptance, review conversion files, load         08:52:35

2    conversion files, educate senior staff and user staff on  08:52:48

3    application, assist with go-live transition, assist with   08:53:05

4    post go-live support, and those are very high level.  I'm  08:53:10

5    not encompassing all.                                      08:53:15

6         Q.   Would you say those were the primary duties?    08:53:17

7         A.   The primary ones I can recall.                  08:53:19

8         Q.   Okay.  And what did you have to do when you     08:53:24

9    were analyzing current business practices of a customer?   08:53:35

10        A.   A lot of question and answer, interviewing,     08:53:37

11   why -- learning why they do -- why they do what they do    08:53:46

12   in the order that they do things, what changes they would  08:53:51

13   like to make.  In summary, a lot of interviewing.          08:53:55

14        Q.   And what is the purpose of that interviewing?   08:53:58

15   I know it's to find out what they're doing, but I          08:54:01

16   understand the surface purpose.  But what was the purpose  08:54:04

17   for you as an implementation specialist?                   08:54:06

18        A.   Primarily to see if there were any business     08:54:12

19   changes that the client would like to undertake.           08:54:14

20        Q.   Okay.  And what software module were you        08:54:16

21   implementing?                                              08:54:22

22        A.   MUNIS.                                           08:54:23

23        Q.   Okay.  And was it -- what particular part of    08:54:23

24   MUNIS?  Anything specific?                                 08:54:28

25        A.   All.                                             08:54:30
```

21

**EXHIBIT 2**

| | | |
|---|---|---|
| 1 | can correct me if I am wrong.  I'm going to make an | 12:39:55 |
| 2 | assumption.  But I'm assuming that the supervisor, you | 12:39:58 |
| 3 | know, takes the performance evaluation and goes through | 12:40:00 |
| 4 | and kind of says, yeah, they're good at this, they're, | 12:40:03 |
| 5 | you know, less good at this, they need to improve on | 12:40:06 |
| 6 | this.  You know, something along those terms. | 12:40:08 |
| 7 | A.  That's correct.  I thought the line of | 12:40:10 |
| 8 | questioning was what was the basis for that or where did | 12:40:14 |
| 9 | the data gathering come in, and that data gathering was | 12:40:16 |
| 10 | informal client feedback and informal peer discussion. | 12:40:21 |
| 11 | Q.  Okay.  And then when it comes to the supervisor | 12:40:25 |
| 12 | doing the form, it's basically supervisor discretion; is | 12:40:29 |
| 13 | that right? | 12:40:32 |
| 14 | A.  That's correct. | 12:40:32 |
| 15 | Q.  Okay.  And that's true across the lines with | 12:40:33 |
| 16 | all of the implementation specialists in terms of the | 12:40:40 |
| 17 | discretion of the supervisor to -- to actually take the | 12:40:44 |
| 18 | information that they've received and put it in a written | 12:40:48 |
| 19 | form in a performance evaluation? | 12:40:51 |
| 20 | A.  I would say that's generally accurate.  What | 12:40:53 |
| 21 | was in my mind was the supervisor could be a product | 12:40:57 |
| 22 | manager, it could be a line manager, implementation | 12:41:00 |
| 23 | manager.  So sometimes it's within an implementation job | 12:41:05 |
| 24 | title.  Sometimes it's in a project manager job title. | 12:41:07 |
| 25 | Q.  Okay.  And those performance evaluations, is | 12:41:12 |

149

**EXHIBIT 2**

```
 1    there anyone that the project manager, line manager,        12:41:19

 2    implementation manager deals with above them in regards     12:41:23

 3    to those performance evaluations?  Do you understand the    12:41:25

 4    question?  Let's say they get a bad performance             12:41:29

 5    evaluation.  Does it go up the chain somehow?  Do you       12:41:33

 6    follow what I'm saying?                                     12:41:36

 7         A.   I -- I can speak to recent, recent being the     12:41:36

 8    last 2 or 3 years, process where the policy at Tyler is     12:41:48

 9    to perform the evaluation process in the similar time       12:41:57

10    period that salary increases are awarded.  During the      12:42:06

11    salary increase process, managers are asked to rank         12:42:13

12    employees into three groups:  Outstanding, very            12:42:18

13    competent, less than competent.  The designation in the    12:42:23

14    less-than-competent group should have a corresponding      12:42:29

15    evaluation that identifies why and what the measures are    12:42:35

16    to improve the employee standing.                          12:42:40

17         Q.   Okay.  Are you aware of any particular traits    12:42:43

18    that the supervisors are looking for when they're doing    12:42:51

19    performance evaluations on the implementation              12:42:55

20    specialists?                                                12:42:58

21         A.   When I talk about client feedback and peer      12:42:58

22    feedback, the client feedback is very important to us,      12:43:05

23    and the reason I say that with regard to the question of    12:43:14

24    traits, you can be a product expert.  You can know the      12:43:17

25    product inside and out, and the client does not want you    12:43:23
```

**EXHIBIT 2**

| | | |
|---|---|---|
| 1 | back on site in a billable capacity; and that's | 12:43:26 |
| 2 | disconcerting to us given you're in a role that's a | 12:43:33 |
| 3 | billable role.  If a client does not want you back even | 12:43:37 |
| 4 | though you know the product, you can articulate the | 12:43:40 |
| 5 | product very well, that's because you're missing a trait | 12:43:45 |
| 6 | of being able to deal with human interaction. | 12:43:54 |
| 7 | Q.  You can't be a jerk, in other words? | 12:43:57 |
| 8 | A.  That's one concise example. | 12:43:59 |
| 9 | Q.  I just want to cut to the chase on that one. | 12:44:03 |
| 10 | A.  We work in -- we work in the public sector and | 12:44:06 |
| 11 | political environments, and understanding how to navigate | 12:44:12 |
| 12 | that world is a skill that while it can be -- it can be | 12:44:16 |
| 13 | advised, some people excel versus others.  So we're | 12:44:24 |
| 14 | looking certainly for product skills, but we're also | 12:44:31 |
| 15 | looking for the ability to convey your product knowledge | 12:44:34 |
| 16 | in an environment where the objective is to obtain a | 12:44:41 |
| 17 | referenceable positive experience for all the client | 12:44:46 |
| 18 | users. | 12:44:49 |
| 19 | Q.  Okay. | 12:44:50 |
| 20 | A.  That's just one trait, one ability that goes | 12:44:53 |
| 21 | beyond what you would think of just purely | 12:45:03 |
| 22 | black-and-white product knowledge. | 12:45:07 |
| 23 | Q.  Okay.  I think you said earlier that Tyler has | 12:45:07 |
| 24 | moved to using a standard review form for all of its | 12:45:11 |
| 25 | employees; is that right? | 12:45:16 |

151

**EXHIBIT 2**

```
1          A.   I stated earlier that when the divisions were        12:45:17

2    acquired, they had a review process; and while very             12:45:22

3    similar, Tyler tries to have in the HR world uniformity.        12:45:26

4    So we all have the same health insurance, we all have the      12:45:33

5    same PTO; and the evaluation process was one of those          12:45:36

6    while similar merged to something that's more uniform          12:45:39

7    across the board.                                              12:45:45

8          Q.   Right.                                              12:45:46

9          A.   So that was the effort that was underway.          12:45:46

10          Q.   So in other words, if -- let's say you've got a     12:45:49

11    -- I'm assuming project managers are reviewed, too, by         12:45:53

12    somebody?                                                      12:45:56

13          A.   That's correct.                                     12:45:57

14          Q.   So if you're looking at a project manager's         12:45:57

15    performance evaluation or a support person's evaluation        12:46:02

16    and an implementation specialist evaluation, I guess to        12:46:09

17    the janitor I suppose, but there would be specific             12:46:16

18    performance factors that are uniform for all of those          12:46:20

19    jobs?                                                          12:46:24

20          A.   If I can describe it -- if you think of a form,     12:46:25

21    and it has the first question being accountability, well,      12:46:30

22    you're going to have a comment and a score and a rating        12:46:35

23    and feedback for the individual employee; and those            12:46:38

24    comments which are coming from their managers are              12:46:42

25    specific to the job that they're in.  So while it's a          12:46:45
```

152

**EXHIBIT 2**