Kelly Hampton - 6/3/10

1

```
1        IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF TEXAS
2                 MARSHALL DIVISION

3   PATTY BEALL, MATTHEW        )
    MAXWELL, TALINA MCELHANY    )
4   AND KELLY HAMPTON,          )
    INDIVIDUALLY AND ON BEHALF  )
5   OF ALL OTHER SIMILARLY      )
    SITUATED,                   )
6                               )
            Plaintiffs,  )  2:08-CV-422 TJW
7                               )
    VS.                         )
8                               )
    TYLER TECHNOLOGIES, INC.    )
9   AND EDP ENTERPRISES, INC.,  )
                                )
10          Defendants.   )

11      ------------------------------------

12              ORAL DEPOSITION OF

13                KELLY HAMPTON

14                 JUNE 3, 2010

15      ------------------------------------

16

17       ORAL DEPOSITION OF KELLY HAMPTON, produced as a

18   witness at the instance of the DEFENDANTS, and duly

19   sworn, was taken in the above-styled and -numbered cause

20   on June 3, 2010, from 10:54 a.m. to 1:36 p.m., before

21   Crystal Greer, CSR in and for the State of Texas,

22   reported by machine shorthand, at the law offices of

23   Sloan, Bagley, Hatcher & Perry Law Firm, 101 East Whaley

24   Street, Longview, Texas, 75601, pursuant to the Federal

25   Rules of Civil Procedure.
```

Osteen Reporting Services  (817) 498-9990

**EXHIBIT 7**

Kelly Hampton - 6/3/10

2

1            A P P E A R A N C E S

2

3   FOR THE PLAINTIFFS:

4       MS. LAUREEN F. BAGLEY
        SLOAN, BAGLEY, HATCHER & PERRY LAW FIRM
5       101 EAST WHALEY STREET
        LONGVIEW, TEXAS 75601
6       (903) 757-7000

7

8   FOR THE DEFENDANTS:

9       MR. PAULO B. MCKEEBY
        MORGAN LEWIS
10      1717 MAIN STREET
        SUITE 3200
11      DALLAS, TEXAS 75201
        (214) 466-4000

12

13

14

15

16

17

18

19

20            REPORTER'S NOTE

21       Uh-huh = Yes - Affirmative response

22       Huh-uh = No - Negative response

23   Quotation marks are used for clarity and do not
        necessarily indicate a direct quote.

24

25

**EXHIBIT 7**

Kelly Hampton - 6/3/10

3

1                    INDEX

2                     PAGE

3   Appearances........................................... 02

4   KELLY HAMPTON
        Examination by Mr. McKeeby..................... 04
5       Examination by Ms. Bagley..................... 117
        Examination by Mr. McKeeby.................... 119
6
    Signature and Changes............................. 121
7
    Reporter's Certificate.............................. 123
8

9

10                  EXHIBITS

11  NO.  DESCRIPTION                        PAGE

12  1    Kelly Hampton's resume........................ 06
    2    Kelly Hampton's time sheets from EDP........... 19
13  3    Kelly Hampton's Declaration.................... 24
    4    Company job description for client liaison..... 111
14  5    Kelly Hampton's letter of resignation.......... 115

15

16

17        REQUESTED DOCUMENTS/INFORMATION

18  NO.  DESCRIPTION                        PAGE

19  1    Name of EDP's administrative secretary when
         Ms. Hampton was employed...................... 20
20

21

22

23

24

25

**EXHIBIT 7**

Kelly Hampton - 6/3/10

8

1      A. Salary.

2      Q. And has that always been the case since you've

3   been employed by the West Rusk County School District?

4      A. Yes, sir.

5      Q. To whom do you report at your current employer?

6      A. The superintendent.

7      Q. Who is that person?

8      A. Tommy Alexander.

9      Q. And has he been your supervisor throughout the

10   tenure of your employment at the West Rusk County School

11   District?

12      A. No, sir.

13      Q. There have been different superintendents?

14      A. Yes, sir.

15      Q. How long has Mr. Alexander been the

16   superintendent?

17      A. Since November.

18      Q. Who was it before Mr. Alexander?

19      A. Mike King.

20      Q. And your tenure of employment with the West

21   Rusk County School District is what?  You started in

22   2007?

23      A. Yes, sir, October of 2007.

24      Q. And prior to that time, you were employed by

25   Tyler Technologies?

**EXHIBIT 7**

Kelly Hampton - 6/3/10

9

1     A. Yes, sir.

2     Q. And just for purposes of the deposition and

3  that we're on the same page, Tyler Technologies, do you

4  understand, took -- acquired a company called EDP

5  Enterprises?

6     A. Correct.

7     Q. And so previous to that corporate acquisition,

8  you were employed by EDP Enterprises, correct?

9     A. Yes, sir.

10    Q. And you were employed by EDP Enterprises from

11 -- beginning in 2004?

12    A. Yes, sir, March of 2004.

13    Q. Okay. How -- and I understand that you

14 would've only been employed after the Tyler acquisition

15 for a month or so?

16    A. Right.

17    Q. Did your job change at all during that month

18 after the Tyler acquisition in the fall of 2007?

19        MS. BAGLEY: Object to the form.

20        You can go ahead and answer. I'm just

21 preserving the objection for the record.

22        THE WITNESS: Okay.

23    A. The job title changed, but the job duties did

24 not.

25    Q. (By Mr. McKeeby) The job title -- let me make

Osteen Reporting Services  (817) 498-9990

**EXHIBIT 7**

Kelly Hampton - 6/3/10

10

1  sure I understand correctly -- changed from client

2  liaison to implementation specialist?

3      A.  Yes, sir.

4      Q.  And how were you made aware of the change in

5  the job title?

6      A.  The implementation manager informed us that our

7  title would change --

8      Q.  And --

9      A.  -- to be consistent with the other Tyler

10  Technology divisions.

11      Q.  Okay.  Consistent with the way they called that

12  position?

13      A.  Yes, sir.

14      Q.  And who was the implementation manager that you

15  mentioned?

16      A.  Chandra Robins.  C-H-A-N-D-R-A; Robins,

17  R-O-B-I-N-S.

18      Q.  And was Ms. Robins your supervisor at the time?

19      A.  Yes, sir.

20      Q.  And was she always your supervisor during the

21  tenure of your employment with EDP and then Tyler?

22      A.  We actually started on the same day.  When I --

23  she became my supervisor within the first year.

24      Q.  I understand that you have produced time

25  records in this case?

**EXHIBIT 7**

Kelly Hampton - 6/3/10

11

1    A.  Yes, sir.

2    Q.  Was there anything about how you completed

3    those time records that changed after the Tyler

4    acquisition in the fall of 2007?

5    A.  It was my understanding that they didn't

6    require time sheets.

7    Q.  Okay.  So "they" being Tyler?

8    A.  Tyler, yes.  I'm sorry.

9    Q.  So do I understand from that that you,

10   specifically in your job for that month or so while you

11   were in Longview working for, now, at that point, Tyler

12   Technologies -- did you no longer keep time sheets

13   during that, roughly, month period?

14   A.  I believe that's correct.

15   Q.  We have them here.  And so we'll go over

16   them in a second --

17   A.  Okay.

18   Q.  -- to confirm that, if we need to.

19   A.  It's been a long time.

20   Q.  Yeah.  I understand that.

21       Do you recall any -- now, you said your

22   understanding was that Tyler didn't require time sheets.

23   Are you recalling some specific instruction that you

24   received or a memorandum or something like that that

25   would lead you to make that statement?

**EXHIBIT 7**

Kelly Hampton - 6/3/10

12

1     A. I recall that being a question in a staff

2  meeting because time accounting wasn't something that

3  anyone enjoyed doing.  I recall someone asking if we had

4  to continue with the time accounting, and we were told

5  no.

6     Q. Okay.  And this was in a staff meeting?

7     A. Correct.

8     Q. And when you say a "staff meeting," who

9  would've been at that staff meeting?

10    A. That would've been the EDPRO implementation

11 department.

12    Q. And "EDPRO" is the name of the software?

13    A. Correct.

14    Q. And that's -- the "ED" part of that stands for

15 "education"?

16    A. Correct.

17    Q. And that's distinct from like financial

18 software?

19    A. At that -- when I went to work for EDP, it was

20 all school financial software.  But they had a COBOL

21 based software, and then they had a Windows based

22 software.  And we were more or less segregated.

23    Q. Okay.

24    A. The EDPRO department worked downtown.  The

25 other software departments worked on Collins Circle.

Osteen Reporting Services  (817) 498-9990

**EXHIBIT 7**

Kelly Hampton - 6/3/10

13

1      Q.  Okay.  So was the EDPRO software, was that

2   Windows based or --

3      A.  Correct.

4      Q.  Okay.  So who were the other EDPRO implementers

5   that were in this -- would've been in this staff meeting

6   at that time?

7      A.  Richard Fritz, Chandra Robins, Talina McElhany,

8   Delana Offord.  Now I've got to really rack my brain.

9   There would've been support personnel.  And at this

10   time, I don't remember which ones were still working

11   there at that time.

12      Q.  Okay.  Was this just a regular staff meeting

13   that occurred?

14      A.  Yes, sir.  We had one weekly.

15      Q.  And was it Ms. Robins that told the group that

16   they would no longer have to keep their time?

17      A.  I believe it was Mr. Fritz.

18      Q.  What was his position?

19      A.  He was actually considered a vice president.

20      Q.  Would he have been above or below Ms. Robins in

21   terms --

22      A.  Above.

23      Q.  -- of the company hierarchy?  Above?

24      A.  Yes, sir, above.

25      Q.  Did Ms. Robins report to Mr. Fritz?

**EXHIBIT 7**

Kelly Hampton - 6/3/10

32

1      A.  Correct, some of that time would've been

2  reflected.

3      Q.  Okay.  Now, you're slipping up a little bit in

4  terms of talking over me.  So if you'd please wait until

5  I'm finished, if you would.  Thank you.  And I'll try to

6  do the same.

7          All right.  Okay.  The travel that you did,

8  did that change from the time that you were a trainer to

9  a client liaison?

10      A.  Yes, sir.  It was less.

11      Q.  You did less travel as a client liaison?

12      A.  Yes, sir.

13      Q.  Let me make sure I understand the dates.  What

14  were the dates that you were a trainer?  If you need to

15  look at your declaration, that's fine.  I'm not sure it

16  says.

17      A.  (Witness peruses documents).

18      Q.  I'll tell you that it doesn't.  So I'm going to

19  have to ask you based on your memory.

20      A.  Oh, my.

21      Q.  And if you started work -- if you started work

22  in -- what did we agree -- March of 2004 and you left in

23  September of 2007 -- did we say September or October?

24      A.  October.

25      Q.  -- October of 2007 --

**EXHIBIT 7**

Kelly Hampton - 6/3/10

33

1        MS. BAGLEY:  If you can remember when you

2   switched to client liaison, that's probably really the

3   only -- and we can figure out the rest from there.

4        Q.  (By Mr. McKeeby) Yeah.  When did you switch to

5   client liaison?  That's --

6        MR. MCKEEBY:  Thank you, Laureen.

7        A.  I'm going to say approximately a year before I

8   left.

9        Q.  (By Mr. McKeeby) Okay.  So let's say probably

10  around the fall of 2006?

11       A.  Correct.

12       Q.  Okay.  And was that a promotion?

13       A.  No, sir.

14       Q.  What was the occasion for you being moved from

15  a trainer to a client liaison?  Do you want me to ask a

16  better question?

17       A.  Correct, please.

18       Q.  How were you informed that you were moving to

19  that position or were -- well, let me ask you that that

20  way.  Maybe that will help.

21       A.  There was a position available.

22       Q.  Did you apply for the position?

23       A.  I don't think I had to actually fill out an

24  application.  But I expressed an interest --

25       Q.  Expressed an interest.

**EXHIBIT 7**

Kelly Hampton - 6/3/10

34

1     A. -- in the open position as client liaison.  I

2  was very interested in being involved in verifying the

3  data, the number crunching of it.

4     Q. And to whom did you express that interest?

5     A. Chandra Robins and Richard Fritz.

6     Q. Did someone leave the client liaison position,

7  then it became opened?

8     A. Correct.

9     Q. Do you remember who that was?

10    A. Lisa White.

11    Q. Okay.

12    A. That might help with determining when I became

13  a client liaison.

14    Q. Okay.  Well, Laureen and I can go back and

15  figure that out.

16        All right.  So you told Chandra and Richard

17  that you were interested in moving into that role?

18    A. Correct.

19    Q. And they moved you into that role?

20    A. Yes, sir.

21    Q. Did you have to go through any training before

22  you did that?

23    A. No, sir.

24    Q. I mean did you go into any -- did you do -- did

25  you have to be retrained to do the client liaison

**EXHIBIT 7**

Kelly Hampton - 6/3/10

35

1    position?

2         A.  No, sir.

3         Q.  Were some of the duties of the client liaison

4    position the same as the trainer duties?

5         A.  Yes, sir.

6         Q.  But there were some duties that were different?

7         A.  Correct.

8         Q.  And that required less travel?

9         A.  Yes, sir.

10        Q.  Did it require any travel?

11        A.  Yes, sir, to additional -- I meant -- I'm sorry

12   -- to the planning meeting as far as the initial

13   planning with the school district.

14        Q.  Okay.  But is it fair to say as a client

15   liaison, you did not do any of the customer training

16   that I assume that you did as a trainer?

17        A.  I did a little bit.

18        Q.  But less?

19        A.  But -- yes, definitely less.

20        Q.  And as a client liaison, you were not at the

21   customer's facility when they transitioned and went live

22   with EDP software?

23        A.  Correct.

24        Q.  But as a trainer, you were there?

25        A.  Yes, sir.

**EXHIBIT 7**

Kelly Hampton - 6/3/10

36

1      Q.  What was it about the client liaison position

2   that made you interested enough to express the interest

3   that you did to Ms. Robins and Mr. Fritz?

4      A.  I have accounting experience, and I'm very

5   interested in numbers and data verification.  And that

6   interested me, making sure that all of the data was

7   accurate.

8      Q.  And when you talk about the "data," you're

9   still talking about the data that's part of the

10  conversion from the customer's previous systems to the

11  EDPRO system?

12     A.  Yes, sir.

13     Q.  And only the EDPRO system?  That's the only one

14  you worked with?

15     A.  Yes, sir.

16     Q.  The work that you did at home that you

17  described where you would study updates to the software

18  or updates to the manual, how often would you estimate

19  that occurred; once a month, once every two months, more

20  than that?

21     A.  Is the question how often would I take work

22  home?

23     Q.  Yes.

24     A.  I would say three to four times a month.

25     Q.  And when would you do it; on the weekends?

**EXHIBIT 7**

Kelly Hampton - 6/3/10

74

1  you know, your job.

2      A.  Okay.

3      Q.  So don't be afraid of not being too technical

4  with me.  But what -- when you say converting the

5  customer's data, what does that mean?

6      A.  Gathering data from the customer, requesting --

7  more or less being a go-between between the programmers

8  and the customer.

9      Q.  Okay.  And --

10      A.  Very similar to the client liaison position.

11      Q.  At least with respect to that function?

12      A.  Correct.

13      Q.  Okay.  So what type of data would you be

14  gathering from the customer?

15      A.  The account numbers that they currently used,

16  the number of bank accounts that they operated, their --

17  all of their vendor information.  And I'm just speaking

18  for the finance application.

19      Q.  Right.

20      A.  There were lots of other aspects as far as the

21  human resource information.

22      Q.  Were you involved in getting that information

23  as well?

24      A.  No, sir.  I would also help gather their budget

25  information, fixed assets.  **EXHIBIT 7**

Kelly Hampton - 6/3/10

75

1      Q.  And obviously, this process of gathering the

2   data from the customer occurred after the customer had

3   made the decision to move from its existing software to

4   EDPRO?

5      A.  Yes, sir.

6      Q.  And --

7      A.  Can I mention another -- another --

8      Q.  Yes.

9      A.  -- aspect would be to set up -- the trainers

10   would set up all of the users that the district would

11   have using the software.

12      Q.  Okay.  That's a function that's a little bit

13   different from just gathering the data?

14      A.  Correct.

15      Q.  But that's part of the conversion process?

16      A.  Correct.  And configuration, setting up new

17   users.

18      Q.  When you use the term "configuration," is that

19   synonymous with setting up new users --

20      A.  Yes, sir.

21      Q.  -- or is that different?

22      A.  It's synonymous with setting up all of the

23   general parameters that would need to be in place.

24      Q.  Okay.  All right.  So let's talk about

25   gathering the data from the customer.  How would you go

EXHIBIT 7

Kelly Hampton - 6/3/10

76

1   about doing that?  Would you sit down with the customer

2   and talk about the different types of information and

3   how they stored information and communicated data?

4       A.  That would be communicated through the client

5   liaisons and the project manager during the conversion

6   planning meeting.  And then we, as trainers, would also

7   be in contact via telephone or e-mail --

8       Q.  Okay.

9       A.  -- with information that we would need to set

10  up parameters.

11      Q.  Okay.  I want to focus on your job as a

12  trainer --

13      A.  Okay.

14      Q.  -- and what you did to gather the information,

15  which you -- this -- you talked about the conversion

16  planning meeting.  I take it as a trainer, you wouldn't

17  attend that?

18      A.  Correct.

19      Q.  But you would later on as a client liaison?

20      A.  Correct.

21      Q.  Okay.  Now, as a trainer, your role in

22  gathering data from the customer was what?

23      A.  Over the telephone --

24      Q.  Okay.

25      A.  -- or via e-mail.   **EXHIBIT 7**

Kelly Hampton - 6/3/10

77

1       Q.  And would this be like during one -- who would

2   you typically be speaking to at the customer, an IT

3   person or --

4       A.  The business manager at the district.

5       Q.  And how did you know what -- I take it some of

6   the information gathering had been done at the

7   conversion planning stage?

8       A.  Yes, sir.

9       Q.  By the client liaison and the project manager?

10      A.  Yes, sir.

11      Q.  And how did you know what additional

12  information you needed to gather from the customer over

13  the telephone or via e-mail?

14      A.  We had a checklist.

15      Q.  Okay.  And was that a checklist specific to the

16  particular job or was that something that was used for

17  all conversions?

18      A.  For all conversions.

19          MS. BAGLEY:  Object to the form.

20      Q.  (By Mr. McKeeby) And so no one gave you like,

21  for example -- I'm trying to think of one that you --

22  like White Oak, no one gave you a checklist for White

23  Oak and said, "Here, use this one"?  You knew which one

24  to use from your previous experience?

25      A.  Correct.  It was known as a conversion

**EXHIBIT 7**

Kelly Hampton - 6/3/10

78

1    checklist.

2        Q.  How -- was it a two-page document, one-page

3    document?

4        A.  I don't recall.  It was more than two pages.

5        Q.  So was this then one telephone meeting that you

6    would have with the business manager where you would go

7    through this checklist of information to get the -- to

8    gather the information?

9        A.  If the business manager could give us all of

10   that information in one call, yes.  There would be times

11   the business manager might redirect us to the person

12   that handled their accounts payable or --

13       Q.  Whatever particular example?

14       A.  Exactly.

15       Q.  So when you say like budget information, what

16   do you mean?  What are you asking the customer for when

17   you say you're trying to get budget information?

18       A.  School districts operate on certain funds.

19   They have hundreds of account codes.  And so we would --

20   we would need to get a good idea of the structure that

21   they used so that we wouldn't load unnecessary

22   information.

23       Q.  But specifically with respect to budget

24   information --

25       A.  Uh-huh.        **EXHIBIT 7**

Kelly Hampton - 6/3/10

79

1        Q.  -- what type of questions would you be asking?

2    You know, what's the -- I mean "what's the budget for

3    pencils for this particular year" or --

4        A.  No.

5        Q.  That's too simple.

6        A.  Physically, I guess we would be asking "what

7    program intent code do you use for athletics" or --

8        Q.  What's a program intent code?

9        A.  School districts use a string of account codes

10   that's broken down by fund function, object, sub-object,

11   program intent.  It's part of their account code

12   structure.  And the state allows different program

13   intent codes that you can use, so...

14       Q.  So you needed to know what code they used for a

15   particular function like athletics?

16       A.  Correct.  And also, you can be more specific by

17   using sub-objects.  Some districts do; some districts

18   don't.  So we would have to find out specific

19   information to their district to customize their account

20   code structure.

21       Q.  And you would do that -- you would do that

22   customization by asking questions of the business

23   manager to get that type of information?

24       A.  Correct.

25           MS. BAGLEY:  Object to the form.

**EXHIBIT 7**

Kelly Hampton - 6/3/10

80

1    Q.  (By Mr. McKeeby) Okay.  Any -- was that -- have

2    we covered how you gathered information during your time

3    as a trainer through e-mail and telephone communications

4    with the business manager?

5    A.  Correct.

6    Q.  Any other way that you did it?  You didn't do

7    any of it onsite as a trainer, the information gathering

8    anyway?

9    A.  No, sir.  We would have all the information we

10   needed by the time we went onsite.

11   Q.  To do the training?

12   A.  Yes, sir.

13   Q.  Okay.  So just kind of taking a big picture,

14   when you went out to do the training -- and you said

15   sometimes you would do that individually, but more often

16   you would do it with a group?

17   A.  Yes, sir.

18   Q.  That would be after the conversion has

19   occurred?

20   A.  No, sir.  It would be after maybe a preliminary

21   pull of their data because we like to train with that

22   customer's data if possible because it looked more

23   familiar to them.

24   Q.  I see.  So --

25   A.  But it would not be the final conversion.

**EXHIBIT 7**

Kelly Hampton - 6/3/10

81

1    Q.  Okay.  Why -- and why wouldn't you wait for the

2    final conversion to do the training?

3    A.  Because we always provided the customer with

4    what we referred to as the training database, that they

5    could attend our training and then practice on more or

6    less a dummy database to get familiar with the product

7    prior to the final conversion when they would have to

8    use it daily.

9    Q.  So when you're using the term "final

10   conversion," is that the same thing as "go live"?

11   A.  Yes, sir.

12   Q.  Okay.  And so I guess throughout the process of

13   training, before the go-live date, there's additional

14   conversion that is taking place?

15   A.  Yes, sir.

16   Q.  Is that based on issues that are discovered

17   during training?

18   A.  Or issues discovered during conversion.

19   Q.  So at that point, is that the instance where

20   you would go back to the programmer with a particular

21   issue that would need to be addressed?

22   A.  Correct.

23   Q.  So further conversion would occur at that

24   point?

25   A.  Correct.          **EXHIBIT 7**

Kelly Hampton - 6/3/10

42

1     A.  Correct.

2     Q.  And would you do the totals that are on the

3  right-hand column or would the system do that

4  automatically?

5     A.  The system automatically did that.

6     Q.  Okay.  So is it fair to say that the only data

7  that you input on these time sheets is the numeric codes

8  on the left and then the number of hours in the columns

9  next to each day?

10     A.  Also the "time in" and the "time out" across

11  the top.

12     Q.  Okay.  I see that.

13     A.  I would input that data.  And also, keep in

14  mind that we were told to do this in increments of a

15  quarter hour.  So, you know, we would round up or down,

16  you know.  It's not -- you can see it's not precise; you

17  know, 7:58 to 5:02.

18     Q.  Right.  You would round up or down the time in

19  and time out entries or the amounts of time for

20  particular functions or both?

21     A.  Both.

22     Q.  And again, was that part of the training and

23  instruction that you testified to earlier?

24     A.  Correct.

25     Q.  So just by way of example -- and I don't expect

**EXHIBIT 7**

Kelly Hampton - 6/3/10

43

1    you to remember this particular week specifically.  If

2    you can, you can tell me.  But this -- when it says that

3    you were there from 8:00 to 5:00 on Tuesday, it could've

4    been 7:45 to 5:15 or it could've been 8:15 to 4:45,

5    correct?

6        A.  Correct.

7        Q.  Okay.  Now let's kind of walk through here.

8        A.  Okay.

9        Q.  And I'm going to direct you to a couple -- or

10   some of the entries that interested me.  Look at page

11   427.

12       A.  (Witness complies).

13       Q.  One of the entries there is "Training via

14   WebEx"?

15       A.  Yes, sir.

16       Q.  What does that refer to?

17       A.  That is a webinar.

18       Q.  Okay.  And is that a -- does that mean that you

19   would've attended the webinar or you would have given

20   the training?

21       A.  I would've presented.

22       Q.  And is that something that you did typically in

23   your job as -- I guess you were a trainer at this point?

24       A.  Correct.  Yes, sir, I did.

25       Q.  Was that a function that you also did typically

**EXHIBIT 7**

Kelly Hampton - 6/3/10

44

1   as a client liaison?

2      A.  No, sir.

3      Q.  Did you ever do that as a client liaison, WebEx

4   training?

5      A.  Yes, sir.

6      Q.  But just not as often?

7      A.  Not as often.

8      Q.  And when you're training via the WebEx, that

9   means you're doing a customer training?

10     A.  Correct.

11     Q.  Is that for a particular customer or a group of

12  customers on a particular topic?

13     A.  It could be an individual customer or it could

14  be a group of customers on a particular topic.

15     Q.  Okay.  So it could be either?

16     A.  Correct.

17     Q.  And when you did these training sessions, would

18  you present them by yourself or would there be other

19  employees of Tyler who would also assist in the

20  presentation --

21     A.  Both.

22     Q.  -- or both?

23     A.  Both.

24     Q.  Okay.

25          MS. BAGLEY:  Paulo, can we go off the

**EXHIBIT 7**

Kelly Hampton - 6/3/10

86

1    A.  The project manager.

2    Q.  Okay.  So you would have a sense going in of

3  the level of experience that that particular employee

4  may have had?

5    A.  Yes, sir.

6    Q.  Okay.

7    A.  Because I would be told what to take with me,

8  what manuals to take with me, that sort of thing.

9    Q.  Was there multiple manuals for each

10  application?

11    A.  There were.  There were manuals that were more

12  or less for beginners.  And there were manuals that were

13  more of a condensed version.

14    Q.  And was the training scheduled for a set amount

15  of time like from 3:00 to 4:00 in the afternoon or would

16  it just vary depending on how well the employee was

17  picking it up?

18    A.  There would normally be a scheduled time.

19  However, sometimes the district would just say "we would

20  like someone here for a couple of days."  So then that

21  would just be at the customer's discretion, what time

22  they wanted to stop for the day.  If they wanted to keep

23  going, then we would keep going.

24    Q.  But what if the employee just wasn't picking it

25  up?  Would -- I mean in that instance, would you

**EXHIBIT 7**

Kelly Hampton - 6/3/10

87

1   recommend more training or --

2       A.  After I returned to the office, I might.

3   That's --

4       Q.  Would that be a discussion you would have with

5   the business manager?

6       A.  Correct.

7       Q.  Now, the more classroom type of training that

8   involved some of these larger applications that more

9   people had to be familiar with, is it your testimony

10   that that type of training more typically would've been

11   done by more than one EDP trainer or not necessarily?

12       A.  Not necessarily.

13       Q.  Okay.  But it would've been not -- it would've

14   been one-on-one -- not have been one-on-one training in

15   the sense that there would be multiple employees

16   receiving the training?

17       A.  Correct.

18       Q.  But is the training itself the same -- I guess

19   it's different in that you're not at somebody's desk?

20       A.  Right.

21       Q.  Is it the same in the sense that you're walking

22   them through the software as you would with a one-on-one

23   training?

24       A.  Correct.

25       Q.  Okay.  So again, it's not like a power point

**EXHIBIT 7**

Kelly Hampton - 6/3/10

88

1   that you're showing, you know, "here are the different

2   functions;" you're actually in the software walking

3   through different issues?

4       A.  Right.  We would actually be in the software.

5       Q.  Okay.  All right.  The next function as a

6   trainer indicates that you would assist the client

7   liaison with verifying the customer's data after it was

8   converted.  What does that mean?  What would you do to

9   verify data after the conversion of that data, I guess?

10      A.  There would be reports that you would run in

11  the software that they were converting from.  The

12  liaison would also run the same reports in EDPRO.  And

13  we would assist in comparing the two to make sure they

14  were a match.

15      Q.  And this was work that was done back at the

16  office --

17      A.  Yes, sir.

18      Q.  -- at Longview?  And how would you -- what

19  would you do to correct the data errors?

20      A.  As --

21      Q.  What's an example of a data error, by the way,

22  before we --

23      A.  Okay.  If the -- if they had multiple bank

24  accounts and the amounts didn't all convert correctly.

25      Q.  And how would that error be detected; by either

**EXHIBIT 7**

Kelly Hampton - 6/3/10

83

1      A.  Budget, I would normally do by myself; PEIMS or

2  fixed assets because they were smaller applications.

3  And it was quite often a one-on-one training.

4      Q.  And when you say "smaller applications" and

5  "one-on-one training," does that mean that there were

6  fewer people that needed to know those applications?

7      A.  Correct.  There would generally be one person

8  at the district that would be responsible for that duty.

9      Q.  Whereas general ledger and accounts payable

10  would be functions that multiple people at the school

11  district would typically need to know?

12      A.  Yes, sir.

13      Q.  So those would be more kind of classroom

14  setting trainings?

15      A.  Yes, sir.

16      Q.  All right.  Let's talk about the fixed asset,

17  just by way of example.  And you said that was more

18  typically one-on-one?

19      A.  Correct.

20      Q.  How would you do the training?  Is this -- are

21  you at someone's desk walking them through the software?

22  Are you in a classroom setting?

23      A.  With one-on-one training, it would be at the

24  customer's desk.

25      Q.  And when you're going on a trip -- I guess it

**EXHIBIT 7**

Kelly Hampton - 6/3/10

84

1     varied as to how long you were at the customer site?

2        A.  Correct.

3        Q.  It could've been a day; it could've been

4     several days of a week?

5        A.  The customer would schedule the amount of time

6     that they wanted to take that person away from their job

7     for us to spend with them.

8        Q.  Okay.  So would you get a schedule to know when

9     you were to be meeting with a particular employee?

10       A.  Sometimes it would be in advance; sometimes it

11    would be the day before.

12       Q.  Okay.  And did you -- when you're training the

13    employee -- and again, let's go back to this one-on-one

14    example with fixed asset training -- you would be at the

15    employee's desk --

16       A.  Uh-huh.

17       Q.  -- and you would have the software loaded up

18    onto the system --

19       A.  Uh-huh.

20       Q.  -- and you're walking the employee through the

21    software?

22       A.  Correct.

23       Q.  You're not doing training in the sense of, you

24    know, educational power points where you --

25       A.  Right.            **EXHIBIT 7**

Kelly Hampton - 6/3/10

85

1    Q. -- put something on that's prepackaged?  You're

2    going through the system itself?

3    A. Correct.

4    Q. And how do you -- how do you -- are you

5    actually at the desk having the employee watch or how

6    does the training in that context work or does it vary?

7    A. It varies.  If it's -- it's based on that

8    person's knowledge of fixed assets.  If it's a new

9    employee that's never done fixed assets before, then

10   they may watch me.  And we may more or less have a

11   discussion about it prior to actually working in the

12   software.

13   Q. So --

14   A. If it's someone that's been doing fixed assets

15   for years and it's just a matter of going from one

16   software to another, then, of course, we're gonna be

17   hands-on.

18   Q. Right.  So you would have a discussion with the

19   employee before you commenced the training and got a

20   better sense of the level of the employee's knowledge

21   and expertise?

22   A. I would be told that normally ahead of time.  I

23   would be told "this is a new employee" or "this is

24   someone that's just going from one software to another."

25   Q. Okay.  And who would tell you that?

**EXHIBIT 7**

Kelly Hampton - 6/3/10

86

1    A.  The project manager.

2    Q.  Okay.  So you would have a sense going in of

3    the level of experience that that particular employee

4    may have had?

5    A.  Yes, sir.

6    Q.  Okay.

7    A.  Because I would be told what to take with me,

8    what manuals to take with me, that sort of thing.

9    Q.  Was there multiple manuals for each

10   application?

11   A.  There were.  There were manuals that were more

12   or less for beginners.  And there were manuals that were

13   more of a condensed version.

14   Q.  And was the training scheduled for a set amount

15   of time like from 3:00 to 4:00 in the afternoon or would

16   it just vary depending on how well the employee was

17   picking it up?

18   A.  There would normally be a scheduled time.

19   However, sometimes the district would just say "we would

20   like someone here for a couple of days."  So then that

21   would just be at the customer's discretion, what time

22   they wanted to stop for the day.  If they wanted to keep

23   going, then we would keep going.

24   Q.  But what if the employee just wasn't picking it

25   up?  Would -- I mean in that instance, would you

**EXHIBIT 7**

Kelly Hampton - 6/3/10

87

1   recommend more training or --

2       A.  After I returned to the office, I might.

3   That's --

4       Q.  Would that be a discussion you would have with

5   the business manager?

6       A.  Correct.

7       Q.  Now, the more classroom type of training that

8   involved some of these larger applications that more

9   people had to be familiar with, is it your testimony

10  that that type of training more typically would've been

11  done by more than one EDP trainer or not necessarily?

12      A.  Not necessarily.

13      Q.  Okay.  But it would've been not -- it would've

14  been one-on-one -- not have been one-on-one training in

15  the sense that there would be multiple employees

16  receiving the training?

17      A.  Correct.

18      Q.  But is the training itself the same -- I guess

19  it's different in that you're not at somebody's desk?

20      A.  Right.

21      Q.  Is it the same in the sense that you're walking

22  them through the software as you would with a one-on-one

23  training?

24      A.  Correct.

25      Q.  Okay.  So again, it's not like a power point

**EXHIBIT 7**

Kelly Hampton - 6/3/10

88

1    that you're showing, you know, "here are the different

2    functions;" you're actually in the software walking

3    through different issues?

4        A.  Right.  We would actually be in the software.

5        Q.  Okay.  All right.  The next function as a

6    trainer indicates that you would assist the client

7    liaison with verifying the customer's data after it was

8    converted.  What does that mean?  What would you do to

9    verify data after the conversion of that data, I guess?

10       A.  There would be reports that you would run in

11   the software that they were converting from.  The

12   liaison would also run the same reports in EDPRO.  And

13   we would assist in comparing the two to make sure they

14   were a match.

15       Q.  And this was work that was done back at the

16   office --

17       A.  Yes, sir.

18       Q.  -- at Longview?  And how would you -- what

19   would you do to correct the data errors?

20       A.  As --

21       Q.  What's an example of a data error, by the way,

22   before we --

23       A.  Okay.  If the -- if they had multiple bank

24   accounts and the amounts didn't all convert correctly.

25       Q.  And how would that error be detected; by either

**EXHIBIT 7**

Kelly Hampton - 6/3/10

89

1    you or the client liaison?

2        A.  Correct, by comparing reports.  As a trainer, I

3    would've just pointed out that error to a client liaison

4    and she would've worked to correct it or she would've

5    taken it to the programmers.

6        Q.  Okay.  So you wouldn't have worked with -- you

7    wouldn't have -- you would've just pointed the error out

8    to the client liaison and the client liaison would've

9    worked to correct the error?

10       A.  Right.  Or like I said -- or the client liaison

11   would've worked with the programmer.

12       Q.  Right.

13       A.  As a trainer, I wouldn't have corrected the

14   problem.

15       Q.  Right.  Okay.  But you would have identified

16   the problem?

17       A.  Yes.

18       Q.  And that's based on comparing reports?

19       A.  Yes, sir.

20       Q.  For example, in the bank account example that

21   you gave?

22       A.  Uh-huh.

23       Q.  Is that yes?

24       A.  Yes.

25       Q.  The second to the last sentence of this

**EXHIBIT 7**

Kelly Hampton - 6/3/10

90

1   paragraph 2 in your declaration says, "From the office,

2   I would schedule and conduct training sessions online

3   and over the telephone."  Did I read that accurately?

4      A.  Yes, sir.

5      Q.  And does that refer to the webinar training

6   that we talked about?

7      A.  Yes, sir.  The webinars would require having

8   the customers on the telephone and logged into a certain

9   website.

10      Q.  Okay.  And then the next sentence talks about

11   answering telephone calls from customers concerning

12   their use and operation of the EDPRO software.  Is that

13   what we talked about already about where customers would

14   call you during that --

15      A.  Initial phase.

16      Q.  -- initial phase?  And how long was that?  Six

17   weeks did you say?

18      A.  It varied --

19      Q.  Okay.

20      A.  -- depending on the user.

21      Q.  Okay.  So that's what you're talking about in

22   that last sentence that these telephone calls would be

23   from the customers who had been converted to the EDPRO

24   software and had questions about it, they would be

25   routed to you?                **EXHIBIT 7**

Kelly Hampton - 6/3/10

34

1      A.  -- in the open position as client liaison.  I

2  was very interested in being involved in verifying the

3  data, the number crunching of it.

4      Q.  And to whom did you express that interest?

5      A.  Chandra Robins and Richard Fritz.

6      Q.  Did someone leave the client liaison position,

7  then it became opened?

8      A.  Correct.

9      Q.  Do you remember who that was?

10     A.  Lisa White.

11     Q.  Okay.

12     A.  That might help with determining when I became

13  a client liaison.

14     Q.  Okay.  Well, Laureen and I can go back and

15  figure that out.

16          All right.  So you told Chandra and Richard

17  that you were interested in moving into that role?

18     A.  Correct.

19     Q.  And they moved you into that role?

20     A.  Yes, sir.

21     Q.  Did you have to go through any training before

22  you did that?

23     A.  No, sir.

24     Q.  I mean did you go into any -- did you do -- did

25  you have to be retrained to do the client liaison

**EXHIBIT 7**

Kelly Hampton - 6/3/10

35

1   position?

2      A.  No, sir.

3      Q.  Were some of the duties of the client liaison

4   position the same as the trainer duties?

5      A.  Yes, sir.

6      Q.  But there were some duties that were different?

7      A.  Correct.

8      Q.  And that required less travel?

9      A.  Yes, sir.

10      Q.  Did it require any travel?

11      A.  Yes, sir, to additional -- I meant -- I'm sorry

12   -- to the planning meeting as far as the initial

13   planning with the school district.

14      Q.  Okay.  But is it fair to say as a client

15   liaison, you did not do any of the customer training

16   that I assume that you did as a trainer?

17      A.  I did a little bit.

18      Q.  But less?

19      A.  But -- yes, definitely less.

20      Q.  And as a client liaison, you were not at the

21   customer's facility when they transitioned and went live

22   with EDP software?

23      A.  Correct.

24      Q.  But as a trainer, you were there?

25      A.  Yes, sir.                **EXHIBIT 7**

Kelly Hampton - 6/3/10

36

1      Q.  What was it about the client liaison position

2   that made you interested enough to express the interest

3   that you did to Ms. Robins and Mr. Fritz?

4      A.  I have accounting experience, and I'm very

5   interested in numbers and data verification.  And that

6   interested me, making sure that all of the data was

7   accurate.

8      Q.  And when you talk about the "data," you're

9   still talking about the data that's part of the

10   conversion from the customer's previous systems to the

11   EDPRO system?

12      A.  Yes, sir.

13      Q.  And only the EDPRO system?  That's the only one

14   you worked with?

15      A.  Yes, sir.

16      Q.  The work that you did at home that you

17   described where you would study updates to the software

18   or updates to the manual, how often would you estimate

19   that occurred; once a month, once every two months, more

20   than that?

21      A.  Is the question how often would I take work

22   home?

23      Q.  Yes.

24      A.  I would say three to four times a month.

25      Q.  And when would you do it; on the weekends?

**EXHIBIT 7**

Kelly Hampton - 6/3/10

97

1   in connection with this function or was this just kind

2   of an initial stage?

3       A.  It was basically just a verbal communication

4   with the programmers.

5       Q.  Okay.  So when you would come upon a particular

6   issue, discrepancy, or error when you were doing this

7   comparison, you would contact the programmer and advise

8   them of the particular issue, discrepancy, or error?

9       A.  Yes, sir.

10      Q.  Okay.  Now, do I understand it correctly that

11  the training functions that you testified to as a

12  trainer you continued to do as a client liaison but just

13  to a lesser extent?

14      A.  To a much lesser extent.

15      Q.  Okay.

16      A.  Yes, sir.  At the time, I was the only one that

17  trained fixed assets.

18      Q.  I see.

19      A.  We didn't have someone else to do that.  So if

20  a customer needed fixed assets training -- and through

21  my years of being a trainer, I developed a rapport with

22  certain customers.  So if they hired a new employee,

23  they might request that I be the one to come train them.

24      Q.  I see.  But the type of training that you would

25  do would be the same that you talked about while you

**EXHIBIT 7**

Kelly Hampton - 6/3/10

98

1    were a trainer?

2        A.  Yes, sir.

3        Q.  It was just a matter of they didn't really have

4    anybody else to do the fixed asset training?

5        A.  Yes, sir.  Or it may be another application --

6        Q.  Okay.

7        A.  -- budget or PEIMS.

8        Q.  You did it on kind of a as-needed basis?

9        A.  Yes, sir.

10       Q.  And other than the conversion planning meeting,

11   would the only occasion for you to be at the customer's

12   premises while you were a client liaison be to do this

13   periodic training?

14       A.  Yes, sir.

15       Q.  Because you wouldn't be there when they would

16   go live?

17       A.  Correct.

18       Q.  And you also wouldn't be getting the same

19   support calls that you did while you were a trainer in

20   that period?

21       A.  The support calls were shared --

22       Q.  Okay.

23       A.  -- with the client liaisons and the trainers

24   during that initial period following their going live --

25       Q.  Okay.                **EXHIBIT 7**

Kelly Hampton - 6/3/10

99

1    A.  -- on the software.

2    Q.  Okay.  It says in your declaration that "if the

3  client has a software requirement that was not provided

4  by the basic software package, I would relay the

5  necessary information about specific client needs to EDP

6  Enterprises, Inc.'s software developers and they would

7  make the necessary changes to the program."

8    A.  Uh-huh.

9    Q.  How would you identify that the client didn't

10  have a particular software requirement or that the

11  client had a requirement that was not provided for by

12  the basic software package?

13    A.  They would request it.

14    Q.  How would "they" know?

15    A.  Like for -- an example would be when I first

16  went to work there, EDPRO didn't have an application

17  specific for what's called activity accounting.

18    Q.  Uh-huh.

19    A.  It's the way the school accounts for all their

20  different activity funds.  And it was something that was

21  requested quite often.  And we would relay those

22  requests to the programmers.  And so consequently, that

23  was developed.

24    Q.  I see.  By the programmers?

25    A.  Yes, sir.                **EXHIBIT 7**