## FREEDOM COURT REPORTING

```
 1              IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF TEXAS
 2                    MARSHALL DIVISION
 3
 4    PATTY BEALL, MATTHEW
      MAXWELL, TALINA MCELHANY
 5    and KELLY HAMPTON,
      individually, and on
 6    behalf of all others
      similarly situated,
 7
          Plaintiffs,
 8
 9    vs.                    CASE NO:  2:08-cv-422 TJW
10
11    TYLER TECHNOLOGIES, INC.,
      and EDP ENTERPRISES, INC.,
12        Defendants.
13
              * * * * * * * * * * * * * * *
14
15    DEPOSITION OF:   RONALD GRIMWOOD
16    DATE TAKEN:      September 8, 2010
17    TIME:           2:05 p.m. - 4:10 p.m.
18    PLACE:          ComCenter Bradenton
                      6150 State Road 70 E
19                    Bradenton, Florida 34203
20    TAKEN BY:       The Defendants
21    REPORTED BY:    Kerry Mercade, CSR, CRI, FPR
                      Court Reporter and Notary Public
22
23
24
25
```

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 35209 877-373-3660**

**EXHIBIT 14**

# FREEDOM COURT REPORTING

```
 1                A P P E A R A N C E S

 2

     LAUREEN F. BAGLEY, ESQUIRE
 3

     OF:  Sloan, Bagley, Hatcher & Perry Law Firm
 4        101 East Whaley Street
          P.O. Drawer 2909
 5        Longview, Texas 75606
 6        APPEARING ON BEHALF OF THE PLAINTIFFS
 7

     PAULO B. MCKEEBY, ESQUIRE
 8

     OF:  Morgan, Lewis & Bockius, LLP
 9        1717 Main Street
          Suite 3200
10        Dallas, Texas 75201
11        APPEARING ON BEHALF OF THE DEFENDANTS
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**EXHIBIT 14**

# FREEDOM COURT REPORTING

1                    I N D E X

2   DEPOSITION OF RONALD GRIMWOOD              PAGE

        Direct Examination by Mr. McKeeby........4

3       Cross-Examination by Mrs. Bagley........91

4   CERTIFICATE OF OATH..........................93

    CERTIFICATE OF REPORTER......................94

5   ERRATA SHEET.................................95

    NOTIFICATION LETTER..........................96

6

7                  E X H I B I T S

8   NUMBER   DESCRIPTION                        PAGE

9   1        Résumé of Ronald Grimwood.............70

    2        Letter of Commitment..................74

10  3        2008 Performance Evaluation...........77

    4        2009 Performance Evaluation...........86

11  5        Pleadings.............................88

12

13

14              S T I P U L A T I O N S

15      It is hereby agreed and so stipulated by and

16  between the parties hereto, through their

17  respective counsel, that the reading and signing

18  of the transcript are expressly reserved by the

19  Deponent.

20

21

22

23

24

25

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 35209 877-373-3660**

**EXHIBIT 14**

# FREEDOM COURT REPORTING

1  could be a lot longer -- would be a lot longer

2  than the work order process or the fixed assets

3  process, et cetera, et cetera.

4  Q.   That depends on the program?

5  A.   It really depends on the program, right.

6  It depends on -- not only it depends on the

7  program, but it depends on how they want to revise

8  their policies and procedures.  Because that --

9  you know, when the salesman goes in there, he's

10  telling them, you know, "We can do all these great

11  things for you."

12      And they may say, "Okay.  Let's do all

13  these great things."

14      But it takes a long time to describe all

15  those great things we can do.

16  Q.   So the alternative is -- if the customer

17  says we don't want to do all those great things,

18  we want to do it just like we did before, I guess,

19  why would they purchase that software in the first

20  place?  But in that hypothetical, it would take

21  you less time?

22  A.   Yes.

23  Q.   Not to suggest my hypothetical was

24  reasonable, but I think I get it.

25      And then the duration of this phase of the

## FREEDOM COURT REPORTING

1   implementation process would also vary, depending

2   on the number of alternatives associated with the

3   particular program?  Did I understand that

4   correctly?

5       A.   The alternatives?  What do you mean?

6       Q.   Yeah.  You said that this phase involves

7   sitting down with the customer and discussing

8   alternatives in the program.  And I'm -- my

9   question is:  Were there different numbers of

10  alternatives between the different programs that

11  you've discussed, or modules that you've

12  discussed, that would result in this phase being

13  longer?

14      A.   Yes.

15      Q.   Which was the one that had the most

16  alternatives?  Or is it possible to answer that?

17      A.   The ones that I did?

18      Q.   Yes.

19      A.   Administration, probably.

20      Q.   Now, when you're sitting down with the

21  customer and explaining these alternatives, and

22  the customer is selecting which options to take,

23  are they asking for your advice, typically?

24      A.   No.  We were told not to give them any

25  advice.  We were told to lay out what the program

**EXHIBIT 14**

## FREEDOM COURT REPORTING

1  will do and here's your options.  Here's what you

2  told us you wanted your policy to be.  Here are

3  the three or four options that you have based on

4  what your supervisor said your policy is.  And if

5  you don't want to do this, then we need to change

6  your policy.

7      Q.   And how would you, as the implementation

8  specialist, know what those policy dictates were?

9  Would that be in the project plan?

10     A.   Well, it is from that first paper that we

11  produced, all those questions that we asked, and

12  their policy manual.  We try to get their policy

13  manual, too.

14     Q.   So you're dealing with different people in

15  this third phase of the implementation process,

16  where you're sitting down and explaining

17  alternatives associated with the program, than you

18  would have been dealing with in the second phase

19  of the implementation process where you're

20  gathering information?

21     A.   May or may not be.

22     Q.   Depending on the customer?

23     A.   Depending on the customer.

24     Q.   So you gave me an example where the -- in

25  requisitions where they may have had a previous

## FREEDOM COURT REPORTING

1    policy where they would handwrite the requisitions

2    and run it through office mail, right?

3       A.    Yes.

4       Q.    And you said that in Munis, you can do

5    this through electronic approval process?

6       A.    Yes.

7       Q.    Is that something you would explain to the

8    customer, typically, in this phase of the

9    implementation?

10      A.    Yes.  They would have seen that probably

11   in their sales presentation.  That's one of the

12   reasons they would probably select Munis.  Those

13   issues would come back at that point in time.

14      Q.    For a higher degree of automation?

15      A.    Correct.

16      Q.    And so while you're sitting down

17   explaining the different alternatives associated

18   with the program to the customer, are you writing

19   down their selections or how is that being

20   retained?

21      A.    Two -- possibly two different ways.  It

22   depends on -- it would depend on how we were

23   making that presentation.  Sometimes they don't

24   have any data in their program and we may use a

25   canned program that we have that has data just to

# FREEDOM COURT REPORTING

1    show them the examples.  That would be one.  In

2    that case we would have to record, write down,

3    what their choices were.

4         If we were using their program, which

5    sometimes we did in regard to the parameters of

6    it, we would actually set those parameters at that

7    point in time.

8         Q.    So you would actually make the election in

9    their system?

10        A.    Yes.

11        Q.    Was this -- you would show them how to do

12   it or you would just go ahead and do it yourself

13   or both ways?

14        A.    Both ways.  Again, it depends on how they

15   want to do it.

16        Q.    So to go to your example again, where they

17   have a previous system of handwriting requisitions

18   and routing it through interoffice mail, and they

19   said, well, we would rather -- prefer to use the

20   Munis electronic approval process.

21        In this second scenario, you would either

22   explain to them how to set that up or you would do

23   it for them?

24        A.    Probably in that scenario, we would have

25   to -- we would have to write that down, and we

# FREEDOM COURT REPORTING

1  would then have to go to a couple of different

2  programs, you know, in order to get that set up

3  the way they wanted to.  We would have to find out

4  from them specifically what they wanted to do.

5       Let's just assume then they wanted that

6  process.  Then we would have to go into the

7  requisition process and set up certain parameters

8  there.  Then we would have to go into the

9  administration process.  And then have to go to

10  the individuals, set up certain parameters where

11  they could receive the electronic document and

12  approve, reject or do whatever.  So when you ran

13  into that situation, many of the times, just using

14  that example, I'm dealing with purchasing people.

15  The administration side of it may be the IT

16  people.

17       So I would have to then take that

18  information, and then when I got done with it, I

19  would have to go to the IT people and say -- when

20  we are explaining the admin side of it and say,

21  well, here's the way purchasing wants to do this.

22  Here's the way we have to set it up over here.

23  They would set it up.

24       Q.    The site meaning their preferences?

25       A.    The site would be -- yeah, they would

1   decide how -- you know, if they want me to do it,

2   fine.  If they want to do it, fine.  They would

3   decide that.

4       Q.   What is the next phase of the

5   implementation?

6       A.   Where are we?

7       Q.   We have --

8       A.   We're demonstrating the program and trying

9   to get the parameters done and so forth.

10      Q.   Let me ask you before you go to the next

11  phase.  Some of the other implementers have used

12  the term "configuring the software."

13      A.   Same thing.

14      Q.   Is that what this stage you've just

15  described involves?

16      A.   Uh-huh.

17      Q.   Is that yes?

18      A.   Yes.

19      Q.   All right.  Now, back to my other

20  question.  What's the next stage?

21      A.   The next stage that I would be involved in

22  after that would probably be the training side of

23  it.  So we would then get involved in actually

24  training the users or superusers, depending on the

25  site, again, how to actually do what we have set

1    up.  So how do I -- you know, here are the steps
2    to produce a requisition, as the example.
3        Q.   So you're training them on how to use the
4    software?
5        A.   Right.
6        Q.   What's the difference between a user and a
7    superuser?
8        A.   Again, it's the size of the site.  The
9    superusers -- to give you an example, we had one
10   site that had 200 some odd people that needed to
11   be trained.  They didn't want to pay us to be
12   there for that.  So we would train a handful of
13   people, which were called superusers, and then
14   those superusers would train all the other people.
15       Q.   Again, that goes back to the size of the
16   customer?
17       A.   Yeah, it's determined by the customer.  If
18   they want us to do it, and they have got the
19   dollars, fine.  If they want to do it, then that's
20   up to them.
21       Q.   But the term "superusers" just refers to a
22   group of people that -- to whom you would provide
23   training to who, in turn, would train others?
24       A.   Somebody came up with that term.
25       Q.   But the superuser refers to someone at the

# FREEDOM COURT REPORTING

```
 1    customer's --
 2        A.    Yes.
 3        Q.    And did the length of training -- put the
 4    size of the customer to one side.  Did the length
 5    of training vary based on the module that you were
 6    supporting?
 7        A.    Yes.
 8        Q.    Some modules required more training than
 9    others?
10        A.    Yes.
11        Q.    And what would it be about those modules
12    that would require the different --
13        A.    Size, complexity, individuals involved.
14        Q.    "Individuals involved" means who you were
15    training?
16        A.    Yes.  You know, if I'm training the
17    mechanic out there in the garage on how to do a
18    work order, it may take a little longer than if
19    I'm training the accounts payable clerk how to
20    enter an invoice.
21        Q.    Got it.  So that's -- again, that's not
22    related to the number of people that you're
23    training necessarily, but who it is that's being
24    trained and their competency going into the
25    training?
```

**EXHIBIT 14**

## FREEDOM COURT REPORTING

1    A.    Correct.

2         Q.    So would these training sessions be in a

3    classroom-type setting?

4    A.    Yes.

5         Q.    And you would be showing them the Tyler

6    system on, like, a projection screen?

7    A.    Yeah.    Typically, we would have a

8    projection screen so that they could see it, and

9    they would be sitting on a laptop or computer of

10   some kind, and actually following through with us

11   to do this -- do the work.    There's two different

12   programs.

13        That's a live program and there's a

14   training program in Munis.    We would be using the

15   training program so they could go in and mess up

16   whatever they wanted to mess up and it didn't mess

17   up the live stuff.

18        Q.    And at that time, typically, there was no

19   live stuff?

20   A.    Typically -- well, there might be some

21   parameters that had been set up in live, because

22   that makes it a lot easier.    If we knew that we

23   were going to be doing these particular

24   parameters, we would set them up in live.    We

25   would do a live-to-train.    We just move that stuff

# FREEDOM COURT REPORTING

1    Q.    I guess what I'm thinking of is that there

2    may be some employees of the customer that have

3    greater authority to approve requisitions, for

4    example.  Would that kind of factor change the

5    type of training that was required or not

6    necessarily?

7    A.    The approval process itself was typically

8    a separate session.  And depending on those

9    supervisors, if they really wanted to get involved

10   in how to create the requisition, which most of

11   them didn't, all they wanted to do was know how to

12   approve it, which was a process that we had to

13   train.

14         Now, like the central staff -- purchasing,

15   as an example.  Once we left the site, purchasing

16   is responsible for making sure those requisitions

17   come in right.  They had to know it all.  They had

18   to know all the requisition processes, and they

19   had to know their job as well.

20         So to answer your question, there are

21   certain people that had to know more than other

22   people.

23   Q.    And so would that affect the type of

24   training you would provide?

25   A.    Generally, yes.  We would provide -- they

1    would sit in on the requisition training process,

2    and they would be trained in their own

3    responsibilities.

4         Q.   Is the -- after the pre-live phase, is the

5    next phase the go-live phase?

6         A.   The go-live.

7         Q.   And would you be physically at the

8    customer location when they went live?

9         A.   Yes.

10        Q.   And would your role to be -- to assist the

11   customer with questions as they came up during

12   that go-live process?

13        A.   Yes.  Basically, it's the same as the

14   pre-live, my responsibilities.  I'm not talking

15   about the project managers or anybody like that.

16   But my responsibilities were basically the same as

17   the pre-live.

18            So now we're in the live program, and we

19   have people who can't do it right, or are having

20   problems, or what have you, and we're helping them

21   do their thing.

22        Q.   So you're addressing issues on an

23   as-needed basis?

24        A.   Yes.

25        Q.   Are you also monitoring during the live

**EXHIBIT 14**

## FREEDOM COURT REPORTING

1    phase?

2       A.   Same thing.

3       Q.   Same thing?  You're in this central

4    location doing some functions similar to the

5    pre-live stage?

6       A.   Yes.

7       Q.   And is the project manager at the location

8    at this time typically?

9       A.   Typically, yes.

10       Q.   What is the project manager's role during

11    the go-live phase?

12       A.   More of an overall-type role.  It depends

13    on the project manager.  Again, some project

14    managers would be involved in the conversion of

15    data, as an example, and the correctness of that

16    conversion.

17       Q.   Is that something that you were involved

18    in as an implementation specialist?

19       A.   No.  That was kind of out of my realm.

20       Q.   And I take it the -- in terms of

21    installing the software onto the customer system,

22    that was something that was done prior to your

23    role in the implementation process?

24       A.   Yes, yes.  We have an installation team

25    that would come in, and they typically bought a

## FREEDOM COURT REPORTING

```
1    new server, so they would install the program on
2    the server.
3        Q.    The implementation team?
4        A.    No.
5        Q.    The customer?
6        A.    The installation team.  The installation
7    team.  There's a team that just goes out and puts
8    these programs on the server.
9        Q.    And that's the implementation team?
10       A.    No, not -- implementation comes in after
11   the program is on the server, and then they
12   implement it.
13       Q.    I just used the wrong word.  The
14   installation team?
15       A.    Yes, they would.
16       Q.    Is the go-live phase the last phase of the
17   implementation?
18       A.    There's a post-live after that.
19       Q.    And that involves answering questions and
20   providing support?
21       A.    Seeing if there's any issues that --
22   generally, what that is, we may run into issues
23   that development, as an example, has to take care
24   of and it's not ready for the go-live.  I
25   generally was not there during the post-live.
```

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 35209 877-373-3660**

**EXHIBIT 14**

## FREEDOM COURT REPORTING

1   Sometimes I would be depending on what the issue

2   might be.  Just to go back in and make sure it was

3   running, but that would be a day here or a day

4   there.  The post-live would be usually project

5   managers staying in touch with what's going on.

6       Q.   Would you ever receive calls from the

7   customer after the go-live phase, perhaps during

8   this post-live phase, where you were in a support

9   capacity?

10      A.   Yes.

11      Q.   Was that for a discrete period of time

12  typically?

13      A.   It was supposed to be.  But sometimes,

14  depending on the customer, it was longer.

15      Q.   So the customer would then contact you at

16  your home or send you an email to ask you a

17  particular question?

18      A.   Yes.

19      Q.   And you would answer those questions?

20      A.   Best of my ability.

21      Q.   You weren't told after any particular

22  period of time that you were supposed to send

23  those questions to the support team?

24      A.   Yes, we were.

25      Q.   What period of time was that or did it

## FREEDOM COURT REPORTING

1  vary?

2      A.    It varied.  And, again, it depended on

3  what the problem was and the site that was

4  involved.  But I would say generally, I

5  personally -- I know some who did, but I

6  personally transferred them to support right after

7  the go-live.

8      Q.    Rather than answer the questions

9  typically?

10     A.    No.  I would answer them if I could answer

11 them very quickly and so forth.  I'm not putting

12 the customer off.  I'm going to do the best I can

13 for the customer.  But, generally speaking, I

14 would try to get them to go through support.

15     Q.    Let me -- I want to shorthand, if I can,

16 these different phases.  I'm going to leave out

17 the phase at the very beginning, the kickoff

18 meeting that you weren't involved in.  And let me

19 first make sure that we are on the same page in

20 terms of this list of the phases that I've gleaned

21 from your testimony.

22          The first phase is where you're gathering

23 information about the customer's processes?

24     A.    Yes.

25     Q.    The second phase is where you are -- that

**EXHIBIT 14**

# FREEDOM COURT REPORTING

1  you're involved in, is when you're sitting down

2  with the customer and the program discussing

3  alternatives and then configuring the software?

4      A.   Yes.

5      Q.   Can we call that configuration phase?

6      A.   Sure.

7      Q.   Then the next is training?

8      A.   Yes.

9      Q.   And then pre-live?

10     A.   Yes.

11     Q.   And then the go-live phase?

12     A.   Yes.

13     Q.   And then the post-live?

14     A.   Yes.

15     Q.   I know that this is going to vary

16  depending on the particular project involved, but

17  of these different phases, just taking it

18  generally, which did you spend the most amount of

19  time on?  And here I'm not -- I'm wanting you not

20  to focus on a particular -- well, I suspect you

21  will tell me it would vary depending on the

22  project.  That's true, right?

23     A.   Yes.

24     Q.   If you're looking at just your job duties

25  in general, not focusing on a particular project,

**EXHIBIT 14**

1    Q.   Did you ever go to the Raleigh office?

2    A.   Yes.

3    Q.   For what purposes?

4    A.   About once a year they had a Christmas

5    party.

6    Q.   Any other purpose?

7    A.   No.  That was about it.

8    Q.   I know during your employment with Tyler,

9    you completed expense reports to be reimbursed for

10   your time.

11   A.   Yes.

12   Q.   Are there any documents that show the

13   number of hours that you worked at Tyler that

14   you're aware of?

15   A.   I have expense reports, yes.  Tyler should

16   have them.  I filed them with them every week.

17   Q.   And do those expense reports, to your

18   recollection, show the number of hours that you

19   worked in a particular week?

20   A.   They show the number of hours that I was

21   on-site.  They show the number of hours that -- of

22   travel time.

23   Q.   And you would record that information in

24   the expense report?

25   A.   Yes.

1    Q.   And you understand that that was for the

2  purpose of billing the customer for that time?

3    A.   Yes.

4    Q.   And you further understood that the

5  customer had a bank of hours that they had

6  purchased as part of the purchase of the software?

7    A.   I knew they did.  I didn't get involved in

8  what they were, but I knew they did, yes.

9    Q.   You just kept your time?

10    A.   Yes.

11    Q.   Is there time that you worked that would

12  not be on the expense report?

13    A.   Yes.

14    Q.   What time are you referring to there?

15    A.   We would work evenings, most every

16  evening, between an hour to three hours, depending

17  on how many emails and reports and so forth we had

18  to do.  Depending on when I got home, which was

19  normally 11:00 p.m. or later, I would either work

20  on the reports -- or if I couldn't do that in the

21  airports, that would be the next day I would have

22  to work on them.

23    Q.   So let's take that as an example.

24    A.   Sure.

25    Q.   If you were unable to do it at the

1    airport -- so you were completing these reports,

2    like a trip report, I guess?

3       A.   Trip report, expense report.  Those were

4    the two mainly.  Sometimes my project manager

5    would require me to do a special report to her.

6    That was not very frequent, but sometimes I would

7    have to.

8       Q.   So is it your -- am I understanding you

9    correctly that the preparation of these reports

10   you would not have included the expense reports?

11      A.   That's correct.

12      Q.   Is there any reason for that or --

13      A.   We weren't told do it, so we didn't do it.

14      Q.   So the expense reports would show the

15   number of hours that you were on-site and would

16   show the travel time, but they wouldn't

17   necessarily show this other time that you spent

18   doing these different reports that you just

19   mentioned?

20      A.   They definitely would not show that.

21      Q.   And I want to make sure I'm clear.  Were

22   there ever any caps on the amount of time that you

23   spent on a customer in terms of what you could

24   bill?  For example, I understand, and you can

25   correct me if I'm wrong, but there may have been