# Tyler EDEN Division
## Consulting Incentive Compensation Plan

### I. Purpose

The purpose of the Plan is to provide an incentive for employees to provide high-quality onsite customer service for implementation, consulting and training and to reward them for:

- the time and effort involved in traveling to and from customer sites and
- their accumulated expertise and product knowledge and continued commitment to EDEN and our clients.

### II. Eligibility

This plan pertains to all Professional Services Implementation Consultants whose primary role is to provide on-site client services of consulting, training, and implementation assistance.

### III. Incentive Calculation

A. Travel Premium

Consultants will be paid for every day that requires client on-site travel, that is classified as non-local travel, while conducting billable project activities. This is generally defined as client site travel that requires a hotel night stay. Consultants will be paid $25 for each hotel night stay (or equivalent, if other than hotel arrangements are made). There is an expense line item in E4SE where the consultant shall enter the number of hotel night stays (or equivalent) per trip.

B. EDEN Expertise Premium

Consultants will be paid a discretionary incentive compensation based upon number of billable client service days delivered. A billable service day is calculated as the number of billable hours divided by 8. The rate of the bonus to be paid will be dependent upon the IC position and years of tenure. The expertise premium is independent of the travel premium. The EDEN Expertise Premium is as follows:

- IC staff employees with *up to* 1 year of Implementation experience with EDEN will be paid $20 per day for each billable day.
- IC staff employees with *over* 1 year of Implementation experience with EDEN will be paid $40 per day for each billable day.
- Senior IC employees will be paid $60 per day for each billable day.
- Principal IC employees will be paid $80 per day for each billable day.

Tyler EDEN Division
Consulting Incentive Compensation Plan
Page **2** of **2**

    C.    Stretch Goals

In addition to the Travel and Expertise premiums, an incentive will be paid for reaching specific year-to-date total utilization objectives, as follows:

- Once a Consultant achieves total year-to-date utilization of greater than 135 billable days, an added incentive bonus of $4,000 is payable.
- Once a Consultant achieves total year-to-date utilization of greater than 165 billable days, an added incentive bonus of $6,000 is payable.

**III.**   **Employee Transfers**

Employees who transfer into Consulting from other departments may be given credit for expertise acquired in previously held EDEN positions. The amount of credit will vary depending on how related the experience is to Implementation and Consulting services.

**IV.**   **Payment of Awards**

Travel and Expertise Premiums will be paid monthly. Deductions will be taken for Taxes, FICA and 401(k) but not insurance (health, dental or life). Participants must be active employees of the Company at the time of payout to receive an award under the plan.

**V.**   **General**

Awards under the plan are made at the sole discretion of management. The Company reserves the right to amend or terminate the Plan at any time without notice.

Approved: _____   _____
                Bruce Volkens          Date

Effective Date: January 1, 2008