SANDRA DUNNING; May 19, 2010

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

PATTY BEALL, MATTHEW MAXWELL,           )
TALINA McELHANY and KELLY               )
HAMPTON, individually and on            )
behalf of all other similarly           )
situated,                               ) 2:08-cv-422 TJW
                                        )
    Plaintiff(s),                       )
                                        )
vs.                                     )
                                        )
TYLER TECHNOLOGIES, INC., and           )
EDP ENTERPRISES, INC.,                  )
                                        )
    Defendant(s).                       )

DEPOSITION UPON ORAL EXAMINATION OF
SANDRA DUNNING

5:19 P.M.

MAY 19, 2010

520 PIKE STREET, 12TH FLOOR

SEATTLE, WASHINGTON

REPORTED BY: MARY L. GREEN, CCR 2981

Yamaguchi Obien Mangio, LLC Reporting & Video * www.yomreporting.com
520 Pike Street, Suite 1320, Seattle, WA 98101 * (206) 622-6875 * 1 (800) 831-6973

**EXHIBIT 17**

SANDRA DUNNING; May 19, 2010

Page 2

1                    A P P E A R A N C E S

2     FOR THE PLAINTIFF(S):

3          LAUREEN F. BAGLEY
           Sloan, Bagley, Hatcher & Perry
4          101 E. Whaley Street
           Longview, TX 75601
5          903.757.7000
           lbagley@textrialfirm.com
6
      FOR THE DEFENDANT(S):
7
           ELLEN L. PERLIONI
8          Morgan Lewis
           1717 Main Street, Suite 3200
9          Dallas, TX 75201
           214.466.4142
10         ellen.perlioni@morganlewis.com

11    ALSO PRESENT:   LYNN MOORE, Tyler Technologies

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**EXHIBIT 17**

SANDRA DUNNING; May 19, 2010

Page 3

# INDEX

| EXAMINATION BY: | PAGE(S) |
|---|---|
| MS. PERLIONI | 5 |
| MS. BAGLEY | 88 |

| EXHIBITS FOR IDENTIFICATION | | PAGE |
|---|---|---|
| 1 | 2006 calendar | 8 |
| 2 | 2007 calendar | 9 |
| 3 | 2008 calendar | 9 |
| 4 | 2005 calendar | 10 |
| 5 | Resume | 11 |
| 6 | Employment application | 12 |
| 7 | June 24, 2005, letter to Sandra S. Dunning from Robert J. Sansone | 14 |
| 8 | Diagram | 41 |
| 9 | November 27, 2007 e-mail to Abigal Crenshaw and Liz Rensenbrink from Missy Poole | 68 |
| 10 | January 31, 2008, letter to Sandra Dunning from Abigal Crenshaw | 85 |

Yamaguchi Obien Mangio, LLC Reporting & Video * www.yomreporting.com
520 Pike Street, Suite 1320, Seattle, WA 98101 * (206) 622-6875 * 1 (800) 831-6973

**EXHIBIT 17**

SANDRA DUNNING; May 19, 2010

6 (Pages 12 to 15)

| Page 12 | Page 14 |
|---|---|
| 1  identification.) | 1  A. Yes. |
| 2  Q. (BY MS. PERLIONI) I'm going to hand you a | 2  Q. So as I understand it, you graduated from high |
| 3  document that I marked Deposition Exhibit 5. Can you | 3  school? |
| 4  take a look at that exhibit and tell me if you | 4  A. Uh-huh. |
| 5  recognize it? | 5  Q. And then went to the University of Cincinnati? |
| 6  A. That was the resume I gave to them. | 6  A. Uh-huh. Yes. |
| 7  Q. When you say -- | 7  Q. And what was your major while you were at the |
| 8  A. To Tyler. | 8  University of Cincinnati? |
| 9  Q. So Deposition Exhibit 5, does it appear to be | 9  A. Well, I only had an Associate's degree, so it |
| 10 a true and correct copy of the resume you submitted to | 10 was in business. |
| 11 Tyler Technologies when seeking employment? | 11 Q. So you actually graduated with the Associate's |
| 12 A. Yes. | 12 degree? |
| 13 Q. And sitting here today looking at it, does the | 13 A. Yes. |
| 14 information you've included on Deposition Exhibit 5 -- | 14 Q. Have you gone back or had any additional |
| 15 is it all true and accurate? | 15 schooling since graduating with your Associate's degree |
| 16 A. Yes. | 16 from the University of Cincinnati? |
| 17      (Deposition Exhibit 6 was marked for | 17 A. I have not. |
| 18      identification.) | 18 Q. And do you have any certifications? |
| 19 Q. (BY MS. PERLIONI) I'm going to hand you | 19 A. No. |
| 20 another document. This one I'm marking as Deposition | 20      (Deposition Exhibit 7 was marked for |
| 21 Exhibit 6, and I would like you to take a look at | 21      identification.) |
| 22 Deposition Exhibit 6 and tell me if you recognize it. | 22 Q. (BY MS. PERLIONI) I'm going to hand you |
| 23 A. Yes, I do. | 23 another document. This one I'm marking Deposition |
| 24 Q. For the record, what is Deposition Exhibit 6? | 24 Exhibit 7, and I'd like you to take a look at |
| 25 A. That was my employment application with Tyler. | 25 Deposition Exhibit 7 and tell me if you recognize it. |

| Page 13 | Page 15 |
|---|---|
| 1  Q. I'd like to refer you to some numbers on the | 1  A. (Reviewing). Yes. |
| 2  bottom right-hand corner of the -- do you see those | 2  Q. For the record, what is Deposition Exhibit 7? |
| 3  down there on the exhibit where it says Tyler/Beall and | 3  A. It's their acceptance of my hire as I |
| 4  there's some numbers following? | 4  understand. |
| 5  A. Yes. | 5  Q. So it was a letter offering you employment |
| 6  Q. Just so you understand, those are Bates | 6  with Tyler Technologies? |
| 7  numbers that we use to identify pages, so at times if | 7  A. Yes. |
| 8  I'm asking you about an exhibit, I may say it's number | 8  Q. If you look in the first paragraph of |
| 9  1273. Those are the numbers I'm referring to, okay? | 9  Deposition Exhibit 7, it states in there that your |
| 10 A. Yes. | 10 salary expressed on an annual basis will be $44,000 per |
| 11 Q. So looking at Deposition Exhibit 6, if you | 11 year of work. Do you see that? |
| 12 look at the second page, which is 1274, there's a | 12 A. Yes. |
| 13 signature there. Is that your signature? | 13 Q. What was your understanding of that -- of what |
| 14 A. Yes, it is. | 14 your salary was intended to cover? Were you salaried? |
| 15 Q. So you signed and dated the application for | 15 Were you going to get any additional pay, or was that |
| 16 employment on June 19, 2005? | 16 your full base pay? |
| 17 A. Correct. | 17 A. That was my full base pay. |
| 18 Q. And, again, sitting here today looking back | 18 Q. Was it your understanding that you would |
| 19 through it, do you believe all the information that you | 19 receive 44,000 per year regardless of the amount of |
| 20 provided to Tyler Technologies in seeking employment is | 20 hours that you would be working? |
| 21 true and correct? | 21 A. Well, they never -- I assumed a 40-hour week, |
| 22 A. Yes. | 22 and if there was a little overtime, a couple hours here |
| 23 Q. I want to look at again the second page of | 23 or there, that didn't matter to me, but they never |
| 24 Deposition Exhibit 6, and it has your educational | 24 explained the travel involved and that I would be |
| 25 background listed. | 25 leaving on a Sunday night and/or coming home at 1 a.m. |

**EXHIBIT 17**

SANDRA DUNNING; May 19, 2010

7 (Pages 16 to 19)

## Page 16

1. Saturday morning, so I would leave a client's site on
2. Friday night and be unable to get home until 1 a.m. in
3. the morning.
4.     MS. PERLIONI: I'm going to object to
5. the answer as nonresponsive.
6.     Q. (BY MS. PERLIONI) What made you assume that
7. you would only be working a 40-hour week?
8.     A. Because that's the way I had worked in the
9. past.
10.     Q. So when you were initially employed with Tyler
11. Technologies, did you ask anyone whether you would be
12. working a 40-hour week?
13.     A. No.
14.     Q. Let's back up real quick, and I want to
15. understand the sequence of events from the time that
16. you initially submitted your application for employment
17. and who you spoke with along the way.
18.     A. Okay.
19.     Q. So let's start with you submitted the
20. application that we have marked -- I'm sorry. You
21. submitted, I would assume, your resume that's marked
22. Deposition Exhibit 5?
23.     A. Uh-huh.
24.     Q. And what prompted you to submit your resume to
25. Tyler Technologies?

## Page 17

1.     A. I was working at Metro Parks Tacoma. They
2. went on the Munis system, and I met Gail Reams-Cohen.
3. I met Laurie Berger. I met a man named Alex. I can't
4. recall his last name right now.
5.     So during that implementation period, I knew
6. those people from being there and working with them
7. on-site, and one day I went to lunch with Laurie Berger
8. and I just said, I would like to do what you do. I
9. would like to go out and teach people how to use the
10. system. And she said, We have openings. Give me your
11. information, and that's what I did.
12.     Q. So take me back. You were actually a user who
13. is learning from a team who has come in to do an
14. implementation; is that right?
15.     A. Yes.
16.     Q. Can you walk me through your experience as
17. being a customer going through an implementation?
18.     A. Well, most people in government have been on
19. their systems for a good number of years, say 20 years,
20. and the idea of change is very difficult for them. I
21. had been employed for 25 years with another company,
22. saw government as stagnant and change as welcome, so I
23. was the odd one.
24.     That's why after I saw the Munis team I wanted
25. to do that job. I thought I could help other people

## Page 18

1. understand how to use their system after having been on
2. one for a good number of years.
3.     Q. What do you mean by after having been on one
4. for a good number of years?
5.     A. Well, typically the sites that Munis went into
6. were sites where the clients had been on a governmental
7. accounting system, some of them 15, 20 years. They
8. didn't know anything other than their own system.
9.     Q. When you were the client going through the
10. implementation, how many of your co-workers were being
11. trained at the same time?
12.     A. It was the finance department, so we had
13. accounts receivable, accounts payable, payroll, and we
14. were -- our site really didn't want to go through a
15. conversion. It was one of those.
16.     They just picked out the basic minimum modules
17. that they wanted to use, and to me that was kind of
18. discouraging, because the Munis product seemed to be a
19. pretty good one and why not use it, and that was
20. another reason I wanted to get out there and do more.
21.     Q. So you were in the finance department for did
22. you say Metro Parks Tacoma?
23.     A. Correct.
24.     Q. And what type of -- I mean, is that -- I'm not
25. from here. Is it city? County?

## Page 19

1.     A. It's the only governmental entity in
2. Washington state of its kind, so it's a very unique
3. government facility.
4.     Q. What type of entity?
5.     A. Parks. Parks and recreation.
6.     Q. And it had purchased the certain modules?
7.     A. Uh-huh.
8.     Q. You mentioned accounts receivable, accounts
9. payable, payroll.
10.     A. General ledger.
11.     Q. Any others that you recall?
12.     A. Fixed assets and purchase orders.
13.     Q. Was it your peers within the finance
14. department who were not necessarily receptive to --
15.     A. Correct.
16.     Q. Was it beyond that or are those just the ones
17. that you know about?
18.     A. Those are the ones I know about.
19.     Q. And approximately how many peers were you
20. referring to?
21.     A. Well, there was one person for each of those
22. areas, so there was one or two people for accounts
23. receivable and general billing, there was one person
24. for general ledger, one person for payroll, one person
25. for fixed assets, and one person for accounts payable.

**EXHIBIT 17**

SANDRA DUNNING; May 19, 2010

Page 68

1  in? Have you done this? Have you done that? That
2  went on for a month. That was on my time. At 5:30 in
3  the morning I'm up with Ferdy or some guy in some other
4  country.
5      Q. Ferdy, someone from Thailand?
6      A. Ferdy Torres was in customer service. He's
7  probably still there. He's really a good man. He's a
8  kind, gentle person and amazingly knowledgeable as also
9  is Mark Morrell.
10          (Deposition Exhibit 9 was marked for
11          identification.)
12          (Recess taken.)
13     Q. (BY MS. PERLIONI) Do you understand you're
14  still under oath?
15     A. Yes.
16     Q. I would like to look at two of your calendars.
17  I'm going to hand you Exhibit 1 and Exhibit 2, which is
18  your 2006 and 2007 calendars, and I want to try to go
19  through this and make it as quick as we can, but in
20  flipping through your calendars -- and you were
21  mentioning McKinney earlier.
22       It just seemed like a good -- maybe looking
23  through the calendars I could see multiple trips there
24  where you had little acronyms, so I thought maybe that
25  would be a good one we could walk through and you could

Page 69

1  explain the acronyms. I notice it started in December
2  or at least I think. That's the first one I see. If
3  you look at December 18 of 2006.
4      A. Yes.
5      Q. Looking at December 18, it looks like -- you
6  see where you have GL, BG, those letters?
7      A. Uh-huh.
8      Q. Can you just describe for me or explain for me
9  what you're doing?
10     A. I opened up the entire menu for each one of
11  those modules, and then analysis is the word over there
12  under McKinney. I had to do a write-up with the client
13  site based on what they wanted to do, so it's how they
14  were going to use the Munis software and the selections
15  they would like to make in each of those modules.
16         So I had to do the demo and then write a
17  report given what they had told me. That analysis was
18  used for other implementers or myself or the project
19  managers so that they knew the choices the client
20  wanted to make.
21     Q. Would that have been an initial meeting?
22     A. No, because initially Gail or someone would
23  have been there to talk to the client site, and then
24  the analysis would have followed after the initial
25  meeting.

Page 70

1      Q. That was your first initial meeting with
2  McKinney?
3      A. Yes.
4      Q. What does that mean by work flow?
5      A. Work flow was actually another word for
6  business rules, so the electronic signature.
7      Q. So looking the next week, is that -- for
8  December 25, that HD, is that holiday?
9      A. Yeah. Christmas.
10     Q. Then the day after Christmas --
11     A. 26th they gave me time at home to write the
12  analysis, so I would have been at home writing the
13  analysis from the week before, because when I was
14  on-site, I used hand notes. I was writing, not like
15  she is exactly, but I was writing.
16         Then when I got home, what I had to do was do
17  the screen shots of each of those areas from the
18  system, and then in my laptop I would have to highlight
19  the selections the client wanted. So it was not only a
20  write-up. It was screen shots also.
21     Q. So write-up and screen shots of the analysis
22  from your prior --
23     A. On the 26th, yeah.
24     Q. When you worked at home, what were your
25  typical hours from your home office?

Page 71

1      A. Usually an 8-hour day. However, in the case
2  of the laptop malfunction or help or perhaps Mark back
3  in Maine would have a Webex for training, I would be up
4  early or late, so the idea was an 8-hour day, but it
5  wasn't often an 8-hour day.
6      Q. Let's keep going through. That was in
7  December of 2006.
8      A. Uh-huh.
9      Q. Go to 2007.
10     A. Okay.
11     Q. If I'm reading your calendar correctly, you
12  went back to McKinney on January 9.
13     A. Yes.
14     Q. And can you explain what your notations mean
15  relating to this trip to McKinney?
16     A. Okay. I did analysis, so on Tuesday I did
17  analysis for fixed assets. I made my notes. I showed
18  the client the screen. Then on Wednesday, it was
19  inventory and treasury management, and, again, I would
20  have reviewed those screens, opened up the menu, showed
21  the client, and asked them how they planned to use it.
22       Then on Thursday, we did accounts receivable and
23  general billing.
24       Then on Friday, that accounts receivable
25  general billing testing, that was something new that we

**EXHIBIT 17**

SANDRA DUNNING; May 19, 2010

21 (Pages 72 to 75)

### Page 72

1  started doing as implementers. We had a series of
2  tests to run through each of the modules to make sure
3  that the software was functioning as it should before
4  we actually had the client use it, and that was a good
5  thing to do, because sometimes things happened during
6  those installs, and if you were there with the client
7  and it happened, it wasn't a good thing.
8  　　So then I would take a scenario and I would go
9  right through and process an accounts receivable
10  invoice, and then I would actually record payment on
11  it, and it was simple, but it just proved that the
12  software was working for all of those.
13  　Q. It looks like you next went to McKinney
14  January 30?
15  　A. Well, I've got sick on that one, and, again,
16  we'd have to look to my expense report, because I would
17  have turned in sick days on my expense report.
18  　Q. You're right. I read that wrong.
19  　A. Yeah. I had the flu.
20  　Q. So go to February of 2007.
21  　A. Yup.
22  　Q. February 28, is that your next trip to
23  McKinney?
24  　A. Correct.
25  　Q. What do your notes show that you were doing --

### Page 73

1  　A. That was actually client training, so that was
2  the chart of accounts --
3  　Q. I'm sorry. What is the chart of accounts? I
4  haven't heard that before.
5  　A. Okay. In accounting, you have a numbering
6  scheme that tells what you're paying, what department
7  it's charged to, and -- well, it gets more detailed,
8  but generally it's a department and it's an account
9  code that describes the items.
10  　　So it could be a maintenance item. It could
11  be a service. It could be advertising. Every client
12  set up their own chart of accounts based on the needs
13  of a school district, or with the governments, those
14  were more flexible, but with the school districts, they
15  reported to the state, so they had certain codes they
16  had to use.
17  　Q. Were you finished with that?
18  　A. Yes.
19  　Q. So that's the chart of accounts?
20  　A. Chart of accounts.
21  　Q. Why is that listed on February 28?
22  　A. Why was it on February 28? Because my manager
23  set that schedule for me to follow.
24  　Q. But what is it that you were doing with the
25  client relating to their chart of accounts?

### Page 74

1  　A. Oh, okay. There was an Excel spreadsheet, and
2  they could either hand key into that sheet and then
3  send that off to Munis and Munis would load it in the
4  system so that later on when I went there for future
5  training, their new chart of accounts if they had
6  changed any of the codes was in the Munis system, and
7  then we could train and go forward using those new
8  account codes.
9  　Q. And were this he -- was that something that
10  differed amongst clients?
11  　A. Yes. I mean, there are always going to be
12  balance sheet accounts, revenue accounts, expense
13  accounts, et cetera. That's basic to all accounting.
14  But for each client, it will be somewhat different
15  based on their needs.
16  　Q. How they record different --
17  　A. Correct.
18  　　MS. BAGLEY: Object to the form.
19  　Q. (BY MS. PERLIONI) For someone like me having
20  no accounting background -- and I'm sorry if I'm asking
21  -- it's a foreign language to me.
22  　A. Now you know why I was out there with clients
23  holding their hands.
24  　Q. Yes. Very much so. But it seems to me like
25  your accounting background is just so important being

### Page 75

1  able to go through and work these kinds of issues and
2  train your clients on these kind of issues --
3  　A. It definitely helped.
4  　　MS. BAGLEY: Object to the form.
5  　Q. (BY MS. PERLIONI) So what is the JE?
6  　A. Journal entry.
7  　Q. What is it that you're working with the client
8  relating to journal entry?
9  　A. Teaching them how to do a journal entry in a
10  computer system. A lot of them didn't know how to do
11  that, so we would bring up that screen and show them
12  how to fill in the required areas or the areas that
13  they wanted to use.
14  　　Some areas were required. You had to make an
15  entry. Some areas were additional showing them how to
16  use that journal entry and post it so it would impact
17  their general ledger.
18  　Q. And what about I assume that's miscellaneous?
19  　A. Oh, gosh. That was just anything else that
20  didn't get caught up.
21  　Q. What about it looks like the 1st of March? Is
22  that still at McKinney?
23  　A. Yes. That's still at McKinney, and I didn't
24  draw my arrow through there. Requisitions, purchase
25  orders, accounts payable, and then anything auxiliary

Yamaguchi Obien Mangio, LLC Reporting & Video * www.yomreporting.com
520 Pike Street, Suite 1320, Seattle, WA 98101 * (206) 622-6875 * 1 (800) 831-6973

**EXHIBIT 17**

SANDRA DUNNING; May 19, 2010

22 (Pages 76 to 79)

### Page 76

1  to requisitions.
2  Q. What is it that you're doing with the client
3  on that date?
4  A. Again, I'm bringing up the screens, and
5  typically you started out with the core users, the
6  managers, and you showed them how to use it, and then
7  as they were learning it and absorbing it, you went on
8  and trained what you call the end user, so the actual
9  person who would be keying in.
10  Q. And Friday, the 2nd of March?
11  A. Yeah. That one I did bid analysis and I did
12  testing on that day.
13  Q. What does that entail?
14  A. The bid analysis was showing them the bidding
15  and the requisition screen and how to do that, because
16  most sites didn't use an automated system. They used
17  Excel sheets.
18  Q. So this was something completely new?
19  A. To some of the sites, yes. Actually, to most
20  of them. Not too many of them wanted to use the bid
21  module. That was the clunky one.
22  Q. What did testing there refer to?
23  A. I can't tell you --
24  Q. So let's --
25  A. -- exactly what I tested.

### Page 77

1  Q. So it looks like you're back in McKinney March
2  6?
3  A. Yup. Fixed assets auxiliary, so those are
4  those behind the screens that you set up that nobody
5  sees once you're on the system, so it's background
6  set-up screens.
7  Q. Relating to their fixed assets?
8  A. Correct.
9  Q. And what about the auxiliary?
10  A. That's what it is. Let me think on fixed
11  assets what we had to put in. I'm not coming up with
12  it fast enough. Sorry.
13  Q. That's okay. And the next day, March 7?
14  A. Yeah. Accounts receivable and general billing
15  and then miscellaneous cash, and that's all part of
16  recording your cash as revenue into your system.
17  Q. And is this training the customer?
18  A. That's training.
19  Q. What about the 8th?
20  A. We did budgets, transfers, and amendments to
21  budgets, so when you're moving money from one pot to
22  another so to say, they have their rules for that, and
23  then again that transfer and amendment, it's a journal
24  entry.
25  Q. What is your note right below that?

### Page 78

1  A. I forgot Friday was a half a day and had to
2  reschedule my departure, so I had thought Friday was a
3  full day, and I had to get back home.
4  Q. So you left Thursday?
5  A. No. Instead of staying a full day on Friday,
6  I stayed a half a day on Friday and --
7  Q. You mean a half a day on Thursday?
8  A. No. I stayed all day Thursday. I forgot that
9  Friday was only a half a day when I made my
10  arrangements with Dube. I told Dube it was a full day,
11  so then I had to call and get an earlier flight as I
12  could out of there.
13  Q. So when is your next trip to McKinney?
14  Looking down March 26, is that a McKinney Webex?
15  A. Webex. And that was where from home I could
16  log onto their computer, and then I could show them
17  modules or train with them from home, but, again, I had
18  to have customer service report signed by the client
19  that I did that training with them.
20  Q. Do you know what kind of Webex you were doing
21  for them?
22  A. It would have been training on the system or
23  testing, something like that, and I didn't write it on
24  here.
25  Q. Let's go to April.

### Page 79

1  A. Uh-huh.
2  Q. Is that McKinney on April 10?
3  A. Uh-huh. Now we're actually going to enter
4  accounts payable invoices and generate checks to pay
5  invoices.
6  Q. Is this now live data?
7  A. No. This is still training. This is still
8  training. Usually for us what I saw was it took six
9  months to bring a client from building their chart of
10  accounts, training their core users and then their end
11  users, and getting them live. It was six months.
12  Q. April 11.
13  A. Uh-huh. Reqs to POs to AP to payment. So we
14  entered a req, converted it to a PO. We actually paid
15  against the purchase order, and then we made checks.
16  Q. And this is still training of how to do
17  those --
18  A. Still training.
19  Q. Let's just go real quick. It looks like April
20  18 you're back at McKinney.
21  A. Correct.
22  Q. What about April 24? I'm not sure.
23  A. Oh, that was McKinney documentation. McKinney
24  wanted us to write user manuals, and that's what I did,
25  so I wrote the user manual. It was a good one.

**EXHIBIT 17**

SANDRA DUNNING; May 19, 2010

23 (Pages 80 to 83)

### Page 80

1  Q. I bet it was. Was this something you created
2  from scratch?
3  A. Yes. So they hired us -- me to do the screen
4  shots and step by step explain what the end user was
5  going to do for his particular job with screen shots
6  and one, two, three directions.
7  Q. How big a manual was that?
8  A. It was a full three-ring one-inch binder.
9  McKinney was a big school.
10 Q. I'm familiar with McKinney. I'm from Dallas.
11 A. Oh.
12 Q. So tell me: Was this the first time that you
13 had created a user manual?
14 A. Oh, no. I did it in my prior jobs at Smurfit
15 and at Metro Parks. Let's see. So for a client to be
16 hired to write a manual, that was the first time I did
17 that for Munis, because most of the other client sites
18 didn't have the personnel, didn't want to pay the
19 money.
20     McKinney had a consultant there, so Pete
21 McKinsey was the consultant, and he sat in all the
22 training, and he helped the client decide how they were
23 going to use the system.
24 Q. When you say a consultant, was he someone
25 with --

### Page 81

1  A. He was someone hired totally different, not
2  Munis. He was an outside consultant. Hillsboro,
3  Oregon, also had an outside consultant. They could
4  afford to do that.
5  Q. So after you wrote this user manual for
6  McKinney, did you utilize that with other customers?
7  A. No.
8  Q. It was exclusive for McKinney?
9  A. It was special for McKinney and what they did.
10 Q. Can you turn to it looks like it's the second
11 side of June, June 24? What is that June 24 through
12 June 25?
13 A. Munis was down. Something happened back in
14 Maine. They weren't available, so for some reason,
15 Munis had a problem, and I couldn't get them for
16 whatever reason I wanted to.
17     MS. BAGLEY: Are we on the same page?
18     THE WITNESS: June over on the side that
19 looked like that. Munis was down.
20     MS. BAGLEY: That's July.
21     THE WITNESS: Oh, I'm sorry. No. Wait.
22 This is June. Here's June, June.
23     MS. BAGLEY: What does your June 24 say?
24     MS. PERLIONI: Stress EOM.
25     MS. BAGLEY: That's what mine says.

### Page 82

1      MS. PERLIONI: I think it's just in the
2  copying.
3      MS. BAGLEY: Oh, it's April, because
4  June is up at the top in small --
5      THE WITNESS: May, June, July. Where
6  are we? Okay. May is the month.
7  Q. (BY MS. PERLIONI) I'm just wondering what May
8  24 to 25 means.
9  A. Oh, that was that stress testing. That was
10 what they called what we were doing with a client to
11 test data in the system to make sure it worked
12 properly, and then we did that in front of the client,
13 and that was to be done before they Go Live.
14     So it was an extra piece to ensure that they
15 had seen the system work, they were okay with what they
16 were seeing, and it just ensured, then, that they were
17 getting it before they went live, and that was
18 something new that they started doing, and that was
19 another good thing to do before a client went live.
20 Q. I'm looking at what I think to be June 12.
21 A. Okay.
22 Q. What is that?
23 A. Oh, that was where I had to train the
24 secretaries when I was there, so, again, they hired us
25 to do their user training. Some of the sites wanted to

### Page 83

1  train their own people. Some of them were small. They
2  just had the person there because that was the
3  training. But McKinney was huge, so they hired us to
4  come in and do the secretary training.
5  Q. What kind of training -- what was your
6  methodology for training the secretaries?
7  A. It was pretty much the same thing all the way
8  through, the same drill, open the screen up, explain --
9  now, the thing with secretary training, that was going
10 to be very limited because their piece of it was small,
11 so they weren't going to see general ledger and they
12 may see AR and they may see AP and they may see reqs,
13 because that's their little piece of it, so they
14 wouldn't see the general ledger, so that menu got
15 narrowed down for them, and then to go through the
16 steps in their work process with them, and that was
17 using that manual.
18 Q. The one that you created?
19 A. Uh-huh.
20 Q. And then what about the 19th?
21 A. Yeah. Same thing again, more training the
22 personnel -- Dena was one of them -- and working on
23 that manual.
24 Q. What about the 26th, 27th?
25 A. Prelive. System administration. So that was

Yamaguchi Obien Mangio, LLC Reporting & Video * www.yomreporting.com
520 Pike Street, Suite 1320, Seattle, WA 98101 * (206) 622-6875 * 1 (800) 831-6973

**EXHIBIT 17**

SANDRA DUNNING; May 19, 2010

13 (Pages 40 to 43)

Page 40

1  you're going to know it all, and, again, it's
2  repetition. It's seeing it on a daily basis and you
3  get used to it, and then it's not that bad.
4      Q. How long did it take you to start where you
5  were beginning to feel comfortable with understanding
6  the different software options?
7      A. I had an accounting background from where I
8  had worked. I had always been in the finance
9  department or the accounting manager, so I knew the
10 accounting part of it.
11     For me it was just looking at a huge world of
12 menu and then remembering, because we were not allowed
13 to use notes in front of the client, so it was a matter
14 of remembering these when you pull them up what you
15 were going to explain to the client.
16     Q. So were there times where, you know, if you
17 select one option, it has an impact on another option
18 or another module or what have you?
19     A. Yes.
20     Q. And how do you learn that?
21     A. Trial and error and repetition.
22     Q. And those were the kind of things you have to
23 know to be able to explain to your customers?
24     A. Correct.
25     Q. May I see your --

Page 41

1      A. It's not in detail, and, again, the gist of
2  it, though, was each of those then kept expanding as
3  you clicked on, and eventually, you know, there were no
4  more places to go within that menu system.
5      Q. I marked it Deposition Exhibit 8, but from
6  what I'm understanding, this is very basic, not even
7  close, right?
8      A. That's not even close.
9         (Deposition Exhibit 8 was marked for
10            identification.)
11        MR. MOORE: You can't remember the
12 hundreds of options to choose from?
13        THE WITNESS: Do you really want me to
14 explain why? My poor husband has been sick for two
15 years. Don't go there. And I'm surprised that I have
16 forgotten it.
17        MS. BAGLEY: I was amazed you remembered
18 all of the financial package. I was impressed.
19        THE WITNESS: Really? I'm ashamed that
20 it's that poor.
21     Q. (BY MS. PERLIONI) As you were describing that,
22 you mentioned a second ago about having the accounting
23 background.
24     A. Uh-huh.
25     Q. What do you think or how would it have

Page 42

1  impacted it if you had not had an accounting
2  background?
3      A. Well, they did hire a couple of people who had
4  no accounting background. They really didn't cut it,
5  and there were two of them where after hours we would
6  help them understand a balance sheet and we would work
7  with them so they knew a balance sheet so when they
8  pulled their GL and there were different options to
9  making a balance sheet as to what you wanted included
10 or not, those girls would understand what a balance
11 sheet is or a financial statement, a P&L.
12     They didn't know that, so then that's where
13 after hours we would help each other so that they can
14 be proficient at what they were doing. I mean, you
15 really didn't want somebody to fail.
16     Q. Did they ever become proficient at --
17     A. Two of them are still there and they're really
18 good, yeah.
19     Q. And that's after learning and working with
20 people to help understand the accounting behind it?
21     A. Uh-huh.
22     Q. I want to go back to make sure I understand.
23 You were in Maine for a week.
24     A. Uh-huh.
25     Q. Then the next week or two you were practicing

Page 43

1  what you learned in Maine using the software, using the
2  computer, that kind of thing?
3      A. Uh-huh.
4      Q. And then what happened next in your training?
5      A. Then it was the trip to California with Gail,
6  and then after that I did the shadowing Johanna was
7  first and then Jonathan was second, and then after we
8  had completed so much training and we had shadowed, we
9  were what you call billable. We were out on our own,
10 and that probably would have been January I was
11 billable.
12     Q. So you started in June of 2005.
13     A. No. I started with Munis September 19. They
14 were good enough to wait for me because I worked at
15 Metro Parks and I was within a few months of my five
16 years and being vested, and they were very good. They
17 waited for me.
18     Q. So then September --
19     A. 19 was my official hire date.
20     Q. So September 19 you started all of the
21 training you just discussed and ultimately became
22 billable in January of 2006?
23     A. Uh-huh. And if we look at the January
24 calendar for 2006, then I should have been at a
25 client's site, Lakewood, Palmdale, or Tucson, Arizona,

**EXHIBIT 17**

SANDRA DUNNING; May 19, 2010

14 (Pages 44 to 47)

### Page 44

1  was Catalina Foothills. One of those three. Those
2  were the three I started out with.
3      Q. Tell me why -- why do you think it takes four
4  full months before you're ultimately able to go out and
5  be billable and on your own with a client?
6      A. Because it's learning all of those screens,
7  knowing the options, and I was told not to have notes
8  in front of a client, so you had to remember where you
9  were going in that menu and know that with no notes.
10     Q. And I guess you can't really anticipate the
11  types of questions the customer is going to ask.
12     A. Exactly, or their crankiness.
13     Q. So you really have to be prepared for
14  anything, right?
15     A. Pretty much.
16         MS. BAGLEY: Object to the form. You
17  can answer.
18         THE WITNESS: I can answer.
19     A. Yes.
20     Q. (BY MS. PERLIONI) She'll object to the form if
21  she doesn't like my question, but that's just for the
22  record.
23         MS. BAGLEY: I'll object if it's
24  objectionable.
25     Q. (BY MS. PERLIONI) So I want to go back,

### Page 45

1  because actually I think we got a little sidetracked,
2  and this is great. This has been very helpful
3  information, but I wanted to -- we were going to talk
4  about the sequence of events from submitting your
5  resume and then ultimately when you got hired, so we
6  started talking about having been -- you having been a
7  customer and gone through an implementation, and as I
8  understand it, you spoke with Laurie Berger --
9      A. Uh-huh.
10     Q. -- about it and she asked you to submit your
11  resume?
12     A. Correct.
13     Q. And you did so?
14     A. Uh-huh. Yes.
15     Q. What happens next?
16     A. I had a call from Jen Snow at that time. Her
17  name is now Jen Wahlbrink. I spoke with Jen on the
18  phone, and then I had a call from Liz back in Maine.
19  Long name. I can't remember it. Then I had a
20  confirmation call that they would wait for me.
21     Q. When you initially spoke with Ms. Berger, did
22  you have discussions about what the position entailed
23  or, you know, any discussions about working for Tyler
24  Technologies?
25     A. Laurie said Tyler was a good company. I saw

### Page 46

1  professional people come on-site, and I liked what I
2  saw, and I thought the software was pretty good
3  software.
4      Q. Do you recall anything else about your
5  discussions with Ms. Berger?
6      A. No. Other than my just jumping out there and
7  saying, gee, I'd like to do what you do and she says,
8  oh, boy, fine, we didn't talk about anything else.
9      Q. Did she mention the travel expectations?
10     A. No. That was never part of our conversation.
11     Q. Did she talk to you at all about the salary or
12  compensation?
13     A. No. I had no idea what the salary would be.
14     Q. You said next you had a call from Jen Snow?
15     A. Uh-huh.
16     Q. What do you recall from your phone
17  conversation with Ms. Snow?
18     A. She was interested in pretty much what you've
19  asked me about, my background, was I willing to travel?
20  I said, yes, I was. That was it. She explained it was
21  a travel job. She explained I would be doing
22  financials, and it wasn't that long a phone call I had
23  with her.
24     Q. When you say she explained it was a travel
25  job, did she give you any kind of estimate on how much

### Page 47

1  you would be traveling?
2      A. Weekly to client sites on the west coast.
3  That was it.
4      Q. Did she say you would not be traveling to
5  clients except those on the west coast?
6      A. At that time, it was west coast. Later on it
7  grew to more, and that was sometime after I was hired,
8  so when I was hired, west coast.
9      Q. And is that -- when you say west coast, is
10  that where the clients were at that period of time?
11     A. Yes.
12     Q. So the company grew?
13     A. The company grew, yeah.
14     Q. Anything else you can recall from your
15  conversation with Ms. Snow?
16     A. No. I never -- you didn't have long
17  conversations with Jen. At least I didn't. I should
18  say I.
19     Q. Do you know what position Ms. Snow was in?
20     A. She was Gail Reams-Cohen's supervisor.
21     Q. And then you said --
22     A. She was over all the project managers, however
23  many -- there weren't that many then.
24     Q. So you said the next person you spoke with was
25  someone named Liz last name unknown.

**EXHIBIT 17**