THOMAS O'HAVER; May 18, 2010

Page 1

1         IN THE UNITED STATES DISTRICT COURT

2        FOR THE EASTERN DISTRICT OF TEXAS
               MARSHALL DIVISION

3

   PATTY BEALL, MATTHEW MAXWELL,  )

4  TALINA McELHANY and KELLY     )
   HAMPTON, individually and on  )

5  behalf of all other similarly )
   situated,                ) 2:08-cv-422 TJW

6                       )

       Plaintiff(s),       )

7                      )

   vs.                    )

8                      )

   TYLER TECHNOLOGIES, INC., and )

9  EDP ENTERPRISES, INC.,      )
                      )

10     Defendant(s).       )

11

12     DEPOSITION UPON ORAL EXAMINATION OF
             THOMAS O'HAVER

13

14            9:20 A.M.

15         MAY 18, 2010

16    520 PIKE STREET, 12TH FLOOR

17      SEATTLE, WASHINGTON

18

19

20

21

22

23

24

25  REPORTED BY:  MARY L. GREEN, CCR 2981

**EXHIBIT 19**

THOMAS O'HAVER; May 18, 2010

Page 2

```
1                    A P P E A R A N C E S

2      FOR THE PLAINTIFF(S):

3            LAUREEN F. BAGLEY
             Sloan, Bagley, Hatcher & Perry
4            101 E. Whaley Street
             Longview, TX 75601
5            903.757.7000
             lbagley@textrialfirm.com
6
       FOR THE DEFENDANT(S):
7
             ELLEN L. PERLIONI
8            Morgan Lewis
             1717 Main Street, Suite 3200
9            Dallas, TX 75201
             214.466.4142
10           ellen.perlioni@morganlewis.com

11     ALSO PRESENT:   LYNN MOORE, Tyler Technologies

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**EXHIBIT 19**

THOMAS O'HAVER; May 18, 2010

Page 3

```
 1                    I N D E X

 2

 3     EXAMINATION BY:                        PAGE(S)

 4

 5     MS. PERLIONI                              5

 6     MS. BAGLEY                              111

 7

 8

 9

10     EXHIBITS FOR IDENTIFICATION             PAGE

11

12     1    Consent to Become a Party Plaintiff      5

13     2    Summary sheet of benefits, brochures, and    8

14          annual reports

15     3    Tyler Technologies Employee Handbook      8

16     4    Check Register                            9

17     5    Resume                                   12

18     6    Expense Detail                           13

19     7    Calendar                                 16

20     8    May 7, 2010, letter to Thomas O'Haver from   21

21          Rose Feazell

22     9    Notice of Deposition                     21

23    10    Instructions to Client/Witness           21

24    11    November 14, 2003, e-mail to Demonstrator   21

25          from Thomas O'Haver
```

**EXHIBIT 19**

THOMAS O'HAVER; May 18, 2010

### Page 24

1  events for you coming in to interview for the position?
2      A. Yes, I can.  I had evidently in November of
3  2003 submitted a cover letter and resume to EDEN
4  Systems, because I saw that they were hiring for a
5  position that I was qualified for.  I did not receive a
6  response initially from them, so I called the office
7  and asked for the manager of the consulting group.
8      I happened to get the president of the company
9  on the phone, talked about my interest in working and
10  interviewing for them, and he said are you available
11  today?  I said yes, so I quickly jumped in my car and
12  came down and interviewed with the company.
13      Q. Who was the president of the company that you
14  happened to catch on the --
15      A. Gene Jackson.
16      Q. And when you --
17      A. Excuse me.  His title is executive vice
18  president on the letter.  Later on he became president,
19  but at the time that he interviewed with me, he
20  obviously was the vice president.
21      Q. So that's the Gene Jackson you were just
22  referring to signing the letter that we've marked
23  Deposition Exhibit 12?
24      A. Yes.
25      Q. And when you came to EDEN Systems, is that who

### Page 25

1  you interviewed with, Mr. Jackson?
2      A. Initially, yes.
3      Q. Describe for me the sequence of events once
4  you arrive at EDEN Systems.  Who did you first meet
5  with?
6      A. The receptionist.
7      Q. And I assume she was just directing -- she or
8  he was directing you to where you would go to meet with
9  someone else?
10      A. Yes.
11      Q. And who was the first person you met with?
12      A. Gene Jackson.
13      Q. What do you recall from your meeting with
14  Mr. Jackson when you went to interview for the position
15  at EDEN Systems?
16      A. It was a productive discussion of my interest
17  in employment with EDEN Systems and their interest in
18  pursuing my interest.
19      Q. If you look on Deposition Exhibit 12, your
20  offer letter, it says that you were offered employment
21  as an implementation consultant.  Do you see that?
22      A. Yes.
23      Q. And that's the position for which you were
24  hired?
25      A. Yes.

### Page 26

1      Q. During your interview with Mr. Jackson, did
2  you have any discussion about the implementation
3  consultant position?
4      A. Yes.
5      Q. What do you recall Mr. Jackson telling you
6  about the position?
7      A. That it was a training consulting position for
8  their software and it involved travel.
9      Q. Did he describe the type of software he was
10  referring to?
11      A. Yes.  Their software was financial-based
12  module software incorporating many financial modules.
13      Q. And did he describe -- you mentioned he
14  discussed travel.  Did he describe the anticipated
15  amounts of travel?
16      A. Yes.  He said the travel could involve up to
17  80 percent or more travel.
18      Q. And did he describe for you -- you mentioned
19  he said -- he discussed that it was a training
20  consulting position relating to EDEN software.  Did he
21  explain further what he meant by training or
22  consulting?
23      A. The title of the position was implementation
24  consultant, but he said it was primarily a training
25  position.

### Page 27

1      Q. But did he explain what he meant by that?
2      A. That I would train the users on the
3  implementation of the EDEN software.
4      Q. What do you mean by the implementation of the
5  EDEN software?
6      A. The customers, which were primarily
7  municipalities, county, city, or private utility
8  companies, would purchase the software from EDEN
9  Systems as a result of either upgrading from one
10  version of the software to another or from a new
11  purchase of their software, and they would need to be
12  trained on the use of that software and the software
13  would need to be configured to meet their needs, and
14  that would be my responsibility to help configure and
15  to train the end users.
16      Q. I mean, I'm just trying to understand.  Can
17  you explain what the implementation -- what that means
18  when you say implementation?
19      A. Implementation means to -- to bring the
20  software to a point of productional use for the client.
21      Q. What kind of things did that entail?
22      A. Well, the software is very module parameter
23  based and needs to be set up.  It doesn't work right
24  out of the box, because it's made to be -- fit many
25  different clientele situations.  Therefore, it needed

**EXHIBIT 19**

THOMAS O'HAVER; May 18, 2010

**Page 28**

1  to be set up to meet the needs of the client, and after
2  being set up, the client needs to be trained on the use
3  of that software.
4  Q. Maybe you can walk me through. So I'm a new
5  customer.
6  A. Yes.
7  Q. I'm some kind of governmental unit. Say I'm a
8  municipality.
9  A. Uh-huh.
10  Q. And I have purchased the software, the EDEN
11  solution software, right?
12  A. Yes.
13  Q. Do you get initial -- I mean, where do you
14  come in? Do you get notice, hey, we have this new
15  customer, or just kind of walk me through your role in
16  that process. Are you part of selling the software to
17  the new customer?
18  A. No.
19  Q. So when would you come in and how would you
20  get notice of a new customer?
21  A. I come in after the sale cycle is complete and
22  after the project manager has met with the client, come
23  up with an implementation plan, and also after the
24  conversion department of EDEN Systems has converted
25  their existing data to the new format that the new

**Page 29**

1  software requires. Then my job is to set up the
2  software and to train the end users.
3  Q. So I want to walk through that process. So it
4  sounds to me if I'm understanding correctly, you say
5  the project manager initially meets with the client and
6  creates the implementation plan. Some other group
7  takes the client's data and converts its existing data
8  into the EDEN software, and then that's when you come
9  in after that has happened. Am I correct on that?
10  A. Partly. If they were an existing client, EDEN
11  client, then they'd take their software from one
12  version and convert it to whatever needs to be in for
13  the new version. Sometimes that's minimal conversion.
14  Sometimes if they were on a different software
15  altogether, it could be some major conversion.
16  I would not be directly involved in that. I
17  would take that data -- come in at the point of data
18  being -- having been converted and train the users on
19  that with their converted data on the new software.
20  Q. So who notifies you -- okay. We've taken the
21  data, converted it into our software, and set up, so
22  who notifies you? What kind of information do you get
23  at that point?
24  A. My manager notifies me.
25  Q. Who was your manager?

**Page 30**

1  A. I had two managers -- yeah -- at least two
2  managers while I was with EDEN Systems and Tyler
3  Technologies.
4  Q. For the record, let's do this. Initially when
5  you were first hired it was EDEN Systems?
6  A. Correct.
7  Q. And ultimately that was acquired by Tyler
8  Technologies?
9  A. Yes.
10  Q. And I think it was shortly after you were
11  hired?
12  A. Yes.
13  Q. Can we just refer to Tyler Technologies?
14  A. Yes.
15  Q. Let's talk about during your tenure with Tyler
16  Technologies, first manager was?
17  A. I don't recall. I think it was Paul, and I
18  can't recall his last name. It was just for a short
19  period of time.
20  Q. And then --
21  A. You may have more information on that than I
22  do.
23  Q. And then your second?
24  A. Marilyn Foos.
25  Q. Was there a Rick Dybvad?

**Page 31**

1  A. Yeah. Rick Dybvad. Thank you.
2  Q. That was your first manager?
3  A. That was my first manager, Rick Dybvad.
4  Q. So you get the call from your manager. What
5  does your manager tell you?
6  A. That we have a new client and that I should be
7  prepared to include that client on my schedule and to
8  meet to discuss the details of the implementation.
9  Q. Who would you meet with to discuss the details
10  of the implementation?
11  A. It would be a team involving the project
12  manager, perhaps my manager, not always, the conversion
13  group within Tyler, and that would be it.
14  Q. When you say that would be it --
15  A. That would be the initial internal Tyler
16  discussion.
17  Q. But that would include you, though, right?
18  A. Yeah. Including myself. So that would be the
19  first meeting that I would have in regards to the
20  project.
21  Q. What -- in that first initial meeting, what
22  was discussed?
23  A. The condition of the data, any unique
24  situations for the client, and the number of
25  implementation sessions that would be necessary.

**EXHIBIT 19**

THOMAS O'HAVER; May 18, 2010

## Page 32

1 Q. Who decides the number of implementations?
2 A. The project manager.
3 Q. What is that based on?
4 A. How much they're willing to pay.
5 Q. How much the client is willing to pay?
6 A. Yes.
7 MS. BAGLEY: Give them all the training
8 they want.
9 Q. (BY MS. PERLIONI) So that's decided at that
10 first team meeting?
11 A. Yes.
12 Q. And then what happens next?
13 A. Then I schedule a phone meeting with the
14 client.
15 Q. Why do you need the phone meeting with the
16 client?
17 A. To introduce myself, and it may include a
18 Webex session to show them what the software will look
19 like that they get and to also look at their -- some of
20 their data. It's just kind of an introductory session
21 and also to gather some information for preliminary
22 set-up.
23 Q. And what would make you decide to do a Webex
24 for a particular client?
25 A. So that they could see what their screens were

## Page 33

1 going to look like.
2 Q. I thought you said you might do a Webex. Did
3 you do some for some clients?
4 A. Yes.
5 Q. What would make you decide to do a Webex for
6 one client and not for another one?
7 A. The project manager would recommend it.
8 Q. Based on what? Do you know?
9 A. Based on their experience and what they
10 already knew of the software.
11 Q. This Webex, was that something you prepared?
12 A. Yes.
13 Q. What would that -- I mean, what would it show
14 them?
15 A. It would just show them some of the screens --
16 screen shots on my computer that they would eventually
17 have for their software.
18 Q. I want to take it a step back. So in
19 preparing this Webex, you mentioned earlier that these
20 modules were configured specific to the client and the
21 client needs.
22 A. Yes.
23 Q. So if they're different and configured
24 different based on client, what do you do to be able
25 to, you know -- obviously you have to somehow go in and

## Page 34

1 see what is different and how it's set up.
2 A. Yes.
3 Q. What would you do in that interim period
4 before you prepared this Webex to give to clients?
5 MS. BAGLEY: Object to the form.
6 Q. (BY MS. PERLIONI) You still answer the
7 question.
8 A. Could you restate the question?
9 Q. I'm just trying to understand how you became
10 familiar with whatever set-up has been prepared and
11 configured that's unique to the different clients.
12 A. That would be one of the purposes of that
13 initial meeting to determine what uniquenesses they had
14 and to take note of those and to show the clients some
15 of the screens and forms and interfaces that they would
16 be experiencing. It was an introductory meeting.
17 Q. The Webex meeting?
18 A. Yeah.
19 Q. But if you're preparing the Webex, don't you
20 have to look at it ahead of time?
21 A. No. The Webex is just an interactive session
22 with the client. It's not a prepared presentation.
23 It's just -- a Webex is a way of connecting with the
24 client so that they can see what's on my computer and I
25 can see what's on their computer.

## Page 35

1 Q. So it's not like a canned PowerPoint or
2 anything like that?
3 A. No.
4 Q. It's actually their data set up and configured
5 in the system?
6 A. It's like a Skype without looking at them but
7 looking at their computer instead.
8 Q. And then you just sort of maneuver through the
9 set-up?
10 A. Yeah.
11 Q. And what do you -- like what kind of things
12 will you decide to maneuver through or to show them
13 during that initial Webex?
14 A. I will show them the software screens that
15 they would be using, and then I would look at some of
16 their existing data and maybe some screen shots of how
17 they're doing -- what they're using currently if I was
18 not familiar with it. Like they may be coming from a
19 different module, different software altogether.
20 Q. So is that sort of a way not only for you to
21 show them the system but also for you to gain
22 information from them about, you know, their own data
23 and -- what did you call it earlier? -- you said
24 gather information?
25 A. Yes. It would be a way of gathering some

**EXHIBIT 19**

THOMAS O'HAVER; May 18, 2010

12 (Pages 36 to 39)

| Page 36 |
|---|
| 1   preliminary information that might be useful for my |
| 2   training of their staff. |
| 3     Q.  What type of things did you find that you |
| 4   wanted to gather from the client prior to going out and |
| 5   actually meeting with them? |
| 6     A.  It depended on the module that I was training |
| 7   them for.  I supported several modules of the Tyler |
| 8   suite of software. |
| 9     Q.  Which modules did you support? |
| 10    A.  Utility billing, parcels and permits, and |
| 11   special assessments. |
| 12    Q.  For the record, can you describe what those |
| 13   modules are starting with what is a utility billing |
| 14   module? |
| 15    A.  Utility billing is software to collect utility |
| 16   consumption, utility usage consumptions for water and |
| 17   sewer usage and to track that usage and produce a bill |
| 18   to send out to the customer. |
| 19    Q.  Does it also include collections and |
| 20   accounting for whether or not you've received payment |
| 21   for -- |
| 22    A.  No.  That's other modules of Tyler suite of |
| 23   software would take care of that, and I was not |
| 24   responsible for those modules. |
| 25    Q.  Can you explain for the record what the |

| Page 37 |
|---|
| 1   parcels and permits module did? |
| 2     A.  It kept track of parcels of land and any |
| 3   permits associated with those parcels of land and the |
| 4   customer or citizen that owned those parcels. |
| 5     Q.  And what about the special assessments module? |
| 6     A.  Special assessments was similar to the utility |
| 7   billing but involved special assessments of the |
| 8   property owner for improvements such as sidewalks, |
| 9   utility construction, roads, anything that the customer |
| 10   would be billed for or shared with other customers as |
| 11   part of their ownership of land. |
| 12    Q.  So throughout your tenure at Tyler |
| 13   Technologies, the only modules you supported were |
| 14   utility billing, parcels and permits, and special |
| 15   assessments? |
| 16    A.  Yes. |
| 17    Q.  So do you have any knowledge about the |
| 18   implementation of any other modules that may exist at |
| 19   Tyler Technologies? |
| 20    A.  Just what was necessary to do my job. |
| 21    Q.  What do you mean by that? |
| 22    A.  The modules that I supported interfaced with |
| 23   the accounts payable and accounts receivable and the |
| 24   general ledger, and there were some parameters that |
| 25   needed to be set up to interface correctly with those |

| Page 38 |
|---|
| 1   modules, so I would need to be familiar with those |
| 2   parameters and the way those modules worked generally |
| 3   but not specifically. |
| 4     Q.  Were you involved in any of the |
| 5   implementations that may have been associated with |
| 6   those other modules? |
| 7     A.  No. |
| 8     Q.  So you were talking about -- we were talking |
| 9   about that initial call that you would have with the |
| 10   customer and how you were trying to gather information. |
| 11    A.  Yes. |
| 12    Q.  Tell me why that's necessary that you gather |
| 13   information for moving forward with the implementation. |
| 14    A.  Because the first session that I would have |
| 15   with the client on-site would need to be a training |
| 16   session to train them on some of the set-up of their |
| 17   system, and in order to set up their system, I would |
| 18   need some information. |
| 19    Q.  Can you give me an example of the type of |
| 20   information that you would want to gather? |
| 21    A.  Yes.  For example, the utility billing module |
| 22   I would need to know how many billing cycles there are. |
| 23    Q.  And does that differ between clients? |
| 24    A.  Yes.  Yes. |
| 25    Q.  What other kinds of things? |

| Page 39 |
|---|
| 1     A.  How many meters there are, how the meters are |
| 2   read, how their calculations are performed to determine |
| 3   the bill amount.  That varied per client, and the |
| 4   software was flexible enough to accommodate different |
| 5   methods of calculation, and so I would need to know |
| 6   that before I could set them up. |
| 7     Q.  So you obtained this data and then you set |
| 8   these parameters up within the software? |
| 9     A.  Yes. |
| 10    Q.  And did that apply to only utility billing or |
| 11   would that apply to all the different modules you |
| 12   supported? |
| 13    A.  It would apply to all the modules. |
| 14    Q.  And did you ask these types of questions |
| 15   relating to utility billing, parcels and permits, and |
| 16   special assessments of every client in that first |
| 17   meeting or were sometimes they just getting one module |
| 18   or another module?  Did that make sense? |
| 19    A.  No. |
| 20    Q.  Not a great question, was it?  When you were |
| 21   doing implementing modules, was it typically just one |
| 22   of the modules you supported or was it sometimes |
| 23   multiple different ones like, for example, you would be |
| 24   doing utility billing and special assessments? |
| 25    A.  One at a time. |

**EXHIBIT 19**

THOMAS O'HAVER; May 18, 2010

**Page 40**

1  Q. And how was that determined which particular
2  module you would be implementing at any given time?
3  A. My manager decided that.
4  Q. So you have this initial meeting where you are
5  asking questions, digging, getting information so you
6  can set up the flexibility -- I'm sorry -- the
7  different parameters within the software.
8  A. Yes.
9  MS. BAGLEY: Object to the form.
10  Q. (BY MS. PERLIONI) What comes next? What do
11  you do next in any implementation?
12  A. Then I schedule the first training session and
13  that's it.
14  Q. After you've scheduled -- do you do anything
15  to prepare for showing up for that first training
16  session?
17  A. Yes.
18  Q. What do you do to prepare?
19  A. I collect all the information that I gathered
20  in that initial conference call and any information
21  that I had from the other team members from the other
22  groups and project manager, my manager, the conversion
23  people, and put that into a -- fit that into the
24  implementation plan that the company provided me to
25  make sure that everything is accounted for; that it's

**Page 41**

1  in the state to which they are ready for an initial
2  session of training.
3  When they are -- that may take several back
4  and forth inquiries to get all the information
5  together, but when they are ready, then I go out to
6  their site and set up a session and work with whoever
7  they determine would be their main technical person to
8  set up their system, and that may include several
9  people.
10  Q. I want to go back real quick. You said the
11  implementation plan that the company provided you.
12  A. Yes.
13  Q. So you take the data that you gathered from
14  your conversations with the client and then you revise
15  that plan to make sure it accommodates what you've
16  determined the needs are; is that correct?
17  MS. BAGLEY: Object to the form.
18  A. That's already usually determined what their
19  needs are. They need to Go Live with new software.
20  Q. (BY MS. PERLIONI) Right. But you said you
21  would adapt that plan, that implementation plan, to
22  accommodate whatever it is that you've discovered in
23  your discussions with the clients.
24  A. It would be minor adaptation based on where
25  they're at and what their data looks like. The plan

**Page 42**

1  was pretty well set in place. The first trip is a
2  set-up session to set up the software to get ready to
3  start training the end users.
4  Q. What do you mean by set-up session? What does
5  that entail?
6  A. It involves parameters and formula creation
7  and testing and parameter sets, switches, set-up forms
8  that the end user would not normally see. That
9  determines how the software works.
10  Q. And you said during that meeting you met with
11  whoever was the on-site technical contact?
12  A. Yes.
13  Q. So is it normally like an IT person or...
14  A. It was normally an IT person and managers that
15  knew about the way they did business.
16  Q. So you go on-site for that meeting?
17  A. Yes.
18  Q. And you sat down with whether it's the IT
19  person and maybe a manager who is going to be utilizing
20  the project?
21  A. Yes.
22  Q. Excuse me. Product. And walk me through how
23  you go about setting these parameters, the formulas,
24  and then testing to make sure they work.
25  A. We had a set checklist that the company

**Page 43**

1  provided me that was unique to the module and also
2  unique to the type of implementation, whether it was an
3  upgrade or a complete new install, and that checklist
4  would be -- would be -- we'd use that checklist to go
5  over and gather information and make the set-up changes
6  necessary.
7  Q. So give me an example of like one entry on the
8  checklist. What would be one item that's listed on the
9  checklist?
10  A. Well, like I mentioned, for utility billing,
11  it would be the number of billing cycles and when those
12  bills would be sent out. It would also involve --
13  another parameter would be when the meter reads are
14  taken and whether they're taken manually or through an
15  automated process, and then another parameter would be
16  or another setting would be how is their bill
17  calculated?
18  There would be many of those types of
19  parameters based upon the module that would need to be
20  set up before we train their end users.
21  Q. So the checklist identifies these topics, and
22  then you sitting down with the manager and the IT
23  person from the client talk through how they do things
24  and how they are going to do things going forward and
25  then you configure the software to meet their needs?

**EXHIBIT 19**

THOMAS O'HAVER; May 18, 2010

Page 44

1    A. Correct.
2    Q. So approximately how long does this particular
3 set-up meeting last?
4    A. That varied for the client and the size of the
5 implementation, but usually it was a one-week session
6 involving four days on-site.
7    Q. Four days on-site for the set-up alone?
8    A. Yes.
9    Q. Why does the set-up take so long?
10    A. Because the software is very customizable, and
11 it's generic software to meet the needs of different
12 types of people, different types of end users, and,
13 therefore, there are many screens and many set-ups and
14 many testing and back and forth iterations to be set up
15 in order to make it work.
16    Q. So it's not just going through -- you're also
17 then testing -- is there data already in the software
18 at that point?
19    A. Yes. At that point they would have had at
20 least one conversion.
21    Q. So the data is there. Now you're actually
22 setting it all up so it meets their needs?
23    A. Correct.
24    Q. And what kind of testing do you do to ensure
25 things are working accurately?

Page 45

1    A. I compare the results of our program to their
2 existing program numbers and screens and totals that
3 they have for specific clients or -- yeah -- for
4 specific test situations.
5    Q. And you mentioned there are different
6 iterations. That was your word. I'm not sure what
7 that meant.
8    A. Different cycles, different billing periods,
9 different combinations of permits perhaps, different
10 combination of special assessments, so it varied based
11 on the module.
12    Q. So you go out there and set -- you know,
13 engage in this interactive process with the client, and
14 then you work through and set the parameters like
15 you've mentioned. How do you go about deciding, okay,
16 we need to go back and test this or here's where we
17 might have problems or if you have to recommending
18 certain preferences over others? I mean, what does
19 that involve and how do you know how to do that?
20    MS. BAGLEY: Form.
21    A. I would consult with my manager.
22    Q. (BY MS. PERLIONI) On what types of things?
23    A. What the best methodology to use for this
24 client if I were to recommend something different than
25 they're used to doing.

Page 46

1    I would determine the capability of the
2 software versus their way of doing things, and if the
3 software would do things exactly the way that they were
4 used to doing it, there would be no discussion
5 necessary, but if there would be any variation in that,
6 then I would consult with my manager to come up with a
7 plan of implementation.
8    Q. So th only time you do that, though, is if
9 you've already determined that what they're wanting is
10 not within the capabilities of the software?
11    A. Well, not necessarily the capability of the
12 software but not the -- maybe not the -- that the
13 software doesn't exactly work the way that they're used
14 to seeing it work in their old version or old software.
15 If it was any departure from the way they normally do
16 business, then I would consult with my manager to
17 determine what the best approach would be.
18    Q. How often, I mean, during one of these setting
19 up sessions do you call your manager?
20    A. I was in touch with the manager every day and
21 the project manager.
22    Q. That was not my question. I mean where you
23 call in to discuss with your manager different
24 variations or possibilities for an issue that has
25 arisen with a client where you need to follow up and

Page 47

1 have those discussions.
2    A. It varied. It varied based on the client, the
3 module, the availability of my manager, the
4 complexities of the implementation, so I can't really
5 give you a number, but I was in touch by e-mail and
6 usually every day by e-mail and maybe a couple times
7 during the week an implementation session by voice mail
8 -- by voice with my manager and/or the project manager.
9    Q. And is that sometimes just providing just
10 status, here's where we are?
11    A. Yes. In most cases, it would be providing the
12 status in the case of the e-mails.
13    Q. So you said this is typically four days for
14 this initial going in and setting up the software; is
15 that correct?
16    A. Depends on the module and the complexity of
17 the implementation. Sometimes it would take two set-up
18 sessions.
19    Q. Were you typically there as the sole Tyler
20 Technologies representative? I mean, I understand
21 you're meeting with people from the client, but I'm
22 just wondering from the perspective of a Tyler
23 representative, were you there by yourself?
24    A. That varied. Many times I would be.
25 Sometimes I would be there with the project manager,

**EXHIBIT 19**

THOMAS O'HAVER; May 18, 2010

Page 48

1  sometimes I'd be there with my manager, and sometimes
2  I'd be there with the data people.
3      Q.  Why would you -- so on these occasions where
4  someone went with you, typically why was someone going
5  with you?
6      A.  The size of the implementation.  If it was a
7  very large client, we may have to have more than one
8  session going on at a time.
9      Q.  So the Tyler representative that is there is
10 in a different room doing something different than what
11 you're doing?
12     A.  Yeah.
13     Q.  So at the end of this time period where you're
14 meeting with the client for the set-up, what happens as
15 that -- those four days or whatever it takes come to a
16 conclusion?  What happens next?
17     A.  Then I go back either to the office or to
18 another client session the next week after reporting to
19 my manager and to the project manager what occurred
20 during this implementation session and documenting
21 everything that went on.  There was a documentation --
22 document that was produced every session that we had.
23     Q.  Follow-up memo?
24     A.  Follow-up memo, right.
25     Q.  So you finished this week.  You prepared your

Page 49

1  follow-up memo.  What do you do to plan for the next
2  session with any particular client?
3      A.  There would have been an implementation plan
4  in place from our initial meeting, and if nothing has
5  changed, then I just plan for that next implementation
6  session.
7      Q.  What could change?  What could have changed?
8      A.  There could have been some unexpected delays
9  in the set-up or some complexities that kept us from
10 being completed, and that could have been data problems
11 or it could have been procedural developments that we
12 did not know about until we got on-site.
13     Q.  So were these things you discovered or that
14 you were looking for when you were doing the testing?
15     A.  They're things that I discovered.  I didn't
16 necessarily look for them, but many times, you know,
17 it's like life.  Things come up, and during the initial
18 set-up session, we may have discovered something that
19 they didn't tell us about before.
20     Q.  Like what kind of things?  Can you give me an
21 example?
22     A.  Oh, maybe their formula, their method of
23 calculating the consumption and the billing for a
24 utility billing was more complex than what we normally
25 dealt with.

Page 50

1      Q.  So what would you have to do if you determined
2  that it was more complex than the typical formula?
3      A.  Usually involved some testing of formulas, and
4  a lot of that could happen back at the office as a
5  result of the visit before the next visit.
6      Q.  So if it's something like that where you
7  decide the formula for calculating was more complex
8  than what you typically see, then you might have
9  someone back at the office do some underlying or
10 additional testing to see if it works with --
11     A.  Yeah.
12     Q.  -- the software; is that correct?
13     A.  Yes.
14     Q.  So then can you describe what you -- so
15 there's this next step in the implementation process
16 that's planned.  Do you do any preparation before that
17 next step, the next client meeting?
18     A.  Yes.  I send out an agenda based upon what was
19 accomplished the first time and what needs to be
20 accomplished the next time as specified in our standard
21 implementation plan.
22     Q.  Do you tailor the implementation plan when you
23 set up the agenda so, you know, it's tailored to what
24 you actually accomplished before and what you expect to
25 accomplish on this particular trip?

Page 51

1      A.  Yes.
2      Q.  When you said you send that out, is that sent
3  to the client?
4      A.  Yes.
5      Q.  Do you come up with any homework or premeeting
6  work that you ask the client to do?
7      A.  Sometimes.
8      Q.  What kind of things would you ask the client
9  to do before you arrive for the next step in the
10 implementation?
11     A.  If it was another set-up session, then I would
12 have them collect the information necessary to set up
13 the -- complete the set-up that is scheduled to be done
14 in that session, and that may involve them doing some
15 homework to gather numbers of customers, numbers of
16 meters, types of meters, the cycles of when the meters
17 are read, how they are read.  It goes on and on.
18         It depends on what needs to be done, but
19 typically I would request them to have information.
20 They didn't always have it when I got there, however.
21     Q.  You'd like for them to be prepared, right?
22     A.  Yes.  Homework -- I had no authority as an
23 instructor to enforce their homework, so many times
24 on-site it would be checking that information, but,
25 yeah, I would assign homework.

**EXHIBIT 19**

THOMAS O'HAVER; May 18, 2010

**Page 52**

1    Q. And would that be based on your prior set-up?
2    A. Yes.
3    Q. So things you determined needed follow-up or
4 additional set-up, you would identify those for them?
5    A. Well, things I would determine in the
6 implementation plan that was given me.
7    Q. So are you saying that everything you were
8 asking your client to go look for and prepare for came
9 straight from the implementation plan?  You didn't
10 create the list for your client I need X, Y, Z?
11    A. I did not typically create that from scratch,
12 no.
13    Q. Where did it come from?
14    A. From the client implementation plan that I was
15 given from the module.
16    Q. Did you look at that plan and pull out those
17 specific things for this particular client that you
18 still needed for the next set-up?
19    A. Yes.
20    Q. You get there.  How often does everything go
21 exactly as you expected?  You get there, the client is
22 prepared, has every bit of information you need.
23    A. Oh, I can't really give a definite answer to
24 that, but many times it would go smoothly.  Sometimes
25 it would not.

**Page 53**

1    Q. Can you tell me -- give me some examples of
2 when you get there and everything is completely
3 different than you expected where you had to really
4 change course and do whatever it takes to get something
5 done?
6    MS. BAGLEY: Object to the form.
7    A. There might be a situation where a client or a
8 group of the people were not present because they had
9 something else that conflicted with the training
10 session.
11    Therefore, I'd have to change my schedule to
12 accommodate maybe two sessions of people that had to be
13 rotated because people had to be on the phone or be in
14 production producing something, because they didn't
15 come away from their jobs necessarily to come to class.
16 They had to rotate into the sessions sometimes, and so
17 I'd have to schedule maybe two sessions of training
18 when I had to plan for one.
19    Q. (BY MS. PERLIONI) How did you conduct the
20 training?  I mean, is this classroom style?
21 PowerPoint?  Lecture?  Sitting down at computers?
22    A. Yes.
23    Q. All of the above?
24    A. Yes.
25    Q. What was your strategy?

**Page 54**

1    A. It depends on the size of the group.  Usually
2 it was a classroom situation and PowerPoint using the
3 material that I was given for the implementation.
4    Q. What material are you referring to?
5    A. PowerPoint screen shots and curriculum.
6    Q. So I'm trying to understand.  Are you saying
7 that you did not create any PowerPoints for any of the
8 presentations or training sessions you did?
9    A. No.  I may have modified some to include some
10 screen shots or some specific points that a client was
11 having trouble with, but I used PowerPoints and other
12 materials that were given to me by the company.
13    Q. What about the curriculum?  Do you modify that
14 as well based on what you're seeing with individuals
15 that you're training?
16    A. Not usually.
17    Q. So you never had to vary from a set curriculum
18 for the training that you're giving?
19    A. No.  There were times when I would elaborate
20 on certain aspects or add or modify based upon the end
21 users' special conditions or knowledge.
22    Q. And how did you determine whether you needed
23 to elaborate or modify?
24    A. From feedback during the training session and
25 during the preliminary sessions.

**Page 55**

1    Q. Feedback from the client?
2    A. Yeah.  And the project manager and my manager.
3    Q. Going in, you said you used PowerPoint but
4 that you modified it some.  What -- if you're --
5    A. I may have modified it.
6    Q. What kind of things would you -- if you look
7 at the standard PowerPoint, what kind of things would
8 you say, you know what, for this client, I need to
9 modify the PowerPoint to reflect whatever it is?  What
10 kind of things would you do?
11    A. I can't recall anything specific, but it may
12 have involved more detail on some aspects of the set-up
13 or the operation that was unique for the client.
14    If they were not accustomed to the screens, it
15 may have more screen shots for them.  If they were
16 coming from a different software altogether from Tyler,
17 then I would give them more detail on the way Tyler did
18 things as opposed to the way they're used to doing
19 things.
20    Q. Are those things you determined based on your
21 interactions you'd had with the client where you were
22 information gathering?
23    A. That and what the project manager and my
24 manager determined.
25    Q. So is that a collaborative effort between you,

**EXHIBIT 19**

THOMAS O'HAVER; May 18, 2010

**Page 56**

1  your project manager, and your manager?
2  A. Yes.
3  Q. When you talked about you may elaborate or
4  modify based on the end user, do you know that going in
5  or is that something as you're sitting down with the
6  end user you're watching them and trying to determine
7  how much they're grasping or a combination?
8  A. Combination.
9  Q. Can you walk me through? I mean, what is it
10  that you do to try to figure out how well your end user
11  is grasping what you're trying to train them on?
12  A. Well, I've been trained as a technical
13  trainer, and I am able to determine usually if the
14  students are grasping what I'm teaching, and I usually
15  ask for a lot of feedback during the training and
16  observe what they do during their practice sessions
17  that go along with the training, and I may modify my
18  training based upon what I observe, but it all follows
19  the planned curriculum we have that has been
20  provided to me by the company.
21  Q. What is that planned curriculum you're talking
22  about?
23  A. Depending on the session, the set-up would be
24  to get everything all set up for the software to
25  operate. If it's -- the end user training is getting

**Page 57**

1  the end user familiar with all the screens necessary to
2  do their job. If it's the billing session, it's
3  getting the users familiar and having the system go
4  through a complete billing cycle and come out with
5  bills, so it depends on the session.
6  Q. So you take that curriculum and then you go in
7  and figure out how to determine to best train the
8  particular end users?
9  MS. BAGLEY: Object to the form.
10  A. I may determine the best way of training if
11  there's any deviation from the standard, but that would
12  -- any deviation would be not totally my decision. It
13  would be based upon what the project manager and my
14  manager and myself agreed would be best.
15  Q. (BY MS. PERLIONI) I'm not really talking about
16  deviation from. You mentioned earlier, you know,
17  having a session where you're working with the end user
18  on helping them understand the different screens
19  available in a particular module, so I'm not saying
20  deviate from that, but how do you determine how to
21  present that to them in a way that would effectively
22  train them on being able to utilize that and understand
23  the screen shots?
24  A. We have PowerPoints and curriculum that are
25  standard for the module training session.

**Page 58**

1  Q. What type of curriculum are you referring to?
2  A. Written print-outs that we print out for them
3  to follow along while I lecture.
4  Q. So that's a hand-out you give to them?
5  A. Yeah.
6  Q. How do you determine the best way to lecture
7  the end users on the particular hand-outs that you've
8  given?
9  A. I'm trained on the standard way of conducting
10  the session.
11  Q. What do you mean by that? What type of
12  training are you referring to?
13  A. With the PowerPoint presentation that
14  incorporates -- that follows the curriculum and
15  incorporates screen shots and the information that they
16  have given me for set-up and billing and permitting or
17  special assessment parameters that they -- parameters
18  and operational methodologies that they do -- they
19  utilize.
20  Q. Do you utilize a PowerPoint in every one of
21  your training sessions?
22  A. Yes.
23  Q. Do you also utilize someone at the -- or work
24  with someone at their computer or at a computer?
25  A. Yes.

**Page 59**

1  Q. What does that involve when you have someone
2  at a computer? What do you do then?
3  A. Well, the software is computer software, so
4  we're training them on the operation of the software or
5  the set-up or the production of end products from their
6  computer, so at all times they're at a computer.
7  Q. Does that mean that they're sort of playing
8  around with the different screens and module itself?
9  A. They can be depending on what they're doing,
10  trying different alternatives. Usually it's a flow of
11  operational processes that are involved in completing
12  their task.
13  Q. So are they inputting things into the
14  computer?
15  A. Inputting and analyzing the results of their
16  input and producing results through the software and
17  launching a process possibly.
18  Q. Is this live data?
19  A. Yes.
20  Q. So they're actually in their system practicing
21  and training with live data?
22  A. The way the implementation is done is there's
23  an initial training on their data in a test environment
24  that's not live to their final results, but at some
25  point we Go Live, and that's usually the last session

**EXHIBIT 19**

THOMAS O'HAVER; May 18, 2010

Page 60

1  where after they have gone through all the practice
2  sessions and their billing and software works
3  correctly, they come out with the same numbers as
4  they're used to seeing, then we do a cutover to the
5  live data, and that may involve a Go Live conversion of
6  the data by our conversion people so that when I go out
7  for that session, then they are live with that -- with
8  their data on that session. That's usually the last
9  session.
10      Q. So where they're tinkering around, though --
11      A. It's usually a test. It's something that
12  wouldn't modify their data. There are some things they
13  can do on their live data that doesn't change anything.
14      Q. Because they're tinkering around. You don't
15  want them to mess up all the data, right?
16      A. Right.
17      Q. As they're tinkering around, are you standing
18  over their shoulder helping them with things? I mean,
19  how does that -- giving them, you know, tips on where
20  they go next and what happens if they do certain things
21  within the software?
22      A. That may be a scenario that happens, yeah,
23  during some of their -- if they're a small group that I
24  can do that with. Usually they watch me do things, and
25  then I walk around the room as they're going through

Page 61

1  their practice session and observe what they're doing
2  and answer any questions.
3      Q. So you actually -- so your screen is projected
4  somehow?
5      A. Yes.
6      Q. And you're working through the software and
7  showing them different nuances in the software?
8      A. Yes.
9      Q. And then you step back and watch them trying
10  to do it on their own computer terminal?
11      A. That is one scenario that could happen, yes.
12      Q. What other kinds of scenarios might there be?
13      A. If it's a small group, there may not be a
14  projection. It may just be two or three people being
15  trained, and they would watch me over my shoulder do
16  some things, and then they'd go back to their computers
17  and then I would watch them.
18      Q. Throughout this time, you're interacting with
19  them answering whatever questions they may have?
20      A. Yes. I would be their trainer.
21          (Deposition Exhibits 13 and 14 were
22          marked for identification.)
23      Q. (BY MS. PERLIONI) I'm going to hand you two
24  documents. One I'm marking Deposition Exhibit 13 and
25  the other I'm marking Deposition Exhibit 14. Do you

Page 62

1  recognize the documents that I've handed you marked
2  Deposition Exhibits 13 and 14?
3      A. (Reviewing). As a cover letter and resume
4  that I had sent to Tyler.
5      Q. So just for the record -- and tell me if I'm
6  correct on this -- Deposition Exhibit 13 is a cover
7  letter that you sent to Tyler Technologies?
8      A. Yes.
9      Q. And Deposition Exhibit 14 is a copy of a
10  resume you submitted to Tyler Technologies?
11      A. It's a copy of a resume. I have no way of
12  knowing if this is the one I sent to Tyler except that
13  you have it, so I must have.
14      Q. Looking at Deposition Exhibit 14, does that
15  appear to be a true and correct copy of a resume that
16  you prepared and utilized in searching for employment?
17      A. Yes.
18      Q. So no reason to dispute that you submitted it
19  to Tyler Technologies?
20      A. Right. Right.
21      Q. There's not a date on Deposition Exhibit 13.
22  Obviously this was submitted after your employment with
23  Tyler Technologies ended, because it includes work with
24  Jones & Jones Architect, 2007 to the present, which was
25  post-Tyler employment, correct?

Page 63

1      A. Correct.
2      Q. Do you know when you submitted Deposition
3  Exhibits 13 and 14 to Tyler Technologies?
4      A. No.
5      Q. But we can at least confirm that this
6  Deposition Exhibit 13 and 14 was a cover letter and
7  resume you submitted after your employment with Tyler
8  Technologies ended and at some point in time in an
9  effort to come back to work with Tyler Technologies?
10      A. Yes.
11      Q. I want to go back real quick.
12          (Deposition Exhibit 15 was marked for
13          identification.)
14      Q. (BY MS. PERLIONI) I'm going to hand you
15  another document, and it's actually a compilation of
16  documents, but if you'll take a look, I'm marking them
17  Deposition Exhibit 15. I'm looking at Deposition
18  Exhibit 12 and Deposition Exhibit 15. You need to have
19  these at your fingertips. I just want to get a salary
20  history if you will relating to your employment tenure
21  with Tyler Technologies. If you look at Deposition
22  Exhibit 12, it indicates on here that you would have a
23  starting base salary of $60,000. Do you see that?
24      A. Yes.
25      Q. Do you recall that as being your salary when

**EXHIBIT 19**

THOMAS O'HAVER; May 18, 2010

### Page 68

1  that?
2      A. Yes.
3      Q. So parcels, permits and inspections, water and
4  sewer utility billings, special assessments, customer
5  requests, and crystal reports. It looks to me -- and
6  you tell me if I'm misunderstanding -- to be more
7  modules than you told me earlier that you supported
8  with Tyler Technologies.
9      A. There is one that I didn't mention earlier,
10 the customer requests. I had started to prepare for
11 that module. I don't believe I ever implemented that
12 for Tyler, so I didn't include it in the previous list.
13      Crystal reports, I put that in there. It's
14 not a separate module. It's a way of reporting on any
15 of the other modules, but the positions that I was
16 applying for evidently required or wanted crystal
17 report experience, so I highlighted that in there as a
18 module.
19      It was kind of in that gray area. We did
20 offer crystal reports training separate from our other
21 modules, and I did use crystal reports quite a bit in
22 the implementation, because that's the way reports were
23 produced from all the products.
24      Q. Can you explain what it is?
25      A. It's a reporting package that's a generic

### Page 69

1  reporting database reporting tool that many companies
2  used, and Tyler used it as their reporting engine for
3  their financial modules.
4      Q. Look below on other duties. Can you explain
5  -- the first one says "use of SQL, structured query
6  language, to access relational database information."
7      Can you explain what that means?
8      A. The information -- their data was actually
9  stored in a relational database. It was either a SQL
10 server or Oracle.
11      During that process of the implementation that
12 I was involved with, I had to access their data in ways
13 other than the forms that we were provided in the
14 software did, and that was through SQL commands, and so
15 I was trained and familiar with accessing the data by
16 using SQL commands.
17      Q. Why did you need to do that?
18      A. To check the accuracy of the forms and make
19 sure that it was retrieving the data correctly, and
20 sometimes when it wasn't, then I would report to the
21 conversion people a problem or inconsistency, and that
22 was part of my responsibility to if there was any
23 inconsistency or problem to report that to the data
24 conversion.
25      Q. So you were using this different language,

### Page 70

1  structured query language, to identify problems within
2  the Tyler software programs?
3      A. It would be problems with the data.
4      Q. The client's data?
5      A. Yeah. And that could have been their fault or
6  it could have been the conversion people's. It varied.
7      Q. Looking at the data, how do you identify
8  whether or not something is a problem?
9      A. If it didn't agree with what appeared on their
10 forms through the software, Tyler software.
11      Q. Were you spot-checking or how did you
12 determine to go in and do this testing using this SQL?
13      A. Part of my responsibility would be to look at
14 their bills and make sure that the customer was being
15 billed the proper amount for the proper consumption or
16 usage or permit fee or assessment, and all of that
17 information is stored in the database and/or calculated
18 through the formulas, and so I would compare the result
19 that the program came out with on the forms or the
20 reports with what the database had, and sometimes that
21 would involve SQL query interaction with the database.
22      Q. When you said customer in your answer just
23 then, I'm assuming that's the customer of --
24      A. Of the client.
25      Q. Of the client?

### Page 71

1      A. Yeah. Rather than the client themselves.
2      Q. Right. And how would you decide when you
3  needed to use the SQL as opposed to something else?
4      A. Usually it was in testing or in
5  troubleshooting an inconsistency.
6      Q. Looking at the second entry on your resume,
7  "using ERD, entity relationship diagram, schemas to
8  create and interpret SQL," what does that mean?
9      A. ERD schemas, that's a database term. That
10 means a plan -- a diagram of a database. Schema is a
11 diagram of the data like an org chart for the way the
12 data is stored.
13      I used the entity relationship diagrams, which
14 is another way of showing relationships between things
15 that are important in the database such as customer or
16 order, consumption, address, you know, just different
17 components that are stored in the database and how
18 those relate to each other.
19      Entity relationship diagrams, they're diagrams
20 of how things relate. Like the customer would have one
21 address, so it would be a one-to-one relationship. The
22 customer may have many bills, so there would be
23 one-to-many relationship between the customer and his
24 bills.
25      So those diagrams present the relationships

**EXHIBIT 19**

THOMAS O'HAVER; May 18, 2010

Page 72

1    between those entities in the database.  It happened to
2    be tables and structures of tables and data.
3        Q.  What are you looking for in these schemas?
4        A.  Well, I would be using those to determine
5    again in testing and in determining any consistencies
6    or inconsistencies of the data.
7            Part of my job -- since the data conversion
8    people did not go out after the initial conversion
9    usually and I was the on-site person, part of my
10   secondary responsibilities would be to identify any
11   inconsistencies in the data and relay that to the data
12   conversion group.
13       Q.  What do you mean when you say create and
14   interpret SQL?
15       A.  SQL is a command language, and so I would
16   create the commands that would retrieve the data in the
17   right way.
18       Q.  How did you know how to do that?
19       A.  I had previously worked for a database
20   company, Oracle Corporation.
21       Q.  So based on prior experience and knowledge?
22       A.  Yes.
23       Q.  What is this creating customized training
24   documentation?
25       A.  That's a general statement.  Like I mentioned

Page 73

1    earlier, for the most part, the training documentation
2    was provided to me, but I would be responsible for
3    creating any modifications or customizations for -- of
4    that training material.  It would be given to me in a
5    soft format where I could make some changes if
6    necessary, but normally that was not necessary.
7        Q.  What do you mean normally it was not
8    necessary?  So you didn't tinker with the standard
9    training material for most of the clients you went out
10   to implement?
11           MS. BAGLEY:  Object to the form.
12       A.  Correct.  Yeah.  The ideal situation would be
13   to use the curriculum and the training materials in the
14   way that it was originally developed, but everything's
15   different, you know, when you get out in real life.
16           Like I said, there may be -- but that
17   particular client, there may be some different
18   parameters that need to be set or different training,
19   more training that needs to be done or more screens
20   shown to a specific client that's not used to the
21   software as opposed to those that were used to the
22   software the way Tyler did things previously.
23           So I may include more screen shots or more
24   detail on a specific topic, so I might flush out
25   something or eliminate something that I know they were

Page 74

1    already familiar with in order to make the training
2    flow better, but for the most part, the training
3    material was already created for me.
4        Q.  (BY MS. PERLIONI)  You know, I want to make
5    sure I understand.  Is it that there's multiple
6    different types of training material already created
7    and you pick amongst those and develop the specific
8    package you're going to utilize with that client?
9        A.  No.  There's training material for each of the
10   modules, and depending on the module I'm training on, I
11   would take that training material and see if there's
12   anything that needs to be done to it to make it fit
13   better to the client.
14       Q.  The next bullet point on your resume that you
15   submitted to Tyler says "InForum Gold DIS integration,"
16   and then in parentheses it's geographic information
17   systems.  I assume GIS is the acronym that stands for
18   that.
19       A.  Yes.
20       Q.  What do you mean by that?  What are you
21   representing there?
22       A.  Okay.  With their software, which was called
23   InForum Gold, which included the many modules that
24   Tyler sold, including the ones that I supported, there
25   was an interface to many of the modules that was a

Page 75

1    geographic interface where we could produce a map that
2    showed a customer or a parcel or a water meter or a
3    sewer manhole or something on a drawing, and you could
4    inquire on that map and get the customer's information
5    or you could inquire the customer's name and get a map,
6    so you could go from the picture to the word or the
7    word to the picture.  That interface is called a
8    geographic information system interface.
9            Some of my further background was geographic
10   information systems, and so I was highlighting that
11   because I was familiar with that interface that Tyler
12   provided to the client.
13       Q.  On your resume, it represents that you were --
14   something about an integration of that system.
15       A.  Yes.  That involved setting that up in order
16   for them to use that.  It was part of the software, but
17   not everyone used it, so if they were interested in
18   using that integration, it would need to have -- be set
19   up to do so, and I did that.
20       Q.  The next bullet point, "integration with other
21   financial accounting modules and systems, i.e.,
22   cashiering, general ledger, accounts payable,
23   purchasing, accounts receivable, project accounting,
24   fixed assets, inventory, and personal modules, i.e.,
25   payroll, human resources, applicant tracking," can you

**EXHIBIT 19**

THOMAS O'HAVER; May 18, 2010

Page 100

1    Q. You had mentioned that you were tracking
2  in-office time that's not billable.
3    A. Right.
4    Q. Why wouldn't you record the out-of-office time
5  even though it's not billable?
6      MS. BAGLEY:  Form.
7    A. I mentioned that in-office time it was
8  billable.
9    Q. (BY MS. PERLIONI) I'm sorry.  I didn't
10  recognize that distinction.
11    A. Yeah.  If there was office time that was
12  billable that I could do in the office, I reported
13  that.
14    Q. So on your time sheet, you wouldn't include
15  any time, say, you were in the office working but you
16  didn't view that as being billable towards a client?
17    A. I wouldn't record that for the client, no.  I
18  would record it as just office time.
19    Q. And then now I'm trying to understand.  So
20  when you're at a client's, you're in the hotel after
21  evenings -- I'm sorry -- after working with the client
22  and you're preparing for the next day, that time, would
23  you record that on your time sheet as nonbillable?
24    A. No.
25    Q. So you didn't track that anywhere?

Page 101

1    A. No.  Nope.
2      (Deposition Exhibits 18 and 19 were
3        marked for identification.)
4    Q. (BY MS. PERLIONI) I'm going to hand you two
5  more documents.  These I'm marking as Deposition
6  Exhibit 18 and 19.  I'll hand you 18 first.  Next I'm
7  going to hand you 19.  Can you take a look at those
8  documents and tell me if you recognize them?
9    A. (Reviewing).  Okay.  Yes.  I recognize these.
10    Q. Is Deposition Exhibit 18 a true and correct
11  copy of an e-mail you sent to Marilyn Foos informing
12  her that you were resigning your employment with Tyler
13  Technologies?
14    A. Yes.
15    Q. And is Deposition Exhibit 19 a true and
16  correct copy of the letter you received from Tyler
17  Technologies confirming your separation of employment
18  and outlining your final paycheck and benefits?
19    A. Yes.
20    Q. And on Deposition Exhibit 19, it indicates
21  that you would be receiving your last final paycheck
22  and it would include 40 regular hours and 2.0 hours of
23  PTO that have been accrued and not taken.  Do you see
24  that?
25    A. 2.08 hours of PTO.

Page 102

1    Q. Thank you.
2    A. Yes.
3    Q. And you received the final paycheck with the
4  PTO hours that is indicated on Deposition Exhibit 19?
5    A. Yes.
6      (Deposition Exhibit 20 was marked for
7        identification.)
8    Q. (BY MS. PERLIONI) I'm going to hand you
9  another document that I'm marking Deposition
10  Exhibit 20.  I would like you to take a look at
11  Deposition Exhibit 20 and tell me if you recognize it.
12    A. (Reviewing).
13      MS. PERLIONI:  Let's go off the record
14  to give him a chance to review Deposition Exhibit 20.
15      (Discussion off the record.)
16      (Deposition Exhibit 21 was marked for
17        identification.)
18    Q. (BY MS. PERLIONI) You've had a chance to look
19  at Deposition Exhibit 20 and 21?
20    A. Yes.
21    Q. I'll represent to you I believe Deposition
22  Exhibit 21 to be a declaration that it says on the
23  second page of Deposition Exhibit 20 there's a
24  signature line for Tom O'Haver.
25    A. Yes.

Page 103

1    Q. Is that your signature?
2    A. Yes.
3    Q. And does Deposition Exhibit 20 appear to be a
4  true and correct copy of a declaration that you signed?
5    A. Yes.
6    Q. Can you just tell me -- and I don't want you
7  to go into any conversations that you may have had with
8  an attorney, but what was the process for putting
9  together the declaration that we have marked
10  Exhibit 20?  I mean, did you sit down at your computer
11  and type it?
12    A. I don't recall.  It appears to, except this is
13  not the copy that I typed because of the lack of
14  hyphenations at the end of sentences.  This may have
15  been a handwritten -- a typewritten version of my
16  handwritten document.  I can't recall.
17    Q. In looking at Deposition Exhibit 20 -- and I'm
18  looking particularly at paragraph 4 -- you say, "I
19  regularly worked an average of 50 to 60 hours per week.
20  Some weeks I worked as many as 70 hours."
21      When you're talking about the 50, 60 hours per
22  week, are those the weeks you were actually on-site
23  with a client doing implementation?
24    A. Forty hours of that or the number of hours
25  that that was allocated for that training session would

**EXHIBIT 19**

THOMAS O'HAVER; May 18, 2010

29 (Pages 104 to 107)

## Page 104

1    be included in that, but that would include also extra
2    hours on the airplane that I would be working on
3    material for the sessions and in my hotel room late at
4    night.
5        Q. I guess my question is where you're saying the
6    average 50 to 60 hours per week, those were weeks when
7    you were traveling?
8        A. Yes.
9        Q. So not weeks when you were actually in the
10   office?
11       A. Correct.
12       Q. And how did you come up with 50 to 60 hours
13   per week? I mean, I know it says it's an average, but
14   did you go through any type of looking back at
15   documents or any type of calculation to come up with
16   that or is this just something that's sort of a
17   guesstimate out of your head?
18           MS. BAGLEY: Object to the form.
19       A. I considered that most of the implementations
20   involved four days of training on-site and at least
21   four days in the hotel room and travel time, and much
22   of my time with Tyler Technologies involved
23   implementation projects on the east coast, and so I
24   would travel -- be traveling across country and working
25   on the airplane primarily the whole time there and back

## Page 105

1    either preparing for the class or writing the follow-up
2    memo on the way back and preparing for my next session
3    and calculating that came out to be 50 to 60 hours
4    and sometimes for longer implementations and longer
5    weeks for up to 70 hours if it was a difficult
6    implementation.
7        Q. (BY MS. PERLIONI) I'm going to object to the
8    form of your answer. My question was did you look back
9    at any documents to come up with the average you've
10   included in Deposition Exhibit 20?
11       A. No, I didn't. I didn't document that
12   anywhere.
13       Q. And when you're talking about different
14   implementations, did you consider how many were on the
15   east coast versus how many were elsewhere in trying to
16   come up with your numbers at all?
17       A. No. It was a general statement for all my
18   implementation clients, which involved people on the
19   east coast, west coast, and centrally located in the
20   country.
21       Q. So you didn't do any analysis of all the
22   different implementations you did to try to see truly
23   what the average was of where the clients were and
24   things like that?
25       A. No. It was -- it was a general average. It

## Page 106

1    wasn't a computed average.
2        Q. Did you ever work on any federal holidays, any
3    company holidays?
4        A. It seems to me like I did work on some company
5    holidays that wasn't the client holiday, but I can't
6    remember what that would have been, because most of the
7    clients were municipal employees or government
8    employees. They had all the same holidays I did.
9            I think there was perhaps -- I can't remember.
10   There might have been a Tyler holiday that we got off
11   that I had to work. It seems like -- I don't recall
12   specifically, but it seems like that was the case in at
13   least one case.
14       Q. One particular holiday?
15       A. Yeah.
16       Q. Do you remember what year that was or --
17       A. No, not with detail, but it seems like there
18   was something.
19       Q. Take a look at Deposition Exhibit 21 and tell
20   me -- you already told me you recognized it.
21       A. Yes.
22       Q. What is Deposition Exhibit 21?
23       A. It was a performance improvement memo.
24       Q. And I just want to make sure. If you look on
25   the second page, which is Bates labeled 3185 of

## Page 107

1    Deposition Exhibit 21, is that your signature on this
2    document?
3        A. Yes.
4        Q. And does this, this being Deposition
5    Exhibit 21, appear to be a true and correct copy of a
6    performance improvement memo you received on March 7,
7    2007?
8        A. Yes.
9        Q. I want to go back to one thing. I want to
10   take you back to Deposition Exhibit 7. Can you look
11   back to Deposition Exhibit 7?
12       A. I don't have that.
13           MS. BAGLEY: Here (handing).
14       A. Okay. I have that now.
15       Q. (BY MS. PERLIONI) You said this was your
16   calendar or information from your calendar, correct?
17       A. Yes.
18       Q. Do you have this type of information saved in
19   a calendar somewhere up through the end of your
20   employment with Tyler Technologies?
21       A. No.
22       Q. You didn't keep this kind of information?
23       A. No.
24       Q. So you don't have something on your calendar
25   saying, hey, here's the day I took off and went to the

**EXHIBIT 19**

THOMAS O'HAVER; May 18, 2010

24  (Pages 84 to 87)

## Page 84

1   examples in your head that you can remember sitting
2   here today?
3       A.  No.  I can't remember any.
4       Q.  Do you think at the time when you were
5   crafting your employee comments that you were thinking
6   of specific examples?
7       MS. BAGLEY:  Object to the form.
8       A.  Perhaps.  That's why I put it down, because I
9   was thinking of examples, but I didn't mention the
10  examples.  I just supported that with a statement or
11  two or three statements here to support my ranking of
12  where -- how I had ranked myself.
13      Q.  (BY MS. PERLIONI)  Turn to the next page.  It's
14  page 3 of 8, and it's Bates labeled 3198.  At the very
15  top -- and I'm looking at the employee comments that
16  are at the very top of the page -- you write, "I often
17  am able to exceed the scheduled commitments while
18  allowing adequate time for the tasks and agenda items
19  of the consulting engagement.  For example, I am often
20  able to add value to the training consulting by
21  creating and documenting custom service orders and
22  other client-specific value added documentation in
23  areas where the client needs special attention.  If
24  necessary, I have often come in early and worked late
25  as well as my hotel room late at night to solve

## Page 85

1   problems and come up with new ways of doing things."
2       Do you see that?
3       A.  Yes.
4       Q.  And is that an accurate statement?
5       A.  Yes.
6       Q.  And you were truthful when you included these
7   comments on your performance evaluation?
8       A.  Yes.
9       MS. BAGLEY:  Object to form.
10      Q.  (BY MS. PERLIONI)  Tell me what kinds of
11  problems that you were working to solve sitting here
12  today if you recall them.  I know it's been a while.
13      A.  A typical problem would have been probably in
14  this situation a utility billing implementation,
15  because that's what I was supporting at this time, and
16  it mentions also in this scenario here that client
17  needs special attention, client-specific value added
18  documentation.
19      That would be the extra PowerPoint or screen
20  shots or more detail on a specific operational or
21  set-up form that I would create in order to help them
22  along if they were having some difficulty in one of the
23  steps of the training process.
24      Q.  And those were difficulties you identified
25  while you were there on-site visiting the client?

## Page 86

1       A.  Yes.  During the training, in the process of
2   training.
3       Q.  When you were on-site, you mentioned in here
4   that you often come in early and work late in your
5   hotel room.
6       A.  Yes.
7       Q.  Would that be during those time periods that
8   you were actually on-site with the client?
9       A.  Yes.
10      Q.  On average, approximately how much time maybe
11  before or after like in a particular day would you work
12  when you were not physically sitting there with the
13  client?
14      A.  Many times I'd be working late at night in the
15  hotel room creating and making sure I understood the
16  clients and the software details in order to make their
17  learning experience better for the next day and for
18  future implementations, and that at times involved
19  three, four, five hours at a time on my own in the
20  hotel room or on the airplane either to or from the
21  client site.
22      Q.  And how did you decide what you needed to work
23  on during that time period?
24      A.  That was based upon the feedback that I got
25  during the training session.

## Page 87

1       Q.  From the client?
2       A.  From the client and from my observation, my
3   professional observation.
4       Q.  Did you record the hours that you worked in
5   the evenings during the time you were doing this work
6   that you just described on any time sheets or, you
7   know, any notes you made or anything like that?
8       A.  No.
9       Q.  So you never kept track of the evening hours
10  that you worked in preparing for the next day during an
11  implementation?
12      A.  No.  There were just a certain number of hours
13  allocated to the client, and that's all I was allowed
14  to report.
15      Q.  What do you mean by that?
16      A.  The client as we mentioned earlier bought a
17  training plan that involved a specific number of hours
18  of training, and that was training on-site in the
19  classroom and did not include preparation in my hotel
20  room or on the airplane or before the sessions started
21  or after the sessions completed.
22      Q.  So you recorded only those billable training
23  hours?
24      A.  Yes.
25      Q.  And you didn't keep track whatsoever of the

**EXHIBIT 19**

THOMAS O'HAVER; May 18, 2010

Page 88

1  hours that you were preparing for those training
2  sessions?
3     A. No.
4     Q. No meaning I'm correct?  You didn't keep
5  track?
6     A. I did not keep track of those.
7     Q. Do you have any way to look at -- is there any
8  documentation you could look at to try to recreate what
9  those hours would be?
10    A. No.  Just from my knowledge, recollection that
11  I many times spent many late hours in the hotel room
12  preparing for the next day, and I typically did that
13  not only with Tyler but with previous employers and
14  subsequent employers.  I took a lot of time in order to
15  make my training sessions better and the experience of
16  the client better.
17    Q. What kind of things could you do in the
18  evenings to make the following day training session
19  better?
20    A. I would create more detail in the PowerPoint
21  presentation and/or in the curriculum or I would
22  include more screen shots that the client was having
23  trouble with to demonstrate to them and make it easier
24  for them to understand.
25    Q. So you're spending approximately two hours

Page 89

1  tailoring your next day's training based on your
2  judgment of how that day's training went with a
3  particular client?
4     A. Yes.
5     Q. Let's go back to Deposition Exhibit 16, and I
6  want to look at the very next -- again, we're on page
7  38.  It's Bates labeled 3198.  It says, 5, independence
8  initiative.  It states, "Employee demonstrates
9  resourcefulness and originates productive action on
10  assignments."
11    A. I'm sorry.  Which page?
12    Q. I'm sorry.  I'm on page 3 of 8.  It's Bates
13  labeled 3198.
14    A. Okay.
15    Q. It says number 5, independence initiative.  Do
16  you see that?
17    A. Yes.
18    Q. It says, "Employee demonstrates
19  resourcefulness and originates productive action on
20  assignments.  Consider employee's interest in
21  developing or learning new skills, knowledge, and
22  abilities."
23       If I'm reading this correctly, you ranked
24  yourself as "works out effective solutions and requires
25  supervision only for instruction on new projects or for

Page 90

1  critical aspects of assignments.  Consistently
2  demonstrates interest in developing or learning new
3  skills, knowledge, and abilities."  Is that correct?
4     A. That's correct, yes.
5     Q. And you were truthful when you ranked
6  yourself?
7     A. Yes.
8        MS. BAGLEY:  Form.
9     Q. (BY MS. PERLIONI)  Look down.  I'm looking now
10  at the comments that you added.  "I have been around
11  software consulting and problem solving long enough to
12  be able to effectively solve most situations that come
13  my way.  I maintain a list of solutions for future
14  reference and am able to resolve most issues quickly
15  and efficiently."
16       Do you see that?
17    A. Yes.
18    Q. And were you truthful when you made that
19  statement?
20       MS. BAGLEY:  Form.
21    A. Absolutely.
22    Q. (BY MS. PERLIONI)  And can you tell me -- do
23  you still have this list of solutions?
24    A. No.
25    Q. What kind of things were you including on the

Page 91

1  list of solutions?  I'm referring to your list here
2  that says you're able to effectively solve most
3  situations that come my way and you're maintaining a
4  list for future reference.  What kind of things?
5     A. For the software that I was involved with, I
6  typically and still do for jobs that I do keep a list
7  of typical problems and their solutions that becomes
8  useful because I can't remember them all.
9     Q. So once you figure it out, you want to be --
10    A. Once I figure it out, I want to be able to get
11  back to it and figure it out the next time without so
12  much effort as I put into it the first time, so I keep
13  a list of those or keep them in some format whether it
14  be a spreadsheet or a Word document or a database of
15  some kind.
16    Q. You didn't save that one?
17    A. No.  When I left the company, they took my
18  computer, and that's what I was keeping it on, so of
19  course I didn't keep everything, no.
20    Q. Let's take a look at Deposition Exhibit 17,
21  and, again, this is one that I asked you to review
22  while we were on a break a second ago.
23    A. Okay.
24    Q. Can you tell me if you recognize Deposition
25  Exhibit 17?

**EXHIBIT 19**

THOMAS O'HAVER; May 18, 2010

Page 96

1  incorporated some exercises and a curriculum print-out,
2  it lended itself to different learning methods, visual,
3  following, and hearing and reading, so the curriculum
4  that we provided to them was multimedia curriculum,
5  and, therefore, it helped the people that learned in
6  different ways to in one way or another get the
7  material.
8      Q. I'm not going to go all the way through
9  Deposition Exhibit 17, but I just want to confirm that
10 when you did include your employee comments on
11 Deposition Exhibit 17 that you were being truthful
12 about your evaluation of your performance and your
13 duties.
14     A. Yes.
15         MS. BAGLEY: Form.
16     Q. (BY MS. PERLIONI) When you were not on a
17 client's site doing implementation or working in the
18 evening in your hotel room, where did you typically
19 work? Did you go into an office or did you work from
20 your home?
21     A. I went into the office.
22     Q. And say if you had been out at a client's site
23 Monday through Thursday and you finished up, could you
24 not go in on Friday if you had wanted to? Were you
25 allowed that flexibility?

Page 97

1      A. Not usually. If there was some special --
2  something special I needed to do, I could get
3  permission to do that, but normally I would go into the
4  office because I'd be involved in writing the follow-up
5  memo and reporting my details of my project.
6          Usually I was involved with more than one
7  project at a time, so I may have a conference call with
8  another client during that off time, so there may be --
9  there would be overlapping in sessions with different
10 clients, so from one week to the next I would be
11 thinking about the next session or planning for the
12 next session, so there would always be something to do
13 in the office.
14     Q. What were your typical hours when you were in
15 the office as opposed to --
16     A. 8 to 5.
17     Q. And you'd take a lunch break?
18     A. Yes.
19     Q. An hour lunch?
20     A. Yes.
21     Q. When you were -- did you set up your travel
22 schedule for going to the client sites?
23     A. Yes.
24     Q. And how did you decide whether to fly in early
25 morning or the night before or how did you decide what

Page 98

1  your travel arrangements would be?
2      A. The typical travel arrangements would be
3  sessions to occur between Tuesday and Friday morning
4  and to end halfway through Friday, so it would be like
5  Tuesday, Wednesday, Thursday, three and a half days of
6  training, so Monday would be used for travel.
7          Sometimes if the client was on the west coast,
8  I would get there and hold a Monday afternoon session.
9  If it was on the east coast, then I would have Tuesday
10 through Friday morning sessions.
11     Q. And then you would fly back Friday afternoon?
12     A. And fly back Friday afternoon. That was
13 typical but not always the situation. Sometimes I
14 would be required to be there for a Monday morning
15 meeting, or sometimes the session would go through the
16 afternoon on Friday, in which case I'd travel on my
17 Friday and get home from the east coast or I'd travel
18 on Sunday to get there for the Monday morning meeting.
19     Q. Did you track the hours that you worked during
20 the time that you were in the office and not on a
21 client site?
22     A. No. Well, it was reported on my timecard as
23 office time depending on what I was doing on there. If
24 it was directly related to the project and budgeted
25 with the project, then I would report it, but normally

Page 99

1  it would just be reported as office time.
2      Q. What timecard are you referring to?
3      A. Well, there was an online -- I can't remember
4  the details that far back, but there was a reporting of
5  allocation of my time for the projects.
6      Q. And did you accurately record your time?
7      A. Oh, yeah.
8          MS. BAGLEY: Object to the form.
9      Q. (BY MS. PERLIONI) This online time recording,
10 did you utilize that system when you were out at a
11 client doing implementation as well?
12     A. I can't recall whether I used it then or just
13 when I was back in the office. I can't remember.
14     Q. So it may be that you kept track of your time
15 while you were out at a client's and then input when
16 you were back at the office?
17     A. Yeah.
18     Q. But when you got back in the office and input
19 it, would you still accurately reflect all the time you
20 worked?
21     A. Oh, yeah. Well, I would reflect the time of
22 the training sessions, not all the time that I -- extra
23 time it took. It had to be reported as -- unless I got
24 special permission, it had to match what was budgeted
25 to the project.

**EXHIBIT 19**

THOMAS O'HAVER; May 18, 2010

## Page 100

1  Q.  You had mentioned that you were tracking
2  in-office time that's not billable.
3  A.  Right.
4  Q.  Why wouldn't you record the out-of-office time
5  even though it's not billable?
6  MS. BAGLEY:  Form.
7  A.  I mentioned that in-office time it was
8  billable.
9  Q.  (BY MS. PERLIONI) I'm sorry.  I didn't
10  recognize that distinction.
11  A.  Yeah.  If there was office time that was
12  billable that I could do in the office, I reported
13  that.
14  Q.  So on your time sheet, you wouldn't include
15  any time, say, you were in the office working but you
16  didn't view that as being billable towards a client?
17  A.  I wouldn't record that for the client, no.  I
18  would record it as just office time.
19  Q.  And then now I'm trying to understand.  So
20  when you're at a client's, you're in the hotel after
21  evenings -- I'm sorry -- after working with the client
22  and you're preparing for the next day, that time, would
23  you record that on your time sheet as nonbillable?
24  A.  No.
25  Q.  So you didn't track that anywhere?

## Page 101

1  A.  No.  Nope.
2  (Deposition Exhibits 18 and 19 were
3  marked for identification.)
4  Q.  (BY MS. PERLIONI) I'm going to hand you two
5  more documents.  These I'm marking as Deposition
6  Exhibit 18 and 19.  I'll hand you 18 first.  Next I'm
7  going to hand you 19.  Can you take a look at those
8  documents and tell me if you recognize them?
9  A.  (Reviewing).  Okay.  Yes.  I recognize these.
10  Q.  Is Deposition Exhibit 18 a true and correct
11  copy of an e-mail you sent to Marilyn Foos informing
12  her that you were resigning your employment with Tyler
13  Technologies?
14  A.  Yes.
15  Q.  And is Deposition Exhibit 19 a true and
16  correct copy of the letter you received from Tyler
17  Technologies confirming your separation of employment
18  and outlining your final paycheck and benefits?
19  A.  Yes.
20  Q.  And on Deposition Exhibit 19, it indicates
21  that you would be receiving your last final paycheck
22  and it would include 40 regular hours and 2.0 hours of
23  PTO that have been accrued and not taken.  Do you see
24  that?
25  A.  2.08 hours of PTO.

## Page 102

1  Q.  Thank you.
2  A.  Yes.
3  Q.  And you received the final paycheck with the
4  PTO hours that is indicated on Deposition Exhibit 19?
5  A.  Yes.
6  (Deposition Exhibit 20 was marked for
7  identification.)
8  Q.  (BY MS. PERLIONI) I'm going to hand you
9  another document that I'm marking Deposition
10  Exhibit 20.  I would like you to take a look at
11  Deposition Exhibit 20 and tell me if you recognize it.
12  A.  (Reviewing).
13  MS. PERLIONI:  Let's go off the record
14  to give him a chance to review Deposition Exhibit 20.
15  (Discussion off the record.)
16  (Deposition Exhibit 21 was marked for
17  identification.)
18  Q.  (BY MS. PERLIONI) You've had a chance to look
19  at Deposition Exhibit 20 and 21?
20  A.  Yes.
21  Q.  I'll represent to you I believe Deposition
22  Exhibit 21 to be a declaration that it says on the
23  second page of Deposition Exhibit 20 there's a
24  signature line for Tom O'Haver.
25  A.  Yes.

## Page 103

1  Q.  Is that your signature?
2  A.  Yes.
3  Q.  And does Deposition Exhibit 20 appear to be a
4  true and correct copy of a declaration that you signed?
5  A.  Yes.
6  Q.  Can you just tell me -- and I don't want you
7  to go into any conversations that you may have had with
8  an attorney, but what was the process for putting
9  together the declaration that we have marked
10  Exhibit 20?  I mean, did you sit down at your computer
11  and type it?
12  A.  I don't recall.  It appears to, except this is
13  not the copy that I typed because of the lack of
14  hyphenations at the end of sentences.  This may have
15  been a handwritten -- a typewritten version of my
16  handwritten document.  I can't recall.
17  Q.  In looking at Deposition Exhibit 20 -- and I'm
18  looking particularly at paragraph 4 -- you say, "I
19  regularly worked an average of 50 to 60 hours per week.
20  Some weeks I worked as many as 70 hours."
21  When you're talking about the 50, 60 hours per
22  week, are those the weeks you were actually on-site
23  with a client doing implementation?
24  A.  Forty hours of that or the number of hours
25  that was allocated for that training session would

**EXHIBIT 19**