```
 1              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF TEXAS
 2                    MARSHALL DIVISION

 3    PATTY BEALL, MATTHEW        )
      MAXWELL, DAVID GRAVLEY,     )
 4    TALINA MCELHANY, KELLY      )
      HAMPTON, KEVIN TULLOS,      )
 5    CASEY BROWN, JASON BONNER,  )
      ANTHONY DODD, ILENE         )
 6    MEYERS, TOM O'HAVER, JOY    )
      BIBLES, DON LOCCHI AND      )
 7    MELISSA PASTOR,             )
      Individually and on behalf  )
 8    of all others similarly     )
      situated,                   ) CIVIL ACTION
 9                                )
                   PLAINTIFFS,    ) NO.: 2:08-CV-422 TJW
10                                )
      VS.                         )
11                                )
                                  )
12    TYLER TECHNOLOGIES, INC.    )
      AND EDP ENTERPRISES, INC.,  )
13                                )
                   DEFENDANTS.    )
14

15      ------------------------------------

16              ORAL DEPOSITION OF

17                   TONY DODD

18              APRIL 27, 2010

19      ------------------------------------

20
         ORAL DEPOSITION OF TONY DODD, produced as a witness
21    at the instance of the DEFENDANTS, and duly sworn, was
      taken in the above-styled and numbered cause on the 27th
22    day of April, 2010, from 9:10 a.m. to
      11:42 a.m., before Elaine Fowler, CSR in and for the
23    State of Texas, reported by machine shorthand, at the
      offices of Cathy Sosebee & Associates, 901 Mac Davis
24    Lane, Lubbock, Texas, pursuant to the Federal Rules of
      Civil Procedure and the provisions stated on the record
25    or attached hereto.
```

**EXHIBIT 30**

```
 1                    A P P E A R A N C E S

 2

 3    FOR THE PLAINTIFFS PATTY BEALL, MATTHEW MAXWELL, DAVID
      GRAVLEY, TALINA MCELHANY, KELLY HAMPTON, KEVIN TULLOS,
 4    CASEY BROWN, JASON BONNER, ANTHONY DODD, ILENE MEYERS,
      TOM O'HAVER, JOY BIBLES, DON LOCCHI AND MELISSA PASTOR,
 5    Individually and on behalf of all others similarly
      situated:

 6

 7         MS. CHANDRA L. HOLMES RAY
           Zelbst, Holmes & Butler
           P.O. Box 365
 8         Lawton, Oklahoma 73502-0365
           (580) 248-4844

 9

10    FOR THE DEFENDANTS TYLER TECHNOLOGIES, INC. AND EDP
      ENTERPRISES, INC.:

11         MR. PAULO B. MCKEEBY
           Morgan, Lewis & Bockius, L.L.P.
12         1717 Main Street
           Suite 3200
13         Dallas, Texas 75201-7347
           (214) 466-4146

14

15

16

17

18

19

20

21

22

23

24

25
```

**EXHIBIT 30**

```
1                         INDEX
                                               PAGE
2      Appearances.......................................  2

3      TONY DODD

4          EXAMINATION BY MR. MCKEEBY:  ....................  4
           EXAMINATION BY MS. HOLMES RAY:................. 90
5          EXAMINATION BY MR. MCKEEBY..................... 97
           EXAMINATION BY MS. HOLMES RAY................. 98
6

7      Reporter's Certificate........................... 102

8                        EXHIBITS

9      NO.   DESCRIPTION                              PAGE

10     1     Example of incentive sheets, two pages......... 11
       2     Handwritten notes titled Tyler Issues.......... 19
11     3     Customer Daily Logs........................... 27
       4     EagleRecorder Staff Training forms............ 41
12     5     9-21-2007 letter to Tony Dodd from Scott
             Helle.......................................... 50
13     6     Time Sheets................................... 55
       7     Declaration of Tony Dodd...................... 61
14     8     Implementer Checklist 1.9..................... 89

15

16

17

18

19

20

21

22

23

24

25
```

**EXHIBIT 30**

```
 1        A.   Right.  It was an on-line form.

 2        Q.   A program?

 3        A.   A form that would take and break down, you

 4   know, hours.

 5        Q.   So you would put in the number of hours that

 6   you worked?

 7        A.   Correct.

 8        Q.   And you would indicate the type of work that

 9   you were doing through this description; for example,

10   professional services?

11        A.   Correct.

12        Q.   And I take it you wouldn't put anything for the

13   rate or the billable amount?

14        A.   Correct.

15        Q.   But you would enter in the client name and

16   description category there on the left?

17        A.   It was chosen by a drop-down box.  So you chose

18   which project you were working on and then whether the

19   hours fit into this group, that group, or this group.

20   You know, whether it was travel, professional services,

21   etc.

22        Q.   Okay.

23        A.   There really wasn't a description field.

24        Q.   Other than just the drop-down?

25        A.   Correct.
```

**EXHIBIT 30**

1      Q.   And I believe that these are records through --

2           MR. MCKEEBY:   Let me go ahead and mark it

3      as Deposition Exhibit Number 6, since you have got it

4      there.

5                (Exhibit 6 marked.)

6      Q.   I will hand you what we have marked as

7      Deposition Exhibit 6, the time sheets that we have been

8      discussing that were produced by Tyler in this case.

9      A.   Okay.

10     Q.   And did you receive any training on how to

11     input the information that is in these time sheets?

12     A.   I was shown or demonstrated by -- it was

13     demonstrated to me by Nate Moses when I was shadowing

14     him.  And occasionally I would have to call Scott Helle

15     and/or Shauna and ask them.

16     Q.   Ask them what?

17     A.   Ask them how they wanted things billed.

18     Because sometimes I was -- sometimes there would be

19     questions.  If I was on one site and doing professional

20     services and I had to flag a phone call from another

21     site and stop and do an emergency fix or repair I would

22     have to ask them how they wanted me to enter that or

23     whether, you know, to enter it.

24     Q.   So they would answer your questions about how

25     to --

**EXHIBIT 30**

1      A.  How to code it.

2      Q.  -- code particular time that you worked on

3  certain days?

4      A.  Correct.

5      Q.  But I take it that these reflect the hours that

6  you worked, assuming they are accurate?

7      A.  Assuming they are accurate, yes, sir.

8      Q.  And you completed them accurately when you were

9  filling out the form on the computer?

10         MS. HOLMES RAY:  Object to the form.

11     A.  I -- to the best of my knowledge.  I mean, like

12  I said, I never actually got to see it summarized like

13  this.  I would just go in and enter a date and -- my day

14  and expenses.

15     Q.  But when you did enter your day, you would

16  enter all your time that you worked?

17     A.  Correct.

18     Q.  And what you are saying is you have never seen

19  it in the summary form that I have provided it to you?

20     A.  Correct.

21     Q.  Did you see it in any form?  I guess you saw it

22  in the form that you were entering it?

23     A.  I saw it in the form I was entering it, yes.

24     Q.  Okay.  I got it.

25     A.  Yes, sir.  And this, I believe, encompasses

EXHIBIT 30

1    talks about verifying the customer's data after it was

2    converted and setting up various software modules.  What

3    does that mean?

4        A.  During the staging and configuration phase we

5    would bring customers' existing data over and do a

6    conversion process on that.  And we have to go in and

7    verify that all of the data was brought over.  And that

8    involves, you know, checking the number of documents on

9    a particular date and time, you know, all the way

10   through current time or to the cutover basically.

11       Q.  Well, does that part of the conversion involve

12   a dialogue with the customer about what is being

13   converted?  Are you in communication with the customer

14   at that point?

15       A.  Yes, sir.

16       Q.  And what types of things would you talk to the

17   customer about as part of the conversion?

18       A.  A lot of times the conversion was -- we needed

19   to know -- sometimes there are fields in their existing

20   system that didn't necessarily correspond to ours, and

21   we would have to ask them how they wanted to handle

22   those discrepancies.

23       Q.  Would there be like a dialogue about that?

24       A.  Correct.  And that -- that was supposed to be

25   handled in the site survey, but oftentimes was not.

EXHIBIT 30

1   so it would --

2       Q.  Because they didn't ask the right questions

3   perhaps --

4               MS. HOLMES RAY:  Object to the form.

5       Q.  (BY MR. MCKEEBY)  -- for whatever reason?

6       A.  Yeah.  I can't speculate to what questions they

7   asked or didn't.  But the point is sometimes when I got

8   there to do it, it wasn't done.  So -- and that was not

9   the case all the time.

10      Q.  I understand.  And if that wasn't done it means

11  what?

12      A.  It just means additional work for myself or the

13  implementer.

14      Q.  To do what?

15      A.  To determine -- you know, to call the client to

16  coordinate with Mr. Helle, you know, how best to

17  approach it.  Because they, I believe, would be billing

18  the client for this conversion.  So any decision as to

19  how many hours we are going to spend working on doing

20  something had to be approved beforehand.  So I talked to

21  the customer and say, okay, we have to match field "X"

22  on your system to memo field on our system.

23      Q.  And you would tell the customer how long it

24  would take?

25      A.  How do you want to handle it.  And then the

**EXHIBIT 30**

1    project manager would contact the customer and get it

2    done.

3        Q.  Would you tell the customer how long it was

4    likely to take?

5        A.  No, I didn't do that directly.

6        Q.  Would you communicate that to someone else?

7        A.  To Mr. Helle or to Shauna.

8        Q.  So then they would give the approval on

9    whatever measure to take and you would make a

10   recommendation to the customer based on that?

11            MS. HOLMES RAY:  Object to the form.

12       A.  No, I didn't actually recommend anything that

13   had anything to do with the project and pricing and etc.

14   to the customer.  I mean, I was just the guy in the

15   trenches.  All sales were handled through either the

16   sales guy, the project manager or --

17       Q.  But when you are down in the trenches you are

18   talking to the customer about some particular issue that

19   requires some type of additional work by Tyler that is

20   going to cost the customer money?

21       A.  Correct.

22       Q.  And are there schedules -- so you are at the

23   customer site and you know you have got to do the

24   conversion, you may have to do hardware installation,

25   and you know you have got to do training.  Is there a

**EXHIBIT 30**

1    computer, monitors, keyboards, you know, running network

2    cables to plug into the networks, installing scanners,

3    printer.

4         Q.  Did you have to do that at every installation?

5         A.  To varying degrees, yes.

6         Q.  Depending on what, the amount of hardware they

7    had in place already?

8         A.  Correct.  We had a team that ideally would come

9    in and set all the hardware up before we got there.  But

10   a lot of times it wasn't done properly, so -- or at all.

11        Q.  And that was a team of Tyler employees?

12        A.  Correct.

13        Q.  What was their job?

14        A.  To come in and set up the hardware.

15        Q.  And what was their title, though?

16        A.  I believe they are network support guys.  I

17   don't remember exactly what their title was.

18        Q.  But at times you had to perform at least some

19   of their functions?

20        A.  Correct.

21        Q.  Is it the case that the software that you would

22   be installing as an implementation specialist through

23   this process would be replacing existing software that

24   the customer had in place?

25        A.  In fact, every -- I think every site I was at,

**EXHIBIT 30**

1    that was the case, yes, sir.

2        Q.  So when you are talking about the site

3    assessment component of the implementation specialist

4    work, part of that involves making an assessment of the

5    customer's current software?

6        A.  That is correct, and work flows.

7        Q.  Work flows, what does that mean?

8        A.  The steps involved in processing a document

9    whether -- you know, when they stamp it, when they scan

10   it, when they -- whether or not they print it and

11   whether or not they use books to put documents back in,

12   etc.

13       Q.  And how would you go about knowing the work

14   flow, I assume communications with the county clerk?

15       A.  Communications with the county clerk and

16   observing.  I actually never took place (sic) -- I

17   actually never did a site survey, though.

18       Q.  Okay.  You never did a site assessment?

19       A.  No.  That is actually one of -- I mean, that

20   made my job that much more difficult because someone

21   else was coming in and doing the site assessments.  And

22   that is really a flaw in their system.  That is why we

23   had to work so hard on the back end is because their

24   site assessments were done by someone else.

25       Q.  Who would do the site assessments?

**EXHIBIT 30**

1     A.   I really don't know who did some of them.   I

2  think Mr. Nate Moses did one or two of them and then

3  other people -- various other people came and did some

4  of the other.   And they were done months, sometime a

5  year in advance of the implementation.

6     Q.   But you never did a site assessment yourself?

7          MS. HOLMES RAY:   Object to the form.

8     A.   No, I never did a site assessment.

9     Q.   (BY MR. MCKEEBY)  Okay.   For example at Ector

10 County, who did the site assessment for that project?

11    A.   I believe Nate did that one.

12    Q.   And what would he communicate -- I mean, how

13 did you learn of the results of his site assessment?

14    A.   There was usually a document that was available

15 on the Internet that we would look at prior to staging,

16 and it was designed to summarize all of the various

17 aspects of staging and configuration.

18    Q.   But the site assessment, you would agree, to

19 make sure I understand, is to assess the customer's

20 existing software and their work flow?

21    A.   Correct.

22    Q.   And so in the Ector County example, Nate Moses

23 had created some type of document on the Internet that

24 you reviewed prior to the staging portion of the

25 implementation process?

**EXHIBIT 30**

1   Scott or Shauna.  Occasionally there would be some

2   communication with the customer if we needed a form that

3   we didn't have a clear copy of or something.  But for

4   the most part, no.

5        Q.  So when you come on to the customer's site for

6   the first time during an installation -- and I don't

7   know if Ector County is typical or not, but if it is not

8   we can use a better example but I will use Ector County

9   since we have been talking about it -- the site

10  assessment had been done by Nate Moses?

11       A.  Correct.

12       Q.  And then you had done the configuration before

13  you set foot on the premises?

14       A.  Correct.

15       Q.  And had the installation had been done prior to

16  you coming on board of that is what you had to do?

17       A.  Well, for Ector I actually had to do -- they

18  sent one technician out and myself.  And he and Kevin

19  had to do all the installation as well.

20       Q.  Was that unusual?

21       A.  That one was a little bit unusual.

22       Q.  In terms of how the installation was done,

23  though, was that unusual?

24       A.  No.  No.

25       Q.  What are you doing when you are doing the

EXHIBIT 30

1    installation?  What role were you serving or playing?

2        A.  Opening boxes, installing computers, carrying

3    things back and forth.

4        Q.  This is hardware installation you are talking

5    about?

6        A.  Right.  And in addition I had to do the

7    software install as well.

8        Q.  Okay.  What does the software install involve?

9        A.  The software is -- it involves -- once the

10   server is set up, which actually for Ector County the

11   server was already plugged in and there.  But we have to

12   go in and download what we had set up staging from the

13   Tyler servers onto the customer's server and then make

14   sure everything works and get it deployed out to all the

15   individual workstations.

16       Q.  Is that a function you performed on your own?

17       A.  Correct, unless I needed tech support, which

18   occasionally we did.

19       Q.  Why would you need tech support?  What would

20   come out that would require that kind of support?

21       A.  Sometimes it didn't -- you work on a computer

22   sometimes, right, and they don't do exactly what you

23   want them to.  I mean, things would come up that I

24   didn't know how to resolve so I would have to call.

25       Q.  Okay.  Paragraph 3 here in your declaration

**EXHIBIT 30**

1   talks about verifying the customer's data after it was

2   converted and setting up various software modules.  What

3   does that mean?

4        A.  During the staging and configuration phase we

5   would bring customers' existing data over and do a

6   conversion process on that.  And we have to go in and

7   verify that all of the data was brought over.  And that

8   involves, you know, checking the number of documents on

9   a particular date and time, you know, all the way

10  through current time or to the cutover basically.

11       Q.  Well, does that part of the conversion involve

12  a dialogue with the customer about what is being

13  converted?  Are you in communication with the customer

14  at that point?

15       A.  Yes, sir.

16       Q.  And what types of things would you talk to the

17  customer about as part of the conversion?

18       A.  A lot of times the conversion was -- we needed

19  to know -- sometimes there are fields in their existing

20  system that didn't necessarily correspond to ours, and

21  we would have to ask them how they wanted to handle

22  those discrepancies.

23       Q.  Would there be like a dialogue about that?

24       A.  Correct.  And that -- that was supposed to be

25  handled in the site survey, but oftentimes was not.

**EXHIBIT 30**

```
1   so it would --

2       Q.  Because they didn't ask the right questions

3   perhaps --

4           MS. HOLMES RAY:  Object to the form.

5       Q.  (BY MR. MCKEEBY)  -- for whatever reason?

6       A.  Yeah.  I can't speculate to what questions they

7   asked or didn't.  But the point is sometimes when I got

8   there to do it, it wasn't done.  So -- and that was not

9   the case all the time.

10      Q.  I understand.  And if that wasn't done it means

11  what?

12      A.  It just means additional work for myself or the

13  implementer.

14      Q.  To do what?

15      A.  To determine -- you know, to call the client to

16  coordinate with Mr. Helle, you know, how best to

17  approach it.  Because they, I believe, would be billing

18  the client for this conversion.  So any decision as to

19  how many hours we are going to spend working on doing

20  something had to be approved beforehand.  So I talked to

21  the customer and say, okay, we have to match field "X"

22  on your system to memo field on our system.

23      Q.  And you would tell the customer how long it

24  would take?

25      A.  How do you want to handle it.  And then the
```

**EXHIBIT 30**

1     installation?  What role were you serving or playing?

2         A.  Opening boxes, installing computers, carrying

3     things back and forth.

4         Q.  This is hardware installation you are talking

5     about?

6         A.  Right.  And in addition I had to do the

7     software install as well.

8         Q.  Okay.  What does the software install involve?

9         A.  The software is -- it involves -- once the

10    server is set up, which actually for Ector County the

11    server was already plugged in and there.  But we have to

12    go in and download what we had set up staging from the

13    Tyler servers onto the customer's server and then make

14    sure everything works and get it deployed out to all the

15    individual workstations.

16        Q.  Is that a function you performed on your own?

17        A.  Correct, unless I needed tech support, which

18    occasionally we did.

19        Q.  Why would you need tech support?  What would

20    come out that would require that kind of support?

21        A.  Sometimes it didn't -- you work on a computer

22    sometimes, right, and they don't do exactly what you

23    want them to.  I mean, things would come up that I

24    didn't know how to resolve so I would have to call.

25        Q.  Okay.  Paragraph 3 here in your declaration

EXHIBIT 30

```
 1    talks about verifying the customer's data after it was

 2    converted and setting up various software modules.  What

 3    does that mean?

 4         A.  During the staging and configuration phase we

 5    would bring customers' existing data over and do a

 6    conversion process on that.  And we have to go in and

 7    verify that all of the data was brought over.  And that

 8    involves, you know, checking the number of documents on

 9    a particular date and time, you know, all the way

10    through current time or to the cutover basically.

11         Q.  Well, does that part of the conversion involve

12    a dialogue with the customer about what is being

13    converted?  Are you in communication with the customer

14    at that point?

15         A.  Yes, sir.

16         Q.  And what types of things would you talk to the

17    customer about as part of the conversion?

18         A.  A lot of times the conversion was -- we needed

19    to know -- sometimes there are fields in their existing

20    system that didn't necessarily correspond to ours, and

21    we would have to ask them how they wanted to handle

22    those discrepancies.

23         Q.  Would there be like a dialogue about that?

24         A.  Correct.  And that -- that was supposed to be

25    handled in the site survey, but oftentimes was not.
```

**EXHIBIT 30**

1    so it would --

2        Q.  Because they didn't ask the right questions

3    perhaps --

4                MS. HOLMES RAY:  Object to the form.

5        Q.  (BY MR. MCKEEBY)  -- for whatever reason?

6        A.  Yeah.  I can't speculate to what questions they

7    asked or didn't.  But the point is sometimes when I got

8    there to do it, it wasn't done.  So -- and that was not

9    the case all the time.

10       Q.  I understand.  And if that wasn't done it means

11   what?

12       A.  It just means additional work for myself or the

13   implementer.

14       Q.  To do what?

15       A.  To determine -- you know, to call the client to

16   coordinate with Mr. Helle, you know, how best to

17   approach it.  Because they, I believe, would be billing

18   the client for this conversion.  So any decision as to

19   how many hours we are going to spend working on doing

20   something had to be approved beforehand.  So I talked to

21   the customer and say, okay, we have to match field "X"

22   on your system to memo field on our system.

23       Q.  And you would tell the customer how long it

24   would take?

25       A.  How do you want to handle it.  And then the

**EXHIBIT 30**

1    installation?  What role were you serving or playing?

2        A.  Opening boxes, installing computers, carrying

3    things back and forth.

4        Q.  This is hardware installation you are talking

5    about?

6        A.  Right.  And in addition I had to do the

7    software install as well.

8        Q.  Okay.  What does the software install involve?

9        A.  The software is -- it involves -- once the

10   server is set up, which actually for Ector County the

11   server was already plugged in and there.  But we have to

12   go in and download what we had set up staging from the

13   Tyler servers onto the customer's server and then make

14   sure everything works and get it deployed out to all the

15   individual workstations.

16       Q.  Is that a function you performed on your own?

17       A.  Correct, unless I needed tech support, which

18   occasionally we did.

19       Q.  Why would you need tech support?  What would

20   come out that would require that kind of support?

21       A.  Sometimes it didn't -- you work on a computer

22   sometimes, right, and they don't do exactly what you

23   want them to.  I mean, things would come up that I

24   didn't know how to resolve so I would have to call.

25       Q.  Okay.  Paragraph 3 here in your declaration

**EXHIBIT 30**

1   talks about verifying the customer's data after it was

2   converted and setting up various software modules.  What

3   does that mean?

4        A.  During the staging and configuration phase we

5   would bring customers' existing data over and do a

6   conversion process on that.  And we have to go in and

7   verify that all of the data was brought over.  And that

8   involves, you know, checking the number of documents on

9   a particular date and time, you know, all the way

10  through current time or to the cutover basically.

11       Q.  Well, does that part of the conversion involve

12  a dialogue with the customer about what is being

13  converted?  Are you in communication with the customer

14  at that point?

15       A.  Yes, sir.

16       Q.  And what types of things would you talk to the

17  customer about as part of the conversion?

18       A.  A lot of times the conversion was -- we needed

19  to know -- sometimes there are fields in their existing

20  system that didn't necessarily correspond to ours, and

21  we would have to ask them how they wanted to handle

22  those discrepancies.

23       Q.  Would there be like a dialogue about that?

24       A.  Correct.  And that -- that was supposed to be

25  handled in the site survey, but oftentimes was not.

EXHIBIT 30

1    so it would --

2         Q.  Because they didn't ask the right questions

3    perhaps --

4              MS. HOLMES RAY:  Object to the form.

5         Q.  (BY MR. MCKEEBY)  -- for whatever reason?

6         A.  Yeah.  I can't speculate to what questions they

7    asked or didn't.  But the point is sometimes when I got

8    there to do it, it wasn't done.  So -- and that was not

9    the case all the time.

10        Q.  I understand.  And if that wasn't done it means

11   what?

12        A.  It just means additional work for myself or the

13   implementer.

14        Q.  To do what?

15        A.  To determine -- you know, to call the client to

16   coordinate with Mr. Helle, you know, how best to

17   approach it.  Because they, I believe, would be billing

18   the client for this conversion.  So any decision as to

19   how many hours we are going to spend working on doing

20   something had to be approved beforehand.  So I talked to

21   the customer and say, okay, we have to match field "X"

22   on your system to memo field on our system.

23        Q.  And you would tell the customer how long it

24   would take?

25        A.  How do you want to handle it.  And then the

EXHIBIT 30

1    project manager would contact the customer and get it

2    done.

3        Q.  Would you tell the customer how long it was

4    likely to take?

5        A.  No, I didn't do that directly.

6        Q.  Would you communicate that to someone else?

7        A.  To Mr. Helle or to Shauna.

8        Q.  So then they would give the approval on

9    whatever measure to take and you would make a

10   recommendation to the customer based on that?

11            MS. HOLMES RAY:  Object to the form.

12       A.  No, I didn't actually recommend anything that

13   had anything to do with the project and pricing and etc.

14   to the customer.  I mean, I was just the guy in the

15   trenches.  All sales were handled through either the

16   sales guy, the project manager or --

17       Q.  But when you are down in the trenches you are

18   talking to the customer about some particular issue that

19   requires some type of additional work by Tyler that is

20   going to cost the customer money?

21       A.  Correct.

22       Q.  And are there schedules -- so you are at the

23   customer site and you know you have got to do the

24   conversion, you may have to do hardware installation,

25   and you know you have got to do training.  Is there a

**EXHIBIT 30**

1     schedule that the project manager or someone else wries

2     that dictates when particular tasks are to be performed?

3          A.   Yes.

4          Q.   Who does that scheduling, did you?

5          A.   No.   That was the project manager, Shauna.

6          Q.   So would Shauna give that schedule to you at

7     the beginning of your work so that you knew when certain

8     tasks were supposed to be performed?

9          A.   Correct.   And within reason, because sometimes

10    we would get off schedule for various things.   But it

11    was kind of a constantly evolving document that she

12    maintained, you know, the project in a project

13    management application.

14         Q.   And you would have to schedule your training

15    consistent with that schedule?

16         A.   That is correct.

17         Q.   And would the schedule contain a time to go

18    live?

19         A.   Yes.

20         Q.   And just so we are clear, go live means when

21    the customer is actually using Tyler software on a -- to

22    perform its information system functions?

23         A.   Correct.

24         Q.   And you would be at the customer's facility

25    when it would go live?

**EXHIBIT 30**

1        A.   I really don't know who did some of them.   I

2   think Mr. Nate Moses did one or two of them and then

3   other people -- various other people came and did some

4   of the other.   And they were done months, sometime a

5   year in advance of the implementation.

6        Q.   But you never did a site assessment yourself?

7             MS. HOLMES RAY:   Object to the form.

8        A.   No, I never did a site assessment.

9        Q.   (BY MR. MCKEEBY)   Okay.   For example at Ector

10  County, who did the site assessment for that project?

11       A.   I believe Nate did that one.

12       Q.   And what would he communicate -- I mean, how

13  did you learn of the results of his site assessment?

14       A.   There was usually a document that was available

15  on the Internet that we would look at prior to staging,

16  and it was designed to summarize all of the various

17  aspects of staging and configuration.

18       Q.   But the site assessment, you would agree, to

19  make sure I understand, is to assess the customer's

20  existing software and their work flow?

21       A.   Correct.

22       Q.   And so in the Ector County example, Nate Moses

23  had created some type of document on the Internet that

24  you reviewed prior to the staging portion of the

25  implementation process?

EXHIBIT 30

1            MS. HOLMES RAY:   Object to the form.

2       A.   That is correct.

3       Q.   (BY MR. MCKEEBY)   And what was your purpose in

4   reviewing this document prior to the staging process?

5       A.   To determine what variables and things to

6   configure on the staging of the application.   In

7   addition to just work flow, we got examples of forms and

8   we had to create forms that were preexisting as well

9   (sic).

10       Q.   And this comes from the site assessment work?

11       A.   From the site assessment, yes.   They would get

12   example forms and things that we would have to replicate

13   in our system.

14       Q.   So what does -- and I apologize.   I think we

15   have covered this to some degree.   But the term staging,

16   what does that mean?

17       A.   It means getting the software configured such

18   that you are able to just go and, you know, do a trial

19   run basically and make sure that it works and then you

20   transfer it to the site for training purposes.   And

21   then ideally it is configured with all of their

22   information the way that they want it so that when you

23   are doing training it conforms to how their -- it is

24   going to work for them.

25       Q.   Right.   But the configuration was what you

**EXHIBIT 30**

1    would do?

2        A.   That is correct.

3        Q.   And you would do that based on your knowledge

4    of Tyler's software and the information that you were

5    reviewing from the site assessment?

6        A.   Correct.

7              MS. HOLMES RAY:  Object to the form.

8        A.   That, and this implementer checklist.

9        Q.   (BY MR. MCKEEBY)  How would the implementer

10   checklist come into play in that process?

11       A.   Well, if you -- it is basically an outline of

12   instructions and things that have to be done, you know,

13   for each implementation showing -- you know, for example

14   set preferred label ID, it doesn't have one, set

15   preferred HTML presentation.  Because, again, it is

16   complicated and long, drawn out software.  But that is

17   what this checklist is for as well as the site survey.

18       Q.   But the site survey would have been specific to

19   the project?

20       A.   Correct.

21       Q.   During the configuration process, would you be

22   in communication with the customer or are you doing that

23   on your own or something in the middle?

24       A.   No.  It was usually not in communication with

25   the customer.  It was generally with either Nate or

**EXHIBIT 30**

```
1    Scott or Shauna.  Occasionally there would be some

2    communication with the customer if we needed a form that

3    we didn't have a clear copy of or something.  But for

4    the most part, no.

5         Q.  So when you come on to the customer's site for

6    the first time during an installation -- and I don't

7    know if Ector County is typical or not, but if it is not

8    we can use a better example but I will use Ector County

9    since we have been talking about it -- the site

10   assessment had been done by Nate Moses?

11        A.  Correct.

12        Q.  And then you had done the configuration before

13   you set foot on the premises?

14        A.  Correct.

15        Q.  And had the installation had been done prior to

16   you coming on board of that is what you had to do?

17        A.  Well, for Ector I actually had to do -- they

18   sent one technician out and myself.  And he and Kevin

19   had to do all the installation as well.

20        Q.  Was that unusual?

21        A.  That one was a little bit unusual.

22        Q.  In terms of how the installation was done,

23   though, was that unusual?

24        A.  No.  No.

25        Q.  What are you doing when you are doing the
```

**EXHIBIT 30**

1      A.  Correct.

2      Q.  And, again going to the first page of this

3  document where -- Tuesday, Wednesday and Thursday it

4  says spent eight hours of training and four hours of

5  configuration, is that an example of the fact that you

6  were doing training and then as the training occurred

7  you did additional configuration based on what you

8  discovered during that training?

9      A.  No.  If I was doing eight hours of training,

10  then there wasn't any room for that.  That would be in

11  addition.  You know, that is at the end of the day.

12  That is time spent in the hotel after leaving the site

13  and basically going in and adjusting all the things that

14  were brought up during that day's training.

15      Q.  Okay.  That is not what I meant.  But the

16  configuration on those dates when you were doing --

17  after the training would be based on the results of the

18  training in the sense that you learned some matter that

19  needed additional attention or additional configuration?

20      A.  Correct.

21      Q.  Can you think of an example of that?

22      A.  Oh, there is thousands of issues that -- I

23  mean, maybe not thousands, but there is a lot of issues

24  that would come up.  But simple things like, you know,

25  we need -- on this particular document, receipt, for the

**EXHIBIT 30**

1    wording to be changed or, you know, that particular --

2    each county had a specific workflow that they were

3    accustomed to.  And when we installed their new software

4    they, to a certain degree, had to change that workflow.

5    And a lot of times there were issues that they were

6    adamant about changing.  You know, we want -- on this

7    receipt we want the total to be here instead of here.

8    So I would have to go in and adjust that or make

9    adjustments to, you know, how a document is scanned like

10   the birth certificates.  Oh, we need this moved down an

11   inch instead.  So by the end of a training day I would

12   have a sheet this long with things written down, because

13   I couldn't address them during training and I would have

14   to go and modify a lot of stuff at the end of the day,

15   often.

16        Q.  And that modification is part of the

17   configuration process?

18        A.  Correct.

19        Q.  And when you are doing this training, would you

20   describe it as classroom style training?

21        A.  Yes.

22        Q.  Were there multiple people typically in these

23   training sessions?

24        A.  Yes, sir.

25        Q.  How many, typically?

**EXHIBIT 30**

1      A.   Typically three to five.  Occasionally there

2   would be 10 or 12 just depending on the location.

3      Q.   And the size of the county?

4      A.   And the size of the county.

5      Q.   And would the people at the customer (sic) who

6   were being trained -- you were the one doing the

7   training, correct?

8      A.   Correct.

9      Q.   And how would you do the training?  Would you

10   do it based on a Power Point presentation where you are

11   giving a speech or did they all have laptops where you

12   were kind of walking them through different assets of

13   the software?

14      A.   Well, we provided handouts and we normally had

15   a training facility up with workstations for them to

16   work on.  And I more or less would walk around and I

17   would demonstrate one time and let them see and then

18   they would log in to their training workstation and

19   duplicate it.  So it was very hands-on training.

20      Q.   Was there a training schedule that --

21      A.   Yes.

22      Q.   -- you were required to adhere to?

23      A.   Yes, sir.  Well, there was a training schedule

24   provided for me to use as a guide, you know.  It varied

25   from site to site depending on if it was a small group

**EXHIBIT 30**

1   or a large group.  So I would take the number of

2   people ahead of time and then break the schedule down

3   so I could show them the various functions in the

4   software and accommodate everyone during a week.

5       Q.  Were you doing the training -- the same

6   training session for multiple people then?

7       A.  Yes.

8       Q.  Just based on their own schedules?

9       A.  Correct.

10      Q.  And did you use the guide to determine how long

11  to spend on particular aspects of the software or is

12  that something that you decided based on whatever

13  criteria?

14      A.  It was something that was kind of handed down

15  to me in what I learned from Nate about how much time

16  you spend on various things.  But, again, that -- it

17  depended on the end user.  You know, if the end user

18  gets it the first time, you don't need to have -- and

19  there is two of them in the class, we didn't necessarily

20  spend a whole hour working on it.  There was a little

21  bit of variance there.

22      Q.  Was there anything --- what were the handouts

23  that you would provide?

24      A.  They were documents provided by Tyler that were

25  instruction sheets on -- it essentially covered what we

EXHIBIT 30

1    were covering in the classroom.

2         Q.   Okay.  Did you determine the agenda for the

3    training in the sense of what particular topics to cover

4    with the employees?

5         A.   No.  That was pretty predetermined, you know.

6    It was provided, like I said, in the examples and then I

7    went by the example of the guy that trained me.

8         Q.   When you say examples, what do you mean?

9         A.   Shauna would send out a training template and

10   say here is what we did in such and such county, you

11   know, go by this.  And I would go by that training

12   schedule.

13        Q.   And when you say -- this is a document, the

14   training template?

15        A.   Correct.  Well, it is just a training -- a

16   schedule where we covered various topics, you know, an

17   outline of which topics to cover at which time frames.

18        Q.   How long a document was this, a couple of

19   pages.

20        A.   Maybe a couple of pages of them in here, if you

21   need to see them.

22        Q.   "In here", being in the documents that you

23   provided?

24        A.   Yes, sir.

25        Q.   Can you locate those?

**EXHIBIT 30**

1    A.  I sure can.  It is really just -- it is a

2   schedule and a sign-up sheet.  There is maybe a blank

3   one or two in here.

4    Q.  I would like one that is completed, if you can

5   locate one.

6    A.  Sometimes they would just end up in the trash

7   or in the floor afterwards.  Here is a complete, I guess

8   what you would call, a training schedule and sign-up

9   sheet.  It doesn't have signatures on it.  But basically

10  it shows Monday, Tuesday, Wednesday, Thursday and Friday

11  broken down.  And Shauna sent me that one and I, you

12  know, just modified it with the county details.

13   Q.  What does that mean, you would modify it with

14  the county details?

15   A.  Well, I would put the county name on it and

16  change the dates and times for the days that we had

17  allocated for training.

18       MR. MCKEEBY:  I will go ahead and mark this

19  as Deposition Exhibit 4 just so we have it in the

20  record.

21       (Exhibit 4 marked.)

22   Q.  (BY MR. MCKEEBY)  And that is a completed

23  document?

24   A.  Yeah.  Well, it doesn't have signatures.  We

25  would give this to the clerk and have her pass it around

**EXHIBIT 30**

1    installation?  What role were you serving or playing?

2        A.  Opening boxes, installing computers, carrying

3    things back and forth.

4        Q.  This is hardware installation you are talking

5    about?

6        A.  Right.  And in addition I had to do the

7    software install as well.

8        Q.  Okay.  What does the software install involve?

9        A.  The software is -- it involves -- once the

10   server is set up, which actually for Ector County the

11   server was already plugged in and there.  But we have to

12   go in and download what we had set up staging from the

13   Tyler servers onto the customer's server and then make

14   sure everything works and get it deployed out to all the

15   individual workstations.

16       Q.  Is that a function you performed on your own?

17       A.  Correct, unless I needed tech support, which

18   occasionally we did.

19       Q.  Why would you need tech support?  What would

20   come out that would require that kind of support?

21       A.  Sometimes it didn't -- you work on a computer

22   sometimes, right, and they don't do exactly what you

23   want them to.  I mean, things would come up that I

24   didn't know how to resolve so I would have to call.

25       Q.  Okay.  Paragraph 3 here in your declaration

**EXHIBIT 30**

1  talks about verifying the customer's data after it was

2  converted and setting up various software modules.  What

3  does that mean?

4      A.  During the staging and configuration phase we

5  would bring customers' existing data over and do a

6  conversion process on that.  And we have to go in and

7  verify that all of the data was brought over.  And that

8  involves, you know, checking the number of documents on

9  a particular date and time, you know, all the way

10 through current time or to the cutover basically.

11     Q.  Well, does that part of the conversion involve

12 a dialogue with the customer about what is being

13 converted?  Are you in communication with the customer

14 at that point?

15     A.  Yes, sir.

16     Q.  And what types of things would you talk to the

17 customer about as part of the conversion?

18     A.  A lot of times the conversion was -- we needed

19 to know -- sometimes there are fields in their existing

20 system that didn't necessarily correspond to ours, and

21 we would have to ask them how they wanted to handle

22 those discrepancies.

23     Q.  Would there be like a dialogue about that?

24     A.  Correct.  And that -- that was supposed to be

25 handled in the site survey, but oftentimes was not.

**EXHIBIT 30**

1    so it would --

2        Q.  Because they didn't ask the right questions

3    perhaps --

4            MS. HOLMES RAY:  Object to the form.

5        Q.  (BY MR. MCKEEBY) -- for whatever reason?

6        A.  Yeah.  I can't speculate to what questions they

7    asked or didn't.  But the point is sometimes when I got

8    there to do it, it wasn't done.  So -- and that was not

9    the case all the time.

10        Q.  I understand.  And if that wasn't done it means

11    what?

12        A.  It just means additional work for myself or the

13    implementer.

14        Q.  To do what?

15        A.  To determine -- you know, to call the client to

16    coordinate with Mr. Helle, you know, how best to

17    approach it.  Because they, I believe, would be billing

18    the client for this conversion.  So any decision as to

19    how many hours we are going to spend working on doing

20    something had to be approved beforehand.  So I talked to

21    the customer and say, okay, we have to match field "X"

22    on your system to memo field on our system.

23        Q.  And you would tell the customer how long it

24    would take?

25        A.  How do you want to handle it.  And then the

**EXHIBIT 30**

1    project manager would contact the customer and get it

2    done.

3        Q.  Would you tell the customer how long it was

4    likely to take?

5        A.  No, I didn't do that directly.

6        Q.  Would you communicate that to someone else?

7        A.  To Mr. Helle or to Shauna.

8        Q.  So then they would give the approval on

9    whatever measure to take and you would make a

10   recommendation to the customer based on that?

11            MS. HOLMES RAY:  Object to the form.

12       A.  No, I didn't actually recommend anything that

13   had anything to do with the project and pricing and etc.

14   to the customer.  I mean, I was just the guy in the

15   trenches.  All sales were handled through either the

16   sales guy, the project manager or --

17       Q.  But when you are down in the trenches you are

18   talking to the customer about some particular issue that

19   requires some type of additional work by Tyler that is

20   going to cost the customer money?

21       A.  Correct.

22       Q.  And are there schedules -- so you are at the

23   customer site and you know you have got to do the

24   conversion, you may have to do hardware installation,

25   and you know you have got to do training.  Is there a

EXHIBIT 30

1    schedule that the project manager or someone else wries

2    that dictates when particular tasks are to be performed?

3        A.  Yes.

4        Q.  Who does that scheduling, did you?

5        A.  No.  That was the project manager, Shauna.

6        Q.  So would Shauna give that schedule to you at

7    the beginning of your work so that you knew when certain

8    tasks were supposed to be performed?

9        A.  Correct.  And within reason, because sometimes

10   we would get off schedule for various things.  But it

11   was kind of a constantly evolving document that she

12   maintained, you know, the project in a project

13   management application.

14       Q.  And you would have to schedule your training

15   consistent with that schedule?

16       A.  That is correct.

17       Q.  And would the schedule contain a time to go

18   live?

19       A.  Yes.

20       Q.  And just so we are clear, go live means when

21   the customer is actually using Tyler software on a -- to

22   perform its information system functions?

23       A.  Correct.

24       Q.  And you would be at the customer's facility

25   when it would go live?

**EXHIBIT 30**

1    project manager would contact the customer and get it

2    done.

3         Q.  Would you tell the customer how long it was

4    likely to take?

5         A.  No, I didn't do that directly.

6         Q.  Would you communicate that to someone else?

7         A.  To Mr. Helle or to Shauna.

8         Q.  So then they would give the approval on

9    whatever measure to take and you would make a

10   recommendation to the customer based on that?

11              MS. HOLMES RAY:  Object to the form.

12        A.  No, I didn't actually recommend anything that

13   had anything to do with the project and pricing and etc.

14   to the customer.  I mean, I was just the guy in the

15   trenches.  All sales were handled through either the

16   sales guy, the project manager or --

17        Q.  But when you are down in the trenches you are

18   talking to the customer about some particular issue that

19   requires some type of additional work by Tyler that is

20   going to cost the customer money?

21        A.  Correct.

22        Q.  And are there schedules -- so you are at the

23   customer site and you know you have got to do the

24   conversion, you may have to do hardware installation,

25   and you know you have got to do training.  Is there a

**EXHIBIT 30**

1    schedule that the project manager or someone else wries

2    that dictates when particular tasks are to be performed?

3         A.   Yes.

4         Q.   Who does that scheduling, did you?

5         A.   No.   That was the project manager, Shauna.

6         Q.   So would Shauna give that schedule to you at

7    the beginning of your work so that you knew when certain

8    tasks were supposed to be performed?

9         A.   Correct.   And within reason, because sometimes

10   we would get off schedule for various things.   But it

11   was kind of a constantly evolving document that she

12   maintained, you know, the project in a project

13   management application.

14        Q.   And you would have to schedule your training

15   consistent with that schedule?

16        A.   That is correct.

17        Q.   And would the schedule contain a time to go

18   live?

19        A.   Yes.

20        Q.   And just so we are clear, go live means when

21   the customer is actually using Tyler software on a -- to

22   perform its information system functions?

23        A.   Correct.

24        Q.   And you would be at the customer's facility

25   when it would go live?

EXHIBIT 30

1       A.   Correct.

2       Q.   And was there any ever any dialogue between

3    you and Shauna about -- you are there in the trenches on

4    the job about whether or not the go live date can be

5    met?

6       A.   Not really.  As far as I know, that was

7    something that was pretty well contractually bound.  I

8    mean, it was -- my job was to make sure that it got done

9    before the go live date.

10      Q.   And "it", being all the training and all the

11   configuration that we discussed?

12      A.   Correct.  Yeah.  I don't think we ever missed a

13   go live date at the fault of Tyler.

14      Q.   Right.  And I think in your declaration you say

15   in Paragraph 4, again referring to Ector County, that

16   you had to work two 20-hour days in a row.  Was that

17   during the go live process?

18      A.   I believe -- yes, that was before the go live,

19   correct.

20      Q.   And what was it that caused you to have to work

21   so many hours during those two days?

22      A.   We had to arrive on site on a Sunday and

23   install all the computers, the printers and set up the

24   software, get it ready for go live as well.  And there

25   was one computer tech that they sent and he was kind of

367 Valley Avenue Birmingham, Alabama (877) 373-3660

**EXHIBIT 30**

1    green, so I had to --

2        Q.   That was a Tyler employee?

3        A.   That was a Tyler employee, yeah.

4        Q.   So it was just you and this green computer tech

5    that were doing all the work?

6        A.   And Kevin, the guy that was shadowing me.  And

7    it just ended up taking that long to get it done.  And

8    that is the point.  I mean, we have got a county clerk

9    and 20 some-odd employees that were waiting on Monday

10   morning to go live with their software.  So we had to

11   stay all -- you know, I think we ended up leaving at

12   like 5 in the morning and were back at 8:00 to --

13       Q.   On that Monday?

14       A.   On that Monday to get it --

15       Q.   When they went live?

16       A.   Yes, sir.

17       Q.   Because that was the date that they were

18   scheduled to go live?

19       A.   Correct.

20       Q.   Did you ever make any complaints to anyone at

21   Tyler about how your were compensated?

22       A.   No, not complaints.  It was -- there was some

23   discussions, but not -- I would say no complaints.

24       Q.   What discussions are you referring to?

25       A.   I discussed with Mr. Helle on a few occasions

**EXHIBIT 30**

1   done?

2        A.   Yes.

3        Q.   This was after they had gone live?

4        A.   Yes.

5        Q. . And how long had they gone live essentially

6   when you were dispatched to go down there?

7        A.   I honestly don't know.  Based on their roll-out

8   schedule in Texas, I would say it had to have been less

9   than a year.

10       Q.   Was this a situation where they were having

11  issues with the software that they needed someone to go

12  down there to assist them with, to put it generally?

13       A.   Correct.

14       Q.   This wasn't -- was this unique?  Had you ever

15  done one of these before when you were at Tyler where

16  you had, rather than doing an implementation, you were

17  actually going to do some follow-up spot check work?

18                MS. HOLMES RAY:  Objection, form.  You can

19  answer.

20       Q.   (BY MR. MCKEEBY)  You can answer.

21       A.   Yes.  Sometimes outside of my regular duties

22  they would have situations where they would have to pull

23  me off and go fix a bunch of broken stuff.

24       Q.   Okay.  And so --

25       A.   And whether -- you know, in this particular

EXHIBIT 30

1    example it was not one of my implementations, it was

2    someone else's.  So I came in and cleaned up as much of

3    the mess as I could.

4        Q.  But this wasn't necessarily unique; you did

5    this type of clean-up fix work at other locations as

6    well?

7              MS. HOLMES RAY:  Object to form.

8        A.  I don't know what that means, but --

9              MS. HOLMES RAY:  I am just objecting to the

10   form of the question.  You can answer after I make the

11   objection.

12       A.  Okay.  I did, yes.

13       Q.  (BY MR. MCKEEBY)  Okay.

14       A.  That was part of our jobs, as I understood it.

15       Q.  Was this an indication -- when you used the

16   term clean-up, is this an indication that the

17   implementation wasn't done properly at the outset?

18       A.  Yes.  I mean, I don't want to -- this is very

19   complicated implementation, a very complicated software.

20   So it is expected that there are going to be some issues

21   that come up.  So ultimately, yes, there were things

22   that weren't done correctly.  But, you know, how

23   incorrectly is kind of subjective, up to you.

24       Q.  Well, looking at this example in Van Zandt

25   County, was the client upset about these issues?

EXHIBIT 30

1        A.   Yes.

2        Q.   Was there one person with whom you were dealing

3   at Van Zandt County?

4        A.   The county clerk, and I unfortunately don't

5   remember her name.

6        Q.   But that would be typical, in terms of the

7   person with whom you would interface during an

8   implementation would be the county clerk?

9        A.   Correct.

10        Q.   And the software that you were supporting in

11   this instance of Van Zandt County was called

12   EagleRecorder?

13        A.   Correct.

14        Q.   And that was the software that you supported

15   throughout your employment with Tyler?

16        A.   Correct.

17        Q.   How many days were you in Van Zandt County

18   dealing with these issues?

19        A.   I don't recall.  I know I was there more than

20   once.  I really -- I don't recall.  I traveled all over

21   the state all the time so --

22        Q.   I take it you spent the night near the county

23   clerk in Van Zandt County?

24        A.   I believe so.  I may have been in the

25   Metroplex.

**EXHIBIT 30**

Freedom Court Reporting, Inc                    24

1    not doing this, for example we need the ability to crop

2    birth and death certificates, you know.  I then would

3    have to get into the software and figure out how to give

4    them the ability to crop birth and death certificates.

5         Q.  What does that mean, to crop a birth or death

6    certificate?

7         A.  The software scans documents.  And they need

8    the ability to, I guess, crop things out and then they

9    re-print those documents onto a certified form and --

10        Q.  So cropping in that instance means being able

11   to general a document that is in a more -- in a smaller

12   form than --

13        A.  Correct.

14        Q.  -- it was input?

15        A.  Correct.  In order to make it fit on a county

16   letterhead, sometimes it needed to be reduced or --

17        Q.  I see.  When they were printing it, they were

18   printing it in a format larger than they wanted?

19        A.  Yes.

20        Q.  So you had to go in there and determine how

21   they could print, in a sense, a smaller cropped

22   document?

23        A.  Correct.

24        Q.  And is that something that you were able to do

25   or did you have to call a programmer for assistance on

**EXHIBIT 30**

1   that?

2       A.  Sometimes I could do it.  Sometimes I couldn't.

3   And this software was not -- it didn't come with a

4   manual, per se.  So there were times where I could get

5   in and find adjustments and ways to do things and other

6   times I would have to call and get help either from

7   Nate, the one that trained me, or from the programmers.

8   And there are multiple several levels of support for the

9   implementers in Tyler.

10      Q.  And in connection with this particular task

11  that -- it looks like that was a task that was checked

12  off, the ability to crop the birth and death

13  certificates.  Was that something that you were able to

14  do or did you have to get assistance for that?

15      A.  I believe for that I just showed them how to do

16  it.  That was a feature of the software that they just

17  weren't trained on.

18      Q.  I see.

19      A.  And some of these issues, that was the case.

20  It was really a matter of the end user just needed

21  training.

22      Q.  Okay.

23      A.  I mean, this is -- that is a one-time example

24  of what -- I mean, this is pretty much a typical day

25  when I would show up at a site.  So, I apologize, I am

EXHIBIT 30

1    not trying to make light of your document and your list

2    here, but this is just -- I mean, during training pretty

3    much every day I had a list like this that I had to go

4    through where people would make questions the day

5    before, etc.  So it is hard for me to remember specifics

6    in specific counties.

7        Q.  But you would agree that that is kind of -- I

8    am just asking you about it because I happen to have the

9    document.  And that is, like you said, at least somewhat

10   typical of --

11       A.  Right.

12       Q.  -- your day?

13       A.  Right.  Correct.

14       Q.  Although this was a little bit different in the

15   sense that it wasn't part of an implementation, it was

16   just sort of follow-up work?

17       A.  Correct.

18       Q.  But not unique, as you said?

19       A.  Correct.

20       Q.  All right.  Let me hand you a series of

21   documents that I have attached.  Can you take a look at

22   those?

23       A.  Okay.

24       Q.  And I guess, first of all, would you agree with

25   me that these are a group of documents that you produced

**EXHIBIT 30**

1       A.   Right.  It was an on-line form.

2       Q.   A program?

3       A.   A form that would take and break down, you

4   know, hours.

5       Q.   So you would put in the number of hours that

6   you worked?

7       A.   Correct.

8       Q.   And you would indicate the type of work that

9   you were doing through this description; for example,

10  professional services?

11      A.   Correct.

12      Q.   And I take it you wouldn't put anything for the

13  rate or the billable amount?

14      A.   Correct.

15      Q.   But you would enter in the client name and

16  description category there on the left?

17      A.   It was chosen by a drop-down box.  So you chose

18  which project you were working on and then whether the

19  hours fit into this group, that group, or this group.

20  You know, whether it was travel, professional services,

21  etc.

22      Q.   Okay.

23      A.   There really wasn't a description field.

24      Q.   Other than just the drop-down?

25      A.   Correct.

1       Q.   And I believe that these are records through --

2            MR. MCKEEBY:  Let me go ahead and mark it

3    as Deposition Exhibit Number 6, since you have got it

4    there.

5            (Exhibit 6 marked.)

6       Q.   I will hand you what we have marked as

7    Deposition Exhibit 6, the time sheets that we have been

8    discussing that were produced by Tyler in this case.

9       A.   Okay.

10      Q.   And did you receive any training on how to

11   input the information that is in these time sheets?

12      A.   I was shown or demonstrated by -- it was

13   demonstrated to me by Nate Moses when I was shadowing

14   him.  And occasionally I would have to call Scott Helle

15   and/or Shauna and ask them.

16      Q.   Ask them what?

17      A.   Ask them how they wanted things billed.

18   Because sometimes I was -- sometimes there would be

19   questions.  If I was on one site and doing professional

20   services and I had to flag a phone call from another

21   site and stop and do an emergency fix or repair I would

22   have to ask them how they wanted me to enter that or

23   whether, you know, to enter it.

24      Q.   So they would answer your questions about how

25   to --

1        A.   How to code it.

2        Q.   -- code particular time that you worked on

3    certain days?

4        A.   Correct.

5        Q.   But I take it that these reflect the hours that

6    you worked, assuming they are accurate?

7        A.   Assuming they are accurate, yes, sir.

8        Q.   And you completed them accurately when you were

9    filling out the form on the computer?

10            MS. HOLMES RAY:   Object to the form.

11       A.   I -- to the best of my knowledge.  I mean, like

12   I said, I never actually got to see it summarized like

13   this.  I would just go in and enter a date and -- my day

14   and expenses.

15       Q.   But when you did enter your day, you would

16   enter all your time that you worked?

17       A.   Correct.

18       Q.   And what you are saying is you have never seen

19   it in the summary form that I have provided it to you?

20       A.   Correct.

21       Q.   Did you see it in any form?  I guess you saw it

22   in the form that you were entering it?

23       A.   I saw it in the form I was entering it, yes.

24       Q.   Okay.  I got it.

25       A.   Yes, sir.  And this, I believe, encompasses

1    talks about verifying the customer's data after it was

2    converted and setting up various software modules.  What

3    does that mean?

4         A.  During the staging and configuration phase we

5    would bring customers' existing data over and do a

6    conversion process on that.  And we have to go in and

7    verify that all of the data was brought over.  And that

8    involves, you know, checking the number of documents on

9    a particular date and time, you know, all the way

10   through current time or to the cutover basically.

11        Q.  Well, does that part of the conversion involve

12   a dialogue with the customer about what is being

13   converted?  Are you in communication with the customer

14   at that point?

15        A.  Yes, sir.

16        Q.  And what types of things would you talk to the

17   customer about as part of the conversion?

18        A.  A lot of times the conversion was -- we needed

19   to know -- sometimes there are fields in their existing

20   system that didn't necessarily correspond to ours, and

21   we would have to ask them how they wanted to handle

22   those discrepancies.

23        Q.  Would there be like a dialogue about that?

24        A.  Correct.  And that -- that was supposed to be

25   handled in the site survey, but oftentimes was not.

```
 1    so it would --

 2         Q.  Because they didn't ask the right questions

 3    perhaps --

 4              MS. HOLMES RAY:  Object to the form.

 5         Q.  (BY MR. MCKEEBY)  -- for whatever reason?

 6         A.  Yeah.  I can't speculate to what questions they

 7    asked or didn't.  But the point is sometimes when I got

 8    there to do it, it wasn't done.  So -- and that was not

 9    the case all the time.

10         Q.  I understand.  And if that wasn't done it means

11    what?

12         A.  It just means additional work for myself or the

13    implementer.

14         Q.  To do what?

15         A.  To determine -- you know, to call the client to

16    coordinate with Mr. Helle, you know, how best to

17    approach it.  Because they, I believe, would be billing

18    the client for this conversion.  So any decision as to

19    how many hours we are going to spend working on doing

20    something had to be approved beforehand.  So I talked to

21    the customer and say, okay, we have to match field "X"

22    on your system to memo field on our system.

23         Q.  And you would tell the customer how long it

24    would take?

25         A.  How do you want to handle it.  And then the
```

**EXHIBIT 30**

1     project manager would contact the customer and get it

2     done.

3          Q.  Would you tell the customer how long it was

4     likely to take?

5          A.  No, I didn't do that directly.

6          Q.  Would you communicate that to someone else?

7          A.  To Mr. Helle or to Shauna.

8          Q.  So then they would give the approval on

9     whatever measure to take and you would make a

10    recommendation to the customer based on that?

11              MS. HOLMES RAY:  Object to the form.

12         A.  No, I didn't actually recommend anything that

13    had anything to do with the project and pricing and etc.

14    to the customer.  I mean, I was just the guy in the

15    trenches.  All sales were handled through either the

16    sales guy, the project manager or --

17         Q.  But when you are down in the trenches you are

18    talking to the customer about some particular issue that

19    requires some type of additional work by Tyler that is

20    going to cost the customer money?

21         A.  Correct.

22         Q.  And are there schedules -- so you are at the

23    customer site and you know you have got to do the

24    conversion, you may have to do hardware installation,

25    and you know you have got to do training.  Is there a