POSITION DESCRIPTION

TITLE:        Implementation Specialist        DATE: May 6, 1999

DEPARTMENT:   Implementation                   GRADE: 8

REPORTS TO:   Project Manager                  EXEMPTION STATUS:

## POSITION OBJECTIVE

To instruct, educate, install, and update MUNIS customers with the most recent version of MUNIS.

## PRINCIPAL DUTIES

Implementation Specialist duties include but are not limited to:

- Installing MUNIS or third party software on an UNIX/AIX based computer system
- Training users on MUNIS applications or third party software
- Analyzing codes and parameters for automating integrated accounting
- Training users in system administration and maintenance

Implementation Support may also include but not be limited to assistance in the following:

- Consulting with users on proper data entry into various MUNIS modules
- Designing and creating custom reports or customizing existing reports
- Proofing and analyzing data transfers from existing software into MUNIS
- Setting-up and running converted data into MUNIS
- Installing updates of MUNIS software if requested by the client

**EXHIBIT 32**

TYLER BEALL 031872

SCOPE AND IMPACT (Accountability)

The incumbent has the responsibility to provide the highest quality of instruction and support to clients. These responsibilities center around the tasks of training, consulting, and planning of data processing for municipal accounting. The performance of these tasks directly impact

Computer Center Software's implementation accounts thereby establishing a baseline for the new relationship.

The Implementation Specialist position is a self supportive revenue generating position. Thus, the quality of his or her services can directly impact the volume and budget centered around this position. The incumbent is ultimately accountable for maintaining a level of billable work that supports their position.

Implementation Specialists are given training assignments and have minimal authority to deviate from these assignments.

COMPLEXITY

The incumbent must be able to:

- Manage extensive travel, work with a diverse group of people, switch gears from one task to another quickly,

- expeditiously learn/understand/demonstrate software applications,

- instill user confidence within customers, train one on one as well as groups of thirty or more,

- exercise good judgment, discretion and tact in dealing with customers.

EDUCATION, EXPERIENCE AND SPECIAL SKILLS

- BS/BA in Accounting, Computers or related field.

- Zero to four years of training, accounting, or computer system related exposure. computer competence and adaptability, public speaking aptitude, confidence and perseverance. Training, CPA, Town Planning, or Fund Accounting experience helpful.

- Computer literacy (UNIX and DOS preferred), accounting principles, typing, fundamental understanding of management and or budget processing.

- Strong communication, negotiation and analytical skills

**EXHIBIT 32**

TYLER BEALL 031873