# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| PATTY BEALL, MATTHEW MAXWELL, § | | |
| DAVID GRAVLEY, TALINA MCELHANY, § | | |
| KELLY HAMPTON, CASEY BROWN, § | | |
| JASON BONNER, ANTHONY DODD, § | | |
| ILENE MEYERS, TOM O'HAVER, § | | |
| JOY BIBLES, AND MELISSA PASTOR, § | | |
| Individually and on behalf of all others § | | |
| similarly situated; § | | |
| § | | |
| Plaintiffs, § | | 2:08-cv-422 TJW |
| § | | |
| TYLER TECHNOLOGIES, INC. AND § | | |
| EDP ENTERPRISES, INC. § | | |
| Defendants. § | | |

## ORDER GRANTING PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO DEFENDANTS' AFFIRMATIVE DEFENSE UNDER 29 USCA 213 a(1), ADMINISTRATIVE EXEMPTION

CAME ON TO BE HEARD Plaintiff's Motion for Partial Summary Judgment on Defendants' Affirmative Defense asserting the Administrative Exemption, and after considering the Pleadings, hearing arguments of counsel and carefully considering the same, is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiff's Motion for Partial Summary Judgment on Defendants' Affirmative Defense asserting the Administrative Exemption is GRANTED.