IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PATTY BEALL, MATTHEW MAXWELL, DAVID GRAVLEY, TALINA MCELHANY, KELLY HAMPTON, CASEY BROWN, JASON BONNER, ANTHONY DODD, ILENE MEYERS, TOM O'HAVER, JOY BIBLES, AND MELISSA PASTOR, Individually and on behalf of all others similarly situated; <br><br> Plaintiffs, <br><br> TYLER TECHNOLOGIES, INC. AND EDP ENTERPRISES, INC. <br> Defendants. | § § § § § § § § § § § § § § § | 2:08-cv-422 TJW |

### ORDER GRANTING UNOPPOSED FIRST AMENDED MOTION FOR LEAVE TO EXCEED PAGE LIMIT IN EXCESS OF THIRTY PAGES

CAME ON TO BE HEARD Plaintiff's Unopposed First Amended Motion for Leave to file their Motion for Partial Summary Judgment on Defendants' Administrative Exemption Claim and Brief in Support in excess of Thirty (30) Pages, and after considering the Pleadings, hearing arguments of counsel and carefully considering the same, is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiff's Unopposed Motion for Leave to file their Motion for Partial Summary Judgment on Defendants' Administrative Exemption Claim and Brief in Support in excess of Thirty (30) Pages is GRANTED.

SIGNED this 6th day of January, 2011.

_T. John Ward_
T. JOHN WARD
UNITED STATES DISTRICT JUDGE