IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PATTY BEALL,  MATTHEW MAXWELL, | § | |
| DAVID GRAVLEY, TALINA MCELHANY, | § | |
| KELLY HAMPTON, CASEY BROWN, | § | |
| JASON BONNER, ANTHONY DODD, | § | |
| ILENE MEYERS, TOM O'HAVER, | § | |
| JOY BIBLES, AND MELISSA PASTOR, | § | |
| Individually and on behalf of all others | § | |
| similarly situated; | § | |
| | § | |
| Plaintiffs, | § | 2:08-cv-422 TJW |
| | § | |
| TYLER TECHNOLOGIES, INC. AND | § | |
| EDP ENTERPRISES, INC. | § | |
| Defendants. | § | |

## ORDER DENYING DEFENDANTS' MOTION TO DISMISS

On this day came for consideration Plaintiffs' Response to Defendant's Motion to Dismiss the claims of opt-in Plaintiffs Edward David and Kim Huynh, and after considering Plaintiffs' Response, Pleadings, and hearing arguments of counsel and carefully considering the same, is of the opinion that the Motion should be DENIED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendant's Motion to Dismiss the claims of Plaintiffs Edward David and Kim Huynh is DENIED.