✎ AO 456 (Rev. 5/85)  Notice

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

PATTY BEALL, ET AL.

V.

TYLER TECHNOLOGIES, INC.

**NOTICE**

CASE NUMBER: 2:08-CV-422(TJW)

TYPE OF CASE:

X **CIVIL**       CRIMINAL

X **TAKE NOTICE** that a proceeding in this case has been CANCELLED for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| United States District Court | Judge T. John Ward's Courtroom |
| 100 E. Houston St. | DATE AND TIME |
| **MARSHALL, TEXAS 75670** | **January 13, 2011 @ 9:30 am** |

TYPE OF PROCEEDING

**DECERTIFICATION HEARING - CANCELLED**

**TAKE NOTICE** that a proceeding in this case has been reset as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | RESET TO DATE AND TIME |
|---|---|---|
|  |  |  |

David J. Maland
US MAGISTRATE JUDGE OR CLERK OF COURT

January 12, 2011
DATE

Becky Andrews
(BY) DEPUTY CLERK

TO:    ALL COUNSEL OF RECORD

**ACKNOWLEDGMENT**

    **NOTICE TO COUNSEL:** Please sign in the space provided below and return to the court by facsimile, **(903) 935-2295**, within three (3) days of your receipt of the enclosed notice.

_____

    **I acknowledge receipt of the indicated notice on the date shown below.**

Case No. _____

Signature of Atty. _____
                                                            Date

Print Name of Atty. _____

Counsel for _____
                (Name of Party)

Type of Proceeding:  _____
                      (e.g., Scheduling Conference)

Date of Proceeding:  _____

Time of Proceeding:  _____

Location of Proceeding:  _____