**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **PATTY BEALL, MATTHEW MAXWELL, DAVID GRAVELY, TALINA MCELHANY, KELLY HAMPTON, CASEY BROWN, JASON BONNER, KEVIN TULLOS, ANTHONY DODD, ILENE MEYERS, TOM O'HAVER, JOY BIBLES, DON LOCCHI AND MELISSA PASTOR , Individually and on behalf of all others similarly situated;** | § | |
| **Plaintiffs,** | § | **2:08-cv-422 TJW** |
| **TYLER TECHNOLOGIES, INC. AND EDP ENTERPRISES, INC.** | § | |
| **Defendants.** | § | |

**PLAINTIFFS' UNOPPOSED MOTION TO WITHDRAW PLAINTIFFS' NOTICE OF WITHDRAWAL OF CONSENT TO JOIN BY JASON BONNER**

COMES NOW, Plaintiff, Jason Bonner, and files this, his Motion to Withdraw Plaintiffs' Notice of Withdrawal of Consent to Join. In support of his motion, Plaintiff states as follows:

1. Plaintiff seeks to withdraw his initial Notice of Withdrawal of Consent to Join by Jason Bonner [Doc. 185] in order to file a corrected Notice of Withdrawal.

2. For this reason, Plaintiff asks this court to grant his Motion to Withdraw Plaintiffs' Notice of Withdrawal of Consent to Join by Jason Bonner.

Respectfully submitted,

SLOAN, BAGLEY, HATCHER & PERRY LAW FIRM

/s/ Laureen F. Bagley

John D. Sloan, Jr.
State Bar No. 18505100
jsloan@textrialfirm.com
Laureen F. Bagley
State Bar No. 24010522
lbagley@textrialfirm.com
101 East Whaley Street
P.O. Drawer 2909
Longview, Texas 75606
(903) 757-7000
(903) 757-7574 (Fax)

Alexander R. Wheeler
awheeler@rrexparris.com
Jason Paul Fowler
jfowler@rrexparris.com
R. REX PARRIS LAW FIRM
42220 10TH Street West, Suite 109
Lancaster, CA 93534-3428
(661) 949-2595
(661) 949-7524 (Fax)

John P. Zelbst
zelbst@zelbst.com
Chandra L. Holmes Ray
chandra@zelbst.com
ZELBST, HOLMES & BUTLER
P.O. Box 365
Lawton, OK 73502-0365
(580) 248-4844
(580) 248-6916 (Fax)

James E. Wren
Texas State Bar No. 22018200
James_Wren@baylor.edu

One Bear Place #97288
Waco, Texas 76798-7288
(254) 710-7670
(254) 710-2817 (Fax)

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF CONFERENCE

I certify that on January 12, 2011, I conferred with Defense Counsel, Paulo McKeeby, via telephone regarding Motion to Withdraw Plaintiffs' Notice of Withdrawal of Consent to Join in compliance with Local rule CV-7(h). After discussing the Motion, Defense counsel advised that he was unopposed to the Motion.

By: /s/ Laureen F. Bagley
LAUREEN F. BAGLEY

## CERTIFICATE OF SERVICE

I hereby certify that on this the 12th day of January, 2011, a true and correct copy of this document was sent via electronic mail to the following:

Paulo B. McKeeby
Joe S. Allen
*Morgan, Lewis & Bockius LLP*
1717 Main Street, Suite 3200
Dallas, TX 75201-7347

Deron R. Dacus
*Ramey & Flock P.C.*
100 East Ferguson, Suite 500
Tyler, TX 75702

/s/ Laureen F. Bagley
Laureen F. Bagley