# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| PATTY BEALL,  MATTHEW MAXWELL, DAVID GRAVLEY, TALINA MCELHANY, KELLY HAMPTON, KEVIN TULLOS, CASEY BROWN, JASON BONNER, ANTHONY DODD, ILENE MEYERS, TOM O'HAVER, JOY BIBLES, DON LOCCHI AND MELISSA PASTOR , Individually and on behalf of all others similarly situated; §§§§§§§§§§ | |
| Plaintiffs, § | 2:08-cv-422 TJW |
| § | |
| TYLER TECHNOLOGIES, INC. AND EDP ENTERPRISES, INC. §§§ | |
| Defendants. § | |

## ORDER REGARDING PLAINTIFFS' UNOPPOSED MOTION TO WITHDRAW PLAINTIFFS' NOTICE OF WITHDRAWAL O F CONSENT TO JOIN BY JASON BONNER

ON THIS DATE, CAME ON TO BE CONSIDERED Plaintiffs' Unopposed Motion to Withdraw Plaintiff's Notice of Withdrawal of Consent to Join by Jason Bonner [Doc. 185].  After careful consideration of the motion, this Court hereby GRANTS the motion.