IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PATTY BEALL, MATTHEW MAXWELL, TALINA MCELHANY AND KELLY HAMPTON, individually and on behalf of all other similarly situated;<br><br>    Plaintiffs,<br><br><br><br>TYLER TECHNOLOGIES, INC. AND EDP ENTERPRISES, INC.<br>    Defendants. | § § § § § § § § § § § § § | 2:08-cv-422   TJW |

## JOINT MOTION TO STAY SCHEDULING ORDER AND BRIEFING DEADLINES

COMES NOW, Plaintiffs Patty Beall, Matthew Maxwell, Talina Mcelhany, Kelly Hampton, Individually And On Behalf Of All Others Similarly Situated, and Defendants Tyler Technologies, Inc. and EDP Enterprises, Inc. (collectively the "Parties") and file this Joint Motion to Stay Scheduling Order and Briefing Deadlines and would respectfully show the Court as follows:

1.      As counsel for the Parties have advised the Court informally, the Parties recently participated in mediation after which a negotiated resolution of the Parties' disputes was reached. Because this is a case for overtime wages under the Fair Labor Standards Act ("FLSA"), the final settlement agreement must be approved by the Court.

2.      There are various dispositive and other motions filed by both Parties currently pending with the Court, some of which involve corresponding deadlines for the Parties to file response and/or reply briefs. Because the Parties have resolved their differences after the mediation, they hereby jointly request the Court stay and abate all deadlines in the case

such that the Parties can prepare the settlement paperwork and present it to the Court for approval.

WHEREFORE, the Parties respectfully request that the Court enter the attached order granting their Joint Motion to Stay Scheduling Order and Deadlines.

Respectfully submitted:

| | |
|---|---|
| /s/ Laureen F. Bagley | /s/ Paulo B. McKeeby |
| John D. Sloan, Jr. | Paulo B. McKeeby |
| Texas Bar No. 18505100 | Texas Bar No.: 00784571 |
| jsloan@textrialfirm.com | paulo.mckeeby@morganlewis.com |
| Laureen F. Bagley | Joel S. Allen |
| Texas Bar No. 24010522 | Texas Bar No.: 00795069 |
| lbagley@textrialfirm.com | joel.allen@morganlewis.com |
| SLOAN BAGLEY, HATCHER | Ellen L. Perlioni |
| & PERRY LAW FIRM | Texas Bar No. 00794155 |
| 101 East Whaley Street | ellen.perlioni@morganlewis.com |
| PO Drawer 2909 | Farin Khosravi |
| Longview, Texas  75606 | Texas Bar No. 24043753 |
| phone - 903.757.7000 | farin.khosravi@morganlewis.com |
| facsimile – 903.757.7574 | |
| | MORGAN, LEWIS & BOCKIUS LLP |
| Alexander R. Wheeler | 1717 Main Street, Suite 3200 |
| awheeler@rrexparris.com | Dallas, Texas 75201-7347 |
| Jason Paul Fowler | phone - 214.466.4000 |
| jfowler@rrexparris.com | facsimile - 214.466.4001 |
| R. REX PARRIS LAW FIRM | |
| 4222010th Street West, Suite 109 | Deron R. Dacus |
| Lancaster, CA  93534-3428 | Texas Bar No.: 00790553 |
| phone -  661.949.2595 | derond@rameyflock.com |
| facsimile – 661.949.7524 | |
| | RAMEY & FLOCK P.C. |
| John P. Zelbst | 100 East Ferguson, Suite 500 |
| zelbst@zelbst.com | Tyler, Texas 75702 |
| Chandra L. Homes Ray | phone – 903.597.3301 |
| chandra@zelbst.com | facsimile – 903.597.2413 |
| ZELBST, HOLMES & BUTLER | |
| PO Box 365 | ATTORNEYS FOR DEFENDANTS |
| Lawton, OK  73502-0365 | TYLER TECHNOLOGIES, INC. AND |
| phone – 580.248.4844 | EDP ENTERPRISES, INC. |
| facsimile – 580.248.5916 | |

**JOINT MOTION TO STAY SCHEDULING ORDER AND BRIEFING DEADLINES - – PAGE 2**

DB1/66374590.1

James E. Wren
James_Wren@baylor.edu
One Bear Place, #97288
Waco, TX  78798-7288
phone – 254.710.7679
facsimile – 254.710.2817

ATTORNEYS FOR PLAINTIFFS

**JOINT MOTION TO STAY SCHEDULING ORDER AND BRIEFING DEADLINES - – PAGE 3**

DB1/66374590.1