IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PATTY BEALL, MATTHEW MAXWELL, TALINA MCELHANY AND KELLY HAMPTON, individually and on behalf of all other similarly situated; | § § § § § | |
| Plaintiffs, | § | 2:08-cv-422   TJW |
| | § § § | |
| TYLER TECHNOLOGIES, INC. AND EDP ENTERPRISES, INC. Defendants. | § § § § | |

**ORDER GRANTING THE PARTIES' JOINT MOTION
TO STAY SCHEDULING ORDER AND BRIEFING DEADLINES**

The Parties, on _____, 2011, filed a Joint Motion To Stay Scheduling Order and Briefing Deadlines.  The Court, after considering the substance of the motion, is of the opinion that the motion should be GRANTED.  It is therefore ORDERED that all deadlines in the case are stayed pending the Parties' submission of settlement papers to the Court for approval.

DATED: _____, 2011.