IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PATTY BEALL, MATTHEW MAXWELL, DAVID GRAVLEY, TALINA MCELHANY, KELLY HAMPTON, KEVIN TULLOS, CASEY BROWN, JASON BONNER, ANTHONY DODD, ILENE MEYERS, TOM O'HAVER, JOY BIBLES, DON LOCCHI AND MELISSA PASTOR, Individually and on behalf of all others similarly situated; | § § § § § § § § § § § | |
| Plaintiffs, | § § | 2:08-cv-422 TJW |
| TYLER TECHNOLOGIES, INC. AND EDP ENTERPRISES, INC. Defendants. | § § § § | |

## ORDER REGARDING PLAINTIFFS' UNOPPOSED MOTION TO WITHDRAW PLAINTIFFS' NOTICE OF WITHDRAWAL O F CONSENT TO JOIN BY JASON BONNER

ON THIS DATE, CAME ON TO BE CONSIDERED Plaintiffs' Unopposed Motion to Withdraw Plaintiff's Notice of Withdrawal of Consent to Join by Jason Bonner [Doc. 185]. After careful consideration of the motion, this Court hereby GRANTS the motion.

SIGNED this 13th day of January, 2011.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE