# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| PATTY BEALL, MATTHEW MAXWELL, TALINA MCELHANY AND KELLY HAMPTON, individually and on behalf of all other similarly situated; <br><br> Plaintiffs, <br><br><br> TYLER TECHNOLOGIES, INC. AND EDP ENTERPRISES, INC. <br>　　Defendants. | § § § § § § § § § § § § § | 2:08-cv-422   TJW |

## ORDER GRANTING THE PARTIES' JOINT MOTION
## TO STAY SCHEDULING ORDER AND BRIEFING DEADLINES

The Parties, on January 12, 2011, filed a Joint Motion To Stay Scheduling Order and Briefing Deadlines. The Court, after considering the substance of the motion, is of the opinion that the motion should be GRANTED. It is therefore ORDERED that all deadlines in the case are stayed pending the Parties' submission of settlement papers to the Court for approval.

SIGNED this 13th day of January, 2011.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE

**ORDER** – PAGE 1