IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PATTY BEALL, MATTHEW MAXWELL, TALINA MCELHANY AND KELLY HAMPTON, individually and on behalf of all other similarly situated; | § § § § § | |
| Plaintiffs, | § | 2:08-cv-422   TJW |
| | § § § | |
| TYLER TECHNOLOGIES, INC. AND EDP ENTERPRISES, INC.<br>Defendants. | § § § | |

## ORDER APPROVING PARTIAL SETTLEMENT AND MOTION TO PRESENT SETTLEMENT PAPERS IN CAMERA

The parties, on January 18, 2011, filed a Second Joint Motion for Order Approving Partial Settlement and Motion to Present Settlement Papers In Camera.  The Court, after considering the substance of the motion, is of the opinion that the motion should be GRANTED as follows:  Counsel for the parties are ordered to submit in camera the parties' joint settlement agreement, at which time the Court will review the agreement and determine whether or not to approve the parties' settlement pursuant to the Fair Labor Standards Act.  The parties are directed to submit to the Court the parties' agreement within thirty (30) days of the date of this order.

SIGNED this 26th day of January, 2011.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE